FILED

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

2019 MAY 20 PM 3: 21

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DR. CLARISSA ZAFIROV, )<br>                                             )<br>   Plaintiff/Relator                        )<br>                                             )<br>v.                                           )<br>                                             )<br>FLORIDA MEDICAL ASSOCIATES, LLC, )<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC, )<br>PHYSICIAN PARTNERS SPECIALITY )<br>SERVICES, LLC; SUN LABS USA, INC. )<br>ANION TECHNOLOGIES, LLC; ANTHEM, )<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM )<br>HEALTHCARE, INC.; and SIDDHARTHA )<br>PAGIDIPATI, )<br>                                             )<br>   Defendants.                              )<br>_____ ) | CASE NO.  MIDDLE DISTRICT OF FLORIDA<br>           TAMPA, FLORIDA<br><br><br><br><br><br>**FILED IN CAMERA AND<br>UNDER SEAL -<br>DO NOT PUT ON PACER** |

## MOTION TO FILE COMPLAINT AND RELATED DOCUMENTS *IN CAMERA* AND UNDER SEAL PURSUANT TO 31 U.S.C. §3730(B)(2))

Proceeding in the name of the United States under the Civil False Claims Act, 31 U.S.C. 3729, *et seq.*, Relator Dr. Clarissa Zafirov respectfully moves this Court for an Order allowing Relator to file the Complaint and all other documents in this matter *in camera* and under seal, and directing that the Complaint and any other documents remain under seal, pursuant to 31 U.S.C. 3730 (b)(2), until further order of the Court. Section 3730(b)(2) of the False Claims Act states,

> **Sec. 3730. - Civil actions for false claims**
> **(b) Actions by Private Persons. -**
> (2) A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders. The Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information.

1

WHEREFORE, Relator respectfully requests this Court to grant her Motion.

Respectfully submitted this 20th day of May, 2019.

*/s/ Jillian Estey*

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL  33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Jillian L. Estes  (Fla. Bar No. 0055774)
Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com

***Counsel for Relator Dr. Clarissa Zafirov***