UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;<br>PHYSICIAN PARTNERS SPECIALITY<br>SERVICES, LLC; SUN LABS USA, INC.<br>ANION TECHNOLOGIES, LLC; ANTHEM,<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM<br>HEALTHCARE, INC.; and SIDDHARTHA<br>PAGIDIPATI,<br><br>    Defendants. | CASE NO.<br><br><br><br><br><br>**FILED IN CAMERA AND**<br>**UNDER SEAL -**<br>**<u>DO NOT PUT ON PACER</u>** |

### [PROPOSED] ORDER TO SEAL

THIS MATTER is before the Court upon the Relator's Motion to File Complaint and Related Documents *In Camera* and Under Seal Pursuant to 31 U.S.C. §3730(B)(2). The Court having carefully reviewed said Motion and the court file herein and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED** as follows:

1. That the Relator's Motion to File Complaint and Related Documents *In Camera* and Under Seal Pursuant to 31 U.S.C. §3730(B)(2) be and the same is hereby GRANTED pursuant to 31 U.S.C. § 3730(b)(2).

2. That the Clerk of this Court is hereby DIRECTED to maintain said Complaint and other pleadings under seal until further Order of this Court.

3.     That all other papers in this matter shall be filed *In Camera*, placed under seal, and not served upon the Defendants until further Order of this Court.

**DONE AND ORDERED** this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE