UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**IN CAMERA**
**UNDER SEAL**

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

     Plaintiffs,

v.                                                  CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES,
LLC, *et al.*,

     Defendants.

_____/

**ORDER**

     In accord with 31 U.S.C. § 3730(b)(2) and Local Rule 1.09(b), the relator's

motion (Doc. S-2) to seal for a minimum of sixty days the record under the False

Claims Act is **GRANTED**.  The record is **SEALED** until further order.

     ORDERED in Tampa, Florida, on May 23, 2019.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE