UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2019 JUL 22 PM 4: 33
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA,
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiffs,

v.

Case No.: 8:19-cv-1236-T-23SPF

**FILED *EX PARTE*
AND UNDER SEAL**

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.
_____/

**UNITED STATES' *EX PARTE* CONSENT APPLICATION FOR
AN EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE**

Pursuant to the False Claims Act ("FCA"), as amended, 31 U.S.C. § 3730(b)(3), the United States of America hereby respectfully moves this Court for a sealed Order extending from July 22, 2019, to and including January 22, 2020, the time in which the government may notify the Court of its decision regarding intervention in this *qui tam* action, and during which time the Complaint and other filings in this case shall remain under seal[1]. The relator, through her counsel, has been advised of, and consents to, both the proposed enlargement of time as well as the proposed extension of the seal. A separate memorandum is filed in support of this motion.[2]

---

[1] The relator filed a motion to seal the record pursuant to 31 U.S.C. § 3730(b)(2) and Local Rule 1.09 (Doc. S-2), which the Court granted on May 23, 2019. (Doc. S-3). The Court's Order sealing this matter states the record is sealed "for a minimum of sixty days[.]" Though service of the complaint and disclosure statement was not perfected until July 10, 2019, the United States files this motion and supporting memorandum in accordance with the deadline established in the Court's May 23, 2019 Order.

[2] The United States is serving this motion upon the relator, but is not serving her with its supporting memorandum because that memorandum contains information concerning the government's

Dated: July 22, 2019          By:      MARIA CHAPA LOPEZ
                                       United States Attorney

                                       s/
                                       SEAN P. KEEFE
                                       Assistant United States Attorney
                                       Florida Bar No. 0413828
                                       400 North Tampa Street, Suite 3200
                                       Tampa, FL 33602
                                       Telephone: (813) 274-6000
                                       Facsimile: (813) 274-6200
                                       E-mail: sean.keefe@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing sealed motion and proposed Order to be served on this day, July 22, 2019, via U.S. mail to the following counsel of record:

Jillian Estes, Esq,
Morgan Verkamp LLC
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202

*Counsel for Relator Dr. Clarissa Zafirov*

_____
SEAN P. KEEFE
Assistant United States Attorney

---

investigation.  Section 3730(b)(3) of the FCA permits the United States to submit such documents *in camera* when seeking extensions of time.