UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES,
LLC, *et al.*,

    Defendants.
_____/

**ORDER**

    The United States moves (Doc. S-4) unopposed to extend the time within which to decide whether to intervene. The motion (Doc. S-4) is **GRANTED**. No later than **JANUARY 22, 2020**, the United States must decide whether to intervene. This action remains under seal.

    ORDERED in Tampa, Florida, on July 26, 2019.

                                            STEVEN D. MERRYDAY
                                          UNITED STATES DISTRICT JUDGE