UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EX PARTE
UNDER SEAL**

UNITED STATES OF AMERICA,
*ex rel.* CLARISSA ZAFIROV

    Plaintiffs,

v.   CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES,
LLC, *et al.*,

    Defendants.
_____/

## **ORDER**

Citing the existence of a similar, sealed *qui tam* action in the Middle District of Florida, the United States moves (Doc. S-7) *ex parte* for partial relief from the seal. The United States reports that the relator in this action consents. (Doc. S-7 at 2)

The motion (Doc. S-7) is **GRANTED**. The United States may disclose the relator's allegations and provide a copy of the complaint (and any amendments) to:

> (1) those relator(s) and their counsel who have filed, or who subsequently file, *qui tam* case(s) pursuant [to] the False Claims Act, 31 U.S.C. § 3729, *et seq.*, which involve similar allegations against any of the same defendants named in this case;
>
> (2) any court in which such *qui tam* case(s) are filed;
>
> (3) any state(s) which may be named as plaintiff(s) in such *qui tam* case(s) or which have an interest in investigating the allegations therein; and

        (4) any defendants and their counsel in this case and any related case(s).

(Doc. S-7 at 1–2)  The clerk is directed to mail a copy of this order to counsel for the United States.

    ORDERED in Tampa, Florida, on October 24, 2019.

                              STEVEN D. MERRYDAY
                              UNITED STATES DISTRICT JUDGE