UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED
2020 JAN 21 PM 4: 19
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA,
ex rel. DR. CLARISSA ZAFIROV,

    Plaintiffs,

v.

Case No.: 8:19-cv-1236-T-23SPF

**FILED *EX PARTE*
AND UNDER SEAL**

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.

_____/

### UNITED STATES' *EX PARTE* CONSENT APPLICATION FOR AN EXTENSION OF TIME TO CONSIDER ELECTION TO INTERVENE

Pursuant to the False Claims Act ("FCA"), as amended, 31 U.S.C. § 3730(b)(3), the United States of America hereby respectfully moves this Court for a sealed Order extending from January 22, 2020, to and including June 22, 2020, the time in which the government may notify the Court of its decision regarding intervention in this *qui tam* action, and during which time the Complaint and other filings in this case shall remain under seal. The relator, through her counsel, has been advised of, and consents to, both the proposed enlargement of time as well as the proposed extension of the seal. A separate memorandum is filed in support of this motion.[1]

---

[1] The United States is serving this motion upon the relator, but is not serving her with its supporting memorandum because that memorandum contains information concerning the government's investigation. Section 3730(b)(3) of the FCA permits the United States to submit such documents *in camera* when seeking extensions of time.

MARIA CHAPA LOPEZ
United States Attorney

Dated: January 21, 2020     By: /s/ _____
SEAN P. KEEFE
Assistant United States Attorney
Florida Bar No. 0413828
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
E-mail: sean.keefe@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing sealed motion and proposed Order to be served on this day, January 21, 2020, via U.S. mail to the following counsel of record:

Jillian Estes, Esq,
Morgan Verkamp LLC
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202

*Counsel for Relator Dr. Clarissa Zafirov*

_____
SEAN P. KEEFE
Assistant United States Attorney