UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**EX PARTE
UNDER SEAL**

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES,
*et al.*,

    Defendants.
_____/

## **ORDER**

A May 23, 2019 order (Doc. S-3) seals this action under the False Claims Act, and a July 26, 2019 order (Doc. S-6) grants the United States' motion to extend the intervention deadline by six months. The United States moves (Doc. S-9) unopposed to extend the intervention deadline by another six months. To support the request, the United States submits (Doc. S-10) an *in camera* memorandum — not served on the relator — that "contains information concerning the government's investigation." (Doc. S-9 at 1)

The False Claims Act grants a seal of sixty days and affords no right to, or expectation of, an indefinite seal. Although the United States' pursuit of an investigation in some circumstances might constitute the "good cause" necessary for

an extension, the *in camera* memorandum provides no basis for finding "good cause" for delay. The memorandum is entirely conclusional (that is, not based on facts) and fails to inform the reader about the progress of the United States' investigation, the efforts applied to conclude the investigation, the matters necessary to know — but remaining unknown — to permit the United States to decide whether to intervene, the steps the United States proposes to determine the unknown matters, and the schedule on which the United States proposes to complete these steps. The relator alleges a widespread, fraudulent scheme in which managed-care entities and healthcare providers act in concert to bilk the public fisc and otherwise injure the public. If true, the activity presents an ongoing and serious injury to the public.

The motion (Doc. S-9) is **DENIED**. No later than **FEBRUARY 21, 2020**, the United States must decide whether to intervene. The clerk is directed to mail a copy of this order (1) to counsel for the United States and (2) to counsel for the relator.

ORDERED in Tampa, Florida, on January 28, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE