FILED

2020 FEB 10 PM 2:08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiffs and Relator,

v.

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.

CASE NO. 8:19-cv-1236-T-23SPF

FILED UNDER SEAL

DO NOT POST ON PACER

## RELATOR'S UNOPPOSED MOTION TO MAINTAIN THE SEAL UNTIL APRIL 1, 2020

Relator Clarissa Zafirov, by and through counsel and for good cause, respectfully moves the Court to delay the unsealing of the complaint in this case until April 1, 2020, or such date thereafter as the Court finds appropriate. Relator does not seek modification of the Court's Order directing the United States to state its intentions regarding intervention by February 21. Counsel for the United States has advised Relator's counsel that it does not oppose this motion.

### MEMORANDUM IN SUPPORT

The complaint in this case was filed on May 20, 2019. On May 23, 2019, consistent with the provisions of the False Claims Act, 31 U.S.C. 3729(b)(2), the case, once filed, was sealed for an initial sixty days (Doc. 3). On the unopposed motion of the United States, the seal was extended to January 22, 2020 (Doc. 6). The Court foreclosed further extension of the seal (Doc. 11), and ordered the United States to advise as to its intervention decision by Feb. 21, 2020. The Order did not direct the Clerk to unseal the case on that date, but Relator assumes that unsealing would occur forthwith unless the Court orders otherwise. It must be assumed that once unsealing occurs, the Defendants and possibly the press will quickly learn of the complaint.

For two reasons, Dr. Zafirov respectfully requests that the Court find good cause to direct the Clerk to maintain this case under seal until on or about April 1, 2020.

First, subject to final confirmation, Dr. Zafirov has secured employment with the Veterans Administration, serving the needs of patients at the Women Veterans Health Center at the Bay Pines VA Health Care System in Sarasota. By coincidence, she served two-month notice, as required by her existing contract, on her current employer on January 30, 2020—the same day Relator's counsel learned of the Court's order directing the United States to state its intervention position this month. Dr. Zafirov and her current employer have agreed that her last day of employment will be March 30, 2020. She is the only physician treating patients in VIPcare's Venice, Florida clinic. Her ability to continue in her present position after the complaint in this matter becomes public is uncertain at best, and she is concerned that a more precipitous departure would compromise the ability of her patients from receiving medical care while a replacement is found. If the unsealing of this matter is extended until her departure, continuity of care for her patients will be much more likely.

Second, the VIPcare "Regional Director" with cognizance over the Venice clinic is a man with a Florida record of arrests and a felony conviction for a crime of violence; probation violations; and convictions for other offenses. He frequently drops in on Dr. Zafirov unannounced, and she is alone with him during these visits. They are unsettling to her, and she is not able to predict his behavior under a stressor such as learning of this matter while she is under his supervision. Relator respectfully urges that minimizing the possibility of such contacts by maintaining the seal until her position ends is a sound additional basis for the relief sought.

## CONCLUSION

Relator respectfully requests that, for good cause shown, the Court keep this case, including the Complaint and all other documents, under seal and off the Pacer system until April 1, 2020, or such date thereafter as the Court finds appropriate.

Dated: February 10, 2020

                                            Respectfully submitted,

                                            */s/ Jillian L. Estes*

                                            Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
                                            Jillian L. Estes (Fla. Bar No. 0055774)
                                            MORGAN VERKAMP LLC
                                            35 East 7th Street, Suite 600
                                            Cincinnati, OH 45202
                                            Phone: (513) 651-4400
                                            Fax: (513) 651-4405
                                            rmorgan@morganverkamp.com
                                            jillian.estes@morganverkamp.com

                                            Kenneth J. Nolan (Fla. Bar No. 603406)
                                            Marcella Auerbach (Fla. Bar No. 249335)
                                            NOLAN, AUERBACH & WHITE, LLP
                                            435 N. Andrews Ave., Suite 401
                                            Fort Lauderdale, FL 33301
                                            Phone: (954) 779-3943
                                            Fax: (954) 779-3937
                                            ken@whistleblowerfirm.com
                                            marcella@whistleblowerfirm.com

                                            *Counsel for Relator Dr. Clarissa Zafirov*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2020, a true and accurate copy of this Motion was served on the United States by electronic-mail delivery to:

> Sean Keefe, Esq.
> Assistant United States Attorney
> Middle District of Florida
> 400 North Tampa Street
> Tampa, Florida 33602
> By e-mail to Sean.Keefe@usdoj.gov

_____
Jillian L. Estes