UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;<br>PHYSICIAN PARTNERS SPECIALITY<br>SERVICES, LLC; SUN LABS USA, INC.<br>ANION TECHNOLOGIES, LLC; ANTHEM,<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM<br>HEALTHCARE, INC.; and SIDDHARTHA<br>PAGIDIPATI,<br><br>    Defendants. | CASE NO.<br><br>**FILED IN CAMERA AND<br>UNDER SEAL -<br><u>DO NOT PUT ON PACER</u>** |

## [PROPOSED] ORDER TO MAINTAIN SEAL

THIS MATTER is before the Court upon the Relator's Unopposed Motion to Maintain the Seal Until April 1, 2020. Having carefully reviewed said Motion, the Court determines that it is:

**ORDERED AND ADJUDGED** as follows:

1. That the Relator's Motion is hereby GRANTED.

2. That the Clerk of this Court is hereby DIRECTED to maintain said Complaint and other pleadings under seal until April 1, 2020.

3. That all other papers in this matter shall be filed *In Camera*, placed under seal, and not served upon the Defendants until further Order of this Court.

**DONE AND ORDERED** this _____ day of _____, 2020.

1

<br>

                            HON. JUDGE STEVEN D. MERRYDAY
                            UNITED STATES DISTRICT JUDGE

**SERVICE LIST:**

Sean Keefe, Esq.
Assistant United States Attorney
Middle District of Florida
400 N. Tampa St.
Suite 3200
Tampa, FL 33602

Nolan, Auerbach & White, LLP
Kenneth J. Nolan, Esq.
Marcella Auerbach, Esq.
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301

Morgan Verkamp, LLC
Frederick M. Morgan, Jr., Esq.
Jillian Estes, Esq.
35 E. 7th Street, Suite 600
Cincinnati, OH 45202