UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.                                                                        CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, *et al.*,

    Defendants.
_____/

**ORDER**

In this action under the False Claims Act, a January 28, 2010 order (Doc. 11) denies the United States' motion to extend the intervention deadline by another six months and requires the United States to decide whether to intervene no later than February 21, 2020. With the United States' consent, the relator moves to extend the seal until April 1, 2020. The motion (Doc. 12) is **GRANTED**, and this action remains under seal until **APRIL 1, 2020**. The United States' deadline to decide

whether to intervene remains **FEBRUARY 21, 2020**. The clerk is directed to e-mail a copy of this order to counsel for the relator and to counsel for the United States.

ORDERED in Tampa, Florida, on February 12, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE