FILED

2020 FEB 21 PM 4: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
ex rel. DR. CLARISSA ZAFIROV,

        Plaintiffs,

v.

Case No.: 8:19-cv-1236-T-23SPF

**FILED *EX PARTE*
AND UNDER SEAL**

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

        Defendants.

_____/

**UNITED STATES' *EX PARTE* CONSENT MOTION FOR LEAVE
TO FILE PARTIALLY REDACTED DOCUMENTS**

The United States of America hereby respectfully moves this Court for leave to file partially redacted forms of its (1) application for a partial lifting of the seal in this case (S-7), and (2) memorandum filed in support of its January 21, 2020 application for an extension of time to consider election to intervene (S-10). The relator, through her counsel, has been advised of, and consents to, the requested relief. A separate memorandum has been filed in support of this motion[1].

---

[1] The United States is serving this motion upon the relator, but is not serving her with its supporting memorandum because that memorandum contains information concerning the government's investigation.

1

|  |  |  |
|---|---|---|
| Dated: February 21, 2020 | By: | MARIA CHAPA LOPEZ<br>United States Attorney<br><br>s/<br>SEAN P. KEEFE<br>Assistant United States Attorney<br>Florida Bar No. 0413828<br>400 North Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Telephone: (813) 274-6000<br>Facsimile: (813) 274-6200<br>E-mail: sean.keefe@usdoj.gov<br><br>ANDY J. MAO<br>PATRICIA L. HANOWER<br>J. JENNIFER KOH<br>Attorneys, Civil Division<br>United States Department of Justice<br><br>*Counsel for United States of America* |

### CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing sealed motion to be served on this day, February 21, 2020, via U.S. mail to the following counsel of record:

Jillian Estes, Esq,
Morgan Verkamp LLC
35 East Seventh Street, Suite 600
Cincinnati, Ohio  45202

*Counsel for Relator Dr. Clarissa Zafirov*

SEAN P. KEEFE
Assistant United States Attorney

2