UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

     Plaintiff,

v.                                 CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, *et al.*,

     Defendants.

_____/

**<u>ORDER</u>**

In this action under the False Claims Act, an order (Doc. S-11) permits the

United States until February 21, 2020, to decide whether to intervene, and another

order (Doc. S-13) grants the relator's motion to extend the seal.  The United States

timely announces (Doc. S-14) that the United States "is not intervening at this time."

Because other filings in this action reveal information about the status of a

pending investigation, the United States moves (Doc. S-15) unopposed to file a

redacted version of (1) the United States' motion (Doc. S-7) for a partial lifting of the

seal and (2) the United States' memorandum (Doc. S-10) filed in support of the

United States' motion for an extension of the intervention deadline.  The United

States appends to an *in camera* memorandum (Doc. S-16) a redacted version of each

document.

The motion (Doc. S-15) is **GRANTED**, and the clerk is directed to file separately each of the redacted documents appended to the United States' *in camera* memorandum (Doc. S-16).  On **JUNE 25, 2020**, the clerk must publish the docket sheet to CM/ECF and unseal each item except for Document S-16 and the unredacted versions of Document S-7  Document S-10.  The clerk must e-mail a copy of this order to counsel for the United States and to counsel for the relator.

ORDERED in Tampa, Florida, on June 11, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE