**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

      Plaintiff/Relator

v.	CASE NO. 8:19cv1236-SDM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC,
d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;
PHYSICIAN PARTNERS SPECIALTY
SERVICES, LLC; SUN LABS USA, INC.;
ANION TECHNOLOGIES LLC; ANTHEM,
INC.; FREEDOM HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.; and SIDDARTHA
PAGIDIPATI,

      Defendants.

_____/

## DEFENDANT FLORIDA MEDICAL ASSOCIATES, LLC'S UNOPPOSED MOTION TO UNSEAL DOCUMENTS PURSUANT TO COURT'S ORDER UNSEALING DOCUMENTS

Defendant Florida Medical Associates, LLC ("FMA") hereby moves for an order unsealing certain documents pursuant to the Court's prior Order of June 11, 2020 (Doc. 17) and Local Rule 1.09.

This is a *qui tam* case that has been unsealed, subject to certain limited information remaining under seal. This Court's Order of June 11, 2020 (Doc. 17) ordered, among other things, that:

> On JUNE 25, 2020, the clerk must publish the docket sheet to CM/ECF and unseal each item except for Document S-16 and the unredacted versions of Document S-7 Document S-10.

As of June 29, 2020 no redacted versions of Documents 7 and 10 have been made publicly available, and no versions of Documents 8, 9 or 11 have been made publicly available. Defendant understands based on a communication with the Clerk's office that the documents referenced in the Order quoted above are not publicly available because they were filed *ex parte*. Based on its reading of the Court's Order of June 11, 2020, Defendant respectfully submits that those documents should now be available to the public on the docket.

WHEREFORE, Defendant FMA requests that the Court order that all documents on the docket be unsealed and be made publicly available, except for the unredacted versions of Documents S-7 and S-10 and the full version of Document S-16.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 3.01(g), undersigned counsel for FMA certifies that he has conferred with counsel for the United States which does not oppose the relief requested in this Motion.

Respectfully submitted on July 1, 2020,

                              **HOLLAND & KNIGHT LLP**

                              /s/ L.T. Lafferty
                              L.T. Lafferty
                              lt.lafferty@hklaw.com
                              Florida Bar No. 0975575
                              100 North Tampa Street
                              Tampa, FL 33602
                              Tel:  813-227-8500
                              Fax:  813-229-0134

Jerome W. Hoffman
jerome.hoffman@hklaw.com
Florida Bar No. 0258830
50 North Laura Street, Suite 3900
Jacksonville, FL 32202-
Tel: 904-353-2000
Fax:  904-358-1872

Kevin W. Cox
kevin.cox@hklaw.com
Florida Bar No. 0034020
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
Tel:  850-224-7000
Fax:  850-224-8832

*Trial Counsel for Defendant Florida Medical Associates, LLC*