**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**

CLARISSA ZAFIROV,

    Plaintiff/Relator

v.                                                            CASE NO. 8:19cv1236-SDM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC,
d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC,
PHYSICIAN PARTNERS SPECIALTY
SERVICES, LLC; SUN LABS USA, INC.;
ANION TECHNOLOGIES LLC; ANTHEM,
INC.; FREEDOM HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.; and SIDDARTHA
PAGIDIPATI,

    Defendants.

_____/

**SUPPLEMENT TO FLORIDA MEDICAL ASSOCIATES, LLC'S MOTION TO**
**UNSEAL DOCUMENTS PURSUANT TO COURT'S**
**ORDER UNSEALING DOCUMENTS**

Florida Medical Associates, LLC ("FMA") hereby supplements its Motion to Unseal Documents Pursuant to Court's Order Unsealing Documents (Doc. 21) to certify to the Court, pursuant to Local Rule 3.01(g), that undersigned counsel conferred with counsel for the Relator, who advised counsel for FMA that Relator also does not oppose the unsealing of the documents referenced in the Motion.

Respectfully submitted on July 2, 2020,

                                                                             **HOLLAND & KNIGHT LLP**

                                                                             /s/ L.T. Lafferty
                                                                             L.T. Lafferty

lt.lafferty@hklaw.com
Florida Bar No. 0975575
100 North Tampa Street
Tampa, FL 33602
Tel:  813-227-8500
Fax:  813-229-0134

Jerome W. Hoffman
jerome.hoffman@hklaw.com
Florida Bar No. 0258830
50 North Laura Street, Suite 3900
Jacksonville, FL 32202-
Tel: 904-353-2000
Fax:  904-358-1872

Kevin W. Cox
kevin.cox@hklaw.com
Florida Bar No. 0034020
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
Tel:  850-224-7000
Fax:  850-224-8832

*Trial Counsel for Defendant Florida Medical Associates, LLC*