UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* DR. CLARISSA ZAFIROV, ) <br> ) <br>     Plaintiff/Relator ) <br> ) <br> v. ) <br> )   CASE NO. 8:19-cv-01236 <br> FLORIDA MEDICAL ASSOCIATES, LLC, ) <br> d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC, ) <br> PHYSICIAN PARTNERS SPECIALITY ) <br> SERVICES, LLC; SUN LABS USA, INC. ) <br> ANION TECHNOLOGIES, LLC; ANTHEM, ) <br> INC.; FREEDOM HEALTH, INC.; OPTIMUM ) <br> HEALTHCARE, INC.; and SIDDHARTHA ) <br> PAGIDIPATI, ) <br> ) <br>     Defendants. ) <br> _____ ) | |

### **UNOPPOSED MOTION TO STAY TRACK TWO DEADLINES**

Relator Dr. Clarissa Zafirov respectfully moves this Court to stay the deadlines set forth in the Track Two order until Relator has served the Complaint on the defendants. In support thereof, Relator states as follows:

Relator filed the above-captioned case on May 20, 2019 [Dkt. 1] and it remained under seal pursuant to 31U.S.C. 3730(b)(2) and several seal extension requests for the following year. The Court entered an order for United States to enter an intervention decision by Feb. 21, 2020 [Dkt. 11] and extended the seal deadline to April 1, 2020 at the Relator's request [Dkt. 13]. Although the Court entered an order directing the Clerk to unseal the case on June 25, 2020 [Dkt. 17], it was actually unsealed on or about June 12, 2020.

This Court designated the above-captioned case as a Track Two case on July 1, 2020 [Dkt. 22]. A corresponding order entered on the same date [Dkt. 23] sets forth several deadlines keyed off

1

the date that order was entered, including scheduling a case management meeting and filing notices of related actions. However, consistent with the time limits set forth in Fed R. Civ. P. 4(m), Relator has not yet served the complaint on the defendants. Relator anticipates serving the complaint in the next fourteen days, but this will be beyond several of the time limitations set forth in the Court's Track Two order.

  Thus, Relator respectfully requests that this Court stays the deadlines set forth in the Track Two order such that the times set forth in the order will be keyed off of the date of service of the complaint on all defendants.

      Respectfully submitted this 15th day of July, 2020.

          /s/ Jillian L. Estes
          Kenneth J. Nolan (Fla. Bar No. 603406)
          Marcella Auerbach (Fla. Bar No. 249335)
          NOLAN, AUERBACH & WHITE, LLP
          435 N. Andrews Ave., Suite 401
          Fort Lauderdale, FL   33301
          Phone: (954) 779-3943
          Fax: (954) 779-3937
          ken@whistleblowerfirm.com
          marcellla@whistleblowerfirm.com

          Jillian L. Estes (Fla. Bar No. 0055774)
          Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
          MORGAN VERKAMP LLC
          35 East 7th Street, Suite 600
          Cincinnati, OH 45202
          Phone: (513) 651-4400
          Fax: (513) 651-4405
          jillian.estes@morganverkamp.com
          rmorgan@morganverkamp.com

          ***Counsel for Relator Dr. Clarissa Zafirov***

## CERTIFICATE OF CONFERENCE

I, Jillian Estes, hereby certify that I have conferred with counsel of record for Defendant Florida Medical Associates, who does not oppose the relief sought herein.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on July 15, 2020, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)