# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator

v.	CASE NO. 8:19cv1236-SDM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC,
d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;
PHYSICIAN PARTNERS SPECIALTY
SERVICES, LLC; SUN LABS USA, INC.;
ANION TECHNOLOGIES LLC; ANTHEM,
INC.; FREEDOM HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.; and SIDDARTHA
PAGIDIPATI,

    Defendants.

_____/

## FLORIDA MEDICAL ASSOCIATES, LLC'S
## NOTICE OF RELATED ACTIONS

Florida Medical Associates, LLC ("FMA"),[1] in compliance with the Court's Order of July 1, 2020 and pursuant to Local Rule 1.04(d), hereby advises that it is not aware of any similar or related case under Local Rule 1.04(d).

Respectfully submitted on July 15, 2020,

**HOLLAND & KNIGHT LLP**

/s/ L.T. Lafferty
L.T. Lafferty
lt.lafferty@hklaw.com
Florida Bar No. 0975575
100 North Tampa Street

---

[1] FMA notes that it has not yet been served.

Tampa, FL 33602
Tel: 813-227-8500
Fax: 813-229-0134

Jerome W. Hoffman
jerome.hoffman@hklaw.com
Florida Bar No. 0258830
50 North Laura Street, Suite 3900
Jacksonville, FL 32202-
Tel: 904-353-2000
Fax: 904-358-1872

Kevin W. Cox
kevin.cox@hklaw.com
Florida Bar No. 0034020
315 South Calhoun Street, Suite 600
Tallahassee, FL 32301
Tel: 850-224-7000
Fax: 850-224-8832

*Trial Counsel for Defendant Florida Medical Associates, LLC*