UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.                                      CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

    Defendants.
_____/

**ORDER**

In this unsealed action under the False Claims Act, the relator moves (Doc. 26) to extend the time within which to conduct the case management conference. The motion (Doc. 26) is **GRANTED**. No later than **AUGUST 31, 2020**, the parties must conduct the case management conference.* No later than **SEPTEMBER 14, 2020**, the parties must file the case management report.

ORDERED in Tampa, Florida, on July 22, 2020.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* Local Rule 3.05(c) requires the parties to conduct the case management conference within sixty days after the appearance of any defendant. Sixty days after the appearance of Florida Medical Associates is August 31, 2020.

Case 8:19-cv-01236-KKM-SPF   Document 28   Filed 07/22/20   Page 2 of 2 PageID 150

- 2 -