UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARISSA ZAFIROV,

Plaintiff,   CASE NO.:   8:19-cv-1236-T-23SPF

v.

FLORIDA MEDICAL ASSOCIATES,
LLC, et al.,

    Defendants.
_____

**CONSENT MOTION FOR DAVID M. DEATON TO APPEAR *PRO HAC VICE*,
WRITTEN DESIGNATION AND CONSENT TO ACT,
AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

The undersigned respectfully moves, with Plaintiff's consent, for the admission *pro hac vice* of David M. Deaton of the law firm O'Melveny & Myers LLP, 610 Newport Center Drive, Newport Beach, California 92660 (ddeaton@omm.com) for purposes of appearance as co-counsel on behalf of Defendant Anthem, Inc.; Defendant Freedom Health, Inc.; and Defendant Optimum HealthCare, Inc. (collectively, "Anthem") in this case and to permit Mr. Deaton to receive electronic filings in this case. The undersigned further represents that she has been designated, and consents to act, as local counsel. In support thereof, the undersigned states as follows:

    1.    Defendant Anthem has retained the law firm O'Melveny & Myers LLP to represent its interests in this matter. Mr. Deaton is a partner in the firm with a long-standing relationship with Defendant Anthem and requests permission to appear *pro hac vice* on its behalf.

2. Mr. Deaton is not a resident of the State of Florida.

3. Mr. Deaton is not admitted to practice in the Middle District of Florida and does not make frequent or regular appearances in separate cases pending in this Court to such a degree as to constitute the maintenance of a regular practice of law in Florida or abuse of the privilege to specially appear.

4. Mr. Deaton is an attorney with the law firm O'Melveny & Myers LLP, 610 Newport Center Drive, Newport Beach, California 92660, whose telephone number is (949)823-6900. His e-mail address is ddeaton@omm.com.

5. Mr. Deaton is an admitted member in good standing of all state courts in the California, and the United States District Court for the Central District of California and the Court of the Appeals for the Ninth Circuit. A Certificate of Good Standing is attached hereto as Exhibit A.

6. Mr. Deaton is familiar with, and will be governed by, the Local Rules of this Court, including the rules governing the professional behavior of lawyers who practice before this Court.

**7.** Mr. Deaton will comply with the requirements of Local Rules 2.02(a) and 2.01(d) by forwarding the Special Admissions Attorney Certification Form and appropriate fee to the Clerk of the Court and by registering for electronic service.

8. Mr. Deaton, by and through the undersigned designated counsel, hereby requests the Court provide Notice of Electronic Filings to David J. Deaton at his email address: ddeaton@omm.com.

9.      The undersigned movant, Ginger Barry Boyd, is a partner in the law firm of Nelson Mullins Broad and Cassel.  Her address is 215 South Monroe Street, Suite 400, Tallahassee, Florida, 32301, (850) 681-6810.  She is an active member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida.  She is authorized to file through the Court's electronic filing system.

10.     Movant has appeared in this case on behalf of Defendant.  Movant has been designated, and consents to be designated, as the member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who will electronically file and serve documents and things that may be filed and served electronically, and who will be responsible for the progress of this case, including the trial.

WHEREFORE, Ginger Barry Boyd, moves this Court to enter an Order allowing David J. Deaton to appear before this Court on behalf of Defendant Anthem, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of future electronic filings to David J. Deaton.

## **CONSENT OF DESIGNEE**

I hereby consent to the foregoing designation.

*/s/ Ginger Barry Boyd*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that a good faith conference regarding this motion was conducted and that counsel for Plaintiff consents to Mr. Deaton's admission *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

**NELSON MULLINS BROAD AND CASSEL**

*/s/ Ginger Barry Boyd*
Ginger Barry Boyd
Florida Bar No.  294550
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
Tel:   850.907.2507
Fax:   850-681-979792
ginger.boyd@nelsonmullins.com
merriejo.norman@nelsonmullins.com

*Attorneys for Defendant Anthem, Inc.; Freedom Health, Inc; and Optimum HealthCare Inc.*