

# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### DAVID MATTHEW DEATON

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that DAVID MATTHEW DEATON, #205713, was on the 20th day of December 1999, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the 10th day of September 2020.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
Tao Zhang, Assistant Deputy Clerk III

**EXHIBIT A**

