## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC, PHYSICIAN PARTNERS SPECIALTY SERVICES, LLC; SUN LABS USA, INC.; ANION TECHNOLOGIES, LLC; ANTHEM, INC.; FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE, INC.; and SIDDHARTHA PAGIDIPATI, <br><br> Defendants. | Case No. 8:19-cv-01236-SDM-SPF <br><br> **DEFENDANTS ANTHEM, INC., FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Defendant Anthem, Inc. ("Anthem"), by its undersigned counsel, makes this disclosure pursuant to Federal Rule of Civil Procedure 7.1.  Anthem states that it is a publicly-traded company, it does not have a parent corporation, and there are no publicly-held companies that own 10% or more of its stock.  Defendants Freedom Health, Inc. and Optimum HealthCare, Inc. state that they are subsidiaries of Anthem, which is their ultimate parent corporation, and that no publicly held corporation other than Anthem owns 10% or more of their stock.

Dated:    September 14, 2020

By:*/s/Ginger Barry Boyd*
David J. Leviss (Trial Counsel)*
Benjamin D. Singer*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Florida Bar No.  294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP 215 South
Monroe Street, Suite 400
Tallahassee, FL 32301
Tel:   850.907.2507
Fax:   850-681-979792
ginger.boyd@nelsonmullins.com
merriejo.norman@nelsonmullins.com

*Counsel for Defendants Anthem, Inc.;
Freedom Health, Inc.; and Optimum
HealthCare, Inc.*

*\* pro hac vice admissions pending*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing

document with the Clerk of Court using the CM/ECF system and served it by CM/ECF

on the parties' counsel of record.

This the 14th day of September, 2020.

By: */s/Ginger Barry Boyd*_____