**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

United States *ex rel.* Dr. Clarissa Zafirov,

    *Plaintiff/Relator*,

v.                                                                 Case No. 8:19-cv-01236-SDM-SPF

Florida Medical Associates, LLC
d/b/a VIPcare; Physician Partners,
LLC; Physician Partners Specialty
Services, LLC; Sun Labs USA, Inc.;
Anion Technologies, LLC; Anthem,
Inc.; Freedom Health, Inc.; Optimum
Healthcare, Inc.; and Siddhartha Pagidipati,

    *Defendants*.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that A. Lee Bentley, III, of the law firm of BRADLEY ARANT BOULT CUMMINGS LLP, appears as counsel in this case for Florida Medical Associates, LLC d/b/a VIPcare, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati and requests service of all pleadings, notices, and other papers filed in this case as follows:

> A. Lee Bentley, III
> Primary E-Mail: lbentley@bradley.com
> Secondary E-Mail: dmills@bradley.com
> **Bradley Arant Boult Cummings LLP**
> 100 N. Tampa Street, Suite 2200
> Tampa, Florida 33602
> Telephone: (813) 559-5500
> Facsimile: (813) 229-5946

Respectfully,

/s/ A. Lee Bentley, III
A. Lee Bentley, III
Fla. Bar No. 1002269
Primary E-Mail: lbentley@bradley.com
Secondary E-Mail: dmills@bradley.com
**Bradley Arant Boult Cummings LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

*Counsel for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ A. Lee Bentley, III
Attorney