**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

United States *ex rel.* Dr. Clarissa Zafirov,

    *Plaintiff/Relator*,

v.                                                        Case No. 8:19-cv-01236-SDM-SPF

Florida Medical Associates, LLC
d/b/a VIPcare; Physician Partners,
LLC; Physician Partners Specialty
Services, LLC; Sun Labs USA, Inc.;
Anion Technologies, LLC; Anthem,
Inc.; Freedom Health, Inc.; Optimum
Healthcare, Inc.; and Siddhartha Pagidipati,

    *Defendants*.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that Giovanni P. Giarratana, of the law firm of BRADLEY ARANT BOULT CUMMINGS LLP, appears as counsel in this case for Florida Medical Associates, LLC d/b/a VIPcare, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati and requests service of all pleadings, notices, and other papers filed in this case as follows:

        Giovanni P. Giarratana
        Primary E-Mail:  ggiarratana@bradley.com
        Secondary E-Mail:  dmills@bradley.com
        **Bradley Arant Boult Cummings LLP**
        100 N. Tampa Street, Suite 2200
        Tampa, Florida 33602
        Telephone: (813) 559-5500
        Facsimile: (813) 229-5946

        Respectfully,

        /s/ Giovanni P. Giarratana
        Giovanni P. Giarratana
        Fla. Bar No. 125848
        Primary E-Mail:  ggiarratana@bradley.com
        Secondary E-Mail:  dmills@bradley.com
        **Bradley Arant Boult Cummings LLP**
        100 N. Tampa Street, Suite 2200
        Tampa, Florida 33602
        Telephone: (813) 559-5500
        Facsimile: (813) 229-5946

        *Counsel for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

        /s/ Giovanni P. Giarratana
        Attorney

4833-4322-3499.1