UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States *ex rel.* Dr. Clarissa Zafirov,

    *Plaintiff/Relator*,

v.                                          Case No. 8:19-cv-01236-SDM-SPF

Florida Medical Associates, LLC
d/b/a VIPcare; Physician Partners,
LLC; Physician Partners Specialty
Services, LLC; Sun Labs USA, Inc.;
Anion Technologies, LLC; Anthem,
Inc.; Freedom Health, Inc.; Optimum
Healthcare, Inc.; and Siddhartha Pagidipati,

    *Defendants*.
_____/

**CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS
FLORIDA MEDICAL ASSOCIATES, LLC, PHYSICIAN PARTNERS, LLC,
PHYSICIAN PARTNERS SPECIALTY SERVICES, LLC, SUN LABS USA, INC.,
AND ANION TECHNOLOGIES, LLC**

    Defendants Florida Medical Associates, LLC d/b/a VIPcare ("FMA"), Physician Partners, LLC ("Physician Partners"), Physician Partners Specialty Services, LLC ("Physician Partners Specialty Services"), Sun Labs USA, Inc. ("Sun Labs"), and Anion Technologies, LLC ("Anion") submit the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. FMA, Physician Partners, Physician Partners Specialty Services, Sun Labs, and Anion are not owned by a parent corporation or publicly held corporation owning 10% or more of their stock.

1

Respectfully,

/s/ A. Lee Bentley, III
A. Lee Bentley, III
Fla. Bar No. 1002269
Jason P. Mehta
Fla. Bar No. 106110
Giovanni P. Giarratana
Fla. Bar No. 0125848
**Bradley Arant Boult Cummings LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: jmehta@bradley.com
Primary E-Mail: ggiarratana@bradley.com
Secondary E-Mail: dmills@bradley.com

*Counsel for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ A. Lee Bentley, III
Attorney