UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DR. CLARISSA ZAFIROV,

       Plaintiffs,

v.                                                          Case No.: 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

       Defendants.
_____/

## **GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

       Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States hereby notifies the Court of its decision to decline intervention in this action. Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

       Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it. The United States also

requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

        Respectfully submitted,

        **JEFFREY BOSSERT CLARK**
        Acting Assistant Attorney General

        **MARIA CHAPA LOPEZ**
        United States Attorney

        ANDY J. MAO
        PATRICIA L. HANOWER
        J. JENNIFER KOH
        Attorneys, Civil Division
        United States Department of Justice

Dated:  September 21, 2020    By:    *s/ Sean P. Keefe*
        SEAN P. KEEFE
        Assistant United States Attorney
        Florida Bar No. 0413828
        400 North Tampa Street, Suite 3200
        Tampa, FL 33602
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6200
        E-mail: sean.keefe@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

*/s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney
