# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America
Ex. Rel. Darren Sewell

    and

State of Florida                      Case No. 8:09-cv-1625-T-35TGW
Ex. Rel. Darren Sewell

    Plaintiffs,              **FILED UNDER SEAL**

v.

America's 1st Choice Holdings of Florida, LLC,
America's 1st Choice Holdings of North Carolina, LLC,
America's 1st Choice Holdings of South Carolina, LLC,
Freedom Health, Inc., Optimum HealthCare, Inc.,
Liberty Acquisition Group LLC,
Health Management Services of USA LLC,
Global TPA LLC, America's 1st Choice Insurance
Company of North Carolina, Inc. ("AFC-NC"),
America's 1st Choice Health Plans, Inc. ("AFC-SC"),
Dr. Kiranbhai C. Patel, Dr. Devaiah Pagidipati, Siddhartha Pagidipati,
Rupesh Shah, and Mital Panara,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs the United States of America and Relator Darren Sewell, through David Sewell on behalf of the estate of Darren Sewell ("Relator"), through their undersigned counsel, hereby notify the Court pursuant to Local Rule 3.08 that the parties to the above action have settled the claims asserted in the Relator's complaint in this case against Defendants America's 1st Choice Holdings of Florida, LLC, America's 1st Choice Holdings of North Carolina, LLC, America's 1st Choice Holdings of South Carolina, LLC, Freedom Health, Inc., Optimum

{00074451;2}

5850617.1

HealthCare, Inc., Liberty Acquisition Group LLC, Health Management Services of USA LLC, Global TPA LLC, America's 1st Choice Insurance Company of North Carolina, Inc. ("AFC-NC"), America's 1st Choice Health Plans, Inc. ("AFC-SC"), Dr. Kiranbhai C. Patel, Dr. Devaiah Pagidipati, Siddhartha Pagidipati, Rupesh Shah, and Mital Panara, under the False Claims Act, 31 U.S.C. § 3729 *et seq.* and the Florida False Claims Act, Fla. Stat., §§ 68.081-.092, pursuant to the terms of two settlement agreements dated May 12, 2017 (the "Settlement Agreements"). Filed concurrently with this Notice are a Stipulation of Dismissal, Proposed Order of Dismissal, and a Stipulated Protective Order.

Notwithstanding the foregoing, Relator reserves and does not dismiss his claims under 31 U.S.C. § 3730(d) and Florida Statute, § 68.085, for a share of the proceeds of the settlement.

Finally, the Government requests that the relator's Complaint, First Amended Complaint, Second Amended Complaint, this Notice, the Stipulation of Voluntary Dismissal filed contemporaneously with this Notice, and any order granting dismissal, be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

Respectfully submitted this 12th day of May, 2017.

By: _____
J. Jennifer Koh
Trial Attorney, Commercial Litigation Branch
Civil Division, United States Department of Justice
Telephone: (202) 305-1816
E-Mail: Jennifer.Koh@usdoj.gov

Randy Harwell
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198
E-Mail: randy.harwell@usdoj.gov

**Counsel for the United States**

By: *(signature)*
Mary Inman
CONSTANTINE CANNON
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.426.5661
Facsimile: 650.636.9709
E-Mail: minman@constantinecannon.com

By:_____
Steven S. Hasegawa
PHILIPS & COHEN
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Phone: 415-836-9000
E-Mail: shasegawa@pcsf.com

By:_____
Debra Katz
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
Phone: (202) 299-1140
E-Mail: katz@kmblegal.com

By:_____
Elaine Stromgren
James Hoyer, P.A.
4830 West Kennedy Boulevard, Suite 550
Tampa, Florida 33609
Phone: 813-397-2300
Email: estromgren@jameshoyer.com

**Counsel for David Sewell on behalf of**

Randy Harwell
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198
E-Mail: randy.harwell@usdoj.gov

**Counsel for the United States**

By:_____
Mary Inman
CONSTANTINE CANNON
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.426.5661
Facsimile: 650.636.9709
E-Mail: minman@constantinecannon.com

By:_____
Steven S. Hasegawa
PHILIPS & COHEN
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Phone: 415-836-9000
E-Mail: shasegawa@pcsf.com

By:_____
Debra Katz
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
Phone: (202) 299-1140
E-Mail: katz@kmblegal.com

By:_____
Elaine Stromgren
James Hoyer, P.A.
4830 West Kennedy Boulevard, Suite 550
Tampa, Florida 33609
Phone: 813-397-2300
Email: estromgren@jameshoyer.com

**Counsel for David Sewell on behalf of**

Randy Harwell
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa St., Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6198
E-Mail: randy.harwell@usdoj.gov

**Counsel for the United States**

By:_____
Mary Inman
CONSTANTINE CANNON
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.426.5661
Facsimile: 650.636.9709
E-Mail: minman@constantinecannon.com

By:_____
Steven S. Hasegawa
PHILIPS & COHEN
100 The Embarcadero, Suite 300
San Francisco, CA 94105
Phone: 415-836-9000
E-Mail: shasegawa@pcsf.com

By:_____
Debra Katz
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, NW
Sixth Floor
Washington, DC 20009
Phone: (202) 299-1140
E-Mail: katz@kmblegal.com

By: *[signature: Elaine Stromgren]*
Elaine Stromgren
James Hoyer, P.A.
4830 West Kennedy Boulevard, Suite 550
Tampa, Florida 33609
Phone: 813-397-2300
Email: estromgren@jameshoyer.com

**Counsel for David Sewell on behalf of**

the estate of Darren Sewell

## CERTIFICATE OF SERVICE

I hereby certify that on May 12th, 2017, I caused a true and correct copy of the foregoing to be served by U.S. mail and electronic mail to the following:

Eddie Suarez
Rachel May Zysk
SUAREZ LAW FIRM, P.A.
1011 West Cleveland Street
Tampa FL 33606
Email: esuarez@suarezlawfirm.com
rzysk@suarezlawfirm.com

Marcos E. Hasbun
Sara A. Lawson
ZUCKERMAN SPAEDER LLP
101 East Kenndy Blvd., Suite 1200
Tampa, FL 33602
Email: mhasbun@zuckerman.com
slawson@zuckerman.com

LT Lafferty
HOLLAND & KNIGHT LLP
100 North Tampa Street
Suite 4100
Tampa FL 33602
Email: l.t.lafferty@hklaw.com

_____
Attorney