# EXHIBIT H

 

# Miami Herald

HEALTH CARE

# Florida Medicare Advantage insurer settles whistle-blower lawsuit for $32 million

By Daniel Chang

dchang@miamiherald.com

JUNE 01, 2017 12:39 PM , UPDATED JUNE 02, 2017 12:45 PM

   



This 2006 photograph shows a Medicare enrollment office in New York City. This week, a Florida-based

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

A Florida health insurance company and its former chief operating officer will pay $32.5 million to settle a whistle-blower lawsuit that alleged the insurer defrauded the federal government for years by falsifying claims to make its members appear sicker than they really were in order to extract bigger payments from Medicare.

In a federal lawsuit unsealed this week, the [Justice Department said](#) that Freedom Health, a Tampa-based HMO, gamed diagnosis codes from 2008 to 2013 to inflate reimbursements for members of the company's Medicare Advantage plans in Florida.

The higher reimbursements are known as "risk adjustment," and they're supposed to offset the higher cost of treating sicker patients. But the federal complaint, initiated by Freedom's former chief medical officer, said that the members either were treated for conditions they did not have or they never received additional care.

**TOP ARTICLES**

'Absolutely surreal.' Florida Panhandle hit with severe flooding from Hurricane Sally

We use cookies and similar technologies. By continuing to use this website, you consent to our **Terms of Service** and our **Privacy Policy**.

**ACCEPT COOKIES**

The Justice Department also accused Freedom of lying to federal regulators about the size and makeup of its network of doctors, hospitals and other healthcare providers in a 2008 application to expand into new counties in Florida and in other states.

Freedom submitted to the Centers for Medicare and Medicaid Services a directory of hospitals, doctors and specialists that were purportedly in its network but who never agreed to provide care for Freedom's members, effectively creating "an illusion," said Mary Inman, a lead attorney for the whistle-blower, Darren D. Sewell, a physician who worked for Freedom from 2007 to 2012.

## Today's top headlines

Sign up for the Afternoon Update and get the day's biggest stories in your inbox.

Enter Email Address

**SIGN UP**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Doctors were unable to refer Freedom members to specialists, Inman said, and one Central Florida patient cited in the complaint had to travel hundreds of miles for a mammogram and bone density test.

Freedom's corporate attorney, Bijal Patel, issued a written statement on June 2 noting that the insurer has received high ratings for quality and customer satisfaction, and that the company settled in order to "avoid delay and the expense of litigation."

"Medicare managed care is a complex and constantly changing industry in which it is common to have differing interpretations of regulations," Patel said in the statement.

Freedom's former chief operating officer, Siddhartha Pagidipati, who agreed to pay $750,000 to resolve his alleged role in the scheme to expand into new counties

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

## Local news has never been more important

Subscribe for unlimited digital access to the news that matters to your community.

**#READLOCAL**

As of May, Freedom and its affiliate, Optimum Healthcare, operated in 25 Florida counties — including Miami-Dade, Broward and Palm Beach — and covered more than 123,000 people statewide, according to federal enrollment data.

The company will pay $31.7 million to settle the two fraud allegations: $16.7 million for the risk adjustment claims and $15 million for the provider network charge.

Inman said that in recent years, as evidence has grown that many [Medicare Advantage plans routinely overbill](#) the government, the Justice Department has stepped up prosecution of risk adjustment fraud. In March, the federal government joined two [lawsuits against United Health Group](#) alleging a similar type of risk adjustment fraud in that insurer's Medicare Advantage plans.

Medicare Advantage has become increasingly popular for older Americans, who qualify at age 65. The plans cover almost 18 million people — nearly one-third of all Medicare beneficiaries — and it's [big business in South Florida](#), where 61 percent of enrollees or more than 460,000 people are signed up for Medicare Advantage in Miami-Dade and Broward counties, according to federal estimates.

Sewell filed the lawsuit against Freedom in 2009, and his allegations led to an undercover FBI investigation in which Sewell participated, Inman said. He died in September 2014 but his estate is entitled to receive a share of the settlement, about $4.8 million to $8.1 million, Inman said.

Though Freedom Health admitted no wrongdoing in the settlement, the company

We use cookies and similar technologies. By continuing to use this website, you consent to our Terms of Service and our Privacy Policy.

ACCEPT COOKIES

law, including the establishment of a compliance committee, written standards and independent reviews.

*This story has been updated to include a statement from Freedom Health and its former executive, Siddhartha Pagidipati.*

Daniel Chang: 305-376-2012, @dchangmiami

 COMMENTS 



READ NEXT

CORONAVIRUS

# Florida adds more than 100 new COVID-19 deaths as toll in Miami-Dade nears 3,000

BY MICHELLE MARCHANTE
SEPTEMBER 15, 2020 12:52 PM ,
UPDATED SEPTEMBER 15, 2020 03:05 PM

   

TRENDING STORIES

**After legal standoff, DeSantis names Central Florida woman as next Supreme Court justice**
UPDATED SEPTEMBER 14, 2020 11:05 PM

**Radio host fired after sexist comments regarding ESPN reporter Maria Taylor's outfit**
UPDATED SEPTEMBER 15, 2020 03:31 PM

**Florida sees lowest single-day count since June as death toll runs past 12,600**
UPDATED SEPTEMBER 15, 2020 01:01 PM

**Paulette to become powerful cyclone, while Teddy strengthens and Vicky refuses to weaken**
UPDATED SEPTEMBER 15, 2020 11:32 PM

We use cookies and similar technologies. By continuing to use this website, you consent to our **Terms of Service** and our **Privacy Policy**.

ACCEPT COOKIES