# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC, PHYSICIAN PARTNERS SPECIALTY SERVICES, LLC; SUN LABS USA, INC.; ANION TECHNOLOGIES, LLC; ANTHEM, INC.; FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE, INC.; and SIDDHARTHA PAGIDIPATI,<br><br>Defendant. | Case No.: 8:19-cv-01236-SDM-SPF |

## NOTICE OF ELECTRONIC FILING COMPLIANCE

David M. Deaton, counsel for Anthem, Inc., Freedom Health, Inc., and Optimum HealthCare, Inc., respectfully gives notice that he has complied with the Court's September 14, 2020 Order (Doc. 34), which directed him to (1) comply with electronic filing requirements, which was completed on September 14, 2020 through the completion of the E-Filer Registration Form; and (2) electronically file a notice of compliance, which is completed with today's filing.

Dated:   September 22, 2020                    Respectfully submitted,

                                               By: /s/ David M. Deaton
                                                   David M. Deaton*
                                                   O'MELVENY & MYERS LLP
                                                   610 Newport Center Dr., 17th Floor
                                                   Newport Beach, CA 92660
                                                   (949) 823-6900

(949) 823-6994 (fax)
ddeaton@omm.com

David J. Leviss (Trial Counsel)*
Benjamin D. Singer*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Anthem, Inc.; Freedom Health, Inc.; and Optimum HealthCare, Inc.*

*\*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

By: /s/ David M. Deaton

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

*Counsel for Defendants Anthem, Inc.; Freedom Health, Inc.; and Optimum HealthCare, Inc.*

*admitted pro hac vice