UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff and Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;<br>PHYSICIAN PARTNERS SPECIALITY<br>SERVICES, LLC; SUN LABS USA, INC.<br>ANION TECHNOLOGIES, LLC; ANTHEM,<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM<br>HEALTHCARE, INC.; and SIDDHARTHA<br>PAGIDIPATI,<br><br>    Defendants. | CASE NO. 8:19-cv-01236-SDM-SPF |

**RELATOR'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS AND MOTIONS TO STAY**

    Relator Dr. Clarissa Zafirov respectfully moves the Court to extend the deadline for Relator to file responses to: (1) the Defendants Anthem, Inc., Freedom Health, Inc. and Optimum Health, Inc.'s ("the MA Defendants") motion to dismiss, Dkt. 41; (2) Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., and Anion Technologies, LLC's ("the PO Defendants") motion to dismiss, Dkt. 44; (3) Defendant Siddhartha Pagidipati's motion to dismiss, Dkt. 49; (4) the MA Defendants motion to stay discovery, Dkt. 43; and (5) the PO Defendants and Defendant Pagidipati's combined motion to stay discovery, Dkt. 52.

    Relator initiated this action on May 20, 2019, by filing a sealed complaint pursuant to the

*qui tam* provisions of the False Claims Act. 31 U.S.C. § 3730(b)(1). Pursuant to this Court's order dated June 11, 2020, the Court unsealed the case following the Government's determination not to intervene at this time. All defendants received the complaint on July 24, 2020, and timely waived service. All of the defendants filed motions to dismiss Relator's complaint on September 22, 2020, so Relator's response is presently due on October 6, 2020. The MA Defendants filed a motion to stay discovery on September 22, 2020, so Relator's response is presently due on October 6, 2020. The PO Defendants, including Mr. Pagidipati, also filed a motion to stay discovery on September 25, 2020, so Relator's response to that motion is presently due on October 9, 2020.

In order to properly respond to all five pending motions, Relator requests additional time to file its Responses in Opposition to Defendants' Motions to Dismiss and Responses in Opposition to Defendants' Motions to Stay until Oct. 20, 2020. Defendants do not oppose this relief. Therefore, Relator respectfully requests that the deadline to respond to all five of Defendants' motions be extended through October 20, 2020.

Respectfully submitted this 2nd day of October, 2020,

    /s/ Jillian L. Estes_____
Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
Jillian L. Estes (Fla. Bar No. 0055774)
Jonathan Lischak (Ohio Bar No. 97669)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
rmorgan@morganverkamp.com
jillian.estes@morganverkamp.com
jonathan.lischak@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401

        Fort Lauderdale, FL   33301
        Phone: (954) 779-3943
        Fax: (954) 779-3937
        ken@whistleblowerfirm.com
        marcellla@whistleblowerfirm.com

        ***Counsel for Relator Dr. Clarissa Zafirov***

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing Notice was served on Oct. 2, 2020, to all parties of record via the CM/ECF electronic filing system.

        /s/ Jillian L. Estes
        Jillian L. Estes (Fla. Bar No. 0055774)