UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.                                                                      CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

    Defendants.
_____/

## ORDER

In this unsealed action under the False Claims Act, the relator moves (Doc. 54) unopposed to extend the time within which to respond to the motions to dismiss the complaint and the motions to stay discovery. The motion (Doc. 54) is **GRANTED**. No later than **OCTOBER 20, 2020**, the relator must respond to the motions to dismiss the complaint and the motions to stay discovery.

ORDERED in Tampa, Florida, on October 5, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE