UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiffs,

v.                                         Case No.: 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.
_____/

## UNITED STATES' CONSENT MOTION FOR LEAVE TO FILE UNREDACTED DOCUMENTS

On June 11, 2020, the Court granted the United States' motion to file partially redacted forms of its (1) application for a partial lifting of the seal in this case (Doc. 7), and (2) memorandum filed in support of its January 21, 2020 application for an extension of time to consider election to intervene (Doc. 10). *See* Doc. 17. The United States of America now respectfully moves this Court for entry of an order directing the clerk to file unredacted copies of these documents. The United States requests this relief because, as shown below, the redactions are no longer necessary. The parties have been advised of, and consent to, the requested relief.

1

## BACKGROUND

Relator Dr. Clarissa Zafirov filed this case on May 20, 2019 pursuant to the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3729, *et seq.*, against defendants Florida Medical Associates, LLC d/b/a VIPCARE; Physicians Partners, LLC; Sun Labs USA, Inc.; Anion Technologies, LLC; Anthem, Inc.; Freedom Health, Inc.; Optimum Healthcare, Inc.; and Siddhartha Pagidipati (collectively, "Defendants"). Doc. 1.

This case is one of three *qui tam* actions filed in this District against Defendant Freedom Health, Inc. The other two actions are: (1) *United States ex rel. Fernandez v. Freedom Health, Inc., Optimum Healthcare, Inc., and Physician Partners, Inc.*, Case No. 8:18-cv-01959-T-35JSS ("*Fernandez*"), filed August 8, 2018 and (2) *United States ex. rel. Mansour v. Freedom Health, Inc. et al.*, Case No. 8:19-cv-2977-T-36JSS ("*Mansour*"), filed December 4, 2019.

On February 21, 2020, the United States filed its notice of non-intervention in the instant matter (Doc. 14) and also requested leave to file partially-redacted forms of both its application for a partial lifting of the seal and its memorandum filed in support an application for an extension of time to consider election to intervene. *See* Doc. 15. In its memorandum in support of this requested relief, the United States informed the Court these filings either detailed confidential aspects of a criminal investigation or identified other *qui tam* investigations which, at the time, were under seal. *See* Doc. 16. In addition, the United States advised that, should the Court grant the requested relief, it would notify the Court once the redactions were no longer necessary. *Id*. On June 11, 2020, the Court granted the United States' motion and directed the clerk to file the redacted documents. *See* Doc. 17.

The United States subsequently filed notices of declination in the *Fernandez* and *Mansour* actions and those cases were unsealed on September 22, 2020 and September 28,

2

2020, respectively.

## DISCUSSION

A court has discretion to determine which parts of the record should be sealed, but its discretion is guided by the presumption of public access. *Perez-Guerrero v. United States Attorney General*, 717 F.3d 1224, 1235 (11th Cir. 2013). There is a strong common law presumption in favor of public access to judicial records, *see e.g. Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978), and following an intervention decision, the public generally has a right of access to all proceedings in the case thereafter.

Here, the United States respectfully submits that the previous redactions are no longer necessary. First, the *Fernandez* and *Mansour* actions are no longer under seal. Second, the United States' criminal investigation is no longer active and has now been made public. *See* Doc. 58, p.2. As such, the United States no longer has an interest in maintaining these filings in redacted form, and publishing unredacted copies of the relevant filings is warranted.

## CONCLUSION

For the foregoing reasons, the United States respectfully moves this Court for entry of an order directing the clerk to publish Doc. 7 and Doc.10 in unredacted form.

## **RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the parties have been advised of, and consent to, the requested relief.

        Respectfully submitted,

        MARIA CHAPA LOPEZ
        United States Attorney

Dated: October 23, 2020    By:    */s/ Sean P/ Keefe*
        SEAN P. KEEFE
        Assistant United States Attorney
        Florida Bar No. 0413828
        400 N. Tampa Street, Suite 3200
        Tampa, FL 33602
        Ph: (813) 274-6000
        Fax: (813) 274-6200
        Email: Sean.Keefe@usdoj.gov

        ANDY J. MAO
        PATRICIAL L. HANOWER
        J. JENNIFER KOH
        Attorneys, Civil Division
        United States Department of Justice

        *Counsel for United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

        */s/ Sean P. Keefe*
        SEAN P. KEEFE