UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel*. CLARISSA ZAFIROV,

    Plaintiff,

v.                                      CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

    Defendants.
_____/

**ORDER**

The United States moves (Doc. 60) unopposed to publish unredacted versions of (1) the application (Doc. S-7) for a partial lifting of the seal and (2) the memorandum (Doc. S-10) in support of the January 21, 2020 application to extend the intervention deadline. The motion (Doc. 60) is **GRANTED**. The clerk must publish the unredacted versions of Document S-7 and Document S-10.

ORDERED in Tampa, Florida, on October 26, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE