UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Clarissa Zafirov

    Plaintiff/Relator,

v.                                           Case No: 8:19-cv-1236-T-23SPF

Florida Medical Associates
LLC, et al.

    Defendants.
_____/

### UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF FREDERICK M. MORGAN, JR.

Pursuant to Local Rules 2.02 and 3.01(a) of the United States District Court for the Middle District of Florida, Plaintiff/Relator Clarissa Zafirov, through her undersigned counsel, Jillian L. Estes, respectfully move for the admission *pro hac vice* of Frederick M. Morgan, Jr.

**Memorandum in Support of Motion**

Plaintiff/Relator respectfully move for admission *pro hac vice* of Mr. Morgan pursuant to Local Rule 2.02 and 3.01. Plaintiff/Relator also respectfully request, pursuant to Local Rule 2.02(a), that this filing serve as their written designation and consent-to-act for Jillian L. Estes, undersigned counsel, who is a member in good standing with the United States District Court for the Middle District of Florida, is a Florida resident, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

In support thereof, Plaintiff/Relator states as follows:

1. Frederick M. Morgan, Jr., of Morgan Verkamp LLC, 35 E. Seventh Street, Suite 600, Cincinnati, Ohio 45202, Tel: (513) 651-4400, Email: rick.morgan@morganverkamp.com, counsel for Plaintiff/Relator, is a non-resident attorney who is not admitted to practice in the Middle District of Florida.

2. Mr. Morgan has special permission to appear in two related cases before the Middle District of Florida, captioned *United States ex rel. 84Partners LLC v. General Dynamics, et al.*, Middle District of Florida Case No. 14-cv-01256-TJC-PDB and *General Dynamics Electric Boat Corp., v. Mickey Skobic and Joanne Skobic*, Middle District of Florida Case No. 3:20-cv-769-J-32MCR.

3. In compliance with Local Rule 2.02(a), Mr. Morgan does not maintain a regular practice of law in Florida and does not abuse the privilege of admission *pro hac vice* by appearance in these matters.

4. Mr. Morgan is admitted to practice before and remains in good standing with the Courts in the following jurisdictions: Ohio; U.S. District Courts for the Southern and Northern Districts of Ohio; U.S. Courts of Appeal for the First Circuit, Fifth, Sixth, and Eleventh Circuits; and the Supreme Court of the United States.

5. In compliance with Local Rule 2.02(c), Mr. Morgan agrees that he is familiar with and shall be governed by this Court's Local Rules, and Rule 2.04 in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Morgan certifies that he has complied with the attached Special Admission Attorney Certification form and the required fee.

WHEREFORE, Plaintiff/Relator, though counsel Jillian L. Estes, move this Court to enter an Order authorizing Frederick M. Morgan, Jr. to appear before this Court on behalf of Clarissa Zafirov , for all purposes relating to the proceedings in the above-referenced case and directing the Clerk to provide notice of electronic filings to Frederick M. Morgan, Jr. at rick.morgan@morganverkamp.com.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for the Defendants conferred with counsel for Plaintiff/Relator and certifies that Plaintiff/Relator's counsel does not oppose the relief sought in this motion.

Dated:   October 27, 2020                              Respectfully submitted,

 /s/ Jillian L. Estes
Jillian L. Estes (FL Bar No. 0055774)
Morgan Verkamp LLC
35 East Seventh Street, Suite 600
Cincinnati, Ohio 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com

*Counsel for Plaintiff/Relator*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was served via the Court's electronic filing system to all registered users on this 27th day of October, 2020.

/s/ Jillian L. Estes
Jillian L. Estes