**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** *ex rel.*
**DR. CLARISSA ZAFIROV**,

      *Plaintiff/Relator,*

v.                                                                          CASE NO.: 8:19-cv-01236-SDM-SPF

**FLORIDA MEDICAL ASSOCIATES, LLC**
**D/B/A VIPCARE; PHYSICIAN PARTNERS,**
**LLC; PHYSICIAN PARTNERS SPECIALTY**
**SERVICES, LLC; SUN LABS USA, INC.;**
**ANION TECHNOLOGIES, LLC; ANTHEM,**
**INC.; FREEDOM HEALTH, INC.; OPTIMUM**
**HEALTHCARE, INC.; AND SIDDHARTHA**
**PAGIDIPATI,**

      *Defendants.*

_____/

**DEFENDANT SIDDHARTHA PAGIDIPATI'S UNOPPOSED MOTION FOR**
**LEAVE TO FILE A REPLY IN SUPPORT OF HIS MOTION TO DISMISS**
**COMPLAINT**

Defendant Siddhartha Pagidipati ("Pagidipati"), through counsel, requests leave to file a

reply brief, not to exceed three pages, in support of his Motion to Dismiss Complaint (Doc. 51),

within 14 days of the Court's granting such leave.  As good cause for this requested relief,

Pagidipati states the following:

1.      The parties agree that "[t]his is a complex False Claims Act case involving

nine defendants [and] complicated fact questions." *See* Case Management Report, Dkt. 35 at

8-9. Bearing that out, Plaintiff filed nearly 60 pages of argument in response to Defendants'

three motions to dismiss. *See* Dkt. 56, 57, 59.[1]

_____

[1] Injecting additional complexity, Plaintiff often incorporates her arguments across motions, including across
defendant groups. *See, e.g.,*  Dkt. 59 n. 5 ("incorporating by reference her arguments" made against different

1

2.      Much of Plaintiffs' argumentation invokes new allegations, new legal theories, and new positions that Pagidipati had no opportunity to respond to.

3.      For example, Plaintiff's response newly alleges that Pagidipati is "the sole shareholder of Physician Partners . . . completely excising any other [] family members from ownership," that Plaintiff "witnessed the control of [] Pagidipati," and that Pagidipati "knew [his past alleged practices] would ultimately lead to materially false claims." *See* Dkt. 59 at 6-7, 9.

4.      Plaintiff's response also invokes multiple new legal theories, including that "Pagidipati fails to set forth the proper pleading standard," that Pagidipati's "role in [] previous case[s] speak directly to his knowledge" in this case, and that Pagidipati is "the 'hub' to all of his corporate 'spokes.'" *See* Dkt. 59 at 3, 6-7.

5.      Because Plaintiff's opposition turns on "new law [and] facts" and because a "reply will benefit the Court's resolution of the pending motion[s]," which are legally complex and fact-intensive, Pagidipati respectfully requests leave to file a short reply brief. *See Allied Portables, LLC v. Youmans*, No. 2:15-cv294-FtM-38CM, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016).

6.      The undersigned certifies that he conferred with Plaintiff's counsel, Mr. Rick Morgan, regarding the relief requested herein. Plaintiff's counsel indicated that Plaintiff does not object to the requested relief.

WHEREFORE, Defendant Siddhartha Pagidipati respectfully requests that this Court grant it leave to file a reply brief of three pages or less within 14 days of the Court's order granting such relief.

---

defendants, accused of different conduct, represented by different counsel" "as though fully set forth herein" against Pagidipati.

Respectfully,

/s/ Jason P. Mehta
Jason P. Mehta
Fla. Bar No. 106110
A. Lee Bentley III
Fla. Bar No. 1002269
Kyle W. Robisch
Fla. Bar No. 113089
Primary e-mail:  jmehta@bradley.com
Primary email: lbentley@bradley.com
Primary e-mail: krobisch@bradley.com
Secondary e-mail:  dmills@bradley.com
**Bradley Arant Boult Cummings LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

*Counsel for Defendants Florida Medical Associates,*
*LLC, Physician Partners, LLC, Physician Partners*
*Specialty Services, LLC, Sun Labs USA, Inc., Anion*
*Technologies, LLC, and Siddhartha Pagidipati*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Jason P. Mehta
Attorney