UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**DR. CLARISSA ZAFIROV**,

    *Plaintiff/Relator*,

v.                                                            CASE NO.: 8:19-cv-01236-SDM-SPF

**FLORIDA MEDICAL ASSOCIATES, LLC
D/B/A VIPCARE; PHYSICIAN PARTNERS,
LLC; PHYSICIAN PARTNERS SPECIALTY
SERVICES, LLC; SUN LABS USA, INC.;
ANION TECHNOLOGIES, LLC; ANTHEM,
INC.; FREEDOM HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.; AND SIDDHARTHA
PAGIDIPATI**,

    *Defendants*.
_____/

**PROVIDER DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS COMPLAINT**

Defendants Florida Medical Associates, LLC, Physician's Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., and Anion Technologies, LLC's ("Provider Defendants"), through counsel, request leave to file a reply brief, not to exceed seven pages, in support of their Motion to Dismiss Complaint (Dkt. 50), within 14 days of the Court granting such leave. As good cause for this requested relief, Provider Defendants state the following:

1.    The parties agree that "[t]his is a complex False Claims Act case involving nine defendants [and] complicated fact questions." *See* Case Management Report, Dkt. 35 at

1

8-9. Bearing that out, Plaintiff filed nearly 60 pages of argument in response to Defendants' three motions to dismiss. *See* Dkt. 56, 57, 59.[1]

2. Much of Plaintiffs' argumentation invokes new allegations, new legal theories, and new positions Provider Defendants lacked an opportunity to respond to.

3. For example, Plaintiff's response alleges, for the first time, that she "had full-time, necessary access to [all cited] electronic medical records," that she disclosed her allegations to the government before filing suit, and that her allegations are supported "by another FCA cases [sic]," which was unsealed more than a week ***after*** Provider Defendants' filed their motion. *See* Dkt. 56 at 8, 15, 21.

4. Several new legal theories also appear in Plaintiff's response, including that "she is a consummate original source under 31 U.S.C. § 3730(e)," that she need only offer "indicia of reliability" or a "mosaic" of allegations that false claims were actually submitted (instead of proof of actual, submitted claims), and that just-unsealed *qui tam* complaints "do[] not overlap" with her complaint for first-to-file purposes. *See* Dkt. 56 at 7-8, 18-20, 21.

5. As a case in point, Plaintiff's opposition repeatedly relies on sister *qui tam* complaints that were just unsealed, including one that was unsealed after Provider Defendants filed their motion but before Plaintiff filed her response. *See, e.g.,* Dkt. 56 at 15, 18-20

6. Because Plaintiff's opposition turns on "new law [and] facts" and because a "reply will benefit the Court's resolution of the pending motion[s]," which are legally complex and fact-intensive, Provider Defendants respectfully requests leave to file a short reply brief. *See Allied*

---

[1] Injecting additional complexity, Plaintiff often incorporates her arguments across motions, including across defendant groups. *See, e.g.,* Dkt. 56 ("incorporating those arguments" made against different defendants, accused of different conduct, represented by different counsel" "as though fully set forth herein" against Provider Defendants).

*Portables, LLC v. Youmans*, No. 2:15-cv294-FtM-38CM, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016).

7. The undersigned certifies that he conferred with Plaintiff's counsel, Mr. Rick Morgan, regarding the relief requested herein. Plaintiff's counsel indicated that Plaintiff does not object to the requested relief.

WHEREFORE, Defendants Florida Medical Associates, LLC, Physician's Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., and Anion Technologies, LLC, respectfully request that this Court grant it leave to file a reply brief of seven pages or less within 14 days of the Court's order granting such relief.

Respectfully,

/s/ Jason P. Mehta
Jason P. Mehta
Fla. Bar No. 106110
A. Lee Bentley III
Fla. Bar No. 1002269
Kyle W. Robisch
Fla. Bar No. 113089
Primary e-mail: jmehta@bradley.com
Primary email: lbentley@bradley.com
Primary e-mail: krobisch@bradley.com
Secondary e-mail: dmills@bradley.com
**Bradley Arant Boult Cummings LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

*Counsel for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Physician Partners Specialty Services, LLC, Sun Labs USA, Inc., Anion Technologies, LLC, and Siddhartha Pagidipati*

3

## CERTIFICATE OF SERVICE

  I hereby certify that on October 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

                /s/ Jason P. Mehta
                Attorney