UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Plaintiff,

v.                                                CASE NO. 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

    Defendants.
_____/

## ORDER

The defendants move (Docs. 64, 65, 66, 67) for leave to submit a reply in support of the motions to dismiss and the motions to stay discovery. The defendants' motions (Docs. 64, 65, 66, 67) are **DENIED**.

ORDERED in Tampa, Florida, on November 3, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE