UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Clarissa Zafirov

    Plaintiff/Relator,

v.                                              Case No: 8:19-cv-1236-T-23SPF

Florida Medical Associates
LLC, et al.

    Defendants.
_____/

## UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF JONATHAN M. LISCHAK

Pursuant to Local Rules 2.02 and 3.01(a) of the United States District Court for the Middle District of Florida, Plaintiff/Relator Clarissa Zafirov, through her undersigned counsel, Jillian L. Estes, respectfully move for the admission *pro hac vice* of Jonathan M. Lischak.

### Memorandum in Support of Motion

Plaintiff/Relator respectfully move for admission *pro hac vice* of Mr. Lischak pursuant to Local Rule 2.02 and 3.01. Plaintiff/Relator also respectfully requests, pursuant to Local Rule 2.02(a), that this filing serve as her written designation and consent-to-act for Jillian L. Estes, undersigned counsel, who is a member in good standing with the United States District Court for the Middle District of Florida and is a Florida resident, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorney.

In support thereof, Plaintiff/Relator states as follows:

1. Jonathan M. Lischak, of Morgan Verkamp LLC, 35 E. Seventh Street, Suite 600, Cincinnati, Ohio 45202, Tel: (513) 651-4400, Email: jonathan.lischak@morganverkamp.com, counsel for Plaintiff/Relator, is a non-resident attorney who is not admitted to practice in the Middle District of Florida.

2. Mr. Lischak does not have special permission to appear in another matter in the Middle District of Florida.

3. In compliance with Local Rule 2.02(a), Mr. Lischak does not maintain a regular practice of law in Florida and does not abuse the privilege of admission *pro hac vice* by appearance in these matters.

4. Mr. Lischak is admitted to practice before and remains in good standing with the Courts in the following jurisdictions: Southern District of Ohio.

5. In compliance with Local Rule 2.02(c), Mr. Lischak agrees that he is familiar with and shall be governed by this Court's Local Rules, and Rule 2.04 in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

6. Mr. Lischak certifies that he has complied with the attached Special Admission Attorney Certification form and the required fee.

WHEREFORE, Plaintiff/Relator, though counsel Jillian L. Estes, move this Court to enter an Order authorizing Jonathan M. Lischak to appear before this Court on behalf of Clarissa Zafirov , for all purposes relating to the proceedings in the above-referenced case and directing the Clerk to provide notice of electronic filings to Jonathan M. Lischak at jonathan.lischak@morganverkamp.com.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for the Defendants conferred with counsel for Plaintiff/Relator and certifies that Plaintiff/Relator's counsel does not oppose the relief sought in this motion.

Dated:   November 5, 2020            Respectfully submitted,

                                          */s/ Jillian L. Estes*
                                          Jillian L. Estes (FL Bar No. 0055774)
                                          Morgan Verkamp LLC
                                          35 East Seventh Street, Suite 600
                                          Cincinnati, Ohio 45202
                                          Phone: (513) 651-4400
                                          Fax: (513) 651-4405
                                          jillian.estes@morganverkamp.com

                                          *Counsel for Plaintiff/Relator*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion was served via the Court's electronic filing system to all registered users on this 5th day of November, 2020.

                                          */s/ Jillian L. Estes*
                                          Jillian L. Estes