# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DR. CLARISSA ZAFIROV, )<br>)<br>    Plaintiff and Relator, )<br>)<br>v. )<br>)<br>FLORIDA MEDICAL ASSOCIATES, LLC, )<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, )<br>LLC, PHYSICIAN PARTNERS )<br>SPECIALITY SERVICES, LLC; SUN LABS )<br>USA, INC. ANION TECHNOLOGIES, LLC; )<br>ANTHEM, INC.; FREEDOM HEALTH, )<br>INC.; OPTIMUM HEALTHCARE, INC.; )<br>and SIDDHARTHA PAGIDIPATI, )<br>)<br>    Defendants. )<br>_____) | CASE NO. 8:19-cv-01236-SDM-SPF |

## NOTICE OF COMPLIANCE WITH ORDER APPROVING ADMISSION OF JONATHAN M. LISCHAK *PRO HAC VICE*

I, Jonathan M. Lischak, counsel for Plaintiff-Relator, conditionally admitted *pro hac vice* by this Court's order on November 5, 2020 (ECF No. 70) hereby certify compliance with the registration and review of the CM/ECF filing system pertaining to the filing of documents in the United States District Court for the Middle District of Florida, having registered for and received login credentials for said system on December 2, 2020. I have completed all required steps and I am familiar with the rules and procedures required for admission *pro hac vice* in this district. I respectfully request that the conditional order granting my admission *pro hac vice* (ECF No. 70) now become final.

Respectfully submitted,

*/s/ Jonathan M. Lischak*
Jonathan M. Lischak (Ohio Bar No. 0097669)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
jonathan.lischak@morganverkamp.com

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Lischak, hereby certify that the foregoing document was served on December 10, 2020, to all parties of record via the CM/ECF electronic filing system.

/s/ Jonathan M. Lischak
Jonathan M. Lischak (Ohio Bar No. 0097669)
