UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

      Plaintiff,

v.                                        Case No.   8:19-cv-01236-KKM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC
D/B/A VIPCARE; PHYSICIAN PARTNERS,
LLC; PHYSICIAN PARTNERS SPECIALTY
SERVICES, LLC; SUN LABS USA, INC.;
ANION TECHNOLOGIES, LLC; ANTHEM,
INC.; FREEDOM HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.; AND SIDDHARTHA
PAGIDIPATI,

      Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*United States ex rel. Keith Fernandez v. Freedom Health, Inc. et al.*, Case No. 8:18-cv-01959-MSS-JSS (M.D. Fla.); *United States ex rel. Mansour v. Freedom Health, et al.*, Case No. 8:19-cv-02977-CEH-JSS (M.D. Fla.) (voluntarily dismissed); *United States ex rel. Sewell v. Freedom Health, Inc., et al.*, Case No. 8:09-cv-1625 (M.D. Fla.) (settled).

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: January 21, 2021

Respectfully submitted,

/s/ Jason P. Mehta
A. Lee Bentley III
Florida Bar No. 1002269
Jason P. Mehta
Florida Bar No. 106110
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: jmehta@bradley.com
Secondary E-Mail: dmills@bradley.com

*Counsel for Defendant Physician Partners, LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

/s/ Jason P. Mehta
ATTORNEY

4813-6063-8168.1