# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. CLARISSA ZAFIROV, | )<br>)<br>) |
| Plaintiff and Relator, | )<br>) |
| v. | ) Case No. 8:19-cv-01236-KKM-SPF<br>)<br>) |
| FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE, et al., | )<br>)<br>) |
| Defendants. | ) |

## RELATOR'S UNOPPOSED MOTION TO EXTEND TIME
## TO FILE AMENDED COMPLAINT

Relator Dr. Clarissa Zafirov respectfully moves the Court to extend the deadline for Relator to file an Amended Complaint to November 12, 2021. In this Court's order granting Defendants' motions to dismiss, Relator's complaint was dismissed without prejudice and Relator was permitted to file an amended complaint by October 22, 2021. Dkt. 81. Given the complex nature of this case, Relator seeks additional time to review and analyze the documents and information in her possession to fully address the various issues identified in the Court's order.

Relator has conferred with counsel for the Defendants with respect to this motion. Defendants do not oppose the relief sought herein. Relator has also agreed

to an additional three weeks for Defendants to file any responsive briefs to the Amended Complaint.

    Respectfully submitted this 7th day of October, 2021,

/s/  Jillian L. Estes
Jillian L. Estes  (Fla. Bar No. 0055774)
Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL   33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Ryon McCabe (Fla. Bar No. 0009075)
MCCABE RABIN, P.A.
1601 Forum Pl., Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
rmmcabe@mccaberabin.com

**Counsel for Relator Dr. Clarissa Zafirov**

## CERTIFICATE OF CONFERENCE

I, Jillian Estes, hereby certify that I have conferred with counsel for Defendants who do not oppose the relief sought herein.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on Oct. 7, 2021, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)