UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC;<br>PHYSICIAN PARTNERS SPECIALITY<br>SERVICES, LLC; SUN LABS USA, INC.<br>ANION TECHNOLOGIES, LLC; ANTHEM,<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM<br>HEALTHCARE, INC.; and SIDDHARTHA<br>PAGIDIPATI,<br><br>    Defendants. | CASE NO. 8:19-cv-01236<br><br>Judge Kathryn Mizelle |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF ALL CLAIMS AGAINST DEFENDANTS PHYSICIAN PARTNERS
SPECIALTY SERVICES, LLC; SUN LABS USA, INC.; ANTHEM, INC.,
AND SIDDHARTHA PAGIDIPATI**

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Relator Clarissa Zafirov respectfully gives notice of the voluntary dismissal without prejudice of certain parties named in the complaint (Doc. 1) as defendants. The parties being dismissed without prejudice are Physician Partners Speciality Services, LLC; Sun Labs USA, Inc.; Anthem, Inc. and Siddhartha Pagidipati.

By statute, the United States must consent to this voluntary dismissal without prejudice of all claims against certain parties. 31 U.S.C. §3730(b)(1).

Counsel for the United States has been advised of this filing and will receive notice hereof through the ECF system.

Respectfully submitted,

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr. (*pro hac vice*)
Jillian L. Estes (FL 0055774)
Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: rmorgan@morganverkamp.com
jillian.estes@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL   33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Counsel for Relator Dr. Clarissa Zafirov, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal of All Claims Against Certain Defendants was filed and served on all parties by means of the Court's electronic filing system on November 12, 2021.

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.