# EXHIBIT 1

# Documents Related to Patient H

# EXHIBIT 1-H1



**PATEL, AKHIL (2018-06-26)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| I10 | Essential (primary) hypertension | | PCP Encounters |

**PATEL, AKHIL (2018-06-04)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| Z12.31 | Encounter for screening mammogram for malignant neoplasm of breast | | PCP Encounters |

**PATEL, AKHIL (2018-05-31)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| E46 | Unspecified protein-calorie malnutrition | HCC021 | PCP Encounters, Progress Notes |
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters, Progress Notes |
| I73.9 | Peripheral vascular disease, unspecified | HCC108 | PCP Encounters, Progress Notes |
| E11.65 | Type 2 diabetes mellitus with hyperglycemia | HCC018 | PCP Encounters, Progress Notes |
| I10 | Essential (primary) hypertension | | PCP Encounters |
| E03.9 | Hypothyroidism, unspecified | | PCP Encounters |

# EXHIBIT 1-H2



# EXHIBIT 1-H3

**5 Star Check List - DR. CLARISSA A ZAFIROV**

PHYSICIAN PARTNERS

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:   PCP: 13   ER: 0   Specialists: 7   Hospital: 0

| 100% | 2.849 |
| --- |

 HCC 021   HCC 040   HCC 018  HCC 085   HCC 058   HCC 108   HCC 048  HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| **HCC021 - Protein-Calorie Malnutrition** | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | No - and no lab data done |
| **HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease** | | | | | | RA Factor: 0.74 |
| M46.1 | Sacroiliitis, not elsewhere classified | 6 | 2 | 0 | Physician | No |
| **HCC018 - Diabetes with Chronic Complications** | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 6 | 6 | 2 | Past History | No, patient denies * labs attached |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 0 | 1 | 0 | Past History | No |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | No no neuropathy |
| **HCC085 - Congestive Heart Failure** | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 3 | 0 | 0 | Physician | No - diast dysf ungraded without CHF * attached echo |
| I50.9 | Heart failure, unspecified | 0 | 0 | 1 | Past History | No |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 6 | 0 | 0 | Physician | Doubtful that - not docum that she meets criteria. |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.299 |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 0 | 0 | Physician | No, no imaging |
| I70.0 | Atherosclerosis of aorta | 2 | 0 | 0 | Physician | OK. AAA done without |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 6 | 2 | 0 | Physician | No |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.9 | Angina pectoris, unspecified | 3 | 0 | 0 | Physician | No, in last year |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | other than anxiety related. |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
| --- | --- | --- | --- | --- | --- |
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 3/25/19   AAA screen done. Why

*Needs more renal labs attached

I50.3 - Diast dysfunction ≠ diastolic CHF.

E11.22. No evidence of. (attached)
E11.40. Patient denies and normal sensory foot exam.
I20.9/8 - No chest pain in the last year

# EXHIBIT 1-H4



VIP–VEN–LAP02

**2019 Paid (3)**

| | | | | # of times reported in service years | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC | HCC Description | ICD | ICD9 Description | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | Logic number |
| HCC019 | Diabetes without Complication | E11.9<br>Z79.4 | Type 2 diabetes mellitus without complications<br>Long term (current) use of insulin | 3<br>0 | 3<br>0 | 10<br>1 | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 | 1<br>0 | 1 |
| HCC085 | Congestive Heart Failure | I11.0<br>I50.30<br>I50.9 | Hypertensive heart disease with heart failure<br>Unspecified diastolic (congestive) heart failure<br>Heart failure, unspecified | 1<br>4<br>0 | 0<br>0<br>0 | 0<br>0<br>1 | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>0<br>0 | 0<br>1<br>0 | 1 |
| HCC108 | Vascular Disease | I70.0<br>I73.9 | Atherosclerosis of aorta<br>Peripheral vascular disease, unspecified | 5<br>3 | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 | 0<br>0 | 1 |

**2019 All Codes Captured (1)**

| HCC | Status | ICD | Resolved | Date of Service | Provider | Submittal | Provider Billable | HCFA | RAP | Added on | Added By | Added |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

CZ_DS004494

# EXHIBIT 1-H5

Case X-XX-cv-XXXXX-XXX-XXX  Document XX-X  Filed 11/12/21  Page 12 of 21 PageID 1036

# 5 Star Checklist - DR. CLARISSA A. ████

████████████████████

avings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 13        ER: 0        Specialist ~~9107-1015~~   CHF

