# EXHIBIT 2
# Documents Related to Patient I

# EXHIBIT 2-I1

**5 Star Check List - DR. AKHIL PATEL**

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months:   PCP: 17   ER: 0   Specialists: 7   Hospital: 0

PHYSICIAN PARTNERS

100% | 2.029

HCC 040   HCC 111   HCC 058   HCC 108   HCC 112   HCC 048   HCC 012

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M06.9 | Rheumatoid arthritis, unspecified | 21 | 5 | 3 | Current PCP | No - Pending Rh |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 4 | 2 | 2 | Current PCP | No |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Current PCP | No |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I77.9 | Disorder of arteries and arterioles, unspecified | 0 | 0 | 1 | Past History | No |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J47.0 | Bronchiectasis with acute lower respiratory infection | 0 | 0 | 1 | Past History | No |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physician | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 2 | 0 | Current PCP | No |
| HCC012 - Breast, Prostate, and Other Cancers and Tumors | | | | | | RA Factor: 0.15 |
| C61 | Malignant neoplasm of prostate | 0 | 2 | 4 | Past History | No in remission |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| | | There are no codes reported / captured in the current year | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/31/19

Signature (MD, DO, PA or NP only): [signature]

Please fax form and progress note to 888-970-5655

CZ_DS004501

# EXHIBIT 2-I2

5 Star Check List - DR. CLARISSA A. SAFIROV

**PLEASE EVALUATE, ASSESS, AND TREAT**

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor 0.374 |
| M06.9 | Rheumatoid arthritis, unspecified | 21 | 5 | 3 | Physician | No med verification |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 0 | 0 | 0 | Review Suspect | Echo on 04/08/2013 shows Diastolic dysfunction. No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 5 | 2 | 2 | Physician | No |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Physician | No |
| HCC108 - Vascular Disease | | | | | | RA Factor 0.299 |
| I77.819 | Aortic ectasia, unspecified site | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows ascending aorta is ectatic. No |
| I70.0 | Atherosclerosis of aorta | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows atherosclerotic calcifications in aorta. OK |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor 0.274 |
| J47.0 | Bronchiectasis with acute lower respiratory infection | 0 | 0 | 1 | Past History | No |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physician | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 5 | 2 | 0 | Physician | No |

**BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR**

| | ICD | ICD Description | First DOS | Last DOS | Source | |
|---|---|---|---|---|---|---|
| 012 | C61 | Malignant neoplasm of prostate | 04-02-2019 | 04-02-2019 | Current PCP | No |

I certify that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date.

Patient Seen: Last seen 4/26. Form resubmission

Signature (MD, DO, PA or NP only): [signature]

CZ_DS004502

# EXHIBIT 2-I3



CZ_DS004503

# EXHIBIT 2-I4

**5 Star Check List - DR. CLARISSA A ZAFIROV**

*(handwritten: ① File  ② Check 2019. Billing)*

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 03-2019

**Visits in last 12 months:**   PCP: 20   ER: 1   Specialists: 6   Hospital: 0

13% | 0.154                                    88% | 2.243

HCC 012 ✓  HCC 040  HCC 085  HCC 111  HCC 058  HCC 108  HCC 112  HCC 048

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the p[atient]. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease** | | | | | | RA Factor |
| M06.9 | Rheumatoid arthritis, unspecified | 23 | 5 | 3 | Physician | |
| **HCC085 - Congestive Heart Failure** | | | | | | RA Factor |
| I50.30 | Unspecified diastolic (congestive) heart failure | 0 | 0 | 0 | Review Suspect | Echo on 04/08/2013 shows Diasto[lic] dysfunction. |
| **HCC111 - Chronic Obstructive Pulmonary Disease** | | | | | | RA Factor |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 7 | 2 | 2 | Physician | |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor |
| F32.4 | Major depressive disorder, single episode, in partial remission | 4 | 0 | 0 | Physician | |
| **HCC108 - Vascular Disease** | | | | | | RA Factor |
| I77.819 | Aortic ectasia, unspecified site | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows ascending aorta is ectatic |
| I70.0 | Atherosclerosis of aorta | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows atherosclerotic calcifications in aor[ta] |
| **HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders** | | | | | | RA Factor |
| J47.0 | Bronchiectasis with acute lower respiratory infection | 0 | 0 | 1 | Past H[istory] | |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physic[ian] | |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor |
| D69.2 | Other nonthrombocytopenic purpura | 7 | 2 | 0 | Physician | |

*Annotation: Same HCC with source listed as "Physician" instead of "Current PCP"*

### BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC012 | C61 | Malignant neoplasm of prostate | 04-02-2019 | 04-02-2019 | Physician |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

**Date Patient Seen:** _____

**Signature (MD, DO, PA or NP only):** _____

CZ_DS004504