# EXHIBIT 3
# Documents Related to Patient J

# EXHIBIT 3-J1

1/3/2019 4:10:29 PM        Page 2 of 3


**MOFFITT CANCER CENTER**
12902 USF Magnolia Drive
Tampa, Florida 33612-9497
(813) 745-4673

Patient Name:
MRN:
FIN:
Gender:
DOB:

---

### Radiation Oncology AC Note

SIGNED INFORMATION:                                    TROTTI MD, ANDY M (1/3/2019 15:00 EST)

**Radiation Oncology Follow-up Note**
**Moffitt Cancer Center**

Patient:                          MRN: 750958       FIN: 7932260
Age:           Sex:        DOB:
Associated Diagnoses:  Squamous cell carcinoma of left tonsil
Author:   TROTTI MD, ANDY M

**Staging**
  Staging (ST):
  No staging data qualified

**Visit Information**
  Date of Service: 1/3/2019
  Visit type: Scheduled follow-up.

**HPI Related to Consult**
  Narrative
  Radiation oncology follow-up note

  750958

  01/03/2019

  This patient returns 1 year and 4 months after completing postoperative radiation and chemotherapy for a pathologic T2 clinical N1 carcinoma of the left tonsil, P 16 positive, smoker.

  He reports occasional hypersensitivity to spicy foods and hot foods in the left tonsil region.

  On exam he has scarring of the left tonsil region. There is no oral lesions. He has bilateral atrophy of the neck. No fibrosis. No adenopathy.

  **No evidence of disease**

  He we Dr. Nall in March

  I'll see him in June of this year

  Andy Trotti M.D.

**Review of Systems**
  Performance Scale:     Karnofsky: 90 - Able to carry on normal activity.

**Health Status**
  Allergies                          Reaction
  fluconazole  Drug rash, NOS.**Home Medications:** tamsulosin  (Flomax 0.4 mg oral capsule) 0.4 mg, 1 cap(s), PO, Daily

---

### CONFIDENTIAL PATIENT INFORMATION

Page 1 of 2                              CC Physician:  PATEL MD, AKHIL B
1/3/2019 15:44 EST                       Address:  333 TAMIAMI TRL
51053670                                           STE 397
                                                   VENICE, FL 34285-

CZ_DS004505

1/3/2019 4:10:29 PM    Page 3 of 3

Patient Name    [REDACTED]    Moffitt Cancer Center    Patient MRN   750958

### Radiation Oncology AC Note

**finasteride** (finasteride 5 mg oral tablet) 5 mg, 1 tab(s), PO, Q48HR
**ALPRAZolam** (ALPRAZolam 0.5 mg oral tablet) 0.5 mg, 1 tab(s), PO, BEDTIME, PRN: as needed for anxiety
**ondansetron** (ondansetron 8 mg oral tablet) 8 mg, 1 tab(s), PO, TID, PRN: Nausea/Vomiting, Special Instructions: Wait for 48 hours a chemotherapy to take this medication.
**docusate-senna** (Senokot S 50 mg-8.6 mg oral tablet) 2 tab(s), PO, BID
**Magic Mouth Wash** Special Instructions: 1 part viscous lidocaine 2 %; 1 part maalox ; 1 part diphenhydramine 12.5  per 5 ml elixir; Swis and spit 5 to 10 mL  q 6 hrs.
**salt and soda rinses** Swish & Expectorate, QID
**polyethylene glycol 3350** (MiraLax oral powder for reconstitution) 17 gm, PO, BID, PRN: Constipation
**oxyCODONE** (oxyCODONE 5 mg oral tablet) Special Instructions: 2-3 tab(s), PO, Q 4 - 6 hrs, PRN pain
**prochlorperazine** (Compazine 10 mg oral tablet) 10 mg, 1 tab(s), PO, TID, PRN: Nausea/Vomiting
**nystatin** (nystatin 100,000 units/mL oral suspension) 500,000 unit(s), 5 mL, Swish & Swallow, QID
**omeprazole** (omeprazole 40 mg oral delayed release capsule) 40 mg, 1 cap(s), PO, QAM
**traZODone** (traZODone 50 mg oral tablet) PO, BEDTIME

**Impression and Plan**
  Diagnosis: Squamous cell carcinoma of left tonsil.
Electronically Signed on 01/03/2019 03:00 PM

TROTTI MD, ANDY M

CONFIDENTIAL PATIENT INFORMATION
Page 2 of 2
1/3/2019 15:44 EST
CC Physician: PATEL MD,AKHIL B
Address: 333 TAMIAMI TRL

CZ_DS004506

# EXHIBIT 3-J2

**5 Star Check List - DR. AKHIL PATEL**

PHYSICIAN PARTNERS

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months:  PCP: 25   ER: 0   Specialists: 14   Hospital: 0

