# EXHIBIT 4

# Documents Related to Patient K

# EXHIBIT 4-K1

Case 8:18-cv-01238-AAW-SPF Document 88-4 Filed 11/12/21 Page 3 of 24 PageID 1073



## PATEL, AKHIL (2019-01-22)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | PCP Encounters |

## PATEL, AKHIL (2019-01-18)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| L57.8 | Other skin changes due to chronic exposure to nonionizing radiation | | PCP Encounters |
| L82.1 | Other seborrheic keratosis | | PCP Encounters |
| D22.9 | Melanocytic nevi, unspecified | | PCP Encounters |
| L85.3 | Xerosis cutis | | PCP Encounters |
| L82.0 | Inflamed seborrheic keratosis | | PCP Encounters |
| R20.8 | Other disturbances of skin sensation | | PCP Encounters |
| L29.8 | Other pruritus | | PCP Encounters |
| L53.8 | Other specified erythematous conditions | | PCP Encounters |
| L57.0 | Actinic keratosis | | PCP Enc... |
| Z09 | Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm | | |



| D22.9 | Melanocytic nevi, unspecified | PCP Encounters |
| L85.3 | Xerosis cutis | PCP Encounters |
| L82.0 | Inflamed seborrheic keratosis | PCP Encounters |
| R20.8 | Other disturbances of skin sensation | PCP Encounters |
| L29.8 | Other pruritus | PCP Encounters |
| L53.8 | Other specified erythematous conditions | PCP Encounters |
| L57.0 | Actinic keratosis | PCP Encounters |
| Z09 | Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm | PCP Encounters |
| Z87.2 | Personal history of diseases of the skin and subcutaneous tissue | PCP Encounters |
| L28.1 | Prurigo nodularis | PCP Encounters |
| I10 | Essential (primary) hypertension | PCP Encounters |
| M79.10 | | PCP Encounters |
| Z68.23 | Body mass index (BMI) 23.0-23.9, adult | PCP Encounters |

**PATEL, AKHIL (2019-01-07)**

| ICD | ICD Desc | HCC | Sources |
| --- | --- | --- | --- |
| R06.02 | Shortness of breath | | PCP Encounter |



**PATEL, AKHIL (2019-01-07)**

| ICD | ICD Desc | | HCC | Sources |
|---|---|---|---|---|
| R06.02 | Shortness of breath | | | PCP Encounters |
| I10 | Essential (primary) hypertension | | | PCP Encounters |
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | | PCP Encounters |
| Z68.24 | Body mass index (BMI) 24.0-24.9, adult | | | PCP Encounters |

**PATEL, AKHIL (2019-01-05)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I49.1 | Atrial premature depolarization | | PCP Encounters |
| I48.91 | Unspecified atrial fibrillation | HCC096 | PCP Encounters |
| I48.92 | Unspecified atrial flutter | HCC096 | PCP Encounters |
| I24.8 | Other forms of acute ischemic heart disease | HCC087 | PCP Encounters |

2018

# EXHIBIT 4-K2

**5 Star Check List - DR. AKHIL PATEL**

████████████ ██████ VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

*Handwritten top right:*
- Billing needs
- Add for other files,
  Needs last 5* copy

**70**

**PHYSICIAN PARTNERS**

Visits in last 12 months:   PCP: 14   ER: 1   Specialists: 2   Hospital: 2

100% | 2.399

     

HCC 055  HCC 085  HCC 111  HCC 108  HCC 096  HCC 112  HCC 048  HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | 2018 | 2017 | 2016 | Source | Comments |
|-------|-----------------|------|------|------|--------|----------|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 3 | 0 | 0 | **Current PCP** | No eForce |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | Physician | No |
| I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | Past History | ] Ok hypert cardiomy |
| I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | Past History | |
| I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | Past History | No |
| I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | Past History | No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No - not purposful Poor pulm eval. |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 2 | 1 | 0 | Past History | |
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 1 | 1 | 0 | Physician | |
| I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | Physician | |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0.295 |
| I48.91 | Unspecified atrial fibrillation | 6 | 0 | 1 | **Current PCP** | Ok |
| I48.0 | Paroxysmal atrial fibrillation | 2 | 4 | 6 | Physician Hospital | — |
| I48.92 | Unspecified atrial flutter | 1 | 0 | 0 | Physician | — |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | No - CT attached |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | **Current PCP** | No |
| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 3 | 0 | 0 | **Current PCP** | |
| I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | **Current PCP** | No |
| I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

