# EXHIBIT 5
# Documents Related to Patient L

# EXHIBIT 5-L1

Summary View for ▮▮▮▮▮▮▮▮▮▮                                                                  Page 1 of 4



Guarantor: ▮▮▮▮▮▮   Insurance: Optimum Healthcare, Inc
Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

01/23/2019                                                    Progress Notes: Clarissa Zafirov MD

## Reason for Appointment
1. R/S CPE

## History of Present Illness

Depression Screening.:
  PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way Not at all, Total Score 0.

COA - Func Stat:
  Cognitive Status Good. Cognitive Status **Please update**.

COA - Medication Review and List:
  Medication List Documented **Yes**. Medication List Documented **Please update**. Medications Reviewed Date:1/23/19.

COA - Pain Assessment:
  Denies : Does the patient have Pain? **Yes** . Denies : Pain Location Rt knee > Lt knee. Denies : Pain scale Moderate pain. Denies : Pain Treatment Plan None.
  Does the patient have Pain? **Yes ( add CPT code 1125F), No ( add CPT code 1126F), No , Yes** .

Fall Risk:
  Denies : History of falling , within the last three months **No - 0**. Denies : Secondary DX. Denies : Ambulatory Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic Nursing Care.
  History of falling , within the last three months **Please Update**.

General ROS:
  c/o Complete physical exam with review of labs and medications..
  Denies : SOB. Denies : Chest pain or Discomfort. Denies : fatigue. Denies : abdominal pain. Denies : Nausea/vomiting. Denies : constipation. Denies : weight gain/weight loss. Denies : pain. Denies : blood in stool . Denies : fever. Denies : chills. Denies : cough. Denies : Edema. Denies : Dizziness. Denies : Diarrhea. Denies : Hematuria. Denies : Dysuria. Denies : discolored rhinorrhea. Denies : sinus pressure. Denies : Decreased Hearing . Denies : Sorethroat . Denies : headaches. Denies : Gait . Denies : Weakness. Denies : Acid Reflux .

Interim History:
  c/o Consultations **Other consultant: pt is currently not following up with any consultants for health concerns.** .
  Brief ROS R/S, Est.
HPI:
  Patient here to establish care with new provider. 81-year-old male previously seen by Dr. some of its. Patient has a past diagnosis of diabetes however at time of diagnosis in 16 hemoglobin A1c not seen above 6.5. Patient does not follow any diabetic diet. He is taking metformin twice daily. Hemoglobin A1c results in the past 5.5, 5.8, 6.0. Patient is due for repeat

Patient: ▮▮▮▮▮▮ DOB: ▮▮▮▮▮▮   Progress Note: Clarissa Zafirov MD   01/23/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004561

lab studies. Patient does check his blood sugars at home at least twice daily. He has never had a blood sugar greater than 140.

Patient history of hypertension for which she takes furosemide 20 mg, labetalol 200 mg tablets prazosin 5 mg capsule 3 times a day. Blood pressure today 150/88 but generally at home is in the 130s-140s range systolic.

Patient with some elevation of creatinine on lab studies. This may be related to medication or otherwise.

Patient with recent bereavement but is doing overall well. He is sleeping, eating normally, engaging in regular activities. No history of past depression.

Patient denies any bruising of upper extremities. He does take aspirin which makes him prone to trauma induced injury otherwise. Patient has no history of cardiovascular disease

Patient does have a history of COPD. He does report having pulmonary function testing in the past. Does become short of breath at times. He does smoke 8-9 cigarettes a day. Has smoked for many years and no desire to quit smoking.

Patient without issues in the past with colonoscopy. He does have enlarged prostate and does follow with urology, Dr. Billick. Patient is taking finasteride daily.

COA - Adv Care:
Patient has the below (mark only appropriate ones) Advance Directives.

**Current Medications**
Taking
- metformin 1000 mg tablet 1.5 tab(s) orally 1 AM, 0.5 PM
- prazosin 5 mg capsule 1 cap(s) orally 3 times a day
- finasteride 5 mg tablet 1 tab(s) orally once a day
- aspirin 81 mg tablet, disintegrating 1 tab(s) orally once a day
- furosemide 20 mg tablet 1 tab(s) orally once a day
- labetalol 200 mg tablet 1 tab(s) orally 2 times a day
- FORA Lancets, 100 1 strip 3 times a day 1 strip finger stick 3 times a day / 3 times a week
- FORA V20 Blood Glucose Test Strips 1 strip 3 times a day 1 strip fingerstick 3 times a day / 3 times a week
- Medication List reviewed and reconciled with the patient

