# EXHIBIT 6

# Documents Related to Patient M

# EXHIBIT 6-M1

**5 Star Check List - PR- AKHIL BATH:**

Pr___dom Medicare Plan Rx (HMO) - PCP Effective Date: 09-2018

Visits in last 12 months:    PCP: 4        ER: 0        Specialists: 1        Hospital: 0

**PHYSICIAN PARTNERS**

100% | 3.862

(077) (072) (055) (075) (040) (018) (111) (058) (108) (048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC077 - Multiple Sclerosis | | | | | | RA Factor 0.396 |
| G37.9 | Demyelinating disease of central nervous system, unspecified | 0 | 0 | 1 | Physician | No |
| HCC072 - Spinal Cord Disorders/Injuries | | | | | | RA Factor 0.509 |
| Q02 | Microcephaly | 2 | 2 | 0 | Physician | No |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor 0.420 |
| F10.21 | Alcohol dependence, in remission | 6 | 4 | 1 | Physician | OK |
| F10.229 | Alcohol dependence with intoxication, unspecified | 0 | 0 | 1 | Hospital | |
| F10.230 | Alcohol dependence with withdrawal, uncomplicated | 0 | 0 | 1 | Hospital | |
| F10.120 | Alcohol abuse with intoxication, uncomplicated | 0 | 1 | 0 | Physician | No |
| F10.121 | Alcohol abuse with intoxication delirium | 0 | 1 | 0 | Physician | |
| F10.129 | Alcohol abuse with intoxication, unspecified | 0 | 3 | 0 | Physician | |
| F10.20 | Alcohol dependence, uncomplicated | 0 | 0 | 1 | Physician | |
| F10.239 | Alcohol dependence with withdrawal, unspecified | 0 | 4 | 1 | Physician Hospital | |
| HCC075 - Myasthenia Gravis/Myoneural Disorders and Guillain-Barre Syndrome/Inflammatory and Toxic Neuropathy | | | | | | RA Factor 0.408 |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | Clinical Review | Alcohol-dependent, evaluate for alcoholic polyneuropathy  No |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor 0.374 |
| M31.1 | Thrombotic microangiopathy | 0 | 2 | 0 | Physician | No |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor 0.368 |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 0 | 1 | Physician | No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 5 | 2 | 0 | Physician Hospital | Ok |
| J42 | Unspecified chronic bronchitis | 4 | 0 | 0 | Current PCP | |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor 0.330 |
| F33.9 | Major depressive disorder, recurrent, unspecified | 4 | 0 | 0 | Physician | No |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Current PCP | No |
| HCC108 - Peripheral Vascular Disease, Unspecified | | | | | | RA Factor 0.2 |

Please fax form and progress note to 888-978-5655

Confidential - Do Not Distribute

Page 1 of 2

CZ_DS004550



5 Star Check List - DR. AKHIL PATEL

Freedom Medicare Plan Rx (HMO) - PCP Effective Date: 09-2018

Visits in last 12 months:   PCP: 4        ER: 0        Specialists: 1        Hospital: 0

| 171.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | No | |
|---|---|---|---|---|---|---|---|
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | No | |

### BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 2/15/19

Signature (MD, DO, PA or NP only):

