# EXHIBIT 7
# Documents Related to Patient N

# EXHIBIT 7-N1

## 5 Star Check List - DR. AKHIL PATEL



Freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

**Visits in last 12 months:**   PCP: 12   ER: 0   Specialists: 6   Hospital: 0

100% | 1.801

(HCC 055) (HCC 018) (HCC 085) (HCC 111) (HCC 108)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F10.20 | Alcohol dependence, uncomplicated | 3 | 0 | 0 | Current PCP | Needs patient verifica[tion] |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 3 | 2 | 0 | Suspect Rules: 12 - Diabetic Angiopathy / DM with PVD | Establish causal relationship between DM E11.9 and PAD/PVD I73.9 coded previously on DOS 07-18-2017  No - see below |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 2 | 2 | Physician | " v |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I42.9 | Cardiomyopathy, unspecified | 2 | 2 | 0 | Physician | OK |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 9 | 6 | 1 | Current PCP | OK Spirometry 8/15 mild obstruction |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.0 | Atherosclerosis of aorta | 3 | 0 | 0 | Current PCP | OK |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 12 | 0 | Physician Hospital | OK |
| I70.213 | Atherosclerosis of native arteries of extremities with intermittent claudication, bilateral legs | 0 | 1 | 0 | Physician | OK |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/23/19

Signature (MD, DO, PA or NP only): _[signature]_

E11.51
HgbA1c 2017 → 2019 only in pre-dm range
Patient treated for DM. Debatable. No HgbA1C > 6.5 since 2015. Patient does not follow any diet.
hard to say here.

Please fax form and progress note to 888-978-5655
Confidential - Do Not Distribute                     Page 1 of 1

# EXHIBIT 7-N2



5. HTN (hypertension), benign - I10
6. Peripheral arterial occlusive disease - I77.9
7. Bladder neoplasm - D49.4

**Treatment**

1. **Chronic obstructive pulmonary disease, unspecified**
Notes: Mild. Discussed smoking cessation importance.

2. **Atherosclerotic heart disease of native coronary artery without angina pectoris**
Notes: Significant occlusion. Needs ongoing monitoring.

3. **Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene**
Notes: . Question completeness of initial diagnosis. Patient may have been prediabetes but it does not seem tha lab criteria quite matches diagnosis. If it is a question later on, will repeat fasting glucose or glucose tolerance testing. Needs lab order to take to Moffitt.

4. **Hypercholesteremia**
Notes: . Patient to continue with statin at current dose.

5. **HTN (hypertension), benign**
Notes: Continue to take lisinopril 10 mg daily. Blood pressure stable.

6. **Peripheral arterial occlusive disease**
Notes: Patient will continue to follow-up with cardiology, Dr. Bermudez. Continue aspirin and clopidogrel. Patient is physically active with his work as a landscaper.

7. **Bladder neoplasm**

# EXHIBIT 7-N3



AP02

https://myq360.com/msap/member_task_list_2017_long_form_v2.php?muids=58632

(018) (085) (111) (011) (108) (019) (055) (075)

**PLEASE EVALUATE, ASSESS, AND TREAT**

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC055 - Drug/Alcohol Dependence** | | | | | | RA Factor: 0.420 |
| F10.20 | Alcohol dependence, uncomplicated | 5 | 0 | 0 | Physician Hospital | |
| **HCC075 - Myasthenia Gravis/Myoneural Disorders and Guillain-Barre Syndrome/Inflammatory and Toxic Neuropathy** | | | | | | RA Factor: 0.408 |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | | Alcohol-dependent, evaluate for alcoholic polyneuropathy |

**BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR**

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC011 | C67.8 | Malignant neoplasm of overlapping sites of bladder | 01-04-2019 | 03-26-2019 | Current PCP |
| HCC011 | C67.9 | Malignant neoplasm of bladder, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC018 | E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 02-15-2019 | 02-15-2019 | Physician Hospital |
| HCC085 | I42.9 | Cardiomyopathy, unspecified | 02-04-2019 | 02-04-2019 | Physician |
| HCC108 | I73.9 | Peripheral vascular disease, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC108 | I77.9 | Disorder of arteries and arterioles, unspecified | 01-22-2019 | 01-22-2019 | Physician |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____