# EXHIBIT 8

# Documents Related to Patient O

# EXHIBIT 8-O1

## 5 Star Check List - DR. AKHIL PATEL



Freedom VIP Savings COPD (HMO SNP) - PCP Effective Date: 05-2018


PHYSICIAN
PARTNERS

Visits in last 12 months:     PCP: 18       ER: 1       Specialists: 8       Hospital: 0

100% | 3.329

(HCC 021) (HCC 169) (HCC 040) (HCC 085) (HCC 111) (HCC 124) (HCC 108) (HCC 048) (HCC 088)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 2 | 0 | 0 | Current PCP | No |
| HCC169 - Vertebral Fractures without Spinal Cord Injury | | | | | | RA Factor: 0.497 |
| M48.56XA | Collapsed vertebra, not elsewhere classified, lumbar region, initial encounter for fracture | 2 | 0 | 0 | Physician Hospital | OK |
| S32.020A | Wedge compression fracture of second lumbar vertebra, initial encounter for closed fracture | 1 | 0 | 0 | Physician | |
| S32.028A | Other fracture of second lumbar vertebra, initial encounter for closed fracture | 1 | 0 | 0 | Physician | ✓ |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | No |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 11 | 0 | 0 | Current PCP | OK yes |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 16 | 17 | 0 | Current PCP | OK |
| J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | Past History | No |
| J43.9 | Emphysema, unspecified | 0 | 2 | 0 | Physician | No |
| J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | Physician | No |
| HCC124 - Exudative Macular Degeneration | | | | | | RA Factor: 0.335 |
| H35.32 | Exudative age-related macular degeneration | 12 | 0 | 0 | Past History | OK |
| H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | Physician | ok |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I77.9 | Disorder of arteries and arterioles, unspecified | 1 | 0 | 1 | Current PCP | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 5 | 0 | 0 | Current PCP | No |
| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 0 | 5 | 0 | Physician | No |

CZ_DS004530

**5 Star Check List - DR. AKHIL PATEL**

Freedom VIP Savings COPD (HMO SNP) - PCP Effective Date: 05-2018

in last 12 months:     PCP: 18        ER: 1        Specialists: 8        Hospital: 0

PHYSI
PARTN

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| | | There are no codes reported / captured in the current year | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/3/19

Signature (MD, DO, PA or NP only):

CZ_DS004531

# EXHIBIT 8-O2



VIP–VEN–LAP02

## 2019 Paid (4)

| HCC | HCC Description | ICD | ICD9 Description | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | Logic number |
|-----|-----------------|-----|------------------|------|------|------|------|------|------|------|--------|--------------|
| HCC085 | Congestive Heart Failure | I50.30 | Unspecified diastolic (congestive) heart failure | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| HCC108 | Vascular Disease | I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| HCC111 | Chronic Obstructive Pulmonary Disease | J44.9 | Chronic obstructive pulmonary disease, unspecified | 21 | 17 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| | | J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J43.9 | Emphysema, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC124 | Exudative Macular Degeneration | H35.32 | Exudative age-related macular degeneration | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

# of times reported in service years

CZ_DS004549

# EXHIBIT 8-O3

5 Star Check List DR AKHIL ████

PHYSICIAN PARTNERS

████████████████   ████ PCP Effective Date: 05-2018

Visits in last 12 months:   PCP: 12   ER: 0   Specialists: 4   Hospital: 0

25% | 0.714    75% | 2.118

( HCC 085 )  ( HCC 111 )  ( HCC 021 )  ( HCC 040 )  ( HCC 124 )  ( HCC 108 )  ( HCC 048 )  ( HCC 088 )

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|-------|-----------------|------|------|------|--------|----------|
| | | 2018 | 2017 | 2016 | | |
| | *HCC021 - Protein-Calorie Malnutrition* | | | | | RA Factor: 0.7 |
| E46 | Unspecified protein-calorie malnutrition | 2 | 0 | 0 | Current PCP | No |
| | *HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease* | | | | | RA Factor: 0.3 |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | No |
| | *HCC124 - Exudative Macular Degeneration* | | | | | RA Factor: 0. |
| H35.32 | Exudative age-related macular degeneration | 13 | 0 | 0 | Past History | Ok |
| H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | Physician | No |
| | *HCC108 - Peripheral vascular disease, unspecified* | | | | | RA Factor: 0. |
| I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | Current PCP | No |
| | *HCC048 - Coagulation Defects and Other Specified Hematological Disorders* | | | | | RA Factor: |
| D69.2 | Other nonthrombocytopenic purpura | 6 | 0 | 0 | Current PCP | No |
| | *HCC088 - Angina Pectoris* | | | | | RA Factor: |
| I20.8 | Other forms of angina pectoris | 0 | 5 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC111 | J44.0 | Chronic obstructive pulmonary disease, unspecified | 01-03-2019 | 01-03-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 3/4/19

Signature (MD, DO, PA or NP only):

HCC 085 - Should be corrected. Patient does NOT have. Should be amended.

