UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiffs,

v.                                Case No.: 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.
_____/

**GOVERNMENT'S NOTICE OF CONSENT TO VOLUNTARY DISMISSAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that it consents to the relator's voluntarily dismissal of defendants Physician Partners Specialty Services, LLC; Sun Labs USA, Inc.; Anthem, Inc. and Siddhartha Pagidipati (Doc. #85), provided that any such dismissal is without prejudice to the United States.

                                            Respectfully submitted,

                                            **BRIAN M. BOYNTON**
                                            Acting Assistant Attorney General

                                            **KARIN HOPPMANN**
                                            Acting United States Attorney

                                            ANDY J. MAO
                                            PATRICIA L. HANOWER
                                            J. JENNIFER KOH
                                            Attorneys, Civil Division
                                            United States Department of Justice

Dated:  November 16, 2021        By:     *s/ Sean P. Keefe*
                                         SEAN P. KEEFE
                                         Assistant United States Attorney
                                         Florida Bar No. 0413828
                                         400 North Tampa Street, Suite 3200
                                         Tampa, FL 33602
                                         Telephone: (813) 274-6000
                                         Facsimile: (813) 274-6200
                                         E-mail: sean.keefe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

 */s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney

2