**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
*ex rel*. CLARISSA ZAFIROV;

        Plaintiff,

v.                        Case No.  8:19-cv-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC D/B/A VIPCARE; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; OPTIMUM
HEALTHCARE, INC.;

        Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Defendants Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPCare, and Anion Technologies, LLC (the "Provider Defendants") file this Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and in support state:

1.      Plaintiff/Relator Clarissa Zafirov ("Plaintiff") initially filed this *qui tam* action naming the Provider Defendants on May 20, 2019. Dkt. 1.

2.      On September 22, 2020, the Provider Defendants jointly filed a Motion to Dismiss. Dkt 50.

3. After being fully briefed on the issue, on September 28, 2021, the Court dismissed Plaintiff's complaint in its entirety, and the Court provided Plaintiff until October 22, 2021, to submit an amended complaint. Dkt. 81.

4. On October 7, 2021, Plaintiff filed her Unopposed Motion to Extend Time to File Amended Complaint. Dkt. 83. The Court granted Plaintiff's motion the following day, providing Plaintiff up to and through November 12, 2021 to submit an amended complaint. Dkt. 84. The Court also ordered for the Provider Defendants to respond to the amended complaint by December 17, 2021. *Id.*

5. Plaintiff filed her First Amended Complaint on November 12, 2021. Dkt. 86.

### ARGUMENT AND MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires."

Good cause exists to grant an extension of time for the Provider Defendants to submit a response to Plaintiff's First Amended Complaint. Attorneys A. Lee Bentley, III, Jason P. Mehta, and Giovanni P. Giarratana, who are named counsel for the Provider Defendants are presently preparing for a trial in a complex criminal matter that is set to begin on December 13, 2021. The trial is scheduled for three weeks.

Plaintiff's First Amended Complaint is comprised of three hundred and forty-six (346) paragraphs and nine (9) separate counts against the Provider Defendants. In

light of the impending trial, counsel for the Provider Defendants require additional time to adequately prepare a response to the First Amended Complaint.

For the foregoing reasons, an extension of time, up to and through January 14, 2022, to respond to the First Amended Complaint is requested.

This request is sought in good faith and is not for purposes of delay.

WHEREFORE, Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPCare, and Anion Technologies, LLC, respectfully request this Court enter an order providing them up to and through January 14, 2022 to submit a response to Plaintiff's First Amended Complaint and to provide any further relief it deems just and appropriate under the circumstances.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for Provider Defendants conferred with counsel for Plaintiff regarding this motion. Plaintiff does not oppose the relief sought in this motion.

Dated: November 23, 2021

Respectfully submitted,

*/s/ A. Lee Bentley, III*

A. Lee Bentley, III
Florida Bar No. 1002269
Jason P. Mehta
Florida Bar No. 106110
Giovanni P. Giarratana
Florida Bar No. 125848
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: jmehta@bradley.com
Primary E-mail: ggiarratana@bradley.com
Secondary E-Mail: dmills@bradley.com

*Counsel for Defendants Physician Partners, LLC,*
*Florida Medical Associates, LLC d/b/a VIPCare,*
*and Anion Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

*/s/ A. Lee Bentley, III*
OF COUNSEL

4

4868-3751-5011.1