UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>Defendants. | Case No. 8:19-cv-01236-SDM-SPF |

**UNOPPOSED MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, FOR EXTENSION OF TIME TO RESPOND TO RELATOR'S AMENDED COMPLAINT**

Defendants Freedom Health, Inc. ("Freedom"), and Optimum HealthCare, Inc. ("Optimum") (collectively, the "MA Defendants") submit this Unopposed Motion for Clarification or, in the Alternative, for Extension of Time to Respond to Relator's Amended Complaint, and in support state the following:

1.  On September 28, 2021, the Court dismissed Relator Dr. Clarissa Zafirov's ("Relator") initial complaint, and granted Relator until October 22, 2021 to submit an amended complaint. Doc. 81.

2.  On October 7, 2021, Relator moved for an extension of time to file the amended complaint. Doc. 83. The Court granted Relator's requested relief, directing Relator to file the amended complaint by November 12, 2021 and ordering all defendants to reply to Relator's amended complaint by December 17, 2021. Doc. 84.

3.  Relator filed her First Amended Complaint on November 12, 2021. Doc. 86.

-1-

-2-

4. Defendants Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPCare, and Anion Technologies, LLC (collectively, the "Provider Defendants") moved for an extension of time to respond to Relator's Amended Complaint on November 23, 2021. Doc. 88.

5. The Court granted Provider Defendants' motion on November 23, 2021. Doc. 89 ("Order"). The Order states the following: "By January 14, 2022, Defendants must respond to Plaintiff's Amended Complaint." *Id.* The Order does not indicate whether the new deadline applies to *all* Defendants (including MA Defendants) or only to the Provider Defendants who moved for relief.

## Argument and Memorandum of Law

MA Defendants first seek clarification of the Order. *See* Doc. 89. If the new deadline applies to *all* defendants (and not solely the Provider Defendants), then MA Defendants request no further relief beyond clarification of the existing Order.

If the Order did not alter the deadline for MA Defendants to respond to Relator's Amended Complaint, MA Defendants respectfully move in the alternative for an extension of the deadline to January 14, 2022. The Court may "for good cause" extend a filing deadline pursuant to a party's request. Fed. R. Civ. P. 6(b)(1)(A). Good cause exists to extend the deadline for MA Defendants in order to align the defendants' filing deadlines.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for MA Defendants conferred with counsel for Relator regarding this motion. Relator consents to the relief sought in this motion.

Dated: November 29, 2021

Respectfully submitted,

By: /s/ David J. Leviss

David J. Leviss (Trial Counsel)*
Benjamin D. Singer*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ David J. Leviss*

David J. Leviss (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice