# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-SDM-SPF<br><br>UNOPPOSED MOTION |

### DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT VIDEO EXHIBIT IN CONNECTION WITH MOTION TO DISMISS AMENDED COMPLAINT

Defendants Freedom Health, Inc. and Optimum HealthCare, Inc. (collectively, the "MA Defendants") move for leave to submit a video exhibit in connection with MA Defendants' forthcoming Motion to Dismiss Relator's Amended Complaint.

1. Relator filed her Amended Complaint on November 12, 2021. Doc. 86.

2. MA Defendants were ordered to respond to Relator's Amended Complaint by January 14, 2022. Doc. 89.

3. Relator's Amended Complaint references and purports to quote from a video from Defendant Physician Partners, LLC's "Five Star University video series." *See, e.g., id.* ¶¶ 185–87.

4. MA Defendants seek leave to submit the complete video referenced in Relator's Amended Complaint in connection with their forthcoming Motion to Dismiss Relator's Amended Complaint.

5. Local Rule 1.08(c) permits a party to file tangible exhibits in lieu of electronic paper filings with leave of Court.

6. MA Defendants thus move for leave to file a slip sheet identifying the video file via the ECF system in connection with MA Defendants' Motion to Dismiss Relator's Amended Complaint, and to submit a USB drive to the Court containing the video file within one business day of the filing of the Motion to Dismiss and other associated exhibits.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), MA Defendants' counsel conferred with Relator's counsel in a good-faith effort to resolve the issues raised in MA Defendants' Motion for Leave to Submit Video Exhibit in Connection with Motion to Dismiss Amended Complaint. Relator's counsel advised MA Defendants' counsel that Relator does not oppose the motion.

-3-

Dated:  December 27, 2021

Respectfully submitted,

By: /s/ *David J. Leviss*
　　David J. Leviss (Trial Counsel)*
　　Benjamin D. Singer*
　　O'MELVENY & MYERS LLP
　　1625 Eye Street NW
　　Washington, DC 20006
　　(202) 383-5300
　　(202) 383-5414 (fax)
　　dleviss@omm.com
　　bsinger@omm.com

　　David M. Deaton*
　　O'MELVENY & MYERS LLP
　　610 Newport Center Dr., 17th Floor
　　Newport Beach, CA 92660
　　(949) 823-6900
　　(949) 823-6994 (fax)
　　ddeaton@omm.com

　　Elizabeth M. Bock*
　　O'MELVENY & MYERS LLP
　　400 South Hope Street, 18th Floor
　　Los Angeles, CA 90071
　　(213) 430-6000
　　(213) 430-6407 (fax)
　　ebock@omm.com

　　Ginger Boyd
　　Fla. Bar No. 294550
　　NELSON MULLINS RILEY &
　　SCARBOROUGH LLP
　　215 South Monroe Street, Suite 400
　　Tallahassee, FL 32301
　　(850) 205-3356
　　(850) 521-1472 (fax)
　　Ginger.Boyd@nelsonmullins.com

　　*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

　　*\*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: /s/ *David J. Leviss*

David J. Leviss (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice*