UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV,   Case No. 8:19-CV-01236-KMM-SPF

    Relator and Plaintiff,

v.

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES, LLC,
d/b/a VIPCARE; et al.,

    Defendants.
_____/

### MOTION FOR WITHDRAWAL OF COUNSEL

Ryon M. McCabe, Havan M. Clark and the law firm of McCabe Rabin, P.A., pursuant to S.D. Fla. L. R. 11.1(d)(3)(A), hereby file this Motion for Withdrawal of Counsel ("Motion") and state:

1. Ryon M. McCabe, Havan M. Clark and the firm McCabe Rabin, P.A. serve as co-counsel for Relator Dr. Clarissa Zafirov along with Frederick M. Morgan, Jr., Jillian L. Estes, and the firm Morgan Verkamp, LLC as well as, Kenneth J. Nolan, Marcella Auerbach and the firm Nolan, Auerbach & White, LLP.

2. The undersigned is closing his law practice to become a United States Magistrate Judge and will no longer serve as counsel for Relator.

3. Frederick M. Morgan, Jr., Jillian L. Estes, and the firm Morgan Verkamp, LLC as well as, Kenneth J. Nolan, Marcella Auerbach and the firm Nolan, Auerbach & White, LLP will continue to serve as co-counsel for Relator.

4. The undersigned, therefore, requests that he, Havan M. Clark and the firm McCabe Rabin, P.A. be permitted to withdraw and that Ryon McCabe and Havan M. Clark be removed from the service list.

5. The undersigned has served notice of this requested withdrawal on Relator Dr. Clarissa Zafirov.

6. Realtor Dr. Clarissa Zafirov consents to the withdrawal.

**WHEREFORE**, the undersigned requests that this Court enter an Order granting the withdrawal of Ryon M. McCabe, Havan M. Clark and McCabe Rabin, P.A. as co-counsel for Relator.

### CERTIFICATE OF CONFERRAL

Undersigned counsel has conferred with counsel for the United States, Sean P. Keefe, as well as counsel for all Defendants who do not oppose the relief requested in the Motion.

    s/ Ryon M. McCabe
Ryon McCabe (Fla. Bar No. 0009075)
Havan M. Clark (Fla. Bar No. 1026390)
MCCABE RABIN, P.A.
1601 Forum Pl., Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
rmmcabe@mccaberabin.com
hclark@mccaberabin.com

Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
Jillian L. Estes (Fla. Bar No. 0055774)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com

        Kenneth J. Nolan (Fla. Bar No. 603406)
        Marcella Auerbach (Fla. Bar No. 249335)
        NOLAN, AUERBACH & WHITE, LLP
        435 N. Andrews Ave., Suite 401
        Fort Lauderdale, FL 33301
        Phone: (954) 779-3943
        ken@whistleblowerfirm.com
        marcellla@whistleblowerfirm.com
        **Counsel for Relator Dr. Clarissa Zafirov**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on December 30, 2021, to all parties of record via the CM/ECF electronic filing system.

        _s/ Ryon M. McCabe_
        Ryon McCabe (Fla. Bar No. 0009075)

3