## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF |

### DECLARATION OF DAVID LEVISS IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S MOTION TO DISMISS AMENDED COMPLAINT

In accordance with 28 U.S.C. § 1746, I, David Leviss, hereby declare and state as follows:

1. I am an attorney at O'Melveny & Myers LLP ("O'Melveny"). I am licensed to practice law in the District of Columbia and New York. I am over the age of 18, am capable of making this Declaration, know all of the facts of my own personal knowledge, and if called and sworn as a witness, could and would testify competently thereto.

2. I am counsel for Defendants Freedom Health, Inc. ("Freedom") and Optimum Healthcare, Inc. ("Optimum") (collectively, the "MA Defendants") in the above-captioned case. I submit this declaration in support of the MA Defendants' Motion to Dismiss Amended Complaint ("Mot.").

3. On November 12, 2021, Relator filed her Amended Complaint. Doc. 86 ("FAC"). The FAC references and purports to quote from a training video from Defendant Physician Partners, LLC's "Five Star University video series" featuring Freedom Medical Director Dr. Dennis Mihale, *id.* ¶¶ 185–87, and a "mailer" on the coding of alcohol-related conditions, *id.* ¶ 189.

4. On December 27, 2021, MA Defendants filed an unopposed motion for leave to submit the complete video referenced in the FAC in connection with their Motion to Dismiss Relator's Amended Complaint. Doc. 92.

5. On December 28, 2021, the Court granted MA Defendants' unopposed motion for leave to submit the complete video, directing MA Defendants to submit a USB drive to the clerk's office containing the full video no later than January 18, 2022. Doc. 93.

6. The MA Defendants received the video titled "Physician Partners – Bootcamp 2019" from Defendant Physician Partners, LLC ("PPL"), which I understand to be the video referenced in the FAC. I have accordingly submitted a USB drive containing a true and correct copy of the "Physician Partners – Bootcamp 2019" video file I received from PPL to the clerk's office; attached hereto is a slipsheet for the video marked as Exhibit A.

7. The MA Defendants have identified the "mailer" of a case study related to the coding of alcohol-related conditions in their custodial files. Exhibit B attached hereto is a true and correct copy of the mailer identified in the MA Defendants' custodial files.

8. Relator has mischaracterized the contents of Exhibits A and B, *see* FAC ¶¶ 185–89, to contend that the MA Defendants encouraged providers to engage in improper coding. As explained in MA Defendants' Motion to Dismiss, *see* Mot. at 19–20, a review of the entirety of Exhibits A and B confirms that the video and mailer educate providers on correct coding practices rather than encouraging any improper coding.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 14th day of January, 2022 in Washington, D.C.

By: */s/ David J. Leviss*
David J. Leviss

# EXHIBIT A

**DOCUMENT PROVIDED NATIVELY**

# EXHIBIT B



**MRM Department**
P.O. Box 151137, Tampa, FL 33684
**HEALTH WELLNESS PREVENTION INFORMATION**



# Coding Compliance

## Coding Compliance

▶ We have developed a number of Case Studies to review proper documentation and coding of common clinical situations.

▶ These cases illustrate opportunities which can help improve coding accuracy per CMS guidelines.

▶ Improved coding accuracy will help us to partner with you in providing the best of services to all our members, which is our ultimate goal.

▶ As always, we welcome your input on the value of these cases as well as any recommendations for future cases.

# CASE STUDY

## Alcohol Abuse vs Alcohol Dependence

**Patient's Name:** Jane Doe
**Date of Birth:** 08/01/1950
**Date of Encounter:** 02/02/2018

**S** 67 year old white female seen in the office today with complaints of fatigue, AM nausea, abdominal pain, loss of desire to participate in social activities x 1 month. Jane has been seen in the office 3x in the last year with the similar complaints. She reports missing work frequently. She has been advised to discontinue alcohol in the past, yet presents today with distinct smell of alcohol on her breath. Admits to 6-8 drinks per day.

**O** Vital Signs: BP- 130/85, Weight- 155, Temp- 98.6., Height- 5'4 and Respiratory Rate- 17. General: Skin; no jaundice, EENT; normal, Abd; tenderness RUQ, liver margins enlarged on palpation, Extremities: 1+ ankle edema.

**Labs:** LFT's Bilirubin 3mg/dl, Albumin 3.2 g/dl, ALT 85 U/L, AST 78 U/L, LD 320 U/L, Alk Phosp 200 U/L

**A** Alcohol Dependence, Abnormal LFT's, Nausea due to Alcoholic Liver Disease

**P** Abdominal U/S, Consult GI for possible liver biopsy. Check BMP, CBC, Counseling to avoid use of Tylenol. Counseled patient on the urgent need to discontinue alcohol. Referred to Case Management for referral to treatment program.

