UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>NOTICE |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "MA Defendants") submits the attached Certification of Compliance with Local Rule 3.01(g), *see* Attachment A, in support of its Motion to Dismiss Relator's Amended Complaint and Incorporated Memorandum of Law, which was timely filed on January 14, 2022, *see* Doc. 97 ("Motion to Dismiss").

The Local Rules of the Middle District of Florida are intended to advance "efficiency, consistency, convenience, and other interests of justice." L.R. 1.01(a). In furtherance of these stated goals, the Court should accept the attached Certification of Compliance with Local Rule 3.01(g) as timely, as it causes no prejudice to Relator Dr. Clarissa Zafirov or the Court, given there was no reasonable possibility of Relator consenting to MA Defendants' motion to dismiss and eliminating the need for the Court's intervention. *See, e.g.*, *Adventist Health*

*Sys./Sunbelt, INC v. Med. Sav. Ins. Co.*, 2005 U.S. Dist. LEXIS 60210, at *24 (M.D. Fla. Mar. 31, 2005) (though movant failed to comply with Rule 3.01(g) before the filing deadline, the court accepted belated Rule 3.01(g) certification); *cf. Rosa v. Wellington Acad., LLC*, 2016 WL 5373304, at *3 (M.D. Fla. Sept. 26, 2016) (noting that faithful compliance with Rule 3.01(g) could eliminate the need to file motion).

Dated:  January 18, 2022                        Respectfully submitted,

By: */s/ David J. Leviss*
David J. Leviss (Trial Counsel)*
Benjamin D. Singer*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550

NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*\*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I electronically filed the foregoing document and any attachments with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ David J. Leviss*

David J. Leviss (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice