# ATTACHMENT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 3.01(G)**

Pursuant to Local Rule 3.01(g), counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "MA Defendants") conferred with counsel for Relator via email regarding the relief requested in MA Defendants' Motion to Dismiss Relator's Amended Complaint and Incorporated Memorandum of Law (Doc. 97) on January 18, 2022. Relator does not agree to the dismissal of the Amended Complaint.

//

-2-

Dated:  January 18, 2022								Respectfully submitted,

By: */s/ David J. Leviss*
David J. Leviss (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice