UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*ex rel.* DR. CLARISSA ZAFIROV, )<br>    )<br>    Plaintiff and Relator, )<br>    )<br>v.   )<br>    )<br>FLORIDA MEDICAL ASSOCIATES, LLC, )<br>d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC, )<br>PHYSICIAN PARTNERS SPECIALITY )<br>SERVICES, LLC; SUN LABS USA, INC. )<br>ANION TECHNOLOGIES, LLC; ANTHEM, )<br>INC.; FREEDOM HEALTH, INC.; OPTIMUM )<br>HEALTHCARE, INC.; and SIDDHARTHA )<br>PAGIDIPATI, )<br>    )<br>    Defendants. )<br>_____ ) | CASE NO. 8:19-cv-01236-SDM-SPF |

**RELATOR'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND
TO DEFENDANTS' MOTIONS TO DISMISS**

Relator Dr. Clarissa Zafirov respectfully moves the Court to extend the deadline for Relator to file responses to: (1) the Defendants Freedom Health, Inc. and Optimum Health, Inc.'s ("the MA Defendants") motion to dismiss, Dkt. 97 and (2) Defendants Florida Medical Associates, LLC, Physician Partners, LLC, and Anion Technologies, LLC's ("the PO Defendants") amended motion to dismiss, Dkt. 98.

Relator initiated this action on May 20, 2019, by filing a sealed complaint pursuant to the *qui tam* provisions of the False Claims Act. 31 U.S.C. § 3730(b)(1). On November 12, 2021, Relator filed her First Amended Complaint. Dkt. 86. The MA Defendants filed a motion to dismiss Relator's First Amended Complaint on January 14, 2022, and the PO Defendants filed an amended

1

motion to dismiss on January 18, 2022. Pursuant to Local Rule 3.01(c), Relator's responses are presently due February 4 and February 8, respectively.

To properly respond to the number of issues addressed in Defendants' two separate briefs, and to align the response dates, Relator requests additional time to file its Responses in Opposition to Defendants' motions until February 22, 2022, which is two weeks from the latter of the two response deadlines. Defendants do not oppose this relief. Therefore, Relator respectfully requests that the deadline to respond to Defendants' motions to dismiss be extended to February 22, 2022.

Respectfully submitted this 20th day of January, 2022,

/s/ Jillian L. Estes
Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
Jillian L. Estes (Fla. Bar No. 0055774)
Jonathan Lischak (Ohio Bar No. 97669)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
rmorgan@morganverkamp.com
jillian.estes@morganverkamp.com
jonathan.lischak@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL  33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

***Counsel for Relator Dr. Clarissa Zafirov***

## CERTIFICATE OF CONFERENCE

I, Jillian Estes, hereby certify that I conferred with counsel for all Defendants as to the relief sought herein. Counsel for all Defendants confirmed by email on January 20, 2022, that they do not oppose this relief.

/s/ Jillian L. Estes
Jillian L. Estes

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing Notice was served on January 20, 2022, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes