# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | )<br>)<br>) |
| Plaintiff and Relator, | )<br>) |
| v. | ) NO. 8:19-cv-01236-KKM-SPF<br>) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; | ) The Honorable Kathryn K. Mizelle<br>)<br>) TIME SENSITIVE<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## RELATOR'S TIME-SENSITIVE MOTION TO EXTEND TIME TO FILE RESPONSES IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Currently pending before the Court are motions to dismiss filed by Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC (Dkt. 96) and Freedom Health, Inc. and Optimum Healthcare, Inc. (Dkt. 97). Per this Court's order dated Jan. 21, 2022, Relator's opposition briefs are currently due on February 22, 2022. Dkt. 102. Relator respectfully moves the Court to extend that deadline by 14 days to March 8, 2022, and based on the approaching deadlines, requests a ruling at the Court's earliest convenience.

Both of the pending motions to dismiss raise issues that directly involve the interests of the United States of America, including the integral role that diagnosis codes play in the Medicare Advantage program and the application of the public disclosure bar as grounds for dismissal. The United States, the real-party-in-interest in any *qui tam* case, has indicated to the undersigned Relator's counsel that the Government is considering submitting position papers to the Court on one or both of those issues. However, the Government is unlikely to have reached a conclusion and be in a position to do so by the current deadline for Relator's response brief.

If the United States does take a position on one or both of those issues, it will significantly impact the arguments and issues to be addressed in Relator's response briefs. Thus, to allow Relator the opportunity to submit briefs which most fully and accurately address the issues before the Court, and to improve judicial economy by avoiding the need for supplemental briefs, Relator seeks the brief extension to allow the Government time to conclude its evaluation process and submit its position papers, if it determines any to be appropriate.

Relator has conferred with counsel for the Defendants with respect to this motion. Defendants Freedom and Optimum do not oppose the relief sought herein. Relator's counsel spoke with counsel for the Provider Defendants by phone; they are in trial in New York and have been unable to connect with their clients on this motion.

Respectfully submitted this 18th day of February, 2022,

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)

Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com

**Counsel for Relator Dr. Clarissa Zafirov**

### CERTIFICATE OF CONFERENCE

I, Jillian Estes, hereby certify that I have conferred with counsel for Defendants. The MA Defendants do not oppose the relief sought herein. Counsel for the Provider Defendants are in trial in New York and have been unable to connect with their clients on this motion.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)

### CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on February 18, 2022, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)