UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KKM-SPF

**DECLARATION OF KIMYA SAIED IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**

In accordance with 28 U.S.C. § 1746, I, Kimya Saied, hereby declare and state as follows:

    1.    I am an attorney at O'Melveny & Myers LLP ("O'Melveny"). I am licensed to practice law in the District of Columbia and California. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and if called and sworn as a witness, could and would testify competently thereto.

    2.    I am counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. ("MA Defendants") in the above-captioned case. I submit this

declaration in support of MA Defendants' Motion for Leave to File a Reply in Support of Motion to Dismiss Amended Complaint.

3. Attached hereto is Exhibit A, a true and correct copy of email communications from February 17, 2022 from Relator's counsel, Jillian L. Estes, to counsel for defendants. Exhibit A concerns Relator's request for an extension of time to file Relator's Opposition to defendants' motions to dismiss.

4. Attached hereto is Exhibit B, a true and correct copy of email communications from February 18 to March 10, 2022 between the parties and counsel for the United States, Sean P. Keefe. Exhibit B concerns the government's request to file a statement of interest.

5. Relator filed her initial complaint under seal in May 2019. Docs. 1–3. After Relator's complaint was unsealed, Doc. 17, MA Defendants moved to dismiss Relator's first complaint, Doc. 41. MA Defendants' motion was based in part on the public disclosure bar. Doc. 41, at 20–23. The government did not oppose dismissal under the public disclosure bar at that time, nor did the government file any statement of interest in connection with MA Defendants' first motion to dismiss. The Court granted MA Defendants' motion to dismiss on September 28, 2021, relying in part on the public disclosure bar as well as other legal grounds, and permitted Relator leave to amend her complaint to attempt to remedy its deficiencies. Doc. 81, at 15–21, 23.

6. Relator filed her Amended Complaint on November 12, 2022. Doc. 86. On January 14, 2022, MA Defendants moved to dismiss Relator's Amended

Complaint. Doc. 97. MA Defendants' motion to dismiss again was based in part on the public disclosure bar. *Id.* at 20–24. After obtaining an initial extension from the Court, Relator was due to respond to MA Defendants' motion to dismiss on February 22, 2022. Doc. 102.

7. On February 17, 2022, counsel for Relator Jillian L. Estes emailed counsel for defendants about a forthcoming request to the Court for an additional 2-week extension to file her oppositions to defendants' motions to dismiss. Ex. A. Relator's counsel explained that she understood that the government was considering "(1) whether to exercise their right to veto a public disclosure dismissal and (2) whether to submit a statement of interest related to the Medicare Advantage claims process." *Id.* Relator further clarified that the government's decision to undertake either of these actions "would impact Relator's responses to the pending motions." *Id.* I notified Relator's counsel that MA Defendants did not oppose Relator's motion for extension.

8. On February 18, 2022, Relator moved to extend the deadline to oppose defendants' motions to dismiss. Doc. 103. In that motion, Relator noted that if the government were to "take a position on one or both of those issues, it will significantly impact the arguments and issues to be addressed in Relator's response briefs." *Id.* Relator further noted that an extension of time would "avoid[] the need for supplemental briefs" that Relator might have to file in order to "fully and accurately address the issues before the Court." *Id.* The Court granted Relator's request for an extension. Doc. 104.

3

9. Also on February 18, 2022, counsel for the United States Sean P. Keefe requested MA Defendants' position on a potential motion to seek leave of Court to file a statement of interest associated with the pending motions to dismiss. Ex. B. I notified counsel for the government that MA Defendants took no position on the government's request. *Id.*

10. On March 8, 2022, the United States filed a Notice of Opposition to Dismissal On the Basis of the Public Disclosure Bar. Doc. 105. That same day, March 8, 2022, Relator filed her Opposition to MA Defendants' Motion to Dismiss. Doc. 107. In that Opposition, Relator focused almost entirely on defendants' other arguments for dismissal with the following limited statement relevant to the Public Disclosure Bar: "The United States notified the Court on March 8, 2022, that it is exercising its authority to object to dismissal of Relator's case on public disclosure grounds. Dkt. 105. Accordingly, the public disclosure inquiry ends there, and the case cannot be dismissed on those grounds." *Id.* at 18.

