UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States *ex rel.* Clarissa Zafirov,

    *Plaintiff/Relator*,

v.                                              CASE NO. 8:19-cv-01236-KMM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

    *Defendants*.
_____/

**PHYSICIAN PARTNERS, LLC, FLORIDA MEDICAL ASSOCIATES, LLC, AND ANION TECHNOLOGIES, LLC'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

    Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC (the "Provider Defendants") move for leave to file a reply in support of their motion to dismiss (Doc. 96) not to exceed five pages. The Provider Defendants offer the following in support of their motion.

    1.    A reply brief is needed to address Zafirov's mischaracterization of the Provider Defendants' argument that "raw diagnosis codes are meaningless for risk adjustment purposes." *See* Doc. 106, at 14–15. Zafirov plucks a single sentence out of context and ignores the regulatory backdrop supporting the Provider Defendants' argument that there is no proximate causation between the Provider Defendants'

diagnosis codes and the finalized risk adjustment data submitted by Freedom. The Provider Defendants should be allowed to respond to Zafirov's straw man argument.

2. A reply brief is also needed to address Zafirov's mischaracterization of the pleading standard for fraud in the Eleventh Circuit. For her argument that she has satisfied Rule 9(b), Zafirov heavily relies on an inapposite out-of-circuit district court case, *U.S. ex rel. Ormsby v. Sutter Health*, 444 F. Supp. 3d 1010 (N.D. Cal. 2020). The Provider Defendants should be allowed to respond to Zafirov's attempt to save her complaint by resorting to the wrong pleading standard.

WHEREFORE, the Provider Defendants ask the Court for leave to file a reply brief in support of their motion to dismiss not to exceed five pages.

### Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), counsel for the Provider Defendants conferred with counsel for Zafirov regarding this motion on March 14, 2022. Zafirov opposes the relief sought.

Respectfully submitted,

/s/ A. Lee Bentley, III
A. Lee Bentley III
Florida Bar No. 1002269
Jason P. Mehta
Florida Bar No. 106110
Kyle W. Robisch
Florida Bar No. 113089
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500

Page 2

Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: jmehta@bradley.com
Primary E-Mail: krobisch@bradley.com
Secondary E-Mail: dmills@bradley.com

Counsel for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, and Anion Technologies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2022, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

/s/ A. Lee Bentley, III

4855-4602-3958.1