UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff and Relator,

v.                                    Case No. 8:19-CV-01236-KMM-SPF

FLORIDA MEDICAL ASSOCIATES,
LLC, d/b/a VIPCARE; PHYSICIAN
PARTNERS, LLC; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.,

    Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Havan M. Clark of the law firm Rabin Kammerer Johnson, P.A., hereby appears as co-counsel for Plaintiff/Relator Dr. Clarissa Zafirov and requests service of all pleadings, motions, and other papers filed as follows:

> Havan M. Clark
> Primary E-Mail:   hclark@rkjlawgroup.com
> Secondary E-Mail: e-filing@rkjlawgroup.com
> Rabin Kammerer Johnson
> 1601 Forum Place, Suite 201
> West Palm Beach, Florida 33401
> Telephone: (561) 659-7878

1

Respectfully submitted,

/s/ Havan M. Clark_____
Havan M. Clark
Fla. Bar No. 1026390
Primary E-Mail:    hclark@rkjlawgroup.com
Secondary E-Mail: e-filing@rkjlawgroup.com
Rabin Kammerer Johnson
1601 Forum Place, Suite 201
West Palm Beach, Florida 33401
Telephone: (561) 659-7878

*Counsel for Relator Dr. Clarissa Zafirov*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served on March 23, 2022, to all parties of record via the CM/ECF electronic filing system.

/s/ Havan M. Clark_____
Havan M. Clark