UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff and Relator,

v.                                             Case No. 8:19-CV-01236-KMM-SPF

FLORIDA MEDICAL ASSOCIATES,
LLC, d/b/a VIPCARE; PHYSICIAN
PARTNERS, LLC; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.,

    Defendants.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

    Adam T. Rabin of the law firm Rabin Kammerer Johnson, P.A., hereby appears as co-counsel for Plaintiff/Relator Dr. Clarissa Zafirov and requests service of all pleadings, motions, and other papers filed as follows:

                Adam T. Rabin
                Primary E-Mail:   arabin@rkjlawgroup.com
                Secondary E-Mail: e-filing@rkjlawgroup.com
                Rabin Kammerer Johnson
                1601 Forum Place, Suite 201
                West Palm Beach, Florida 33401
                Telephone: (561) 659-7878

        Respectfully submitted,

        /s/ Adam T. Rabin_____
        Adam T. Rabin
        Fla. Bar No. 985635
        Primary E-Mail:   arabin@rkjlawgroup.com
        Secondary E-Mail: e-filing@rkjlawgroup.com
        Rabin Kammerer Johnson
        1601 Forum Place, Suite 201
        West Palm Beach, Florida 33401
        Telephone: (561) 659-7878

        *Counsel for Relator Dr. Clarissa Zafirov*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was served on March 23, 2022, to all parties of record via the CM/ECF electronic filing system.

        /s/ Adam T. Rabin_____
        Adam T. Rabin