**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>UNOPPOSED MOTION |

**DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S UNOPPOSED MOTION FOR DAVID J. LEVISS TO WITHDRAW AS COUNSEL**

Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "MA Defendants") request that the Court enter an Order permitting David J. Leviss to withdraw as counsel for MA Defendants, and directing the Clerk of Court to remove Mr. Leviss from the service list in this matter. Effective June 9, 2022, Mr. Leviss has left the law firm of O'Melveny & Myers, LLP, and will no longer be assisting the other attorneys of record in this matter on behalf of MA Defendants.

The following attorneys will remain as counsel for MA Defendants:

- Benjamin D. Singer of O'Melveny & Myers, LLP
- David M. Deaton of O'Melveny & Myers, LLP
- Elizabeth M. Bock of O'Melveny & Myers, LLP
- Ginger Boyd, of Nelson Mullins Riley & Scarborough, LLP

Dated: June 10, 2022

Respectfully submitted,

By: /s/ Benjamin D. Singer

Benjamin D. Singer (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

* admitted pro hac vice

-3-

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for MA Defendants conferred with counsel for Relator regarding the relief sought in this Motion.  Relator does not oppose the relief sought in this Motion.

By: /s/ Benjamin D. Singer

Benjamin D. Singer (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2022, I electronically filed the foregoing document and any attachment with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By:  /s/ Benjamin D. Singer

Benjamin D. Singer (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice