# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>UNOPPOSED MOTION |

## DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S UNOPPOSED MOTION FOR DAVID J. LEVISS TO WITHDRAW AS COUNSEL

Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "MA Defendants") request that the Court enter an Order permitting undersigned counsel, David J. Leviss, to withdraw as counsel for MA Defendants, and directing the Clerk of Court to remove Mr. Leviss from the service list in this matter. Effective June 9, 2022, Mr. Leviss has left the law firm of O'Melveny & Myers, LLP, and will no longer be assisting the other attorneys of record in this matter on behalf of MA Defendants. MA Defendants have consented to Mr. Leviss's withdrawal from the case, *see* Local Rule 2.01(c)(1)(B)(i), and Mr. Leviss's withdrawal will not lead to any

person proceeding pro se, *id.* 2.01(c)(1)(B)(ii). The following attorneys will remain as counsel for MA Defendants:

- Benjamin D. Singer of O'Melveny & Myers, LLP
- David M. Deaton of O'Melveny & Myers, LLP
- Elizabeth M. Bock of O'Melveny & Myers, LLP
- Ginger Boyd, of Nelson Mullins Riley & Scarborough, LLP

Due to Mr. Leviss's anticipated withdrawal from this action, MA Defendants also inform the Court that Benjamin D. Singer will henceforth take Mr. Leviss's place as "lead counsel" in this case. *See* L.R. 2.02(a).

Dated: June 21, 2022

Respectfully submitted,

By: */s/ David J. Leviss*

David J. Leviss
Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*\* admitted pro hac vice*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for MA Defendants conferred with counsel for Relator regarding the relief sought in this Motion. Relator does not oppose the relief sought in this Motion.

By: /s/ *David J. Leviss*

David J. Leviss
Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ David J. Leviss*

David J. Leviss
Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
dleviss@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice