# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>UNOPPOSED MOTION |

## DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO ANSWER AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "MA Defendants") request a four-week extension to answer Relator Dr. Clarissa Zafirov's ("Relator") Amended Complaint. Relator does not oppose the request. There exists good cause for the Court to grant a four-week extension, which would result in a new deadline of October 24, 2022 for MA Defendants to answer the Amended Complaint. In support of this Motion, MA Defendants state the following:

1. On June 11, 2021, this Court stayed discovery in the action pending a decision on the defendants' motions to dismiss Relator's initial complaint. Doc. 80.

2. On September 28, 2021, this Court granted the defendants' motions to dismiss Relator's initial complaint with leave to amend. Doc. 81.

3. On November 12, 2022, Relator filed her Amended Complaint. Doc. 86. The Amended Complaint consists of 134 pages and over 346 paragraphs of allegations, and incorporates eight exhibits comprising an additional 145 pages.

4. Following extensive briefing on the defendants' motions to dismiss Relator's Amended Complaint, this Court denied the defendants' motions to dismiss on September 12, 2022. Doc. 124. Discovery in the action had been stayed through the date of the Court's order denying the defendants' motions to dismiss. MA Defendants have not yet submitted an Answer to either operative complaint that has been filed in this action in light of the motion to dismiss briefing.

5. MA Defendants' Answer to Relator's Amended Complaint is currently due on September 26, 2022. Fed. R. Civ. P. 12(a)(4).

6. A four-week extension will enable MA Defendants to adequately analyze and answer Relator's Amended Complaint. The requested extension will not prejudice any party, and Relator does not oppose the requested extension.

-3-

Accordingly, MA Defendants request a four-week extension of their deadline submit an Answer to Relator's Amended Complaint, which would make MA Defendants' Answer due on October 24, 2022.

//

//

//

//

//

//

//

//

//

//

//

//

Dated: September 16, 2022

Respectfully submitted,

By: /s/ *Benjamin D. Singer*

Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

\* admitted pro hac vice

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for MA Defendants conferred with counsel for Relator regarding the relief sought in this Motion. Relator does not oppose the relief sought in this Motion.

By: /s/ Benjamin D. Singer

Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 I Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ Benjamin D. Singer*

Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice