UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America
*ex rel.* Dr. Clarissa Zafirov,

      Plaintiff/Relator,

v.                                               CASE NO. 8:19-cv-01236-KKM-SPF


Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

      Defendants.

_____/

**UNOPPOSED MOTION BY PROVIDER DEFENDANTS FOR EXTENSION
OF DEADLINE TO ANSWER AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) Defendants Physician

Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC (the

"Provider Defendants") request a four-week extension to answer Relator Dr. Clarissa

Zafirov's ("Relator") Amended Complaint. Relator does not oppose the request. As

more fully stated below, good cause exists for the Court to grant a four-week extension,

which would result in a new deadline of October 24, 2022 for Provider Defendants to

answer the Amended Complaint. In support of this Motion, Provider Defendants state

the following:

1.      On June 11, 2021, this Court stayed discovery in the action pending a decision on the defendants' motions to dismiss Relator's initial complaint. Doc. 80.

2.      On September 28, 2021, this Court granted the defendants' motions to dismiss Relator's initial complaint with leave to amend. Doc. 81.

3.      On November 12, 2021, Relator filed her Amended Complaint. Doc. 86. The Amended Complaint consists of 134 pages and over 346 paragraphs of allegations, and incorporates eight exhibits comprising an additional 145 pages.

4.      In response, defendants filed their motions to dismiss Relator's Amended Complaint. Docs. 96–99.

5.      Following extensive briefing on the defendants' motions to dismiss Relator's Amended Complaint, this Court denied the defendants' motions to dismiss on September 12, 2022. Doc. 124.

6.      On September 16, 2022, co-defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (the "MA Defendants") filed their Unopposed Motion for Extension of Deadline to Answer the Amended Complaint. Doc. 125. That same day, this Court granted the MA Defendants' motion, giving them up to and through October 24, 2022 to answer Relator's Amended Complaint. Doc. 126.

7.      Provider Defendants' Answer to Relator's Amended Complaint is currently due on September 26, 2022. Fed. R. Civ. P. 12(a)(4). Provider Defendants request a four-week extension to answer.

8.     A four-week extension will not only enable Provider Defendants to adequately analyze and answer Relator's Amended Complaint, but it will also comport with the MA Defendants' extended deadline to answer.

9.     The requested extension is not meant to cause undue delay and will not prejudice any party. Relator does not oppose the requested extension. For these reasons, good cause is shown, and the Provider Defendants request this Court grant the extension requested.

WHEREFORE, the Provider Defendants request this Court enter an order granting it a four-week extension, up to and through October 24, 2022, to submit an Answer to Relator's Amended Complaint and provide any further relief it deems just and proper.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for Provider Defendants conferred with counsel for Relator regarding the relief sought in this Motion. Relator does not oppose the relief sought in this Motion.

Dated: September 18, 2022.

Respectfully submitted,


/s/ *Jason P. Mehta*
A. Lee Bentley III
Florida Bar No. 1002269
Jason P. Mehta
Florida Bar No. 106110
Kyle W. Robisch
Florida Bar No. 113089
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: jmehta@bradley.com
Primary E-Mail: krobisch@bradley.com
Secondary E-Mail:  dmills@bradley.com

Counsel for Defendants Florida Medical
Associates, LLC, Physician Partners, LLC,
and Anion Technologies, LLC


## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2022, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.


/s/ *Jason P. Mehta*
Attorney for Provider Defendants

4