UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KKM-SPF

**DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Defendants Freedom Health, Inc. ("Freedom") and Optimum Healthcare, Inc. ("Optimum") (collectively, "MA Defendants") make this disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. MA Defendants state that Freedom and Optimum are subsidiaries of Elevance Health, Inc. ("Elevance Health"), which is their ultimate parent corporation, and that no publicly held corporation other than Elevance Health owns 10% or more of their stock. MA Defendants previously disclosed that Freedom and Optimum were subsidiaries of former defendant Anthem, Inc. ("Anthem"), but Anthem has since changed its name to Elevance Health, Inc., prompting this amended disclosure.

No other non-party entity, other than those disclosed, (1) has or might have an interest in the outcome of this litigation, (2) has publicly traded shares or debt potentially affected by the outcome, (3) is likely to actively participate in this litigation, or (4) is arguably eligible for restitution.

Counsel on behalf of MA Defendants hereby certifies that, except as disclosed, counsel is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and counsel will immediately notify the judge in writing within fourteen days after counsel learns of such a conflict.

Dated:  October 24, 2022

Respectfully submitted,

By: /s/ Benjamin D. Singer

    Benjamin D. Singer (Lead Counsel)*
    O'MELVENY & MYERS LLP
    1625 Eye Street NW
    Washington, DC 20006
    (202) 383-5300
    (202) 383-5414 (fax)
    bsinger@omm.com

    David M. Deaton*
    O'MELVENY & MYERS LLP
    610 Newport Center Dr., 17th Floor
    Newport Beach, CA 92660
    (949) 823-6900
    (949) 823-6994 (fax)
    ddeaton@omm.com

    Elizabeth M. Bock*
    O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    (213) 430-6407 (fax)
    ebock@omm.com

    Ginger Boyd
    Fla. Bar No. 294550
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    215 South Monroe Street, Suite 400
    Tallahassee, FL 32301
    (850) 205-3356
    (850) 521-1472 (fax)
    Ginger.Boyd@nelsonmullins.com

    *Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

    * admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic service to all counsel of record.

By: /s/ *Benjamin D. Singer*

Benjamin D. Singer (Lead Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

*Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.*

*admitted pro hac vice