UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

## NOTICE OF APPEARANCE

Natalie Hirt Adams, of the law firm of Foley & Lardner LLP hereby appears as Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC, and requests that copies of any and all papers, pleadings, hearing notices, motions and all other documents in regard to this case be furnished upon the undersigned using the following email addresses:

    Primary email: nhadams@foley.com

    Secondary email: dmills@foley.com

Dated: December 9, 2022.

        Respectfully submitted,

        */s/     Natalie Hirt Adams*
        Natalie Hirt Adams
        Fl. Bar No. 1030877
        Foley & Lardner LLP
        100 N. Tampa Street, Suite 2700
        Tampa, FL 33602
        Telephone:  (813) 225-5422
        Facsimile:  (813) 221-4210
        Primary email: nhadams@foley.com
        Secondary email: dmills@foley.com
        Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2022, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

        */s/ Natalie Hirt Adams*
        Natalie Hirt Adams