UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

## MEDIATION NOTICE

Pursuant to this Court's Case Management and Scheduling Order (Dkt. 133), the Parties jointly notify the Court that a mediation has been scheduled. The information requested in the Case Management and Scheduling Order is as follows:

(A)     The Parties have selected the following mediator:

    Stephen D. Altman
    Altman Dispute Resolution
    1701 Pennsylvania Avenue NW, Suite 200
    Washington, DC 20006
    (202) 349-1447

(B)     The mediation is scheduled for January 22, 2024. It will be held remotely or in-person in Tampa, FL, depending on the circumstances at the time of the mediation.

(C)     Mr. Altman is not listed on Middle District of Florida's online list of

certified mediators. Therefore, pursuant to the Court's order, the Parties provide the following explanation of the selected mediator's certification: Mr. Altman has been a member of the National Academy of Distinguished Mediators since 2017. Membership in the Academy requires, among other conditions, that an individual (1) have been in mediation practice for at least 5 years, (2) have mediated at least 200 private civil disputes, and (3) receive remuneration for their alternative-dispute resolution practice at least 60 days annually. *See* Membership Requirements, The National Academy of Distinguished Neutrals, https://www.nadn.org/membership (last visited Jan. 26, 2023). Additionally, Mr. Altman has mediated more than 1,500 cases and is a well-known mediator for False Claims Act matters. Mr. Altman's *curriculum vitae* is attached hereto as Exhibit A and additional information can be found on his website: http://stephenaltman.com.

Respectfully submitted this 30th day of January, 2023,

/s/ Jillian L. Estes

Frederick M. Morgan, Jr. (OH 0027687)
Jennifer M. Verkamp (OH 0067198)
Jillian L. Estes (FL 0055774)
Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: rmorgan@morganverkamp.com

jverkamp@morganverkamp.com
jillian.estes@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL   33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*


*/s/ Elizabeth M. Bock\*\**
Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Benjamin D. Singer (Trial Counsel)*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

David M. Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Dr., 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

Counsel for Defendants Freedom Health, Inc. and Optimum HealthCare, Inc.

* *admitted pro hac vice*
** *signed with counsel's permission*


/s/ A. Lee Bentley, III**
A. Lee Bentley, III
Florida Bar No. 1002269
Kyle W. Robisch
Florida Bar No. 113089
Bradley Arant Boult Cummings LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
Facsimile: (813) 229-5946
Primary E-mail: lbentley@bradley.com
Primary E-mail: krobisch@bradley.com
Secondary E-mail: dmills@bradley.com

Counsel for Defendants Florida Medical Associates, LLC, dba VIPCARE, Physician Partners, LLC, and Anion Technologies,

LLC

*\*\* signed with counsel's permission*

<u>/s/ Jason P. Mehta\*\*</u>
Jason P. Mehta
Florida Bar No. 106110
Primary E-mail: jmehta@foley.com
Secondary E-mail: dmills@foley.com
Natalie Hirt Adams
Florida Bar No. 1030877
Primary E-mail: nhadams@foley.com
Secondary E-mail: dmills@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Tel: (813) 229-2300
Facsimile: (813) 221-4210

Counsel for Defendants Florida Medical Associates, LLC, dba VIPCARE, and Physician Partners, LLC, and Anion Technologies, LLC

*\*\* signed with counsel's permission*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic service to all counsel of record.

*/s/ Jillian L. Estes*
Jillian L. Estes (Fla. Bar No. 0055774)
MORGAN VERKAMP LLC
4410 Carver Woods Drive, Suite 200
Cincinnati, OH 45242
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com

*Counsel for Relator Clarissa Zafirov*
