# **EXHIBIT A**

**STEPHEN D. ALTMAN**   1701 Pennsylvania Ave. NW, Suite 200, Washington, DC 20006 • Telephone 202. 349.1447

---

**PROFESSIONAL EXPERIENCE**

**Private Practice**
2004 – Present

Principal – Altman Dispute Resolution Services - Provides dispute resolution services, consulting services, False Claims Act advice, and training to government, commercial, non-profit, and individual clients.   Provides training and consultations for negotiations.

**Mediator**
1990 – Present

Mediates a diverse range of civil disputes as a mediator for the U.S. Court of Appeals for DC, and for the Superior Court of DC; assists in the selection, training, and review of program mediators for DC Superior Court Program.  Has mediated over 1500 matters.

**Adjunct Professor**
1999 – Present
Georgetown University Law Center

The 2013 Charles Fahy Distinguished Adjunct Professor - Teaches course in negotiations using interactive exercises to build skills and conceptual understanding
- From 1996 to 2010, served as an advisor to Georgetown Law Center ADR Society and as a coach in Negotiation Competition, helping student teams place first in regional, national, and international contests

**Assistant Director, Commercial Litigation**
1983 – 2003
US Department of Justice, Civil Division

Responsible for directing litigation and resolving major federal-corporate conflicts over issues such as procurement, subsidies, loans, contracts, and fraud
- Oversaw 30-40 cases annually, representing over half a billion dollars in dispute, across diverse areas, including housing, defense, transportation, agriculture, and education
- Designed and conducted training in negotiations, ADR, parallel proceedings, and fraud issues; active in over 50 training programs nationwide sponsored by DOJ, US Attorney's Office, US Army, US Postal Service, FEMA, ABA, and the DC Bar, among others
- Co-authored DOJ Civil Division's ADR Policy, and served as resource for ADR information
- Supervised the work of 25 to 30 lawyers, participating directly as needed; managed support staff of 18 paralegals, auditors, investigators, and interns

---

**EDUCATION**   JD, Syracuse College of Law 11973 • BA, Duke University 1970

---

**COMMUNITY AND BOARD EXPERIENCE**

**Northwest Neighbors Village**
- President of non-profit that assists seniors in maintaining a healthy life while staying in their homes

**Adas Israel Synagogue**
1983 – 2005
- Former Vice-president and Executive Committee member. Led various Board efforts including fundraising, resolving personnel contract disputes, reorganizing the school program, and designing and implementing leadership development training programs

**District of Columbia Jewish Community Center**
President Emeritus
- Board President (1989-91) - led organization through major expansion: planning, and implementing $13M fundraising campaign; negotiating purchase of historic building from the District of Columbia; and planning for expanded services.
 .

**Everybody Wins**
2002 to 2015
- .Volunteer tutor 2000 - 20015
 .

**MILITARY SERVICE**            Formerly Captain US Air Force Reserves
.