# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KMM-SPF

## NOTICE OF APPEARANCE

Jessica E. Joseph, of the law firm of Foley & Lardner LLP hereby appears as Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC, and requests that copies of any and all papers, pleadings, hearing notices, motions and all other documents in regard to this case be furnished upon the undersigned using the following email addresses:

    Primary email: jjoseph@foley.com

    Secondary email: sgately@foley.com

Dated: March 20, 2023.

                                                        Respectfully submitted,

                                                        */s/     Jessica E. Joseph*
Jessica E. Joseph
Fl. Bar No. 99483
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Telephone:  (617) 226-3196
Facsimile:  (617) 342-4001
Primary email: jjoseph@foley.com
Secondary email: sgately@foley.com
Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

                                                           */s/ Jessica E. Joseph*
                                                           Jessica E. Joseph