UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States *ex rel.* Clarissa Zafirov,,

    *Plaintiff/Relator*,

v.

Physician Partners, LLC; Florida Medical Association, LLC d/b/a VIPcare; Anion Technologies, LLC; Freedom Health, Inc.; and Optimum Healthcare, Inc.,

    *Defendants*.

Case No: 8:19-cv-01236-KMM-SPF

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Parth Y. Patel moves for special admission to represent Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC in this action. In support of this motion, the movant states as follows:

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Northern District of Illinois.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any case in any state or federal court in Florida in the las thirty-six months.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof

who so multiplies the proceedings in any case unreasonably and veraciously may be required by the court to satisfy personally the excess costs, expenses, and attorney's fees reasonably incurred because of such conduct."

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, the undersigned respectfully requests this Court to enter an Order admitting Parth Y. Patel to practice before this Court for the limited purpose of representing the Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC in this action.

/s/ Parth Y. Patel
Parth Y. Patel
FOLEY & LARDNER LLP
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
312-832-5114
ppatel@foley.com

*Counsel for Defendants Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party consents to my special admission.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2023, I filled the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.