**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff and Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; <br><br> Defendants. | NO. 8:19-cv-01236-KKM-SPF |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AND INCORPORATED MEMORANDUM OF LAW**

Relator Dr. Clarissa Zafirov ("Relator") and Defendants Florida Medical Associates LLC d/b/a VIPcare, Physician Partners, LLC, Anion Technologies, LLC, Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively "Defendants," and together with Relator, the "Parties"), by and through their respective counsel, jointly submit this Motion for Entry of a Stipulated Protective Order and incorporated memorandum of law under Federal Rule of Civil Procedure 26(c). The Parties anticipate that documents containing trade secrets, confidential business information, and protected health information will be produced in this litigation. Additionally, the Parties agreed to limit waiver under Federal Rule of Evidence 502. Because the

Parties recognize that such information requires protection and a limit on waiver is only binding if ordered by the Court, they have negotiated the proposed Stipulated Protective Order. The proposed Stipulated Protective Order specifies the conditions under which trade secrets, confidential business information, and protected health information in possession of the Parties may be exchanged, used, and protected in this litigation and limits waiver under Federal Rule of Evidence 502. Accordingly, good cause exists to enter this proposed Stipulated Protective Order under Rule 26(c) of the Federal Rules of Civil Procedure and is necessary in order for the parties to timely proceed with discovery.

**WHEREFORE**, the Parties respectfully request that the Court approve and enter the Stipulated Protective Order together with any other relief this Court deems just and proper.

## MEMORANDUM OF LAW

The Eleventh Circuit permits district courts to "issue umbrella protective orders to expedite the flow of discovery material and to protect the confidentiality of documents." *United States v. Genoa Healthcare Consulting, LLC,* 2013 WL 12427104, at *1 (M.D. Fla. Apr. 11, 2013), citing *McCarthy v. Barnett Bank of Polk County*, 876 F.2d 89, 91 (11th Cir. 1989); *In re Alexander Grant & Co. Litig.*, 820 F.2d 352, 356 (11th Cir. 1987) ("[A] district court may regulate access to [confidential and sensitive materials] by issuing a protective order pursuant to Rule 26(c).").

Discovery and trial in this case may involve documents and materials related to financial and/or commercially sensitive data such as trade secrets, pricing proposals

or projections, financial projections or modeling, profit figures, bid information, or similar categories of information.  As this Court has previously held, Rule 26(c) of the Federal Rules of Civil Procedure allows for the protection of "confidential research, development, or commercial information" and such proprietary information can provide "good cause [] to enter an umbrella protective order."  *McHale v. Crown Equip. Corp.*, 2020 WL 9172021, at *1 (M.D. Fla. Apr. 22, 2020) (Flynn, J.).

In addition to this confidential information, discovery and trial in this case will necessarily involve documents and materials containing hospital admission forms, medical test forms, claims data, claims forms, or other documents that contain patient health information protected under the Health Information Portability and Accountability Act ("HIPAA"), the Health Information Technology for Economic and Clinical Health Act of 2009, and regulations adopted thereunder by the U.S. Department of Health and Human Services, 45 C.F.R. Parts 160, 162, and 164.

Finally, the Parties in this case drafted the Stipulated Protective Order in part to limit waiver under Federal Rule 502.  But "[a]n agreement among the parties in a case to limit waiver under Rule 502 is binding only if incorporated in a court order under Rule 502(d)."  Middle District Discovery (2021) at Section VI.C.

Accordingly, good cause exists for the entry of the Stipulated Protective Order, and its entry will "expedite the flow of discovery material and [] protect the confidentiality of documents." *Genoa Healthcare Consulting, LLC,* 2013 WL 12427104, at *1.

Respectfully submitted this 28th day of June, 2023,

3

Dated: June 28, 2023

By: __/s/ *Jillian L. Estes*__

Frederick M. Morgan, Jr. (OH Bar No. 0027687)
Jennifer M. Verkamp (OH Bar No. 0067198)
Jillian L. Estes (FL Bar No. 0055774)
MORGAN VERKAMP LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, OH 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: rmorgan@morganverkamp.com
jverkamp@morganverkamp.com
jillian.estes@morganverkamp.com

Kenneth J. Nolan (FL Bar No. 603406)
Marcella Auerbach (FL Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Adam T. Rabin (FL Bar No. 985635)
Havan M. Clark (FL Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

Dated: June 28, 2023

By: __/s/ *Benjamin D. Singer*__

Benjamin D. Singer
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com

David Deaton*
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
(949) 823-6900
(949) 823-6994 (fax)
ddeaton@omm.com

Elizabeth M. Bock*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc.; and Optimum HealthCare, Inc*

4

Dated: June 28, 2023

By: __/s/ Jason Mehta_____
Jason Mehta (FBN: 106110)
Primary Email: jmehta@foley.com
Secondary Email: dmills@foley.com
Natalie Hirt Adams (FBN: 1030877)
Primary Email: nhadams@foley.com
Secondary Email: dmills@foley.com
**Foley & Lardner LLP**
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

*Attorneys for Defendants Florida Medical Associates, LLC d/b/a VIPcare; Physician Partners, LLC; and Anion Technologies, LLC*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on June 28, 2023, on all parties of record via the CM/ECF electronic filing system.

/s/     Jillian L. Estes_____
Jillian L. Estes (Fla. Bar No. 0055774)