EXHIBIT 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

United States of America
*ex rel.* Clarissa Zafirov,

    Relator/Plaintiff,

v.                                                             CASE NO. 8:19-cv-01236-KKM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

    Defendants.
_____/

## DECLARATION OF EMILY GALLMAN
## IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL

I, Emily Gallman, certify and declare:

1. I am currently employed as the Vice President of Healthcare Operations and Practice Administrator for Florida Medical Associates, LLC d/b/a VIPcare ("VIPcare"). VIPcare is a provider group that is operated by Physician Partners, LLC.

2. I know the matters stated herein based on my own personal knowledge including my personal review of Physician Partners' and VIPcare's billing and claims records.

3. Based on my review of historical claims data reflecting the patient diagnosis codes provided to Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "Freedom Defendants") from 2015 to 2017, no physician employed by VIPcare or otherwise affiliated with Physician Partners submitted the diagnosis codes referenced in the Amended Complaint for Patients A, P, or Q.

4. In addition to the Billing Records, I also reviewed Physician Partners' records to determine the total number of claims submitted for all patients enrolled with Freedom Defendants between 2014 and 2022. The total number of claims submitted during that time period is 4,057,314. The average number of yearly claims during this same period is 450,813.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 22, 2023