**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

United States of America
*ex rel.* Clarissa Zafirov,

    Relator/Plaintiff,

v.                                                              CASE NO. 8:19-cv-01236-KKM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

    Defendants.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF ELECTRONIC MAIL ADDRESSES**

    PLEASE TAKE NOTICE that Lauren Valiente, of the law firm of Foley & Lardner LLP, hereby (a) files this Notice of Appearance as additional counsel of record for defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC, and (b) designates the undersigned's primary and secondary electronic mail addresses as follows:

    Primary:  lvaliente@foley.com        Secondary: dguillen@foley.com

    Please note that service by e-mail should utilize all e-mail addresses designated above.

4862-1056-7290.1

|  |  |
|---|---|
| August 23, 2023 |   /s/  *Lauren L. Valiente* <br> Lauren L. Valiente (FBN 34775) <br> Primary Email: lvaliente@foley.com <br> Secondary Email: dguillen@foley.com <br> FOLEY & LARDNER LLP <br> 100 North Tampa Street, Suite 2700 <br> Post Office Box 3391 <br> Tampa, Florida 33601 <br> Telephone: (813) 229 2300 <br> *Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC* |