# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff and Relator, | ) ) |
| v. | ) Case No. 8:19-cv-01236-KKM-SPF ) ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE, et al., | ) ) ) |
| Defendants. | ) ) |

## RELATOR'S MOTION FOR LEAVE TO FILE REPLY

On August 8, 2023, Relator Dr. Clarissa Zafirov filed a Motion to Compel Discovery of the Full Temporal Scope of the Amended Complaint. Dkt. 143. All Defendants collectively responded in opposition on Aug. 22, 2023. Dkt. 145. Associated with their response, Defendants attached a declaration by Emily Gallman, the Vice President of Healthcare Operations and Practice Administrator for Florida Medical Associates, LLC d/b/a VIPCare. Dkt. 145-1. Pursuant to Local Rule 3.01(d), Relator seeks leave to file a three-page reply, addressing Ms. Gallman's declaration, within seven days of the Court's order on this motion for leave.[1]

---

[1] Relator conferred with Defendants on August 25, 2023. They indicated they will oppose this motion.

A reply brief is meant "to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, No. 2:08-cv-475-FtM-29SPC, 2008 U.S. Dist. LEXIS 125839, at *3 (M.D. Fla. Aug. 12, 2008). A reply brief is appropriate when it would "benefit the Court's resolution of the pending motion." *ELI Research, LLC v. Must Have Info, Inc.*, No. 2:13-cv-695-FtM-38CM, 2015 U.S. Dist. LEXIS 64671, at *2 (M.D. Fla. May 18, 2015).

Ms. Gallman's declaration was "based on [her] own personal knowledge including [her] personal review of Physician Partners' and VIPcare's billing and claims records." Dkt. 145-1 at ¶ 2. Based on that review of billing and claims records, Ms. Gallman made fact-based representations as to the contents of claims data from 2015-2017 and claims data from 2014-2022 that have to date not been provided to Relator and have not been addressed in any other court filing. *Id.* at ¶¶ 3-4. Accordingly, Ms. Gallman's declaration set forth new facts pertinent to Relator's motion to compel because Ms. Gallman asserted, for the first time, specific statements about the submission of diagnosis codes alleged in Relator's Amended Complaint and about the volume of diagnosis codes implicated by the full temporal scope of the Amended Complaint. Relator's reply would help the court resolve Relator's motion to compel by explaining the implications of the use of a fact-based declaration to refute allegations in the Amended Complaint, as contrasted with Defendants' assertions that Relator is not entitled to that same information and data upon which Ms. Gallman relied.

Respectfully submitted this 28th day of August 2023,

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Frederick Morgan, Jr. (OH Bar No. 0027687)
Jennifer M. Verkamp (OH Bar No. 0067198)
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com
jverkamp@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL  33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

***Counsel for Relator Dr. Clarissa Zafirov***

## LOCAL RULE 3.01(g) CERTIFICATION

I, Jillian Estes, hereby certify that I conferred with counsel for all Defendants via email as to the request sought herein. The Defendants do not agree to Relator's request for leave to file a reply.

/s/ Jillian L. Estes
Jillian L. Estes

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on August 28, 2023, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes