UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

## NOTICE OF ELECTRONIC FILING COMPLIANCE

Amanda M. Santella, counsel for Defendants Freedom Health, Inc., and Optimum Healthcare, Inc., respectfully gives notice that she has complied with the Court's September 5, 2023 Order (Doc. 153), which directed her to "register with the Court's CM/ECF system" within twenty-one (21) days of the September 5, 2023 Order.

Dated: September 8, 2023                    Respectfully submitted,

By: /s/ *Amanda M. Santella*

    Benjamin D. Singer*
    Amanda M. Santella*
    O'MELVENY & MYERS LLP
    1625 Eye Street NW
    Washington, DC 20006
    (202) 383-5300
    (202) 383-5414 (fax)
    bsinger@omm.com
    asantella@omm.com

    Scott Drake*
    O'MELVENY & MYERS LLP
    2501 North Harwood Street, Suite 1700
    Dallas, TX 75201
    (972) 360-1915
    (972) 360-1901 (fax)
    sdrake@omm.com

    Elizabeth M. Bock*
    Elizabeth A. Arias*
    O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    (213) 430-6407 (fax)
    ebock@omm.com
    earias@omm.com

    Ginger Boyd
    Fla. Bar No. 294550
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    215 South Monroe Street, Suite 400
    Tallahassee, FL 32301
    (850) 205-3356
    (850) 521-1472 (fax)
    Ginger.Boyd@nelsonmullins.com

    *Counsel for Defendants Freedom Health, Inc., and Optimum Healthcare, Inc.*

    * admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: /s/ *Amanda M. Santella*

Amanda M. Santella*

*Counsel for Defendants Freedom Health, Inc., and Optimum Healthcare, Inc.*

\* *admitted pro hac vice*