# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff and Relator, <br><br> v. <br><br> PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | ) ) ) ) ) ) ) No. 8:19-cv-01236-KKM-SPF ) ) ) ) ) ) ) ) ) |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to the Court's September 11, 2023 Notice to Counsel (ECF # 157) and Local Rule 2.02(a), Jillian Estes is designated as Lead Counsel for Plaintiff/Relator in this action. Jillian L. Estes is registered to receive notices at the following: jillian.estes@morganverkamp.com.

Respectfully submitted this 11th day of September, 2023.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)
MORGAN VERKAMP LLC
4410 Carver Woods Drive, Suite 200
Cincinnati, OH 45242
Phone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com

*Lead Counsel for Relator Dr. Clarissa Zafirov*

1

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on September 11, 2023, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)
