UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF ELIZABETH A. ARIAS AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to the Court's September 11, 2023 Order (Doc. 156) and Rule 2.01(c), Local Rules, United States District Court, Middle District of Florida, the undersigned respectfully moves, with Relator's consent, for the admission *pro hac vice* of Elizabeth A. Arias of the law firm O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071-2899 (earias@omm.com) for purposes of appearance as co-counsel on behalf of Defendants Freedom Health, Inc., and Optimum Healthcare, Inc., ("Freedom Defendants") in this case and to permit Ms. Arias to receive electronic filings in this case. The undersigned further represents that she has been designated, and consents to act, as local counsel. In support thereof, the undersigned states as follows:

1. Ms. Arias is not a resident of the State of Florida and is not a member

1

in good standing of The Florida Bar.  Ms. Arias resides in California and her office address is O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071-2899, Telephone: (213) 430-7423, Email: earias@omm.com.  If the Court grants this Motion, Ms. Arias will maintain this information with the Clerk of the Court.

2. Ms. Arias obtained her undergraduate degree from Georgetown University in 2013 and her juris doctor degree from the University of California, Los Angeles School of Law in 2017.

3. Ms. Arias is an admitted member in good standing of all state courts in the State of California, the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Northern District of California, and the United States Court of Appeals for the Ninth Circuit.

4. Ms. Arias has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

5. Ms. Arias appeared in the last thirty-six months in one case in state or federal court in Florida:

      a. *George Mansour, M.D., et al., v. Freedom Health, Inc., et al.*, No. 8:22-cv-00595-WFJ-SPF.

6. Ms. Arias is familiar with and will comply with the Local Rules, United States District Court, Middle District of Florida; the Federal Rules of Civil Procedure; and 28 U.S.C. § 1927.

7. Ms. Arias is familiar with, and will be governed by, the Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

8. Ms. Arias $150.00's fee payable to Clerk, United States District Court, is hereby submitted to the Clerk along with this Motion.

9. Ms. Arias will complete the online CM/ECF Attorney Registration Form on the Court's website promptly upon entry of an order granting this Motion.

10. The undersigned movant, Ginger Barry Boyd, is a partner in the law firm of Nelson Mullins Riley & Scarborough, LLP. Her address is 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301. She is an active member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida. She is authorized to file through the Court's electronic filing system.

11. Movant has appeared in this case on behalf of Freedom Defendants. Movant has been designated, and consents to be designated, as the member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who will electronically file and serve documents and things that may be filed and served electronically, and who will be responsible for the progress of this case, including the trial.

WHEREFORE, Ginger Barry Boyd moves this Court to enter an Order allowing Elizabeth A. Arias to appear before this Court on behalf of Defendants

Freedom Health, Inc., and Optimum Healthcare, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of future electronic filings to Elizabeth A. Arias.

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

/s/ *Ginger Barry Boyd*

## AFFIRMATION OF THE OATH ON ADMISSION

I, Elizabeth A. Arias, affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Elizabeth A. Arias*

Elizabeth A. Arias
*Pro Hac Vice pending*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
earias@omm.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that a good faith conference regarding this motion was conducted and that counsel for Relator consents to Ms. Arias's admission *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

/s/ Ginger Barry Boyd

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Attorney for Defendants Freedom Health, Inc., and Optimum Healthcare, Inc.*