UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

United States of America
*ex rel.* Clarissa Zafirov,

    Relator/Plaintiff,

v.                                                       CASE NO. 8:19-cv-01236-KKM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

    Defendants.
_____/

**PROVIDER DEFENDANTS' LEAD COUNSEL DESIGNATION**

    Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC ("Provider Defendants"), through their undersigned counsel, and pursuant to Local Rule 2.02(a), hereby designate Jason Mehta of Foley & Lardner LLP as Provider Defendants' lead counsel.

Dated: September 15, 2023.

                                                Respectfully submitted,

                                                */s/ Jason Mehta*
                                                Jason Mehta (FBN: 106110)
                                                Primary Email: jmehta@foley.com
                                                Secondary Email: dmills@foley.com
                                                Natalie Hirt Adams (FBN: 1030877)

Primary Email: nhadams@foley.com
Secondary Email: dmills@foley.com
Lauren L. Valiente (FBN: 034775)
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602-5810
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
*Attorneys for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, Anion*


/s/ A. Lee Bentley III
A. Lee Bentley III (FBN: 1002269)
Primary E-Mail: lbentley@bradley.com
Secondary E-Mail: kmilliken@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5524
Facsimile: (813) 229-5946


/s/ Cara Colleen Rice
Cara Colleen Rice (FBN: 1026046)
Primary E-Mail: crice@bradley.com
Secondary E-Mail: kmilliken@bradley.com
**BRADLEY ARANT BOULT CUMMINGS LLP**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
Telephone: (813) 559-5500
Facsimile: (813) 229-5946

*Attorneys for Defendants Florida Medical Associates, LLC, Physician Partners, LLC, and Anion Technologies, LLC*

4886-1067-1485.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 15, 2023, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

                                                  */s/ Jason Mehta*
                                                  Jason Mehta

4886-1067-1485.1