## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

### NOTICE OF ELECTRONIC FILING COMPLIANCE

Elizabeth A. Arias, counsel for Freedom Health, Inc. and Optimum Healthcare, Inc., respectfully gives notice that she has complied with the Court's September 14, 2023 Order (Doc. 160), which directed her to "register with the Court's CM/ECF system" within twenty-one (21) days of the September 14, 2023 Order.

1

Dated:     September 15, 2023     Respectfully submitted,

By: /s/ Elizabeth A. Arias

Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2501 North Harwood Street, Suite 1700
Dallas, TX 75201
(972) 360-1915
(972) 360-1901 (fax)
sdrake@omm.com

Elizabeth M. Bock*
Elizabeth A. Arias*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com
earias@omm.com

Benjamin D. Singer*
Amanda Santella*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com
asantella@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendant Freedom Health, Inc. and Optimum Healthcare, Inc.*

* admitted pro hac vice

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ Elizabeth A. Arias*

Elizabeth A. Arias*

*Counsel for Defendant Freedom Health, Inc. and Optimum Healthcare, Inc.*

* admitted pro hac vice