UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 2.02(c) of the Local Rules for the United States District Court for the Middle District of Florida, Natalie Adams moves to withdraw as counsel of record for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC (collectively, the "Provider Defendants"), and states as follows:

    1.    In compliance with Local Rule 2.02(c)(1)(A), Natalie Adams hereby certifies that Provider Defendants consent to the withdrawal.

    2.    Counsel for Relator does not oppose the withdrawal.

    3.    The withdrawal will not adversely impact Provider Defendants' ability to comply with any pending case management deadlines, because Jason Mehta, Jessica Joseph, and Lauren Valiente of Foley & Lardner LLP, and Arthur

Lee Bentley, III of Bradley Arant Boult Cummings LLP, will continue to represent Provider Defendants.

WHEREFORE, the undersigned requests permission to withdraw as counsel of record for Provider Defendants.

Dated: October 20, 2023.

                                                    Respectfully submitted,

*/s/     Natalie Hirt Adams*
Natalie Hirt Adams
Fl. Bar No. 1030877
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone:  (813) 225-5422
Facsimile:  (813) 221-4210
Primary email: nhadams@foley.com
Secondary email: dmills@foley.com
Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), counsel for I conferred with counsel for Relator regarding the relief sought in this Motion. Relator's counsel does not oppose the relief sought in this Motion.

                                                */s/ Natalie Hirt Adams*
                                                Natalie Hirt Adams

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 20, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

                                                */s/ Natalie Hirt Adams*
                                                Natalie Hirt Adams