## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

United States of America
*ex rel.* Clarissa Zafirov,

    Relator/Plaintiff,

v.                                       CASE NO. 8:19-cv-01236-KKM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

    Defendants.
_____/

## **NOTICE OF APPEARANCE**

Joseph W. Swanson of the law firm of Foley & Lardner LLP hereby appears as Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC, and requests that copies of any and all papers, pleadings, hearing notices, motions and all other documents in regard to this case be furnished upon the undersigned using the following email addresses:

        Primary:  joe.swanson@foley.com

        Secondary: dmills@foley.com

4876-5083-8670.1

2

November 8, 2023

Respectfully submitted,

  /s/  *Joseph W. Swanson*
Joseph W. Swanson (FBN 29618)
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Post Office Box 3391
Tampa, Florida 33601
Telephone: (813) 229-2300

*Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 8, 2023, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

  */s/ Joseph W. Swanson*
Joseph W. Swanson

4876-5083-8670.1