UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**
**ex rel. CLARISSA ZAFIROV**,

      Plaintiff,

-vs-                                      CASE NO. 8:19-cv-1236-KKM-SPF

**FLORIDA MEDICAL ASSOCIATES**
**LLC d/b/a VIPCARE, PHYSICIAN**
**PARTNERS, LLC, ANION TECHNOLOGIES,**
**LLC, FREEDOM HEALTH, INC. and**
**OPTIMUM HEALTHCARE, INC.**,

      Defendants.
_____/

## NOTICE OF CHANGE OF ADDRESS

The undersigned counsel for Defendants, Freedom Health, Inc. and Optimum Healthcare, Inc., respectfully notifies the Court and all counsel of record of a change of address and requests that the Court's docket in the above-styled cause be updated accordingly. All future correspondence and communications should be sent to:

    Scott P. Drake
    sdrake@omm.com
    O'Melveny & Myers LLP
    2801 North Harwood Street, Suite 1600
    Dallas, Texas 75201
    Telephone: (972) 360-1900
    Direct Dial: (972) 360-1915

Dated:  December 13, 2023

Respectfully submitted,

By: <u>  /s/ Scott Drake  </u>
    Scott Drake*
    *Lead Counsel*
    O'MELVENY & MYERS LLP
    2801 North Harwood Street, Ste. 1600
    Dallas, TX 75201
    (972) 360-1900
    (972) 360-1901 (fax)
    sdrake@omm.com

    Benjamin D. Singer*
    O'MELVENY & MYERS LLP
    1625 Eye Street NW
    Washington, DC 20006
    (202) 383-5300
    (202) 383-5414 (fax)
    bsinger@omm.com

    Elizabeth M. Bock*
    Elizabeth A. Arias*
    O'MELVENY & MYERS LLP
    400 South Hope Street, 18th Floor
    Los Angeles, CA 90071
    (213) 430-6000
    (213) 430-6407 (fax)
    ebock@omm.com
    earias@omm.com

    Ginger Boyd
    Fla. Bar No. 294550
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    215 South Monroe Street, Suite 400
    Tallahassee, FL 32301
    (850) 205-3356
    (850) 521-1472 (fax)
    Ginger.Boyd@nelsonmullins.com

    *Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

    * Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

By: ___/s/ *Scott Drake*_____

Scott Drake
*Counsel for Defendant Freedom Health,
Inc. and Optimum Healthcare, inc.*