United States District Court
Middle District of Florida
Tampa Division

**UNITED STATES OF AMERICA**
ex rel. CLARISSA ZAFIROV,

 *Plaintiff,*

v.            No. 8:19-CV-1236-KKM-SPF

**FLORIDA MEDICAL ASSOCIATES
LLC D/B/A VIPCARE, PHYSICIAN
PARTNERS, LLC, ANION TECHNOLOGIES,
LLC, FREEDOM HEALTH, INC. AND
OPTIMUM HEALTHCARE, INC.,**

 *Defendants.*

---

## Unopposed Motion for Special Admission

 Matthew D. Krueger, Esquire, moves for special admission to represent defendants Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC in this action.

 I am neither a Florida resident nor a member in good standing of The Florida Bar.

 I am a member in good standing of the bar of three United States district courts, specifically, the United States district courts for the District of

1

Columbia, the Eastern District of Wisconsin, and the Western District of Wisconsin.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have appeared in the last thirty-six months in this case in state or federal court in Florida:

*Keith Fernandez v. Freedom Health, Inc., Optimum Healthcare, Inc., and Physician Partners, LLC*, No. 22-13823 (11th Cir.) (on appeal from U.S. District Court for the Middle District of Florida Case No. 8:18-cv-01959-MSS-JSS).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated this 7th day of February 2024.    Respectfully submitted,

/s/ Matthew D. Krueger
Matthew D. Krueger
Foley & Lardner LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone:  414-297-4987
Facsimile:  414-297-4900
Email:  mkrueger@foley.com

## Local Rule 3.01(g) Certification

Counsel of record for the above-named defendants has conferred with the opposing party and represents the opposing party does not oppose my special admission.

/s/ Jason P. Mehta
Jason P. Mehta (FBN: 106110)
Foley & Lardner LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Email: jmehta@foley.com
Secondary email: dmilla@foley.com
Phone: (813) 229-2300
Fax: (813) 221-4210

Attorneys for Defendants,
  Physician Partners, LLC, Florida
  Medical Associates, LLC d/b/a
  VIPcare, and Anion Technologies,
  LLC