# EXHIBIT B

| | |
|---|---|
| **From:** | Jillian Estes |
| **Sent:** | Monday, November 27, 2023 11:23 AM |
| **To:** | Mehta, Jason; Arias, Elizabeth; Bock, Elizabeth M.; Drake, Scott; Quinn, Jamie; Singer, Benjamin D.; Tschepik, Nathan; Ginger.Boyd@nelsonmullins.com; Lucie Cohen; Santella, Amanda M.; Lee Bentley; Valiente, Lauren L.; Patel, Parth Y.; Mills, Dore; Guillen, Deborah M.; krobisch@bradley.com; ggiarratana@bradley.com; Williams, Jane M. |
| **Cc:** | Chandra Napora; Jonathan Lischak; Traci Ann Smith; ken@whistleblowerfirm.com; Marcella Auerbach; Adam Rabin; Havan Clark; Rick Morgan; Swanson, Joe; Matthews, Mike |
| **Subject:** | Re: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Discovery Schedule |

Counsel,

I hope you all had a nice holiday.

**Freedom Defendants** - Thank you for your agreement to extending fact discovery to six months after the Court's decision on the pending motion to compel regarding the temporal scope. Relator's team is available today (Monday) at 4:00 pm EST to discuss the contours of the agreement regarding the scope of discovery that would be on hold and the scope of what can be accomplished while we're waiting on the order. If that time still works for you, we can use this dial-in:

(646) 307-1479
Password: 170-003

**Provider Defendants** - Thank you for setting forth your position. We cannot agree to negotiate a discovery extension which is dependent on Relator agreeing not to seek discovery from a large subset of providers who are part of the case and have been from the outset. We are willing to discuss what work would continue and which would not while awaiting the Court's order (just as we are with Freedom), but if there is no potential to reach an agreement absent Relator's assent to "the non-discovery of affiliated providers," then we will simply note your opposition and the basis therefore to the Court in our motion. Please advise if you'd like to continue this discussion or if we should consider our positions at loggerheads.

Thank you,

Jill

_____

Jillian L. Estes   |   513-448-1251   |   [jillian.estes@morganverkamp.com](mailto:jillian.estes@morganverkamp.com)
**MORGAN VERKAMP, LLC**

---

**From:** "Mehta, Jason" <jmehta@foley.com>
**Date:** Wednesday, November 22, 2023 at 9:29 PM
**To:** "Arias, Elizabeth" <earias@omm.com>, Jillian Estes <Jillian.Estes@morganverkamp.com>, "Bock, Elizabeth M." <ebock@omm.com>, "Drake, Scott" <sdrake@omm.com>, "Quinn, Jamie" <jquinn@omm.com>, "Singer, Benjamin D." <bsinger@omm.com>, "Tschepik, Nathan" <ntschepik@omm.com>, "Ginger.Boyd@nelsonmullins.com" <Ginger.Boyd@nelsonmullins.com>, Lucie Cohen <Lucie.Cohen@nelsonmullins.com>, "Santella, Amanda M." <asantella@omm.com>, Lee Bentley

1

&lt;lbentley@bradley.com&gt;, "Valiente, Lauren L." &lt;LValiente@foley.com&gt;, "Patel, Parth Y." &lt;PPatel@foley.com&gt;, "Mills, Dore" &lt;dmills@foley.com&gt;, "Guillen, Deborah M." &lt;DGuillen@foley.com&gt;, "krobisch@bradley.com" &lt;krobisch@bradley.com&gt;, "ggiarratana@bradley.com" &lt;ggiarratana@bradley.com&gt;, "Williams, Jane M." &lt;JWilliams@foley.com&gt;
**Cc:** Chandra Napora &lt;Chandra.Napora@morganverkamp.com&gt;, Jonathan Lischak &lt;Jonathan.Lischak@morganverkamp.com&gt;, Traci Ann Smith &lt;tsmith@morganverkamp.com&gt;, "ken@whistleblowerfirm.com" &lt;ken@whistleblowerfirm.com&gt;, Marcella Auerbach &lt;marcella@whistleblowerfirm.com&gt;, Adam Rabin &lt;arabin@rkjlawgroup.com&gt;, Havan Clark &lt;hclark@rkjlawgroup.com&gt;, Rick Morgan &lt;rmorgan@morganverkamp.com&gt;, "Swanson, Joe" &lt;joe.swanson@foley.com&gt;, "Matthews, Mike" &lt;MMatthews@foley.com&gt;
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Discovery Schedule

-- External Email --

Thanks, Elizabeth and Jill.  And, Jill, thanks for your time this morning.

On behalf of Physician Partners, we too agree that an extension is unnecessary at this juncture.  As I noted on our call this morning Jill, though, Physician Partners will agree to an appropriate extension provided the parties can reach an agreement about the appropriate scope of remaining discovery.  As I explained, we see no reason for discovery on affiliated providers, particularly where Plaintiff does not believe she can timely complete discovery on employed providers.  As it relates to affiliates, those providers have a different training process, have different oversight from our client, have different incentive structures, submit their own claims in the first instance, and have a multitude of other differences.  Accordingly, Physician Partners will be happy to agree to an appropriate extension, coupled with an understanding that (a) other work tied to the date issue is paused pending resolution of the date range and (b) the parties can reach an agreement on the non-discovery of affiliated providers.

We'd be happy to discuss this at the parties' convenience.  While we cannot make the Monday windows work, we can talk on Tuesday afternoon at the times suggested by Freedom.

Best wishes for a happy thanksgiving holiday,
Jason


**Jason Mehta**
*Partner*

**Foley & Lardner LLP**
100 N Tampa St, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.5424
[Visit Foley.com](#) | jmehta@foley.com



2