UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**
**ex rel. DR. CLARISSA ZAFIROV**,

      Plaintiff,

-vs-                                    CASE NO. 8:19-cv-1236-KKM-SPF

**FLORIDA MEDICAL ASSOCIATES,**
**LLC d/b/a VIPCARE, PHYSICIAN**
**PARTNERS, LLC, ANION TECHNOLOGIES,**
**LLC, FREEDOM HEALTH, INC., and**
**OPTIMUM HEALTHCARE, INC.,**

      Defendants.
_____/

## **LOCAL RULE 3.01(h) UNOPPOSED REQUEST FOR ORAL ARGUMENT**

      Defendants jointly request oral argument on their Joint Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject-Matter Jurisdiction. *See* M.D. Fla. Loc. R. 3.01(h). Given the importance and complexity of the constitutional issues addressed in Defendants' Motion, Defendants request 45 minutes to present their arguments to the Court. *Id.* Plaintiff does not oppose Defendants' request; in fact, Plaintiff represented to Defendants' counsel support for oral argument on Defendants' Motion.

1

Dated this 16th day of February, 2024

/s/ *Scott Drake*
Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
(972) 360-1900
(972) 360-1901 (fax)
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com
asantella@omm.com

Elizabeth M. Bock*
Elizabeth A. Arias*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com
earias@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

* admitted pro hac vice

Respectfully submitted,

/s/ *Jason P. Mehta*
Jason P. Mehta (FBN: 106110)
Lauren L. Valiente (FBN: 034775)
Joseph W. Swanson (FBN: 29618)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
Telephone:  813-229-2300
Facsimile:  813-221-4210
Primary Email:  jmehta@foley.com
Secondary Email:  dmills@foley.com
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com

Matthew D. Krueger*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone:  414-297-4587
Primary Email:  mkrueger@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

## Local Rule 3.01(g) Certification

Defendants certify that they have conferred with Plaintiff via telephone, who does not oppose the request.

## Certificate of Service

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ *Jason P. Mehta*
Jason P. Mehta (FBN: 106110)