UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV**,

       Plaintiff,

-vs-                           CASE NO. 8:19-cv-1236-KKM-SPF

**FLORIDA MEDICAL ASSOCIATES,
LLC d/b/a VIPCARE, PHYSICIAN
PARTNERS, LLC, ANION TECHNOLOGIES,
LLC, FREEDOM HEALTH, INC., and
OPTIMUM HEALTHCARE, INC.,**

       Defendants.

_____/

## NOTICE OF CONSTITUTIONAL CHALLENGE

Defendants jointly submit this notice of constitutional challenge required by Federal Rule of Civil Procedure 5.1. Defendants challenge the constitutionality of the False Claims Act's *qui tam* provisions, arguing that these provisions violate multiple provisions of the Constitution—the Vesting Clause, the Take Care Clause, and the Appointments Clause. Defendants raised the constitutional question in their Joint Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject-Matter Jurisdiction. Dkt. 180. This notice is necessary because the parties to this action "do not include the United States, one of its agencies, or one of its officers or employees in an official capacity." *See* Fed. R. Civ. P. 5.1(a)(1)(A).

1

Dated this 16th day of February, 2024

Respectfully submitted,

/s/ Scott Drake
Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
(972) 360-1900
(972) 360-1901 (fax)
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
bsinger@omm.com
asantella@omm.com

Elizabeth M. Bock*
Elizabeth A. Arias*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213) 430-6000
(213) 430-6407 (fax)
ebock@omm.com
earias@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
(850) 521-1472 (fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

*\* admitted pro hac vice*

/s/ Jason P. Mehta
Jason P. Mehta (FBN: 106110)
Lauren L. Valiente (FBN: 034775)
Joseph W. Swanson (FBN: 29618)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
Telephone:  813-229-2300
Facsimile:  813-221-4210
Primary Email:  jmehta@foley.com
Secondary Email:  dmills@foley.com
Primary Email:  lvaliente@foley.com
Secondary Email:  dguillen@foley.com
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com

Matthew D. Krueger*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone:  414-297-4587
Primary Email:  mkrueger@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

2

## Certificate of Service

I hereby certify that on February 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I further certify that this notice, together with the related pleading cited herein, has been served via certified mail on the Attorney General of the United States (as required by Rule 5.1(a)(2)) at:

Jolene Ann Lauria
Assistant Attorney General for Administration[1]
United States Department of Justice
Justice Management Division
950 Pennsylvania Avenue NW
Room 1111
Washington, DC 20530


/s/ *Jason P. Mehta*
Jason P. Mehta (FBN: 106110)

---

1 The Assistant Attorney General for Administration is designated to accept service on the Attorney General's behalf.  *See* 28 C.F.R. § 0.77(j).