## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

      Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC, d/b/a VIPCARE; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.,

      Defendants.

Case No. 8:19-cv-01236-KMM-SPF

## DECLARATION OF JAMIE M. QUINN IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S MOTION TO COMPEL

In accordance with 28 U.S.C. § 1746, I, Jamie M. Quinn, hereby declare and state as follows:

1.     I am an attorney at O'Melveny & Myers LLP ("O'Melveny"). I am licensed to practice law in the State of California. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and if called and sworn as a witness, could and would testify competently thereto.

2.     I am counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom Defendants") in the above-captioned case in *United States of America, ex rel. Clarissa Zafirov v. Florida Medical Associates, LLC, et al.*, No. 8:19-cv-

01236-KKM-SPF (M.D. Fla.) ("*Zafirov*").  I submit this declaration in support of

Freedom Defendants' Motion to Compel.

3.      Through their discovery efforts, Freedom Defendants learned that

many of the conversations described in Relator Dr. Clarissa Zafirov's ("Relator")

Amended Complaint were captured in secret recordings taken by Relator as part of

the government's investigation of her claims.

4.      On February 13, 2023, Freedom Defendants served document requests

on the Department of Justice pursuant to the Department of Justice's *Touhy*

regulations ("February 13, 2023 *Touhy* requests"), requesting, among other things, all

recordings made using Relator.

5.      In response to the February 13, 2023 *Touhy* requests, on March 13,

2023 and May 8, 2023, the Department of Justice produced 189 recordings made by

Relator between August 8, 2019, and January 31, 2020.

6.      I have personally listened to the eight recordings referenced below.

Certain exchanges and words on the recordings are difficult to hear.  However, to the

best of my knowledge and ability, the following quotations accurately reflect the

content of portions of the relevant recording:

7.      <u>August 14, 2019 Recording</u>:

**Relator Zafirov**: "Oh, quick question before you… Okay."
**Agent Garrido**: "It started recording."
**Relator Zafirov**: "I'll ask you after—after all."
**Agent Garrido**: "This is Special Agent Raquel Garrido with the Office of Investigation, Office of Inspector General, United States Department of Health and Human Services, beginning a consensual monitoring

recording on August 14, 2019, OI File Number M19001749.  Present with me is Dr. Clarissa Zafirov.  The recording device will be provided to Dr. Zafirov, the consenting part—party.  Dr. Zafirov will now state her name for voice identification purposes."

**Relator Zafirov**: "Dr. Clarissa Zafirov."

**Agent Garrido**: "I will now hand the recording device to the doctor.  Okay.  Here you go."

**Relator Zafirov**: "Alright.  I will text you, then."

**Agent Garrido**: "Text me the questions . . ."

**Relator Zafirov**: "Perfect."

**Agent Garrido**: "And I will address those."

8.  October 9, 2019 Recording:

**Relator Zafirov**: "They're watching me very closely."

**Agent Garrido**: "Hmm, I haven't gotten that, but maybe it's a different chat."

**Relator Zafirov**: "What's the date on that one?"

**Agent Garrido**: "September 26.  [Indiscernible]  I can turn it [Indiscernible]."

**Agent Garrido**: "This is Special Agent Raquel Garrido.  It is October 9, 2019, 7:33pm.  I have received the device."

**Relator Zafirov**: "I'll tell you right now— [Indiscernible]"

**Agent Garrido**: "[Indiscernible]—and turn it off as well."

9.  Based on my review of the recordings, in addition to the August 14, 2019 recording, the recordings from August 15, 2019, August 30, 2019, September 11, 2019, September 12, 2019, September 18, 2019, and October 2, 2019 also contain references to communications over text message between Relator and Special Agent Raquel Garrido, Office of the Inspector General, Department of Health and Human Services.

10.  Attached hereto is Exhibit A, a true and correct copy of "Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.'s First Set of Requests for

Production to Relator Dr. Clarissa Zafirov," served on Relator on December 23, 2022.

11.     Attached hereto is Exhibit B, a true and correct copy of "Relator's Responses and Objections to Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.'s First Set of Requests for Production," served on Freedom Defendants on February 21, 2023.

12.     Attached hereto is Exhibit C, a true and correct copy of Freedom Defendants' April 17, 2023 Letter to Relator.

13.     Attached hereto is Exhibit D, a true and correct copy of Relator's June 16, 2023 Letter to Freedom Defendants.

14.     Attached hereto is Exhibit E, a true and correct copy of Freedom Defendants' August 21, 2023 Letter to Relator.

Executed this 20th day of February, 2024 in Los Angeles, California.

By: */s/ Jamie M. Quinn*

Jamie M. Quinn