UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES IF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC, d/b/a VIPCARE; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.

    Defendants.
_____/

Case No.: 8:19-cv-01236-KMM-SPF

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT PHYSICIAN PARTNERS, LLC

Pursuant to Local Rule 2.02(c), Kyle W. Robisch, Esq., counsel to Defendant Physician Partners, LLC ("Physician Partners"), hereby moves to withdraw as counsel in this matter and states the following:

1. On September 22, 2020, the undersigned, an attorney with the law firm of Bradley Arant Boult Cummings LLP ("Bradley"), appeared in this matter on behalf of Physician Partners (ECF No. 44).

2. Physician Partners is also represented in this matter by A. Lee Bentley, III, Esq. who is also an attorney with Bradley.

3. The undersigned is leaving Bradley and, consequently, seeks to withdraw as counsel in this matter.

4. Mr. Bentley will continue as attorney of record for Physician Partners.

5. Pursuant to Local Rule 2.02(c)(1)(A), the undersigned's client has consented to this withdrawal.

6. The undersigned's withdrawal will not affect any pending deadlines or forthcoming proceedings in this matter.

Accordingly, Kyle W. Robisch, Esq. respectfully moves for an Order granting his request to withdraw as counsel in this matter.

Dated: February 23, 2024.

Respectfully submitted:

/s/ Kyle Robisch
Kyle W. Robisch, Esq.
Florida Bar No.: 113089
**BRADLEY ARANT BOULT CUMMINGS LLP**
1001 Water Street, Suite 1000
Tampa, Floirda 33602
Phone: (813) 559-5500 | Fax: (813) 229-5946
Primary Email: krobisch@bradley.com

*Counsel for Defendant Physician Partners*