## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CLARISSA ZAFIROV,<br>            Plaintiff,<br>       v.<br>FLORIDA MEDICAL ASSOCIATES, LLC; PHYSICIAN PARTNERS, LLC; PHYSICIAN PARTNERS SPECIALTY SERVICES, LLC; SUN LABS USA, INC.; ANION TECHNOLOGIES, LLC; ANTHEM, INC.; FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE, INC.; and SIDDHARTHA PAGIDIPATI,<br>            Defendants. | Civil Action No.<br>8:19-cv-01236-KKM-SPF |

## CORPORATE DISCLOSURE STATEMENT OF *AMICUS CURIAE* THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA

The Chamber of Commerce of the United States of America ("Chamber") makes this disclosure pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

The undersigned counsel certifies that the Chamber is a nonprofit, tax-exempt organization incorporated in the District of Columbia.  The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

The undersigned counsel further certifies that, except as identified below, counsel is not aware of any entity other than those previously disclosed by the parties that (1) has or might have an interest in the outcome of this litigation, (2) has publicly

traded shares or debt potentially affected by the outcome, (3) is likely to actively participate in this litigation, or (4) is arguably eligible for restitution.

Interested Parties:

The Chamber of Commerce of the United States of America
      Andrew Varcoe, Deputy Chief Counsel, U.S. Chamber Litigation Chamber
      Tara Morrissey, Senior Vice President and Deputy Chief Counsel, U.S. Chamber Litigation Center
Bush Ross, P.A.
      J. Carter Andersen, Shareholder
      Harold Douglas Holder III, Shareholder
Dechert LLP
      Steven A. Engel, Partner
      Michael H. McGinley, Partner
      Brian A. Kulp, Associate
      Justin W. Aimonetti, Associate
      Jack Foley, Law Clerk

The foregoing individuals have an interest in this litigation solely as counsel for the Chamber.

The undersigned further certifies that, except as disclosed, counsel is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and counsel will immediately notify the judge in writing within fourteen days after counsel learns of such a conflict.

February 23, 2024

*/s/ J. Carter Andersen*
J. Carter Andersen
Bush Ross, P.A.
1801 North Highland Ave.
Tampa, FL 33602
Telephone: (813) 204-6405
Facsimile: (813) 223-9620
candersen@bushross.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2024, I electronically filed the foregoing corporate disclosure statement with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ J. Carter Andersen
J. Carter Andersen
Bush Ross, P.A.
1801 North Highland Ave.
Tampa, FL 33602
Telephone: (813) 204-6405
Facsimile: (813) 223-9620
candersen@bushross.com