## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA *ex rel.* CLARISSA ZAFIROV,

           Plaintiff,

    v.

FLORIDA MEDICAL ASSOCIATES, LLC; PHYSICIAN PARTNERS, LLC; PHYSICIAN PARTNERS SPECIALTY SERVICES, LLC; SUN LABS USA, INC.; ANION TECHNOLOGIES, LLC; ANTHEM, INC.; FREEDOM HEALTH, INC.; OPTIMUM HEALTHCARE, INC.; and SIDDHARTHA PAGIDIPATI,

           Defendants.

Civil Action No.
8:19-cv-01236-KKM-SPF

## UNOPPOSED MOTION FOR SPECIAL ADMISSION
## OF STEVEN A. ENGEL, ESQ.

The undersigned, Steven A. Engel, Esq., respectfully moves for special admission to represent *amicus curiae* the Chamber of Commerce of the United States of America in this action.  In support of this motion, the undersigned states as follows:

1.    I am a partner at Dechert LLP, which represents the Chamber of Commerce of the United States of America in this matter.

2.    I am neither a Florida resident nor a member in good standing of The Florida Bar.

3.    I am an admitted member in good standing of the bar of three United States district courts; specifically, the United States District Court for the District of

Columbia, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

4.      I have not abused the privilege of special admission by maintaining a regular law practice in Florida.  In the last thirty-six months, I have initially appeared in only the following two other cases in state or federal court in Florida:

- *VCG MYM I LLC v. Sunrise Land Partners, LLLP, et al.*, Case No. 6D23-1201 (Fla. 6th Dist. Ct. App.)

- *Jackson-Platts v. Trans Health Management, Inc., et al.*, No. 8:10-cv-02937-VMC-TGW (M.D. Fla.)

5.      I will comply with the federal rules and this Court's local rules.

6.      I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7.      I have paid the fee for special admission or will pay the fee upon special admission.

8.      I will register with the Court's CM/ECF system.

9.      I affirm the oath, which states:

I will support the Constitution of the United States.  I will bear true faith and allegiance to the government of the United States.  I will maintain the respect due to the courts of justice and all judicial officers.  I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

February 23, 2024

*/s/ Steven A. Engel*
Steven A. Engel
DECHERT LLP
1900 K Street, NW
Washington, D.C. 20006
Telephone: (202) 261-3300
Facsimile: (202) 261-3333
steven.engel@dechert.com

## LOCAL RULE 3.01(g) CERTIFICATION

I have conferred with counsel for the parties to the matter, and no party opposes the special admission of Steven A. Engel, Esq.

February 23, 2024

*/s/ J. Carter Andersen*
J. Carter Andersen
Bush Ross, P.A.
1801 North Highland Ave.
Tampa, FL 33602
Telephone: (813) 204-6405
Facsimile: (813) 223-9620
candersen@bushross.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, I electronically filed the foregoing corporate disclosure statement with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ J. Carter Andersen*