UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>Defendants. | Case No. 8:19-cv-01236 |

## DECLARATION OF JAMES DANIEL KOLLEFRATH

I, James Daniel Kollefrath, certify and declare as follows:

1. I am over eighteen years of age and am competent to make this Declaration.

2. I am currently employed as the President of Physician Partners, LLC ("Physician Partners"). I have held this position for eleven years.

3. I have personal knowledge of all of the matters set forth in this Declaration by virtue of my position with Physician Partners as well as my personal review of Physician Partners' and Florida Medical Associates, LLC d/b/a VIPcare's ("VIPcare") records.

4. This case implicates two distinct sets of physicians—1) physicians employed by VIPcare who work exclusively for VIPcare as W-2 employees pursuant

4881-5199-9145.1

to the terms of employment agreements, and 2) independent physicians who are affiliated with Physicians Partners through affiliate agreements, which vary from affiliate to affiliate. For example, some affiliated providers are paid on a fee-for-service basis, while others have chosen a capitation payment model. Affiliate agreements do not constitute an employer-employee relationship.

5. Physicians employed by VIPcare receive most, if not all, of their benefits and income from VIPcare, while affiliated physicians' income derives from multiple sources, only one of which is Physician Partners.

6. Affiliated physicians are independent owners and operators of their own practices at multiple different locations around Florida and have ownership and responsibility over their own practices, including their facilities, the selection of insurance programs, patient scheduling, staff hiring and management, and their own EMR systems on which the affiliated providers – not the Provider Defendants – select diagnosis codes. For employed physicians, VIPcare takes ownership of the facilities, the selection of insurance programs, patient scheduling, staff hiring and management, and VIPcare's single unified EMR system.

7. Affiliated physicians are free to select their own electronic medical records ("EMR") software from the many different products available on the market. Affiliates use over 20 different EMRs, each one of which has its own unique formatting, organization, processes and procedures for selecting diagnosis codes and multiple other data elements, and some affiliates were still using paper charts during

2017-2020. Employed physicians, in contrast, must use the eClinical Works EMR software provided by VIPcare.

8. Based on my review of historical data, Physician Partners contracted with 241 affiliate physicians between January 1, 2017 and December 31, 2020. During that period, those physicians along with specialists, hospitals, pharmacies and other providers collectively serviced more than 56,000 patients. These affiliate physicians performed approximately 970,000 visits with Freedom and Optimum members from 2017-2020. That number does not include medical records of visits with other types of providers that would also be in these providers' possession, such as specialists, hospitals, pharmacies, and other providers. VIPcare employed physicians, on the other hand, performed approximately 450,000 visits with Freedom and Optimum members in 2017-2020.

9. Anion Technologies, LLC processed all billing to Freedom and Optimum for VIPcare physicians and for one of the 241 affiliated physicians, Dr. George Mansour, who did not have his own EMR or billing system, based on providers' documentation.

10. Based on my review of historical data, discovery related to the 240 affiliate physicians at issue will implicate millions of pages of documents, which would likely cost at least hundreds of thousands of dollars and perhaps more to gather, review, and produce, including numerous providers for whom Physician Partners needs to send people in person to the provider's office to gather the documents, not to mention providers who are no longer affiliated with Physician Partners from whom

Physician Partners may no longer be able to retrieve records pursuant to contractual arrangements that have ended.

I declare under penalty of the perjury of the laws of the United States that the foregoing is true and correct.

Executed in Hillsborough County, Florida, this 26th day of February 2024.

_____
James Daniel Kollefrath