UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br>  Plaintiff and Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE, et al., <br><br>  Defendants. | ) ) ) ) ) ) Case No. 8:19-cv-01236-KKM-SPF ) ) ) ) ) ) |

**RELATOR'S MOTION FOR LEAVE TO FILE REPLY**

On February 12, 2024, Relator Dr. Clarissa Zafirov filed a Motion to Compel Discovery from Provider Defendants Regarding Affiliate Providers. Dkt. 178. The Provider Defendants collectively responded in opposition on February 26, 2024. Dkt. 193. Pursuant to Local Rule 3.01(d), Relator seeks leave to file a five-page reply, addressing three topics: (1) Defendants representations regarding Relator's allegations and the role of affiliate providers which are inconsistent with prior factual representations made to the court and with the limited documents provided thus far in discovery, (2) misrepresentations of the scope of Relator's request caused by

incomplete quotations of Relator's motion, (3) the appropriate standard for articulating burden of production.[1]

A reply brief is meant "to rebut any new law or facts contained in the oppositions response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, No. 2:08-cv-475-FtM-29SPC, 2008 U.S. Dist. LEXIS 125839, at *3 (M.D. Fla. Aug. 12, 2008). A reply brief is appropriate when it would "benefit the Court's resolution of the pending motion." *ELI Research, LLC v. Must Have Info, Inc.*, No. 2:13-cv-695-FtM-38CM, 2015 U.S. Dist. LEXIS 64671, at *2 (M.D. Fla. May 18, 2015).

In their response brief, Provider Defendants assert that Relator's allegations do not address the liability of affiliate providers with specificity necessary to compel production of related records. Not only is this inaccurate based on the allegations of the complaint, but it is inconsistent with prior representations the Provider Defendants have made to this Court and with documents produced in discovery thus far. Relator's reply would help the court resolve the pending motion by identifying and summarizing the inconsistencies for the Court's consideration. Further, Defendants misrepresent the scope of Relator's motion to compel based on incomplete quotations of selected sentences and fail to identify to proper standard for articulating a burden of production. Relator's reply would also be helpful to identify both the actual scope of the relief sought, and the standards which should be applied in considering that relief.

---

[1] Relator conferred with Defendants on February 27, 2024. They indicated they will oppose this motion.

Respectfully submitted this 27th day of February 2024,

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Frederick Morgan, Jr. (*pro hac vice*)
Jonathan M. Lischak (*pro hac vice*)
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com
jonathan.lischak@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL  33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

***Counsel for Relator Dr. Clarissa Zafirov***

## LOCAL RULE 3.01(g) CERTIFICATION

I, Jillian Estes, hereby certify that I conferred with counsel for all Defendants via email as to the request sought herein. The Defendants do not agree to Relator's request for leave to file a reply.

/s/ Jillian L. Estes
Jillian L. Estes

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing motion was served on February 27, 2024, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes