# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>ex rel. DR. CLARISSA ZAFIROV<br><br>      Plaintiff,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC<br>et al<br><br>      Defendants. | CASE NO.: 8:19-cv-01236-KMM-SPF<br><br>**MOTION TO WITHDRAW** |

Pursuant to Local Rule 2.02, the undersigned hereby moves this Court for leave to withdraw the appearance of Parth Y. Patel as counsel for Florida Medical Associates, LLC; Physician Partners, LLC; and Anion Technologies, LLC and states as follows:

1. The undersigned was permitted to appear pro hac vice in front of this Court on behalf of Florida Medical Associates, LLC; Physician Partners, LLC; and Anion Technologies, LLC on April 6, 2023.

2. Effective January 26, 2024, the undersigned is no longer associated with Foley & Lardner LLP.

3. Florida Medical Associates, LLC: Physician Partners, LLC; and Anion Technologies, LLC consent to the undersigned's withdrawal and will continue to be represented by other attorneys of record.

4. The undersigned's withdrawal will not affect any deadlines or cause any delay in this matter.

5. Florida Medical Associates, LLC; Physician Partners, LLC; and Anion Technologies, LLC will not be prejudiced by the undersigned's withdrawal.

Respectfully submitted,

*/s/ Parth Y. Patel*
PARTH Y. PATEL (admitted *pro hac vice*)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114-1284
Telephone:   216-202-2576
Facsimile:   216-363-4588
Email:          ppatel@beneschlaw.com

## CERTIFICATE OF SERVICE

A copy of the foregoing Motion to Withdraw was filed electronically on February 28, 2024.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

*/s/ Parth Y. Patel*
Parth Y. Patel