# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236

## DEFENDANTS' OPPOSITION TO RELATOR'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO COMPEL

A reply is unnecessary and unwarranted here. Zafirov asks the Court for "one more attempt to have one more say" about three issues that are already fully set forth in her opening brief in support. *Regions Bank v. Hyman*, No. 8:09-CV-1841-T-17MAP, 2013 WL 12166237, at *1 (M.D. Fla. Aug. 26, 2013). This is insufficient to justify a reply brief. *Id.* Zafirov's Motion for Leave to File a Reply ("Motion for Leave") should be denied.

"While parties may ask for leave to file a reply, they must show good cause." *McDonald v. United States*, No. 3:13-CV-168-J-37MCR, 2013 WL 3901871, at *1 (M.D. Fla. July 29, 2013) (denying motion for leave to reply). "[M]otions for leave to file a reply are not typically granted. Indeed, replies or any other pleading directed to the motion are disfavored (see Local Rule 3.01(c), which requires leave of court before

4881-7017-1305.1

filing a reply; hence, the rule infers the practice should be sparingly considered)." *Regions Bank*, 2013 WL 12166237, at *1.

Relator suggests her reply would address three topics. First, she seeks to further argue purported inconsistencies between Provider Defendants' position and "the limited documents provided thus far in discovery" (Mot. for Leave at 1-2), which she already addressed in an entire section of her opening brief regarding "C. The limited documents produced thus far" (Mot. to Compel at 11-12). Defendants did not contest in their response what these documents say (because they do not justify discovery regarding affiliated physicians where Zafirov has not pleaded a single false claim that Provider Defendants submitted for affiliated physicians – the crux of Provider Defendants' Opposition), and Zafirov does not mention in her Motion for Leave that she would point to any new documents, so there is no need for a reply on this point.

Second, Zafirov claims a reply is needed because of Provider Defendants' alleged "incomplete quotations of Relator's motion." (Mot. for Leave at 1-2.) But the Court has the full text of her Motion to Compel available to it and does not need a reply brief to view the text surrounding the portions quoted by Provider Defendants.

Third, Zafirov wants to address "the appropriate standard for articulating burden of production" (Mot. for Leave at 2), but she already set forth her arguments and authorities on who bears the burden on pages 7 and 13 of her Motion to Compel, and she has not articulated anything new she would say about it.

A reply is unnecessary, and Zafirov's Motion for Leave should be denied.

4881-7017-1305.1

Dated: February 28, 2024

                        Respectfully submitted,

                            */s/ Jason P. Mehta*
                            Jason P. Mehta
                            Fl. Bar No. 106110
                            Primary email: jmehta@foley.com
                            Secondary email: dmills@foley.com

                            Lauren L. Valiente
                            Fl. Bar No. 034775
                            Primary email: lvaliente@foley.com
                            Secondary email: dguillen@foley.com

                            Joseph W. Swanson
                            Fl. Bar No. 29618
                            Primary email: joe.swanson@foley.com
                            Secondary email: dmills@foley.com

                            Michael P. Matthews
                            Fl. Bar No. 63988
                            Primary email: mmatthews@foley.com
                            Secondary email: dguillen@foley.com

                            **Foley & Lardner LLP**
                            100 N. Tampa Street, Suite 2700
                            Tampa, FL 33602
                            Telephone: (813) 229-2300
                            Facsimile: (813) 221-4210

                            *Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*