UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KMM-SPF

**JOINT MOTION REGARDING BRIEFING SCHEDULE AND ISSUES RELATED TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

    Defendants jointly filed a Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject Matter Jurisdiction on February 16, 2024. ECF No. 180. The Chamber of Commerce sought leave to file a brief as *amicus curiae* on Feb. 23, 2024, which Relator did not oppose and was granted on Feb. 26, 2024. ECF Nos. 187, 191. Defendants also filed an unopposed request for oral arguments on their motion on Feb. 16, 2024. ECF No. 181. Oral arguments have been scheduled for Monday, April 22, 2024. ECF No. 191.

    There are several outstanding briefing and scheduling issues that relate to ECF No. 180. The parties have met-and-conferred on the same, oppose none of the requests herein, and have consolidated the following requests into one joint filing in order to

maximize efficiency for the Court and avoid ancillary motion practice. None of the requests would require moving the oral arguments on ECF No. 180 from the currently scheduled date of April 22, 2024. The parties thus jointly move the Court for the following permissions to file and the following briefing schedule:

1. <u>Relator's response in opposition</u>. Relator's response to Defendants' motion is currently due March 8, 2024. Given the great significance of the issues brought forth in Defendants' motion, and to fully address any additional arguments set forth in the Chambers' *amicus curiae* brief, Relator seeks an additional 21 days to respond to the motion, up to and including Friday, March 29, 2024.

2. <u>Statement of Interest by the United States</u>. The United States notified the parties on Feb. 28, 2024, of its intent to seek leave to file a statement of interest in response to ECF No. 180. The United States remains a real party in interest in this case, even where it has not intervened in the action. *United States ex rel. Karvelas v. Melrose-Wakefield Hosp.*, 360 F.3d 220, 231 (1st Cir. 2004). This Court has previously permitted the United States to file a statement of interest setting forth the position of the United States on issues critical to the resolution of this case. ECF No. 117. The United States has significant interest in the outcome of this motion. Relator seeks permission for the United States to file a statement of interest in response to ECF No. 180 and that any such statement be due on March 29, 2024, commensurate with the proposed date by which Relator must file her response in opposition.

3. <u>Amicus Curiae of The Anti-Fraud Coalition</u>. The Anti-Fraud Coalition ("TAF Coalition") is a nonprofit, public interest organization dedicated to combatting

2

fraud against the government and protecting public resources through public-private partnerships. Consistent with its efforts to preserve effective anti-fraud legislation at the federal and state levels, TAF Coalition has indicated to Relator that it intends to seek leave to file an *amicus curiae* brief in support of Relator with respect to Defendants' Motion for Judgment on the Pleadings. This Court has signaled an understanding of the national importance of the issues brought by Defendants and the value of hearing from outside stakeholders by granting leave for the Chamber of Commerce to file an *amicus curiae* brief in support of Defendants. ECF No. 191. Although TAF Coalition is not a party to this case, Relator seeks leave for TAF Coalition to file an *amicus curiae* brief in this motion in the interest of judicial efficiency, and Defendants do not oppose this request.[1] Relator requests that any *amicus curiae* brief filed by TAF Coalition be due on March 29, commensurate with the proposed date by which Relator must file her response in opposition.

    4.    <u>Defendants' Reply</u>. The Local Rules of the Middle District of Florida do not permit a party to reply directly to a response (except for in relation to summary judgment motions) without leave of court. Local Rule 3.01(d). Given the importance of the issues in Defendants' motion, Defendants anticipate the need to reply to Relator's response, the proposed United States' Statement of Interest, and the proposed *amicus curiae* brief of TAF Coalition. Ordinarily, a motion for leave to reply

---

[1] If the Court denies this relief based on the preference that TAF Coalition file its own stand-alone request for leave, then Relator request that the denial be made without prejudice as to TAF Coalition.

3

would be made after a response has been filed. However, again in the interest of efficiency in establishing a complete briefing schedule related to ECF No. 180, Defendants jointly seek leave for permission to file a reply not to exceed twelve pages and request that it be due fourteen days after Relator's response brief (i.e., April 12, 2024, should the Court grant the requested extension). Defendants warrant to the Court that they will only file a reply on unique issues not previously addressed in Defendants' opening brief.

