UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff and Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) NO. 8:19-cv-01236-KMM-SPF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DECLARATION OF JILLIAN L. ESTES IN SUPPORT OF RELATOR'S RESPONSE TO DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S MOTION TO COMPEL

I, Jillian L. Estes, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am an attorney at Morgan Verkamp, LLC, which represents Relator Dr. Clarissa Zafirov in the above-captioned matter. I am licensed to practice law in the State of Florida, am over the age of 18, and attest to the following facts based on personal knowledge.

2. Relator, through her counsel, first contacted the United States Attorneys' Office for the Middle District of Florida on May 16, 2019, to make a pre-filing disclosure relating to her allegations against, *inter alia*, Freedom Health, Inc., Optimum Healthcare, Inc., Physician Partners, LLC, Florida Medical Associates,

LLC d/b/a VIPcare, and Anion Technologies, LLC regarding fraud against the Untied States through the submission of false and fraudulent risk adjustment scores for Medicare Advantage beneficiaries.

3. The above-captioned False Claims Act case was filed on May 20, 2019. The case was filed under seal as required by 31 U.S.C. 3730(b)(2).

4. Relator, through her counsel, served a written disclosure statement on the United States on July 10, 2019 setting forth material evidence supporting the allegations contained in Relator's complaint as required by 31 U.S.C. §3730(b)(2).

5. Relator and her counsel attended a meeting with representatives of the United States on August 5, 2019, to discuss the allegations in Relator's complaint and the forthcoming investigation of the allegations.

6. Relator conducted consensual monitoring activities at the request of the United States in furtherance of their investigation. The first consensual monitoring occurred on August 8, 2019 and the last consensual monitoring occurred on January 31, 2020.

7. In furtherance of that consensual monitoring, Relator exchanged text messages with HHS-OIG Special Agent Raquel Welch. The text communications between Relator and Welch began on August 14, 2019, and ended on March 14, 2020.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge this 5th day of March 2024.

/s/ Jillian Estes  
Jillian L. Estes