UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff,

v.                                                                                      Case No. 8:19-cv-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC,
FLORIDA MEDICAL ASSOCIATES, LLC
d/b/a VIPCARE,
ANION TECHNOLOGIES, LLC,
FREEDOM HEALTH, INC.,
and OPTIMUM HEALTHCARE, INC.,

    Defendants.
_____

## ORDER

On February 16, 2024, Defendants filed a joint motion for judgment on the pleadings and to dismiss for lack of subject-matter jurisdiction. (Doc. 180). Oral argument on that motion is scheduled for Monday, April 22, 2024. (Doc. 191). The Parties now jointly move to resolve several outstanding scheduling issues in advance of oral argument. (Doc. 201). The motion is **GRANTED-IN-PART**.

Accordingly, it is **ORDERED**:

1. Zafirov's response in opposition to Defendants' motion is due March 29, 2024.

2. The United States is granted leave to file a Statement of Interest by March 29, 2024.

3. Defendants are granted leave to file a reply not to exceed 12 pages by April 12, 2024.

4. The Anti-Fraud Coalition is directed to file a separate motion requesting leave to file an amicus brief in support of Zafirov and is also directed to file a Certificate of Interested Persons and Corporate Disclosure Statement using the form found on the undersigned's website.

5. Any additional amici granted leave to file a brief in support of either party must file their brief by March 29, 2024.

**ORDERED** in Tampa, Florida, on March 6, 2024.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge