# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff and Relator, | ) ) |
| v. | ) NO. 8:19-cv-01236-KMM-SPF ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## RELATOR'S MOTION TO FILE EXHIBIT UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER

Pursuant to the Stipulated Protective Order (ECF 140-1) entered in the above captioned matter, Relator Dr. Clarissa Zafirov ("Relator") respectfully moves for permission to file Exhibit A to Relator's Reply in Support of Motion to Compel Discovery from Provider Defendants Regarding Affiliate Providers, as well as the portions of Relator's motion which refers to that Exhibit. In support of this motion for leave to file under seal, Relator states as follows:

1. Defendants have designated the foregoing exhibits as Confidential – Business Information.

| Exhibit Number | Bates Number |
|---|---|
| Exhibit A | FRDM_00000406 |

2.      Relator disputes that the entirety of this document contains information that is "Confidential – Business Information" as defined by the Protective Order in this case, as much of the document contains boilerplate contractual terms or terms which do not constitute trade secrets or other confidential commercial information. Pursuant to Paragraph 17 of the Stipulated Protective Order, the designating party will file a supplemental motion to seal within ten days of this motion, otherwise the Court should deny the motion to seal and not seal Exhibit A.

WHEREFORE, Relator Dr. Clarissa Zafirov respectfully requests that the Court grant her Motion for Leave to File Exhibit Under Seal.

Dated: March 8, 2024

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Frederick Morgan, Jr.*
Jonathan M. Lischak*
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: jillian.estes@morganverkamp.com
rmorgan@morganverkamp.com
jonathan.lischak@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL 33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcella@whistleblowerfirm.com

        Adam T. Rabin (Fla. Bar No. 985635)
        Havan M. Clark (Fla. Bar No. 1026390)
        RABIN KAMMERER JOHNSON
        1601 Forum Place, Suite 201
        West Palm Beach, FL 33401
        Phone: (561) 659-7878
        Fax: (561) 242-4848
        arabin@rkjlawgroup.com
        hclark@rkjlawgroup.com
        e-filing@rkjlawgroup.com

        ***Counsel for Relator Dr. Clarissa Zafirov***

        *admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing was served on March 8, 2024, to all parties of record via the CM-ECF electronic filing system.

        */s/ Jillian L. Estes*
        Jillian L. Estes (Fla Bar No. 0055774)