# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KMM-SPF

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 2.02(c) of the Local Rules for the United States District Court for the Middle District of Florida, Jessica E. Joseph moves to withdraw as counsel of record for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, d/b/a VIPCare, and Anion Technologies, LLC (collectively, the "Provider Defendants"), and states as follows:

1. In compliance with Local Rule 2.02(c)(1)(A), Jessica E. Joseph hereby certifies that Provider Defendants consent to the withdrawal.

2. Counsel for Relator does not oppose the withdrawal.

3. The withdrawal will not adversely impact Provider Defendants' ability to comply with any pending case management deadlines, because Jason Mehta, Lauren Valiente, Joseph Swanson, and Michael Matthews of Foley &

Lardner LLP, and Arthur Lee Bentley, III of Bradley Arant Boult Cummings LLP, will continue to represent Provider Defendants.

WHEREFORE, the undersigned requests permission to withdraw as counsel of record for Provider Defendants.

Dated: March 21, 2024

                                                Respectfully submitted,

/s/     Jessica E. Joseph
Jessica E. Joseph
Fl. Bar No. 99483
Foley & Lardner LLP
111 Huntington Avenue
Boston, MA 02199
Telephone:  (617) 226-3196
Facsimile:  (617) 342-4001
Primary email: jjoseph@foley.com
Secondary email: arezek@foley.com
Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Provider Defendants conferred with counsel for Relator regarding the relief sought in this Motion. Relator's counsel does not oppose the relief sought in this Motion.

/s/ Jessica E. Joseph
Jessica E. Joseph

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 21, 2024, a true and correct copy of the foregoing document was electronically filed with the Clerk of Court and served upon all counsel of record via the Court's CM/ECF system.

/s/ Jessica E. Joseph
Jessica E. Joseph