# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,
       Plaintiff,

v.                             NO. 8:19-CV-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC,
FLORIDA MEDICAL ASSOCIATES, LLC
d/b/a
ANION TECHNOLOGIES, LLC
FREEDOM HEALTH, Inc.
and OPTIMUM HEALHCARE, INC.
       Defendants.

## MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF
## THE ANTI-FRAUD COALITION IN SUPPORT OF *QUI TAM* RELATORS

Tejinder Singh
  (*pro hac vice* application forthcoming)
Sparacino PLLC
1920 L St. NW
Suite 835
Washington, DC 20036
202-629-3530
tejinder.singh@sparacinopllc.com

Jacklyn N. DeMar
  (pro hac vice application forthcoming)
The Anti-Fraud Coalition
1220 19th St. NW
Suite 501
Washington, DC 20036
Telephone: 202-296-4826
jdemar@taf.org

Jonathan Kroner
Jonathan Kroner Law Office
6001 N. Ocean Dr., Suite 806
Hollywood, FL 33019
305-310-6046
jk@floridafalseclaim.com

Steven F. Grover
Steven F. Grover PA
5075 Regency Isles Way
Cooper City, FL 33330
954-290-8826
stevenfgrover@gmail.com

Counsel for Amicus Curiae
The Anti-Fraud Coalition

The Anti-Fraud Coalition ("TAF Coalition") respectfully seeks leave to file a brief as *amicus curiae* in support of the *qui tam* Relator with respect to Defendant's pending Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject Matter Jurisdiction. All parties have consented to the filing of this brief.

The Anti-Fraud Coalition ("TAF Coalition") is a nonprofit, public interest organization dedicated to combating fraud against the Government and protecting public resources through public-private partnerships. TAF Coalition is committed to preserving effective anti-fraud legislation at the federal and state levels. The organization has worked to publicize the *qui tam* provisions of the federal False Claims Act ("FCA"), has participated in litigation as a *qui tam* relator and as an *amicus curiae*, including on the foundational issues presented in this case, and has provided testimony to Congress about ways to improve the FCA. TAF Coalition is supported by whistleblowers and their counsel, by membership dues and fees, and by private donations. TAF Coalition is the 501(c)(3) arm of Taxpayers Against Fraud, which was founded in 1986. TAF Coalition has a strong interest in defending the FCA and ensuring its proper interpretation and application.

TAF Coalition has filed *amicus curiae* briefs on important legal and policy issues in FCA cases before numerous federal courts, including the United States

Supreme Court, several Circuit Courts of Appeals, and District Courts across the country. TAF Coalition's broad base of knowledge of the FCA is reflected in its many publications and educational outreach. TAF Coalition publishes the False Claims Act & *Qui Tam* Quarterly Review, a quarterly law journal that provides an overview of court opinions, settlements, and other developments under the Act. Past issues of the publication are available online at www.taf.org.

TAF Coalition has produced and makes available a variety of other resources regarding False Claims Acts, including: Advising the *Qui Tam* Whistleblower: From Identifying a Case to Filing Under the False Claims Act; Reducing Health Care Fraud, An Assessment of the Impact of the False Claims Act; Fighting Medicare Fraud: More Bang for the Federal Buck; Reducing Medicaid Fraud: The Potential of the False Claims Act; and Reducing Medicare and Medicaid Fraud by Drug Manufacturers. Most of these publications are available online at www.taf.org.

TAF Coalition also presents a yearly educational conference for FCA attorneys, typically attended by more than 300 practitioners – including federal, state, and private attorneys. TAF Coalition collects and disseminates information concerning the FCA and *qui tam* cases and regularly responds to inquiries from a variety of sources, including the general public, the legal community, the media, and government officials. TAF Coalition has also provided congressional testimony and conference presentations on the FCA.

TAF Coalition seeks leave to file an *amicus* brief in this case to address the Defendants' erroneous contention that the FCA's *qui tam* provisions violate the Constitution. TAF Coalition believes that its brief in this case will assist the Court in deciding these issues, as it provides important context for the critical and constitutionally appropriate role that whistleblowers play in rooting out fraud against the government. The brief also provides the Court with additional cases showing the overwhelming consensus of the federal judiciary that the FCA's *qui tam* provisions are consistent with Article II of the Constitution.

TAF Coalition's brief, which is being filed contemporaneously with this Motion on March 29, 2024, is timely submitted as Relator's Response in Opposition to Defendants' Motion is being filed on March 29, 2024, in compliance with the Court's March 6, 2024 order.

TAF Coalition therefore respectfully requests that the Motion for Leave to file an *Amicus Curiae* brief be granted.

Respectfully Submitted,

Dated: March 29, 2024

*/s/ Steven F. Grover*
Steven F. Grover
Fla. Bar No. 131296
Steven F. Grover PA
5075 Regency Isles Way
Cooper City, FL 33330
954-290-8826
stevenfgrover@gmail.com

Tejinder Singh
Sparacino PLLC
1920 L St. NW
Suite 835
Washington, DC 20036
202-629-3530
tejinder.singh@sparacinopllc.com

Jacklyn N. DeMar *
The Anti-Fraud Coalition
1220 19th Street, N.W., Suite 501
Washington, DC 20036
Telephone: 202-296-4826
Email: jdemar@taf.org

Counsel for *Amicus Curiae*
The Anti-Fraud Coalition
* *pro hac vice* application forthcoming