**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,
        Plaintiff,

v.                                                    NO.  8:19-CV-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC,
FLORIDA MEDICAL ASSOCIATES, LLC
d/b/a
ANION TECHNOLOGIES, LLC
FREEDOM HEALTH, Inc.
and OPTIMUM HEALHCARE, INC.
        Defendants.

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

        I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

        None

2.)    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

        None

3.)    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

---

[1]  A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

      N/A

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      N/A

5.) Check one of the following:

  __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.
-or-

  ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

March 29, 2024

                                        */s/ Steven F Grover*
                                        Steven F. Grover
                                        Fla. Bar No. 131296
                                        Steven F. Grover PA
                                        5075 Regency Isles Way
                                        Cooper City, FL 33330
                                        954-290-8826
                                        stevenfgrover@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing corporate disclosure statement with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.