# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,
      Plaintiff,

v.                           NO.  8:19-CV-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC,
FLORIDA MEDICAL ASSOCIATES, LLC
d/b/a
ANION TECHNOLOGIES, LLC
FREEDOM HEALTH, Inc.
and OPTIMUM HEALHCARE, INC.
      Defendants.

## UNOPPOSED MOTION FOR SPECIAL ADMISSION OF TEJINDER SINGH

Tejinder Singh, respectfully moves for special admission to represent *amicus curiae*, The Anti-Fraud Coalition, in this action. In support of this motion, the undersigned states as follows:

1) I am a partner at Sparacino PLLC and represent The Anti-Fraud Coalition in this matter.

2) I am neither a Florida resident nor a member in good standing of the Florida Bar.

3) I am a member in good standing of a bar of a United States district court; specifically, the District of Maryland.

1

4) I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any cases in the last thirty-six months in state or federal court in Florida.

5) I will comply with the federal rules and this Court's local rules.

6) I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7) I have paid the fee for special admission or will pay the fee upon special admission.

8) I will register with the Court's CM/ECF system.

9) I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

March 29, 2024                               /s/Tejinder Singh

                                             Sparacino PLLC
                                             1920 L St. NW
                                             Suite 835
                                             Washington, DC 20036
                                             202-629-3530
                                             tejinder.singh@sparacinopllc.com

## Local Rule 3.01(g) Certification

I have conferred with the parties to this matter, and no party opposes the special admission of Tejinder Singh.

/s/ Steven F. Grover
Steven F. Grover
Fla. Bar No. 131296
Steven F. Grover PA
5075 Regency Isles Way
Cooper City, FL 33330
954-290-8826
stevenfgrover@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, I electronically filed the foregoing corporate disclosure statement with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ Steven F. Grover