# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | )<br>)<br>) |
| Plaintiff/Relator | )<br>) |
| v. | )<br>) CASE NO. 8:19-cv-01236 |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## UNOPPOSED JOINT MOTION OF RELATOR AND THE UNITED STATES FOR THE UNITED STATES TO PARTICIPATE IN ORAL ARGUMENTS

Relator Dr. Clarissa Zafirov and the United States jointly move the Court to permit the United States to share time at oral arguments scheduled for April 22, 2024, on Defendants' motion for judgment on the pleadings or to dismiss. In support thereof, Relator and United States state the following:

1. The United States, as the real-party-in-interest in a False Claims Act case,[1] was granted leave to submit a Statement of Interest responding to

---

[1] "The United States is the real party in interest in a *qui tam* action under the False Claims Act even if it is not controlling the litigation." *Timson v. Sampson*, 518 F.3d 870, 873 (11th Cir. 2008), citing *U.S. ex rel. Walver v. R&F Properties of Lake Co.*, 433 F.3d 1349, 1359 (11th Cir. 2005).

Defendants' motion regarding the Article II constitutionality of the *qui tam* provisions of the False Claims Act. Doc. 203.

2. The United States submitted a Statement of Interest on March 29, 2024, setting forth that "because the FCA is the United States' primary civil tool for remedying fraud against the government, the United States has a substantial interest in the development of the law in this area." Doc. 217 at 2.

3. In recognition of the United States' overarching interest in the issues before the Court in this matter, Relator and the United States seek to share time presenting arguments to the Court. The Court has allocated 40 minutes to each side (Doc. 208) and has permitted Taxpayers Against Fraud to participate in oral arguments for 10 minutes (Doc. 227). Relator and the United States do not seek to enlarge the time allocated by the Court, but rather to share the remaining 30 minutes allocated to Relator.

4. Pursuant to this Court's request that the parties identify who will argue for each side if this motion is granted (Doc. 229), the parties anticipate that J. Jennifer Koh, Trial Attorney, Commercial Litigation Branch, Civil Division of the United States Department of Justice will argue on behalf of the United States, and Relator's Lead Counsel Jillian Estes of Morgan Verkamp, LLC will argue on behalf of Relator.

For the reasons set forth herein, Relator and the United States respectfully request that the United States be permitted to participate in oral arguments on

Defendants' motion for judgment on the pleadings or to dismiss by sharing in the 30 minutes allocated to Relator.

Respectfully submitted,

| | |
|---|---|
| /s/ *Sean P. Keefe* <br> Sean P. Keefe  (FL 0413828) <br> Assistant United States Attorney <br> United States Attorney's Office, <br> Middle District of Florida <br> 400 N. Tampa Street, Suite 3200 <br> Tampa, FL   33602 <br> Telephone: (813) 274-6000 <br> Facsimile: (813) 274-6200 <br> Email: sean.keefe@usdoj.gov | /s/ *Jillian L. Estes* <br> Jillian L. Estes (FL 0055774) <br> Frederick M. Morgan, Jr.* <br> Jonathan M. Lischak* <br> MORGAN VERKAMP LLC <br> 4410 Carver Woods Dr., Suite 200 <br> Cincinnati, OH 45242 <br> Telephone: (513) 651-4400 <br> Fax: (513) 651-4405 <br> Email: <br> jillian.estes@morganverkamp.com <br> rmorgan@morganverkamp.com <br> jlischak@morganverkamp.com <br><br> Kenneth J. Nolan (FL 603406) <br> Marcella Auerbach (FL 249335) <br> NOLAN, AUERBACH & WHITE, LLP <br> 435 N. Andrews Ave., Suite 401 <br> Fort Lauderdale, FL   33301 <br> Phone: (954) 779-3943 <br> Fax: (954) 779-3937 <br> ken@whistleblowerfirm.com <br> marcellla@whistleblowerfirm.com <br><br> Adam T. Rabin (Fla. Bar No. 985635) <br> Havan M. Clark (Fla. Bar No. 1026390) <br> RABIN KAMMERER JOHNSON <br> 1601 Forum Place, Suite 201 <br> West Palm Beach, FL 33401 <br> Phone: (561) 659-7878 <br> Fax: (561) 242-4848 <br> arabin@rkjlawgroup.com <br> hclark@rkjlawgroup.com <br> e-filing@rkjlawgroup.com |

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

\* Admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Relator and the United States have conferred with counsel for all Defendants. Defendants do not oppose the relief sought herein.

/s/ *Jillian L. Estes*
Jillian L. Estes

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served via electronic mail on counsel for all parties of record on this 4th day of April, 2024.

/s/ *Jillian L. Estes*
Jillian L. Estes