# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

United States of America
*ex rel.* Clarissa Zafirov,

      Relator/Plaintiff,

v.                                       CASE NO. 8:19-cv-01236-KKM-SPF

Physician Partners, LLC;
Florida Medical Associates, LLC
d/b/a VIPcare;
Anion Technologies, LLC;
Freedom Health, Inc.; and
Optimum Healthcare, Inc.,

      Defendants.

_____/

## NOTICE OF APPEARANCE AND DESIGNATION
## OF ELECTRONIC MAIL ADDRESSES

PLEASE TAKE NOTICE that Priyanka Ghosh-Murthy hereby (a) files this

Notice of Appearance as additional counsel of record for defendants Physician

Partners, LLC, Florida Medical Associates, LLC, and Anion Technologies, LLC, and

(b) designates the undersigned's electronic mail address as follows:

      Primary:  priyanka.ghosh@gmail.com

Please note that service by e-mail should utilize the e-mail address designated

above.

April 12, 2024

*/s/ Priyanka Ghosh-Murthy*
Priyanka Ghosh-Murthy (FBN#: 85913)
Email: priyanka.ghosh@gmail.com
1300 Riverplace Blvd Ste 605
Jacksonville, FL 32207-9018
Telephone: 305-812-4986

*Counsel for Defendants Physician Partners, LLC,
Florida Medical Associates, LLC, and Anion
Technologies, LLC*

4875-5999-8134.1