UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **DR. CLARISSA ZAFIROV,**<br><br>    Plaintiff/Relator,<br><br>v.<br><br>**PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,**<br><br>    Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

**UNOPPOSED MOTION FOR SPECIAL ADMISSION OF KELLY A. MCDONNELL AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING**

Pursuant to Rule 2.01(c), Local Rules, United States District Court, Middle District of Florida, the undersigned respectfully moves, with Relator's consent, for the admission *pro hac vice* of Kelly A. McDonnell of the law firm O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 (kmcdonnell@omm.com) for purposes of appearance as co-counsel on behalf of Defendants Freedom Health, Inc., and Optimum Healthcare, Inc., ("Freedom Defendants") in this case and to permit Ms. McDonnell to receive electronic filings in this case. The undersigned further represents that she has been designated, and

consents to act, as local counsel. In support thereof, the undersigned states as follows:

1.      Ms. McDonnell is not a resident of the State of Florida and is not a member in good standing of The Florida Bar. Ms. McDonnell resides in Springfield, VA, and her office address is O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006, Telephone: (202) 383-5328, Email: kmcdonnell@omm.com. If the Court grants this Motion, Ms. McDonnell will maintain this information with the Clerk of the Court.

2.      Ms. McDonnell obtained her undergraduate degree from the University of California at Berkeley in 2012 and her juris doctor degree from the Georgetown University Law Center in 2017.

3.      Ms. McDonnell is an admitted member in good standing of all state courts in the State of California and the District of Columbia and the United States Court of Appeals for the Ninth Circuit.

4.      Ms. McDonnell has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

5.      Ms. McDonnell has not appeared in the last thirty-six months in state or federal court in Florida.

6.      Ms. McDonnell is familiar with and will comply with the Local Rules, United States District Court, Middle District of Florida; the Federal Rules of Civil Procedure; and 28 U.S.C. § 1927.

7. Ms. McDonnell is familiar with, and will be governed by, the Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

8. Ms. McDonnell's $150.00 fee payable to Clerk, United States District Court, is hereby submitted to the Clerk along with this Motion.

9. Ms. McDonnell will complete the online CM/ECF Attorney Registration Form on the Court's website promptly upon entry of an order granting this Motion.

10. The undersigned movant, Ginger Barry Boyd, is a partner in the law firm of Nelson Mullins Riley & Scarborough, LLP. Her address is 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301. She is an active member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida. She is authorized to file through the Court's electronic filing system.

11. Movant has appeared in this case on behalf of Freedom Defendants. Movant has been designated, and consents to be designated, as the member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who will electronically file and serve documents and things that may be filed and served electronically, and who will be responsible for the progress of this case, including the trial.

-4-

**WHEREFORE, Ginger Barry Boyd moves this Court to enter an Order allowing Kelly A. McDonnell to appear before this Court on behalf of Defendants Freedom Health, Inc., and Optimum Healthcare, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of future electronic filings to Kelly A. McDonnell.**

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

/s/ Ginger Barry Boyd

## AFFIRMATION OF THE OATH ON ADMISSION

I, Kelly A. McDonnell, affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ Kelly A. McDonnell

Kelly A. McDonnell
*Pro Hac Vice pending*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
(202) 383-5414 (fax)
kmcdonnell@omm.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that a good faith conference regarding this motion was conducted and that counsel for Plaintiffs consents to Ms. McDonnell's admission *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

/s/ *Ginger Barry Boyd*

Ginger Barry Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 907-2556
(850) 681-9792 (fax)
Ginger.Boyd@nelsonmullins.com

*Attorney for Defendants Freedom Health, Inc., and Optimum Healthcare, Inc.*