UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:19-cv-1236-KKM-SPF | **DATE:** April 22, 2024 |
| **HONORABLE KATHRYN K. MIZELLE** | **COURTROOM:** 13B |
| **CLARISSA ZAFIROV,**<br><br>Relator,<br>v.<br><br>**FLORIDA MEDICAL ASSOCIATES, LLC, et al.,**<br><br>Defendants.<br><br>**CHAMBER OF COMMERCE (Amicus)**<br><br>**ANTI-FRAUD COALITION (Amicus)**<br><br>**UNITED STATES (Statement of Interest)** | **COUNSEL**<br>Jillian Estes<br><br><br><br>Matthew Krueger<br><br><br><br><br>Steven Engel<br><br>Tejinder Singh<br><br>Jennifer Koh |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Gretchen O'Brien |
| **TIME:** 1:02 p.m.–3:01 p.m.<br>3:15 p.m.–4:56 p.m. | **TOTAL:** 3 hours, 40 minutes |

**PROCEEDINGS: ORAL ARGUMENT**

- The parties argued whether the False Claims Act violates 1.) The Appointments Clause or 2.) The Take Care and Vesting Clauses.

- The parties addressed the following questions from the Court:
    1.) What is the standard for continuity for officers under the Appointments Clause?
    2.) What does the historical record bear out for purposes of the constitutionality of the False Claims Act?
    3.) What is the impact of *Polansky* on *Stevens*' partial assignment theory for relators?

- Hearing concluded