# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Relator/Plaintiff,

v.                          Case No: 8:19-cv-01236-KKM-SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

    Defendants.
_____

## ORDER

To assist in the Court's fully informed resolution of Defendants' motion for judgment on the pleadings, the Parties, their Amicus, and the United States are invited to file supplemental briefs providing additional founding-era historical evidence regarding federal qui tam enforcement. The most helpful briefing will identify founding-era federal qui tam statutes, analyze whether those statutes provide relevant historical analogues for the False Claims Act, and discuss federal enforcement practice under those statutes. Supplemental briefs are not to exceed 15 pages and are due no later than **May 21, 2024**.

**ORDERED** in Tampa, Florida, on April 23, 2024.

Kathryn Kimball Mizelle
United States District Judge