UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

### UNOPPOSED MOTION FOR SPECIAL ADMISSION OF CHANDRA NAPORA AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILING

Pursuant to Rule 2.01(c), Local Rules, United States District Court, Middle District of Florida, the undersigned respectfully moves, with Defendants' consent, for the admission *pro hac vice* of Chandra Napora of the law firm Morgan Verkamp LLC (chandra.napora@morganverkamp.com) for purposes of appearance as counsel on behalf of Relator Clarissa Zafirov ("Relator") in this case and to permit Ms. Napora to receive electronic filings in this case. The undersigned further represents that she has been designated, and consents to act, as counsel. In support thereof, the undersigned states as follows:

1. Ms. Napora is not a resident of the State of Florida and is not a member in good standing of The Florida Bar. Ms. Napora resides in Ohio and her office address is Morgan Verkamp LLC 4410 Carver Woods Drive, Suite 200, Cincinnati,

1

Ohio 45242, Telephone: (513) 651-4400, Email: chandra.napora@morganverkamp.com. If the Court grants this Motion, Ms. Napora will maintain this information with the Clerk of the Court.

2. Ms. Napora obtained her undergraduate degree from Goddard College and her juris doctor degree from the University of Cincinnati College of Law. She is an admitted member in good standing of all state courts in the state of Ohio (OH Bar No. 0092886) and in the Commonwealth of Kentucky (KY Bar No. Bar No. 92337) and of the United States District Court for the Southern District of Ohio, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Seventh Circuit and the Supreme Court of the United States.

3. Ms. Napora has not abused the privilege of special admission by maintaining a regular practice of law in Florida.

4. In the last thirty-six months, Ms. Napora has not appeared in state or federal court in Florida.

5. Ms. Napora is familiar with and will comply with the Local Rules, United States District Court, Middle District of Florida; the Federal Rules of Civil Procedure; and 28 U.S.C. § 1927.

6. Ms. Napora is familiar with, and will be governed by, the Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

7. Ms. Napora's $150.00 fee payable to Clerk, United States District Court, is hereby submitted to the Clerk along with this Motion.

8. Ms. Napora will complete the online CM/ECF Attorney Registration Form on the Court's website promptly upon entry of an order granting this Motion.

9. The undersigned movant, Jillian L. Estes, is an attorney with the law firm of Morgan Verkamp LLC. Her office address is 4410 Carver Woods Drive, Suite 200, Cincinnati, Ohio 45242. She is an active member in good standing of The Florida Bar and the United States District Court for the Middle District of Florida. She is authorized to file through the Court's electronic filing system.

10. Movant has appeared in this case on behalf of Relator. Movant has been designated, and consents to be designated, as the member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who will electronically file and serve documents and things that may be filed and served electronically, and who will be responsible for the progress of this case, including the trial.

WHEREFORE, Jillian L. Estes moves this Court to enter an Order allowing Chandra Napora to appear before this Court on behalf of Relator for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of future electronic filings to Chandra Napora.

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

*/s/ Jillian L. Estes*

## AFFIRMATION OF THE OATH ON ADMISSION

I, Chandra Napora, affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

/s/ *Chandra Napora*
Chandra Napora
(OH Bar No. 0092886)
(KY Bar No. 0092337)
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: chandra.napora@morganverkamp.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that a good faith conference regarding this motion was conducted and that counsel for Defendants consents to Ms. Napora's admission *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: jillian.estes@morganverkamp.com

*Attorney for Relator*