UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS,<br>LLC; ANION TECHNOLOGIES, LLC;<br>FREEDOM HEALTH, INC.; and OPTIMUM<br>HEALTHCARE, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 8:19-cv-01236<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RELATORS MOTION FOR LEAVE TO FILE SUR-REPLY**

Pursuant to Local Rule 3.01(d), Relator seeks leave to file a five-page sur-reply, in support of her Motion to Compel Discovery from Provider Defendants Regarding Affiliate Providers.

Relator filed her Motion to Compel Discovery from Provider Defendants Regarding Affiliate Providers on February 12, 2024 (Dkt. 178) and Defendants filed their opposition on February 26, 2024 (Dkt. 193). On February 27, 2024 Relator filed a Motion for Leave to File Reply which the Court granted. Relator Filed her Unredacted Reply on March 22, 2024 (Dkt. 214).

Relator recognizes that sur-replies are disfavored, but the timing of this case is unique in that depositions have recently occurred during the pendency of Relator's

Motion to Compel (Dkt. 178) wherein testimony was given that speaks directly to the issues before the Court in Relator's Motion. Specifically, these depositions have elicited testimony that confirms Relator's position that there is *no* material difference between the training, education, and use of 5-Star forms for Provider Physicians regardless of whether they are employed by the Provider Defendants or otherwise affiliated with the Provider Defendants. *Id.* at 8. Indeed, the depositions of Emily Gallman, taken on April 14, 2024, Dennis Mihale, taken on May 6, 2024, and Sajitha Johnson, taken on May 7, 2024, provided additional details that Relator did not have when she filed her Reply in March of this year. Courts grant additional briefing where, as here, it will "benefit the Court's resolution of the pending motion." *Short v. Immokalee Water & Sewage Dist.*, No. 2:18-cv-124-FtM-38CM, 2019 U.S. Dist. LEXIS 230131, at *2-3 (M.D. Fla. Jan. 23, 2019) (granting motion for reply and sur-reply).

Respectfully submitted,

/s/ Jillian L. Estes
Jillian L. Estes (FL 0055774)
Jonathan M. Lischak*
MORGAN VERKAMP LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, OH 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email:
jillian.estes@morganverkamp.com
jlischak@morganverkamp.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401

2

>Phone: (561) 659-7878
>Fax: (561) 242-4848
>arabin@rkjlawgroup.com
>hclark@rkjlawgroup.com
>e-filing@rkjlawgroup.com
>
>*Counsel for Relator Dr. Clarissa Zafirov, M.D.*
>
>\* Admitted *pro hac vice*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), Relator and the United States have conferred with counsel for all Defendants. Defendants oppose the relief sought herein.

>　/s/　Jillian L. Estes
>Jillian L. Estes

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was served via electronic mail on counsel for all parties of record on this 13th day of May, 2024.

>　/s/　Jillian L. Estes
>Jillian L. Estes

3