# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | )<br>)<br>) |
| Plaintiff and Relator, | )<br>) |
| v. | ) No. 8:19-cv-01236-KKM-SPF<br>) |
| PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## JOINT MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' DISPOSITIVE MOTION

Pursuant to Local Rule 3.01(e), the parties file this joint Motion to Stay Discovery Pending Resolution of Defendants' Dispositive Motion.

This motion arises in relation to Defendants' Motion for Judgment on the Pleadings or to Dismiss for Lack of Subject-Matter Jurisdiction (Doc. 180) (the "MJOP/SMJ"), on which oral arguments were heard on April 22, 2024 (Doc. 239). Following oral arguments, on April 25, 2024, Relator moved the Court to stay all remaining deadlines pending the resolution of the dispositive motion. (Doc. 242.) On April 26, 2024, the Court entered an endorsed order noting that it saw "much merit" in Relator's motion to stay. (Doc. 243.) The Court ultimately denied Relator's motion, but stated in the endorsed order, "should the Parties agree on a more limited

1

stay…they may file a motion seeking a stay of other deadlines." (Doc. 245.) This motion follows.

The Parties have agreed to complete fact discovery by the May 29, 2024 deadline, with a limited exception to allow an additional 16 days to complete certain agreed-to depositions, going through June 14, 2024. Following the fact discovery deadline, the following deadlines currently set by the Court's scheduling order (Doc. 172) are:

| | |
|---|---|
| Plaintiff Expert Disclosure | July 10, 2024 |
| Defendant Expert Disclosure | July 10, 2024 |
| Mediation Deadline | July 29, 2024 |
| Rebuttal Expert Disclosure | August 21, 2024 |
| Expert Discovery Cut-Off and Expert Discovery-Related Motions Deadline | Nov. 27, 2024 |
| Dispositive and *Daubert* Motions | January 27, 2024 |
| Final Pretrial Meeting | June 7, 2025 |
| Motions *In Limine* | June 30, 2025 |
| Joint Pretrial Statement | July 7, 2025 |
| Pretrial Conference | Jul 28, 2025 |
| Trial Briefs | August 10, 2025 |
| Trial Term | September 2025 |

The Parties seek a stay of all remaining deadlines set forth above and in the Court's scheduling Order while the Court considers its ruling on the pending

2

dispositive motion. A stay benefits the Parties by avoiding expenses that are unnecessary to incur at this time if the Court ultimately determines to grant the dispositive motion. Further, it does not prejudice any party because the Parties will have completed fact discovery and thus be positioned to resume all expert discovery and pretrial tasks if discovery resumes once the dispositive motion is fully resolved. A stay also benefits the Court by allowing the Court to focus singularly on the dispositive motion, and to forgo resolving any additional motions practice related to expert discovery, summary judgment and pretrial motions while the dispositive motion is pending.

District courts are afforded broad discretion to manage their cases, including discovery and scheduling. *Johnson v. Bd. of Regents of Univ. of Ga.*, 263 F.3d 1234, 1269 (11th Cir. 2001); *see also Reese v. Herbert*, 527 F.3d 1253, 1267-68 (11th Cir. 2008); *Johnson v. England*, 350 F. App'x 314, 315-16 (11th Cir. 2009). This includes the substantial discretion to stay discovery pending dispositive motion practice. *See, e.g., Clinton v. Jones*, 520 U.S. 681, 706 (1997) (noting that a "[d]istrict [c]ourt has broad discretion to stay proceedings as an incident to its power to control its own docket"); *Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) (recognizing that district courts have "broad discretion to stay discovery pending decision on a dispositive motion"); *Torres v. Zingale*, No. 6:22-cv-1298-WWB-LHP, 2023 U.S. Dist. LEXIS 190410, at *5 (M.D. Fla. Oct. 24, 2023). The basis for the stay sought by the Parties here is commensurate to the basis the Court found in staying discovery in this matter when Defendants' motions to dismiss were pending during the initial litigation

3

of this case. *United States ex rel. Zafirov v. Fla. Med. Assocs. LLC*, No. 8:19-cv-1236-T-KKM-SPF, 2021 U.S. Dist. LEXIS 109712, at *3 (M.D. Fla. June 11, 2021) ("the Court finds good cause to stay discovery until an order on the defendants' motions to dismiss is entered. Staying discovery will avoid expending the parties' resources and judicial resources on possible discovery disputes while the Court decides the motions to dismiss").

Accordingly, the Parties jointly move the Court to stay all remaining dates set in the Court's current scheduling order (Doc. 172) from the July 10, 2024 expert disclosure deadline through the September 2025 trial term until the dispositive motion is fully resolved, and request that the Court enter an order directing the Parties to meet-and-confer within 21 days of the order fully resolving the dispositive motion to propose a schedule for the resumption of the stayed dates.

Respectfully submitted this 14th day of May 2024,

/s/ Scott Drake
Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP 2801
North Harwood Street, Suite 1600
Dallas, TX 75201
(972)360-1915
(972)360-1901 (fax)
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202)383-5300(202)383-5414
(fax)bsinger@omm.com
asantella@omm.com

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Jonathan M. Lischak*
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
jillian.estes@morganverkamp.com
jonathan.lischak@morganverkam.com

Adam T. Rabin (Fla Bar No. 985635)
Havan M. Clark (Fla Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL  33401
Phone: (561) 659-7878

4

Elizabeth M. Bock*
Elizabeth A. Arias*
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
(213)430-6000(213)430-6407 (fax)
ebock@omm.com
earias@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850)205-3356
(850)521-1472(fax)
Ginger.Boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*
*admitted *pro hac vice*


/s/ Jason P. Mehta
Jason P. Mehta (FBN: 106110)
Lauren L. Valiente (FBN: 034775)
Joseph W. Swanson (FBN: 29618)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Telephone:  813-229-2300
Facsimile: 813-221-4210
Primary Email:jmehta@foley.com
Secondary Email: dmills@foley.com
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com

Matthew D. Krueger*
FOLEY & LARDNER LLP

Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com
***Counsel for Relator Dr. Clarissa Zafirov***

* admitted *pro hac vice*

5

777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-297-4587
Primary Email: mkrueger@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

\* admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing Joint Motion to Stay was served on May 14, 2024, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)