# Exhibit B

| | |
|---|---|
| **From:** | Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov> |
| **Sent:** | Friday, March 31, 2023 7:41 AM |
| **To:** | Singer, Benjamin D. |
| **Cc:** | lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. |
| **Subject:** | RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.) |

[EXTERNAL MESSAGE]

Hello,

HHS-OIG is in receipt of your joint request for documents pursuant to *Touhy* regulations and is unable to obtain authorization to permit the production of all documents or materials you have requested.  HHS-OIG is determining whether it has audio and/or visual recordings responsive to Document Request Number One that are unique from those produced by DOJ.  If HHS-OIG identifies nonduplicates, they will be provided to you.  I am available to discuss any questions or concerns.

Thank you,
Candace

Candace Ashford
Senior Counsel
Office of Counsel to the Inspector General
U.S. Department of Health and Human Services
Cohen Building, Room 5527
330 Independence Avenue, SW
Washington, DC 20201
Phone: (202) 308-3013
Fax: (202) 205-0604
candace.ashford@oig.hhs.gov

Caution: This message may contain information protected by the attorney-client, attorney work product, deliberative process, or other privilege, or protected by Federal confidentiality laws.  Do not disseminate without the approval of the Office of Counsel to the Inspector General.

---

**From:** Ashford, Candace M (OIG/OCIG)
**Sent:** Tuesday, March 7, 2023 4:35 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>
**Cc:** lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)

Thank you very much.

Best,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Tuesday, March 7, 2023 4:24 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Cc:** lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Candace:

As we discussed over the phone, we agree to an extension of the response date to March 31, 2023. Safe travels.

Kind regards,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

---

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Tuesday, March 7, 2023 1:09 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>; lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)


[EXTERNAL MESSAGE]

Hello,

HHS-OIG is in receipt of your joint request for documents pursuant to *Touhy* regulations and is preparing a response. Your subpoena specifies March 13, 2023 as the date of compliance. Due to out of country travel, I am writing to request an extension until March 31, 2023 for HHS-OIG to provide its written responses to the *Touhy* requests. I am available today, March 7, 2023 if you have any concerns or would like to discuss further.

Thank you,
Candace

Candace Ashford
Senior Counsel
Office of Counsel to the Inspector General
U.S. Department of Health and Human Services
Cohen Building, Room 5527

330 Independence Avenue, SW
Washington, DC 20201
Phone: (202) 308-3013
Fax: (202) 205-0604
candace.ashford@oig.hhs.gov

Caution: This message may contain information protected by the attorney-client, attorney work product, deliberative process, or other privilege, or protected by Federal confidentiality laws.  Do not disseminate without the approval of the Office of Counsel to the Inspector General.