# **Exhibit C**

# (Continued)

# EXHIBIT 1

# Documents Related to Patient H

# EXHIBIT 1-H1



CZ_DS004492

# EXHIBIT 1-H2



VIP-VEN-LAP02

ZAFIROV, CLARISSA, A DR (2019-02-25)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I11.9 | Hypertensive heart disease without heart failure | | PCP Encounters |
| I34.0 | Nonrheumatic mitral (valve) insufficiency | | PCP Encounters |
| I51.7 | Cardiomegaly | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters |

PATEL, AKHIL (2019-01-14)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I10 | Essential (primary) hypertension | | PCP Encounters |
| M71.22 | Synovial cyst of popliteal space [Baker], left knee | | PCP Encounters |
| Z68.32 | Body mass index (BMI) 32.0-32.9, adult | | PCP Encounters |

PATEL, AKHIL (2019-01-08)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| M25.562 | Pain in left knee | | PCP Encounters |

PATEL, AKHIL (2019-01-07)

CZ_DS004493

# EXHIBIT 1-H3

# 5 Star Check List - DR. CLARISSA A ZAFIROV

**PHYSICIAN PARTNERS**

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

| Visits in last 12 months: | PCP: 13 | ER: 0 | Specialists: 7 | Hospital: 0 |
| --- | --- | --- | --- | --- |

100% | 2.849

       

HCC 021 — HCC 040 — HCC 018 — HCC 085 — HCC 058 — HCC 108 — HCC 048 — HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| **HCC021 - Protein-Calorie Malnutrition** | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | No - and no lab data done |
| **HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease** | | | | | | RA Factor: 0.74 |
| M46.1 | Sacroiliitis, not elsewhere classified | 6 | 2 | 0 | Physician | No |
| **HCC018 - Diabetes with Chronic Complications** | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 6 | 6 | 2 | Past History | No, patient denies * labs attached |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 0 | 1 | 0 | Past History | No |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | No no neuropathy |
| **HCC085 - Congestive Heart Failure** | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 3 | 0 | 0 | Physician | No - diast dyst ungraded without CHF * attached echo |
| I50.9 | Heart failure, unspecified | 0 | 0 | 1 | Past History | NO |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 6 | 2 | 0 | Physician | Doubtful that - not docum that She meets criteria |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.299 |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 0 | 0 | Physician | No, no imaging |
| I70.0 | Atherosclerosis of aorta | 2 | 0 | 0 | Physician | OK. AAA done without |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 6 | 2 | 0 | Physician | No |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.9 | Angina pectoris, unspecified | 3 | 0 | 0 | Physician | No, in last year |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | Other than anxiety related. |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
| --- | --- | --- | --- | --- | --- |
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 3/25/19            AAA screen done. Why

*needs more renal labs attached

150.3 - Diast dysfuction ≠
diastolic CHF,

E11.22. No evidence of. (attached)
E11.40. Patient denies and
normal sensory foot exam.
120.9/8 - No chest pain in the
last year

# EXHIBIT 1-H4



VIP–VEN–LAP02

**2019 Paid (3)**

| | | | | # of times reported in service years | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC | HCC Description | ICD | ICD9 Description | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | Logic number |
| HCC019 | Diabetes without Complication | E11.9 | Type 2 diabetes mellitus without complications | 3 | 3 | 10 | 0 | 0 | 0 | 0 | 1 | 1 |
| | | Z79.4 | Long term (current) use of insulin | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | |
| HCC085 | Congestive Heart Failure | I11.0 | Hypertensive heart disease with heart failure | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I50.30 | Unspecified diastolic (congestive) heart failure | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | I50.9 | Heart failure, unspecified | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | |
| HCC108 | Vascular Disease | I70.0 | Atherosclerosis of aorta | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I73.9 | Peripheral vascular disease, unspecified | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

**2019 All Codes Captured (1)**

| HCC | Status | ICD | Resolved | Date of Service | Provider | Submittal | Provider Billable | HCFA | RAP | Added on | Added By | Added |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

CZ_DS004494

# EXHIBIT 1-H5



Case 8:19-cv-01238-KKM-SPF  Document 353-5  Filed 06/15/24  Page 13 of 191 PageID 3528

# 5 Star Checklist - DR. CLARISSA A. ███

███████████████████████████

(Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 13    ER: 0    Specialist:

*(handwritten)* E11 J5   ✓ or ✓✓✓✓✓✓ or ✓✓✓✓✓✓    qrozic/ozic CHF

PARTNERS

13% | 0.368    88% | 2.599

       

HCC 085 | HCC 021 | HCC 040 | HCC 018 | HCC 058 | HCC 108 | HCC 048 | HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| **HCC021 - Protein-Calorie Malnutrition** | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | No |
| **HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease** | | | | | | RA Factor: 0.374 |
| M46.1 | Sacroiliitis, not elsewhere classified | 6 | 2 | 0 | Physician | No |
| **HCC018 - Diabetes with Chronic Complications** | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 7 | 6 | 2 | Physician | No. Normal DM Foot exam |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease *Cannot say.* | 0 | 1 | 0 | Past History | No - See microalb ok |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | No |
| **HCC058 - Major Depressive, Bipolar, and Paranoid Disorders** | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 7 | 2 | 0 | Physician | No depression qualifying For MDD |
| **HCC108 - Peripheral vascular disease, unspecified** | | | | | | RA Factor: 0.299 |
| I70.0 | Atherosclerosis of aorta | 3 | 0 | 0 | Physician | Ok - CT 3/28 showing 2018 |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 0 | 0 | Physician | No imaging done |
| **HCC048 - Coagulation Defects and Other Specified Hematological Disorders** | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 7 | 2 | 0 | Physician | No |
| **HCC088 - Angina Pectoris** | | | | | | RA Factor: 0.145 |
| I20.9 | Angina pectoris, unspecified | 3 | 0 | 0 | Physician | No |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 02-25-2019 | 02-25-2019 | Current PCP |

*(handwritten)* → No and should be renewed

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen:  4/17/19.

Signature (MD, DO, PA or NP only):  *(signature)* C. Z

# EXHIBIT 1-H6





| | | | | | | |
|---|---|---|---|---|---|---|
| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 1 | 0 | 0 | Physician | |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 0 | 1 | 0 | Past History | |
| E11.43 | Type 2 diabetes mellitus with diabetic autonomic (poly)neuropathy | 0 | 3 | 0 | Physician | |

| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor: 0.330 |
|---|---|---|---|---|---|---|
| F32.4 | Major depressive disorder, single episode, in partial remission | 10 | 2 | 0 | Physician | |

| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.253 |
|---|---|---|---|---|---|---|
| D69.2 | Other nonthrombocytopenic purpura | 10 | 2 | 0 | Physician | |

| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
|---|---|---|---|---|---|---|
| I20.9 | Angina pectoris, unspecified | 4 | 0 | 0 | Physician | |
| I20.8 | Other forms of angina pectoris | 1 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 04-17-2019 | 04-17-2019 | Current PCP |
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 02-25-2019 | 03-12-2019 | Physician |
| HCC108 | I70.0 | Atherosclerosis of aorta | 03-25-2019 | 03-25-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

08/12/2019 13:11          Please fax form and progress note to 888-978-5655

CZ_DS004497

# EXHIBIT 1-H7



**The Heart Institute**
**OF VENICE**

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:** ▊▊▊▊▊▊
**Patient ID:** ▊▊▊▊▊▊
**Date of Birth:** ▊▊▊▊▊▊

**Date of Service: 03-12-2019**

**Chief Complaint:**
Seen today for results of echocardiogram and carotid ultrasound.

**Past Medical History:**
Abnormal ECG (R94.31) (794.31),Attention and concentration deficit following cerebral infarction (I69.310),Bilateral carotid artery occlusion (I65.23) (433.10) (Bilateral 20-49%),Diabetes mellitus type 1 (E10.9) (250.01),Diastolic dysfunction (I50.30),Hypertensive heart disease without heart failure (I11.9),LVH - Left ventricular hypertrophy (I51.7) (429.3) (Mild),Nonrheumatic mitral (valve) insufficiency (I34.0) (424.0) (Trace),Nonrheumatic tricuspid (valve) insufficiency (I36.1) (424.2) (Trace)

**Procedures:**
Depression Screening (07-10-2015),Polypectomy (6/2016)

**Presenting Medications:**
**aspirin oral** 81mg (1 tablet po qd), **levothyroxine oral** 50mcg (1 tablet qd), **losartan** 50mg (1 tablet po qd), **metformin** tabl 1000mg (1 tablet po bid), **simvastatin** 10mg (1 tablet po hs)

**Allergies:**
cortisone

**Social History:** Smoking Status: Former smoker.   Age Started Smoking: 17.   Age Quit Smoking: 37.   Smoking Cessation
Counseling: No.   Language: English.   Race:

· White
  Ethnicity:

· Not Hispanic or Latino

Reader

/ 7   ⊖ ⊕   66.7% ▼   [icons]

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:** ▮▮▮▮▮▮▮
**Patient ID:** ▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮▮

**Date of Service: 03-12-2019**

HISTORY OF PRESENT ILLNESS: This ▮▮▮▮▮▮▮ is followed for hypertension, mild carotid artery disease, insulin dependent diabetes and mitral insufficiency. She has been doing fairly well, denies anginal type chest pain or severe short of breath. She had an echo Doppler done recently, which showed normal systolic function, mild mitral and tricuspid insufficiency. Carotid duplex exam revealed mild disease bilaterally. She does describe some episodes of chest aching sensation just lasting a few minutes, not related to occasional, meals or time of day. I mentioned about doing an exercise t but she does not want to have this done.

REVIEW OF SYSTEMS: No recent history of PND, orthopnea, ankle edema, dizziness, palpitations, syncope, extreme fati diarrhea, nausea or vomiting. I have reviewed the review of systems.

PHYSICAL EXAMINATION:
GENERAL: No acute distress. Conversant.
VITALS: See nurse's notes.
NECK: No jugular venous vein distention or carotid bruits.
LUNGS: Clear to percussion and auscultation.
HEART: Regular rate and rhythm. Heart sounds normal. Grade 1/6 systolic murmur at the lower left sternal border. No rubs gallops; normal PMI.
ABDOMEN: Soft, nontender, normal active bowel sounds. No hepatosplenomegaly. Normal aortic pulsations; no bruits.
EXTREMITIES: No peripheral edema. Normal, symmetric pedal pulses. No digital cyanosis or clubbing.

IMPRESSION:
1. Hypertension.
2. Mild carotid artery disease.
3. Insulin dependent diabetes.
4. Mitral insufficiency.

DISPOSITION: The patient will be seen in followup in another few months.

Barry J. Weckesser, M.D., F.A.C.C.
BJW: tfsl/ha

cc: Clarissa A. Zafirov, M.D. 844-388-6186

d: 03/12/2019 t: 03/13/2019

Patient education material given
outcome health

d: 03/12/2019 t: 03/13/2019

Patient education material given
· outcome health

cc: CLARISSA A ZAFIROV, MD

---



**The Heart Institute**
O F   V E N I C E

**1370 East Venice Avenue, Suite 102**
**Venice, Florida 34285**
**Ph #: 941/412-0026**
**Fax #: 941/412-0027**

**Patient Name:** ███████████
**Patient ID:** ███████████
**Date of Birth:** ███████████

**Date of Service: 03-12-2019**

BARRY J. WECKESSER, MD, FACC

# EXHIBIT 1-H8

Inbox (1) - czafirov@getvipcare.c ✕ | https://apps.freedomhealth.com ✕ | 16 Physician Partners - Calendar - C ✕ | +

← → C 🔒 https://apps.freedomhealth.com/HCCSnapshot/MemberHealthProfileSearchResult

⠿ Apps 📙 Patient Handouts 🟩 Preprocedure Patie... 📄 AAOS Essentials of... 🆄 Search - UpToDate ◈ Paroxetine-sertralin...

|◁ ◁ [1] of 1 ▷ ▷| ↻     💾 ⌄     Find | Next

Confidential Patient Information

## MEMBER HEALTH PROFILE

**FREEDOM HEALTH**

Provider Name: ZAFIROV, CLARISSA, A          Group Name: FLORIDA MEDICAL ASSOCIATES LLC

Run Date: 10/16/2019          Membership Month 10/01/2019          Review Period: 1/1/2019 To 12/31/2019

Plan Name: Freedom VIP Savings (HMO SNP)

Member Name: ▓▓▓▓▓▓▓▓          Member I ▓▓▓▓▓▓▓▓

Gender: ▓▓▓          PCP Name: ZAFIROV, CLARISSA, A

DOB: ▓▓▓▓▓          Provider ID: P1045672

Member Phone ▓▓▓▓▓▓▓          Eff Date: 01/01/2019

Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| Physician | Y | 0.31 | I50.30 | Unspecified diastolic (congestive) heart failure | 3/12/2019 | HCC085 | Congestive Heart Failure |
| Physician | Y | 0.305 | I70.0 | Atherosclerosis of aorta | 3/25/2019 | HCC108 | Vascular Disease |
| Physician | N | 0.426 | M46.1 | Sacroiliitis, not elsewhere classified | 5/31/2018 | HCC040 | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease |
| Physician | Y | 0.106 | E11.9 | Type 2 diabetes mellitus without complications | 9/17/2019 | HCC019 | Diabetes without Complication |
| Physician | N | 0.307 | E11.65 | Type 2 diabetes mellitus with hyperglycemia | 11/20/2018 | HCC018 | Diabetes with Chronic Complications |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 11/20/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |
| Physician | N | 0.353 | F32.4 | Major depressive disorder, single episode, in partial remission | 11/20/2018 | HCC059 | Major Depressive, Bipolar, and Paranoid Disorders |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| MED HX | Pt has a history of Diabetes and Vascular Disease. If a causal relationship exists, please consider coding Diabetes with secondary Vascular Complications | 08/21/2018 | | | HCC018 | Diabetes with Chronic Complications | 0.368 |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Hx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of that registered), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.

1

# EXHIBIT 2
# Documents Related to Patient I

# EXHIBIT 2-I1

# 5 Star Check List - DR. AKHIL PATEL

freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

| Visits in last 12 months: | PCP: 17 | ER: 0 | Specialists: 7 | Hospital: 0 |

**PHYSICIAN PARTNERS**

100% | 2,029

(HCC 040) (HCC 111) (HCC 058) (HCC 108) (HCC 112) (HCC 048) (HCC 012)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M06.9 | Rheumatoid arthritis, unspecified | 21 | 5 | 3 | Current PCP | No - Pending Rh |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 4 | 2 | 2 | Current PCP | No |
| HCC058 - Major Depressive, Bipolar, and Paranoia Disorders | | | | | | RA Factor: 0.309 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Current PCP | No |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I77.9 | Disorder of arteries and arterioles, unspecified | 0 | 0 | 1 | Past History | No |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.224 |
| J47.0 | Bronchectasis with acute lower respiratory infection | 0 | 0 | 1 | Past History | No |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physician | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.253 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 2 | 0 | Current PCP | No |
| HCC012 - Breast, Prostate, and Other Cancers and Tumors | | | | | | RA Factor: 0.154 |
| C61 | Malignant neoplasm of prostate | 0 | 2 | 4 | Past History | No in remission |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/31/19

Signature (MD, DO, PA or NP only): _____

CZ_DS004501

# EXHIBIT 2-I2

5-Star Check List - DR. CLARISSA A DAYIRON

Practice: — — — — 

— — 

**98%; 13,243**

(012) (040) (085) (111) (058) (108) (112) (048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC40 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M06.9 | Rheumatoid arthritis, unspecified | 21 | 5 | 3 | Physician | No, not verified |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.488 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 0 | 0 | 0 | Review Suspect | Echo on 04/08/2013 shows Diastolic dysfunction. No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 5 | 2 | 2 | Physician | No |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor: 0.350 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Physician | No |
| HCC108 - Vascular Disease | | | | | | RA Factor: 0.388 |
| I77.819 | Aortic ectasia, unspecified site | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows ascending aorta is ectatic. No |
| I70.0 | Atherosclerosis of aorta | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows atherosclerotic calcifications in aorta. OK |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 1.074 |
| J47.0 | Bronchiectasis with acute lower respiratory infection | 0 | 0 | 1 | Past History | No |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physician | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 5 | 2 | 0 | Physician | No |

## LOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| | ICD | ICD Description | First DOS | Last DOS | Source | |
|---|---|---|---|---|---|---|
| 012 | C61 | Malignant neoplasm of prostate | 04-02-2019 | 04-02-2019 | Current PCP | No |

...that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date.

Patient Seen: Last seen 4/26. Form not done.

Signature (MD, DO, PA or NP only):

CZ_DS004502

# EXHIBIT 2-I3



# EXHIBIT 2-I4

# 5 Star Check List - DR. CLARISSA A ZAFIROV

*(handwritten: ① File ② Check 2019. Billing)*

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 03-2019

PHYS PART

| Visits in last 12 months: | PCP: 20 | ER: 1 | Specialists: 6 | Hospital: 0 |

| 13% \| 0.154 | 88% \| 2.243 |

HCC 012 | HCC 040 | HCC 085 | HCC 111 | HCC 058 | HCC 108 | HCC 112 | HCC 048

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the p
Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor |
| M06.9 | Rheumatoid arthritis, unspecified | 23 | 5 | 3 | Physician | |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor |
| I50.30 | Unspecified diastolic (congestive) heart failure | 0 | 0 | 0 | Review Suspect | Echo on 04/08/2013 shows Diasto dysfunction. |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 7 | 2 | 2 | Physician | |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor |
| F32.4 | Major depressive disorder, single episode, in partial remission | 4 | 0 | 0 | Physician | |
| HCC108 - Vascular Disease | | | | | | RA Factor |
| I77.819 | Aortic ectasia, unspecified site | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows ascending aorta is ectatic |
| I70.0 | Atherosclerosis of aorta | 0 | 0 | 0 | Review Suspect | CT chest on 09/19/2016 shows atherosclerotic calcifications in aor |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor |
| J47.0 | Bronchiectasis with acute lower respiratory infection | 0 | 0 | 1 | Past History | |
| J84.10 | Pulmonary fibrosis, unspecified | 0 | 1 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor |
| D69.2 | Other nonthrombocytopenic purpura | 7 | 2 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC012 | C61 | Malignant neoplasm of prostate | 04-02-2019 | 04-02-2019 | Physician |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

CZ_DS004504

# EXHIBIT 3

# Documents Related to Patient J

EXHIBIT 3-J1

1/3/2019 4:10:29 PM    Page 2 of 3



**MOFFITT** Ⓜ
CANCER CENTER
12902 USF Magnolia Drive
Tampa, Florida 33612-9497
(813) 745-4673

Patient Name:
MRN:
FIN:
Gender:
DOB:

---

*Radiation Oncology AC Note*

SIGNED INFORMATION:

TROTTI MD,ANDY M (1/3/2019 15:00 EST)

**Radiation Oncology Follow-up Note**
**Moffitt Cancer Center**

Patient:               MRN: 750958     FIN: 7932260
Age:        Sex        DOB:
Associated Diagnoses:  Squamous cell carcinoma of left tonsil
Author:  TROTTI MD, ANDY M

**Staging**
  Staging (ST):
  No staging data qualified

**Visit Information**
  Date of Service: 1/3/2019
  Visit type:  Scheduled follow-up.

**HPI Related to Consult**
  **Narrative**
  Radiation oncology follow-up note

750958

01/03/2019

This patient returns 1 year and 4 months after completing postoperative radiation and chemotherapy for a pathologic T2 clinical N1 carcinoma of the left tonsil. P 16 positive, smoker.

He reports occasional hypersensitivity to spicy foods and hot foods in the left tonsil region.

On exam he has scarring of the left tonsil region. There is no oral lesions. He has bilateral atrophy of the neck. No fibrosis. No adenopathy.

No evidence of disease

He we Dr. Nall in March

I'll see him in June of this year

Andy Trotti M.D.

**Review of Systems**
  **Performance Scale:**     Karnofsky: 90 - Able to carry on normal activity.

**Health Status**
  **Allergies**                    **Reaction**
  fluconazole Drug rash, NOS.**Home Medications:** tamsulosin  (Flomax 0.4 mg oral capsule) 0.4 mg, 1 cap(s), PO, Daily

---

## CONFIDENTIAL PATIENT INFORMATION

Page 1 of 2
1/3/2019 15.44 EST
51053670

CC Physician:  PATEL MD,AKHIL B
Address:  333 TAMIAMI TRL
            STE 397
            VENICE, FL 34285-

CZ_DS004505

1/3/2019 4:10:29 PM          Page 3 of 3

| Patient Name | Moffitt Cancer Center | Patient MRN | 750958 |

### Radiation Oncology AC Note

**finasteride (finasteride 5 mg oral tablet)** 5 mg, 1 tab(s), PO, Q48HR
**ALPRAZolam (ALPRAZolam 0.5 mg oral tablet)** 0.5 mg, 1 tab(s), PO, BEDTIME, PRN: as needed for anxiety
**ondansetron (ondansetron 8 mg oral tablet)** 8 mg, 1 tab(s), PO, TID, PRN: Nausea/Vomiting, Special Instructions: Wait for 48 hours after chemotherapy to take this medication.
**docusate-senna (Senokot S 50 mg-8.6 mg oral tablet)** 2 tab(s), PO, BID
**Magic Mouth Wash** Special Instructions: 1 part viscous lidocaine 2 %; 1 part maalox ; 1 part diphenhydramine 12.5  per 5 ml elixir; Swish and spit 5 to 10 mL. q 6 hrs.
**salt and soda rinses** Swish & Expectorate, QID
**polyethylene glycol 3350 (MiraLax oral powder for reconstitution)** 17 gm, PO, BID, PRN: Constipation
**oxyCODONE (oxyCODONE 5 mg oral tablet)** Special Instructions: 2-3 tab(s), PO, Q 4 - 6 hrs, PRN pain
**prochlorperazine (Compazine 10 mg oral tablet)** 10 mg, 1 tab(s), PO, TID, PRN: Nausea/Vomiting
**nystatin (nystatin 100,000 units/mL oral suspension)** 500,000 unit(s), 5 mL, Swish & Swallow, QID
**omeprazole (omeprazole 40 mg oral delayed release capsule)** 40 mg, 1 cap(s), PO, QAM
**traZODone (traZODone 50 mg oral tablet)** PO, BEDTIME

**Impression and Plan**
   **Diagnosis**: Squamous cell carcinoma of left tonsil.

*Electronically Signed on 01/03/2019 03:00 PM*

TROTTI MD, ANDY M

---

**CONFIDENTIAL PATIENT INFORMATION**
CC Physician: PATEL MD,AKHIL B
Address: 333 TAMIAMI TRL

CZ_DS004506

# EXHIBIT 3-J2

## 5 Star Check List - DR. AKHIL PATEL

**PHYSICIAN PARTNERS**

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 03-2018

| Visits in last 12 months. | PCP: 25 | ER: 0 | Specialists: 14 | Hospital: 0 |
|---|---|---|---|---|

100% | 4.667

( 008 ) ( 021 ) ( 161 ) ( 085 ) ( 011 ) ( 096 ) ( 012 )

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient.
Please document any existing conditions in your progress note.

| ICD10 | | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|---|
| | | | 2018 | 2017 | 2016 | | |
| C77.0 | | Secondary and unspecified malignant neoplasm of lymph nodes of head, face and neck | 0 | 49 | 0 | Physician Hospital | No, in remssky |
| R64 | | Cachexia | 0 | 1 | 0 | Past History | NO |
| L97.905 | | | 0 | 0 | 1 | Past History | |
| I50.30 | | Unspecified diastolic (congestive) heart failure | 2 | 0 | 0 | Current PCP | No, need last echo resurt |
| C09.9 | | Malignant neoplasm of tonsil, unspecified | 8 | 82 | 0 | Current PCP | No, now in remission |
| C09.0 | | Malignant neoplasm of tonsillar fossa | 4 | 12 | 0 | Current PCP | |
| C67.9 | | Malignant neoplasm of bladder, unspecified | 0 | 4 | 5 | Hospital Physician | No |
| C67.8 | | Malignant neoplasm of overlapping sites of bladder | 0 | 2 | 0 | Physician | No |
| C09.8 | | Malignant neoplasm of overlapping sites of tonsil | 0 | 30 | 0 | Physician Hospital | No |
| I47.1 | | Supraventricular tachycardia | 0 | 2 | 0 | Past History | No |
| I48.91 | | Unspecified atrial fibrillation | 0 | 2 | 0 | Past History | No |
| C76.0 | | Malignant neoplasm of head, face and neck | 0 | 1 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| | | There are no codes reported / captured in the current year | | | |

attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/21/19

Signature (MD, DO, PA or NP only):

