# Exhibit E

| | |
|---|---|
| **From:** | Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov> |
| **Sent:** | Wednesday, May 8, 2024 2:56 PM |
| **To:** | Singer, Benjamin D. |
| **Cc:** | Swanson, Joe; Valiente, Lauren L.; Bock, Elizabeth M.; Santella, Amanda M.; Mehta, Jason; Kohli, Rahul; Nagle, Catherine; Keefe, Sean (USAFLM); Koh, Jennifer (CIV); Sandman, Alix R. |
| **Subject:** | RE: Zafirov Matter Meeting - Defense / DOJ |

**[EXTERNAL MESSAGE]**

Hi Ben,

Thanks. We will speak with you on Friday.

Best,
Candace

---

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Tuesday, May 7, 2024 6:45 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Sandman, Alix R. <asandman@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Candace:

Thank you for your response.

Our document requests to HHS-OIG have been pending for over a year now, but we were only recently informed (with little over a month left until the fact discovery deadline in this case) that OIG would not be producing any documents. Given the impending discovery deadline, we'd prefer to meet earlier in the week if possible, but if Friday is the earliest that OIG can be available, we can be available at 10:30 ET. We will circulate an invite.

Best,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

1

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Tuesday, May 7, 2024 2:48 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Sandman, Alix R. <asandman@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**[EXTERNAL MESSAGE]**

Hi Ben,

HHS-OIG does not accept service of the consolidated DC subpoena and does not agree to consolidate the dispute in D.C.. Our availability for a meet and confer regarding the pending Touhy request is below:

- 5/10 from 10:30am – noon EST.

Thank you,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Monday, May 6, 2024 5:21 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Sandman, Alix R. <asandman@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Candace,

Just following up on the below.  Please let us know your availability tomorrow or Wednesday for a meet and confer.  Thank you.

Best,
Ben

Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

**From:** Singer, Benjamin D.
**Sent:** Sunday, May 5, 2024 1:48 PM
**To:** 'Ashford, Candace M (OIG/OCIG)' <Candace.Ashford@oig.hhs.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Alix R. Sandman (asandman@omm.com) <asandman@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

Candace,

This email responds to your undated letter transmitted to Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom Defendants") on April 23, and to the undated letter of Susan Edwards transmitted to Freedom Defendants on April 1. As noted at the bottom of the email, please provide your availability on Tuesday and Wednesday for a meet and confer. If you would prefer to meet and confer tomorrow (Monday), we will find availability.

With respect to your April 23 letter, we note that while you provided search terms, you did not provide a description of how those terms were applied or the hit counts associated with respect to the terms used. *See generally* MDFL Handbook on Civil Discovery Practice § VIII. E-Discovery (counsel are encouraged to discuss "[t]he use of search terms, sampling, de-duplication, 'quick-peeks'"). In its communications prior to April 23, OIG suggested on multiple occasions that it would be producing documents, and used that as a basis for extensions. *See* HHS-OIG April 1 Letter ("OIG will produce responsive nonprivileged documents"). Accordingly, we were surprised when you produced no documents. Upon a review of your search terms, we were concerned that their application may have inadvertently omitted responsive information. For example, you listed "Clarissa Zafirov" as a search term, but we cannot tell whether that means that you searched only for "Clarissa Zafirov" and not "Zafirov". We are not aware of why such a narrow search would be reasonable under the circumstances given the unique surname of Zafirov; nor are we aware of how searching "Zafirov" would produce false hits. Similarly, you listed "Physician Partners LLC" as a search term and not "Physician Partners", which could mean that unless the full legal name of Physician Partners was used in a communication, it did not hit on your search term. Your other search terms were similarly narrow. So that we can evaluate whether the search performed was reasonable, please provide the exact search terms used, the associated hit counts for each search term used, and any modifications or filters applied to the search terms listed in your letter that might have impacted the outcome of the search.

