# Exhibit G




DEPARTMENT OF HEALTH AND HUMAN SERVICES

# OFFICE OF INSPECTOR GENERAL

WASHINGTON, DC 20201

Benjamin D. Singer
O'Melveny & Meyers LLP
1625 Eye St. NW
Washington, D.C. 20006

    Re:    United States ex rel. Zafirov
                No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)

Dear Mr. Singer:

This letter is in response to your revised *Touhy* document request received via email on March 7, 2024. You requested the following:

1. All of Special Agent Garrido's communications with Relator that include (a) factual information – including any alleged facts – that Relator conveyed to SA Garrido, and (b) any instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

   Response: No documents were found.

2. All of SA Garrido's communications with Relator's counsel to the extent these communications reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

   Response: No non-privileged documents were found.

3. All of SA Garrido's communications to the Office of Counsel for Inspector General for the U.S. Department of Health and Human Services, or federal agents from the U.S. Department of Health and Human Services, Office of Inspector General or Federal Bureau of Investigation, United States Attorneys' Office for the Middle District of Florida, United States Department of Justice, Civil Division, Fraud Section, to the extent these communications reflect or memorialize factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her

    obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

    Response: No non-privileged documents were found.

4. All of SA Garrido's reports or notes to the extent they reflect or memorialize (a) factual information from Relator or (b) instructions SA Garrido gave to Relator about her conduct and obligations with respect to the government's investigation, including her obligation to tell the truth, to be complete and accurate, whether to withhold any information, and how and when to make recordings.

    Response: No non-privileged documents were found.

OIG spent considerable time to search for documents responsive to your request. These efforts included performing a search of SA Garrido's email records. Based on the document request, we searched the following terms for the years 2019-2024:

- sean.keefe@usdoj.gov
- JTrezevant@usa.doj.gov
- Jay.Trezevant@usdoj.gov
- Clarissa Zafirov
- United States ex rel. Zafirov, No. 8:19-cv-01236–KKM-SPF (M.D. Fla.)
- Freedom Health, Inc.
- Optimum Healthcare, Inc.
- Florida Medical Associates LLC
- VIPCare
- Physician Partners, LLC
- Anion Technologies, LLC

Upon review of the documents that were potentially responsive to your request, there were no non-privileged or otherwise protected documents.

With regard to SA Garrido's text messages during the time of her investigation, OIG no longer has those text messages. SA Garrido received a new phone in or around June 2020. Further, consistent with HHG-OIG policy, SA Garrido asserts that she did not discuss substantive case matters via text with Relator.

If you have any further questions, please feel free to contact me.

                                              Sincerely,

                                              *CandaceAshford*
                                              Candace Ashford
                                              Senior Counsel to the Inspector General