# **Exhibit H**

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS,<br>LLC; ANION TECHNOLOGIES, LLC;<br>FREEDOM HEALTH, INC.; and OPTIMUM<br>HEALTHCARE, INC.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 8:19-cv-01236<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## RELATOR'S AMENDED RULE 26(a)(1)(A) DISCLOSURES

Relator, Dr. Clarissa Zafirov, M.D., provides the following amended disclosures of information pursuant to Fed. R. Civ. P. Rule 26(a)(1). By making the following disclosures, Relator is not waiving any rights to object to the discovery of information described herein, and reserves the right to supplement and/or amend these disclosures as appropriate under the Federal Rules.

**I.    Individuals Likely to Have Discoverable Information**

The following individuals, as well as any individuals identified by any Defendants in their respective Rule 26 Disclosures, are likely to have discoverable information that Relator may use to support her claims. Additionally, Relator anticipates that other individuals will be identified in response to discovery requests

and during depositions. Relator therefore reserves the right to supplement this response as appropriate.

| Name | Contact Information | Expected Subjects of Information |
|---|---|---|
| Dr. Clarissa Zafirov | Morgan Verkamp, LLC<br>4410 Carver Woods Dr., Ste. 200<br>Cincinnati, OH 45242<br>(513) 651-4000<br>rmorgan@morganverkamp.com<br>jillian.estes@morganverkamp.com | All allegations in the complaint |
| Corporate representatives of Florida Medical Associates d/b/a VIPcare; Physician Partners, LLC; and Anion Technologies, LLC<br>*Defendants* | Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Allegations in the complaint related to each corporate defendants' knowledge and conduct; relationship between defendants |
| Corporate representatives of Freedom Health., Inc. and Optimum Health, Inc.<br>*Defendants* | O'Melveny & Myers, LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>ebock@omm.com | All allegations in the complaint related to each corporate defendants' knowledge and conduct; relationship between defendants |
| Corporate representatives of Physician Partners Specialty Services, LLC and Sun Labs USA, Inc. | Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | All allegations in the complaint related to Defendants Florida Medical Associates d/b/a VIPcare; Physician Partners, LLC; or Anion Technologies, LLC |
| Corporate representatives of Anthem, Inc. | O'Melveny & Myers, LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>ebock@omm.com | All allegations in the complaint related to Defendants Freedom Health, Inc., Optimum Health, Inc. and the |

2

| | | relationship to the Provider Defendants |
|---|---|---|
| Siddhartha Pagidipati | Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | All allegations in the complaint related to Defendants' knowledge and conduct; relationship between defendants |
| Dr. Esenbike Bek, M.D. | VIPCare – North Port, FL location<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Dr. Suzanne Johnson, M.D. | VIPCare – Sarasota, FL location<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Dr. Claudine Fredericks, M.D. | VIPCare – Ocala, FL location<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Dr. Anit Ford, M.D. | Anit D. Ford & Associates<br>3920 Bee Ridge Rd.<br>Sarasota, FL 34233<br>(941) 926-8855 | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Dr. Beth Oliver, M.D. | VIPCare – Clermont, FL location<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |

3

| | | |
|---|---|---|
| Dr. Wendy Worsely, M.D. | VIPCare - Cocoa, FL location<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Dr. Thomas Smith, M.D. | Current contact information unknown | Interactions with Dr. Zafirov and patients; policies and practices of all Defendants |
| Catherine Davis, P.A. | Current address unknown<br>(989) 980-2324 | Interactions with Dr. Zafirov and patients; policies and practices at VIPcare clinic location |
| Cody DeGross, P.A. | Current address unknown<br>(941) 676-0778 | Interactions with Dr. Zafirov and patients; policies and practices at VIPcare clinic location |
| Alex Lavin | Physician Partners / VIPCare<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Interactions with Dr. Zafirov; policies and practices at VIPcare and Physician Partners; Dr. Zafirov's employment; relationship between parties |
| Emily Gallman | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Physician Partners; relationship between parties; Dr. Zafirov's employment |
| Sajitha Johnson | Anion Technologies<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Physician Partners and Anion Technologies; relationship between defendants; interactions with Dr. Zafirov regarding billing and coding |

4

| Jan Morsey | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Physician Partners; relationship between defendants; interactions with Dr. Zafirov regarding billing and coding |
|---|---|---|
| Cassidy Cooper | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Physician Partners; relationship between defendants; interactions with Dr. Zafirov regarding billing and coding |
| Ratnakar Mekala | Anion Technologies<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Anion Technologies related to 5 Star Checklists; relationship between defendants |
| Syed Dastagir | Anion Technologies<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Anion Technologies related to chart reviews; relationship between defendants |
| Sawan Kothari | Community Care Cooperative (C3)<br>Boston, MA | Policies and practices at Physician Partners and Anion Technologies; relationship between defendants; interactions with Dr. Zafirov regarding billing and coding |
| Dr. Rajiv Patel, M.D. | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500 | Policies and practices at Physician Partners and Anion Technologies; relationship between defendants; interactions with Dr. Zafirov |

