# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,
       Plaintiff,

v.                                            NO.  8:19-CV-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC, *et al.*
       Defendants.

### APPEARANCE OF COUNSEL JONATHAN KRONER

To: The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *amicus curiae*, The Anti-Fraud Coalition.

                               /s/Jonathan Kroner
                               Jonathan Kroner Law Office
                               6001 N. Ocean Dr., Suite 806
                               Hollywood FL 33019
                               305.310.6046
                               jk@floridafalseclaims.com

### CERTIFICATE OF SERVICE

I filed the foregoing using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

                               /s/Jonathan Kroner