**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,  Plaintiff/Relator,  v.  PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,  Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

**DECLARATION OF LUCILE H. COHEN IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S OPPOSITION TO RELATOR'S TIME-SENSITIVE MOTION FOR STATUS CONFERENCE**

In accordance with 28 U.S.C. § 1746, I, Lucile H. Cohen, hereby declare and state as follows:

1. I am an attorney at Nelson Mullins Riley & Scarborough LLP ("Nelson Mullins"). I am licensed to practice law in the State of South Carolina. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and if called and sworn as a witness, could and would testify competently thereto.

2. I am counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom Defendants") in the above-captioned case in *United States of America, ex rel. Clarissa Zafirov v. Florida Medical Associates, LLC, et al.*, No. 8:19-cv-

01236-KKM-SPF (M.D. Fla.) ("*Zafirov*").  I submit this declaration in support of Freedom Defendants' Opposition to Relator's Time-Sensitive Motion for Status Conference.

3. As enterprise e-discovery counsel for Freedom Defendants, Nelson Mullins, among other roles, oversees the collection of documents from Freedom Defendants' custodians and oversees and conducts document review and document productions in *Zafirov*.  Nelson Mullins also oversaw and conducted the collection, review, and production of Freedom Defendants' documents in *George Mansour, et al., v. Physician Partners, et al.*, No. 8:22-cv-00595-WFJ-SPF (M.D. Fla.) ("*Mansour*"), a related litigation brought by Dr. George Mansour against Defendants.

4. On Friday, May 17, 2024, Relator's Counsel emailed Counsel for Defendants requesting a meet-and-confer to discuss Relator's intention to request an emergency status conference related to two letters that were included in Dr. Mansour's production in response to Freedom Defendants' third-party subpoena.

5. After receiving Relator's Friday, May 17, 2024 email and conferring with Freedom Defendants' Counsel from O'Melveny & Myers LLP, Nelson Mullins attorneys began reviewing the assertions in Relator's email and conducting searches and reviewing documents to investigate those assertions.

6. Nelson Mullins attorneys continued to work through the weekend to search for and review documents.

7. Specifically, this work entailed conducting searches in the custodial collection of Nancy Gareau for the date scope of February 6, 2017 to June 30, 2019,

which was the scope of discovery in the *Mansour* litigation. Nelson Mullins attorneys searched Gareau's custodial collection for documents referring to a "5 Star Checklist" and other variations of that phrase and reviewed the results of these searches.

8. From that review, Nelson Mullins determined that the documents referring to a "5 Star Checklist," or a variation of that phrase, were those April 2019 documents identified by Relator in her email to the Parties (which Dr. George Mansour produced in response to Freedom Defendants' third-party subpoenas) and two non-substantive emails attaching one of the letters. In the first email, Nancy Gareau forwarded the April 3, 2019 letter to another Physician Partners employee, noting that Dan Kollefrath was out for surgery. And, in the second, Dan Kollefrath sent a draft of the April 12, 2019 letter to Nancy Gareau. Freedom Defendants will produce both emails and their attachments today.

9. The documents identified by Relator and the two additional emails and attachments identified over the weekend and produced today were all previously produced by Freedom Defendants in *Mansour* on February 23, 2024.

10. Nelson Mullins reviewed Dr. Mansour's production of documents made on May 17, 2024 in this litigation and determined that the two additional emails and draft letter produced today by Freedom Defendants were not produced by Dr. Mansour in response to Freedom Defendants' third-party subpoena.

Executed this 21st day of May, 2024 in Columbia, South Carolina.

By: */s/ Lucile H. Cohen*

Lucile H. Cohen
NELSON MULLINS RILEY &
SCARBOROUGH LLP
1320 Main St, 17th Floor
Columbia, SC 29201
(803) 255-9332
lucie.cohen@nelsonmullins.com