# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff and Relator, | ) ) |
| v. | ) NO. 8:19-cv-01236-KMM-SPF ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF JENNIFER M. VERKAMP IN SUPPORT OF RELATOR'S SUPPLEMENTAL BRIEFING ON FOUNDING ERA HISTORICAL EVIDENCE REGARDING FEDERAL QUI TAM ENFORCEMENT

I, Jennifer M. Verkamp, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a resident of Ohio and over 18 years old.

2. I am an attorney with Morgan Verkamp, LLC, which represents Relator Dr. Clarissa Zafirov in the above-captioned matter.

3. I make this declaration in support of Relator's Supplemental Briefing on Founding Era Historical Evidence Regarding Federal Qui Tam Enforcement.

4. Attached as Exhibit 1 is a true and correct copy of the law review article cited as Randy Beck, *TransUnion, Vermont Agency and Statutory Damages Under Article III* (August 23, 2023), accepted for publication in Florida Law Review.

5. Attached as Exhibit 2 is a true and correct copy of the law review article cited as Nitisha Baronia et al., *Private Enforcement and Article II* (draft published May 8, 2024).

6. Attached as Exhibit 3 is a true and correct copy of the law review article cited as James E. Pfander, *Public Law Litigation in Eighteenth Century America: Diffuse Law Enforcement in a Partisan World*, 92 Fordham L. Rev. 469 (2023).

7. Attached as Exhibit 4 is a true and correct copy of the law review article cited as Randy Beck, *Qui Tam Litigation Against Government Officials: Constitutional Implications of a Neglected History*, 93 Notre Dame L. Rev. 1235, 1254 (2018).

8. Attached as Exhibit 5 is a non-exhaustive summary of founding era *qui tam* statutes prepared by counsel, narrowed to uninjured informer cause of actions.

9. Attached as Exhibit 6 is a true and correct copy of an excerpt from 3 James Wilson and Bird Wilson, *The Works of the Honourable James Wilson, L.L.D.* 144 (Philadelphia: Lorenzo Press 1804).

10. Attached as Exhibit 7 is a true and correct copy of a Message from President of the United States John Quincy Adams dated January 26, 1829 regarding *qui tam* recoveries.

11. Attached as Exhibit 8 is a true and correct copy of a Report of the Secretary of the Treasury in Relation to Expenses in the Prosecution of Offences Against the United States dated April 1, 1816, regarding *qui tam* recoveries.

12. Attached as Exhibit 9 is a non-exhaustive list of founding era judicial opinions and other publications, prepared by or at the direction of counsel, which demonstrate the use and enforcement of *qui tam* statutes by uninjured informers.

13. Attached as Exhibit 10 is a true and correct copy of excerpts from Julius Goebel, Jr. and Joseph H. Smith, *The Law Practice of Alexander Hamilton Documents and Commentary Volume II* (New York: William Nelson Cromwell Foundation by Columbia University Press, 1969) and a handwritten legal opinion in the matter captioned *Sherman qui tam v. The Schooner Exchange*, U.S.D.C. New York (1803).

14. Attached as Exhibit 11 is a true and correct copy of handwritten legal opinions from the National Archives in the matters captioned *Samuel Adams qui tam vs. John Edwards*, (September Term 1802) (downloaded from the National Archives at https://catalog.archives.gov/id/6803655) and *Samuel Adams qui tam vs. Thomas Brown* (December Term 1803) (downloaded from the National Archives at https://catalog.archives.gov/id/7290794), reflecting *qui tam* enforcement actions.

15. Attached as Exhibit 12 is a true and correct copy of a Presidential Message Transmitting Opinions of the Attorney General dated September 1, 1838, and James Hadden, *A History of Uniontown: The County Seat of Fayette County,*

*Pennsylvania* (Uniontown: James Hadden, 1913), regarding the enforcement of 169 *qui tam* actions relating to the imposition of tolls on postal carriers.

16. Attached as Exhibit 13 is a true and correct copy of a newspaper publication regarding the case *Talbot qui tam v. The Ship Amelia*, 4 U.S. 34 (1800).

17. Attached as Exhibit 14 is a true and correct copy of a newspaper publication regarding the case *Clayton et al. v. Stone et al.,* 2 Paine 382 (2d Cir. 1829).

18. Attached as Exhibit 15 is a true and correct copy of a newspaper publication regarding the case *Blunt v. Patten*, 2 Paine 393 (2d Cir. 1828).

19. Attached as Exhibit 16 is a true and correct copy of a newspaper publication regarding the case *Dwight v. Appleton*, 1 N.Y. Legal Obs. 198 (2d Cir. 1840).

20. Attached as Exhibit 17 is a true and correct copy of a newspaper publication regarding the case *Ferrett & Arthur qui tam v. Atwill*, 4 NY Legal Observer 294 (2d Cir. 1846).

21. Attached as Exhibit 18 is a true and correct copy of a newspaper publication regarding the case *Stevens v. Gladding*, 60 U.S. 64 (1856).

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 21st day May 2024.

        */s/ Jennifer M. Verkamp*
        Jennifer M. Verkamp
        *Counsel for Relator Dr. Clarissa Zafirov*