**Relator's Exhibit 5:**
**Non-Exhaustive Summary of Founding-Era *Qui Tam* Statutes Prepared by Counsel, Narrowed to Uninjured Informer Causes of Action.**

| Citation | Name of Statute | Date of Passage | Congress | Right of Action by Uninjured Informer* |
|---|---|---|---|---|
| Act of July 31, 1789, ch. 5, § 38, 1 Stat. 48 | An Act to regulate the Collection of the Duties imposed by law on the tonnage of ships or vessels, and on goods, wares and merchandises imported into the United States. | July 31, 1789 | First Congress, First Session | Yes. |
| Act of Mar. 1, 1790, ch. 2, § 3, 1 Stat. 101, 102 | An Act providing for the enumeration of the Inhabitants of the United States. | March 1, 1790 | First Congress, Second Session | Yes. Statute cited in *Stevens*, 529 U.S. at 777 n.6 (2000) as "provid[ing] both a bounty and an express cause of action." |
| Act of April 30, 1790, ch. 9 S 16, 1 Stat. 112, 116 | An Act for the Punishment of certain Crimes against the United States. | April 30, 1790 | First Congress, Second Session | Yes. |
| Act of July 5, 1790, ch. 25, § 1, 1 Stat. 129 | An Act for giving effect to an act intituled "An act providing for the enumeration of the Inhabitants of the United States," in respect to the state of Rhode Island and Providence Plantations. | July 5, 1790 | First Congress, Second Session | Yes. Statute cited in *Stevens*, 529 U.S. at 777 n.6 (2000) as "provid[ing] both a bounty and an express cause of action." |
| Act of July 20, 1790, ch. 29, 1, 4, 1 Stat. 131, 133 | An Act for the government and regulation of Seamen in the merchants service. | July 20, 1790 | First Congress, Second Session | Yes. Statute cited in *Stevens*, 529 U.S. at 777 n.6 (2000) as "provid[ing] both a bounty and an express cause of action." |
| Act of July 22, 1790, ch. 33, 3, 1 Stat. 137, 137-138 | An act to regulate trade and intercourse with the Indian tribes. | July 22, 1790 | First Congress, Second Session | Yes. Statute cited in *Stevens*, 529 U.S. at 777 n.6 (2000) as "provid[ing] both a bounty and an express cause of action." |
| Act of Aug. 4, 1790, ch. 35, § 55, 1 Stat. 145, 173 | An Act to provide more effectually for the collection of the duties imposed by law on goods, wares and merchandise imported into the United States, and on the tonnage of ships or vessels. | August 4, 1790 | First Congress, Second Session | Yes. While this statute was cited in *Stevens*, 529 U.S. at 777 n.7 (2000) as "provid[ing] a bounty only," closer analsis by historians reflects that Congress selectively included bounty-only provisions for revenue offenses against private parties, but permitted *qui tam* enforcement actions against collectors who failed to comply with statutory duties. Brief at 9. |
| Act of Sept. 2, 1789, ch. 12, § 8, 1 Stat. 67 | An Act to establish the Treasury Department. | September 2, 1789 | First Congress, First Session | Likely. While this statute was cited in *Stevens*, 529 U.S. at 777 n.7 (2000) as "provid[ing] a bounty only," Professor Beck observed that the statutory language regarding the "information" by the informer likely referred to a right of action, citing (as *Stevens* also caveats in that footnote) the Court's holding in *Hess*.* Beck, Fordham L.R. at 1300-1301; Beck *TransUnion* at 22. |

**Relator's Exhibit 5:**
**Non-Exhaustive Summary of Founding-Era *Qui Tam* Statutes Prepared by Counsel, Narrowed to Uninjured Informer Causes of Action.**

