# REPORT

OF THE

# Secretary of the Treasury,

IN

OBEDIENCE TO A RESOLUTION OF THE HOUSE,
OF THE 7th ULT.

IN

## RELATION TO EXPENSES

IN THE

## PROSECUTION OF OFFENCES AGAINST THE UNITED STATES,

IN

THE DISTRICTS OF CONNECTICUT, MASSACHUSETTS, NEW-HAMPSHIRE,
VERMONT, AND NEW-YORK,

FROM

The year 1808, to the year 1815, inclusive, &c. &c.

---

April 1, 1816.
Read, and Ordered to lie upon the Table.

---

WASHINGTON:

PRINTED BY WILLIAM A. DAVIS.
......
1816.

**STATEMENT** of Fines and Penalties paid into the treasury of the United States from the Districts of New-Hampshire, Massachusetts, Connecticut, Vermont, and New-York, by marshals, district attorneys, collectors &c. from the year 1808, to the year 1815, inclusive.

| Years. | New-Hampshire. | Massachusetts. | Connecticut. | Vermont. | New-York. | From whom recovered, and under what prosecutions. | | Total. |
|---|---|---|---|---|---|---|---|---|
| 1808. | None. | Ben. Lincoln, collector. | . . . | . . . | . . . | Fines and penalties for breach of laws against the slave trade, parties not known, . | 2,400 | |
| .. | . . | James Prince, marshal. | . . . | . . . | . . . | Forfeiture of Henry Deming's recognisance charged with fraud upon General Post-Office, | 2,500 | |
| 1809. | . . | Sam. Bradford, do. | . . . | . . . | . . . | Fines imposed by Circuit Court of United States upon Isaac Barnes and Richard Holmes, | 120 | |
| 1811. | . . | James Prince, do. | . . . | . . . | . . . | Fines imposed on Luke Thorndike for resisting the officers of government in the execution of their duties, . . . | 50 | |
| 1813. | . . | Tho. G. Thornton, do. | . . . | . . . | . . . | Penalties recovered from Nason, Atkinson and others, under the embargo laws, . . | 814 96 | |
| 1814. | . . | James Prince, do. | . . . | . . . | . . . | Recovered from Richard Scaro, Mulford Howes, jun. and David Howes, jun. for resisting the officers of the customs in Barstable county, | 900 | |
| .. | . . | Tho. G. Thornton, do. | . . . | . . . | . . . | Penalties recovered from Nason, Atkinson and others, for violation of embargo laws, . | 1,018 51 | 7,803 47 |
| 1812. | . . | . . . | R. Fairchild, marshal. | . . . | . . . | Fine imposed and recovered from Josiah Rogers for resisting deputy marshal, . . | 100 | |
| 1813. | . . | . . . | Do. . . | . . . | . . . | Recvoered on a *qui tam* action by Fosdick vs. Rothom, . . . . . | 10 | |
| .. | . . | . . . | H. Huntington, D. At. | . . . | . . . | Recovered from Miles and Amos Merwin, for a violation of embargo laws, . . | 427 50 | 537 50 |
| .. | . . | . . . | . . . | T. Hutchinson, Dis. At. | . . . | Recovered from Moses Ambler, surety of Job Barber, for resisting the marshal of Vermont in the execution of his duty, . . . | . . | 503 75 |
| 1808. | . . | . . . | . . . | . . . | D. Gelston, collector. | Received for a stamp duty and penalty, . | 10 25 | |
| 1809. | . . | . . . | . . . | . . . | C. Clinton, Cl. Dis. Ct. | Being the United States' moiety of the nett proceeds of brig Nereid and cargo, and part of cargo of brig Hiram, captured by Frigate Chesapeake, captain Decatur, and condemned for violation of embargo laws, . . | 7,106 25 | |
| 1810. | . . | . . . | . . . | . . . | Hart Massey, Collector. | Received for a stamp duty and penalty, . . | 10 10 | |
| 1812. | . . | . . . | . . . | . . . | Henry Meigs, assistant justice 1st ward N. Y. | Received for the United States' proportion of two penalties incurred by Elisha L. Pratt and Abraham Shaw, under the act for the government and regulation of seamen in the merchant service, . . . . | 30 | |
| .. | . . | . . . | . . . | . . . | D. Gelston, collector. | Received for stamp duty and penalty, . | 10 10 | 7,166 70 |
| | | | | | | | | 16,011 42 |

Treasury Department,

Register's Office, March 26, 1816.

JOSEPH NOURSE, Register.