Relator's Exhibit 9:
# Non-Exhaustive List of Founding-Era Judicial Opinions Demonstrating the Use and Enforcement of *Qui Tam* Statutes by Uninjured Informers.

| Case | Cite | Year | Jurisdiction | Likely Statute* | Right of Action by Uninjured Informer** | Additional Sources |
|---|---|---|---|---|---|---|
| Evans qui tam v. Boller | 4 Dall. 342 | 1797 | Circuit Court, District of Pennsylvania | Act of March 22, 1794, ch. 11, 4, 1 Stat. 347, 349 - An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country | Yes | |
| Talbot qui tam v. The Ship Amelia | 4 U.S. 34 | 1800 | Supreme Court of the United States | *The Act of June 25, 1798 - An Act to Authorize the Defense of the Merchant Vessels of the United States against French Depredations.* | Yes | *See* Exhibit 13 to the Declaration of Jennifer M. Verkamp for a contemporaneous newspaper publication regarding this matter |
| Samuel Adams qui tam vs. John Edwards, District Court for the District of Massachusetts (September Term 1802) | | 1802 | District Court for the District of Massachusetts | Act of March 22, 1794, ch. 11, 4, 1 Stat. 347, 349 - An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country; Act of May 10, 1800 ch. 51 - An Act in addition to the act intituled "An act to prohibit the carrying on the Slave Trade from the United States to any foreign place or country " | Yes | |
| Shearman v. The Schooner Exchange | | 1803 | District Court for the District of New York | Act of May 10, 1800 ch. 51 - An Act in addition to the act intituled "An act to prohibit the carrying on the Slave Trade from the United States to any foreign place or country " | Yes | |
| United States v. Simms | 5 U.S. 252 | 1803 | Supreme Court of the United States | Act of March 3, 1801, p. 287 § 2 - An Act supplementary to the act intituled "An act concerning the District of Columbia " | Yes | |
| United States vs. Schooner Amelia | | 1803 | District of Georgia in Admiralty | Act of March 22, 1794, ch. 11, 4, 1 Stat. 347, 349 - An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country; Act of May 10, 1800 ch. 51 - An Act in addition to the act intituled "An act to prohibit the carrying on the Slave Trade from the United States to any foreign place or country " | Yes | |
| Morrill v. The Brig Providence | | 1804 | District Court for the District of New York | *Act of May 10, 1800 ch. 51 - An Act in addition to the act intituled "An act to prohibit the carrying on the Slave Trade from the United States to any foreign place or country."* | Yes | |
| Adams qui tam v. Woods | 6 U.S. 336 | 1804 | Supreme Court of the United States | Act of March 22, 1794, ch. 11, 4, 1 Stat. 347, 349 - An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country | Yes | |
| The Cargo of the Emulous, Brown, Claimant | 1 Gallis. 562 | 1813 | Circuit Court, District of Massachusetts | *Prize Act of 26 June, 1812, ch. 107 (and possibly Salvage Act of 3 March, 1800, ch. 14).* | Yes | |
| The Emulous v. Brown | 8 F. Cas. 697 | 1813 | | *Prize Act of 26 June, 1812, ch. 107 (and possibly Salvage Act of 3 March, 1800, ch. 14).* | Yes | |
| Brown v. United States | 8 Cranch 110 | 1814 | Supreme Court of the United States | *Prize Act of 26 June, 1812, ch. 107.* | Yes | |
| Malebran's case | NY City Hall Rec. 122 | 1820 | District Court for the District of New York | Act of March 22, 1794, ch. 11, 4, 1 Stat. 347, 349 - An Act to prohibit the carrying of the Slave Trade from the United States to any foreign place or country | Yes | |
| U.S. v. Morris | 10 Wheat. 246 | 1825 | Supreme Court of the United States | Act of March 3, 1797, Ch 20, S 2, 2 Stat. 512 - Collections Act | Unclear | |

**Relator's Exhibit 9:**
**Non-Exhaustive List of Founding-Era Judicial Opinions Demonstrating the Use and Enforcement of *Qui Tam* Statutes by Uninjured Informers.**