PARTNERS

| 13% | 0.368 |    | 88% | 2.599 |

 HCC **085**  HCC **021**  HCC **040**  HCC **018**  HCC **058**  HCC **108**  HCC **048**  HCC **088**

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC021 - Protein-Calorie Malnutrition** | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | No |
| **HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease** | | | | | | RA Factor: 0.374 |
| M46.1 | Sacroiliitis, not elsewhere classified | 6 | 2 | 0 | Physician | No |
| **HCC018 - Diabetes with Chronic Complications** | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 7 | 6 | 2 | Physician | No. Normal DM Foot exam |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease  *Cannot say.* | 0 | 1 | 0 | Past History | No - See microalb ok |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | No |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 7 | 4 | 0 | Physician | No depression qualifying For MDD |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.299 |
| I70.0 | Atherosclerosis of aorta | 3 | 0 | 0 | Physician | Ok - CT 3/28 showing 2019 |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 0 | 0 | Physician | No imaging done |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 7 | 2 | 0 | Physician | No |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.9 | Angina pectoris, unspecified | 3 | 0 | 0 | Physician | No |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 02-25-2019 | 02-25-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:   No and should be removed

Date Patient Seen: 4/17/19.

Signature (MD, DO, PA or NP only): _C. Z_____

# EXHIBIT 1-H6



5 Star Check List - DR. CLARISSA A ZAFIROV

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 15    ER: 0    Specialists: 6    Hospital: 0

PHYSICIAN PARTNERS

| 33% | 0.785 | 67% | 2.182 |

HCC 085   HCC 108   HCC 019   HCC 021   HCC 040   HCC 018   HCC 058   HCC 048   HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 4 | 0 | 0 | Physician | |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M46.1 | Sacroiliitis, not elsewhere classified | 8 | 2 | 0 | Physician | |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 10 | 6 | 2 | Physician | |
| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 1 | 0 | 0 | Physician | |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 0 | 1 | 0 | Past History | |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | |

CZ_DS004496



| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 1 | 0 | 0 | Physician | |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 0 | 1 | 0 | Past History | |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 10 | 2 | 0 | Physician | |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 10 | 2 | 0 | Physician | |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.9 | Angina pectoris, unspecified | 4 | 0 | 0 | Physician | |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 04-17-2019 | 04-17-2019 | Current PCP |
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 02-25-2019 | 03-12-2019 | Physician |
| HCC108 | I70.0 | Atherosclerosis of aorta | 03-25-2019 | 03-25-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

<span style="color:red">Same HCC code with source and date changed</span>

08/12/2019 13:11          Please fax form and progress note to 888-978-5655

CZ_DS004497

# EXHIBIT 1-H7



# The Heart Institute
## OF VENICE

**1370 East Venice Avenue, Suite 102**
**Venice, Florida 34285**
**Ph #: 941/412-0026**
**Fax #: 941/412-0027**

**Patient Name:** ███████
**Patient ID:** ███████
**Date of Birth:** ███████

## Date of Service: 03-12-2019

### Chief Complaint:
Seen today for results of echocardiogram and carotid ultrasound.

### Past Medical History:
Abnormal ECG (R94.31) (794.31),Attention and concentration deficit following cerebral infarction (I69.310),Bilateral carotid artery occlusion (I65.23) (433.10) (Bilateral 20-49%),Diabetes mellitus type 1 (E10.9) (250.01),Diastolic dysfunction (I50.30),Hypertensive heart disease without heart failure (I11.9),LVH - Left ventricular hypertrophy (I51.7) (429.3) (Mild),Nonrheumatic mitral (valve) insufficiency (I34.0) (424.0) (Trace),Nonrheumatic tricuspid (valve) insufficiency (I36.1) (424.2) (Trace)

### Procedures:
Depression Screening (07-10-2015),Polypectomy (6/2016)

### Presenting Medications:
**aspirin oral** 81mg (1 tablet po qd), **levothyroxine oral** 50mcg (1 tablet qd), **losartan** 50mg (1 tablet po qd), **metformin** tab 1000mg (1 tablet po bid), **simvastatin** 10mg (1 tablet po hs)

### Allergies:
cortisone

### Social History: Smoking Status: Former smoker.   Age Started Smoking: 17.    Age Quit Smoking: 37.    Smoking Cessation
Counseling: No.   Language: English.   Race:

· White
    Ethnicity:

· Not Hispanic or Latino

Reader

/ 7    (−) (+)   66.7% ▼

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:**
**Patient ID:**
**Date of Birth:**

**Date of Service: 03-12-2019**

HISTORY OF PRESENT ILLNESS: This ▮▮▮▮▮▮▮ is followed for hypertension, mild carotid artery disease, insulin dependent diabetes and mitral insufficiency. She has been doing fairly well, denies anginal type chest pain or severe short of breath. She had an echo Doppler done recently, which showed normal systolic function, mild mitral and tricuspid insufficiency. Carotid duplex exam revealed mild disease bilaterally. She does describe some episodes of chest aching sensation just lasting a few minutes, not related to occasional, meals or time of day. I mentioned about doing an exercise t but she does not want to have this done.