100% | 4,867

(HCC 008) (HCC 021) (HCC 161) (HCC 085) (HCC 011) (HCC 096) (HCC 012)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC008 - Metastatic Cancer and Acute Leukemia | | | | | | RA Factor: 2.484 |
| C77.0 | Secondary and unspecified malignant neoplasm of lymph nodes of head, face and neck | 0 | 49 | 0 | Physician Hospital | No, in remission |
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA Factor: 0.713 |
| R64 | Cachexia | 0 | 1 | 0 | Past History | NO |
| HCC161 - Chronic Ulcer of Skin, Except Pressure | | | | | | RA Factor: 0.526 |
| L97.905 | | 0 | 0 | 1 | Past History | |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 2 | 0 | 0 | Current PCP | No, need last echo result |
| HCC011 - Colorectal, Bladder, and Other Cancers | | | | | | RA Factor: 0.317 |
| C09.9 | Malignant neoplasm of tonsil, unspecified | 8 | 82 | 0 | Current PCP | No, now in remission |
| C09.0 | Malignant neoplasm of tonsillar fossa | 4 | 12 | 0 | Current PCP | |
| C67.9 | Malignant neoplasm of bladder, unspecified | 0 | 4 | 5 | Hospital Physician | No |
| C67.8 | Malignant neoplasm of overlapping sites of bladder | 0 | 2 | 0 | Physician | No |
| C09.8 | Malignant neoplasm of overlapping sites of tonsil | 0 | 30 | 0 | Physician Hospital | No |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0.295 |
| I47.1 | Supraventricular tachycardia | 0 | 2 | 0 | Past History | No |
| I48.91 | Unspecified atrial fibrillation | | | | Past History | No |
| HCC012 - Breast, Prostate, and Other Cancers and | | | | | | RA Factor: 0.15 |
| C76.0 | Malignant neoplasm of head, face and neck | 0 | 1 | 0 | Physician | No |

*Specificially note that the source for ICD C09.9 is "Current PCP"*

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/21/19

Signature (MD, DO, PA or NP only): [signature]

Please fax form and progress note to 888-978-5655

CZ_DS004507

# EXHIBIT 3-J3

# 5 Star Check List - DR. CLARISSA A ZAFIROV

**PHYSICIAN PARTNERS**

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:   PCP: 17   ER: 0   Specialists: 10   Hospital: 0

13% | 0.317          88% | 5.115

HCC 011 ✓  HCC 008  HCC 021  HCC 161  HCC 055  HCC 085  HCC 108  HCC 096

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC008 - Metastatic Cancer and Acute Leukemia** | | | | | | RA Factor: 2.48 |
| C77.0 | Secondary and unspecified malignant neoplasm of lymph nodes of head, face and neck | 0 | 49 | 0 | Physician Hospital | No |
| **HCC021 - Protein-Calorie Malnutrition** | | | | | | RA F... |
| R64 | Cachexia | 0 | 1 | 0 | Past History | No |
| **HCC161 - Chronic Ulcer of Skin, Except Pressure** | | | | | | RA Factor: 0... |
| L97.905 | | 0 | 0 | 1 | Past History | |
| **HCC055 - Drug/Alcohol Dependence** | | | | | | RA Factor: 0.42 |
| F13.20 | Sedative, hypnotic or anxiolytic dependence, uncomplicated | 0 | 0 | 0 | Review Suspect | ON ALPRAZOLAM No |
| **HCC085 - Congestive Heart Failure** | | | | | | RA Factor: 0.36 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 2 | 0 | 0 | Physician | No |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.2... |
| I70.208 | Unspecified atherosclerosis of native arteries of extremities, other extremity | 0 | 0 | 0 | | History of smoking, evaluate for peripheral vascular disease No |
| **HCC096 - Specified Heart Arrhythmias** | | | | | | RA Factor: 0... |
| I48.91 | Unspecified atrial fibrillation | 0 | 2 | 0 | Hospital | No |
| I47.1 | Supraventricular tachycardia | 0 | 2 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|

There are no codes reported / captured in the current year

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 5/21/19

Signature (MD, DO, PA or NP only): [signature]

CZ_DS004508

# EXHIBIT 3-J4



CZ_DS004509

# EXHIBIT 3-J5



CZ_DS004510

# EXHIBIT 3-J6

| | Member Health Profile Bulk × + | | | | | | |
|---|---|---|---|---|---|---|---|
| ← → C | 🔒 apps.freedomhealth.com/Reports/Search/53 | | | | | | |
| ⋮⋮⋮ Apps | Patient Handouts | Preprocedure Patie... | AAOS Essentials of... | Search - UpToDate | Paroxetine-sertralin... | Pathol... | |

| ◁ | ◁ | 92 | of 93 ? | ▷ | ▷| | ↻ | | 🖫 ⌄ | | Find | Next |

## Confidential Patient Information
## MEMBER HEALTH PROFILE
### FREEDOM HEALTH

Run Date: 3/10/2020  Membership Month 03/01/2020  Review Period: 1/1/2020 To 12/31/2020

Plan Name: Freedom VIP Savings (HMO C-SNP)  
Member Name: ███████  Member ID: ███████  
Gender: ██  Provider Name: ZAFIROV, CLARISSA, A  
DOB: ███████  Provider ID: P1045672  
Member Phone: ███████  Eff Date: 01/01/2020  
Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2020 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| | N | 0.268 | | | | HCC096 | Specified Heart Arrhythmias |
| | N | 0.069 | | | | HCC138 | Chronic Kidney Disease, Moderate (Stage 3) |
| Physician | Y | 0.307 | C09.0 | Malignant neoplasm of tonsillar fossa | 1/13/2020 | HCC011 | Colorectal, Bladder, and Other Cancers |
| Physician | N | 0.331 | I50.30 | Unspecified diastolic (congestive) heart failure | 9/10/2018 | HCC085 | Congestive Heart Failure |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| CSNP | Cardiovascular Disease | 01/02/2013 | | | Various | Cardiovascular Disease | |

LAB - Lab test results suggest patient may have listed condition. Lab test and results provided.  
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.  
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.  
Med Hx - Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.  
CSNP - Health Plan received a chronic condition confirmation through C SNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of the registered), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.

92