Please fax form and progress note to 888-978-5655

# EXHIBIT 4-K3

70

**5 Star Checklist**


PHYSICIAN PARTNERS

██████████████████████

VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

<u>Visits in last 12 months:</u>   PCP: 16    ER: 1    Specialists: 2    Hospital: 2

| 100% | 2.399 |

       

HCC 055   HCC 085   HCC 111   HCC 108   HCC 096   HCC 112   HCC 048   HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC055 - Drug/Alcohol Dependence** | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 3 | 0 | 0 | Current PCP | No, does not qualify |
| **HCC085 - Congestive Heart Failure** | | | | | | RA Factor: 0.368 |
| I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | Physician | Ok |
| I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | Past History | |
| I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | Past History | |
| I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | Past History | |
| I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | Past History | |
| **HCC111 - Chronic Obstructive Pulmonary Disease** | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No, never had PFT. Only 3 yrs smoking |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.299 |
| I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 2 | 1 | 0 | Past History | No mention in |
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 1 | 1 | 0 | Physician | Cardiology notes |
| I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | Physician | No U/S result |
| **HCC096 - Specified Heart Arrhythmias** | | | | | | RA Factor: 0.295 |
| I48.91 | Unspecified atrial fibrillation | 6 | 0 | 1 | Current PCP | Post-op only before/at 2016. Neg now. |
| I48.0 | Paroxysmal atrial fibrillation | 2 | 4 | 6 | Physician Hospital | Holter. Has Ling |
| I48.92 | Unspecified atrial flutter | 1 | 0 | 0 | Physician | |
| **HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders** | | | | | | |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | Possible but not confirmed. Ok. Billed for. NOT a imaging |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | Ok - drug related |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 3 | 0 | 0 | Current PCP | Yes |
| I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | Current PCP | Yes |
| I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | Physician | See about |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

CAD - yrs s/p CABG

CABG 2015

S/P MI

PCI 3/18.

Please fax form and progress note to 888-978-5655
Confidential - Do Not Distribute

Page 1 of 2

**5 Star Check List** ██████████████████████

████████████████ ▓▓ Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months:   PCP: 16      ER: 1        Specialists: 2        Hospital: 2

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/7/19

Signature (MD, DO, PA or NP only): _C. _____

███████████████

F11.20 - Rare use of pain med ∅ only for
chest pain (I20.9 ?)

J44.9 - Patient has never had pulm function test
and only 3 yrs smoking total.
No evidence by history

2016 last CT available without pulm fibrosis

→ Still billing for afib despite lack of
recurrance / non-continuing condition

Pulm fibrosis mentioned as imaging differential
without confirmation. Confirmation NOT given
after proper pulmonology eval.

# EXHIBIT 4-K4

VIP–VEN–LAP02



| ICD | ICD Desc | | HCC | Sources |
|-----|----------|---|-----|---------|
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | | PCP Encounters |
| F41.9 | Anxiety disorder, unspecified | | | PCP Encounters |
| I11.9 | Hypertensive heart disease without heart failure | | | PCP Encounters |
| I43 | Cardiomyopathy in diseases classified elsewhere | | HCC085 | PCP Encounters |
| I10 | Essential (primary) hypertension | | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-25)**

| ICD | ICD Desc | | HCC | Sources |
|-----|----------|---|-----|---------|
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | | HCC108 | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-21)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| M85.89 | Other specified disorders of bone density and structure, multiple sites | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-20)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| I25.810 | Atherosclerosis of coronary artery bypass graft(s) without angina pectoris | | PCP Encounters |



# EXHIBIT 4-K5

Freedom VIP Savings (HMO SNP) · PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 20      ER: 1        Specialists: 5      Hospital: 0