**Past Medical History**
HTN.
Diabetes (3x QD fingerstick).
High Cholesterol.

**Surgical History**
Appendectomy
Tonsils

**Family History**
Father: deceased 92 yrs, Diabetes
Mother: deceased 88 yrs, Breast CA

**Allergies**
N.K.D.A.

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
CONSTITUTIONAL:
  no Fever. no Chills. no Weight Loss. no Fatigue.
CARDIOLOGY:
  no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness.
DERMATOLOGY:
  no Rash.
GASTROENTEROLOGY:
  no Abdominal Pain. no Nausea. no Vomiting. no Diarrhea.
MUSCULOSKELETAL:
  no Joint Swelling. no Myalgias.
PSYCHOLOGY:

Patient: [redacted]  DOB: [redacted]  Progress Note: Clarissa Zafirov MD  01/23/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Summary View for [redacted] | Account Number [redacted]                           Page 3 of 4

no Depression. no Anxiety.
**RESPIRATORY:**
  no Shortness of Breath. no Persistent Cough. no Wheezing.
**UROLOGY:**
  no Dysuria. no Urinary Frequency.

## Vital Signs
Ht 70 in, Wt 217 lbs, BP 150/88 mm Hg, Pulse 67 /min, Resp 14 /min, O2 Sat 97, Temp 97.3 F, BMI 31.13 Index.

## Examination
General Examination:
  General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
  Skin No abnormal lesions, . No erythema. Truma induced bruise LUE. Skin warm to the touch, clean, dry, Acktinic Keratosis noted..
  HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.
  Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.
  Heart: S1S2 RRR, no signs of CHF, no edema.
  Lungs: Clear to auscultation A/P bilaterally, no wheezes/rhonchi/rales/crackles, regular breathing rate and effort, good air exchange noted throughout.
  Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.
  Musculoskeletal No joint deformity, swelling, tenderness, pain.
  Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.
  Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.

## Assessments
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Type 2 diabetes mellitus with hyperglycemia - E11.65
3. Benign essential HTN - I10
4. Benign prostatic hyperplasia without lower urinary tract symptoms - N40.0
5. Smoker - F17.200

## Treatment
1. **Type 2 diabetes mellitus with hyperglycemia**
   LAB: TSH with Reflex to Free T4
   LAB: PSA, Free and Total
   LAB: Glucose Tolerance Test, 3 Specimens (75g)
   LAB: Lipid Panel (Q) (LC)
   LAB: Hemoglobin A1c
   LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (Q) (LC)
   LAB: Urinalysis, Complete, with Reflex to Culture (Q)
   LAB: Microalbumin, Random Urine with Creatinine
   Notes: Question initial diagnosis since patient does not follow any particular diet, eats what he wants and maintains his blood sugars with minimal effort. Patient has never had a hemoglobin A1c greater than 6.5. Will repeat fasting glucose tolerance test. No free fasting glucose results in diabetic range. Reduce metformin to once daily. May reduce frequency of Glucose testing as he was testing BID.

2. **Benign essential HTN**
   Notes: . alpha-blocker not first-line for hypertension. Use of furosemide simply for blood pressure control may not be the best option for this patient. We will try and make some change with medication at next visit. Patient does keep blood pressure log does monitor sodium intake.

3. **Benign prostatic hyperplasia without lower urinary tract symptoms**
   Notes: . Stable continu current medication.

4. **Smoker**

Patient: [redacted]   DOB: [redacted]   Progress Note: Clarissa Zafirov MD   01/23/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   6/26/2019

CZ_DS004563

Notes: Did discuss smoking cessation if possible.

**3. Others**
Notes: Patient does need EKG next visit. We will contested her also for screening aortic ultrasound evaluation given his smoking history. Repeat pulmonary function tests at some point in the future.

**Preventive Medicine**
Immunizations: Pneumococcal .... Influenza ....

**Procedure Codes**
1158F ADVNC CARE PLAN TLK DOCD
1158F ADVNC CARE PLAN TLK DOCD
1159F MED LIST DOCD IN RCRD
1159F MED LIST DOCD IN RCRD
1160F RVW MEDS BY RX/DR IN RCRD
1160F RVW MEDS BY RX/DR IN RCRD
1170F FXNL STATUS ASSESSED
1170F FXNL STATUS ASSESSED
3288F FALL RISK ASSESSMENT DOCD
G8420 BMI is documented within normal parameters and no follow-up plan is required
1126F AMNT PAIN NOTED NONE PRSNT
3288F FALL RISK ASSESSMENT DOCD
3725F SCREEN DEPRESSION PERFORMED
1125F AMNT PAIN NOTED PAIN PRSNT