CZ_DS004551

# EXHIBIT 6-M2



**VIP**care

★ ★ ★ ★ ★ HEALTHCARE

Referring: Akhil Patel
Appointment Facility: VIPcare Venice

02/15/2019

Progress Notes: Clarissa Zafirov MD

**Reason for Appointment**
1. CPE, labs

**History of Present Illness**
Depression Screening :
   PHQ-9 Little interest or pleasure in doing things  Not at all, Feeling down, depressed, or hopeless  Not at all, Trouble falling or staying asleep, or sleeping too much  Not at all, Feeling tired or having little energy  Not at all, Poor appetite or overeating  Not at all, Feeling bad about yourself or that you are a failure or have let yourself or your family down  Not at all, Trouble concentrating on things, such as reading the newspaper or watching television  Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving around a lot more than usual  Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way  Not at all, Total Score  0.
COA - Func Stat:
   Cognitive Status Good. Cognitive Status **Please update**. Ambulatory Status Good. Sensory Ability -
Hearing Good. Sensory Ability - Vision Fair Glasses. Sensory Ability - Touch Good. Sensory Ability -
Smell Good. Sensory Ability - Taste Good. ADLs - mark only the ones patient needs help with Pt does not require any assistance w/ his ADLs.
COA - Medication Review and List:
   Medication List Documented **Yes**. Medication List Documented **Please update**. Medications Reviewed Date:
2/15/019.
COA - Pain Assessment:
   Denies : Does the patient have Pain? No. Denies : Pain Location. Denies : Pain scale. Denies : Pain Treatment Plan.
   Does the patient have Pain? **Yes ( add CPT code 1125F)**, No ( add CPT code 1126F), No , **Yes** .
Fall Risk:
   Denies : History of falling , within the last three months **No - O**, Denies : Secondary DX. Denies : Ambulatory Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic Nursing Care.
   History of falling , within the last three months **Please Update**.
COA - Adv Care:
   Patient has the below (mark only appropriate ones) Living Will Advance Directives. Patient has the below (mark only appropriate ones) Advance Directives.
HPI:
   76-year-old female here to establish care with new provider. Patient with a history of alcohol dependence which has been in remission since early 2000 16/2017. Patient at that time had a CT scan showing some cerebral changes including possible ischemic demyelination and cerebral atrophy. Patient is currently has no memory changes other than some issues with word or name finding otherwise is doing well.
   Patient has a history of COPD is evident by pulmonary function testing in October 2018. Currently mild stable. Patient is not using any inhalers. Denies any wheezing, shortness of breath with exertion. Patient quit smoking in 2003.
   Patient is taking Celexa for anxiety not depression. Patient denies any history of depression.
   Patient is active with gardening and does try and do that on a regular basis. Patient has overall healthy diet does not eat red meat. She is up-to-date in regards to vaccinations.
   Patient history of breast cancer status post bilateral mastectomy.

Patient: ████  DOB ████  Progress Note: Clarissa Zafirov MD  02/15/2019
   *Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004552



Patient has a history of benign essential tremor which is been evaluated by neurology. She is taking a small amount of propranolol which seems to control her tremor to some degree. Patient was on propranolol at a much higher dose in the past which caused bradycardia.

Patient labs showing mild vitamin D deficiency patient is not taking vitamin D or calcium. She is due for repeat bone density scan.

Mild elevation of hemoglobin A1c which is not been present in the past.

Patient with anemia also on labs with a hemoglobin of 10.8. Patient has a history of chronic anemia per reports. In the past, patient reports normal iron levels. Patient has had no change in stool. Patient denies weakness fatigue shortness of breath or other symptoms related to her anemia. No chest pain or palpitations.
General ROS:

Interim History:
e/o Consultations **Other consultant: pt is currently not following up with any consultants for health concerns.** .

## Current Medications
**Taking**
- Celexa 20 mg tablet 1 tab(s) orally once a day
**Discontinued**
- primidone 50 mg tablet 1/2 tab orally qhs
- Medication List reviewed and reconciled with the patient

## Past Medical History
Breast CA .
Mild Depression.
Tremor.
Hx of Alcohol Abuse / stopped 12/31/16.

## Surgical History
Bilateral Masectomies

## Family History
Father: deceased, family history unknown
Mother: deceased 72 yrs, alzheimer's dementia.

## Social History
Tobacco Use   Smoking Status  Former smoker,   When did you start smoking? 1973,   When did you stop smoking? 2003,   Additional Findings: Tobacco Non-User  Ex-light cigarette smoker (1-9/day).
Alcohol: Former Drinker / 12/31/2016.
Drug use: Never used illegal drugs.
Marital Status: Married.
Children: Yes.
Occupation: Retired: RN / State Prison in PA.
Exercise: Active lifestyle.
Caffeine: Coffee, 1 cup per day.

## Allergies
penicillin
Sulfa
Cleocin HCl

## Hospitalization/Major Diagnostic Procedure
Surgery

## Review of Systems
CONSTITUTIONAL:
   no Fever.  no Chills.  no Weight Loss.  no Fatigue.
CARDIOLOGY:
   no Chest Pain.  no Shortness of Breath.  no Palpitations.  no Dizziness.