CZ_DS004534

# EXHIBIT 8-O4



**★ ★ ★ ★ ★ HEALTHCARE**

Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

03/04/2019

Progress Note:  Clarissa Zafirov MD

## Reason for Appointment
1. 2 mo f/u, labs

## History of Present Illness
COA - Pain Assessment:
    Does the patient have Pain? **No** .
COA - Medication Review and List:
    Medication List Documented Yes. Medications Reviewed 3/4/19.
HPI:
    Patient here to follow-up labs. Patient with history of hyperlipidemia for which she takes simvastatin 10 mg tablets daily. Lipid panel in normal range.
    Patient with vitamin D deficiency. She does have a history of spontaneous fracture in her spine. Did have last bone density scan in the last year. Patient taking at thousand milligrams of vitamin D daily.
    Hemoglobin A1c of 5.8 which is a slight decrease from previous.
    Patient continues to smoke about half a pack daily. Does have COPD which is stable currently no cough increased sputum or shortness of breath
    Patient scheduled to see cardiology in the next few months. Patient has a grade 1 diastolic dysfunction which is not abnormal for age on cardiac echo. Does not qualify for congestive heart failure as previously on problem list.

## Current Medications
**Taking**
- Aspir 81 81 mg delayed release tablet 1 tab(s) orally once a day
- simvastatin 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- Spiriva Respimat 2.5 mcg/inh aerosol 2 puff(s) inhaled once a day
- Trelegy Ellipta 100 mcg-62.5 mcg-25 mcg powder 1 puff(s) inhaled once a day, Notes: haven't started yet
**Discontinued**
- Breo Ellipta 100 mcg-25 mcg/inh powder 1 puff(s) inhaled once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
High Cholesterol.
COPD.
Seasonal Allergy.
S5 budging disc.
Arthritis.
Macular Degeneration Lt eye.
Hx of syphilis - Was discovered by blood work..

## Surgical History
Hysterectomy Partial 1982
Lt Rotator Cuff 2008
Cartlidge repair Lt

---

Patient: ▮▮▮▮▮▮▮▮▮▮ DOB: ▮▮▮▮▮▮▮▮ Progress Note: Clarissa Zafirov MD   03/04/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004535

Page 2 of 5

**Family History**
Father: deceased 80 yrs, Lung CA
Mother: deceased 93 yrs
Siblings: Lung CA, Valve Disorder

**Social History**
Tobacco Use   Smoking Status  Current smoker 10 Cig a day,   Patient uses other tobacco products: No,  When did you
start smoking? 1970,   How often do you smoke cigarettes? every day,   How many cigarettes a day do you smoke? 6-
10,  Are you interested in quitting? Thinking about quitting,   Additional Findings: Tobacco User  Light cigarette smoker
((1-9 cigs/day).
Alcohol: Social.
Drug use: Never used illegal drugs.
Marital Status: Seperated.
Children: None.
Occupation: Semi-Retired; Nielson TV Rating.
Exercise: Regularly.
Caffeine: Coffee, 1-3 cups per day, Soda.

**Allergies**
Soma: rash

**Hospitalization/Major Diagnostic Procedure**
No Hospitalization History.

**Review of Systems**
CONSTITUTIONAL:
  no Fever.  no Chills.  no Night Sweats.
CARDIOLOGY:
  no Chest Pain.  no Shortness of Breath.  no Palpitations.  no Dizziness.
DERMATOLOGY:
  no Rash.
HEMATOLOGY/LYMPH:
  no Fatigue.  no Easy Bruising.
GASTROENTEROLOGY:
  no Abdominal Pain.  no Nausea.  no Vomiting.
NEUROLOGY:
  no Headache.  no Visual Changes.
RESPIRATORY:
  no Shortness of Breath.  no Persistent Cough.  no Wheezing.