**MEDICATION LIST:** Lomotil

**Physician Signature:** Signed by Joe Smith, MD., 02/02/2018 *Joe Smith*

(Example CMS authenticated signature validation, never stamped, always sealed by password protection/EMR)

| ICD-10-CM Codes: Using the above documentation | Part C: HCC Weight |
|---|---|
| Alcohol Dependence, Uncomplicated (F10.20) | 0.383 (HCC 55) |
| Alcoholic Liver Damage Unspecified (K70.9) | 0.390 (HCC 28) |
|  | **Total: 0.773** |

**Below are Common errors in documenting Alcohol Dependence:**

| ICD-10-CM Codes: Incorrect Coding | Part C: HCC Weight |
|---|---|
| Alcohol Abuse Uncomplicated (F10.10) | 0 |
| Alcoholic Liver Damage (K70.9) | 0.390 (HCC 28) |
|  | **Total: 0.390** |

Pearls of Practice:

Coding principles require that the diagnosis must be clearly and specifically documented in the encounter record. This case study also illustrates the encounter format that is essential to pass the CMS validation audits, which include the following criteria:

- The encounter note includes patient name, DOB and date of encounter.
- The note should be legible with no abbreviations or symbols, such as up or down arrows.
- The note must be signed by the provider with full name and credentials in legible form.
- The note addresses all of the diagnoses used in the clinical decision making for the visit.
- A "SOAP" note format is used, as recommended.
    - o Subjective
    - o Objective
    - o Assessment
    - o Plan

## Substance Dependence

- ICD-10-CM classifies alcohol and drug dependence as use, abuse and dependence.
- History of alcohol and drug dependence no longer exists in the ICD code set. These conditions map to "in remission" codes.
- A Diagnosis of drug abuse or dependence should also specify the type of dependent drug, i.e. Opioid.
- Documentation should specify the severity level of substance use disorders to appropriately code to the highest degree of specificity.
- The Diagnostic and Statistical Manual of Mental Disorders (DSM-5) provides criteria for diagnosing all Substance Use Disorders classified by severity level as mild, moderate or severe depending on how many symptoms are identified. This allows providers to determine the accurate diagnosis and severity level using the terminology of Substance Use Disorder.
- ICD-10 classifies DSM Substance Use Disorders using different terminology of Substance Abuse and Dependence. In an effort for consistency between the two classifications, ICD-10 has added sub-terms under the Abuse and Dependence categories to include diagnoses of mild, moderate and severe Substance Use Disorders. The new ICD-10 code mapping for Substance Use Disorders is as follows:

| DSM-5 | | ICD-10 |
|---|---|---|
| **Mild** Substance Use Disorder | = | Alcohol or Drug **Abuse** |
| **Moderate** or **Severe** Substance Use Disorder | = | Alcohol or Drug **Dependence** |

For Example:   F10.10 Alcohol abuse, uncomplicated
Applies to: Alcohol use disorder, mild

F10.20 Alcohol dependence, uncomplicated
Applies to: Alcohol use disorder, moderate
Alcohol use disorder, severe

**\*\*NOTE: Do not confuse a DSM-5 diagnosis of Substance Use Disorder with ICD-10 codes for Substance Use. DSM-5 Substance Use Disorder mild, moderate and severe corresponds to ICD-10 codes for Drug and Alcohol Abuse or Dependence.**

- ICD-10 coding hierarchy:
    - If both use and abuse are documented, assign only the code for abuse
    - If both abuse and dependence are documented, assign only the code for dependence
    - If use, abuse and dependence are all documented, assign only the code for dependence
    - If both use and dependence are documented, assign only the code for dependence.

Thank you for using your time and efforts to help us offer the fantastic benefits that your patients enjoy.

**For any questions or concerns, please email**
RiskAdjustment@freedomh.com

**Freedom MRA Portal Link:**
https://apps.freedomhealth.com/Account/Login

**Optimum MRA Portal Link:**
https://apps.youroptimumhealthcare.com/Account/Login




CASE STUDY: Alcohol Abuse vs Alcohol Dependence

The reference material contained within or presented is designed to provide and communicate information concerning compliant documentation and coding within an educational format and manner in accordance with CMS guidelines. The Health Plan is not providing or offering legal advice, but rather practical useful information and tools to achieve compliant results in the area of documentation and coding. The reference material is not inclusive of all appropriate CMS guidelines but only illustrative of common issues. Providers are reminded to adhere to all CMS guidelines and regulations. A "SOAP" format is recommended when charting progress notes. Additionally, only confirmed diagnoses that are addressed during a face-to-face encounter may be abstracted into ICD format and submitted through normal c processing. Submission of unconfirmed diagnosis codes that are documented as suspected, possible, or rule out must be avoided. 7/23/2018 V2