11. To date, the government has not filed any statement of interest related to the matters discussed here. On March 10, 2022, I asked Sean P. Keefe, counsel for United States, whether the government still intends to file a request for leave to submit a statement of interest pertaining to those matters. Ex. B. On March 10, 2022, Mr. Keefe replied as follows: "[W]e are still discussing the matter internally and hope to arrive at a decision shortly." *Id.*

//

//

Executed this 15th day of March, 2022 in San Francisco, California.

By: */s/ Kimya Saied*
Kimya Saied
(Signed by David J. Leviss, with permission of Kimya Saied)

*/s/ David J. Leviss*
David J. Leviss

# **EXHIBIT A**

| | |
|---|---|
| **From:** | Jillian Estes <Jillian.Estes@morganverkamp.com> |
| **Sent:** | Thursday, February 17, 2022 1:21 PM |
| **To:** | Bentley, Lee; Jason Mehta; Saied, Kimya; Singer, Benjamin D.; Deaton, David; Hindman, Evan |
| **Cc:** | Rick Morgan; Traci Ann Smith |
| **Subject:** | [U.S. ex rel Zafirov v. Physician Partners et al] Request for 2-Week Extension |

[EXTERNAL MESSAGE]

Counsel,

I hope this finds you all well. I just spoke with counsel for the United States and I understand they are considering two issues related to the outstanding motions to dismiss: (1) whether to exercise their right to veto a public disclosure dismissal and (2) whether to submit a statement of interest related to the Medicare Advantage claims process. If they choose to do either one, it would impact Relator's responses to the pending motions. However, they are unlikely to make those decisions before Relator's briefs are due next Tuesday.

Thus, to allow the United States time to complete its evaluation so that Relator can submit appropriate briefs to the Court, Relator seeks your clients' consent for a brief 14-day extension, which would have Relator's responses to the pending motions to dismiss due on March 8, 2022.

Given the short notice, we'd like to file a motion with the Court tonight or tomorrow. Can you please let me know as soon as possible your clients' position? Please do not hesitate to give me a call at (864) 905-4429 if you have any questions.

Regards,

**Jillian L. Estes**
Senior Attorney
Morgan Verkamp, LLC
35 E. Seventh Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Direct: (513) 448-1251

THIS E-MAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication and/or Attorney Work Product and as such is privileged and confidential. If the reader of this message is not the intended recipient, you received this communication in error. Any review, dissemination, distribution, disclosure, copying or use of the contents of the message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply e-mail and/or telephone. After such notification, please erase the message completely from your computer system. Your assistance in correcting any error is appreciated.

# **EXHIBIT B**

| | |
|---|---|
| **From:** | Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov> |
| **Sent:** | Thursday, March 10, 2022 12:54 PM |
| **To:** | Saied, Kimya; Leviss, David J.; Bentley, Lee |
| **Cc:** | Mehta, Jason; Deaton, David; Koh, Jennifer (CIV); Bock, Elizabeth M.; Singer, Benjamin D. |
| **Subject:** | RE: U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al |

[EXTERNAL MESSAGE]

Kimya, we are still discussing the matter internally and hope to arrive at a decision shortly.

--Sean

**From:** Saied, Kimya <ksaied@omm.com>
**Sent:** Thursday, March 10, 2022 3:45 PM
**To:** Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Leviss, David J. <dleviss@omm.com>; Bentley, Lee <lbentley@bradley.com>
**Cc:** Mehta, Jason <jmehta@bradley.com>; Deaton, David <ddeaton@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Bock, Elizabeth M. <ebock@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al

Sean,

Does the government still intend to file a request for leave to submit a statement of interest on the issues disclosed in your email below? If so, could you please advise us of the government's intended timing?