## **Conclusion**

For the reasons set forth herein, and in the interest of establishing a comprehensive briefing schedule regarding Defendants' Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject Matter Jurisdiction without additional motion practice, the parties jointly request the entry of an order as follows:

(1) Relator's response in opposition to Defendants' motion is due March 29, 2024;

(2) The United States is granted leave to file a Statement of Interest by March 29, 2024;

(3) The Anti-Fraud Coalition is granted leave to file an *amicus curiae* brief by March 29, 2024; and

(4) Defendants are granted leave to file a reply not to exceed 12 pages by April 12, 2024.

Oral arguments on all briefs will be held on April 22, 2024 as previously set by the Court.

Respectfully submitted this 4th day of March 2024,

| | |
|---|---|
| */s/ Scott Drake*<br>Scott Drake (Lead Counsel)*<br>O'MELVENY & MYERS LLP<br>2801 North Harwood Street, Suite 1600<br>Dallas, TX 75201<br>(972) 360-1915<br>(972) 360-1901 (fax)<br>sdrake@omm.com<br><br>Benjamin D. Singer*<br>Amanda M. Santella*<br>O'MELVENY & MYERS LLP<br>1625 Eye Street NW<br>Washington, DC 20006<br>(202) 383-5300<br>(202) 383-5414 (fax)<br>bsinger@omm.com<br>asantella@omm.com<br><br>Elizabeth M. Bock*<br>Elizabeth A. Arias*<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071<br>(213) 430-6000<br>(213) 430-6407 (fax)<br>ebock@omm.com<br>earias@omm.com<br><br>Ginger Boyd<br>Fla. Bar No. 294550<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>215 South Monroe Street, Suite 400<br>Tallahassee, FL 32301<br>(850) 205-3356<br>(850) 521-1472 (fax)<br>Ginger.Boyd@nelsonmullins.com<br><br>*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.* | */s/ Jillian L. Estes*<br>Jillian L. Estes (Fla Bar No. 0055774)<br>Frederick Morgan, Jr.*<br>Jonathan M. Lischak*<br>Morgan Verkamp LLC<br>4410 Carver Woods Dr., Suite 200<br>Cincinnati, Ohio 45242<br>Telephone: (513) 651-4400<br>Fax: (513) 651-4405<br>Email:<br>jillian.estes@morganverkamp.com<br>rmorgan@morganverkamp.com<br>jonathan.lischak@morganverkamp.com<br><br>Kenneth J. Nolan (Fla. Bar No. 603406)<br>Marcella Auerbach (Fla. Bar No. 249335)<br>NOLAN, AUERBACH & WHITE, LLP<br>435 N. Andrews Ave., Suite 401<br>Fort Lauderdale, FL 33301<br>Phone: (954) 779-3943<br>Fax: (954) 779-3937<br>ken@whistleblowerfirm.com<br>marcellla@whistleblowerfirm.com<br><br>Adam T. Rabin (Fla. Bar No. 985635)<br>Havan M. Clark (Fla. Bar No. 1026390)<br>RABIN KAMMERER JOHNSON<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>Phone: (561) 659-7878<br>Fax: (561) 242-4848<br>arabin@rkjlawgroup.com<br>hclark@rkjlawgroup.com<br>e-filing@rkjlawgroup.com<br><br>*Counsel for Relator Dr. Clarissa Zafirov*<br><br>* admitted pro hac vice |

*/s/ Jason P. Mehta*
Jason P. Mehta (FBN: 106110)
Lauren L. Valiente (FBN: 034775)
Joseph W. Swanson (FBN: 29618)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
Telephone:  813-229-2300
Facsimile:  813-221-4210
Primary Email:  jmehta@foley.com
Secondary Email:  dmills@foley.com
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com

Matthew D. Krueger*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone:  414-297-4587
Primary Email:  mkrueger@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ Jillian L. Estes*
Jillian L. Estes (Lead Counsel)

*Counsel for Relator Dr. Clarissa Zafirov*