Please fax form and progress note to **888-978-5655**

CZ_DS004507

# EXHIBIT 3-J3

## 5 Star Check List - DR. CLARISSA A ZAFIROV

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months: PCP: 17 ER: 0 Specialists: 10 Hospital: 0

**PHYSICIAN PARTNERS**

13% | 0.317      88% | 5.115

(HCC 011) (HCC 008) (HCC 021) (HCC 161) (HCC 055) (HCC 085) (HCC 108) (HCC 096)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC008 - Metastatic Cancer and Acute Leukemia | | | | | | RA Factor: 2.48 |
| C77.0 | Secondary and unspecified malignant neoplasm of lymph nodes of head, face and neck | 0 | 49 | 0 | Physician Hospital | No |
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA F |
| R64 | Cachexia | 0 | 1 | 0 | Past History | No |
| HCC161 - Chronic Ulcer of Skin, Except Pressure | | | | | | RA Factor: 0.5 |
| L97.905 | | 0 | 0 | 1 | Past History | |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.42 |
| F13.20 | Sedative, hypnotic or anxiolytic dependence, uncomplicated | 0 | 0 | 0 | Review Suspect | ON ALPRAZOLAM No |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.3 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 2 | 0 | 0 | Physician | No |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.2 |
| I70.208 | Unspecified atherosclerosis of native arteries of extremities, other extremity | 0 | 0 | 0 | | History of smoking, evaluate for peripheral vascular disease No |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0. |
| I48.91 | Unspecified atrial fibrillation | 0 | 2 | 0 | Hospital | No |
| I47.1 | Supraventricular tachycardia | 0 | 2 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| | | There are no codes reported / captured in the current year | | | |

attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

ate Patient Seen: 5/21/19.

ignature (MD, DO, PA or NP only):

CZ_DS004508

Case 8:19-cv-01236-KKM-SPF Document 256-3 Filed 05/15/24 Page 40 of 191 PageID 10656

EXHIBIT 3-J4



| | | | | | | |
|---|---|---|---|---|---|---|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.425 |
| F13.20 | Sedative, hypnotic or anxiolytic dependence, uncomplicated | 0 | 0 | 0 | Review Suspect | ON ALPRAZOLAM |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 2 | 0 | 0 | Physician | |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.208 | Unspecified atherosclerosis of native arteries of extremities, other extremity | 0 | 0 | 0 | Clinical Review | History of smoking, evaluate for peripheral vascular disease |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0.295 |
| I48.91 | Unspecified atrial fibrillation | 0 | 2 | 0 | Hospital | |
| I47.1 | Supraventricular tachycardia | 0 | 2 | 0 | Physician | |
| HCC138 - | | | | | | RA Factor: |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | 0 | 2 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC011 | C09.9 | Malignant neoplasm of tonsil, unspecified | 01-03-2019 | 06-06-2019 | Physician Hospital |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

08/11/2019 19:11

Please fax form and progress note to 888-978-5855
Confidential - Do Not Distribute

Page 1 of 1

CZ_DS004509

EXHIBIT 3-J5



VIP-VEN-LAP02

## 2019 Paid (1)

| HCC | HCC Description | ICD | ICD9 Description | # of times reported in service years | | | | | | | | Logic number |
| | | | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC011 | Colorectal, Bladder, and Other Cancers | C09.0 | Malignant neoplasm of tonsillar fossa | 6 | 12 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| | | C09.8 | Malignant neoplasm of overlapping sites | 0 | 30 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | C09.9 | of tonsil | 10 | 82 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | C67.8 | Malignant neoplasm of tonsil, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | C67.9 | Malignant neoplasm of overlapping sites of bladder Malignant neoplasm of bladder, unspecified | 0 | 4 | 5 | 0 | 0 | 0 | 0 | 1 | |

## 2019 Excluded (1)

| HCC | HCC Description | ICD | ICD9 Description | # of times reported in service years | | | | | | | | Logic number |
| | | | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC012 | Breast, Prostate, and Other Cancers and Tumors | C76.0 | Malignant neoplasm of head, face and neck | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 15 | |

Provide feedback

CZ_DS004510

EXHIBIT 3-J6

Member Health Profile Bulk ✕ +

← → C 🔒 apps.freedomhealth.com/Reports/Search/53

▦ Apps  📄 Patient Handouts  📄 Preprocedure Patie...  🌐 AAOS Essentials of...  📘 Search - UpToDate  ◎ Paroxetine-sertralin...  ✿ Patholo

◁  ‹  92  of 93 ?  👆  ▷|  ↻          🖫 ⌄          Find | Next

Confidential Patient Information

## MEMBER HEALTH PROFILE

**FREEDOM HEALTH**

Run Date: 3/10/2020        Membership Month 03/01/2020        Review Period: 1/1/2020 To 12/31/2020

Plan Name: Freedom VIP Savings (HMO C-SNP)

Member Name: ▮▮▮▮▮▮

Gender: ▮▮▮

DOB: ▮▮▮▮▮

Member Phone: ▮▮▮▮▮▮

Member ID: ▮▮▮▮▮▮

Provider Name: ZAFIROV, CLARISSA, A

Provider ID: P1045672

Eff Date: 01/01/2020

Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2020 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| | N | 0.268 | | | | HCC096 | Specified Heart Arrhythmias |
| | N | 0.069 | | | | HCC138 | Chronic Kidney Disease, Moderate (Stage 3) |
| Physician | Y | 0.307 | C09.0 | Malignant neoplasm of tonsillar fossa | 1/13/2020 | HCC011 | Colorectal, Bladder, and Other Cancers |
| Physician | N | 0.331 | I50.30 | Unspecified diastolic (congestive) heart failure | 9/10/2018 | HCC085 | Congestive Heart Failure |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| CSNP | Cardiovascular Disease | 01/02/2013 | | | Various | Cardiovascular Disease | |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Rx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through C SNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice: The information contained within this portal constitute confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of the registered), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.

92

# EXHIBIT 4

# Documents Related to Patient K

# EXHIBIT 4-K1

Case 8:19-cv-01236-KKM-SPF Document 252-5 Filed 05/15/24 Page 48 of 191 PageID 3564



**PATEL, AKHIL (2019-01-22)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | PCP Encounters |

**PATEL, AKHIL (2019-01-18)**

| ICD | ICD Desc | HCC | Sources |
|-----|----------|-----|---------|
| L57.8 | Other skin changes due to chronic exposure to nonionizing radiation | | PCP Encounters |
| L82.1 | Other seborrheic keratosis | | PCP Encounters |
| D22.9 | Melanocytic nevi, unspecified | | PCP Encounters |
| L85.3 | Xerosis cutis | | PCP Encounters |
| L82.0 | Inflamed seborrheic keratosis | | PCP Encounters |
| R20.8 | Other disturbances of skin sensation | | PCP Encounters |
| L29.8 | Other pruritus | | PCP Encounters |
| L53.8 | Other specified erythematous conditions | | PCP Encounters |
| L57.0 | Actinic keratosis | | PCP Enco |
| Z09 | Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm | | |



| ICD | ICD Desc | | HCC | Sources |
|---|---|---|---|---|
| D22.9 | Melanocytic nevi, unspecified | | | PCP Encounters |
| L85.3 | Xerosis cutis | | | PCP Encounters |
| L82.0 | Inflamed seborrheic keratosis | | | PCP Encounters |
| R20.8 | Other disturbances of skin sensation | | | PCP Encounters |
| L29.8 | Other pruritus | | | PCP Encounters |
| L53.8 | Other specified erythematous conditions | | | PCP Encounters |
| L57.0 | Actinic keratosis | | | PCP Encounters |
| Z09 | Encounter for follow-up examination after completed treatment for conditions other than malignant neoplasm | | | PCP Encounters |
| Z87.2 | Personal history of diseases of the skin and subcutaneous tissue | | | PCP Encounters |
| L28.1 | Prurigo nodularis | | | PCP Encounters |
| I10 | Essential (primary) hypertension | | | PCP Encounters |
| M79.10 | | | | PCP Encounters |
| Z68.23 | Body mass index (BMI) 23.0-23.9, adult | | | PCP Encounters |

**PATEL, AKHIL (2019-01-07)**

| ICD | ICD Desc | | HCC | Sources |
|---|---|---|---|---|
| R06.02 | Shortness of breath | | | PCP Encounter |

Case 6:19-cv-01236-XXM-SPF Document 252-6 Filed 06/15/24 Page 50 of 191 PageID 3500



## PATEL, AKHIL (2019-01-07)

| ICD | ICD Desc | | HCC | Sources |
|---|---|---|---|---|
| R06.02 | Shortness of breath | | | PCP Encounters |
| I10 | Essential (primary) hypertension | | | PCP Encounters |
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | | PCP Encounters |
| Z68.24 | Body mass index (BMI) 24.0-24.9, adult | | | PCP Encounters |

## PATEL, AKHIL (2019-01-05)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I49.1 | Atrial premature depolarization | | PCP Encounters |
| I48.91 | Unspecified atrial fibrillation | HCC096 | PCP Encounters |
| I48.92 | Unspecified atrial flutter | HCC096 | PCP Encounters |
| I24.8 | Other forms of acute ischemic heart disease | HCC087 | PCP Encounters |

2018

Provide feedback

Case 8:19-cv-01236-KKM-SPF Document 256-54 Filed 05/15/24 Page 51 of 191 PageID 10367

# EXHIBIT 4-K2

**5 Star Check List - DR. AKHIL PATEL**

██████████ VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

*Handwritten top:* - Billing needs / - Add fun other files, / Needs last 5* copy / **70**

**PHYSICIAN PARTNERS**

<u>Visits in last 12 months:</u>   PCP: 14        ER: 1        Specialists: 2        Hospital: 2

100% | 2.399



HCC **055**  HCC **085**  HCC **111**  HCC **108**  HCC **096**  HCC **112**  HCC **048**  HCC **088**

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 3 | 0 | 0 | Current PCP | No eforce |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | Physician | No |
| I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | Past History | Ok hypert cardiomy |
| I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | Past History | |
| I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | Past History | No |
| I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | Past History | No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No - not purposful Poor pulm eval. |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 2 | 1 | 0 | Past History | |
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 1 | 1 | 0 | Physician | |
| I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | Physician | |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0.295 |
| I48.91 | Unspecified atrial fibrillation | 6 | 0 | 1 | Current PCP | Ok |
| I48.0 | Paroxysmal atrial fibrillation | 2 | 4 | 6 | Physician Hospital | — |
| I48.92 | Unspecified atrial flutter | 1 | 0 | 0 | Physician | — |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | No - CT attached |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | No |
| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 3 | 0 | 0 | Current PCP | |
| I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | Current PCP | No |
| I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

Please fax form and progress note to 888-978-5655

EXHIBIT 4-K3



**PHYSICIAN PARTNERS**

5 Star Checklist - ▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months:    PCP: 16    ER: 1    Specialists: 2    Hospital: 2

100% | 2.399

      

HCC 055   HCC 085   HCC 111   HCC 108   HCC 096   HCC 112   HCC 048   HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 3 | 0 | 0 | Current PCP | No, does not qualify |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | Physician | Ok |
| I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | Past History | |
| I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | Past History | |
| I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | Past History | |
| I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | Past History | |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No, never had PFT. Only 3 yrs smoking |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 2 | 1 | 0 | Past History | No mention in Cardiology notes |
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 1 | 1 | 0 | Physician | |
| I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | Physician | No U/S result. |
| HCC096 - Specified Heart Arrhythmias | | | | | | RA Factor: 0.295 |
| I48.91 | Unspecified atrial fibrillation | 6 | 0 | 1 | Current PCP | Post-op only before/at 2016. Neg now. Holter Has Ling |
| I48.0 | Paroxysmal atrial fibrillation | 2 | 4 | 6 | Physician Hospital | |
| I48.92 | Unspecified atrial flutter | 1 | 0 | 0 | Physician | |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | Possible but not confirmed. Ok. Billed for. Not on imaging |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | Ok - drug related |
| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 3 | 0 | 0 | Current PCP | Yes |
| I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | Current PCP | Yes |
| I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | Physician | See above |

CAD - 4/5 s/p CABG

CABG 2015

S/P MI   PCI 3/18.

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

Please fax form and progress note to 888-978-5655

Confidential - Do Not Distribute

Page 1 of 2

**5 Star Check List** ████████


PHYSICIAN PARTNERS

████████ Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months:   PCP: 16   ER: 1   Specialists: 2   Hospital: 2

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/7/19

Signature (MD, DO, PA or NP only): C. ____

████████

F11.20 - Rare use of pain med ☒ only for
chest pain (I20.9 ?)

J44.9 - Patient has never had pulm function test
and only 3 yrs smoking total.
No evidence by history

2016 last CT available without pulm fibrosis

→ Still billing for afib despite lack of
recurrance / non-continuing condition

Pulm fibrosis mentioned as imaging differential
without confirmation. Confirmation NOT given
after proper pulmonology eval.

# EXHIBIT 4-K4

Case 8:19-cv-01236-KKM-SPF  Document 252-6  Filed 06/15/24  Page 57 of 191 PageID 3573

VIP–VEN–LAP02



| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | PCP Encounters |
| F41.9 | Anxiety disorder, unspecified | | PCP Encounters |
| I11.9 | Hypertensive heart disease without heart failure | | PCP Encounters |
| I43 | Cardiomyopathy in diseases classified elsewhere | HCC085 | PCP Encounters |
| I10 | Essential (primary) hypertension | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-25)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | HCC108 | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-21)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| M85.89 | Other specified disorders of bone density and structure, multiple sites | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-02-20)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I25.810 | Atherosclerosis of coronary artery bypass graft(s) without angina pectoris | | PCP Encounters |



# EXHIBIT 4-K5

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

| Visits in last 12 months: | PCP: 20 | ER: 1 | Specialists: 5 | Hospital: 0 | PHYS PART |
|---|---|---|---|---|---|

| 60% | 1.64 | | | | |
|---|---|---|---|---|---|
| | | | | | 40% | 1.955 |

(HCC 085) (HCC 108) (HCC 096) (HCC 086) (HCC 087) (HCC 088) (HCC 055) (HCC 111) (HCC 112) (HCC 048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.470 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | No |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.219 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 04-18-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 04-03-2019 | 04-03-2019 | Physician |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 01-05-2019 | 04-17-2019 | Physician |
| HCC087 | I25.110 | Atherosclerotic heart disease of native coronary artery with unstable angina pectoris | 02-26-2019 | 02-26-2019 | Physician Hospital |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 04-17-2019 | Physician Hospital |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 04-17-2019 | Physician |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | Current PCP |
| HCC108 | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 02-25-2019 | 02-25-2019 | Other Provider |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: Last seen 4/18/19.

Signature (MD, DO, PA or NP only): 

CZ_DS004525

# EXHIBIT 4-K6

Case 6:19-cv-01236-XXW-SPF   Document 252-6   Filed 05/15/24   Page 61 of 191 PageID 3577



VIP–VEN–LAP02

Member Expense Report    Member Expense Report    ▢ ▢ Snapshot... +

https://myq360.com/index.php/snapshot/MemSnapshot

Apps   Patient Handouts   Preprocedure Patie...   AAOS Essentials of...   Search - UpToDate   Paroxetine-sertralin...   Pathologic Q Wave...   E-FORCSE®, Florid...

## 2019 Paid (3)

| HCC | HCC Description | ICD | ICD9 Description | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | Logic number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC085 | Congestive Heart Failure | I27.0 | Primary pulmonary hypertension | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 1 |
| | | I27.20 | Pulmonary hypertension, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I42.0 | Dilated cardiomyopathy | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I42.2 | Other hypertrophic cardiomyopathy | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I43 | Cardiomyopathy in diseases classified elsewhere | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I50.20 | Unspecified systolic (congestive) heart failure | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC088 | Angina Pectoris | I20.8 | Other forms of angina pectoris | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I20.9 | Angina pectoris, unspecified | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC108 | Vascular Disease | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 2 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | I70.203 | Unspecified atherosclerosis of native arteries of extremities, bilateral legs | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| | | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 3 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | |

# of times reported in service years

Show hidden icons

Provide feedback

DELL

# EXHIBIT 4-K7

Case 8:24-cv-01236-KKM-SPF   Document 253-6   Filed 06/16/24   Page 63 of 191 PageID 3078

# 5 Star Check List - DR. CLARISSA A ZAFIROV



**PHYSICIAN PARTNERS**

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:     PCP: 18          ER: 2          Specialists: 5          Hospital: 0

| 60% | 1.64 | 40% | 1.66 |
|---|---|

         

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 03-11-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of | 04-03-2019 | 04-03-2019 | Current PCP |

| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
|---|---|---|---|---|---|---|
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |
| HCC112 - Fibrosis of Lung and Other Chronic Lung Disorders | | | | | | RA Factor: 0.274 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 03-11-2019 | **Current PCP** |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 04-03-2019 | 04-03-2019 | **Current PCP** |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 02-07-2019 | **Current PCP** |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | **Current PCP** |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

**Date Patient Seen:** _____

**Signature** (MD, DO, PA or NP only): _____



# EXHIBIT 4-K8

Printed 3/9/19 @ 10:16 am

## Star Check List - DR. CLARISSA A ZAFIROV

...don VIP Savings (HMO SNP) - PCP Effective Date: 02-2019


PHYSICIA
PARTNER

| ...its in last 12 months: | PCP: 21 | ER: 1 | Specialists: 5 | Hospital: 0 |

| 55% \| 1.04 | | 45% \| 1.66 |

       

HCC 085  HCC 108  HCC 096  HCC 086  HCC 087  HCC 088  HCC 055  HCC 111  HCC 112  HCC 048  HCC 138

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC... | Drug/Alcohol Dependence | | | | | RA Factor 0.429 |
| F11.20 | Opioid dependence, uncomplicated | 4 | 0 | 0 | Physician | |
| HCC111 | Chronic Obstructive Pulmonary Disease | | | | | RA Factor 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 1 | 0 | 0 | Physician | |
| HCC112 | Fibrosis of Lung and Other Chronic Lung Disorders | | | | | RA Factor 0.974 |
| J84.10 | Pulmonary fibrosis, unspecified | 2 | 0 | 0 | Physician | |
| HCC048 | Coagulation Defects and Other Specified Hematological Disorders | | | | | RA Factor 0.262 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |
| HCC138 | ... | | | | | RA Factor |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | 4 | 2 | 0 | Physician Hospital | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I43 | Cardiomyopathy in diseases classified elsewhere | 02-26-2019 | 04-18-2019 | Current PCP |
| HCC086 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 04-03-2019 | 04-03-2019 | Physician |
| HCC087 | I24.8 | Other forms of acute ischemic heart disease | 01-05-2019 | 05-06-2019 | Physician |
| HCC087 | I25.110 | Atherosclerotic heart disease of native coronary artery with unstable angina pectoris | 02-26-2019 | 02-26-2019 | Physician Hospital |
| HCC088 | I25.118 | Atherosclerotic heart disease of native coronary artery with other forms of angina pectoris | 02-26-2019 | 02-26-2019 | Hospital |
| HCC096 | I48.91 | Unspecified atrial fibrillation | 01-05-2019 | 05-06-2019 | Physician Hospital |
| HCC096 | I48.92 | Unspecified atrial flutter | 01-05-2019 | 05-06-2019 | Physician |
| HCC108 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 02-25-2019 | 02-25-2019 | Physician |
| HCC108 | I70.209 | Unspecified atherosclerosis of native arteries of extremities, unspecified extremity | 02-25-2019 | 02-25-2019 | Other Provider |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

CZ_DS004529

# EXHIBIT 4-K9

## PROSPECTIVE POSSIBLE CONDITION REPORT

**Refreshed Date:** 10/7/2019

Plan Name: Freedom VIP Savings (HMO SNP)
Member Name:
Gender:
DOB:
Member Phone:

Member ID:
Provider Name: ZAFIROV, CLARISSA, A
Provider ID: P1045672
EFF Date: 10/01/2013
Group Name: FLORIDA MEDICAL ASSOCIATES LLC

**Status Filter:** --SHOW ALL--

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/30/2018 | | UNADDRESSED |
| Modify | Drug/Alcohol Dependence | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/30/2018 | | UNADDRESSED |
| Modify | Fibrosis of Lung and Other Chronic Lung Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 04/02/2018 | | UNADDRESSED |
| Modify | Chronic Kidney Disease, Moderate (Stage 3) | HCC submitted previously currently absent from patient clinical diagnoses | CMS | | | UNADDRESSED |
| Modify | Specified Heart Arrhythmias | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 11/26/2018 | | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: SYMBICORT | PCP | 04/12/2019 | 1 | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: IPRATROPIUM BROMIDE | PCP | 04/12/2019 | 1 | UNADDRESSED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: IPRATROPIUM BROMIDE/ALBUTEROL | Other physician | 11/26/2018 | 1 | UNADDRESSED |
| Modify | Angina Pectoris | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/26/2019 | | SECURED |
| Modify | Vascular Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/25/2019 | | SECURED |
| Modify | Congestive Heart Failure | HCC submitted previously currently absent from patient clinical diagnoses | Other Physician | 02/26/2019 | | SECURED |
| Modify | Acute Myocardial Infarction | Encounter data submitted | Other Physician | 04/03/2019 | 0 | SECURED |
| Modify | Angina Pectoris | Medical Hx may support missing diagnosis: Ischemic/Anginal Disease | Other Physician | 02/26/2019 | | SECURED |
| Modify | Unstable Angina and Other Acute Ischemic Heart Disease | HCC submitted previously currently absent from patient clinical diagnoses | | | | SECURED |
| Modify | Cardiovascular Disease | Member in Chronic SNP with PCP verified Diagnosis of CVD | Other Physician | 02/25/2019 | | SECURED |

1

M Inbox (1) - czafirov@getvi... | https://apps.freedomhealt... | Q360 - Dashboard | U Estradiol (low dose, vagina... | AA

https://apps.freedomhealth.com/HCCSnapshot/MemberHealthProfileSearchResult

Apps | Patient Handouts | Preprocedure Patie... | AAOS Essentials of... | Search - UpToDate | Paroxetine-sertralin... | Patholo

|< < 1 of 1 > >| ↻ 🖫▾ Find | Next

Confidential Patient Information

# MEMBER HEALTH PROFILE

**FREEDOM HEALTH**

**Provider Name:** ZAFIROV, CLARISSA, A
**Run Date:** 10/18/2019

**Group Name:** FLORIDA MEDICAL ASSOCIATES LLC
**Membership Month** 10/01/2019    **Review Period:** 1/1/2019 To 12/31/2019

**Plan Name:** Freedom VIP Savings (HMO SNP)
**Member Name** ██████████

**Member ID:** ████████
**PCP Name:** ZAFIROV, CLARISSA, A
**Provider ID:** P1045672
**Eff Date:** 01/01/2019
**Group Name:** FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| Physician | Y | 0.305 | I70.201 | Unspecified atherosclerosis of native arteries of extremities, right leg | 2/25/2019 | HCC108 | Vascular Disease |
| Physician | N | 0.216 | J84.10 | Pulmonary fibrosis, unspecified | 4/2/2019 | HCC112 | Fibrosis of Lung and Other Chronic Lung Disorders |
| Physician | Y | 0.22 | I21.3 | ST elevation (STEMI) myocardial infarction of unspecified site | 4/3/2019 | HCC086 | Acute Myocardial Infarction |
| Physician | Y | 0.31 | I43. | Cardiomyopathy in diseases classified elsewhere | 4/18/2019 | HCC085 | Congestive Heart Failure |
| Physician | N | 0.068 | N18.3 | Chronic kidney disease, stage 3 (moderate) | 6/12/2018 | HCC138 | Chronic Kidney Disease, Moderate (Stage 3) |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 10/30/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |
| Physician | N | 0.368 | F11.20 | Opioid dependence, uncomplicated | 10/30/2018 | HCC055 | Substance Use Disorder, Moderate/Severe, or Substance Use with Complic |
| Physician | N | 0.271 | I48.92 | Unspecified atrial flutter | 11/26/2018 | HCC096 | Specified Heart Arrhythmias |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| RX | IPRATROPIUM BROMIDE/ALBUTEROL | 11/26/2018 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |
| RX | SYMBICORT | 04/12/2019 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |
| RX | IPRATROPIUM BROMIDE | 04/12/2019 | | | HCC111 | Chronic Obstructive Pulmonary Disease | 0.346 |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Hx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user or an employee or agent acting under the direction of the registered user and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or

# EXHIBIT 5

# Documents Related to Patient L

EXHIBIT 5-L1



**VIP**care

★★★★★ **HEALTHCARE**

Guarantor: ▮▮▮▮▮

Insurance: Optimum
Healthcare, Inc
Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

01/23/2019                                    **Progress Notes: Clarissa Zafirov MD**

## Reason for Appointment
1. R/S CPE

## History of Present Illness
Depression Screening :
    PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way Not at all, Total Score 0.