With respect to the April 1 letter, OIG indicated that it would not produce Agent Garrido for deposition. OIG rested that decision in part on its assertion that, "OIG has already spent considerable time to search for and produce documents responsive to your revised Touhy request received on March 7, 2024. OIG will produce responsive nonprivileged documents in its possession but requires an additional 3 weeks to search and process this request. The contents of any responsive documents are admissible in the underlying litigation, undermining the usefulness of the deposition testimony." Perhaps underlying documents would lessen the need for Agent Garrido's testimony; however, after suggesting it would produce documents, OIG did not do so. In addition, you conceded in your April 23 letter that Agent Garrido had failed to preserve her text communications with Relator, directly undermining your suggestion that information was available from written materials. Please indicate when you first became aware that Agent Garrido's phone had been wiped and the basis for that representation. In addition, OIG asserted in the April 1 letter that it objected to testimony "[g]iven the witness's lack of recollection of these old events." That assertion appears in tension with OIG's assertion in the April 23 letter that Agent Garrido recalled that each of her text communications with Relator was non-substantive. Presumably both these statements came from discussions with Agent Garrido. To the extent that Agent Garrido does not in fact remember any of the underlying events, would you be willing to provide a declaration from her to that effect? That could obviate the need for burdensome motion practice. Similarly, would you represent that the government intends to oppose any trial testimony of Agent Garrido by any party

to the case?  If Agent Garrido does in fact have a recollection of some of the events at issue, and may agree to testify at trial, can you please explain why you will not make her available for a deposition?

Given the repeated extensions that Freedom Defendants have agreed to give your office in response to prior requests, we are now near the end of fact discovery in this matter, which closes on May 29.  Accordingly, **please let us know your availability to meet and confer on Tuesday (May 7) or Wednesday (May 8)**.  If you prefer to answer the questions raised above during the meet and confer, rather than in writing, that is fine.  We have provided our availability below:

- 5/7 from 9-10 am ET
- 5/8 from 9-10 am and 2-5 pm ET

Finally, please find attached a consolidated subpoena for both the documents currently at issue and Agent Garrido's testimony, which lists D.C. as the place of compliance.  If you agree to service of this subpoena, it may well obviate the need for motion practice in both M.D. Fla. and D.C., as we can discuss during our meet and confer.  Please let us know if you are willing to consolidate this dispute in D.C. to avoid duplicative motion practice.

Freedom Defendants reserve all rights.

Best,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

---

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Tuesday, April 23, 2024 5:02 PM
**To:** Trabolsi, Alex <atrabolsi@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ


[EXTERNAL MESSAGE]

Alex,

Thanks again for your patience and flexibility. Please see OIG's response attached.

Best,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Monday, April 22, 2024 7:55 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>

4

**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Kohli, Rahul <rkohli@omm.com>; Nagle, Catherine <cnagle@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Candace,

Thank you for the call earlier. I am confirming that we agree to extend the production deadline to tomorrow (4/23). Please let us know if there are any issues with file transfer tomorrow that we should discuss and please include the individuals on this email on the production.

Best,
Alex

### O'Melveny

**Alex Trabolsi**
atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Trabolsi, Alex
**Sent:** Tuesday, April 2, 2024 12:14 PM
**To:** 'Ashford, Candace M (OIG/OCIG)' <Candace.Ashford@oig.hhs.gov>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

Candace,

Thank you for confirming.

Best,
Alex

### O'Melveny

**Alex Trabolsi**
atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Tuesday, April 2, 2024 11:58 AM
**To:** Trabolsi, Alex <atrabolsi@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**[EXTERNAL MESSAGE]**

Alex,

Yes, I confirm that we will complete production by 4/22.

Thank you,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Tuesday, April 2, 2024 12:27 PM
**To:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Candace, Sean, and Jenny,

Thank you for the response to the document and deposition requests related to Special Agent Raquel Garrido. Can you please confirm that you will complete production of responsive non-privileged documents to each of the four document requests by 4/22 in light of your request for an additional three weeks? Our client reserves all rights.