5

|  | lbentley@bradley.com | regarding billing and coding |
|---|---|---|
| Roshni Patel | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices at Physician Partners; relationship between defendants |
| Dan Kollefrath | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices of all Provider Organization defendants; relationship between defendants |
| Dr. Eric Haas, M.D. | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices of all Provider Organization defendants; relationship between defendants |
| Dr. Sangeeta Hans, M.D. | Physician Partners<br>Bradley Arant Boult Cummings, LLP<br>100 N. Tampa St., Suite 2200<br>Tampa, FL 33602<br>(813) 559-5500<br>lbentley@bradley.com | Policies and practices of all Provider Organization defendants; interactions with Dr. Zafirov regarding billing, coding, and patient care issues |
| Dr. Rick Simovitz, M.D. | 722 The Rialto<br>Venice, FL 34285<br>(941) 484-8792 | Patient care issues |
| Dr. George Mansour, M.D. | Adam Rabin, Esq.<br>Centurion Tower<br>1601 Forum Place, Suite 201<br>West Palm Beach, FL 33401<br>(561) 659-7878<br>ARabin@rkjlawgroup.com | Experience with Physician Partners |

6

| | | |
|---|---|---|
| Dr. Ford Brewer | Presently Unknown | Production of Five Star University; relationship between defendants |
| Dr. Dennis Mihale | Freedom Health, Inc.<br>O'Melveny & Myers, LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>(202) 383-5300<br>ebock@omm.com | Production of Five Star University; relationship between defendants |
| S/A Raquel Garrido | U.S. Department of Health and Human Services<br>Office of Inspector General, Office of Investigations<br>Tampa Field Office<br>500 East Zack St., #215<br>Tampa, FL 33602<br>(813) 868-6677 | Possible custodian of information obtained in government's investigation |
| Custodian(s) of Government Records | Presently Unknown | Possible custodians of information obtained in government's investigation or custodians of records related to claims submitted to and paid by the United States |
| Persons Treated at a VIPCare Clinic | Presently Unknown | Patient care and billing issues |
| Physicians Currently or Formerly Associated with VIPCare and/or Physician Partners | Presently Unknown | Policies and practices of Provider Organizations; relationship between defendants; patient care issues |

Relators also expressly includes any individuals identified or disclosed by any Defendants, and individuals identified during discovery, any expert witnesses identified by any part, and any individuals needed to identify or authenticate any document or other tangible evidence for purposes of admission into evidence.

## II. Description of Documents in Relator's Possession

The following list describes the categories of documents, data compilations, electronically stored information or tangible things are that in Relator's possession, custody or control and may be used to support Relator's claims:

1. Patient records from patients in Dr. Zafirov's patient panels or patients to whom Dr. Zafirov rendered patient care, including but not limited to patient panel lists, Five Star forms, specialist referral documentation, laboratory documentation, and billing records;

2. Documentation related to Dr. Zafirov's employment, including employment agreement and bonus program;

3. Corporate information including staff lists, physician rosters, and corporate structure guidance provided to physicians through electronic access to employee network;

4. Documents provided to physicians by VIPcare and/or Physician Partners electronically or at monthly, semiannual and annual training meetings and Provider Forums including PowerPoint presentations, manuals, billing guidance and video directions;

5. Communications between Relator and representatives of Physician Partners, VIPCare and/or Anion regarding care gaps and billing instructions; and

6. Communications between Relator and representatives of Physician Partners, VIPcare, and insurance companies regarding operation of Dr. Zafirov's VIPCare clinic.

Relator anticipates that other documents, data compilations, electronically stored information or tangible things may be discovered during the course of litigation as relevant to supporting Relator's claims. Relator reserves the right to supplement this response accordingly.

8

### a. Computation of Damages

Under the False Claims Act, 31 U.S.C. § 3729, et seq., Defendants are jointly and severally liable for three times the amount of damages that the United States has sustained because of their conduct. Defendants are also liable to the United States for a civil penalty of not less than $5,500 and not more than $11,000 per false statement and/or claim, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990. Defendants are separately responsible for the payment of Relator's reasonable attorneys' fees and costs. 31 U.S.C. § 3730(d)(1).

Relator is not able to accurately compute damages at this time because Relator does not yet have access to all of the data relating to the false claims that Defendants caused to be submitted to federal healthcare programs, but estimates the damages to the United States exceeds hundreds of millions of dollars related to tens of thousands of false claims. Relator will seek treble the value and civil penalties for each false claim submitted.

### III. Applicable Insurance Agreements

There are no insurance policies which impact Relator's claims against Defendants.

Dated: December 5, 2022

Respectfully submitted,

/s/ Jillian L. Estes

Frederick M. Morgan, Jr. (OH 0027687)
Jennifer M. Verkamp (OH 0067198)
Jillian L. Estes (FL 0055774)

9

Morgan Verkamp LLC
35 East 7th Street, Suite 600
Cincinnati, OH 45202
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email: rmorgan@morganverkamp.com
jverkamp@morganverkamp.com
jillian.estes@morganverkamp.com

Kenneth J. Nolan (Fla. Bar No. 603406)
Marcella Auerbach (Fla. Bar No. 249335)
NOLAN, AUERBACH & WHITE, LLP
435 N. Andrews Ave., Suite 401
Fort Lauderdale, FL   33301
Phone: (954) 779-3943
Fax: (954) 779-3937
ken@whistleblowerfirm.com
marcellla@whistleblowerfirm.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing Relator's Amended Rule 26(a)(1)(A) Disclosures were served on December 5, 2022, to all parties of record via electronic mail.

/s/ Jillian L. Estes
Jillian L. Estes (Fla. Bar No. 0055774)