| Citation | Name of Statute | Date of Passage | Congress | Right of Action by Uninjured Informer* |
|---|---|---|---|---|
| Act of Mar. 3, 1791, ch. 15, § 44, 1 Stat. 199, 209 | An Act repealing, after the last day of June next, the duties heretofore laid upon Distilled Spirits imported from abroad, and laying others in their stead; and also upon Spirits distilled within the United States, and for appropriating the same. | March 3, 1791 | First Congress, Third Session | Yes. Statute cited in *Stevens*, 529 U.S. at 777 n.6 (2000) as "provid[ing] both a bounty and an express cause of action." |
| Act of February 20, 1792, ch. 7, S 25, 1 Stat. 232, 239 | An Act to establish the Post-Office and Post Roads within the United States. | February 20, 1792 | Second Congress, First Session | Yes. |
| Act of May 2, 1792, ch. 27 | An Act for Raising a Farther Sum of Money for the Protection of the Frontiers, and for other purposes therein mentioned. | May 2, 1792 | Second Congress, First Session | Yes. |
| Act of May 8, 1792 ch. 32 | An Act Concerning Duties on Spirits Distilled Within the United States. | May 8, 1792 | Second Congress, First Session | Yes. |
| Act of May 8, 1792 ch. 39 | An Act to Provide for a Copper Coinage. | May 8, 1792 | Second Congress, First Session | Yes. |
| Act of May 8, 1792 Ch 36 S 5, 1 Stat. 275, 277-8 | An Act for regulating Processes in the Courts of the United States, and providing Compensation for the Officers of the said Courts, and for Jurors and Witnesses. | May 8, 1792 | Second Congress, First Session | Yes. |
| Act of March 1, 1793, ch. 19 S 12, 1 Stat. 329, 331 | An act to regulate trade and intercourse with the Indian tribes. | March 1, 1793 | Second Congress, Second Session | Yes. |
| Act of March 22, 1974, ch. 11, 4, 1 Stat. 347, 349 | An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country. | March 22, 1794 | Third Congress, First Session | Yes. |
| Act of May 8, 1794 ch. 23 | An Act to Establish the Post-Office and Post-Roads Within the United States. | May 8, 1794 | Third Congress, First Session | Yes. |
| Act of June 5, 1794, ch. 45, S 10, 1 Stat. 373, 375 | An Act laying duties upon Carriages for the conveyance of Persons. | June 5, 1794 | Third Congress, First Session | Yes. |

**Relator's Exhibit 5:**
**Non-Exhaustive Summary of Founding-Era *Qui Tam* Statutes Prepared by Counsel, Narrowed to Uninjured Informer Causes of Action.**

| Citation | Name of Statute | Date of Passage | Congress | Right of Action by Uninjured Informer* |
|---|---|---|---|---|
| Act of June 5, 1794, ch. 50 | An Act in addition to the act for the punishment of certain crimes against the United States. | June 5, 1794 | Third Congress, First Session | Yes. |
| Act of May 19, 1796, ch. 30, S 18, 1 Stat. 469, 474 | An Act to regulate Trade and intercourse with the Indian tribes, and to preserve Peace on the Frontiers. | May 19, 1796 | Fourth Congress, First Session | Yes. |
| Act of March 3, 1797, ch. 20 | An Act to provide more effectually for the Settlement of Accounts between the United States, and Receivers of public Money. | March 3, 1797 | Forth Congress, Second Session | Yes. |
| Act of July 6, 1797, ch. 11, S 20, 1 Stat. 527, 532 | An Act laying Duties on stamped Vellum, Parchment and Paper. | July 6, 1797 | Fifth Congress, First Session | Yes. |
| Act of June 13, 1798 ch. 53 | An Act to Suspend the Commercial Intercourse between the United States and France, and the Dependencies Thereof. | June 13, 1798 | Fifth Congress, Second Session | Yes. |
| Act of June 18, 1798 ch. 54 | An Act supplementary to and to Amend the Act, Intituled "An Act to Establish an Uniform Rule of Naturalization; and to Repeal the Act heretofore Passed on that Subject. | June 18, 1798 | Fifth Congress, Second Session | Yes. |
| Act of June 25, 1798 ch. 60 | An Act to authorize the defense of the Merchant Vessels of the United States against French depredations. | June 25, 1798 | Fifth Congress, Second Session | Yes. |
| Act of February 28, 1799, ch. 17, S 5, 1 Stat. 622, 623 | An Act to alter the Stamp Duties imposed upon Foreign Bills of Exchange and Bills of Lading, by an act intituled "An act laying duties on stamped vellum, parchment and paper," and further to amend the same. | February 28, 1799 | Fifth Congress, Third Session | Yes. |
| Act of May 10, 1800 ch. 51 | An Act in addition to the act intituled "An act to prohibit the carrying on the Slave Trade from the United States to any foreign place or country." | May 10, 1800 | Sixth Congress, First Session | Yes. |
| Act of March 2, 1799 ch. 43 | An Act to Establish the Post-Office of the United States. | March 2, 1799 | Fifth Congress, Third Session | Yes. |
| Act of March 3, 1801, ch. 24, S 2, 2 Stat. 115, 115 | An Act supplementary to the act intituled "An act concerning the District of Columbia." | March 3, 1801 | Sixth Congress, Second Session | Yes. |
| Act of April 2, 1802, ch. 13, S 18, 2 Stat. 139, 145 | An Act to regulate Trade and intercourse with the Indian tribes, and to preserve Peace on the Frontiers. | April 2, 1802 | Seventh Congress, First Session | Yes. |
| Act of April 29, 1802 Ch 36 SS 3-4, 2 Stat. 171, 172 | An Act supplementary to an act, intituled "An act for the encouragement of learning, by securing copies of maps, charts, and books to the authors and propietors of such copies during time therein mentioned," and extending the benefits thereof to the arts of designing, engraving, and etching historical and other prints. | April 29, 1802 | Seventh Congress, First Session | Yes. |
| Act of May 3, 1802, ch. 48, 4, 2 Stat. 189, 191 | An Act further to alter and establish certain Post Roads; and for the more secure carriage of the Mail of the United States. | May 3, 1802 | Seventh Congress, First Session | Yes. |