| Case | Cite | Year | Jurisdiction | Likely Statute* | Right of Action by Uninjured Informer** | Additional Sources |
|---|---|---|---|---|---|---|
| Blunt v. Patten | 2 Paine 393 | 1828 | Circuit Court, Southern District of New York | Act of April 29, 1802 Ch 36 SS 3-4, 2 Stat. 171, 172 - An Act supplementary to an act, intituled "An act for the encouragement of learning, by securing copies of maps, charts, and books to the authors and proprietors of such copies during time therein mentioned," and extending the benefits thereof to the arts of designing, engraving, and etching historical and other prints. | Yes | *See* Exhibit 15 to the Declaration of Jennifer M Verkamp for a contemporaneous newspaper publication regarding this matter |
| Clayton et al v. Stone et al, | 2 Paine 382 | 1829 | Circuit Court, Southern District of New York | Act of May 31, 1790, ch 15, § 2, 1 Stat. 124, 124-25 - An Act for the encouragement of learning, by securing copies of maps, charts, and books, to the authors and proprietors of such copies, during the times therein mentioned  Act of April 29, 1802 Ch 36 SS 3-4, 2 Stat. 171, 172 - An Act supplementary to an act, intituled "An act for the encouragement of learning, by securing copies of maps, charts, and books to the authors and proprietors of such copies during time therein mentioned," and extending the benefits thereof to the arts of designing, engraving, and etching historical and other prints | Yes | *See* Exhibit 14 to the Declaration of Jennifer M Verkamp for a contemporaneous newspaper publication regarding this matter |
| Dwight v. Appleton | 1 N Y Legal Obs 198 | 1840 | Circuit Court, Southern District of New York | Act of May 31, 1790, ch 15, § 2, 1 Stat. 124, 124-25 - An Act for the encouragement of learning, by securing copies of maps, charts, and books, to the authors and proprietors of such copies, during the times therein mentioned; Act of April 29, 1802 Ch 36 SS 3-4, 2 Stat. 171, 172 - An Act supplementary to an act, intituled "An act for the encouragement of learning, by securing copies of maps, charts, and books to the authors and proprietors of such copies during time therein mentioned," and extending the benefits thereof to the arts of designing, engraving, and etching historical and other prints | Yes | *See* Exhibit 16 to the Declaration of Jennifer M Verkamp for a contemporaneous newspaper publication regarding this matter |
| U S v. Murphy and Morgan | 16 Peters 203 | 1842 | Supreme Court of the United States | Act of April 30, 1790, ch 36, § 16 - An Act for the Punishment of certain Crimes against the United States | Yes  Statute cited in *Vermont Agency of Nat. Res. v. United States ex rel. Stevens*, 529 U S 765, 777 n 6 (2000) as "provid[ing] both a bounty and an express cause of action" | |
| United States v. Patterson | 3 McLean 299 | 1843 | Circuit Court, District of Ohio | Act of March 3, 1839 ch 80 - An Act to provide for taking the sixth census or enumeration of the inhabitants of the United States | Unclear - statute refers to suit or indictment, but without reference to who can sue | |

**Relator's Exhibit 9:**
**Non-Exhaustive List of Founding-Era Judicial Opinions Demonstrating the Use and Enforcement of *Qui Tam* Statutes by Uninjured Informers.**

| Case | Cite | Year | Jurisdiction | Likely Statute* | Right of Action by Uninjured Informer** | Additional Sources |
|---|---|---|---|---|---|---|
| Ferrett & Arthur qui tam v. Atwill | 4 NY Legal Observer 294 | 1846 | Circuit Court, Southern District of New York | Act of February 3, 1831, ch. 16 - An act to amend the several acts respecting copyrights | Yes | *See* Exhibit 17 to the Declaration of Jennifer M. Verkamp for a contemporaneous newspaper publication regarding this matter |
| Backus v. Gould | 48 U.S. 798 | 1849 | Supreme Court of the United States | Act of February 3, 1831, ch. 16 - An act to amend the several acts respecting copyrights | Yes | |
| Harrison v. Vose | 50 U.S. 372 | 1850 | Supreme Court of the United States | Act of February 28, 1803, ch. 9 - An Act supplementary to the act concerning consuls and vice-consuls, and for the further protection of American Seamen | No - requires injured plaintiff | |
| Stevens v. Gladding | 60 U.S. 64 | 1856 | Supreme Court of the United States | Act of February 3, 1831, ch. 16 - An act to amend the several acts respecting copyrights | Yes | *See* Exhibit 18 to the Declaration of Jennifer M. Verkamp for a contemporaneous newspaper publication regarding this matter |
| The Laura | 114 U.S. 411 (1885) | 1885 | Supreme Court of the United States | Act of Feb. 28, 1871, 16 Stat. 440, 454 - An Act to provide for the better Security of Lige on board of Vessels propelled in Whole or in Part by Steam, and for other Purposes | Yes | |

\* For cases where the applicable statute is shown in *italics*, the Court did not specifically cite a statute. However, the substance and dates of the Court's opinion and statute align such that Relator has reasonably concluded the statute to be the likely source of the cause of action.

\*\* The Supreme Court held in *United States ex rel. Marcus v. Hess* that "[s]tatutes providing for a reward to informers which do not specifically either authorize or forbid the informer to institute the action are construed to authorize him to sue." 317 U.S. 537, 541 n.4 (1943) (citing Adams v. Woods, 2 Cranch 336 (1805)); see also; Vermont Agency of Nat. Res. v. United States ex rel. Stevens, 529 U.S. 765, 777 n.7 (2000) (reciting this rule of construction). As such, Relator's list is likely underinclusive.