REVIEW OF SYSTEMS: No recent history of PND, orthopnea, ankle edema, dizziness, palpitations, syncope, extreme fati diarrhea, nausea or vomiting. I have reviewed the review of systems.

PHYSICAL EXAMINATION:
GENERAL: No acute distress. Conversant.
VITALS: See nurse's notes.
NECK: No jugular venous vein distention or carotid bruits.
LUNGS: Clear to percussion and auscultation.
HEART: Regular rate and rhythm. Heart sounds normal. Grade 1/6 systolic murmur at the lower left sternal border. No rubs gallops; normal PMI.
ABDOMEN: Soft, nontender, normal active bowel sounds. No hepatosplenomegaly. Normal aortic pulsations; no bruits.
EXTREMITIES: No peripheral edema. Normal, symmetric pedal pulses. No digital cyanosis or clubbing.

IMPRESSION:
1. Hypertension.
2. Mild carotid artery disease.
3. Insulin dependent diabetes.
4. Mitral insufficiency.

DISPOSITION: The patient will be seen in followup in another few months.

Barry J. Weckesser, M.D., F.A.C.C.
BJW: ttsl/ha

cc: Clarissa A. Zafirov, M.D. 844-388-6186

d: 03/12/2019 t: 03/13/2019

Patient education material given
 outcome health

d: 03/12/2019 t: 03/13/2019

Patient education material given
· outcome health

cc: CLARISSA A ZAFIROV, MD

---

From The Heart Institute 9414120024               2019-04-18 09:59 EDT



**1370 East Venice Avenue, Suite 102**
**Venice, Florida 34285**
**Ph #: 941/412-0026**
**Fax #: 941/412-0027**

**Patient Name:** ███████
**Patient ID:** ███████
**Date of Birth:** ███████

**Date of Service: 03-12-2019**

BARRY J. WECKESSER, MD, FACC

# EXHIBIT 1-H8

Inbox (1) - czafirov@getvipcare.c | https://apps.freedomhealth.com | 16 Physician Partners - Calendar - C

← → C 🔒 https://apps.freedomhealth.com/HCCSnapshot/MemberHealthProfileSearchResult

Apps  📙 Patient Handouts  🟩 Preprocedure Patie...  📄 AAOS Essentials of ...  ⓤ Search - UpToDate  ◈ Paroxetine-sertralin...

|◀ ◀ 1 of 1 ▶ ▶| ↻   💾 ▾   Find | Next

Confidential Patient Information

## MEMBER HEALTH PROFILE

**FREEDOM HEALTH**

Provider Name: ZAFIROV, CLARISSA, A
Run Date: 10/16/2019

Group Name: FLORIDA MEDICAL ASSOCIATES LLC
Membership Month 10/01/2019
Review Period: 1/1/2019 To 12/31/2019

Plan Name: Freedom VIP Savings (HMO SNP)
Member Name:
Gender:
DOB:
Member Phone

Member I
PCP Name: ZAFIROV, CLARISSA, A
Provider ID: P1045672
Eff Date: 01/01/2019
Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| Physician | Y | 0.31 | I50.30 | Unspecified diastolic (congestive) heart failure | 3/12/2019 | HCC085 | Congestive Heart Failure |
| Physician | Y | 0.305 | I70.0 | Atherosclerosis of aorta | 3/25/2019 | HCC108 | Vascular Disease |
| Physician | N | 0.426 | M46.1 | Sacroiliitis, not elsewhere classified | 5/31/2018 | HCC040 | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease |
| Physician | Y | 0.106 | E11.9 | Type 2 diabetes mellitus without complications | 9/17/2019 | HCC019 | Diabetes without Complication |
| Physician | N | 0.307 | E11.65 | Type 2 diabetes mellitus with hyperglycemia | 11/20/2018 | HCC018 | Diabetes with Chronic Complications |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 11/20/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |
| Physician | N | 0.353 | F32.4 | Major depressive disorder, single episode, in partial remission | 11/20/2018 | HCC059 | Major Depressive, Bipolar, and Paranoid Disorders |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| MED HX | Pt has a history of Diabetes and Vascular Disease. If a causal relationship exists, please consider coding Diabetes with secondary Vascular Complications | 08/21/2018 | | | HCC018 | Diabetes with Chronic Complications | 0.368 |

LAB -Lab test results suggest patient may have listed condition.  Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition.  DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition.  Most recent prescription provided.
Med Hx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user or the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of the registered), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.