PHYS
PART

60% | 1.64                                                    40% | 1.955

(✓ HCC 085) (✓ HCC 108) (✓ HCC 096) (✓ HCC 086) (✓ HCC 087) (✓ HCC 088) (HCC 055) (HCC 111) (HCC 112) (HCC 048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient.
Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC055 · Drug/Alcohol Dependence | | | | | | RA Factor: 0.47 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | No |
| HCC111 · Chronic Obstructive Pulmonary Disease | | | | | | RAF Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No |
| HCC112 · Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.219 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | No |
| HCC048 · Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 04-18-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 01-03-2019 | | Physician |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 02-26-2019 | | Physician |
| HCC087 | I25.110 | Atherosclerotic heart disease of native coronary artery with unstable angina pectoris | 02-26-2019 | 02-26-2019 | Physician Hospital |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 04-17-2019 | Physician Hospital |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 04-17-2019 | Physician |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | Current PCP |
| HCC108 | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 02-25-2019 | 02-25-2019 | Other Provider |

*Same HCC codes with different sources from same date*

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: Last seen 4/18/19 .

Signature (MD, DO, PA or NP only): _____

# EXHIBIT 4-K6

Case 8:18-cv-02238-KKM-SPF   Document 80-4   Filed 11/12/21   Page 16 of 24 PageID 1098



VIP–VEN–LAP02

Member Expense Report   ×   Member Expense Report   ×   ▢ ████  Snapshot  ×   +

← → C   🔒 https://myq360.com/index.php/snapshot/MemSnapshot████

Apps   📙 Patient Handouts   🟥 Preprocedure Patie…   🔵 AAOS Essentials of…   🔵 Search - UpToDate   🔵 Paroxetine-sertralin…   🔵 Pathologic Q Wave…   🔵 E-FORCSE®, Florid…   »

## 2019 Paid (3)

| HCC | HCC Description | ICD | ICD9 Description | # of times reported in service years | | | | | | | | Logic number |
| | | | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC085 | Congestive Heart Failure | I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| | | I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I43 | Cardiomyopathy in diseases classified elsewhere | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC088 | Angina Pectoris | I20.8 | Other forms of angina pectoris | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC108 | Vascular Disease | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |

Show hidden icons

Provide feedback

DELL

# EXHIBIT 4-K7

Case 8:14-cv-01238-KKM-SPF Document 86-4 Filed 11/12/21 Page 18 of 24 PageID 1008

# 5 Star Check List - DR. CLARISSA A ZAFIROV

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 18    ER: 2    Specialists: 5    Hospital: 0



**PHYSICIAN PARTNERS**

| 60% | 1.64 | 40% | 1.66 |



## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 03-11-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of | 04-03-2019 | 04-03-2019 | Current PCP |

| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | RA Factor: 0.346 | |
|---|---|---|---|---|---|---|
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |

| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | RA Factor: 0.274 | |
|---|---|---|---|---|---|---|
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |

| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | RA Factor: 0.252 | |
|---|---|---|---|---|---|---|
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 03-11-2019 | **Current PCP** |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 04-03-2019 | 04-03-2019 | **Current PCP** |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | **Current PCP** |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____



# EXHIBIT 4-K8

Star Check List - DR. CLARISSA A ZAFIROV

Printed 3/9/19 @ 10:16 am

eedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

sits in last 12 months:   PCP: 21      ER: 1       Specialists: 5       Hospital: 0

PHYSICIA
PARTNER

| 55% | 1.64 | | 45% | 1.66 |

( HCC 085 ) ( HCC 108 ) ( HCC 096 ) ( HCC 086 ) ( HCC 087 ) ( HCC 088 ) ( HCC 055 ) ( HCC 111 ) ( HCC 112 ) ( HCC 048 ) ( HCC 138 )

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient.
Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC095 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.262 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |
| HCC138 | | | | | | RA Factor |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | 4 | 2 | 0 | Physician Hospital | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 04-18-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 04-03-2019 | 04-03-2019 | Physician |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 01-05-2019 | 05-06-2019 | Physician |
| HCC087 | I25.110 | Atherosclerotic heart disease of native coronary artery with unstable angina pectoris | 02-26-2019 | 02-26-2019 | Physician Hospital |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 05-06-2019 | Physician Hospital |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 05-06-2019 | Physician |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | Physician |
| HCC108 | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 02-25-2019 | 02-25-2019 | Other Provider |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