**Follow Up**
4 Weeks (Reason: f/u lab bp med change)

Electronically signed by Clarissa Zafirov , MD on 01/23/2019 at 03:24 PM EST
Sign off status: Completed

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient: ████  DOB: ████  Progress Note: Clarissa Zafirov MD  01/23/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...  6/26/2019

CZ_DS004564

# EXHIBIT 5-L2

# 5 Star Check List - DR. AKHIL PATEL

~~[REDACTED]~~
Optimum Diamond Rewards (HMO SNP) - PCP Effective Date: 09-2018
Visits in last 12 months:   PCP: 5   ER: 0   Specialists: 3   Hospital: 0

**PHYSICIAN PARTNERS**

100% | 1.767

HCC 018   HCC 111   HCC 058   HCC 011   HCC 048   HCC 012

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC018 - Diabetes with Chronic Complications** | | | | | | **RA Factor: 0.368** |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 3 | 0 | 0 | Current PCP | No - awaiting lab conf |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 3 | 0 | 0 | Suspect Rules: 4 - DM with CKD | Establish causal relationship between DM E11.9 and CKD N18.x coded previously on DOS 04-11-2017   No |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 2 | 4 | Physician | No |
| **HCC111 - Chronic Obstructive Pulmonary Disease** | | | | | | **RA Factor: 0.346** |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 2 | 9 | 3 | Past History | Ok |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | **RA Factor: 0.330** |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Current PCP | No |
| **HCC011 - Colorectal, Bladder, and Other Cancers** | | | | | | **RA Factor: 0.317** |
| C67.9 | Malignant neoplasm of bladder, unspecified | 0 | 0 | 1 | Past History | No |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | **RA Factor: 0.252** |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | No |
| **HCC012 - Breast, Prostate, and Other Cancers and Tumors** | | | | | | **RA Factor: 0.154** |
| C76.41 | Malignant neoplasm of right upper limb | 2 | 0 | 0 | Physician | No |

### BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/23/19
Signature (MD, DO, PA or NP only): _[signature]_

Please fax form and progress note to 888-978-5655
Confidential - Do Not Distribute

Page 1 of 2

CZ_DS004565

# EXHIBIT 5-L3



# EXHIBIT 5-L4



Healthcare, Inc
Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

02/25/2019

Progress Notes: Clarissa Zafirov MD

## Reason for Appointment
1. 4 week f/u, CPE, labs

## History of Present Illness
HPI:
    Patient here for follow-up visit. Patient history of hypertension for which she takes furosemide 20 mg tablets daily, labetalol 200 mg tablets twice daily. Patient blood pressure today 150/80 patient has brought blood pressure log today which shows blood pressures generally in the 130s-140s range systolic with normal diastolic pressures.
    Patient current smoker. He is a diabetic as well. He is taking 1/2 tablets of thousand milligrams metformin daily. We did check a fasting glucose tolerance test with labs to confirm diabetes which patient showed to have a glucose level in the 200s at the 1 hour mark. Patient hemoglobin A1c currently 5.5. He does only check his blood sugars as needed now.
    Patient difficulty with exercise due to chronic knee pain and arthritis. He did have a knee injection in the past which was not particularly helpful.
    Patient labs showing mild elevation of creatinine to 1.27. He does have a GFR of 53 Patient with very mild elevation of microalbumin creatinine ratio.

## Current Medications
Taking
- metformin 1000 mg tablet 1.5 tab(s) orally 1 AM, 0.5 PM
- prazosin 5 mg capsule 1 cap(s) orally 3 times a day
- finasteride 5 mg tablet 1 tab(s) orally once a day
- furosemide 20 mg tablet 1 tab(s) orally once a day
- labetalol 200 mg tablet 1 tab(s) orally 2 times a day
- FORA Lancets, 100 1 strip 3 times a day 1 strip finger stick 3 times a day / 3 times a week
- FORA V20 Blood Glucose Test Strips 1 strip 3 times a day 1 strip fingerstick 3 times a day / 3 times a week

Discontinued
- aspirin 81 mg tablet, disintegrating 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
    HTN.
    Diabetes (3x QD fingerstick).
    High Cholesterol.

## Surgical History
    Appendectomy
    Tonsils

## Family History
Father: deceased 92 yrs, Diabetes
Mother: deceased 88 yrs, Breast CA

## Social History

Patient: ▮▮▮▮▮   DOB: ▮▮▮▮▮   Progress Note: Clarissa Zafirov MD   02/25/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

6/26/2019

CZ_DS004567

Summary View for [redacted]   Account Number [redacted]   Page 2 of 3

Tobacco Use   Smoking Status Current smoker,  When did you start smoking? 16,  How often do you smoke cigarettes? every day,  How many cigarettes a day do you smoke? 6-10,  How soon after you wake up do you smoke your first cigarette? 6-30 min,  Are you interested in quitting? Not ready to quit.
Alcohol: Denies.
Drug use: Never used illegal drugs.
Marital Status: Widow.
Exercise: Denies.
Caffeine: Denies.