CZ_DS004553



DERMATOLOGY:
no Rash.
GASTROENTEROLOGY:
no Abdominal Pain. no Nausea. no Vomiting. no Diarrhea.
MUSCULOSKELETAL:
no Joint Swelling. no Myalgias.
PSYCHOLOGY:
no Depression. no Anxiety.
RESPIRATORY:
no Shortness of Breath. no Persistent Cough. no Wheezing.
UROLOGY:
no Dysuria. no Urinary Frequency.

**Vital Signs**
Ht 63 in, Wt 128 lbs. BP 124/76 mm Hg. Pulse 65 /min, Resp 16 /min, O2 Sat 97, Temp 98.1 F, BMI 22.67 Index.

**Examination**
General Examination
 General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
 Skin No abnormal lesions, . No erythema or ecchymosis. Skin warm to the touch, clean, dry.
 HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.
 Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.
 Heart: S1S2 RRR, no signs of CHF, no edema.
 Lungs: Clear to auscultation A/P bilaterally, no wheezes/rhonchi/rales/crackles, regular breathing rate and effort, good air exchange noted throughout.
 Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.
 Musculoskeletal No joint deformity, swelling, tenderness, pain.
 Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.
 Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.

**Assessments**
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Major depress, part remis - F32.4
3. Unspecified chronic bronchitis - J42
4. Benign essential tremor - G25.0
5. Anxiety - F41.9
6. Alcohol dependence in sustained full remission - F10.21
7. Vitamin D deficiency - E55.9
8. Nonrheumatic aortic valve insufficiency - I35.1, ECHO 2018
9. Anemia, unspecified type - D64.9

**Treatment**
**1. Encounter for general adult medical examination with abnormal findings**
 LAB: Lipid Panel (Q) (LC) (Ordered for 10/01/2019)
 LAB: Hemoglobin A1c (Ordered for 10/01/2019)
 LAB: Vitamin B12 (Cobalamin) and Folate Panel, Serum (Ordered for 10/01/2019)
 LAB: Iron, Total and Total Iron Binding Capacity (Ordered for 10/01/2019)
 LAB: Vitamin D, 25-Hydroxy, Total, Immunoassay (Ordered for 10/01/2019)
 LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (Q) (LC) (Ordered for 10/01/2019)
 LAB: Urinalysis, Complete, with Reflex to Culture (Q) (Ordered for 10/01/2019)
 LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 10/01/2019)
 LAB: Peripheral Smear Pathologist Review (Ordered for 10/01/2019)

**2. Major depress, part remis**
Continue Celexa tablet, 20 mg, 1 tab(s), orally, once a day

Patient:          DOB:          Progress Note: Clarissa Zafirov MD   02/15/2019
 *Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004554



Summary View for [redacted] | Account Number:51613

Page 4 of 5

IMAGING: DEXA Axial Skeleton, Hips, Pelvis & Spine, Bone Density.

### 3. Others
Notes:

In regards to COPD, patient is generally stable in regards to any respiratory symptoms. Will monitor closely.

Benign tremor stable with use of small amount of propranolol. Patient to monitor blood pressure at home. Well controlled with this medication.

In regards to anxiety patient is found symptoms are well controlled with use of Celexa 20 mg tablets daily. Denies depression entirely. No history of depression.

History of alcohol dependence in full remission. At some point possible neurologic changes related to alcohol intake but patient from a cognitive and memory standpoint is doing well. Sustained remission. Patient had echo in the last year which was also generally unremarkable with the exception of moderate aortic regurgitation. Patient will need follow-up echo in the future.

Patient otherwise up-to-date in regards to screening with the exception of bone density scan I would like her to repeat bone density scan. Start with vitamin D and calcium supplementation.

In regards to anemia, this is a chronic issue however workup and cause not entirely clear. Will have patient repeat fecal occult. Will check iron levels and possible smear with next labs in October. Fecal occult kit given to patient today to complete.

Plan to repeat labs in October otherwise.

.

### Preventive Medicine
HEDIS: Mammo  Bilateral Masectomy.  Fall Risk Assessment  10/9/18.  echo  2015 / Carotid 2015.  Stress/Cath  2015. Colonoscopy  2010.  Eye exam  May 2018 Americas Best.  COA 10/9/18.  DEXA  2010.  PFT  Never.  PHQ9  PHQ9 02/15/2019.
Immunizations:  Pneumococcal  10/2018, ....  Influenza  10/2018, ....  Herpes Zooster Vaccination  2017.