**Vital Signs**
Ht 64 in, Wt 182 lbs, BP 116/80 mm Hg, Pulse 59 /min, Resp 14 /min, O2 Sat 95, Temp 97.7 F, BMI 31.24 Index.

**Past Orders**

Lab:Vitamin B12 (Cobalamin) and Folate Panel, Serum (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | |
|---|---|---|
| FOLATE, SERUM | 9.2 | - ng/mL |
| VITAMIN B12 | 361 | 200-1100 - pg/mL |

Lab:Vitamin D, 25-Hydroxy, Total, Immunoassay (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | | |
|---|---|---|---|
| VITAMIN D, 25-OH, TOTAL | 27 | L | 30-100 - ng/mL |

Lab:Lipid Panel (Q) (LC) (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | | |
|---|---|---|---|
| Cholesterol, Total | 143 | | <200 - mg/dL |
| **HDL Cholesterol** | 49 | L | >50 - mg/dL |
| Triglycerides | 99 | | <150 - mg/dL |
| LDL Cholesterol | 76 | | - mg/dL (calc) |
| CHOL/HDLC Ratio | 2.9 | | <5.0 - (calc) |
| Non HDL Cholesterol | 94 | | <130 - mg/dL (calc) |

Patient:          DOB:          Progress Note: Clarissa Zafirov MD   03/04/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)*

CZ_DS004536

| | | |
|---|---|---|
| MONO | | |
| EOSINOPHILS | 6.9 | - % |
| BASOPHILS | 1.6 | - % |
| ABSOLUTE BASOPHILS | 0.4 | - % |
| ABSOLUTE EOSINOPHILS | 28 | 0-200 - cells/uL |
| ABSOLUTE LYMPHOCYTES | 110 | 15-500 - cells/uL |
| MPV | 3443 | 850-3900 - cells/uL |
| ABSOLUTE MONOCYTES | 11.9 | 7.5-12.5 - fL |
| ABSOLUTE NEUTROPHILS | 476 | 200-950 - cells/uL |
| RDW | 2843 | 1500-7800 - cells/uL |
| | 12.1 | 11.0-15.0 - % |

Lab:REFLEXIVE URINE CULTURE (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | |
|---|---|---|
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | - |

## Examination

General Examination:

General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.

Skin No rash noted, unremarkable.

HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light.

Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.

Musculoskeletal No joint deformity, swelling, or limited range of motion with movement.

Neurologic Exam: A&O x 3, normal strength and muscle tone.

Cardiology:

JVD: none.

Heart:  No clinical signs of heart failure., normal S1S2.

Heart Murmur: No significant murmur noted.

Lungs: no wheezing/rhonchi/rales, regular rate and effort, good air movement, ...

Extremities: no leg edema.

Peripheral pulses: normal,symmetric.

Neurology:

Cranial nerves:  CN II-XII grossy intact.

## Assessments

1. Dyslipidemia - E78.5 (Primary)
2. Low vitamin D level - E55.9
3. Chronic airway obstruction, not elsewhere classified - J44.9
4. Prediabetes - R73.03

## Treatment

**1. Others**

Notes:

In regards to hyperlipidemia patient to continue with simvastatin 10 mg tablets daily. Currently stable. Patient should increase vitamin D to at least 2000 units daily. Will be due for bone density scan in the next 2 years.

Patient:            DOB:            Progress Note: Clarissa Zafirov MD   03/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004537

In regards to COPD patient is currently stable. Was given a trilogy sample which she will try when she runs out of Spiriva. Did discuss again smoking cessation. Repeat CT scan of the lungs in December 2019.

Patient hemoglobin A1c in prediabetic range. Difficulty for exercises patient continues to work on a regular basis.

Plan to repeat labs in September.

.

## Labs
Lab: Hemoglobin A1c (Ordered for 09/04/2019)
Lab: Vitamin D, 25-Hydroxy, Total, Immunoassay (Ordered for 09/04/2019)
Lab: CBC (H/H, RBC, Indices, WBC, PLT) (Ordered for 09/04/2019)
Lab: Urinalysis, Complete, with Reflex to Culture (Q) (Ordered for 09/04/2019)
Lab: CBC (INCLUDES DIFF/PLT) (Ordered for 09/04/2019)

## Preventive Medicine
HEDIS: Mammo  June 19, 2018 RAVE.  Fall Risk Assessment  8/7/18.  echo  5/1/18 Carotid US 4/17/18.  Colonoscopy 4/22/16 Dr. DeMasi.  COA  11/12/18.  DEXA  2/6/18 RAVE.
Immunizations: Pneumococcal 10/30/17, .... Influenza  Advised, pt refused 11/12/18, .... Herpes Zooster Vaccination Declines 11/12/18.