Best regards,
Kimya

**O'Melveny**

**Kimya Saied**
Counsel
ksaied@omm.com
O: +1-415-984-8823

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Saied, Kimya
**Sent:** Wednesday, February 23, 2022 10:43 AM
**To:** 'Keefe, Sean (USAFLM)' <Sean.Keefe@usdoj.gov>; Leviss, David J. <dleviss@omm.com>; Bentley, Lee <lbentley@bradley.com>
**Cc:** Mehta, Jason <jmehta@bradley.com>; Deaton, David <ddeaton@omm.com>; Koh, Jennifer (CIV)

<Jennifer.Koh@usdoj.gov>; Bock, Elizabeth M. <ebock@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Subject:** RE: U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al

Sean,

The MA Defendants take no position on the government's request and defer to the Court.

Best regards,
Kimya

---

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Friday, February 18, 2022 11:03 AM
**To:** Leviss, David J. <dleviss@omm.com>; Bentley, Lee <lbentley@bradley.com>
**Cc:** Mehta, Jason <jmehta@bradley.com>; Deaton, David <ddeaton@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Bock, Elizabeth M. <ebock@omm.com>; Saied, Kimya <ksaied@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Subject:** RE: U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al

[EXTERNAL MESSAGE]

Thanks for the prompt reply, David.

The Statement of Interest would address the following assertions made in the Provider Defendants' Motion to Dismiss: (1) whether diagnosis codes are material to payments under the False Claims Act (*see* Doc. 96, p. 15 ("[R]aw diagnoses codes are meaningless for risk adjustment purposes.")); and (2) whether diagnosis codes directly impact the amount of capitated payments received by a managed care provider (*see Id.* at p. 17 ("[A]n incorrect diagnosis code itself does not lead to increased payment.")).

Thanks again for your consideration,
Sean

---

**From:** Leviss, David J. <dleviss@omm.com>
**Sent:** Friday, February 18, 2022 1:53 PM
**To:** Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Bentley, Lee <lbentley@bradley.com>
**Cc:** Mehta, Jason <jmehta@bradley.com>; Deaton, David <ddeaton@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Bock, Elizabeth M. <ebock@omm.com>; Saied, Kimya <ksaied@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Subject:** [EXTERNAL] RE: U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al

Greetings Sean-

Can you give us any specifics about the arguments and issues that the Government is contemplating addressing in a statement of interest? That would help us and our clients make a better-informed decision concerning your requested relief.

Best regards and a nice weekend to you as well,

Dave

# O'Melveny

**David J. Leviss**

(he, him, his)
dleviss@omm.com
O: 202-383-5282
M: 703-867-9583

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC  20006
Website | LinkedIn | vCard

*The American Lawyer*: Ranked #1 on the A-List, including #1 for Associate Satisfaction
*Vault*: Five straight years in the Top 3 for Best Law Firm to Work For, Overall Diversity, and Best Summer Associate Program

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Friday, February 18, 2022 1:37 PM
**To:** Leviss, David J. <dleviss@omm.com>; Bentley, Lee <lbentley@bradley.com>
**Cc:** Mehta, Jason <jmehta@bradley.com>; Deaton, David <ddeaton@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** U.S. ex rel Zafirov v. Florida Medical Associates, LLC, et al

[EXTERNAL MESSAGE]

David,

The United States is considering filing a statement of interest to respond to certain arguments raised in the Provider Defendants' Motions to Dismiss Relator's Amended Complaint (Doc. 96).   Under our local rules, we need to seek leave of court before filing an SOI and, therefore, must comply with our meet and confer requirements.  Lee Bentley (cc'd here) has already informed us the Provider Defendants oppose the motion, but please let us know whether the MA Defendants also oppose our requested relief.

Thank you in advance and I hope you enjoy your weekend.

Regards,

Sean P. Keefe
Assistant United States Attorney
Middle District of Florida, Civil Division
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Email: sean.keefe@usdoj.gov