COA - Func Stat:
    Cognitive Status Good. Cognitive Status **Please update**.

COA - Medication Review and List:
    Medication List Documented **Yes**. Medication List Documented **Please update**. Medications Reviewed Date:1/23/19.

COA - Pain Assessment:
    Denies : Does the patient have Pain? **Yes** . Denies : Pain Location Rt knee > Lt knee. Denies : Pain scale Moderate pain. Denies : Pain Treatment Plan None.
    Does the patient have Pain? **Yes** ( add CPT code 1125F), No ( add CPT code 1126F), No , Yes .

Fall Risk:
    Denies : History of falling , within the last three months **No - O**. Denies : Secondary DX. Denies : Ambulatory Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic Nursing Care.
    History of falling , within the last three months **Please Update**.

General ROS:
    c/o Complete physical exam with review of labs and medications..
    Denies : SOB. Denies : Chest pain or Discomfort. Denies : fatigue. Denies : abdominal pain. Denies : Nausea/vomiting. Denies : constipation. Denies : weight gain/weight loss. Denies : pain. Denies : blood in stool . Denies : fever. Denies : chills. Denies : cough. Denies : Edema. Denies : Dizziness. Denies : Diarrhea. Denies : Hematuria. Denies : Dysuria. Denies : discolored rhinorrhea. Denies : sinus pressure. Denies : Decreased Hearing . Denies : Sorethroat . Denies : headaches. Denies : Gait . Denies : Weakness. Denies : Acid Reflux .

Interim History:
    c/o Consultations **Other consultant: pt is currently not following up with any consultants for health concerns.** .
    Brief ROS R/S, Est.

HPI:
    Patient here to establish care with new provider. 81-year-old male previously seen by Dr. some of its. Patient has a past diagnosis of diabetes however at time of diagnosis in 16 hemoglobin A1c not seen above 6.5. Patient does not follow any diabetic diet. He is taking metformin twice daily. Hemoglobin A1c results in the past 5.5, 5.8, 6.0. Patient is due for repeat

CZ_DS004561

lab studies. Patient does check his blood sugars at home at least twice daily. He has never had a blood sugar greater than 140.

Patient history of hypertension for which she takes furosemide 20 mg, labetalol 200 mg tablets prazosin 5 mg capsule 3 times a day. Blood pressure today 150/88 but generally at home is in the 130s-140s range systolic.

Patient with some elevation of creatinine on lab studies. This may be related to medication or otherwise.

Patient with recent bereavement but is doing overall well. He is sleeping, eating normally, engaging in regular activities. No history of past depression.

Patient denies any bruising of upper extremities. He does take aspirin which makes him prone to trauma induced injury otherwise. Patient has no history of cardiovascular disease

Patient does have a history of COPD. He does report having pulmonary function testing in the past. Does become short of breath at times. He does smoke 8-9 cigarettes a day. Has smoked for many years and no desire to quit smoking.

Patient without issues in the past with colonoscopy. He does have enlarged prostate and does follow with urology, Dr. Billick. Patient is taking finasteride daily.

COA - Adv Care:

Patient has the below (mark only appropriate ones) Advance Directives.

## Current Medications

**Taking**
- metformin 1000 mg tablet 1.5 tab(s) orally 1 AM, 0.5 PM
- prazosin 5 mg capsule 1 cap(s) orally 3 times a day
- finasteride 5 mg tablet 1 tab(s) orally once a day
- aspirin 81 mg tablet, disintegrating 1 tab(s) orally once a day
- furosemide 20 mg tablet 1 tab(s) orally once a day
- labetalol 200 mg tablet 1 tab(s) orally 2 times a day
- FORA Lancets, 100 1 strip 3 times a day 1 strip finger stick 3 times a day / 3 times a week
- FORA V20 Blood Glucose Test Strips 1 strip 3 times a day 1 strip fingerstick 3 times a day / 3 times a week
- Medication List reviewed and reconciled with the patient

### Past Medical History
HTN.
Diabetes (3x QD fingerstick).
High Cholesterol.

### Surgical History
Appendectomy
Tonsils

### Family History
Father: deceased 92 yrs, Diabetes
Mother: deceased 88 yrs, Breast CA

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
CONSTITUTIONAL:
  no Fever. no Chills. no Weight Loss. no Fatigue.
CARDIOLOGY:
  no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness.
DERMATOLOGY:
  no Rash.
GASTROENTEROLOGY:
  no Abdominal Pain. no Nausea. no Vomiting. no Diarrhea.
MUSCULOSKELETAL:
  no Joint Swelling. no Myalgias.
PSYCHOLOGY:

---

Patient: ███████     DOB: ███████     Progress Note: Clarissa Zafirov MD   01/23/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   6/26/2019

CZ_DS004562

no Depression. no Anxiety.

**RESPIRATORY:**

no Shortness of Breath. no Persistent Cough. no Wheezing.

**UROLOGY:**

no Dysuria. no Urinary Frequency.

## Vital Signs

Ht 70 in, Wt 217 lbs, BP 150/88 mm Hg, Pulse 67 /min, Resp 14 /min, O2 Sat 97, Temp 97.3 F, BMI 31.13 Index.

## Examination

General Examination:

General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.

Skin No abnormal lesions, . No erythema. Truma induced bruise LUE. Skin warm to the touch, clean, dry,Acktinic Keratosis noted..

HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.

Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.

Heart: S1S2 RRR, no signs of CHF, no edema.

Lungs: Clear to auscultation A/P bilaterally, no wheezes/rhonchi/rales/crackles, regular breathing rate and effort, good air exchange noted throughout.

Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.

Musculoskeletal No joint deformity, swelling, tenderness, pain.

Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.

Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.

## Assessments

1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Type 2 diabetes mellitus with hyperglycemia - E11.65
3. Benign essential HTN - I10
4. Benign prostatic hyperplasia without lower urinary tract symptoms - N40.0
5. Smoker - F17.200

## Treatment

**1. Type 2 diabetes mellitus with hyperglycemia**

LAB: TSH with Reflex to Free T4

LAB: PSA, Free and Total

LAB: Glucose Tolerance Test, 3 Specimens (75g)

LAB: Lipid Panel (O) (LC)

LAB: Hemoglobin A1c

LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (O) (LC)

LAB: Urinalysis, Complete, with Reflex to Culture (O)

LAB: Microalbumin, Random Urine with Creatinine

Notes: Question initial diagnosis since patient does not follow any particular diet, eats what he wants and maintains his blood sugars with minimal effort. Patient has never had a hemoglobin A1c greater than 6.5. Will repeat fasting glucose tolerance test. No free fasting glucose results in diabetic range. Reduce metformin to once daily. May reduce frequency of Glucose testing as he was testing BID.

**2. Benign essential HTN**

Notes: . alpha-blocker not first-line for hypertension. Use of furosemide simply for blood pressure control may not be the best option for this patient. We will try and make some change with medication at next visit. Patient does keep blood pressure log does monitor sodium intake.

**3. Benign prostatic hyperplasia without lower urinary tract symptoms**

Notes: . Stable continu current medication.

**4. Smoker**

Patient:          DOB:          Progress Note: Clarissa Zafirov MD    01/23/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004563

Notes: Did discuss smoking ceassation if possible.

## 5. Others

Notes: Patient does need EKG next visit. We will contested her also for screening aortic ultrasound evaluation given his smoking history. Repeat pulmonary function tests at some point in the future.

## Preventive Medicine

Immunizations: Pneumococcal .... Influenza ....

## Procedure Codes

1158F ADVNC CARE PLAN TLK DOCD
1158F ADVNC CARE PLAN TLK DOCD
1159F MED LIST DOCD IN RCRD
1159F MED LIST DOCD IN RCRD
1160F RVW MEDS BY RX/DR IN RCRD
1160F RVW MEDS BY RX/DR IN RCRD
1170F FXNL STATUS ASSESSED
1170F FXNL STATUS ASSESSED
3288F FALL RISK ASSESSMENT DOCD
G8420 BMI is documented within normal parameters and no follow-up plan is required
1126F AMNT PAIN NOTED NONE PRSNT
3288F FALL RISK ASSESSMENT DOCD
3725F SCREEN DEPRESSION PERFORMED
1125F AMNT PAIN NOTED PAIN PRSNT

## Follow Up

4 Weeks (Reason: f/u lab bp med change)

**Electronically signed by Clarissa Zafirov , MD on 01/23/2019 at 03:24 PM EST**

**Sign off status: Completed**

---

**VIPcare Venice**
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

---

**Patient:**     **DOB:**     Progress Note: Clarissa Zafirov MD    01/23/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://102.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   6/26/2019

CZ_DS004564

# EXHIBIT 5-L2

# 5 Star Check List - DR. AKHIL PATEL



Continuum Diamond Rewards (HMO SNP) - PCP Effective Date: 09-2018

**PHYSICIAN PARTNERS**

Visits in last 12 months:    PCP: 5    ER: 0    Specialists: 3    Hospital: 0

100% | 1.767

    

HCC 018   HCC 111   HCC 058   HCC 011   HCC 048   HCC 012

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.40 | Type 2 diabetes mellitus with diabetic neuropathy, unspecified | 3 | 0 | 0 | Current PCP | No - awaiting lab perfu |
| E11.22 | Type 2 diabetes mellitus with diabetic chronic kidney disease | 3 | 0 | 0 | Suspect Rules: 4 - DM with CKD | Establish causal relationship between DM E11.9 and CKD N18.x coded previously on DOS 04-11-2017   N |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 2 | 4 | Physician | No |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 2 | 9 | 3 | Past History | Ok |
| HCC058 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 3 | 0 | 0 | Current PCP | No |
| HCC011 - Colorectal, Bladder, and Other Cancers | | | | | | RA Factor: 0.317 |
| C67.9 | Malignant neoplasm of bladder, unspecified | 0 | 0 | 1 | Past History | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | NO |
| HCC012 - Breast, Prostate, and Other Cancers and Tumors | | | | | | RA Factor: 0.154 |
| C76.41 | Malignant neoplasm of right upper limb | 2 | 0 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/23/19

Signature (MD, DO, PA or NP only):

Please fax form and progress note to **888-978-5655**

Confidential - Do Not Distribute

Page 1 of 2

CZ_DS004565

# EXHIBIT 5-L3

**OV, CLARISSA, A DR (2019-02-25)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| | Essential (primary) hypertension | | PCP Encounters |
| 17.200 | Nicotine dependence, unspecified, uncomplicated | | PCP Encounters |
| E11.9 | Type 2 diabetes mellitus without complications | HCC019 | PCP Encounters |
| Z68.30 | Body mass index (BMI) 30.0-30.9, adult | | PCP Encounters |

**ZAFIROV, CLARISSA, A DR (2019-01-23)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| E11.65 | Type 2 diabetes mellitus with hyperglycemia | HCC018 | Progress Notes |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | Progress Notes |

## 2018

**PATEL, AKHIL (2018-09-18)**

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I10 | Essential (primary) hypertension | | PCP Encounters |
| N40.0 | Enlarged prostate without lower urinary tract symptoms | | PCP Encounters |
| E11.65 | Type 2 diabetes mellitus with hyperglycemia | HCC018 | PCP Encounters, Progress Notes |
| F32.4 | Major depressive disorder, single episode, in partial remission | HCC058 | PCP Encounters, Progress Notes |
| D69.2 | Other nonthrombocytopenic purpura | HCC048 | PCP Encounters, Progress Notes |
| Z68.29 | Body mass index (BMI) 29.0-29.9, adult | | PCP Encounters |

# EXHIBIT 5-L4





**Healthcare, Inc**
**Referring: Clarissa A Zafirov**
**Appointment Facility: VIPcare Venice**

02/25/2019

**Progress Notes: Clarissa Zafirov MD**

## Reason for Appointment
1. 4 week f/u, CPE, labs

## History of Present Illness
HPI:

Patient here for follow-up visit. Patient history of hypertension for which she takes furosemide 20 mg tablets daily, labetalol 200 mg tablets twice daily. Patient blood pressure today 150/80 patient has brought blood pressure log today which shows blood pressures generally in the 130s-140s range systolic with normal diastolic pressures.

Patient current smoker. He is a diabetic as well. He is taking 1/2 tablets of thousand milligrams metformin daily. We did check a fasting glucose tolerance test with labs to confirm diabetes which patient showed to have a glucose level in the 200s at the 1 hour mark. Patient hemoglobin A1c currently 5.5. He does only check his blood sugars as needed now.

Patient difficulty with exercise due to chronic knee pain and arthritis. He did have a knee injection in the past which was not particularly helpful.

Patient labs showing mild elevation of creatinine to 1.27. He does have a GFR of 53 Patient with very mild elevation of microalbumin creatinine ratio.

## Current Medications
**Taking**
- metformin 1000 mg tablet 1.5 tab(s) orally 1 AM, 0.5 PM
- prazosin 5 mg capsule 1 cap(s) orally 3 times a day
- finasteride 5 mg tablet 1 tab(s) orally once a day
- furosemide 20 mg tablet 1 tab(s) orally once a day
- labetalol 200 mg tablet 1 tab(s) orally 2 times a day
- FORA Lancets, 100 1 strip 3 times a day 1 strip finger stick 3 times a day / 3 times a week
- FORA V20 Blood Glucose Test Strips 1 strip 3 times a day 1 strip fingerstick 3 times a day / 3 times a week
**Discontinued**
- aspirin 81 mg tablet, disintegrating 1 tab(s) orally once a day
- Medication List reviewed and reconciled with the patient

## Past Medical History
HTN.
Diabetes (3x QD fingerstick).
High Cholesterol.

## Surgical History
Appendectomy
Tonsils

## Family History
Father: deceased 92 yrs, Diabetes
Mother: deceased 88 yrs, Breast CA

## Social History

*Patient:*      **DOB:**      **Progress Note: Clarissa Zafirov MD**    02/25/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004567

Summary View for [redacted]   Account Number [redacted]

Tobacco Use   Smoking Status Current smoker,   When did you start smoking? 16,   How often do you smoke cigarettes? every day,   How many cigarettes a day do you smoke? 6-10,   How soon after you wake up do you smoke your first cigarette? 6-30 min,   Are you interested in quitting? Not ready to quit.
Alcohol: Denies.
Drug use: Never used illegal drugs.
Marital Status: Widow.
Exercise: Denies.
Caffeine: Denies.

### Allergies
N.K.D.A.

### Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

### Review of Systems
CONSTITUTIONAL:
   no Fever. no Weakness.
CARDIOLOGY:
   no Chest Pain. no Palpitations. no Leg Edema.
DERMATOLOGY:
   no Rash.
ENT:
   no Sore Throat.
GASTROENTEROLOGY:
   no Nausea. no Vomiting.
PSYCHOLOGY:
   no Depression.
RESPIRATORY:
   no Shortness of Breath. no Persistent Cough.

### Vital Signs
Ht 70 in, Wt 216 lbs, BP 150/80 mm Hg, Pulse 59 /min, Resp 16 /min, O2 Sat 97, Temp 97.8 F, BMI 30.99 Index.

### Examination
General Examination:
   General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
   Skin No rash noted, unremarkable.
   HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light.
   Neurologic Exam: A&O x 3, normal strength ,No gross focal deficits noted..
Cardiology:
   JVD: none.
   Heart: normal S1S2,No clinical signs of heart failure..
   Heart Murmur: No siginificant murmur noted.
   Lungs: no wheezing, RLL rhonchi regular rate and effort, good air movement, ...
   Extremities: no leg edema.
   Peripheral pulses: normal,symmetric.
Neurology:
   Cranial nerves: CN II-XII grossy intact.

### Assessments
1. Benign essential HTN - I10 (Primary)
2. Smoker - F17.200
3. Type 2 diabetes mellitus without complication, without long-term current use of insulin - E11.9

### Treatment

Patient: [redacted]   DOB: [redacted]   Progress Note: Clarissa Zafirov MD   02/25/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for [REDACTED] Account Number [REDACTED]

## 1. Benign essential HTN
Notes: Blood pressure stable with current medication. Patient to continue to monitor blood pressure at home. Noted history of sleep apnea for which patient is on CPAP as well. Likely component.

## 2. Smoker
Notes: . Patient has a very lengthy history of smoking I have offered low-dose screening CT as I have no imaging of his lungs. He will consider.

## 3. Type 2 diabetes mellitus without complication, without long-term current use of insulin
Notes: Well-controlled hemoglobin A1c in normal range. Patient to check blood sugars at home only as needed. Continue with metformin 1 tablet daily.

## 4. Others
Notes: . Follow-up in Jul. Plan to repeat labs with hemoglobin A1c in September.

### Preventive Medicine
HEDIS: Fall Risk Assessment 2019. Colonoscopy Does not recall. Eye exam 2014. COA 01/2019. Immunizations: Tetnus Unsure. Pneumococcal Advised, pt refused. Influenza Advised, pt refused.

### Follow Up
July htn etc

Electronically signed by Clarissa Zafirov , MD on 02/25/2019 at 02:02 PM EST

Sign off status: Completed

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Progress Note: Clarissa Zafirov MD    02/25/2019

Patient [REDACTED]    DOB: [REDACTED]

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

CZ_DS004569

# EXHIBIT 5-L5



## 5 Star Check List - DR. CLARISSA A ZAFIROV

Optimum Diamond Rewards (HMO SNP) - PCP Effective Date: 02-2019

Visits in last 12 months:    PCP: 4     ER: 0     Specialists: 3     Hospital: 0

43% | 0.832                        57% | 1.399

      

018   111   019   058   011   048   012

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC055 - Major Depressive, Bipolar, and Paranoid Disorders | | | | | | RA Factor: 0.330 |
| F32.4 | Major depressive disorder, single episode, in partial remission | 4 | 0 | 0 | Physician | |
| HCC011 - Colorectal, Bladder, and Other Cancers | | | | | | RA Factor: 0.317 |
| C67.9 | Malignant neoplasm of bladder, unspecified | 0 | 0 | 1 | Past History | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |
| HCC012 - Breast, Prostate, and Other Cancers and Tumors | | | | | | RA Factor: 6.154 |
| C76.41 | Malignant neoplasm of right upper limb | 2 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC018 | E11.65 | Type 2 diabetes mellitus with hyperglycemia | 01-23-2019 | 01-23-2019 | Current PCP |
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 02-25-2019 | 02-25-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-23-2019 | 01-23-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

→ Pulled from my visit note where it was connected - patient has never had a HybA1C > 6.5! Was not signed off on 5* and was not meant to be submitted.

It was a comment on that particular chart problem, NOT a diagnosis.

CZ_DS004570

EXHIBIT 5-L6



CZ_DS004571

# EXHIBIT 6

# Documents Related to Patient M

# EXHIBIT 6-M1



CZ_DS004550



5 Star Check List - DR. AKHIL PATEL

Freedom Medicare Plan Rx (HMO) - PCP Effective Date: 08-2018

| Visits in last 12 months: | PCP: 4 | ER: 0 | | Specialists: 1 | | Hospital: 0 | | |
|---|---|---|---|---|---|---|---|---|
| I71.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | | No | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | | | RA Factor 0.202 |
| D69.2 | Other nonthrombocytopenic purpura | 3 | 0 | 0 | Current PCP | | No | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| | | There are no codes reported / captured in the current year | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 2/15/19

Signature (MD, DO, PA or NP only):

fax form and progress note to 866-678-9655

CZ_DS004551

# EXHIBIT 6-M2



**VIP**care
★ ★ ★ ★ ★ HEALTHCARE

Referring: Akhil Patel
Appointment Facility: VIPcare Venice

02/15/2019

Progress Notes: Clarissa Zafirov MD

**Reason for Appointment**
1 CPE, labs

**History of Present Illness**

Depression Screening :
PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way Not at all, Total Score 0.

COA - Func Stat:
Cognitive Status Good. Cognitive Status **Please update**. Ambulatory Status Good. Sensory Ability -
Hearing Good. Sensory Ability - Vision Fair Glasses. Sensory Ability - Touch Good, Sensory Ability -
Smell Good. Sensory Ability - Taste Good. ADLs - mark only the ones patient needs help with Pt does not require any assistance w/ his ADLs.

COA - Medication Review and List:
Medication List Documented **Yes**. Medication List Documented **Please update**. Medications Reviewed Date:
2/15/019.

COA - Pain Assessment:
Denies : Does the patient have Pain? No. Denies : Pain Location. Denies : Pain scale. Denies : Pain Treatment Plan.
Does the patient have Pain? **Yes ( add CPT code 1125F)**, No ( add CPT code 1126F), No , Yes .

Fall Risk:
Denies : History of falling , within the last three months **No - O**. Denies : Secondary DX. Denies : Ambulatory Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic Nursing Care.
History of falling , within the last three months **Please Update**.

COA - Adv Care:
Patient has the below (mark only appropriate ones) Living Will Advance Directives. Patient has the below (mark only appropriate ones) Advance Directives.

HPI:
76-year-old female here to establish care with new provider. Patient with a history of alcohol dependence which has been in remission since early 2000 15/2017. Patient at that time had a CT scan showing some cerebral changes including possible ischemic demyelination and cerebral atrophy. Patient is currently has no memory changes other than some issues with word or name finding otherwise is doing well.
Patient has a history of COPD is evident by pulmonary function testing in October 2018. Currently mild stable. Patient is not using any inhalers. Denies any wheezing, shortness of breath with exertion. Patient quit smoking in 2003.
Patient is taking Celexa for anxiety not depression. Patient denies any history of depression.
Patient is active with gardening and does try and do that on a regular basis. Patient has overall healthy diet does not eat red meat. She is up-to-date in regards to vaccinations.
Patient history of breast cancer status post bilateral mastectomy.

Patient ▇▇▇▇ DOB ▇▇▇ Progress Note: Clarissa Zafirov MD 02/15/2019
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID... 7/15/20

CZ_DS004552



Patient has a history of benign essential tremor which is been evaluated by neurology. She is taking a small amount of propranolol which seems to control her tremor to some degree. Patient was on propranolol at a much higher dose in the past which caused bradycardia.

Patient labs showing mild vitamin D deficiency patient is not taking vitamin D or calcium. She is due for repeat bone density scan.

Mild elevation of hemoglobin A1c which is not been present in the past.

Patient with anemia also on labs with a hemoglobin of 10.8. Patient has a history of chronic anemia per reports. In the past, patient reports normal iron levels. Patient has had no change in stool. Patient denies weakness fatigue shortness of breath or other symptoms related to her anemia. No chest pain or palpitations.

General ROS.

**Interim History:**
c/o Consultations **Other consultant: pt is currently not following up with any consultants for health concerns.**

### Current Medications
**Taking**
- Celexa 20 mg tablet 1 tab(s) orally once a day

**Discontinued**
- primidone 50 mg tablet 1/2 tab orally qhs
- Medication List reviewed and reconciled with the patient

### Past Medical History
Breast CA .
Mild Depression.
Tremor.
Hx of Alcohol Abuse / stopped 12/31/16.

### Surgical History
Bilateral Masectomies

### Family History
Father: deceased, family history unknown
Mother: deceased 72 yrs, alzheimer's dementia.

### Social History
Tobacco Use  Smoking Status :Former smoker,   When did you start smoking? 1973,   When did you stop smoking? 2003,  Additional Findings: Tobacco Non-User  Ex-light cigarette smoker (1-9/day).
Alcohol: Former Drinker / 12/31/2016.
Drug use: Never used illegal drugs.
Marital Status: Married.
Children: Yes.
Occupation: Retired: RN / State Prison in PA.
Exercise: Active lifestyle.
Caffeine: Coffee, 1 cup per day.