Thanks,
Alex

# O'Melveny

**Alex Trabolsi**
atrabolsi@omm.com
O: +1-415-984-8844

---

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Sent:** Monday, April 1, 2024 2:29 PM
**To:** Trabolsi, Alex <atrabolsi@omm.com>; Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**[EXTERNAL MESSAGE]**

Alex and Ben,

Attached is a letter in response to your request for deposition testimony from Special Agent Raquel Garrido, and in response to your revisions to your Touhy requests related to Special Agent Garrido. As you will see in the letter, we are working on the document production but need additional time. We are aware of the fact discovery deadline and will work to produce responsive nonprivileged documents as soon as possible.

Thank you,
Candace

Candace Ashford | Senior Counsel | HHS/OIG/OCIG/ACRB | (202) 308-3013

---

**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Wednesday, March 27, 2024 12:06 PM
**To:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**CAUTION:** External email. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Sean and Jenny,

Thanks for your response, and we appreciate the timing update.  Given the quickly approaching end of fact discovery in this case (May 29, 2024), we would respectfully request that we receive your response by Monday.  If you would like to discuss any of our requests further between now and then please just let us know and we can jump on a call.  We hope that we are able to come to an expedient and mutually agreeable resolution on these requests, but if we don't reach agreement, we will need sufficient time to litigate a motion to compel to meet our fact-discovery deadline.

Thanks,
Alex

---

Document Requests:

1. All of Special Agent Garrido's communications with Relator that include (a) factual information – including any alleged facts – that Relator conveyed to SA Garrido, and (b) any instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

2. All of SA Garrido's communications with Relator's counsel to the extent these communications reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

3. All of SA Garrido's communications to the Office of Counsel for Inspector General for the U.S. Department of Health and Human Services, or federal agents from the U.S. Department of Health and Human Services, Office of Inspector General or Federal Bureau of Investigation, United States Attorneys' Office for the Middle District of Florida, United States Department of Justice, Civil Division, Fraud Section, to the extent these communications reflect or memorialize factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

4. All of SA Garrido's reports or notes to the extent they reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

Deposition Topics:

1. See above.

---

**O'Melveny**

**Alex Trabolsi**
atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Monday, March 25, 2024 5:52 AM
**To:** Singer, Benjamin D. <bsinger@omm.com>; Trabolsi, Alex <atrabolsi@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ


[EXTERNAL MESSAGE]

Ben, we hope to get back to you this week.

--Sean

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Wednesday, March 20, 2024 11:30 AM
**To:** Trabolsi, Alex <atrabolsi@omm.com>; Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>; Mehta, Jason <jmehta@foley.com>; Ashford, Candace M (OIG/OCIG) <Candace.Ashford@oig.hhs.gov>
**Subject:** [EXTERNAL] RE: Zafirov Matter Meeting - Defense / DOJ

Hi Sean and Jenny,

We are following up on our call a couple of weeks ago and the below email to see if the government has reached a decision on our proposed compromise requests.  Please let us know at your earliest convenience.

Best,
Ben



Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Thursday, March 7, 2024 10:10 PM
**To:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Mehta, Jason <jmehta@foley.com>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M.

9

<ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

Sean and Jenny,

Thank you for the call today as we continued our meet and confer regarding our outstanding discovery requests.  As discussed, below are our proposed revisions to our Touhy requests related to Agent Garrido to address concerns you have raised about the original requests.  Please let us know if you have any questions or if there is anything else we can discuss to help move the process forward.  We look forward to hearing from you soon.