**Relator's Exhibit 5:**
**Non-Exhaustive Summary of Founding-Era *Qui Tam* Statutes Prepared by Counsel, Narrowed to Uninjured Informer Causes of Action.**

| Citation | Name of Statute | Date of Passage | Congress | Right of Action by Uninjured Informer* |
|---|---|---|---|---|
| Act of February 28 1803, ch. 9 | An Act supplementary to the act concerning consuls and vice-consuls, and for the further protection of American Seamen. | February 28, 1803 | Seventh Congress, Second Session | Yes. |
| Act of March 26, 1804, ch. 38, S 10, 2 Stat. 283, 286 | An Act erecting Louisiana into two territories, and providing for the temporary government thereof. | March 26, 1804 | Eighth Congress, First Session | Yes. |
| Act of March 2, 1807, ch. 22, S 3, 2 Stat. 426, 426 | An Act to prohibit the importation of Slaves into any port of place within the jurisdiction of the United States, from and after the first day of January, in the year of our Lord one thousand eight hundred and eight. | March 2, 1807 | Ninth Congress, Second Session | Yes. |
| Act of June 26, 1812 ch. 107 | An Act concerning Letters of Marque, Prizes, and Prize Goods. | June 26, 1812 | Twelfth Congress, First Session | Yes. |
| Act of February 3, 1831, ch. 16 | An act to amend the several acts respecting copyrights. | February 3, 1831 | Twenty-First Congress, Second Session | Yes. |
| 25 USC § 201 | Penalties; how recovered. | June 30, 1834 | Twenty-Third Congress, First Session | Yes. |
| Act of March 3, 1839 ch. 80 | An Act to provide for taking the sixth census or enumeration of the inhabitants of the United States. | March 3, 1839 | Twenty-Fifth Congress, Third Session | Yes. |
| Act of August 5, 1861, ch. 45, 11, 12 Stat. 292, 297 | An Act to provide increased Revenue from Imports, to pay Interest on the Public Debt, and for other Purposes. | August 5, 1861 | Thirty-Seventh Congress, First Session | Yes. |
| Act of March 2, 1863, ch. 67, 12 Stat. 696. | An Act to prevent and punish Frauds upon the Government of the United States. | March 2, 1863 | Thirty-Seventh Congress, Third Session | Yes. |
| Act of July 4, 1864, ch. 249, S 9, 13 Stat. 390, 392 | An Act further to regulate the Carriage of Passengers in Steamships and other vessels. | July 4, 1864 | Thirty-Eighth Congress, First Session | Yes. |
| Act of July 8, 1870, ch. 230, 39, 16 Stat. 198, 203 | Patent Act of 1870. | July 8, 1870 | Forty-First Congress, Second Session | Yes. |
| Act of July 8, 1870, ch. 230, S 39, 16 Stat. 198, 203 | An Act to revise, consolidate, and amend the Statutes relating to Patents and Copyrights. | July 8, 1870 | Forty-First Congress, Second Session | Yes. |
| 25 U.S.C § 81 | Contracts with Indian Nations. | March 3, 1871 | Forty-First Congress, Third Session | Yes. |
| Act of Feb. 28, 1871 | An Act to provide for the better Security of Lige on board of Vessels propelled in Whole or in Part by Steam, and for other Purposes. | February 28, 1871 | Forty-First Congress, Third Session | Yes. |
| 18 U.S.C. § 962 | Arming vessel against friendly nation. | March 4, 1909 | Sixtieth Congress, Second Session | Yes. |

\* The Supreme Court held in *United States ex rel. Marcus v. Hess* that "[s]tatutes providing for a reward to informers which do not specifically either authorize or forbid the informer to institute the action are construed to authorize him to sue." 317 U.S. 537, 541 n.4 (1943) (citing *Adams v. Woods*, 2 Cranch 336 (1805)); *see also; Vermont Agency of Nat. Res. v. United States ex rel. Stevens,* 529 U.S. 765, 777 n.7 (2000) (reciting this rule of construction). As such, Relator's list is likely underinclusive.