CZ_DS004529

# EXHIBIT 4-K9

# PROSPECTIVE POSSIBLE CONDITION REPORT

**Refreshed Date:** 10/7/2019

| | |
|---|---|
| Plan Name: | Freedom VIP Savings (HMO SNP) |
| Member Name: | |
| Gender: | |
| DOB: | |
| Member Phone: | |

| | |
|---|---|
| Member ID: | |
| Provider Name: | ZAFIROV, CLARISSA, A |
| Provider ID: | P1045672 |
| EFF Date: | 10/01/2013 |
| Group Name: | FLORIDA MEDICAL ASSOCIATES LLC |

**Status Filter:** --SHOW ALL--

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/30/2018 | | UNADDRESSED |
| Modify | Drug/Alcohol Dependence | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/30/2018 | | UNADDRESSED |
| Modify | Fibrosis of Lung and Other Chronic Lung Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 04/02/2018 | | UNADDRESSED |
| Modify | Chronic Kidney Disease, Moderate (Stage 3) | HCC submitted previously currently absent from patient clinical diagnoses | CMS | | | UNADDRESSED |
| Modify | Specified Heart Arrhythmias | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 11/26/2018 | | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: SYMBICORT | PCP | 04/12/2019 | 1 | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: IPRATROPIUM BROMIDE | PCP | 04/12/2019 | 1 | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: IPRATROPIUM BROMIDE/ALBUTEROL | Other physician | 11/26/2018 | 1 | UNADDRESSED |
| Modify | Angina Pectoris | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/26/2019 | | SECURED |
| Modify | Vascular Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/25/2019 | | SECURED |
| Modify | Congestive Heart Failure | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/26/2019 | | SECURED |
| Modify | Acute Myocardial Infarction | Encounter data submitted | Other Physician | 04/03/2019 | 0 | SECURED |
| Modify | Angina Pectoris | Medical Hx may support missing diagnosis: Ischemic/Anginal Disease | Other Physician | 02/26/2019 | | SECURED |
| Modify | Unstable Angina and Other Acute Ischemic Heart Disease | HCC submitted previously currently absent from patient clinical diagnoses | | | | SECURED |
| Modify | Cardiovascular Disease | Member in Chronic SNP with PCP verified Diagnosis of CVD | Other Physician | 02/25/2019 | | SECURED |

Confidential Patient Information

# MEMBER HEALTH PROFILE

**FREEDOM** HEALTH

**Provider Name:** ZAFIROV, CLARISSA, A    **Group Name:** FLORIDA MEDICAL ASSOCIATES LLC

**Run Date:** 10/18/2019    **Membership Month** 10/01/2019    **Review Period:** 1/1/2019 To 12/31/2019

**Plan Name:** Freedom VIP Savings (HMO SNP)

**Member Name**

**Member ID:** ▮▮▮▮▮▮

**PCP Name:** ZAFIROV, CLARISSA, A

**Provider ID:** P1045672

**Eff Date:** 01/01/2019

**Group Name:** FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| Physician | Y | 0.305 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 2/25/2019 | HCC108 | Vascular Disease |
| Physician | N | 0.216 | J84.10 | Pulmonary fibrosis, unspecified | 4/2/2019 | HCC112 | Fibrosis of Lung and Other Chronic Lung Disorders |
| Physician | Y | 0.22 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 4/3/2019 | HCC086 | Acute Myocardial Infarction |
| Physician | Y | 0.31 | I43. | Cardiomyopathy in diseases classified elsewhere | 4/18/2019 | HCC085 | Congestive Heart Failure |
| Physician | N | 0.068 | N18.3 | Chronic kidney disease, stage 3 (moderate) | 6/12/2018 | HCC138 | Chronic Kidney Disease, Moderate (Stage 3) |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 10/30/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |
| Physician | N | 0.368 | F11.20 | Opioid dependence, uncomplicated | 10/30/2018 | HCC055 | Substance Use Disorder, Moderate/Severe, or Substance Use with Complic |
| Physician | N | 0.271 | I48.92 | Unspecified atrial flutter | 11/26/2018 | HCC096 | Specified Heart Arrhythmias |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| RX | IPRATROPIUM BROMIDE/ALBUTEROL | 11/26/2018 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |
| RX | SYMBICORT | 04/12/2019 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |
| RX | IPRATROPIUM BROMIDE | 04/12/2019 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx (Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Hx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered user) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or