## Allergies
N.K.D.A.

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
CONSTITUTIONAL:
   no Fever. no Weakness.
CARDIOLOGY:
   no Chest Pain. no Palpitations. no Leg Edema.
DERMATOLOGY:
   no Rash.
ENT:
   no Sore Throat.
GASTROENTEROLOGY:
   no Nausea. no Vomiting.
PSYCHOLOGY:
   no Depression.
RESPIRATORY:
   no Shortness of Breath. no Persistent Cough.

## Vital Signs
Ht 70 in, Wt 216 lbs, BP 150/80 mm Hg, Pulse 59 /min, Resp 16 /min, O2 Sat 97, Temp 97.8 F, BMI 30.99 Index.

## Examination
General Examination:
   General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
   Skin No rash noted, unremarkable.
   HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light.
   Neurologic Exam: A&O x 3, normal strength ,No gross focal deficits noted..
Cardiology:
   JVD: none.
   Heart: normal S1S2,No clinical signs of heart failure..
   Heart Murmur: No siginificant murmur noted.
   Lungs: no wheezing, RLL rhonchi regular rate and effort, good air movement, ...
   Extremities: no leg edema.
   Peripheral pulses: normal,symmetric.
Neurology:
   Cranial nerves: CN II-XII grossy intact.

## Assessments
1. Benign essential HTN - I10 (Primary)
2. Smoker - F17.200
3. Type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9

## Treatment

Patient: [redacted]   DOB: [redacted]   Progress Note: Clarissa Zafirov MD   02/25/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004568

Summary View for [redacted] Account Number [redacted]

Page 3 of 3

1. **Benign essential HTN**
Notes: Blood pressure stable with current medication. Patient to continue to monitor blood pressure at home. Noted history of sleep apnea for which patient is on CPAP as well. Likely component.

2. **Smoker**
Notes: . Patient has a very lengthy history of smoking I have offered low-dose screening CT as I have no imaging of his lungs. He will consider.

3. **Type 2 diabetes mellitus without complication, without long-term current use of insulin**
Notes: Well-controlled hemoglobin A1c in normal range. Patient to check blood sugars at home only as needed. Continue with metformin 1 tablet daily.

4. **Others**
Notes: . Follow-up in Jul. Plan to repeat labs with hemoglobin A1c in September.

**Preventive Medicine**
HEDIS: Fall Risk Assessment 2019. Colonoscopy Does not recall. Eye exam 2014. COA 01/2019.
Immunizations: Tetnus Unsure. Pneumococcal Advised, pt refused. Influenza Advised, pt refused.

**Follow Up**
July htn etc

Electronically signed by Clarissa Zafirov , MD on 02/25/2019 at 02:02 PM EST
Sign off status: Completed

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient [redacted] DOB: [redacted] Progress Note: Clarissa Zafirov MD  02/25/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004569

# EXHIBIT 5-L5

**5 Star Check List - DR. CLARISSA A ZAFIROV**

Optimum Diamond Rewards (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:  PCP: 4    ER: 0    Specialists: 3    Hospital: 0

PHYSICIAN PARTNERS

43% | 0.832         57% | 1.399

(✓)018  (✓)111  (✓)019   058   011   048   012

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 4 | 0 | 0 | Physician | |
| **HCC011 - Colorectal, Bladder, and Other Cancers** | | | | | | RA Factor: 0.317 |
| C67.9 | Malignant neoplasm of bladder, unspecified | 0 | 0 | 1 | Past History | |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |
| **HCC012 - Breast, Prostate, and Other Cancers and Tumors** | | | | | | RA Factor: 0.154 |
| C76.41 | Malignant neoplasm of right upper limb | 2 | 0 | 0 | Physician | |

### BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC018 | E11.65 | Type 2 diabetes mellitus with hyperglycemia | 01-23-2019 | 01-23-2019 | Current PCP |
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 02-25-2019 | 02-25-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-23-2019 | 01-23-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

> Pulled from my visit note where it was connected - "patient has never had a HgbA1C > 6.5". Was not signed off on 5* and was not meant to be submitted.
>
> It was a comment on that particular chart problem, NOT a diagnosis.

[Annotation: Dr. Zafirov's personal note - not submitted to Anion]

CZ_DS004570

# EXHIBIT 5-L6



CZ_DS004571