### Procedure Codes
1126F AMNT PAIN NOTED NONE PRSNT
1158F ADVNC CARE PLAN TLK DOCD
3074F SYST BP LT 130 MM HG
1159F MED LIST DOCD IN RCRD
3078F DIAST BP < 80 MM HG
1160F RVW MEDS BY RX/DR IN RCRD
1170F FXNL STATUS ASSESSED
1170F FXNL STATUS ASSESSED
1160F RVW MEDS BY RX/DR IN RCRD
3288F FALL RISK ASSESSMENT DOCD
1159F MED LIST DOCD IN RCRD
1126F AMNT PAIN NOTED NONE PRSNT
3725F SCREEN DEPRESSION PERFORMED

### Follow Up
6 Months

CZ_DS004555



Summary View for [REDACTED] Account Number:51613                    Page 5 of 5

Electronically signed by Clarissa Zafirov , MD on 02/15/2019 at 02:51 PM EST
Sign off status: Completed

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient [REDACTED]      DOB: [REDACTED]      Progress Note: Clarissa Zafirov MD   02/15/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004556

# EXHIBIT 6-M3



CZ_DS004557

# EXHIBIT 6-M4



5 Star Check List - DR. CLARISSA A ZAFIROV

PHYSICIAN PARTNERS

| Visits in last 12 months: | PCP: 5 | ER: 0 | Specialists: 1 | Hospital: 0 |
|---|---|---|---|---|

| | 70% | 3.096 |
|---|---|

(HCC 055) (HCC 111) (HCC 058) (HCC 077) (HCC 072) (HCC 075) (HCC 040) (HCC 018) (HCC 108) (HCC 048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| G37.9 | Demyelinating disease of central nervous system, unspecified | 0 | 0 | 1 | Physician | |
| Q02 | Microcephaly | 2 | 2 | 0 | Physician | |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | Clinical Review | Alcohol-dependent, evaluate for alcoholic polyneuropathy |
| M31.1 | Thrombotic microangiopathy | 0 | 2 | 0 | Physician | |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 0 | 1 | Physician | |
| I71.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC055 | F10.21 | Alcohol dependence, in remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC058 | F32.4 | Major depressive disorder, single episode, in partial remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J42 | Unspecified chronic bronchitis | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 02-15-2019 | 02-15-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 7/16/19

Signature (MD, DO, PA or NP only):

*Patient does not have major depressive disorder. Please amend*

CZ_DS004558

# EXHIBIT 6-M5



Fwd: Dr. Zafirov - Query re diagnosis submission.  Inbox ×

**Sajitha Johnson**
Good morning Dr. Zafirov. Thank you so much for reaching out to me. I am happy to answer your questions. The data collected on the 5 Star Checklist may include

**Clarissa Zafirov** <czafirov@getvipcare.com>
to Sajitha

Sajitha,

In regards to ▓▓▓▓ if you read below the code , it is stated not once, but twice that she does not have major depression in the note . The patient is adamant that she is only taking for anxiety. It was meant to be a comment on the condition and not a diagnosis. The note makes that very clear. Not only that, but it has been marked 'no' on the 5-star sheet I turned in to you. As far as what physicians coded before me, my responsibility lies in my own evaluation in the room with the patient. I do think that in regards to diagnosis it is very important that this is done accurately. I would assume that your team also reads the physicians commentary on a condition as this is relevant. If there are previous codes on the chart I will comment and then remove them from the chart after the visit.

So yes, please remove the code from her medical records.

Thanks,

Dr. Zafirov

•••

↩ Reply     ➡ Forward

CZ_DS004559

# EXHIBIT 6-M6

Star Check List - DR. CLARISSA A ZAFIROV



reedom Medicare Plan Rx (HMO) - PCP Effective Date: 03-2019

Visits in last 12 months:    PCP: 6    ER: 0    Specialists: 0    Hospital: 0

| 36% | 1.557 | 64% | 3.096 |

        