## Procedure Codes
1126F AMNT PAIN NOTED NONE PRSNT

## Follow Up
6 Months

Electronically signed by Clarissa Zafirov , MD on 03/04/2019 at 11:13 AM EST

Sign off status: Completed

**VIPcare Venice**
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient:                    DOB:              Progress Note: Clarissa Zafirov MD  03/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004538

# EXHIBIT 8-O5

From The Heart Institute 9414120024          2019-05-14 11:33 EDT                    P 1/3



**The Heart Institute**
OF VENICE

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:**
**Patient ID:**
**Date of Birth:**

**Date of Service: 05-13-2019**

**Chief Complaint:**
Seen today for results of stress test, echocardiogram and carotid ultrasound.

**Past Medical History:**
Abnormal ECG (R94.31) (794.31),Aortic sclerosis (I35.8) (424.1) (Mild),Atypical angina (I20.8) (413.9),Benign and innocent
cardiac murmurs (R01.0) (785.2),Bilateral carotid artery occlusion (I65.23) (433.10) (Bilateral 20-49%),Calcification of mitral
valve (I34.8) (424.0) (w Mild Mitral Sclerosis),Chest pain (R07.9) (786.50),Diastolic dysfunction (I50.30) (Stage 1),HLD -
Hyperlipidemia (E78.5) (272.4),Nonrheumatic mitral (valve) insufficiency (I34.0) (424.0) (Trace),Nonrheumatic tricuspid (valve)
insufficiency (I36.1) (424.2) (Trace)

**Procedures:**
Cholesterol Screening (02/12/2019),Cholesterol Screening (05/01/2018)

**Presenting Medications:**
**aspirin oral** 81mg (1 tablet po qd), **Breo Ellipta** 100-25mcg/dose (1 puff qd), **simvastatin** 10mg (qd), **Spiriva with
HandiHaler**

**Allergies:**
NKDA

**Social History:** Smoking Status: Current some day smoker.   Age Started Smoking: 25.    Smoking Cessation Counseling: Yes
on 05-13-2019.   Language: English.   Race:

· White
  Ethnicity:

· Not Hispanic or Latino

**Family History:**
CAD - Coronary artery disease (Father, Sibling)

**Vital Signs:**

| Ht | Wt | BMI | BP - Sys | BP - Dia | BP - Site | BP - Position |
|---|---|---|---|---|---|---|
| 64.5 in | 181 lbs | 30.59 | 112 mmHg | 70 mmHg | Left Arm | Sitting |

| Resp | Temp | Pulse | Pulse Site | Exertion | O2 Sat | Head Circ | Pain Severity |
|---|---|---|---|---|---|---|---|
| 14 pm | | 69 bpm | Radial | Resting | 94 | | |

*Impression:*

.FOLLOWUP VISIT

CZ_DS004539

From The Heart Institute 9414120024          2019-05-14 11:33 EDT                        P 2/3



**The Heart Institute**
OF VENICE

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:**
**Patient ID:**
**Date of Birth:**

**Date of Service: 05-13-2019**

HISTORY OF PRESENT ILLNESS: This 69-year-old lady with a family history of early coronary artery disease, mild carotid artery disease, hyperlipidemia and abnormal EKG. She has some anginal equivalent symptoms, had an exercise Cardiolite study done, which is normal. Echo Doppler showed normal systolic function, mild mitral and tricuspid insufficiency. Carotid duplex exam revealed mild disease bilaterally.

REVIEW OF SYSTEMS: No recent history of PND, orthopnea, ankle edema, dizziness, palpitations, syncope, extreme fatigue, diarrhea, nausea or vomiting. I have reviewed the review of systems.

PHYSICAL EXAMINATION:
GENERAL: No acute distress. Conversant.
VITALS: Listed.
NECK: No jugular venous vein distention or carotid bruits.
LUNGS: Clear to percussion and auscultation.
HEART: Regular rate and rhythm. Heart sounds normal. Grade I/VI systolic murmur at the lower left sternal border. No rubs or gallops; normal PMI.
ABDOMEN: Soft, nontender, normal active bowel sounds. No hepatosplenomegaly. Normal aortic pulsations; no bruits.
EXTREMITIES: No peripheral edema. Normal, symmetric pedal pulses. No digital cyanosis or clubbing.