### Allergies
penicillin
Sulfa
Ceocin HCl

### Hospitalization/Major Diagnostic Procedure
Surgery

### Review of Systems
CONSTITUTIONAL:
  no Fever, no Chills, no Weight Loss, no Fatigue.
CARDIOLOGY:
  no Chest Pain, no Shortness of Breath, no Palpitations, no Dizziness.

CZ_DS004553



**DERMATOLOGY:**
no Rash.
**GASTROENTEROLOGY:**
no Abdominal Pain, no Nausea, no Vomiting, no Diarrhea.
**MUSCULOSKELETAL:**
no Joint Swelling, no Myalgia.
**PSYCHOLOGY:**
no Depression, no Anxiety.
**RESPIRATORY:**
no Shortness of Breath, no Persistent Cough, no Wheezing.
**UROLOGY:**
no Dysuria, no Urinary Frequency.

## Vital Signs
Ht 63 in, Wt 128 lbs, BP 124/76 mm Hg, Pulse 65 /min, Resp 16 /min, O2 Sat 97, Temp 98.1 F, BMI 22.67 Index.

## Examination
General Examination:
General Examination: Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.
Skin No abnormal lesions, . No erythema or ecchymosis. Skin warm to the touch, clean, dry.
HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.
Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.
Heart: S1S2 RRR, no signs of CHF, no edema.
Lungs: Clear to auscultation A/P bilaterally, no wheezes/rhonchi/rales/crackles, regular breathing rate and effort, good air exchange noted throughout.
Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.
Musculoskeletal No joint deformity, swelling, tenderness, pain.
Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.
Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.

## Assessments
1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Major depress, part remis - F32.4
3. Unspecified chronic bronchitis - J42
4. Benign essential tremor - G25.0
5. Anxiety - F41.9
6. Alcohol dependence in sustained full remission - F10.21
7. Vitamin D deficiency - E55.9
8. Nonrheumatic aortic valve insufficiency - I35.1, ECHO 2018
9. Anemia, unspecified type - D64.9

## Treatment
**1. Encounter for general adult medical examination with abnormal findings**
LAB: Lipid Panel (Q) (LC) (Ordered for 10/01/2019)
LAB: Hemoglobin A1c (Ordered for 10/01/2019)
LAB: Vitamin B12 (Cobalamin) and Folate Panel, Serum (Ordered for 10/01/2019)
LAB: Iron, Total and Total Iron Binding Capacity (Ordered for 10/01/2019)
LAB: Vitamin D, 25-Hydroxy, Total, Immunoassay (Ordered for 10/01/2019)
LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (Q) (LC) (Ordered for 10/01/2019)
LAB: Urinalysis, Complete, with Reflex to Culture (Q) (Ordered for 10/01/2019)
LAB: CBC (INCLUDES DIFF/PLT) (Ordered for 10/01/2019)
LAB: Peripheral Smear Pathologist Review (Ordered for 10/01/2019)

**2. Major depress, part remis**
Continue Celexa tablet, 20 mg, 1 tab(s), orally, once a day

Patient: [redacted]     DOB: [redacted]     Progress Note: Clarissa Zafiroy MD   02/15/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID...   7/15/

CZ_DS004554

Summary View for [redacted] Account Number:51613

IMAGING: DEXA Axial Skeleton, Hips, Pelvis & Spine, Bone Density.

**3. Others**
Notes:

In regards to COPD, patient is generally stable in regards to any respiratory symptoms. Will monitor closely.

Benign tremor stable with use of small amount of propranolol. Patient to monitor blood pressure at home. Well controlled with this medication.

In regards to anxiety patient is found symptoms are well controlled with use of Celexa 20 mg tablets daily. Denies depression entirely. No history of depression.

History of alcohol dependence in full remission. At some point possible neurologic changes related to alcohol intake but patient from a cognitive and memory standpoint is doing well. Sustained remission. Patient had echo in the last year which was also generally unremarkable with the exception of moderate aortic regurgitation. Patient will need follow-up echo in the future.

Patient otherwise up-to-date in regards to screening with the exception of bone density scan I would like her to repeat bone density scan. Start with vitamin D and calcium supplementation.

In regards to anemia, this is a chronic issue however workup and cause not entirely clear. Will have patient repeat fecal occult. Will check iron levels and possible smear with next labs in October. Fecal occult kit given to patient today to complete.

Plan to repeat labs in October otherwise.

**Preventive Medicine**
HEDIS: Mammo Bilateral Masectomy. Fall Risk Assessment 10/9/18. echo 2015 / Carotid 2015. Stress/Cath 2015. Colonoscopy 2010. Eye exam May 2018 Americas Best. COA 10/9/18. DEXA 2010. PFT Never. PHQ9 PHQ9 02/15/2019.
Immunizations: Pneumococcal 10/2018, .... Influenza 10/2018, .... Herpes Zooster Vaccination 2017.

**Procedure Codes**
1126F AMNT PAIN NOTED NONE PRSNT
1158F ADVNC CARE PLAN TLK DOCD
3074F SYST BP LT 130 MM HG
1159F MED LIST DOCD IN RCRD
3078F DIAST BP < 80 MM HG
1160F RVW MEDS BY RX/DR IN RCRD
1170F FXNL STATUS ASSESSED
1170F FXNL STATUS ASSESSED
1160F RVW MEDS BY RX/DR IN RCRD
3288F FALL RISK ASSESSMENT DOCD
1159F MED LIST DOCD IN RCRD
1126F AMNT PAIN NOTED NONE PRSNT
3725F SCREEN DEPRESSION PERFORMED

**Follow Up**
6 Months

CZ_DS004555



Summary View for ████████ Account Number:51613                          Page 5 of 5

Electronically signed by Clarissa Zafirov , MD on 02/15/2019 at 02:51 PM EST

Sign off status: Completed

---

**VIPcare Venice**
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

---

Patient ████████   DOB:████████   Progress Note: Clarissa Zafirov MD   02/15/2019

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

# EXHIBIT 6-M3



CZ_DS004557

# EXHIBIT 6-M4

5 Star Check List - DR. CLARISSA ▮ ▮▮▮▮▮▮▮

PHYSICIAN PARTNERS

| Visits in last 12 months: | PCP: 5 | ER: 0 | Specialists: 1 | Hospital: 0 |
|---|---|---|---|---|

70% | 3,096

(055) (111) (058) (077) (072) (075) (040) (018) (108) (048)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It s provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2016 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| G37.9 | Demyelinating disease of central nervous system, unspecified | 0 | 0 | 1 | Physician | |
| Q02 | Microcephaly | 2 | 2 | 0 | Physician | |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | Clinical Review | Alcohol-dependent, evaluate for alcoholic polyneuroaphy |
| M31. | Thrombotic microangiopathy | 0 | 2 | 0 | Physician | |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 0 | 1 | Physician | |
| I71.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC055 | F10.21 | Alcohol dependence, in remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC058 | F32.4 | Major depressive disorder, single episode, in partial remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J42 | Unspecified chronic bronchitis | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 02-15-2019 | 02-15-2019 | Current PCP |

attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date

ate Patient Seen: 7/16/19

gnature (MD, DO, PA or NP only)

*Patient does not have major depressive disorder. Please amend*

CZ_DS004558

# EXHIBIT 6-M5



Fwd: Dr. Zafirov - Query re diagnosis submission.   Inbox ×

Sajitha Johnson

Good morning Dr. Zafirov. Thank you so much for reaching out to me. I am happy to answer your questions. The data collected on the 5 Star Checklist may include

Clarissa Zafirov <czafirov@getvipcare.com>
to Sajitha ▾                                                    Fri, Jul 19, 12:53 PM (3 days ago)

Sajitha,

In regards to ████ if you read below the code , it is stated not once, but twice that she does not have major depression in the note.  The patient is adamant that she is only taking for anxiety. It was meant to be a comment on the condition and not a

diagnosis.  The note makes that very clear.  Not only that, but it has been marked 'no' on the 5-star sheet I turned in to you.  As far as what physicians coded before me, my responsibility lies in my own evaluation in the room with the patient.  I do think that

in regards to diagnosis it is very important that this is done accurately.  I would assume that your team also reads the physicians commentary on a condition as this is relevant.  If there are previous codes on the chart I will comment and

then remove them from the chart after the visit.

So yes, please remove the code from her medical records.

Thanks,

Dr. Zafirov

⬤⬤⬤

↩ Reply    ➡ Forward

CZ_DS004559

# EXHIBIT 6-M6

## Star Check List - DR. CLARISSA A ZAFIROV



Freedom Medicare Plan Rx (HMO) - PCP Effective Date: 03-2019

Visits in last 12 months:    PCP: 6    ER: 0    Specialists: 0    Hospital: 0    **PHYSICIAN PARTNERS**

| 36% | 1.557 | 64% | 3.096 |

          

HCC 058 / HCC 055 / HCC 111 / HCC 059 / HCC 077 / HCC 072 / HCC 075 / HCC 040 / HCC 018 / HCC 108 / HCC 048

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC077 - Multiple Sclerosis | | | | | | RA Factor: 0.556 |
| G37.9 | Demyelinating disease of central nervous system, unspecified | 0 | 0 | 1 | Physician | |
| HCC072 - Spinal Cord Disorders/Injuries | | | | | | RA Factor: 0.509 |
| Q02 | Microcephaly | 2 | 2 | 0 | Physician | |
| HCC075 - Myasthenia Gravis/Myoneural Disorders and Guillain-Barre Syndrome/Inflammatory and Toxic Neuropathy | | | | | | RA Factor: 0.409 |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | Clinical Review | Alcohol-dependent, evaluate for alcoholic polyneuropathy |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M31.1 | Thrombotic microangiopathy | 0 | 2 | 0 | Physician | |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 0 | 1 | Physician | |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I71.4 | Abdominal aortic aneurysm, without rupture | 0 | 1 | 0 | Physician | |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.252 |
| D69.2 | Other nonthrombocytopenic purpura | 4 | 0 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC055 | F10.21 | Alcohol dependence, in remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC059 | F32.4 | Major depressive disorder, single episode, in partial remission | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J42 | Unspecified chronic bronchitis | 02-15-2019 | 02-15-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 02-15-2019 | 02-15-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date.

Date Patient Seen:

CZ_DS004560

# EXHIBIT 6-M7



## PROSPECTIVE POSSIBLE CONDITION REPORT

Refreshed Date: 10/7/2019

| | | |
|---|---|---|
| Plan Name: | Freedom Medicare Plan Rx (HMO) | |
| Member Name: | | Member ID: |
| Gender: | | Provider Name: ZAFIROV, CLARISSA, A |
| DOB: | | Provider ID: P1045672 |
| Member Phone | | EFF Date: 10/01/2016 |
| | | Group Name: FLORIDA MEDICAL ASSOCIATES LLC |

Status Filter: --SHOW ALL--

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Spinal Cord Disorders/Injuries | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/24/2018 | | UNADDRESSED |
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 10/09/2018 | | UNADDRESSED |
| Modify | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 02/07/2017 | | UNADDRESSED |
| Modify | Drug/Alcohol Dependence | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 02/15/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | Rx data suggests missing diagnosis: SYMBICORT | PCP | 08/21/2019 | 1 | SECURED |
| Modify | Major Depressive, Bipolar, and Paranoid Disorders | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 10/09/2018 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 02/15/2019 | | SECURED |

« ‹ 1 › »

Freedom Health | 5403 N. Church Ave. Tampa, FL 33614 | (813) 506-6000 Phone | (813) 506-6151 Fax | Copyright© 2019 | www.FreedomHealth.com

M Inbox (1) - czafirov@getvipcare.c × | https://apps.freedomhealth.com × | R E-FORCSE®, Florida Prescription × | U Suppurative parotitis rx

← → C 🔒 https://apps.freedomhealth.com/HCCSnapshot/MemberHealthProfileSearchResult

⠿ Apps | Patient Handouts | Preprocedure Patie... | AAOS Essentials of... | U Search - UpToDate | ◉ Paroxetine-sertralin... | Pathologic

|◁ 〈 1 of 1 〉 ▷| ↻    💾 ⌄    Find | Next

Confidential Patient Information

## MEMBER HEALTH PROFILE

**FREEDOM HEALTH**

Provider Name: ZAFIROV, CLARISSA, A
Run Date: 10/15/2019

Group Name: FLORIDA MEDICAL ASSOCIATES LLC
Membership Month 10/01/2019    Review Period: 1/1/2019 To 12/31/2019

Plan Name: Freedom Medicare Plan Rx (HMO)
Member Name:
Gender:
DOB:
Member Phone:

Member ID:
PCP Name: ZAFIROV, CLARISSA, A
Provider ID: P1045672
Eff Date: 01/01/2019
Group Name: FLORIDA MEDICAL ASSOCIATES LLC

The following are HCC related medical conditions that have been reported to CMS in the past for this member. Please note that some of the conditions may have resolved and / or may not exist in current year.

| Provider Type | Confirmed 2019 DOS | RA FACTOR | Diagnosis Code | Diagnosis Description | Date Of Service | CMS HCC | CMS HCC Description |
|---|---|---|---|---|---|---|---|
| | N | 0.426 | | | | HCC040 | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease |
| Physician | N | 0.519 | Q02. | Microcephaly | 1/24/2018 | HCC072 | Spinal Cord Disorders/Injuries |
| Physician | Y | 0.353 | F32.4 | Major depressive disorder, single episode, in partial remission | 2/15/2019 | HCC059 | Major Depressive, Bipolar, and Paranoid Disorders |
| Physician | Y | 0.335 | J42. | Unspecified chronic bronchitis | 2/15/2019 | HCC111 | Chronic Obstructive Pulmonary Disease |
| Physician | Y | 0.368 | F10.99 | Alcohol use, unspecified with unspecified alcohol-induced disorder | 4/25/2019 | HCC055 | Substance Use Disorder, Moderate/Severe, or Substance Use with Complic |
| Physician | N | 0.214 | D69.2 | Other nonthrombocytopenic purpura | 10/9/2018 | HCC048 | Coagulation Defects and Other Specified Hematological Disorders |

The following conditions may exist based on CSNP verification, Lab, DME, OTC and Rx data for this member. Please note that some of the conditions may have been resolved and/or may not exist for member in current year.

| Data Source | Suspect Reason | Date of Service | Potential Diagnosis Code | Potential Diagnosis Description | CMS HCC | CMS HCC Description | RA FACTOR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LAB -Lab test results suggest patient may have listed condition. Lab test and results provided.
DME/OTC - DME/OTC usage suggests patient may have listed condition. DME/OTC usage provided.
Rx - Rx(Prescription Drug usage) suggests patient may have listed condition. Most recent prescription provided.
Med Hx -Diagnosis history of patient suggests patient may have listed condition. Brief Description provided.
CSNP - Health Plan received a chronic condition confirmation through CSNP verification process but has not received a claim for verified condition listed.

Attestation - By utilizing this portal, you attest that you have documented the medical condition(s) in member's medical records as per CMS guidelines during the stated review period and that specific documentation of the sign, symptom, condition, disease or other reason for the encounter exists therein. Suspected, possible, and rule out diagnoses have not and may not be submitted. You further attest that the information provided is true, accurate and complete to the best of your knowledge.

Confidentiality Notice - The information contained within this portal constitutes confidential information, some or all of which may be protected health information as defined by the federal Health Insurance Portability & Accountability Act (HIPAA). Access to this portal is granted only to the registered user (or an employee or agent acting under the direction of the registered) and is intended for the exclusive use of that individual or entity and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the registered user (or an employee or agent acting under the direction of the registered) , you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction.

1

# EXHIBIT 7

# Documents Related to Patient N

# EXHIBIT 7-N1

**5 Star Check List - DR. AKHIL PATEL**

[redacted]

PHYSICIAN PARTNERS

Freedom VIP Savings (HMO SNP) - PCP Effective Date: 09-2018

Visits in last 12 months: PCP: 12 ER: 0 Specialists: 6 Hospital: 0

| 100% \| 1.801 |
|---|

HCC 055 · HCC 018 · HCC 085 · HCC 111 · HCC 108

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F10.20 | Alcohol dependence, uncomplicated | 3 | 0 | 0 | **Current PCP** | Needs patient verification |
| HCC018 - Diabetes with Chronic Complications | | | | | | RA Factor: 0.368 |
| E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 3 | 2 | 0 | Suspect Rules: 12 - Diabetic Angiopathy / DM with PVD | Establish causal relationship between DM E11.9 and PAD/PVD I73.9 coded previously on DOS 07-18-2017 No - see below |
| E11.69 | Type 2 diabetes mellitus with other specified complication | 0 | 2 | 2 | Physician | " " |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I42.9 | Cardiomyopathy, unspecified | 2 | 2 | 0 | Physician | Ok |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 0.348 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 9 | 6 | 1 | **Current PCP** | Ok Spirometry 8/15 mild obstruction |
| HCC108 - Peripheral Vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I70.0 | Atherosclerosis of aorta | 3 | 0 | 0 | **Current PCP** | Ok |
| I73.9 | Peripheral vascular disease, unspecified | 3 | 12 | 0 | Physician Hospital | Ok |
| I70.213 | Atherosclerosis of native arteries of extremities with intermittent claudication, bilateral legs | 0 | 1 | 0 | Physician | Ok |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| There are no codes reported / captured in the current year | | | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

**Date Patient Seen:** 1/23/19

**Signature** (MD, DO, PA or NP only): [signature]

E11.51
HgbA1c 2017 -> 2019 only in pre-dm range
Patient treated for DM. Debatable. No HgbA1c > 6.5 since 2015. Patient does not follow any diet.
hard to say here.

**Please fax form and progress note to 888-978-5655**

Confidential - Do Not Distribute

# EXHIBIT 7-N2



5. HTN (hypertension), benign - I10
6. Peripheral arterial occlusive disease - I77.9
7. Bladder neoplasm - D49.4

**Treatment**

**1. Chronic obstructive pulmonary disease, unspecified**
Notes: Mild. Discussed smoking cessation importance.

**2. Atherosclerotic heart disease of native coronary artery without angina pectoris**
Notes: Significant occlusion. Needs ongoing monitoring.

**3. Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene**
Notes: . Question completeness of initial diagnosis. Patient may have been prediabetes but it does not seem tha lab criteria quite matches diagnosis. If it is a question later on, will repeat fasting glucose or glucose tolerance testing. Needs lab order to take to Moffitt.

**4. Hypercholesteremia**
Notes: . Patient to continue with statin at current dose.

**5. HTN (hypertension), benign**
Notes: Continue to take lisinopril 10 mg daily. Blood pressure stable.

**6. Peripheral arterial occlusive disease**
Notes: Patient will continue to follow-up with cardiology, Dr. Bermudez. Continue aspirin and clopidogrel. Patient is physically active with his work as a landscaper.

**7. Bladder neoplasm**

---

Right panel:

Overview | DRTLA | History | CDSS | Tem

Dellorto, William, L ,(Bill) 70 Y, M as of 05/18/201

Right Panel data last modified on: 01/22/20

Problem List SNOMED

Global Alerts

Advance Directive

Problem List                          All

I25.10 — Atherosclerotic heart disea native coronary artery with pectoris

E11.51 — Type 2 diabetes mellitus w peripheral angiopathy witho gangrene

E78.00 — Hypercholesteremia

I10 — HTN (hypertension), benig

Alcohol dependence in co

EXHIBIT 7-N3



AP02

https://myq360.com/msap/member_task_list_2017_long_form_v2.php?muids=58632

Handouts · Preprocedure Patie... · AAOS Essentials of... · Search - UpToDate · Paroxetine-sertralin... · Pathologic Q Wave...

(018) (085) (111) (011) (108) (019) (055) (075)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient.
Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| HCC055 - Drug/Alcohol Dependence | | | | | | RA Factor: 0.420 |
| F10.20 | Alcohol dependence, uncomplicated | 5 | 0 | 0 | Physician Hospital | |
| HCC075 - Myasthenia Gravis/Myoneural Disorders and Guillain-Barre Syndrome/Inflammatory and Toxic Neuropathy | | | | | | RA Factor: 0.408 |
| G62.1 | Alcoholic polyneuropathy | 0 | 0 | 0 | | Alcohol-dependent, evaluate for alcoholic polyneuropathy |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC011 | C67.8 | Malignant neoplasm of overlapping sites of bladder | 01-04-2019 | 03-26-2019 | Current PCP |
| HCC011 | C67.9 | Malignant neoplasm of bladder, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC018 | E11.51 | Type 2 diabetes mellitus with diabetic peripheral angiopathy without gangrene | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC019 | E11.9 | Type 2 diabetes mellitus without complications | 02-15-2019 | 02-15-2019 | Physician Hospital |
| HCC085 | I42.9 | Cardiomyopathy, unspecified | 02-04-2019 | 02-04-2019 | Physician |
| HCC108 | I73.9 | Peripheral vascular disease, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |
| HCC108 | I77.9 | Disorder of arteries and arterioles, unspecified | 01-22-2019 | 01-22-2019 | Physician |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-22-2019 | 01-22-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

# EXHIBIT 8

# Documents Related to Patient O

# EXHIBIT 8-O1




# 5 Star Check List - DR. AKHIL PATEL

Freedom VIP Savings COPD (HMO SNP) - PCP Effective Date: 05-2018

**PHYSICIAN PARTNERS**

Visits in last 12 months:    PCP: 18    ER: 1    Specialists: 6    Hospital: 0

100% | 3.329

HCC 021   HCC 169   HCC 040   HCC 085   HCC 111   HCC 124   HCC 108   HCC 048   HCC 088

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | Times Reported 2017 | Times Reported 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| HCC021 - Protein-Calorie Malnutrition | | | | | | RA Factor: 0.713 |
| E46 | Unspecified protein-calorie malnutrition | 2 | 0 | 0 | Current PCP | No |
| HCC169 - Vertebral Fractures without Spinal Cord Injury | | | | | | RA Factor: 0.497 |
| M48.56XA | Collapsed vertebra, not elsewhere classified, lumbar region, initial encounter for fracture | 2 | 0 | 0 | Physician Hospital | OK |
| S32.020A | Wedge compression fracture of second lumbar vertebra, initial encounter for closed fracture | 1 | 0 | 0 | Physician | |
| S32.028A | Other fracture of second lumbar vertebra, initial encounter for closed fracture | 1 | 0 | 0 | Physician | |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | RA Factor: 0.374 |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | No |
| HCC085 - Congestive Heart Failure | | | | | | RA Factor: 0.368 |
| I50.30 | Unspecified diastolic (congestive) heart failure | 11 | 0 | 0 | Current PCP | Ok yes |
| HCC111 - Chronic Obstructive Pulmonary Disease | | | | | | RA Factor: 1.346 |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | 16 | 17 | 0 | Current PCP | ok |
| J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | Past History | No |
| J43.9 | Emphysema, unspecified | 0 | 2 | 0 | Physician | No |
| J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | Physician | No |
| HCC124 - Exudative Macular Degeneration | | | | | | RA Factor: 0.335 |
| H35.32 | Exudative age-related macular degeneration | 12 | 0 | 0 | Past History | OK |
| H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | Physician | ok |
| HCC108 - Peripheral vascular disease, unspecified | | | | | | RA Factor: 0.299 |
| I77.9 | Disorder of arteries and arterioles, unspecified | 1 | 0 | 1 | Current PCP | No |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | RA Factor: 0.269 |
| D69.2 | Other nonthrombocytopenic purpura | 5 | 0 | 0 | Current PCP | No |
| HCC088 - Angina Pectoris | | | | | | RA Factor: 0.145 |
| I20.8 | Other forms of angina pectoris | 0 | 5 | 0 | Physician | No |

Please fax form and progress note to 888-978-5655

Confidential - Do Not Distribute

CZ_DS004530

## 5 Star Check List - DR. AKHIL PATEL

Freedom VIP Savings COPD (HMO SNP) - PCP Effective Date: 05-2018

in last 12 months:      PCP: 18      ER: 1      Specialists: 8      Hospital: 0

PHYSI
PARTN

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|-----|-----|-----------------|-----------|----------|--------|
| | | There are no codes reported / captured in the current year | | | |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 1/3/19

Signature (MD, DO, PA or NP only):

# EXHIBIT 8-O2



VIP-VEN-LAP02

initial encounter for closed fracture.