Thanks,
Alex

---

- Document Requests:

    - All of Special Agent Garrido's communications with Relator that include (a) factual information – including any alleged facts – that Relator conveyed to SA Garrido, and (b) any instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

    - All of SA Garrido's communications with Relator's counsel to the extent these communications reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

    - All of SA Garrido's communications to the Office of Counsel for Inspector General for the U.S. Department of Health and Human Services, or federal agents from the U.S. Department of Health and Human Services, Office of Inspector General or Federal Bureau of Investigation, United States Attorneys' Office for the Middle District of Florida, United States Department of Justice, Civil Division, Fraud Section, to the extent these communications reflect or memorialize factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

    - All of SA Garrido's reports or notes to the extent they reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

- Deposition Topics:

    - See above.

**O'Melveny**

**Alex Trabolsi**

atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Trabolsi, Alex
**Sent:** Saturday, March 2, 2024 2:57 PM
**To:** 'Keefe, Sean (USAFLM)' <Sean.Keefe@usdoj.gov>; Mehta, Jason <jmehta@foley.com>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

Sean and Jenny,

Thanks, that timing works for us.  We will send an invite for 4 PM ET Thursday (3/7).  We look forward to talking then.

Best,
Alex

# O'Melveny

**Alex Trabolsi**

atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Friday, March 1, 2024 12:42 PM
**To:** Trabolsi, Alex <atrabolsi@omm.com>; Mehta, Jason <jmehta@foley.com>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

[EXTERNAL MESSAGE]

Alex, we are free Thursday at 4pm.

--Sean

---

**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Thursday, February 29, 2024 2:56 PM
**To:** Mehta, Jason <jmehta@foley.com>; Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <RHarwell@usa.doj.gov>
**Cc:** Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>; Santella, Amanda M. <asantella@omm.com>
**Subject:** [EXTERNAL] Zafirov Matter Meeting - Defense / DOJ

Sean, Jenny, and Randy,

We would like to schedule a call to continue the discussion about our discovery requests. Are you available at 4:00 PM ET Monday (3/4)? If not, could you provide your availability to discuss for next Thursday/Friday (3/7 – 3/8)?

Thanks,
Alex

## O'Melveny

**Alex Trabolsi**
atrabolsi@omm.com
O: +1-415-984-8844

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Mehta, Jason <jmehta@foley.com>
**Sent:** Thursday, February 8, 2024 5:30 PM
**To:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <Randy.Harwell@usdoj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ


[EXTERNAL MESSAGE]

Thanks for suggesting these times, Sean. We've coordinated on our end and it looks like a critical mass can do Tuesday at 4:30pm. I'll send out a calendar invite now.

Thanks!
Jason

**Jason Mehta**
*Partner*

**Foley & Lardner LLP**
100 N Tampa St, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.5424
View My Bio | Visit Foley.com | jmehta@foley.com



**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Thursday, February 8, 2024 3:44 PM
**To:** Mehta, Jason <jmehta@foley.com>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <Randy.Harwell@usdoj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Jason, for your scheduling purposes, below is our availability:

Tuesday - Between 9:00am – 1:00pm and 2:00pm – 5:00pm
Wednesday – Between 11:30am –1:00pm

--Sean

**From:** Mehta, Jason <jmehta@foley.com>
**Sent:** Thursday, February 8, 2024 8:04 AM
**To:** Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <RHarwell@usa.doj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** [EXTERNAL] Re: Zafirov Matter Meeting - Defense / DOJ

Understood. We will coordinate some times and be in touch. Thanks!

**Jason Mehta**
*Partner*

**Foley & Lardner LLP**
100 North Tampa Street, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.5424
Visit Foley.com | jmehta@foley.com

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Thursday, February 8, 2024 7:07:10 AM
**To:** Mehta, Jason <jmehta@foley.com>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <Randy.Harwell@usdoj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L.

<LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**\*\* EXTERNAL EMAIL MESSAGE \*\***

The call will need to be next week.

---

**From:** Mehta, Jason <jmehta@foley.com>
**Sent:** Thursday, February 8, 2024 6:52 AM
**To:** Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <RHarwell@usa.doj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** [EXTERNAL] Re: Zafirov Matter Meeting - Defense / DOJ

Hi Sean—just wanted to see if we could get this call on the calendar for the next few days. If not, we will huddle about some times for next week while we're traveling.