HCC 058   HCC 055   HCC 111   HCC 059   HCC 077   HCC 072   HCC 075   HCC 040   HCC 018   HCC 108   HCC 048

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|-------|-----------------|------|------|------|--------|----------|
| | | 2018 | 2017 | 2016 | | |
| HCC077 - Multiple Sclerosis | | | | | | RA Factor: 0.556 |
| G37.9 | Demyelinating disease of central nervous system, unspecified | 0 | 0 | 1 | Physician | |
| HCC072 - Spinal Cord Disorders/Injuries | | | | | | RA Factor: 0.509 |
| Q02 | Microcephaly | 2 | 2 | 0 | Physician | |
| HCC075 - Myasthenia Gravis/Myoneural Disorders and Guillain-Barre Syndrome/Inflammatory and Toxic Neuropathy | | | | | | RA Factor: 0.408 |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | Clinical Review | Alcohol-dependent, evaluate for alcoholic polyneuropathy |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M31.1 | Thrombotic microangiopathy | 0 | 2 | 0 | Physician | |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 0 | 1 | Physician | |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I71.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| HCC055 | F10.21 | Alcohol dependence, in remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC059 | F32.4 | Major depressive disorder, single episode, in partial remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J42 | Unspecified chronic bronchitis | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 02-15-2019 | 02-15-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen:

CZ_DS004560

# EXHIBIT 6-M7

## PROSPECTIVE POSSIBLE CONDITION REPORT

**Refreshed Date:** 10/7/2019

| | |
|---|---|
| Plan Name: | Freedom Medicare Plan Rx (HMO) |
| Member Name: | |
| Gender: | |
| DOB: | |
| Member Phone | |

| | |
|---|---|
| Member ID: | |
| Provider Name: | ZAFIROV, CLARISSA, A |
| Provider ID: | P1045672 |
| EFF Date: | 10/01/2016 |
| Group Name: | FLORIDA MEDICAL ASSOCIATES LLC |

**Status Filter:** --SHOW ALL-- ▼

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Spinal Cord Disorders/Injuries | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/24/2018 | | UNADDRESSED |
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 10/09/2018 | | UNADDRESSED |
| Modify | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 02/07/2017 | | UNADDRESSED |
| Modify | Drug/Alcohol Dependence | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 02/15/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: SYMBICORT | PCP | 08/21/2019 | 1 | SECURED |
| Modify | Major Depressive, Bipolar, and Paranoid Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/09/2018 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 02/15/2019 | | SECURED |

« ‹ 1 › »

M Inbox (1) - czafirov@getvipcare.c ✕ | https://apps.freedomhealth.com ✕ | E-FORCSE®, Florida Prescription ✕ | U Suppurative parotitis rx

← → C 🔒 https://apps.freedomhealth.com/HCCSnapshot/MemberHealthProfileSearchResult

⊞ Apps | 📙 Patient Handouts | 📙 Preprocedure Patie… | 📄 AAOS Essentials of … | U Search - UpToDate | ◎ Paroxetine-sertralin… | ✦ Pathologic

|◁ ‹ 1 of 1 › ▷| ⟳    💾 ⌄    Find | Next

Confidential Patient Information

# MEMBER HEALTH PROFILE

**🔥 FREEDOM HEALTH**

Provider Name: ZAFIROV, CLARISSA, A   Group Name: FLORIDA MEDICAL ASSOCIATES LLC

Run Date: 10/15/2019   Membership Month 10/01/2019   Review Period: 1/1/2019 To 12/31/2019

Plan Name: Freedom Medicare Plan Rx (HMO)

Member Name: ▮▮▮▮▮   Member ID: ▮▮▮▮▮

Gender: ▮▮▮▮▮   PCP Name: ZAFIROV, CLARISSA, A

DOB: ▮▮▮▮▮   Provider ID: P1045672

Member Phone: ▮▮▮▮▮   Eff Date: 01/01/2019

Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| | N | 0.426 | | | | HCC040 | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease |
| Physician | N | 0.519 | Q02. | Microcephaly | 1/24/2018 | HCC072 | Spinal Cord Disorders/Injuries |
| Physician | Y | 0.353 | F32.4 | Major depressive disorder, single episode, in partial remission | 2/15/2019 | HCC059 | Major Depressive, Bipolar, and Paranoid Disorders |
| Physician | Y | 0.335 | J42. | Unspecified chronic bronchitis | 2/15/2019 | HCC111 | Chronic Obstructive Pulmonary Disease |
| Physician | Y | 0.368 | F10.99 | Alcohol use, unspecified with unspecified alcohol-induced disorder | 4/25/2019 | HCC055 | Substance Use Disorder, Moderate/Severe, or Substance Use with Complic |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 10/9/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Hx - Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of the registered), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.

1