IMPRESSION:
1. Family history of early coronary artery disease.
2. Mild carotid artery disease.
3. Hyperlipidemia.
4. Abnormal EKG.

DISPOSITION: The patient will be seen in follow up in another few months.

Barry J. Weckesser, M.D., F.A.C.C.
BJW: lfsl/ha

cc: Clarissa A. Zafirov, M.D. 844-388-6186

d: 05/13/2019 t: 05/14/2019

Patient education material given
· outcome health

cc: CLARISSA A ZAFIROV, MD

# EXHIBIT 8-O6

Summary View for [REDACTED] | Account Number:51552                Page 1 of 5



Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

01/03/2019                                Progress Notes:  Clarissa Zafirov MD

**Reason for Appointment**
1. CPE/B12 inj

**History of Present Illness**
Depression Screening.:
    PHQ-9  Little interest or pleasure in doing things  Not at all, Feeling down, depressed, or hopeless  Not at all, Trouble
falling or staying asleep, or sleeping too much  Not at all, Feeling tired or having little energy  Not at all, Poor appetite or
overeating  Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down  Not at
all, Trouble concentrating on things, such as reading the newspaper or watching television  Not at all, Moving or speaking
so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving
around a lot more than usual  Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way
Not at all, Total Score  0.
COA - Func Stat:
    Cognitive Status Good. Ambulatory Status Good. Sensory Ability - Hearing Good. Sensory Ability -
Vision Glasses. Sensory Ability - Touch Good. Sensory Ability - Smell Good. Sensory Ability - Taste Good.
COA - Medication Review and List:
    Medication List Documented Yes. Medications Reviewed Date:1/3/19.
COA - Pain Assessment:
    Denies : Does the patient have Pain? No. Denies : Pain Location. Denies : Pain scale. Denies : Pain Treatment Plan.
Does the patient have Pain? **Yes ( add CPT code 1125F), No ( add CPT code 1126F), No , Yes** .
Fall Risk:
    Denies : History of falling , within the last three months **No - 0**. Denies : Secondary DX. Denies : Ambulatory
Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic
Nursing Care.
    History of falling , within the last three months **Please Update**.
General ROS:

Interim History:
    c/o Consultations **Other consultant: pt is currently not following up with any consultants for
health concerns.** .
    Brief ROS CPE, B12 inj.
COA - Adv Care:
    Patient has the below (mark only appropriate ones) Pt does not have a living will, advance directives or dnr. Pt
encouraged to have one. Patient has the below (mark only appropriate ones) Advance Directives.
HPI:
    Patient here for physical visit. Patient has a history of COPD. Last pulmonary function test several years prior. She has
evidence of chronic bronchitis on imaging. Did have screening CT just this last December which was negative for nodules
or other abnormalities. Patient does continue to smoke approximately half a pack daily.
    Patient has history of macular degeneration for which she sees ophthalmology, Dr. Malley. Patient does have injections
into her eye on a regular basis.
    Patient has history of compression fracture of second lumbar vertebrae sometime ago. Recurrence in 2018 proximally
1 year prior. Generally stable now without back pain at this time.

Patient: [REDACTED]   DOB: [REDACTED]   Progress Note: Clarissa Zafirov MD   01/03/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004541

Patient has a history on echo of very mild stage I diastolic congestive heart failure. Also currently stable patient denies symptoms of peripheral edema orthopnea. No increasing shortness of breath with exertion outside of her COPD.

Patient currently takes Brio and Spiriva for COPD. No increased cough or increase in sputum currently.

Patient has a family history of coronary artery disease. Patient with past hyperlipidemia and therefore takes simvastatin 10 mg daily. She also takes daily aspirin.

Patient will be due for minimum mammogram screening in June. She declines influenza vaccine. She has had pneumonia vaccine. Patient does see dermatology on an annual basis.

## Current Medications

**Taking**
- Aspir 81 81 mg delayed release tablet 1 tab(s) orally once a day
- simvastatin 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- Spiriva Respimat 2.5 mcg/inh aerosol 2 puff(s) inhaled once a day
- Breo Ellipta 100 mcg-25 mcg/inh powder 1 puff(s) inhaled once a day

**Discontinued**
- nystatin 100000 units/mL suspension 4 ml orally 4 times a day, Notes: PRN
- Medication List reviewed and reconciled with the patient

## Past Medical History
High Cholesterol.
COPD.
Seasonal Allergy.
S5 bulding disc.
Arthritis.
Macular Degeneration Lt eye.
Hx of syphilis - Was discovered by blood work..