## 2019 Paid (4)

| HCC | HCC Description | ICD | ICD9 Description | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | Logic number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HCC085 | Congestive Heart Failure | I50.30 | Unspecified diastolic (congestive) heart failure | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| HCC108 | Vascular Disease | I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| HCC111 | Chronic Obstructive Pulmonary Disease | J44.9 | Chronic obstructive pulmonary disease, unspecified | 21 | 17 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
|  |  | J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 1 |  |
|  |  | J43.9 | Emphysema, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 |  |
|  |  | J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |  |
| HCC124 | Exudative Macular Degeneration | H35.32 | Exudative age-related macular degeneration | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
|  |  | H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |

Provide feedback

CZ_DS004549

# EXHIBIT 8-O3

## 5 Star Check List DR AKHIL RA...

PHYSICIAN PARTNERS

Effective Date: 05-2018

| Visits in last 12 months: | PCP: 12 | ER: 0 | Specialists: 4 | Hospital: 0 |
|---|---|---|---|---|

75% | 2.118

(HCC 085) (HCC 111) (HCC 021) (HCC 040) (HCC 124) (HCC 108) (HCC 048) (HCC 088)

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported 2018 | 2017 | 2016 | Source | Comments |
|---|---|---|---|---|---|---|
| E46 | Unspecified protein-calorie malnutrition | 2 | 0 | 0 | Current PCP | No |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | No |
| H35.32 | Exudative age-related macular degeneration | 13 | 0 | 0 | Past History | Ok |
| H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | Physician | No |
| I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | Current PCP | No |
| D69.2 | Other nonthrombocytopenic purpura | 6 | 0 | 0 | Current PCP | No |
| I20.8 | Other forms of angina pectoris | 0 | 5 | 0 | Physician | No |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-03-2019 | 01-03-2019 | Current PCP |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: 3/7/19

Signature (MD, DO, PA or NP only): _____

HCC 085 - Should be corrected. Patient does NOT have. Should be amended.

# EXHIBIT 8-O4





**★ ★ ★ ★ ★ HEALTHCARE**

Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

03/04/2019                                                          Progress Note:  Clarissa Zafirov MD

### Reason for Appointment
1. 2 mo f/u, labs

### History of Present Illness
COA - Pain Assessment:
   Does the patient have Pain? **No** .
COA - Medication Review and List:
   Medication List Documented Yes. Medications Reviewed 3/4/19.
HPI:
   Patient here to follow-up labs. Patient with history of hyperlipidemia for which she takes simvastatin 10 mg tablets
daily. Lipid panel in normal range.
   Patient with vitamin D deficiency. She does have a history of spontaneous fracture in her spine. Did have last bone
density scan in the last year. Patient taking at thousand milligrams of vitamin D daily.
   Hemoglobin A1c of 5.8 which is a slight decrease from previous.
   Patient continues to smoke about half a pack daily. Does have COPD which is stable currently no cough increased
sputum or shortness of breath
   Patient scheduled to see cardiology in the next few months. Patient has a grade 1 diastolic dysfunction which is not
abnormal for age on cardiac echo. Does not qualify for congestive heart failure as previously on problem list.

### Current Medications
**Taking**
- Aspir 81 81 mg delayed release tablet 1 tab(s) orally once a day
- simvastatin 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- Spiriva Respimat 2.5 mcg/inh aerosol 2 puff(s) inhaled once a day
- Trelegy Ellipta 100 mcg-62.5 mcg-25 mcg powder 1 puff(s) inhaled once a day, Notes: haven't started yet
**Discontinued**
- Breo Ellipta 100 mcg-25 mcg/inh powder 1 puff(s) inhaled once a day
- Medication List reviewed and reconciled with the patient

### Past Medical History
   High Cholesterol.
   COPD.
   Seasonal Allergy.
   S5 buldging disc.
   Arthritis.
   Macular Degeneration Lt eye.
   Hx of syphilis - Was discovered by blood work..

### Surgical History
*Hysterectomy Partial 1982*
*Lt Rotator Cuff 2008*
*Cartlidge repair Lt*

*http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...   8/8/2019*

CZ_DS004535

## Family History
Father: deceased 80 yrs, Lung CA
Mother: deceased 93 yrs
Siblings: Lung CA, Valve Disorder

## Social History
Tobacco Use   Smoking Status   Current smoker 10 Cig a day,   Patient uses other tobacco products: No,   When did you start smoking? 1970,   How often do you smoke cigarettes? every day,   How many cigarettes a day do you smoke? 6-10,   Are you interested in quitting? Thinking about quitting,   Additional Findings: Tobacco User  Light cigarette smoker ((1-9 cigs/day).
Alcohol: Social.
Drug use: Never used illegal drugs.
Marital Status: Seperated.
Children: None.
Occupation: Semi-Retired: Nielson TV Rating.
Exercise: Regularly.
Caffeine: Coffee, 1-3 cups per day, Soda.

## Allergies
Soma: rash

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
CONSTITUTIONAL:
   no Fever. no Chills. no Night Sweats.
CARDIOLOGY:
   no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness.
DERMATOLOGY:
   no Rash.
HEMATOLOGY/LYMPH:
   no Fatigue. no Easy Bruising.
GASTROENTEROLOGY:
   no Abdominal Pain. no Nausea. no Vomiting.
NEUROLOGY:
   no Headache. no Visual Changes.
RESPIRATORY:
   no Shortness of Breath. no Persistent Cough. no Wheezing.

## Vital Signs
Ht 64 in, Wt 182 lbs, BP 116/80 mm Hg, Pulse 59 /min, Resp 14 /min, O2 Sat 95, Temp 97.7 F, BMI 31.24 Index.

## Past Orders
Lab:Vitamin B12 (Cobalamin) and Folate Panel, Serum (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | | |
|---|---|---|---|
| FOLATE, SERUM | 9.2 | | - ng/mL |
| VITAMIN B12 | 361 | | 200-1100 - pg/mL |

Lab:Vitamin D, 25-Hydroxy, Total, Immunoassay (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | | |
|---|---|---|---|
| **VITAMIN D, 25-OH, TOTAL** | **27** | **L** | **30-100 - ng/mL** |

Lab:Lipid Panel (Q) (LC) (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | | |
|---|---|---|---|
| Cholesterol, Total | 143 | | <200 - mg/dL |
| **HDL Cholesterol** | **49** | **L** | **>50 - mg/dL** |
| Triglycerides | 99 | | <150 - mg/dL |
| LDL Cholesterol | 76 | | - mg/dL (calc) |
| CHOL/HDLC Ratio | 2.9 | | <5.0 - (calc) |
| Non HDL Cholesterol | 94 | | <130 - mg/dL (calc) |

Patient:          DOB:          Progress Note: Clarissa Zafirov MD   03/04/2019
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=   8/8/2019

CZ_DS004536

| | | |
|---|---|---|
| EOSINOPHILS | 6.9 | - % |
| BASOPHILS | 1.6 | - % |
| ABSOLUTE BASOPHILS | 0.4 | - % |
| ABSOLUTE EOSINOPHILS | 28 | 0-200 - cells/uL |
| ABSOLUTE LYMPHOCYTES | 110 | 15-500 - cells/uL |
| MPV | 3443 | 850-3900 - cells/uL |
| ABSOLUTE MONOCYTES | 11.9 | 7.5-12.5 - fL |
| ABSOLUTE NEUTROPHILS | 476 | 200-950 - cells/uL |
| RDW | 2843 | 1500-7800 - cells/uL |
| | 12.1 | 11.0-15.0 - % |

Lab:REFLEXIVE URINE CULTURE (Order Date - 02/12/2019) (Collection Date - 02/12/2019)

| | | |
|---|---|---|
| REFLEXIVE URINE CULTURE | NO CULTURE INDICATED | - |

## Examination

General Examination:

General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.

Skin No rash noted, unremarkable.

HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light.

Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.

Musculoskeletal No joint deformity, swelling, or limited range of motion with movement.

Neurologic Exam: A&O x 3, normal strength and muscle tone.

Cardiology:

JVD: none.

Heart: No clinical signs of heart failure., normal S1S2.

Heart Murmur: No significant murmur noted.

Lungs: no wheezing/rhonchi/rales, regular rate and effort, good air movement, ...

Extremities: no leg edema.

Peripheral pulses: normal,symmetric.

Neurology:

Cranial nerves: CN II-XII grossy intact.

## Assessments

1. Dyslipidemia - E78.5 (Primary)
2. Low vitamin D level - E55.9
3. Chronic airway obstruction, not elsewhere classified - J44.9
4. Prediabetes - R73.03

## Treatment

### 1. Others

Notes:

In regards to hyperlipidemia patient to continue with simvastatin 10 mg tablets daily. Currently stable. Patient should increase vitamin D to at least 2000 units daily. Will be due for bone density scan in the next 2 years.

---

Patient:  DOB:  Progress Note: Clarissa Zafirov MD 03/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://192.168.200.12:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=... 8/8/2

CZ_DS004537

In regards to COPD patient is currently stable. Was given a trilogy sample which she will try when she runs out of Spiriva. Did discuss again smoking cessation. Repeat CT scan of the lungs in December 2019.

Patient hemoglobin A1c in prediabetic range. Difficulty for exercises patient continues to work on a regular basis.

Plan to repeat labs in September.

### Labs
Lab: Hemoglobin A1c (Ordered for 09/04/2019)
Lab: Vitamin D, 25-Hydroxy, Total, Immunoassay (Ordered for 09/04/2019)
Lab: CBC (H/H, RBC, Indices, WBC, PLT) (Ordered for 09/04/2019)
Lab: Urinalysis, Complete, with Reflex to Culture (Q) (Ordered for 09/04/2019)
Lab: CBC (INCLUDES DIFF/PLT) (Ordered for 09/04/2019)

### Preventive Medicine
HEDIS: Mammo June 19, 2018 RAVE. Fall Risk Assessment 8/7/18. echo 5/1/18 Carotid US 4/17/18. Colonoscopy 4/22/16 Dr. DeMasi. COA 11/12/18. DEXA 2/6/18 RAVE.
Immunizations: Pneumococcal 10/30/17, .... Influenza Advised, pt refused 11/12/18, .... Herpes Zooster Vaccination Declines 11/12/18.

### Procedure Codes
1126F AMNT PAIN NOTED NONE PRSNT

### Follow Up
6 Months

Electronically signed by Clarissa Zafirov , MD on 03/04/2019 at 11:13 AM EST
Sign off status: Completed

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient:            DOB:            Progress Note: Clarissa Zafirov MD   03/04/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

CZ_DS004538

EXHIBIT 8-O5



**The Heart Institute**
OF VENICE

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:**
**Patient ID:**
**Date of Birth:**

**Date of Service: 05-13-2019**

**Chief Complaint:**
Seen today for results of stress test, echocardiogram and carotid ultrasound.

**Past Medical History:**
Abnormal ECG (R94.31) (794.31),Aortic sclerosis (I35.8) (424.1) (Mild),Atypical angina (I20.8) (413.9),Benign and innocent cardiac murmurs (R01.0) (785.2),Bilateral carotid artery occlusion (I65.23) (433.10) (Bilateral 20-49%),Calcification of mitral valve (I34.8) (424.0) (w Mild Mitral Sclerosis),Chest pain (R07.9) (786.50),Diastolic dysfunction (I50.30) (Stage 1),HLD - Hyperlipidemia (E78.5) (272.4),Nonrheumatic mitral (valve) insufficiency (I34.0) (424.0) (Trace),Nonrheumatic tricuspid (valve) insufficiency (I36.1) (424.2) (Trace)

**Procedures:**
Cholesterol Screening (02/12/2019),Cholesterol Screening (05/01/2018)

**Presenting Medications:**
aspirin oral 81mg (1 tablet po qd), Breo Ellipta 100-25mcg/dose (1 puff qd), simvastatin 10mg (qd), Spiriva with HandiHaler

**Allergies:**
NKDA

**Social History:** Smoking Status: Current some day smoker.   Age Started Smoking: 25.   Smoking Cessation Counseling: Yes on 05-13-2019.   Language: English.   Race:

· White
  Ethnicity:

· Not Hispanic or Latino

**Family History:**
CAD - Coronary artery disease (Father, Sibling)

**Vital Signs:**

| Ht | Wt | BMI | BP - Sys | BP - Dia | BP - Site | BP - Position |
|---|---|---|---|---|---|---|
| 64.5 in | 181 lbs | 30.59 | 112 mmHg | 70 mmHg | Left Arm | Sitting |

| Resp | Temp | Pulse | Pulse Site | Exertion | O2 Sat | Head Circ | Pain Severity |
|---|---|---|---|---|---|---|---|
| 14 pm | | 69 bpm | Radial | Resting | 94 | | |

**Impression:**

**FOLLOWUP VISIT**

CZ_DS004539



**The Heart Institute**
OF VENICE

1370 East Venice Avenue, Suite 102
Venice, Florida 34285
Ph #: 941/412-0026
Fax #: 941/412-0027

**Patient Name:** ▮▮▮▮▮▮▮▮▮
**Patient ID** ▮▮▮▮▮▮▮▮▮
**Date of Birth:** ▮▮▮▮▮▮▮▮▮

**Date of Service: 05-13-2019**

HISTORY OF PRESENT ILLNESS: This 69-year-old lady with a family history of early coronary artery disease, mild carotid artery disease, hyperlipidemia and abnormal EKG. She has some anginal equivalent symptoms, had an exercise Cardiolite study done, which is normal. Echo Doppler showed normal systolic function, mild mitral and tricuspid insufficiency. Carotid duplex exam revealed mild disease bilaterally.

REVIEW OF SYSTEMS: No recent history of PND, orthopnea, ankle edema, dizziness, palpitations, syncope, extreme fatigue, diarrhea, nausea or vomiting. I have reviewed the review of systems.

PHYSICAL EXAMINATION:
GENERAL: No acute distress. Conversant.
VITALS: Listed.
NECK: No jugular venous vein distention or carotid bruits.
LUNGS: Clear to percussion and auscultation.
HEART: Regular rate and rhythm. Heart sounds normal. Grade I/VI systolic murmur at the lower left sternal border. No rubs or gallops; normal PMI.
ABDOMEN: Soft, nontender, normal active bowel sounds. No hepatosplenomegaly. Normal aortic pulsations; no bruits.
EXTREMITIES: No peripheral edema. Normal, symmetric pedal pulses. No digital cyanosis or clubbing.

IMPRESSION:
1. Family history of early coronary artery disease.
2. Mild carotid artery disease.
3. Hyperlipidemia.
4. Abnormal EKG.

DISPOSITION: The patient will be seen in follow up in another few months.

Barry J. Weckesser, M.D., F.A.C.C.
BJW: lfsl/ha

cc: Clarissa A. Zafirov, M.D. 844-388-6186

d: 05/13/2019 t: 05/14/2019

Patient education material given
- outcome health

cc: CLARISSA A ZAFIROV, MD

CZ_DS004540

EXHIBIT 8-O6



**VIP**care

★ ★ ★ ★ ★ **HEALTHCARE**

Referring: Clarissa A Zafirov
Appointment Facility: VIPcare Venice

01/03/2019                                    **Progress Notes: Clarissa Zafirov MD**

### Reason for Appointment
1. CPE/B12 inj

### History of Present Illness
Depression Screening.:
    PHQ-9 Little interest or pleasure in doing things Not at all, Feeling down, depressed, or hopeless Not at all, Trouble falling or staying asleep, or sleeping too much Not at all, Feeling tired or having little energy Not at all, Poor appetite or overeating Not at all, Feeling bad about yourself-or that you are a failure or have let yourself or your family down Not at all, Trouble concentrating on things, such as reading the newspaper or watching television Not at all, Moving or speaking so slowly that other people could have noticed. Or the opposite ? being so fidgety or restless that you have been moving around a lot more than usual Not at all, Thoughts that you would be better off dead, or of hurting yourself in some way Not at all, Total Score 0.

COA - Func Stat:
    Cognitive Status Good. Ambulatory Status Good. Sensory Ability - Hearing Good. Sensory Ability -
Vision Glasses. Sensory Ability - Touch Good. Sensory Ability - Smell Good. Sensory Ability - Taste Good.

COA - Medication Review and List:
    Medication List Documented Yes. Medications Reviewed Date:1/3/19.

COA - Pain Assessment:
    Denies : Does the patient have Pain? No. Denies : Pain Location. Denies : Pain scale. Denies : Pain Treatment Plan.
    Does the patient have Pain? **Yes ( add CPT code 1125F), No ( add CPT code 1126F), No , Yes .**

Fall Risk:
    Denies : History of falling , within the last three months **No - O**. Denies : Secondary DX. Denies : Ambulatory Aid. Denies : IV/Heparin Lock. Denies : Gait/Transfering. Denies : Mental Status. Denies : No Risk 0 - 24 Good Basic Nursing Care.
    History of falling , within the last three months **Please Update**.

General ROS:

Interim History:
    c/o Consultations **Other consultant: pt is currently not following up with any consultants for health concerns.** .
    Brief ROS CPE, B12 inj.

COA - Adv Care:
    Patient has the below (mark only appropriate ones) Pt does not have a living will, advance directives or dnr. Pt encouraged to have one. Patient has the below (mark only appropriate ones) Advance Directives.

HPI:
    Patient here for physical visit. Patient has a history of COPD. Last pulmonary function test several years prior. She has evidence of chronic bronchitis on imaging. Did have screening CT just this last December which was negative for nodules or other abnormalities. Patient does continue to smoke approximately half a pack daily.
    Patient has history of macular degeneration for which she sees ophthalmology, Dr. Malley. Patient does have injections into her eye on a regular basis.
    Patient has history of compression fracture of second lumbar vertebrae sometime ago. Recurrence in 2018 proximally 1 year prior. Generally stable now without back pain at this time.

CZ_DS004541

Patient has a history on echo of very mild stage I diastolic congestive heart failure. Also currently stable patient denies symptoms of peripheral edema orthopnea. No increasing shortness of breath with exertion outside of her COPD.

Patient currently takes Brio and Spiriva for COPD. No increased cough or increase in sputum currently.

Patient has a family history of coronary artery disease. Patient with past hyperlipidemia and therefore takes simvastatin 10 mg daily. She also takes daily aspirin.

Patient will be due for minimum mammogram screening in June. She declines influenza vaccine. She has had pneumonia vaccine. Patient does see dermatology on an annual basis.

## Current Medications
**Taking**
- Aspir 81 81 mg delayed release tablet 1 tab(s) orally once a day
- simvastatin 10 mg tablet 1 tab(s) orally once a day (at bedtime)
- Spiriva Respimat 2.5 mcg/inh aerosol 2 puff(s) inhaled once a day
- Breo Ellipta 100 mcg-25 mcg/inh powder 1 puff(s) inhaled once a day

**Discontinued**
- nystatin 100000 units/mL suspension 4 ml orally 4 times a day, Notes: PRN
- Medication List reviewed and reconciled with the patient

## Past Medical History
High Cholesterol.
COPD.
Seasonal Allergy.
S5 buldging disc.
Arthritis.
Macular Degeneration Lt eye.
Hx of syphilis - Was discovered by blood work..

## Surgical History
Hysterectomy Partial 1982
Lt Rotator Cuff 2008
Cartlidge repair Lt

## Family History
Father: deceased 80 yrs, Lung CA
Mother: deceased 93 yrs
Siblings: Lung CA, Valve Disorder

## Social History
Tobacco Use   Smoking Status  Current smoker 10 Cig a day,   Patient uses other tobacco products: No,   When did you start smoking? 1970,   How often do you smoke cigarettes? every day,   How many cigarettes a day do you smoke? 6-10,   Are you interested in quitting? Thinking about quitting,   Additional Findings: Tobacco User Light cigarette smoker ((1-9 cigs/day).
Alcohol: Social.
Drug use: Never used illegal drugs.
Marital Status: Seperated.
Children: None.
Occupation: Semi-Retired: Nielson TV Rating.
Exercise: Regularly.
Caffeine: Coffee, 1-3 cups per day, Soda.

## Allergies
Soma: rash

## Hospitalization/Major Diagnostic Procedure
No Hospitalization History.

## Review of Systems
*CONSTITUTIONAL:*
*no Fever. no Chills. no Weight Loss. no Fatigue.*

CZ_DS004542

CARDIOLOGY:
   no Chest Pain. no Shortness of Breath. no Palpitations. no Dizziness.
DERMATOLOGY:
   no Rash.
GASTROENTEROLOGY:
   no Abdominal Pain. no Nausea. no Vomiting. no Diarrhea.
MUSCULOSKELETAL:
   no Joint Swelling. no Myalgias.
PSYCHOLOGY:
   no Depression. no Anxiety.
RESPIRATORY:
   no Shortness of Breath. no Persistent Cough. no Wheezing.
UROLOGY:
   no Dysuria. no Urinary Frequency.

**Vital Signs**

Ht 64 in, Wt 183 lbs, BP 122/62 mm Hg, Pulse 72 /min, Resp 14 /min, O2 Sat 97, Temp 97.9 F, BMI 31.41 Index.

**Examination**

General Examination:

   General Examination Healthy looking for stated age, alert and oriented, well developed and well- nourished, comfortable looking throughout visit.

   Skin No abnormal lesions, . No erythema or ecchymosis. Skin warm to the touch, clean, dry.

   HEENT: Unremarkable. Sclera WNL bilaterally, pupils within normal size range, equally rounded, reactive to light bilaterally. The oropharynx was clear with moist mucus membranes.

   Neck, Thyroid : No Lymphadenopathy, no tenderness with palpation, no JVD.

   Heart: S1S2 RRR, no signs of CHF, no edema.

   Lungs: Clear to auscultation A/P bilaterally,occasional rhonchi regular breathing rate and effort, good air exchange noted throughout.

   Abdomen: Soft, non tender, no distension, no palpable masses, BSx4.

   Musculoskeletal No joint deformity, swelling, tenderness, pain.

   Neurologic Exam: A&O x 3, normal strength and muscle tone, CN's II-XII grossly intact.

   Psychiatry Well dressed and well groomed, appropriate behavior and thought process, no anxiety or depression.

GYN:

   Breasts: normal - no masses or tenderness or skin changes.

**Assessments**

1. Encounter for general adult medical examination with abnormal findings - Z00.01 (Primary)
2. Dyslipidemia - E78.5
3. Low vitamin D level - E55.9
4. Chronic airway obstruction, not elsewhere classified - J44.9
5. Age-related macular degeneration - H35.30
6. Diastolic congestive heart failure, unspecified chronicity - I50.30
7. Bilateral carotid artery disease - I77.9
8. Coronary artery disease involving native coronary artery of native heart without angina pectoris - I25.10

**Treatment**

**1. Dyslipidemia**
   LAB: Vitamin B12 (Cobalamin) and Folate Panel, Serum
   LAB: CBC (INCLUDES DIFF/PLT)
   LAB: Lipid Panel (Q) (LC)
   LAB: Hemoglobin A1c
   LAB: Comprehensive Metabolic Panel w/ EGFR (CMP) (Q) (LC)
   LAB: Urinalysis, Complete, with Reflex to Culture (Q)
Notes: Will check basic labs today patient to continue with simvastatin 10 mg tablets daily.

**2. Low vitamin D level**

CZ_DS004543

LAB: Vitamin D, 25-Hydroxy, Total, Immunoassay
Notes: . Will recheck levels with labs previously, reported condition. Patient was scheduled to have a B12 injection but has no documented history of deficiency and no history of malabsorption. Oral B12 will be fin.

### 3. Chronic airway obstruction, not elsewhere classified
Notes: . Discussed smoking cessation. Patient 93% on room air today. We discussed possibilit of progression to oxygen if we do not have improvement. May try trilogy and exchange for Brio and Spiriva. Stable currently. Rinse mouth after inhaler use.

### 4. Age-related macular degeneration
Notes: . Patient to continue to follow-up with ophthalmolog.

### 5. Diastolic congestive heart failure, unspecified chronicity
Notes: . mild stage I asymptomatic. Patient will need repeat cardiac echo annuall.