Thanks!

**Jason Mehta**
*Partner*

**Foley & Lardner LLP**
100 North Tampa Street, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.5424
Visit Foley.com | jmehta@foley.com

---

**From:** Mehta, Jason
**Sent:** Tuesday, February 6, 2024 5:04:42 PM
**To:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>; Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <Randy.Harwell@usdoj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

Sean—thanks for the response.  The Foley team is traveling much of next week.  While we can accommodate calls on the road/different time zones, a call sometime this week would be much easier.  Would you have any availability the next few days for a call?  We're very happy to coordinate around your schedules if you can accommodate.

Many thanks--
Jason

**Jason Mehta**
*Partner*

**Foley & Lardner LLP**
100 N Tampa St, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.5424
View My Bio | Visit Foley.com | jmehta@foley.com



14

**From:** Keefe, Sean (USAFLM) <Sean.Keefe@usdoj.gov>
**Sent:** Tuesday, February 6, 2024 3:33 PM
**To:** Singer, Benjamin D. <bsinger@omm.com>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <Randy.Harwell@usdoj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Mehta, Jason <jmehta@foley.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** RE: Zafirov Matter Meeting - Defense / DOJ

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Ben, we would like to schedule a call with your side next week.  When are you available?

--Sean

**From:** Singer, Benjamin D. <bsinger@omm.com>
**Sent:** Monday, February 5, 2024 11:15 AM
**To:** Keefe, Sean (USAFLM) <SKeefe@usa.doj.gov>; Koh, Jennifer (CIV) <Jennifer.Koh@usdoj.gov>; Harwell, Randy (USAFLM) <RHarwell@usa.doj.gov>
**Cc:** Trabolsi, Alex <atrabolsi@omm.com>; Mehta, Jason <jmehta@foley.com>; Swanson, Joe <joe.swanson@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Bock, Elizabeth M. <ebock@omm.com>
**Subject:** [EXTERNAL] RE: Zafirov Matter Meeting - Defense / DOJ

Jenny, Sean and Randy:

I hope this email finds you well.  I am just following up on our meeting from last month.  Please let us know if you have any questions from the meeting you would like to discuss.

We also renewed our discovery requests to the government and issued a deposition notice for Special Agent Garrido related to the recordings, as we indicated we would do during our meeting.  Please let us know if you would like to discuss.

Best,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

-----Original Appointment-----
**From:** Trabolsi, Alex <atrabolsi@omm.com>
**Sent:** Friday, December 15, 2023 9:49 PM
**To:** Trabolsi, Alex; Keefe, Sean (USAFLM); Koh, Jennifer (CIV); randy.harwell@usdoj.gov; Mehta, Jason; Swanson, Joe; Valiente, Lauren L.; Bock, Elizabeth M.; Singer, Benjamin D.
**Subject:** Zafirov Matter Meeting - Defense / DOJ
**When:** Wednesday, January 10, 2024 11:00 AM-1:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Phone

Sean, Jenny, and Randy,

We look forward to meeting with you at this time in the Foley offices (address below) to discuss the *Zafirov* matter.  Please let us know if there is any issue.

Teams link added below for Jenny's remote attendance, may be updated further as necessary.

15

Thanks,
Alex

\* \* \*

100 North Tampa Street
Suite 2650
Tampa, FL 33602

\* \* \*

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**

[Click here to join the meeting](#)

Meeting ID: 294 519 578 077
Passcode: GnQeAi

[Download Teams](#) | [Join on the web](#)

**Or call in (audio only)**
[+1 945-468-5504,,894236424#](#)   United States, Dallas

Phone Conference ID: 894 236 424#

[Find a local number](#) | [Reset PIN](#)
[Learn More](#) | [Meeting options](#)

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented

by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.