## Surgical History
Hysterectomy Partial 1982
Lt Rotator Cuff 2008
Cartlidge repair Lt

## Family History
Father: deceased 80 yrs, Lung CA
Mother: deceased 93 yrs
Siblings: Lung CA, Valve Disorder

## Social History
Tobacco Use   Smoking Status  Current smoker 10 Cig a day,   Patient uses other tobacco products: No,   When did you start smoking?  1970,  How often do you smoke cigarettes? every day,   How many cigarettes a day do you smoke? 6-10,   Are you interested in quitting? Thinking about quitting,   Additional Findings: Tobacco User  Light cigarette smoker ((1-9 cigs/day).
Alcohol: Social.
Drug use: Never used illegal drugs.
Marital Status: Seperated.
Children: None.
Occupation: Semi-Retired: Nielson TV Rating.
Exercise: Regularly.
Caffeine: Coffee, 1-3 cups per day, Soda.

## Allergies
Soma: rash

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
_CONSTITUTIONAL_:
    no Fever.  no Chills.  no Weight Loss.  no Fatigue.

Patient: [REDACTED]   DOB: [REDACTED]   Progress Note: Clarissa Zafirov MD   01/03/2019
Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

CZ_DS004542

CARDIOLOGY:
    no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness.
DERMATOLOGY:
    no Rash.
GASTROENTEROLOGY:
    no Abdominal Pain. no Nausea. no Vomiting. no Diarrhea.
MUSCULOSKELETAL:
    no Joint Swelling. no Myalgias.
PSYCHOLOGY:
    no Depression. no Anxiety.
RESPIRATORY:
    no Shortness of Breath. no Persistent Cough. no Wheezing.
UROLOGY:
    no Dysuria. no Urinary Frequency.

## Vital Signs
Ht 64 in, Wt 183 lbs, BP 122/62 mm Hg, Pulse 72 /min, Resp 14 /min, O2 Sat 97, Temp 97.9 F, BMI 31.41 Index.

## Examination
General Examination:
    General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
    Skin No abnormal lesions, . No erythema or ecchymosis. Skin warm to the touch, clean, dry.
    HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.
    Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.
    Heart: S1S2 RRR, no signs of CHF, no edema.
    Lungs: Clear to auscultation A/P bilaterally,occasional rhonchi regular breathing rate and effort, good air exchange noted throughout.
    Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.
    Musculoskeletal No joint deformity, swelling, tenderness, pain.
    Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.
    Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.
GYN:
    Breasts: normal - no masses or tenderness or skin changes.

## Assessments
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Dyslipidemia - E78.5
3. Low vitamin D level - E55.9
4. Chronic airway obstruction, not elsewhere classified - J44.9
5. Age-related macular degeneration - H35.30
6. Diastolic congestive heart failure, unspecified chronicity - I50.30
7. Bilateral carotid artery disease - I77.9
8. Coronary artery disease involving native coronary artery of native heart without angina pectoris - I25.10

## Treatment
1. **Dyslipidemia**
    LAB: Vitamin B12 (Cobalamin) and Folate Panel, Serum
    LAB: CBC (INCLUDES DIFF/PLT)
    LAB: Lipid Panel (Q) (LC)
    LAB: Hemoglobin A1c
    LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (Q) (LC)
    LAB: Urinalysis, Complete, with Reflex to Culture (Q)
Notes: Will check basic labs today patient to continue with simvastatin 10 mg tablets daily.

2. **Low vitamin D level**

Patient: ▓▓▓▓▓▓▓     DOB: ▓▓▓▓▓▓     Progress Note: Clarissa Zafirov MD   01/03/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004543

LAB: Vitamin D, 25-Hydroxy, Total, Immunoassay
Notes: . Will recheck levels with labs previously, reported condition. Patient was scheduled to have a B12 injection but has no documented history of deficiency and no history of malabsorption. Oral B12 will be fin.

### 3. Chronic airway obstruction, not elsewhere classified
Notes: . Discussed smoking cessation. Patient 93% on room air today. We discussed possibilit of progression to oxygen if we do not have improvement.May try trilogy and exchange for Brio and Spiriva. Stable currently. Rinse mouth after inhaler use.