### 6. Bilateral carotid artery disease
Notes: . Reported condition by cardiology records. Will look for report.

### 7. Coronary artery disease involving native coronary artery of native heart without angina pectoris
Notes: Patient has reports in cardiology records of mild early stage coronary artery disease. Likely given smoking history. As a result, will benefit from continuation of statin as well as aspirin.

### Preventive Medicine
HEDIS: Mammo June 19, 2018 RAVE. Fall Risk Assessment 8/7/18. echo 5/1/18 Carotid US 4/17/18. Colonoscopy 4/22/18 Dr. DeMass. COA 11/12/18. DEXA 2/6/18 RAVE.
Immunizations: Pneumococcal 12/30/17. .... Influenza Advised, pt refused 11/12/18. .... Herpes Zooster Vaccination Declines 11/12/18.

### Procedure Codes
99SF ADVNC CARE PLAN TLK DOCD
99SF ADVNC CARE PLAN TLK DOCD
99xxF MED LIST DOCD IN RCRD
99xxF MED LIST DOCD IN RCRD
xxfxxF RVW MEDS BY RX, OR IN RCRD
xxfxxF RVW MEDS BY RX, OR IN RCRD
xxfxxF FXNL STATUS ASSESSED
xxfxxF FXNL STATUS ASSESSED
99SF FALL RISK ASSESSMENT DOCD
GAxxx BMI is documented within normal parameters and no follow-up plan is required
xxfxF 96NT PAIN NOTED NONE PRSNT
99SF FALL RISK ASSESSMENT DOCD
xxxfxF 96NT PAIN NOTED PAIN PRSNT
xxfxF SCREEN DEPRESSION PERFORMED

### Follow Up
3 Weeks. Reason: f/u labs)

Patient [redacted] DOB [redacted] Progress Note: Clarissa Zafirov MD 11/03/2018

CZ_DS004544

Summary View for [REDACTED] | Account Number: [REDACTED]          Page 5 of 5

Electronically signed by Clarissa Zafirov , MD on 01/03/2019 at 02:22 PM EST

Sign off status: Completed

**Addendum:**

05/15/2019 09:42 AM Zafirov, Clarissa A > Ammendment to chart. No CHF. Should not be included in problem list

VIPcare Venice
333 Tamiami Trail S
Venice, FL 34285-2425
Tel: 941-234-1288
Fax: 844-388-6186

Patient: [REDACTED]          DOB: [REDACTED]          Progress Note: Clarissa Zafirov MD   01/03/2019

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

EXHIBIT 8-O7

## Star Check List - DR. CLARISSA A ZAFIROV



dom VIP Saving COPD (HMO SNP) - PCP Effective Date: 03-2019

PHYSICIAN PARTNERS

its in last 12 months:    PCP: 13    ER: 0     Specialists: 3    Hospital: 0

| 56% | 1.493 | 44% | 1.339 |

       

## PLEASE EVALUATE, ASSESS, AND TREAT

Disclaimer: This 5 Star checklist is not intended to be part of the patient's medical record. It is provided only to show the past medical conditions of the patient. Please document any existing conditions in your progress note.

| ICD10 | ICD Description | Times Reported | | | Source | Comments |
|---|---|---|---|---|---|---|
| | | 2018 | 2017 | 2016 | | |
| | | | | | | RA Factor: 0.713 |
| HCC021 - Protein-Calorie Malnutrition | | | | | | |
| E46 | Unspecified protein-calorie malnutrition | 3 | 0 | 0 | Physician | |
| | | | | | | RA Factor: 0.374 |
| HCC040 - Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | | | | | | |
| M46.96 | Unspecified inflammatory spondylopathy, lumbar region | 3 | 0 | 0 | Physician | |
| | | | | | | RA Factor: 0.252 |
| HCC048 - Coagulation Defects and Other Specified Hematological Disorders | | | | | | |
| D69.2 | Other nonthrombocytopenic purpura | 10 | 0 | 0 | Physician | |
| | | | | | | RA Factor |
| HCC138 - | | | | | | |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | 3 | 1 | 0 | Physician | |

## BELOW CODES / CONDITIONS ARE ALREADY REPORTED IN THE CURRENT YEAR

| HCC | ICD | ICD Description | First DOS | Last DOS | Source |
|---|---|---|---|---|---|
| HCC085 | I50.30 | Unspecified diastolic (congestive) heart failure | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC088 | I20.8 | Other forms of angina pectoris | 04-02-2019 | 04-02-2019 | Physician |
| HCC108 | I77.9 | Disorder of arteries and arterioles, unspecified | 01-03-2019 | 01-03-2019 | Physician |
| HCC111 | J44.9 | Chronic obstructive pulmonary disease, unspecified | 01-03-2019 | 01-03-2019 | Current PCP |
| HCC124 | H35.32 | Exudative age-related macular degeneration | 01-14-2019 | 04-26-2019 | Other Provider |

I attest that I have reviewed and addressed all relevant medical conditions during the face-to-face encounter with the patient on the below date:

Date Patient Seen: _____

Signature (MD, DO, PA or NP only): _____

Amed request sent? Yes March

CZ_DS004546

EXHIBIT 8-O8



- DR. CLARISSA A ZAFIROV   Active

Freedom VIP Savings COPD (HMO SNP) - P00157151 - FRH

More...

| 10-2016 IPA Effective Date | 03-2019 PCP Effective Date | 02-2015 Plan Effective Date | F Sex | 70 Age | 2.010 Risk Score | 0 Projected Risk Score | 1 Leftovers 2017 | 0 Leftovers 2018 | 3 Leftovers 2019 | NA Admits YTD | NA Admits LTD | Mar 13, 2019 PCP LOV | 16 | 18 | 3 PCP Encounters 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Activity | 2013 HCC | 2014 HCC | 2015 HCC | 2016 HCC | 2017 HCC | 2018 HCC | 2019 HCC | Eligibility | ER & Hospital | Claims Map |
| Med List | Current RX | Lab data | PCP Encounters & PCP Claims | Phone call Log | ENS |

## 2019

### ZAFIROV, CLARISSA, A DR (2019-03-13)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I65.23 | Occlusion and stenosis of bilateral carotid arteries | | PCP Encounters |
| I34.0 | Nonrheumatic mitral (valve) insufficiency | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |

### ZAFIROV, CLARISSA, A DR (2019-03-04)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| E55.9 | Vitamin D deficiency, unspecified | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |
| R73.03 | Prediabetes | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

### PATEL, AKHIL (2019-01-03)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| E55.9 | Vitamin D deficiency, unspecified | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |

CZ_DS004547

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| H35.30 | Unspecified macular degeneration | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters |
| I77.9 | Disorder of arteries and arterioles, unspecified | HCC108 | PCP Encounters |
| I25.10 | Atherosclerotic heart disease of native coronary artery without angina pectoris | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

### ZAFIROV, CLARISSA, A DR (2019-01-03)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | Progress Notes |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | Progress Notes |

## 2018

### PATEL, AKHIL (2018-11-12)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| L82.1 | Other seborrheic keratosis | | PCP Encounters |
| L81.4 | Other melanin hyperpigmentation | | PCP Encounters |
| D22.5 | Melanocytic nevi of trunk | | PCP Encounters |
| L57.8 | Other skin changes due to chronic exposure to nonionizing radiation | | PCP Encounters |
| F17.200 | Nicotine dependence, unspecified, uncomplicated | | PCP Encounters |
| Z00.01 | Encounter for general adult medical examination with abnormal findings | | PCP Encounters |
| J44.9 | Chronic obstructive pulmonary disease, unspecified | HCC111 | PCP Encounters |
| E78.5 | Hyperlipidemia, unspecified | | PCP Encounters |
| H35.30 | Unspecified macular degeneration | | PCP Encounters |
| I50.30 | Unspecified diastolic (congestive) heart failure | HCC085 | PCP Encounters |
| D69.2 | Other nonthrombocytopenic purpura | HCC048 | PCP Encounters |
| N18.3 | Chronic kidney disease, stage 3 (moderate) | | PCP Encounters |
| R53.83 | Other fatigue | | PCP Encounters |
| I77.9 | Disorder of arteries and arterioles, unspecified | HCC108 | PCP Encounters |
| E53.8 | Deficiency of other specified B group vitamins | | PCP Encounters |
| Z68.31 | Body mass index (BMI) 31.0-31.9, adult | | PCP Encounters |

### PATEL, AKHIL (2018-10-16)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| R53.83 | Other fatigue | | PCP Encounters |

### PATEL, AKHIL (2018-09-18)

| ICD | ICD Desc | HCC | Sources |
|---|---|---|---|
| B37.0 | Candidal stomatitis | | PCP Encounters |
| Z68.30 | Body mass index (BMI) 30.0-30.9, adult | | PCP Encounters |

CZ_DS004548

# EXHIBIT 8-O9



VIP-VEN-LAP02

initial encounter for closed fracture

## 2019 Paid (4)

| HCC | HCC Description | ICD | ICD9 Description | # of times reported in service years | | | | | | | | Logic number |
|-----|----------------|-----|------------------|------|------|------|------|------|------|------|-------|--------------|
| | | | | 2018 | 2017 | 2016 | 2015 | 2014 | 2013 | 2012 | <=2011 | |
| HCC085 | Congestive Heart Failure | I50.30 | Unspecified diastolic (congestive) heart failure | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| HCC108 | Vascular Disease | I77.9 | Disorder of arteries and arterioles, unspecified | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| HCC111 | Chronic Obstructive Pulmonary Disease | J44.9 | Chronic obstructive pulmonary disease, unspecified | 21 | 17 | 0 | 1 | 0 | 0 | 0 | 1 | 1 |
| | | J42 | Unspecified chronic bronchitis | 0 | 8 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J43.9 | Emphysema, unspecified | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | |
| | | J44.0 | Chronic obstructive pulmonary disease with acute lower respiratory infection | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HCC124 | Exudative Macular Degeneration | H35.32 | Exudative age-related macular degeneration | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| | | H35.3221 | Exudative age-related macular degeneration, left eye, with active choroidal neovascularization | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |

Provide feedback

# EXHIBIT 8-O10



# PROSPECTIVE POSSIBLE CONDITION REPORT

Refreshed Date: 10/7/2019

| | |
|---|---|
| Plan Name: | Freedom VIP Savings COPD (HMO SNP) |
| Member Name: | |
| Gender: | |
| DOB: | |
| Member Phone: | |

| | |
|---|---|
| Member ID: | |
| Provider Name: | ZAFIROV, CLARISSA, A |
| Provider ID: | P1045672 |
| EFF Date: | 02/01/2015 |
| Group Name: | FLORIDA MEDICAL ASSOCIATES LLC |

**Status Filter:** --SHOW ALL--

| Action | HCC Description | Possible Review Description | Physicians Involved | DOS | Script Count | Status |
|---|---|---|---|---|---|---|
| Modify | Vertebral Fractures without Spinal Cord Injury | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/13/2018 | | UNADDRESSED |
| Modify | Chronic Kidney Disease, Moderate (Stage 3) | HCC submitted previously currently absent from patient clinical diagnoses | CMS | | | UNADDRESSED |
| Modify | Coagulation Defects and Other Specified Hematological Disorders | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 11/12/2018 | | UNADDRESSED |
| Modify | Rheumatoid Arthritis and Inflammatory Connective Tissue Disease | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 01/22/2018 | | UNADDRESSED |
| Modify | Angina Pectoris | HCC submitted previously currently absent from patient clinical diagnoses | Other physician | 05/08/2017 | | UNADDRESSED |
| Modify | Vascular Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |
| Modify | Congestive Heart Failure | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |
| Modify | Exudative Macular Degeneration | HCC submitted previously currently absent from patient clinical diagnoses | | 01/14/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | Member in Chronic SNP with PCP verified Diagnosis of COPD | PCP | 01/03/2019 | | SECURED |
| Modify | Chronic Obstructive Pulmonary Disease | HCC submitted previously currently absent from patient clinical diagnoses | PCP | 01/03/2019 | | SECURED |

1

ATTACHMENT 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLARISSA ZAFIROV,

     Plaintiff,

v.                             Case No: 8:19-cv-01236-KKM-SPF

FLORIDA MEDICAL
ASSOCIATES, LLC, et al.,

     Defendants.

_____

## AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

In the light of the Court's order granting Plaintiff's Unopposed Motion to Modify the Case Management and Scheduling Order, *see* (Docs. 170, 171); Fed. R. Civ. P. 26(f); Local Rule 3.02(c), the Court enters this Amended Order whose provisions will be strictly enforced. Because of the age of the case, the Court is unlikely to entertain further extensions of time.

1.    Parties are directed to meet the deadlines below:

| | |
|---|---|
| Fact Discovery and Related Motions Deadline | May 29, 2024 |
| Plaintiff Expert Disclosure | July 10, 2024 |
| Defendant Expert Disclosure | July 10, 2024 |
| Mediation Deadline | July 29, 2024 |
| Rebuttal Expert Disclosure | August 21, 2024 |
| Expert Discovery Cut-Off and Expert Discovery-Related Motions Deadline | November 27, 2024 |
| Dispositive and *Daubert* Motions | January 27, 2025 |
| Final Pretrial Meeting | June 7, 2025 |
| Motions *In Limine* | June 30, 2025 |
| Joint Pretrial Statement | July 7, 2025 |
| Pretrial Conference | July 28, 2025 |
| Trial Briefs | August 10, 2025 |
| Trial Term | September 2025 |

2. Parties are further directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to adhere timely to all requirements in Local Rule 3.06 concerning Final Pretrial Procedures, as supplemented herein at ¶ 6.

3. **Last Date to Mediate**: The parties shall complete the mediation conference on or before the mediation date set forth earlier in the above table. **Neither the mediator nor the parties have authority to continue the mediation conference beyond this date except on express order of the Court**. In any complex case or case involving multiple parties, the mediator has the authority to conduct the mediation in a series of sessions and in groups of parties so that mediation is complete by the last date to mediate.

4. Parties will please note that motions to amend any pleading or a motion for continuance of any pretrial conference, hearing or trial filed after issuance of this Case Management and Scheduling Order **are disfavored**. *See* Fed. R. Civ. P. 16(b)(4); Local Rule 3.08(a).

5. A **Pretrial Conference** will be held before the undersigned in **Courtroom 13B, 801 North Florida Avenue, Tampa, Florida**, on **July 28, 2025**, at **1:00 PM**. Parties are directed to meet the pretrial disclosure requirements and deadlines in Fed. R. Civ. P. 26(a)(3) and to adhere to all requirements in Local Rule 3.06 concerning final pretrial procedures. The parties shall file a **joint Pretrial Statement** one week before the above-referenced pretrial conference date. Failure to do so may result in the imposition of sanctions. The parties shall file any **motions in limine** three weeks before the Pretrial Conference date and any **response to a motion *in limine*** one week before the Pretrial Conference date. Counsel who will act as lead trial counsel in the case and who is vested with full authority to make and solicit disclosure and agreements touching all matters pertaining to the trial must attend the Pretrial Conference. Counsel who do not attend the Pretrial Conference will not be permitted to participate in trial.

6. This case is set for **Jury Trial** during the term commencing **September 2, 2025,** before the undersigned. This **September 2025** trial term shall include the entire month. Estimated length of trial: **3 weeks**.

2

7.  **CONSENT TO TRIAL BY MAGISTRATE JUDGE**:  In accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties may consent to have a United States Magistrate Judge conduct any or all further proceedings in this case, including the trial. Parties may consent to proceed before a magistrate by filing a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Filing a Case/Forms/Civil Forms." Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

8.  **SUMMARY JUDGMENT PROCEDURES**: The following procedures shall be followed by the parties:

    (a)  A party's claims or defenses for which summary judgment is sought shall be presented in a single motion and incorporated memorandum of law which, absent prior permission of the Court, shall **not exceed twenty-five (25) pages** total. Multiple motions for summary judgment will not be permitted. A violation of any of these directives will result in the Court *sua sponte* striking a party's motion for summary judgment and incorporated memorandum of law without notice. Any record citations should be to page and line of the filed materials.

    (b)  **Seven days before filing a motion for summary judgment**, the moving party shall confer in good faith with the party or parties against whom summary judgment is sought for the purpose of narrowing the factual issues in dispute. When filing the motion for summary judgment, the moving party must file a separate **"Joint Statement of Undisputed Facts"** (not exceeding 20 pages in length), agreed upon by all parties and with citations to the record. **If the parties anticipate filing cross-motions for summary judgment, they should file a single "Joint Statement of Undisputed Facts" to govern the cross-motions**, which shall certify that a good-faith conference occurred at least seven days before the first-filed motion.

    (c)  Any party opposing a summary judgment motion shall file a memorandum of law in opposition no later than the time allotted pursuant to Local Rule 3.01(c). To the extent that the party opposing a motion for summary judgment disputes any facts asserted in the motion, the opposing party must include those disputed facts, with

3

citations to the record, in the memorandum responding to the motion for summary judgment. All material facts set forth by the moving party shall be deemed admitted unless controverted by the opposing party in the response to the motion for summary judgment.

(d) Failure to respond to a motion for summary judgment shall be deemed that the non-moving party does not oppose the motion and may result in final judgment being entered without a trial or other proceeding.

(e) Oral argument or hearings will generally not be held on the motion.

(f) A violation of any of these directives will result in the Court *sua sponte* striking a party's motion for summary judgment without notice.

9. **For jury trials**, not later than **fourteen (14) days** prior to the date on which the trial term is set to commence, the parties shall file the following:

(a) **Proposed Jury Instructions**: The parties must confer about the jury instructions and submit to the Court: 1) all instructions that are undisputed; 2) instructions proposed by the plaintiff but not acceptable to the defense; and 3) instructions proposed by the defense but not acceptable to the plaintiff. A complete set of all written Proposed Jury Instructions shall bear a cover sheet with the complete style of the case and appropriate heading designating the submitting party; there shall be no more than one instruction per page and contain, at the end of each such instruction, citation of authorities; they shall be sequentially numbered and party-identified (e.g., Plaintiff's Requested Instruction No. 1). Counsel must email proposed jury instructions and verdict forms in Microsoft Word (.doc or .docx) format to the chambers inbox. Include the case number and case name in the subject line;

(b) A concise (one paragraph preferably) **joint** statement of the nature of the action to be used in providing a basic explanation of the case to the jury venire;

(c) **Proposed Verdict Form**; and

(d) **Proposed Questions for Voir Dire**: The court conducts the initial voir dire examination and parties should submit all proposed questions by the above deadline. Counsel may submit additional follow-up questions after the court examines the jury venire, but counsel will ordinarily not be permitted to examine

potential jurors.

10. **For jury trials**, each party **must** file a **Trial Brief** not later than **fourteen (14) days** prior to the date on which the trial term is set to commence. The brief should include citations of authorities and arguments specifically addressing all disputed issues of law likely to arise at trial.

11. No later than **9:00 a.m.** on the business day before trial, the parties shall provide to the Court **an exhibit notebook** containing marked copies of all exhibits. The parties may contact the courtroom deputy clerk to determine whether this requirement may be waived.

12. **SETTLEMENTS**: Lead counsel (as designated above, Plaintiff's counsel) shall **immediately** notify Chambers or the Courtroom Deputy Clerk if their case has settled. *See* Local Rule 3.09. Notices of settlement must be in writing. Failure to notify the Court of a settlement before noon on **Friday, August 29, 2025**. will result in the parties being assessed costs for the jury venire reporting.

**ORDERED** in Tampa, Florida, on December 11, 2023.


Kathryn Kimball Mizelle
United States District Judge

ATTACHMENT 4

| From: | Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov> |
|---|---|
| Sent: | Friday, March 31, 2023 4:41 AM |
| To: | Singer, Benjamin D. |
| Cc: | lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. |
| Subject: | RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.) |

[EXTERNAL MESSAGE]

Hello,

HHS-OIG is in receipt of your joint request for documents pursuant to *Touhy* regulations and is unable to obtain authorization to permit the production of all documents or materials you have requested.  HHS-OIG is determining whether it has audio and/or visual recordings responsive to Document Request Number One that are unique from those produced by DOJ.  If HHS-OIG identifies nonduplicates, they will be provided to you.  I am available to discuss any questions or concerns.

Thank you,
Candace

Candace Ashford
Senior Counsel
Office of Counsel to the Inspector General
U.S. Department of Health and Human Services
Cohen Building, Room 5527
330 Independence Avenue, SW
Washington, DC 20201
Phone: (202) 308-3013
Fax: (202) 205-0604
candace.ashford@oig.hhs.gov

Caution: This message may contain information protected by the attorney-client, attorney work product, deliberative process, or other privilege, or protected by Federal confidentiality laws.  Do not disseminate without the approval of the Office of Counsel to the Inspector General.

---

**From:** Ashford, Candace M (OIG/OCIG)
**Sent:** Tuesday, March 7, 2023 4:35 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>
**Cc:** lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)

Thank you very much.

Best,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Tuesday, March 7, 2023 4:24 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Cc:** lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)

> **CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Hi Candace:

As we discussed over the phone, we agree to an extension of the response date to March 31, 2023.  Safe travels.

Kind regards,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

---

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Tuesday, March 7, 2023 1:09 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>; lbentley@bradley.com; jmehta@foley.com; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** Defendants' Joint Requests for Documents - United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)


[EXTERNAL MESSAGE]

Hello,

HHS-OIG is in receipt of your joint request for documents pursuant to *Touhy* regulations and is preparing a response.  Your subpoena specifies March 13, 2023 as the date of compliance.  Due to out of country travel, I am writing to request an extension until March 31, 2023 for HHS-OIG to provide its written responses to the *Touhy* requests.  I am available today, March 7, 2023 if you have any concerns or would like to discuss further.

Thank you,
Candace

Candace Ashford
Senior Counsel
Office of Counsel to the Inspector General
U.S. Department of Health and Human Services
Cohen Building, Room 5527

330 Independence Avenue, SW
Washington, DC 20201
Phone: (202) 308-3013
Fax: (202) 205-0604
candace.ashford@oig.hhs.gov

Caution: This message may contain information protected by the attorney-client, attorney work product, deliberative process, or other privilege, or protected by Federal confidentiality laws.  Do not disseminate without the approval of the Office of Counsel to the Inspector General.

ATTACHMENT 5

| | |
|---|---|
| **From:** | Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov> |
| **Sent:** | Monday, March 13, 2023 10:34 AM |
| **To:** | Bock, Elizabeth M.; Singer, Benjamin D.; Mehta, Jason; Bentley, Lee |
| **Cc:** | Hill, Shelby (USAFLM); Koh, Jennifer (CIV) |
| **Subject:** | USAO-MDFL Response to Defendants' Touhy Requests.pdf |
| **Attachments:** | USAO-MDFL Response to Defendants' Touhy Requests.pdf |

[EXTERNAL MESSAGE]

All: attached is the USAO-MDFL's response to your February 13, 2023 *Touhy* request letter.  As stated in our response, the DOJ has determined that your requests should be granted in part and denied in part.

The DOJ is authorizing the production of the video and audio recordings responsive to Request Number One.  As a condition of this authorized production, Defendants agree that neither they, nor their counsel, will disclose or share the productions with any non-party to the litigation without the express authorization of the USAO-MDFL.  The productions will be made available to you shortly via our USAfx platform.  My legal assistant, Shelby Hill (cc'd here), will provide the details in a separate email.

Sincerely,

Sean P. Keefe
Assistant United States Attorney
Middle District of Florida, Civil Division
400 N. Tampa Street, Suite 3200
Tampa, FL 33602
Phone: (813) 274-6000
Email: sean.keefe@usdoj.gov



2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*
—————
**Main Office**
**400 North Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**813/274-6000**
**813/274-6358 (Fax)**

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

---

March 13, 2023

VIA ELECTRONIC MAIL TO:

Benjamin D. Singer
O'Melveny & Myers, LLP
1625 Eye St. NW
Washington, D.C. 20006
bsinger@omm.com

**Re:** **Defendants' Joint Requests for Documents Pursuant to 45 C.F.R. §§ 2.1 — 2.6 2.6, *United States ex rel. Zafirov*, Civil Action No. 8:19-cv-01236–KKM-SPF**

Dear Mr. Singer:

On February 13, 2023, the United States Attorney's Office in the Middle District of Florida ("USAO-MDFL") received a *Touhy* request from you on behalf of Defendants Freedom Health, Inc.; Optimum Healthcare, Inc.; Florida Medical Associates LLC d/b/a VIPCare; Physician Partners, LLC; and Anion Technologies, LLC ("Defendants"), seeking production of documents in conjunction with a third-party subpoena issued under Federal Rule of Civil Procedure 45.