### 4. Age-related macular degeneration
Notes: . Patient to continue to follow-up with ophthalmolog.

### 5. Diastolic congestive heart failure, unspecified chronicity
Notes: . mild stage I asymptomatic. Patient will need repeat cardiac echo annuall.

### 6. Bilateral carotid artery disease
Notes: Reported condition by cardiology records. Will look for report.

### 7. Coronary artery disease involving native coronary artery of native heart without angina pectoris
Notes: Patient has reports in cardiology records of mild early stage coronary artery disease. Likely given smoking history. As a result, will benefit from continuation of statin as well as aspirin.

### Preventive Medicine
HEDIS: Mamma  June 19, 2018 RAVE. Fall Risk Assessment 8/7/18. echo 5/1/18 Carotid US 4/17/18. Colonoscopy 4/22/16 Dr. DeMusi. COA 12/12/18. DEXA 2/6/18 RAVE.
Immunizations: Pneumococcal 10/30/17. .... Influenza Advised, pt refused 11/12/18, .... Herpes Zooster Vaccination Declines 12/12/18.

### Procedure Codes
1158F ADVNC CARE PLAN TLK DOCD
1158F ADVNC CARE PLAN TLK DOCD
1159F MED LIST DOCD IN RCRD
1159F MED LIST DOCD IN RCRD
1160F RVW MEDS BY RX, DR, IN RCRD
1160F RVW MEDS BY RX, DR, IN RCRD
1170F FXNL STATUS ASSESSED
1170F FXNL STATUS ASSESSED
3288F FALL RISK ASSESSMENT DOCD
(G8401 BMI is documented within normal parameters and no follow-up plan is required)
1125F JOINT PAIN NOTED NONE PRSNT
3288F FALL RISK ASSESSMENT DOCD
1125F JOINT PAIN NOTED PAIN PRSNT
3725F SCREEN DEPRESSION PERFORMED

### Follow Up
3 Weeks (Reason: f/u labs)

CZ_DS004544

Summary View for ████████ | Account Number: ████          Page 5 of 5

Electronically signed by Clarissa Zafirov , MD on 01/03/2019 at 02:22 PM EST
Sign off status: Completed

**Addendum:**
      05/15/2019 09:42 AM Zafirov, Clarissa A > Ammendment to chart. No CHF. Should not be included in problem list

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient: ████████        DOB: ████████        Progress Note: Clarissa Zafirov MD   01/03/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004545

# EXHIBIT 8-O7



Star Check List DR. CLARISSA A ZAFIROV

edom VIP Saving COPD (HMO SNP) - PCP Effective Date: 03-2019

its in last 12 months:    PCP: 13        ER: 0        Specialists: 3        Hospital: 0

| 56% | 1.493 | 44% | 1.339 |

       

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 10 | 0 | 0 | Physician | |
| HCC138 - | | | | | | RA Factor |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | 3 | 1 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC088 | I20.8 | Other forms of angina pectoris | 04-02-2019 | 04-02-2019 | Physician |
| HCC108 | I77.9 | Disorder of arteries and arterioles, unspecified | 01-03-2019 | 01-03-2019 | Physician |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC124 | H35.32 | Exudative age-related macular degeneration | 01-14-2019 | 04-26-2019 | Other Provider |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

4 Amed request sent? Yes March

CZ_DS004546

# EXHIBIT 8-O8



Name / Sub ID / Medicare ID

Resources   Portals   Clarissa Zafirov

2018 5 Star Form - Old | 2019 5 Star Form | All Charts (7)

**- DR. CLARISSA A ZAFIROV**   **Active**

Freedom VIP Savings COPD (HMO SNP) - P00157151 - FRH

More...

| 10-2016 | 03-2019 | 02-2015 | F | 70 | 2.010 | 0 | 1 | 0 | 3 | NA | NA | Mar 13, 2019 | 16 \| 18 \| 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IPA Effective Date | PCP Effective Date | Plan Effective Date | Sex | Age | Risk Score | Projected Risk Score | Leftovers 2017 | Leftovers 2018 | Leftovers 2019 | Admits YTD | Admits LTD | PCP LOV | PCP Encounters 2017 \| 2018 \| 2019 |

| Activity | 2013 HCC | 2014 HCC | 2015 HCC | 2016 HCC | 2017 HCC | **2018 HCC** | 2019 HCC | Eligibility | ER & Hospital | Claims Map |
|---|---|---|---|---|---|---|---|---|---|---|
| Med List | Current RX | Lab data | **PCP Encounters & PCP Claims** | Phone call Log | ENS | | | | | |