As you are aware, federal regulations govern the disclosure of official Department of Justice ("DOJ") information by federal employees and agencies.

28 C.F.R. § 16.21-.29. These procedures prohibit the production or disclosure of Department records without prior approval. *Id.* These regulations apply where, as here, the United States is not a party to the proceeding, although remains a real party of interest in the action. Under these regulations, current and former employees are prohibited from disclosing official information absent express authorization from DOJ. 28 C.F.R. § 16.22(a).

The Supreme Court has long recognized the authority of federal agencies to regulate the disclosure of information by their employees. In *United States ex rel. Touhy v. Ragen*, the Supreme Court held that a federal employee could not be held in contempt for refusing to produce subpoenaed documents, where his refusal was based on regulations prohibiting the disclosure of official information without prior authorization. 340 U.S. 462, 468 (1951). Nor did such regulations invade the courts' authority to determine the admissibility of evidence. *Id.* at 468-70. This authority emanates from the Federal Government's sovereign immunity, even when a subpoena is directed against a federal agency or a federal employee or involves a subpoena for documents. *See COMSAT Corp. v. Nat'l Science Found.*, 190 F.3d 269, 277 (4th Cir. 1999).

To trigger the approval process, Defendants' *Touhy* request for documents must include a written statement summarizing "the information sought and its relevance to the proceeding." 28 C.F.R. § 16.22(d). This statement plays an essential role in determining the scope of the documents the USAO-MDFL will be authorized to produce.

In addition, Federal regulations require the consideration of whether disclosure is appropriate under the applicable rules of procedure and law concerning privilege. 28 C.F.R. § 16.26(a). DOJ generally will not disclose requested materials if disclosure would:

     l. Violate a specific statute or regulation;
     2. Reveal classified information;
     3. Reveal a confidential source or informant;

4. Reveal investigative techniques or investigatory records compiled for law enforcement purposes; or

5. Reveal trade secrets without the owner's consent.

28 C.F.R. § 16.26(b).

After carefully considering your request, applying all of the above factors, and reviewing the relevant procedural and substantive law, the DOJ has determined that your requests should be granted in part and denied in part. In particular, the USAO-MDFL is authorizing the production of the video and audio recordings responsive to Request Number One, because you have demonstrated that these materials are relevant to your case and otherwise could not be obtained without undue hardship.  Accordingly, these materials will be provided to you electronically concurrently with this letter.

With regard to all other materials sought by your requests, the USAO-MDFL has determined that disclosure of such materials is not appropriate under the procedural rules governing the case. As explained below, your request fails to comply with DOJ's *Touhy* regulations because your letter fails to explain how each category of requested documents is relevant to the proceeding. 28 C.F.R. § 16.22(d).  Accordingly, we are unable to obtain authorization to permit the production of all documents or materials you have requested.

In addition, to the extent you seek non-public documents and information relating to the details of the USAO-MDFL's investigation and the internal or intra-governmental deliberations (such as attorney notes or communications) these materials fall well within the protections afforded under the attorney work product doctrine and the attorney-client, deliberative process, and law enforcement investigatory files privileges.

Finally, courts "must limit" discovery otherwise allowed if, among other things, the discovery sought is "unreasonably cumulative or duplicative, or can be obtained from some other source that is more convenient, less burdensome, or

less expensive." Fed. R. Civ. P. 26(b)(2)(C)(i).  Many of the requests are for documents that can be obtained from the Relator, who is a party to this litigation, and are therefore duplicative.  *See, e.g., Nidec Corp. v. Victor of Japan*, 249 F.R.D. 577 (N.D. Cal. 2007) ("There is simply no reason to burden nonparties when the documents sought are in the possession of [a] party . . . .").

Consistent with the protections afforded under Rule 45(d)(1) and (3), and as permitted under Rule 45(d)(2)(B), this letter further serves as our written objections, set forth below, to the subpoena[1].  We reserve the right to supplement our written objections in response to a revised and properly constituted *Touhy* request.

## General Objections

Each of the general objections set forth herein applies to most of the requests in Defendants' Rule 45 subpoena. We discuss these general objections here to avoid unnecessary repetition below and in an effort to explain, in detail and with substantial legal support, the basis for each objection.

The USAO-MDFL objects to the extent Defendants seek privileged or otherwise protected documents created or compiled by the DOJ in conjunction with its investigation of the above-captioned case and any investigations of related or similar conduct. Privileged and otherwise protected documents are presumptively beyond the scope of discovery under Rule 26(b)(1) and cannot be requested by a party or attorney issuing and serving a Rule 45 subpoena absent an exception or waiver. *See* Fed. R. Civ. P. 26(b)(1) ("Parties may obtain discovery regarding any nonprivileged matter"); Fed. R. Civ. P. 45(d)(3)(iii) (the court "must quash or modify a subpoena that requires disclosure of privileged or other protected matter, if no exception or waiver applies").

---

[1] Because DOJ's *Touhy* regulations require that a demand for production of documents comply with relevant procedural rules and substantive laws regarding privilege, *see* 28 C.F.R. § 16.26(a), objections under the Federal Rules of Civil Procedure would also serve as bases for denial of a *Touhy* request.

4

<u>*Defendants Impermissibly Seek Documents Subject*</u>
<u>*to the Attorney Work Product Doctrine*</u>

Information in the DOJ's investigative files is subject to the attorney work product doctrine, which prevents discovery of documents "prepared in anticipation of litigation or trial." Fed. R. Civ. P. 26(b)(3); *Hickman v. Taylor*, 329 U.S. 495 (1946); *see also United States ex rel. Magee v. Lockheed Martin Corp.*, 2011 WL 13228302, at *2 (S.D. Miss. Jan. 11, 2011) (finding defendant's request for investigatory files "prepared by law enforcement agents and attorneys of the United States during and in connection with its investigation into relator's qui tam allegations" to be "core work product" and thus not discoverable); *In re Apollo Grp., Inc., Sec. Litig.*, 251 F.R.D. 12 (D.D.C. 2008) (concluding that attorney work product doctrine applied to government agency's documents communicated to or received from third parties, including witness statements and communications with the subject of program review or the qui tam relator or their counsel). The DOJ's investigative files also typically contain communications with client agencies, which are protected by the attorney-client privilege. *See Coastal States Gas Corp. v. Dep't of Energy*, 617 F.2d 854, 863 (D.C. Cir. 1980).

Documents that would "disclose law enforcement techniques and procedures" and undermine "the confidentiality of sources [or the protection of] witnesses and law enforcement personnel" are subject to the investigatory files privilege. *In re Dep't of Investig. of City of New York*, 856 F.2d 481, 484 (2d Cir. 1988). The disclosure of such information is prohibited by DOJ's *Touhy* regulation. 28 C.F.R. § 16.26(b)(5); *see also United States v. McGraw-Hill Cos., Inc.*, 2014 WL 1647385, at *6 (C.D. Cal. Apr. 15, 2014) (recognizing the privilege's availability in the context of civil investigations).

5

<u>*Defendants Impermissibly Seek Otherwise Protected Documents*</u>

The DOJ's communications with relator's counsel regarding this case, as well as certain documents exchanged between the DOJ and relator's counsel, are protected under a combination of (1) the work product doctrine and/or the attorney-client privilege and (2) the common interest doctrine. *See Miller v. Holzmann*, 240 F.R.D. 20, 23 (D.D.C. 2007) (holding that, under the common interest doctrine, a *qui tam* relator's disclosures to the government do not lose their status as privileged or attorney work product materials as long as, "[a]t the time of the disclosures at issue, relator and the government shared a common interest in the prosecution of the qui tam case").

Accordingly, the USAO-MDFL objects to Defendants' requests insofar as those requests seek documents created or compiled by DOJ in conjunction with its investigation of relator's allegations (or similar investigations) that are protected from disclosure by the attorney-client privilege, work product doctrine, investigative files privilege, deliberative process privilege, common interest doctrine, or any combination of the above. Many of the requests seek documents that are protected from disclosure under one or more of these privileges or doctrines. *See, e.g.*, Requests 2 and 4 (attorney notes and mental impressions); Requests 3 and 5 (relator disclosures and communications).

## **Specific Objections**

In addition to the general objections identified above, the USAO-MDFL sets forth additional specific objections to Defendants' document requests as follows:

**DOCUMENT REQUEST NO. 1:  All audio and/or visual recordings made using the Relator.**

Response: The USAO-MDFL will produce all videos and visual recordings responsive to this Request.

**DOCUMENT REQUEST NO. 2.:  All Documents, including, without limitation, audio or video recordings or notes, Concerning interviews with Relator.**

Response: There are no audio or video recordings responsive to this Request.  The USAO-MDFL otherwise objects because this Request seeks documents that are privileged and protected by the law enforcement investigatory files privilege, the attorney-client privilege, common-interest doctrine, and the attorney-work product doctrine. Moreover, DOJ further objects that these privileged documents are irrelevant, excessive to the proportional needs of the case, and will exact a burden on DOJ that will not be outweighed by the benefits to Defendants for the reasons explained in this letter. *See* Fed. R. Civ. P. 26(b)(1).

In addition, certain of these materials are also protected from disclosure by the deliberative process privilege because DOJ "prepared [these materials] in order to assist an agency decisionmaker in arriving at [a] decision," *see Formaldehyde Inst.*, 889 F.2d at 1122, and "reflect[] the give-and-take of the consultative process," *see Public Citizen, Inc. v. Office of Mgmt. & Budget*, 598 F.3d 865, 874 (D.C. Cir. 2010).

**DOCUMENT REQUEST NO. 3.:  All Communications between You and Relator.**

Response:  The USAO-MDFL objects because this request seeks documents that are privileged or otherwise protected, including by the law enforcement investigatory files privilege and the attorney-client privilege and/or work product doctrine in combination with the common interest privilege.

**DOCUMENT REQUEST NO. 4.:  All Documents, including, without limitation, notes, Reflecting Your Communications with Relator.**

Response:  The USAO-MDFL objects because this Request seeks documents that are privileged and protected by the law enforcement investigatory files privilege, common-interest doctrine, the attorney-client privilege, and the attorney-work product doctrine. Moreover, the USAO-MDFL further objects that these privileged documents are irrelevant, excessive to the proportional needs of the case, and will exact a burden on the DOJ that will not be outweighed by the benefits to Defendants for the reasons explained in this letter. *See* Fed. R. Civ. P. 26(b)(1).

In addition, certain of these materials are also protected from disclosure by the deliberative process privilege because the DOJ "prepared [these materials] in order to assist an agency decisionmaker in arriving at [a] decision," *see Formaldehyde Inst.*, 889 F.2d at 1122, and "reflect[] the give-and-take of the consultative process," *see Public Citizen, Inc. v. Office of Mgmt. & Budget*, 598 F.3d 865, 874 (D.C. Cir. 2010).

**DOCUMENT REQUEST NO. 5.:  All Documents provided by Relator to You.**

Response: The USAO-MDFL objects because this request seeks documents that are privileged or otherwise protected, including by the law enforcement investigatory files privilege and the attorney-client privilege and/or work product doctrine in combination with the common interest privilege.

To the extent this request seeks documents produced by the relator or her counsel to the DOJ regarding Defendants, the USAO-MDFL objects because this request is unreasonably cumulative or duplicative given that the documents can be obtained from plaintiff-relator, a party in this matter. *See* Fed. R. Civ. P. 26(b)(2)(C)(i).

**DOCUMENT REQUEST NO. 6.:  All Agreements entered into by You and Relator, including any Agreement Concerning the scope of any "common interest" privilege existing between You and Relator.**

Response: There are no documents responsive to this Request.

## <u>Conclusion</u>

As a condition of any authorized production, Defendants agree that neither they, nor their counsel, will disclose or share the productions with any non-party to the litigation without the express authorization of the USAO-MDFL. Please be advised that the USAO-MDFL reserves all of its rights and remedies to take appropriate action should protected information be disclosed without prior authorization, as required by the *Touhy* regulations and the ample case law thereunder.   Nothing in this letter should be construed as a waiver of any of USAO-MDFL's rights and remedies to enforce the *Touhy* obligations, all of which are expressly reserved hereby.

If you have any questions, please do not hesitate to contact Assistant United States Attorney Sean Keefe (sean.keefe@usdoj.gov, 813-274-6135).

Sincerely,

ROGER B. HANDBERG
United States Attorney

By:   ***/s/ Sean P. Keefe***
SEAN P. KEEFE
Assistant United States Attorney

9

ATTACHMENT 6

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff and Relator, | ) ) |
| v. | ) NO. 8:19-cv-01236-KMM-SPF ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

---

## RELATOR'S RESPONSE IN OPPOSITION TO THE PROVIDER DEFENDANTS' MOTION TO DISMISS RELATOR'S AMENDED COMPLAINT

# **TABLE OF CONTENTS**

I.   Dr. Zafirov identifies false claims with a level of specificity
     that far exceeds the Rule 9(b) pleading standard............................................. 3

     A. The Eleventh Circuit requires reliable indicia that
        a false claim was submitted as a result of the alleged conduct .................. 4

     B. Relator's Amended Complaint satisfies Rule 9(b)..................................... 7

II.  The Amended Complaint pleads every element of an FCA violation ........... 10

     A.   Contrary to the Provider Defendants' assertions,
          the Medicare Advantage program relies entirely
          on accurate diagnosis codes submitted by providers ......................... 11

     B.   False diagnosis codes are material .................................................... 13

     C.   The Provider Defendants caused the submission
          of false claims .................................................................................. 15

     D.   The diagnosis codes submitted by the Provider
          Defendants were objectively false...................................................... 16

III. Dr. Zafirov properly pleads reverse false claims ......................................... 17

IV.  Relator's claims cannot be dismissed on public disclosure grounds ............. 18

V.   Relator's allegations against the Provider Defendants
     are not subject to the government action bar ................................................ 19

VI.  Conclusion...................................................................................................... 20

Relator Clarissa Zafirov, M.D. filed an Amended Complaint (Dkt. 86, "AC") on November 11, 2021, alleging a fraud scheme perpetrated by Defendants Florida Medical Associates, LLC d/b/a VIPcare, Physician Partners, LLC and Anion Technologies, LLC ("the Provider Defendants") against the United States by submitting false diagnosis codes to inflate the risk scores for their patients enrolled in the Medicare Advantage program. Relator alleges that the Provider Defendants directed and pressured employed and contracted physicians to use risk-adjusting diagnosis codes (AC at ¶¶ 138-179); that Physician Partners financially incentivized physicians to increase patient risk scores (*id.* at ¶¶ 125-137); that Anion and Physician Partners distributed 5 Star Checklists to VIPcare physicians which misrepresented patient health status and encouraged improper diagnoses (*id.* at ¶¶ 105-124); and that the Provider Defendants falsified diagnosis codes when a physician did not cooperate with their directives (*id.* at ¶¶ 91, 202-271).

The Amended Complaint includes detailed analysis of these practices in the context of many specific patients, including the diagnosis codes the defendants submitted or caused to be submitted as a result of their fraudulent scheme. In a Medicare Advantage ("MA") case, that submission itself is the submission of a false claim. *U.S. ex rel. Ormsby v. Sutter Health*, 444 F. Supp. 3d 1010, 1085 (N.D. Cal. Mar. 16, 2020); AC at ¶¶50-52; 182.[1] For example, Dr. Zafirov identifies blatant, egregious

---

[1] Defendants make the remarkable, if not preposterous, claim that diagnosis codes are "meaningless" in the MA system. Dkt. 96 at 15. To the contrary, such codes are the *lingua franca* of the MA program, responsible for determining the amount of that the United States

examples like Patient A, for whom the Provider Defendants submitted the risk-adjusting diagnosis code for a "complete traumatic amputation" of his foot but who plainly still had both feet firmly attached when Relator treated him in 2019 (AC at ¶¶ 118, 293) and Patient P, a senior citizen for whom the Provider Defendants were paid for the risk adjusting diagnosis code for anencephaly, a fatal birth defect (*id.* at ¶¶ 284, 285).

Dr. Zafirov provides extensive documentation of claims for Patients H, I, J, and K as examples of occasions in which she expressly rejected a diagnosis code, only to learn that defendants changed the code to appear as though it had come from a phantom, unnamed "physician." *Id.* at ¶¶ 203-240. And she also provides documentation of claims for Patients L, M and N as examples of occasions where the Provider Defendants submitted claims in Dr. Zafirov's name and refused to delete the code over her express denial of their accuracy, such as an email directly from Dr. Zafirov to a billing specialist saying "remove the code from [the patient's] medical record." *Id.* at ¶¶ 242-271.

This is not a case where the Provider Defendants cannot ascertain Dr. Zafirov's claims. Nor is there any doubt that false claims were actually submitted as a result of the Provider Defendants' conduct: Precise specifics of such claims are alleged. And this is not a case where there is any actual question that the Provider Defendants knew

---

will pay for each enrolled beneficiary. The Amended Complaint describes the process in detail (AC at ¶¶ 46-52; 76-77) and Relator further dispels the Provider Defendants' inaccurate representations about the MA program in Section II(A), *infra*.

their claims were (1) false and (2) material to the United States' payment. Still, the Provider Defendants move to dismiss Relator's amended complaint pursuant to Fed. R. Civ. P. 12(b), asserting that Relator's complaint fails for lack of specificity and failure to state a claim. Their motion disregards large swaths of the amended complaint, misstates pleading standards, and relies on a description of the Medicare Advantage program which is cut from whole cloth. Their arguments fail, and their motion should be denied in its entirety.

## I. Dr. Zafirov identifies false claims with a level of specificity that far exceeds the Rule 9(b) pleading standard.

The Provider Defendants hinge their motion on assertions that Relator's amended complaint "fails to plead even one false claim with the requisite particularity" and that "nothing has changed" from Relator's original complaint. Dkt. 96 at 2, 3. This is simply wrong. The amended complaint includes *34 pages* of claims-related details, with corresponding documentation, which were not in Relator's original complaint and which speak directly to claims that were submitted by the providers to Freedom and Optimum, and thence to the United States. AC at ¶¶ 195-295, Exs. 1-8. The Provider Defendants say these allegations still run afoul of the idea that "improper practices *alone* are insufficient to state a claim under the [FCA] *absent allegations that a specific fraudulent claim was in fact submitted to the government*." Dkt. 96 at 3, *citing Corsello v. Lincare*, 428 F.3d 1008, 1014 (11th Cir. 2005) (emphasis added). But Relator's amended complaint bears no resemblance to the complaint in *Corsello*, *Clausen*, or any of their progeny which were held to leave open the possibility that

claims were never actually submitted to the United States. Here, Relator alleges—and shows—specific examples of false claims that were submitted to the United States as a result of the Provider Defendants' conduct.

### A. The Eleventh Circuit requires reliable indicia that a false claim was submitted as a result of the alleged conduct.

Rule 9(b), Fed. R. Civ. P., requires that a complaint "state with particularity the circumstances constituting fraud." The Eleventh Circuit has interpreted this to mean that a relator may not simply describe a scheme and then make an unsupported allegation "that the defendants submitted false claims to the government for reimbursement." *U.S. ex rel. Atkins v. McInteer*, 470 F.3d 1350, 1359 (11th Cir. 2006); *Clausen v. Lab. Corp. of Am.,* 290 F.3d 1301, 1311 (11th Cir. 2002).

The "key inquiry" under Rule 9(b) is "whether the complaint includes 'some indicia of reliability' to support the allegation that an actual false claim was submitted." *U.S. v. HPC Healthcare, Inc.*, 723 F. App'x 783, 789 (11th Cir. 2018), *quoting Clausen*, 290 F.3d at 1311. While Rule 9(b) can be satisfied by submitting specific claims information (as Relator does here), "there is no per se rule that an FCA complaint must provide exact billing data or attach a representative sample claim." *U.S. ex rel. Mastej v. Health Mgmt. Assocs., Inc.*, 591 F. App'x 693, 703-04 (11th Cir. 2014), *citing Clausen*, 290 F.3d at 1312 and n.21 (listing types of information that might help a plaintiff plead the submission of a claim with particularity but cautioning that Rule 9(b) "does not mandate all of this information for any of the alleged claims"). Rather, the Eleventh Circuit "evaluate[s] whether the allegations of a complaint

4

contain sufficient indicia of reliability to satisfy Rule 9(b) on a case-by-case basis." *Atkins*, 470 F.3d at 1358; *U.S. v. Crumb*, No. 15-0655, 2016 U.S. Dist. LEXIS 112661, at *21-24 (S.D. Ala. Aug. 24, 2016).

In instances where a relator relies on "other means [ ] to present the required indicia of reliability that a false claim was actually submitted," the assessment evaluates whether the relator "explain[ed] the basis for her assertion that fraudulent claims were actually submitted," instead of relying on conjecture. *Mastej*, 591 F. App'x at 704. When the basis for a relator's knowledge of false claims comes from the relator's employment, the focus is not on a specific job title, but whether the relator's "access to possibly relevant information translated to knowledge of actual tainted claims presented to the government." *Carrel v. AIDS Healthcare Found., Inc.*, 898 F.3d 1267, 1278 (11th Cir. 2018). For example, in *Walker v. R & F Props. of Lake Cnty., Inc.*, the relator's personal knowledge of allegations of billing fraud was sufficient because the relator, a nurse practitioner, received instructions about billing using the wrong codes, and her conversations with the defendant's office manager formed the basis for her belief that claims were actually submitted to the government. 433 F.3d 1349, 1360 (11th Cir. 2005).

In asserting that Relator has not pled specific false claims, the Provider Defendants place outsized reliance on *U.S. ex rel. Owsley v. Fazzi Assocs.*, 16 F.4th 192 (6th Cir. 2021). *Owsley* is not relevant here. First, it is not a Medicare Advantage case, so the type of information submitted as a claim for payment is fundamentally different.

Rather, that case involved upcoding of home health care visits in traditional Medicare, and the relator was unable to allege that upcoded visits were in fact billed to the United States. *Owsley,* 16 F.4th at 196-97. Notably, the *Owsley* court reinforced that "the touchstone is whether the complaint provides the defendant with notice of a specific representative claim that the plaintiff thinks is fraudulent." *Id.* at 197. Here, even at this earliest litigation phase, Dr. Zafirov shows with precise specificity that the Provider Defendants did, in fact, submit false diagnosis codes to the insurers, and received payment for those false diagnosis codes.

Dr. Zafirov's allegations against the Provider Defendants align with *U.S. ex rel. Ormsby v. Sutter Health,* a case which addresses the liability of a provider who, like these defendants, submitted false diagnosis codes to a Medicare Advantage organization. The *Ormsby* complaint satisfied Rule 9(b) because it alleged that incorrect diagnosis codes were submitted for ten patients; it did not identify when or how the claims were submitted to which Medicare Advantage organization ("MAO") or from any MAO to the United States; did not identify who specifically submitted the claims; and did not set out the dates on which codes were transmitted to the United States. 444 F. Supp. 3d at 1045-48.

As here, the *Ormsby* allegations included a specific patient, an allegedly false diagnosis code, a year that the code was submitted, and a brief explanation of why the

code was false.[2] In the Medicare Advantage context, that is enough. *Id.* at 1082 ("[T]he government has alleged with the requisite particularity that Sutter and PAMF submitted claims predicated on false diagnosis codes").

### B.    Relator's Amended Complaint satisfies Rule 9(b).

Dr. Zafirov's amended complaint fully meets the Eleventh Circuit's challenge. In sum, she alleges that the Provider Defendants lied about their patients in order to improperly increase risk scores. These lies directly resulted in the submission of inaccurate, unsupported, and falsified risk-adjusting diagnosis codes, which are false claims in the Medicare Advantage program: **"The false claims at issue here are false diagnosis codes."** *Ormsby*, 444 F. Supp. 3d at 1085 (emphasis added); *see also* AC at ¶¶ 50-52, 182.