## 2019

#### ZAFIROV, CLARISSA, A DR (2019-03-13)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I65.23 | Occlusion and stenosis of bilateral carotid arteries | | PCP Encounters |
| I34.0 | Nonrheumatic mitral (valve) insufficiency | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |

#### ZAFIROV, CLARISSA, A DR (2019-03-04)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| E55.9 | Vitamin D deficiency, unspecified | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |
| R73.03 | Prediabetes | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

#### PATEL, AKHIL (2019-01-03)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| E55.9 | Vitamin D deficiency, unspecified | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |

CZ_DS004547

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| H35.30 | Unspecified macular degeneration | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters |
| I77.9 | Disorder of arteries and arterioles, unspecified | HCC108 | PCP Encounters |
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-01-03)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | Progress Notes |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | Progress Notes |

## 2018

**PATEL, AKHIL (2018-11-12)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| L82.1 | Other seborrheic keratosis | | PCP Encounters |
| L81.4 | Other melanin hyperpigmentation | | PCP Encounters |
| D22.5 | Melanocytic nevi of trunk | | PCP Encounters |
| L57.8 | Other skin changes due to chronic exposure to nonionizing radiation | | PCP Encounters |
| F17.200 | Nicotine dependence, unspecified, uncomplicated | | PCP Encounters |
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| H35.30 | Unspecified macular degeneration | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters |
| D69.2 | Other nonthrombocytopenic purpura | HCC048 | PCP Encounters |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | | PCP Encounters |
| R53.83 | Other fatigue | | PCP Encounters |
| I77.9 | Disorder of arteries and arterioles, unspecified | HCC108 | PCP Encounters |
| E53.8 | Deficiency of other specified B group vitamins | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

**PATEL, AKHIL (2018-10-16)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| R53.83 | Other fatigue | | PCP Encounters |

**PATEL, AKHIL (2018-09-18)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| B37.0 | Candidal stomatitis | | PCP Encounters |
| Z68.30 | Body mass index (BMI) 30.0-30.9, adult | | PCP Encounters |

CZ_DS004548

# EXHIBIT 8-O9



VIP–VEN–LAP02

initial encounter for closed fracture

## 2019 Paid (4)

| HCC | HCC Description | ICD | ICD9 Description | # of times reported in service years | | | | | | | | Logic number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | |
| HCC085 | Congestive Heart Failure | I50.30 | Unspecified diastolic (congestive) heart failure | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| HCC108 | Vascular Disease | I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| HCC111 | Chronic Obstructive Pulmonary Disease | J44.9 | Chronic obstructive pulmonary disease, unspecified | 21 | 17 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| | | J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J43.9 | Emphysema, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 0 | |
| HCC124 | Exudative Macular Degeneration | H35.32 | Exudative age-related macular degeneration | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Provide feedback

# EXHIBIT 8-O10

# FREEDOM HEALTH

## PROSPECTIVE POSSIBLE CONDITION REPORT

Refreshed Date: 10/7/2019

| | |
|---|---|
| Plan Name: | Freedom VIP Savings COPD (HMO SNP) |
| Member Name: | |
| Gender: | |
| DOB: | |
| Member Phone | |

| | |
|---|---|
| Member ID: | |
| Provider Name: | ZAFIROV, CLARISSA, A |
| Provider ID: | P1045672 |
| EFF Date: | 02/01/2015 |
| Group Name: | FLORIDA MEDICAL ASSOCIATES LLC |

Status Filter: --SHOW ALL--

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Vertebral Fractures without Spinal Cord Injury | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/13/2018 | | UNADDRESSED |
| Modify | Chronic Kidney Disease, Moderate (Stage 3) | HCC submitted previously currently absent from patient clinical diagnoses | CMS | | | UNADDRESSED |
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 11/12/2018 | | UNADDRESSED |
| Modify | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/22/2018 | | UNADDRESSED |
| Modify | Angina Pectoris | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 05/08/2017 | | UNADDRESSED |
| Modify | Vascular Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |
| Modify | Congestive Heart Failure | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |
| Modify | Exudative Macular Degeneration | HCC submitted previously currently absent from patient clinical diagnoses | | 01/14/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | Member in Chronic SNP with PCP verified Diagnosis of COPD | PCP | 01/03/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |

« ‹ 1 ‹ »