Drawing from her practice as a VIPcare primary care physician, Dr. Zafirov provides specific examples, with precise documentation, of (1) representative patients whose medical records were altered to reflect that some other "physician" submitted

---

[2] The *Ormsby* Patients B through J were all described using the following format: "Patient B – PAMF and Sutter submitted an ICD-9 diagnosis code for malignant neoplasm of thyroid gland for Patient B for date of service year 2012. This diagnosis code mapped to HCC 10 and increased reimbursement from CMS. However, Patient B's medical records and treatment show the falsity of this coding because (1) Patient B's thyroid cancer was treated by thyroidectomy in July 2007, and (3) there was no evidence of treatment, evaluation, or management of thyroid cancer in this patient's 2012 medical records." *Ormsby* Complaint-in-Intervention, No. 3:15-cv-01062, Dkt. 41, at ¶133 (N.D. Cal. Mar. 4, 2019). The only other patient, Patient A, was identified when one of the MAOs requested medical records to support a prostate cancer diagnosis from 2010 and the relator determined that the medical chart did not support the diagnosis. No other information about Patient A was alleged.

the code when Relator attempted to have a false code removed; (2) additional patients for whom codes were submitted under Dr. Zafirov's name even after she expressly rejected the inaccurate codes; (3) the false diagnosis codes that were submitted; (4) the risk adjustment values of those codes; (5) the years during which the claims were submitted; and (6) evidence which shows why the codes are false. AC at Section IX(A) and (B).[3] To be clear, Dr. Zafirov personally treated each patient, personally reviewed his or her records and medical history, personally accessed and viewed the billing records in the Physician Partners' online portal, and personally compared the electronic medical and billing records to the diagnosis codes that she submitted.[4]

---

[3] The Provider Defendants fault Relator for not identifying "the dates these codes were submitted, the name of the individual or individuals that submitted the codes, how these codes impacted the amount of money that the defendants received from the federal government (materiality), or copies of a single bill or payment." Dkt. 96 at 4. This is flatly untrue: Dr. Zafirov *does* identify when claims were submitted and how the codes impacted the amount of money that the defendants received (AC at Section IX, including dates of patient visits associated with false diagnosis codes, years codes were submitted, and risk scores which serve as multipliers for the capitation payments) and she attaches documentation showing claims submitted by the Defendants (*id.* at Exs. 1-8). With respect to "who," the identification of Physician Partners and Anion as the entities responsible for submitting claims to the MAOs is sufficient. *U.S. v. Omnicare, Inc.*, No. 1:11-cv-962, 2013 U.S. Dist. LEXIS 75696, at *23-25 n.12 (N.D. Ga. May 17, 2013). And while Relator *does* identify details about the claims that Freedom and Optimum then submitted to the U.S., such details are not required to plead a case against these defendants. *U.S. ex rel. Schubert v. All Children's Health Sys.*, No. 8:11-cv-01687, 2013 U.S. Dist. LEXIS 163075, at *30 (M.D. Fla. Nov. 15, 2013) (where relator identified claims submitted to intermediary, but not details of claims to the United States, the court rejected the need for details of claim submission by the intermediary).

[4] The Provider Defendants supposition that perhaps certain patients' medical records did not support the diagnosis code because the "patient was receiving care from a different provider" is implausible (Dkt. 96 at 6, n.1) because primary care physicians obtain records from all providers to have a complete medical record. However, even if that was a possibility, "at the motion to dismiss phase, *all* reasonable inferences *must* be drawn in [Relator's] favor." *Davidson v. Maraj*, 609 F. App'x 994, 999 (11th Cir. 2015) (emphasis in original).

8

Dr. Zafirov's allegations for Patients H, I, J, K, L, M, N and O each include records and supporting documentation of false submissions to the Government. For example, with respect to Patient H, she alleges: Patient H's 5 Star Checklist provided by Anion included a suggested code for congestive heart failure (HCC 085/ICD I50.30/RFA 0.365) based on a previously submitted code from 2018, but Patient H did not show any clinical evidence of the disease when Relator treated him on March 25, 2019 so Dr. Zafirov marked "no" on the 5 Star Checklist provided to her by Anion (AC at ¶¶ 203-205, Exs. 1-H1-H3). Despite Dr. Zafirov's clinical rejection of the "suggested" diagnosis, that diagnosis code was submitted in Dr. Zafirov's name related to that patient visit (*id.* at ¶¶ 206, Exs. 1-H2, -H4).

Dr. Zafirov wrote "No and should be removed" on a subsequent 5 Star Checklist (*id.* at ¶ 207, Ex. 1-H5). Physician Partners and Anion then changed the diagnosis so that it was no longer attributed to Dr. Zafirov (instead asserting that an unnamed "physician" made the diagnosis) and changed the date of service to March 12, 2019 (*id.* at ¶ 208, Ex. 1-H6). In fact, Patient H did see a different physician on March 12, 2019, but that physician did not diagnose the patient with congestive heart failure (*id.* at ¶ 209, Ex. 1-H7). The unsupported diagnosis was reported to CMS by Freedom, and Physician Partners subsequently identified it as a "paid" code (*id.* at 206, 210, Exs. 1-H4, -H8). For Patient H, the diagnosis code for congestive heart failure is a false claim for payment that was submitted, and caused to be submitted, by

the Provider Defendants to the MAO for payment.[5]

The documentation is supported by Dr. Zafirov's first-hand experience speaking with the executives who made and enforced the coding directives and billing specialists who were responsible for submitting the claims and who endeavored to persuade her to accept false diagnosis codes (AC at ¶¶ 134-135, 160-166, 168-179), and a director who plainly established that Dr. Zafirov's job depended on her willingness to increase her patients' risk scores (*id.* at ¶¶ 96, 159, 167). These allegations–which must be accepted as true–support the conclusion: that the Provider Defendants' scheme "came to fruition" and resulted in "actionable damage to the public fisc." *Clausen*, 290 F.3d at 1311-1312.[6]

## II. The Amended Complaint pleads every element of an FCA violation.

In addition to identifying false claims with specificity, the amended complaint describes in detail every element of an FCA violation. Motions to dismiss are to be denied when "a complaint . . . contain[s] sufficient factual matter, accepted as true, to

---

[5] Patient A (purportedly an amputee) does not include documentation, but Dr. Zafirov alleges with particularity, based on her personal observation, that Patient A has two feet. *Id.* at ¶ 118. Patients B-G are addressed in various levels of detail throughout the complaint as examples of how patients and their records were manipulated by Physician Partners and Anion. For example, Patients B- E reflect the impact of a practice that is focused on increasing profits by artificially inflating risk scores while refusing to spend the money associated with higher need patients. Doc. 86 at ¶ 136. Patient F and G show that Anion added dozens of risk-adjusting codes to a patient's Problem List–a section of a chart reserved for medical professionals to identify a patient's on-going medical needs–without input from a physician and without regard for the patient's actual medical condition. *Id.* at ¶ 150.

[6] The Provider Defendants would have it that Dr. Zafirov must have personal knowledge of the Medicare Advantage organizations' billing processes. The cases do not support this assertion. *Matheny*, 671 F.3d at 1225.

'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009), *quoting Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim for relief is "plausible on its face" when the "factual content . . . allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Resnick v. AvMed, Inc.*, 693 F.3d 1317, 1325 (11th Cir. 2012), *quoting Iqbal*, 556 U.S. at 678.

Motions to dismiss are not intended to weigh potential factual evidence that parties may raise at trial, but rather to test whether the complaint alone states a claim upon which relief can be granted. *Adinolfe v. United Techs. Corp.*, 768 F.3d 1161, 1168 (11th Cir. 2014). The guiding inquiry is whether a plaintiff has pled sufficient factual allegations to "'raise a reasonable expectation that discovery will reveal evidence' of the defendant's liability." *Chaparro v. Carnival Corp.*, 693 F.3d 1333, 1337 (11th Cir. 2012), *quoting Twombly*, 550 U.S. at 556.

### A. Contrary to the Provider Defendants' assertions, the Medicare Advantage program relies entirely on accurate diagnosis codes submitted by providers.

The Provider Defendant's motion is largely predicated on a representation that physician's diagnoses are "meaningless" to the Medicare Advantage system (Dkt. 96 at 15). This is wholly counterfactual, and their arguments falter under a correct assessment of the MA program. The actual MA capitated system is described in detail in Relator's amended complaint. AC at ¶¶ 55-66. Critically, and unequivocally, "the Medicare Advantage capitation payment system is subject to the False Claims Act." *U.S. ex rel. Silingo v. WellPoint, Inc.*, 904 F.3d 667, 673 (9th Cir. 2018).

11

The United States pays the MAOs a monthly capitation fee. This fee is adjusted "to 'ensure that [Medicare Advantage insurers] are paid appropriately for their plan enrollees (that is, less for healthier enrollees and more for less healthy enrollees).'" AC at ¶ 60, *quoting Becerra*, 9 F.4th at 874. Those adjustments are based on the patient's actual condition, which can be determined only by a physician or qualified provider who actually treats the patient. In proper practice, the patient sees her physician, who documents findings, treats conditions, and records diagnosis codes. Those codes determine if and how the patient's risk score should be adjusted. AC at ¶ 64, *quoting Becerra*, 9 F.4th at 875-76.

Without citing any support, the Provider Defendants advance the remarkable—and incorrect—assertion that "raw diagnosis codes are meaningless for risk adjustment purposes." Dkt. 96 at 15. In fact, diagnosis codes from the providers are the foundation of the risk adjustment process: "Physicians and other healthcare providers submit diagnosis codes to the [MAOs]. In turn, [MAOs] report the diagnosis code that they receive to [CMS] for use in the risk adjustment model that is **the key to calculation of capitation rates**." *Ormsby*, 444 F. Supp. 3d at 1022-23 (cleaned up, emphasis added). The MAOs have oversight obligations and code-verifying responsibilities (which Relator also alleges were unfulfilled, AC at ¶¶ 180-194), but the *sine qua non* of the Medicare Advantage payment hinges on the first step:

> Medical providers (e.g. physicians, or organizations that employ physicians [ ]) submit the diagnoses codes to CMS, which uses the codes to determine a beneficiary's health status in order to calculate the beneficiary's risk score. **These diagnosis codes, as reported by medical**

> **providers, are the only factors that CMS uses to determine a beneficiary's health status.** Medicare regulations and guidance are clear that CMS relies on these diagnosis codes to make accurate payments for each beneficiary enrolled in the Medicare Advantage program.

*Ormsby*, 444 F. Supp. 3d at 1025 (setting forth the Government's explanation of the MA process, emphasis added); *accord U.S. ex rel. Swoben v. United Healthcare Ins. Co.*, 848 F.3d 1161, 1167-68 (9th Cir. 2015) ("The risk adjustment methodology relied on enrollee diagnoses…These diagnosis codes contribute to an enrollee's risk score, which is used to adjust a base payment rate").

As such, false diagnosis codes directly cause financial harm to the United States: **"A traditional Medicare provider that submits an unsupported diagnosis code does not cause CMS to pay out any additional money, whereas a Medicare Advantage provider that submits an unsupported diagnosis code does."** AC at ¶77, *quoting Ormsby*, 444 F. Supp. 3d at 1021, n.1(emphasis supplied).

## B.     False diagnosis codes are material.

The Provider Defendants assert that Dr. Zafirov's allegations are not material because she does not identify "how any allegedly false codes impacted the amounts of money that the defendants received from the federal government." Dkt. 96 at 11. This is simply not so: the amended complaint describes in detail how the submission of unsupported and improper risk-adjusting diagnosis codes illegally causes the United States to overpay. AC at ¶¶ 46-78. "[W]hen MA Participants submit false risk-adjusting diagnosis codes, CMS pays more money (and, conversely, when they delete risk-adjusting diagnosis codes, CMS pays less money). This establishes that the

diagnosis codes are material." *Ormsby*, 444 F. Supp. 3d at 1085-86; *U.S. ex rel. White v. Mobile Care EMS & Transp., Inc.*, No. 1:15-cv-555, 2021 U.S. Dist. LEXIS 199744, at *40-41 (S.D. Ohio. Oct. 18, 2021)("[A]nything that 'tends to influence' the payment of claims under the [MAO]-administered government program would be 'material' for FCA purposes…").

The Provider Defendants also assert that the submission of erroneous diagnosis codes is not material because "CMS continues to pay the capitated payments every year, despite the allegations in *Sewell* and here." Dkt. 96 at 11-12.[7] Their reliance on the *Sewell* case and Corporate Integrity Agreement are specious: none of the Provider Defendants had anything to do with that case. Moreover, the United States' prosecution of the *Sewell* case underscores that accurate diagnosis codes *are* material to the United States. *Univ. Health Servs. v. U.S. ex rel. Escobar*, 579 U.S. 176, 194, 136 S.Ct. 1989, 2003 (2016)(considering whether "the Government consistently refuses to pay claims in the mine run of cases based on noncompliance with the particular statutory, regulatory, or contractual requirement").[8]

---

[7] "*Sewell*" is a reference to *U.S. ex rel. Sewell v. Freedom Health, et al.*, No. 8:09-CV-01625 (M.D. Fla.).

[8] Defendants' arguments that the allegations are not material because the United States did not to intervene in this matter and because it pays claims while the cause is progressing have both been rejected. *E.g.*, *Atkins*, 470 F.3d at 1360 n.17 ("[C]ourts 'do not assume that in each instance in which the government declines intervention in an FCA case, it does so because it considers the evidence of wrongdoing insufficient or the *qui tam* relator's allegations [of] fraud to be without merit"); *U.S. ex rel. Armstrong v. Andover Subacute & Rehab Ctr. Servs. One*, No. 12-03319, 2019 U.S. Dist. LEXIS 165286, at *14, n.16 (D.N.J. Sept. 26, 2019) ("That the United States continued to make payments to [the Defendants] after Relator filed his complaint…does not factor into the materiality analysis at [the motion to dismiss] stage").

**C.   The Provider Defendants caused the submission of false claims.**

The Provider Defendants also argue that they did not cause any false claims because "clinical judgment, not a checklist, causes a doctor to make a diagnosis" and because "raw codes are too far removed from Freedom's claims submission to show a causal link to the Provider Defendants." Dkt. 96 at 12.

First, this argument ignores the complaint's allegations that physician judgment was routinely overridden by the Provider Defendants. *See*, e.g. AC at ¶ 91 ("Through coordinated efforts to maximize profits, Physician Partners and VIPcare engaged in high-pressure directives to ensure their physicians selected only risk-adjusting HCCs… **And when physicians like Relator would not comply, Anion submitted unsupported diagnosis codes anyway, either expressly disregarding the physician's instructions or modifying the code to appear as if it came from some other source.**") (emphasis added); *accord* ¶¶10, 15, 94, Section IX(A)-(B). Those false diagnosis codes submitted by providers are not "removed from" the claims: they *are* the claims. *Ormsby*, 444 F. Supp. 3d at 1086 ("[B]y alleging that [defendants] submitted false diagnosis codes that caused CMS to pay them money, the plaintiffs sufficiently plead causation").

Second, Relator alleges that the whole purpose of the 5-star scheme was to coerce physician judgment, and the sort of unrelenting pressure alleged by Dr. Zafirov[9]

---

[9] Dr. Zafirov alleges that physicians were financially pressured to increase the risk scores of their patients (AC at ¶¶ 125-131); pressured to bring patients in for visits without any medical

is sufficient to establish a causal connection between the Provider Defendants' actions and the submission of false claims. *Ormsby*, 444 F. Supp. 3d at 1029 (finding sufficiently pled causation included "pressuring physicians to add diagnosis codes to patient medical records"); *U.S. ex rel. Hayward v. SavaSeniorCare, LLC*, No. 3:11-00821, 2016 U.S. Dist. LEXIS 132336, at *13-18 (M.D. Tenn. Sept. 27, 2016)(denying motion to dismiss allegations of "constant pressure" to miscode patients to increase Medicare billings).

### D. The diagnosis codes submitted by the Provider Defendants were objectively false.

In a single paragraph, the Provider Defendants argue that that Dr. Zafirov "has not shown that any of the Provider Defendants' diagnosis codes were objectively false" by casting her allegations as mere differences of opinion. Dkt. 96 at 17-18. [10] However, the allegations here do not turn on matters of opinion. Relator has identified claims that, *inter alia*, are factually false (amputation, microcephaly or anencephaly) and diagnoses which were not made by a physician, but instead were falsified by the

---

need just to capture diagnosis codes (*id.* at ¶ 193); issued demerit-equivalents for refusing to accept suggested codes (*id.* at ¶¶ 120-121); given inaccurate coding guidance directing physicians to use risk-adjusting codes even when not medically indicated (*id.* at ¶¶ 138-144, 151-157); and provided with Problem Lists which were altered by Anion coders (*id.* at ¶¶ 147-150). The pressure was effective, leading to physicians making medical decisions based on their employer's pressure, rather than on independent medical judgment (*id.* at ¶¶137, 145-146), and when it was not, Physician Partners applied direct pressure to convince a physician to conform their diagnostic practices (*id.* at ¶¶ 158-179).

[10] The sole case on which Defendants rely is *U.S. v. AsceraCare, Inc.*, 938 F.3d 1278, 1298 (11th Cir. 2019). But that case addressed the sufficiency of evidence on summary judgment, not the sufficiency of pleadings.

Provider Defendants. AC at Section IX(A) and (B); *accord Silingo*, 904 F.3d at 673
("Every diagnosis code submitted to CMS must be based on a face-to-face visit that is
documented in the medical record. Medical records must be validated by qualifying
physician/ practitioner signatures and credentials.")(internal quotations omitted).
Thus, the claims are objectively false.

### III.   Dr. Zafirov properly pleads reverse false claims.

A "reverse false claim" occurs when a defendant "knowingly conceals or
knowingly and improperly avoids or decreases an obligation to pay or transmit money
or property to the Government." 31 U.S.C. § 3729(a)(1)(G). There can be no
meaningful dispute that the Provider Defendants had an obligation to return any
known overpayment. AC at ¶¶ 79-86. "For more than a decade, CMS 'has required
repayment to CMS of any costs that were based on unsupported diagnosis codes.'"
*Ormsby*, 444 F. Supp. 3d at 1072, *quoting UnitedHealthcare Ins. Co. v. Azar*, 330 F. Supp.
3d 173, 180 (D.D.C. Sept. 17, 2018) ("No court [ ] has held that an MA participant
can keep and not report or return payments based on unsupported codes").

The Provider Defendants assert that Dr. Zafirov's reverse false claims counts
should be dismissed because she has not pled submissions to the Government with
particularity. Dkt. 96 at 8. But Relator has done so in two ways. First, the Amended
Complaint expressly identifies specific instances in which the Provider Defendants
concealed their obligations under the Overpayment Rule. *See* AC at ¶¶ 272-295.

Second, while the Provider Defendants argue that Dr. Zafirov simply relies on

the submission of false claims to also establish reverse false claims, her allegations establish the distinction. For example, for Patients H, I, J and K, direct false claims arose from the submission of an unsupported diagnosis code not provided or certified by a physician. AC at ¶¶ 211, 220, 228, 239. The reverse false claim occurred when the Provider Defendants created a false record that changed the provider from Dr. Zafirov to some anonymous "physician" rather than to correct the code and return the associated payment. AC at ¶¶ 212, 221, 229, 240.

The defendants do not point to any case which holds that a provider cannot submit a direct false claim and a reverse false claim for the same patient. Rather, while a relator cannot simply recast direct false claims as reverse false claims, Dr. Zafirov does not do that. *See U.S. v. Cockerell Dermatopathology, P.A.*, No. 3:21-CV-0672, 2021 U.S. Dist. LEXIS 201997, at *31-32 (N.D. Tex. Oct. 20, 2021) ("Even though the reimbursement required for the reverse false claims stems from the actions alleged in the direct false claims," claims were not redundant where complaint alleged "a separate obligation that arose independent of the affirmative false claims.")(internal quotations omitted).[11]

## IV.    Relator's claims cannot be dismissed on public disclosure grounds.

The False Claims Act states, in relevant part, that "[t]he court shall dismiss an

---

[11] The Provider Defendants' argument that Relator must include details like the amount of the payment to be returned is unavailing; such specificity is not required. *Matheny*, 671 F.3d at 1226-27 (applying the *Clausen* standard to details of overpayment to conclude that "Rule 9(b) does not mandate all of that information for each alleged claim").

action or claim under this section, *unless opposed by the Government*, if substantially the same allegations or transactions as alleged in the action or claim were publicly disclosed…." 31 U.S.C. § 3740(e)(4)(A) (emphasis added). The United States notified the Court on March 8, 2022, that it is exercising its authority to oppose the dismissal of Relator's case. Dkt. 105. Accordingly, the case cannot be dismissed on public disclosure grounds. *Mazza v. Miami-Dade Co.*, No. 10-24546, 2013 U.S. Dist. LEXIS 191950, at *6 (S.D. Fla. Aug. 12, 2013) (when "the United States has opposed dismissal on this basis, the Court's directive is clear–the Provider Defendants' motion to dismiss on this ground must be denied").

## V. Relator's allegations against the Provider Defendants are not subject to the government action bar.

The Provider Defendants' attempt to evoke the so-called "government action bar" because of the *Sewell* case fails *ab initio*. None of the Provider Defendants were parties to *Sewell* and none of the allegations related to the Provider Defendants were ever raised in that case. "It is, as a threshold matter, wholly unlike the one the drafters of § 3730(e)(3) almost certainly had in mind and sought to preclude…" *U.S. ex rel. S. Prawer & Co. v. Fleet Bank*, 24 F.3d 320, 328 (1st Cir. 1994) (finding case against defendants not named in a previous action was not subject to the government action bar). This Court has already acknowledged that it was "inclined to agree" that Relator's "allegations against the Provider Defendants are not barred [by the public disclosure bar] because none of those entities are named or specifically identified in

the prior public disclosure." Dkt. 81 at 18, n.7. That reasoning applies with the same force to the government action bar.

Finally, while the government action bar does not include a government veto clause, courts have routinely considered the Government's decision as a factor counseling against the application of the government action bar. *U.S. ex rel. Herman v. Coloplast Corp.*, 327 F. Supp. 3d 358, 364 (D. Mass. 2018) ("While the government action bar does not provide the government with veto power…the United States' perception is nevertheless instructive here because it goes directly to the question of 'useful or proper return to the Government'"), *citing U.S. ex rel. Berntsen v. Prime Healthcare Servs., Inc.*, No. 11-CV-8214 PJW, 2014 U.S. Dist. LEXIS 188722, at *3 (C.D. Cal. Nov. 20, 2014) ("[W]here the Government indicates that it supports the relator's action, it would be illogical for the Court to conclude that the relator's action was parasitic").

## VI.    Conclusion

For the reasons set forth here, and based on the allegations of the Amended Complaint, the Provider Defendants' motion to dismiss should be denied.[12]

---

[12] While Relator believes that her Amended Complaint exceeds the requisite pleading standard, Relator seeks leave to amend to address any infirmities that the Court may identify. It is not uncommon for a Court to allow a Relator more than one opportunity to cure non-jurisdictional pleading defects. *See, e.g. U.S. ex rel. Schubert v. All Children's Health Sys.*, No. 8:11-cv-1687, 2013 U.S. Dist. LEXIS 53932, at *15 (M.D. Fla. Apr. 15, 2013) (permitting Third Amended Complaint, for which subsequent motion to dismiss was denied); *U.S. ex rel. Armfield v. Gills*, No. 8:07-CV-2374, 2011 U.S. Dist. LEXIS 162016, at *11 (M.D. Fla. Nov. 4, 2011) (permitting Fourth Amended Complaint, for which subsequent motion to dismiss was denied).

Respectfully submitted this 8th day of March, 2022,

/s/ Jillian L. Estes
Frederick M. Morgan, Jr. (Ohio Bar No. 0027687)
Jillian L. Estes (Fla. Bar No. 0055774)
Jonathan Lischak (Ohio Bar No. 97669)
MORGAN VERKAMP LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Phone: (513) 651-4400
Fax: (513) 651-4405
rmorgan@morganverkamp.com
jillian.estes@morganverkamp.com
jonathan.lischak@morganverkamp.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing Response in Opposition was served on March 8, 2022, to all parties of record via the CM/ECF electronic filing system.

/s/ Jillian L. Estes
Jillian L. Estes