Suffolk ss.—ON the twenty Eighth day of July — in the year of our Lord one thousand eight hundred and two — the aforesaid deponent was examined, and cautioned, and sworn, agreeable to law, to the deposition aforesaid, [annexed &] by him subscribed, taken at the request of Samuel Adams — and to be used in an action of Debt qui tam now pending between him and John Edwards — before the District Court for the District of Massachusetts to be holden at Salem in the County of Essex on the Second Tuesday of September next. —

[an]d the adverse party was Notified & present, the Deponent being bound [on a] Voyage to Sea —

is the cause of taking this deposition. Before me, Thers. Bourne, Chief Justice of the Court of Common Pleas for the County of Suffolk & within the said District. ~~Justice of the Peace~~

fee $2 —

The Jurors under Oath or Affirmation do find that John Edwards is indebted ~~to the United~~ to Samuel Adams the plaintiff who sues as well for himself as for the United States the sum of Four Hundred Dollars —

Isaac Hackers foreman

The Jurors ~~find that~~ the Defendant is indebted to the plaintiff who sues as well for himself as for the United States the sum of Four Hundred Dollars in manner & form as set forth in the writ

United States of America
Massachusetts District ss

To the Hon^d John Davis Judge of the District Court of the United States for the District of Massachusetts

Be it remembered that on the twenty third day of November in the year of our Lord Eighteen hundred & two. Before the Honorable John Davis Judge of said Court comes Samuel Adams of Boston in said District Laborer and as in the name of the United States and as well for and in behalf of the said United States as of himself Libels propounds and gives the said Court to understand and be informed, that at Boston aforesaid on the fifteenth day of January last past one Nathan Windship of said Boston Mariner was a citizen of the United States, residing within the same; and that the said Nathan so being a citizen as aforesaid was then ever since hath been & now is owner of & having all the right and property in and unto a certain Brigantine or Vessel of about Two hundred Tons called the Betsey together with all her Tackle Apparel and Furniture — And that said Brigantine owned as aforesaid afterwards (viz) between the said fifteenth day of January aforesaid and the first day of October last past was employed and made use of ~~in the transportation~~ in the transportation or carrying of Slaves from one foreign country or place (viz) from a foreign country or place called Africa, to another foreign ~~[illegible]~~ port or



place viz to some foreign Port or place in the West Indies or in South America — Contrary to an Act of the United States "intitled An Act in addition ~~in addition~~ to the Act, Entitled an act to prohibit the carrying on the slave trade from the United States to any foreign place or country," — And the said Samuel who Libels as aforesaid doth furthermore aver that the said Nathan on the said fifteenth day of January last past was ever since hath been and now is a citizen of the United States & residing within the same — Therefore the said Samuel who Libels as aforesaid prays advisement of the Honorable Court in the premises & that said Brigantine or Vessel called the Betsey together with her Tackle Apparel & Furniture and all the right & property therein belonging to the said Nathan and to every other person or persons citizen or citizens of the United States at the time the said Vessel was employed as aforesaid may be adjudged to be & remain forfeited and be disposed of as the Law Directs &c &c

Geo: Blake U.S. atty
for Mass^{tts} District
& atty to Libellant

Massachusetts District ss

On the above Libel, ordered that a Warrant issue to the Marshal of s^{d} District or his Deputy to arrest and take into Custody ~~the~~ said Brigantine Betsey & appurtenances and to give notice to all concerned in said Seizure that Trial will be had on said Libel at the ~~—~~ District Court to be holden at Salem within and for said District on the third Monday of March next — said Notice to be given by inserting the substance of the above Libel with this order thereon, in some public Newspaper published in the Town of Boston fourteen Days before the time of Trial and by posting up a notification in some public place in the Town of Salem fourteen days before s^{d} time of Trial —

J. Davis
Judge Dis^{t} Court
Mass Dis^{t}



Sam. Adams qui tam,
Mardn Jan, 1812
Brig. Betsey — 1.
Libel filed 23.d Nov. 1802
Att. N. Goodale Clk
Wt. issued same day
Trial 3. Tuesday of March
1803

The President of the United States of America

[illegible] DISTRICT, ss. To the MARSHAL of Our District of MASSACHUSETTS, or his Deputy—GREETING.

WE command you to attach the Goods or Estate of John Edwards of Salem in the District aforesaid mariner & a citizen of the United States in Our District of Massachusetts, to the Value of One thousand Dollars, and for Want thereof to take the Body of the said John (if he may be found in your District) and him safely keep, so that you have him before Our Judge of Our District Court, next to be holden at Salem within and for Our said District of Massachusetts, on the Second Tuesday of September next Then and there, in Our said Court, to answer

to Samuel Adams of Boston in the District aforesaid [illegible] Crier in a plea of Debt for that in the month of March last past the said Edwards was & ever since has been and still is a citizen of the United States of America, and being a citizen so as aforesaid was then a commander & having under his contract & care a certain Brigantine or Vessel called Sukey, then lying & being in a certain place called the River Gambia in a certain Kingdom or country called Africa; and the said Edwards then & there being a citizen as aforesaid & having the command of the Vessel as aforesaid, in the said month of March did take on Board of said Vessel & receive & transport from a certain foreign Kingdom place or country called Africa, two inhabitants of said Kingdom place or country to be transported to some other foreign country port or place, to wit to a certain port or place in the West Indies called Saint Bartholomews, for the purpose of selling the two inhabitants aforesaid as slaves; contrary to the true intent and meaning of an Act of the congress of the United States, intitled "An Act to prohibit the carrying on the Slave "Trade from the United States to any foreign place or "country — Whereby the said Edwards hath forfeited the sum of four hundred Dollars, one moiety thereof to the use of the United States and the other moiety to the use of the said Adams who sues & prosecutes for the same; And an action accrues to the said Adams who sues as aforesaid to have and recover said sum of four hundred Dollars of said Edwards to the uses aforesaid, yet said Edwards though often requested the same sum hath never paid but refuses & detains it,

To the Damage of the said Adams who sues as aforesaid the Sum of One thousand Dollars, which shall then and there be made to appear, with other due Damages. And have you there this Writ, with your Doings therein. Witness, JOHN Davis, Esq. at Boston, the twenty seventh Day of July in the Year of our Lord One thousand Eight hundred and two

N. Goodale Clerk.

No 935
J. Adams qui tam 10
Sept Term 1802
Jn. Edwards

158

Geo: Blake

Mass Dist

Salem July 27. 1802

By Virtue of this Precept, I arrested the Body of John Edwards within named & have taken Bail as the Law directs

Saml Bradford
Marshal

| | |
|---|---|
| Service | 2. 00 |
| 20 Miles travel | 1. 00 |
| | 3. 00 |
| Bail Bond | 0. 50 |
| | $ 3. 50 |

Mass. Dist. Sept. 7. 1802

And now the said Edwards comes and defends &c when &c and saith he doth not owe four hundred dollars, nor any part thereof, in manner & form as the said Adams hath within declared, and thereof puts himself on the Country.

pr Sam. Putnam his Atty.

And the plaintiff likewise by his ~~atty~~
Geo: Blake

[illegible] of Lawfull Age do testify and say, that in the Month of August last, I Shipped on board the Schooner Sincerity in the City of Philadelphia on a Voyage from thence to Senegal on the Coast of Africa, and on or about the ninth Day of October following was Cast on Shore on said Coast of Africa, and the Vessell and her Cargo was lost about fifteen miles from Senegal; We then went up to Senegal where I found the Brige. Sukey Capt. John Edwards from Salem Master, I Shipped on board the said Sukey, to go from thence lower down on the Coast and from thence to return to Salem in Massachusetts We went from Senegal to Goree and from Goree and from Goree to the River Gambia, we then proceeded up the River Gambia five hundred Miles, there we took in hides, Ivory Wax & Cotton, we also took in Water, and two Negro Slaves both Males they were brought on board the one by the Capt. and the other by Mr. George Hopes our Supra Cargo, we then Sailed back to Goree, when we arrived at Goree we sold part of our Cotton and some dry goods we then Sailed for Bonavista in the Cape de Verd Islands, when we Arrived at Bonavista we staid there one Night and next Day sailed for St. Jago in the Cape de Verds when there we carry.d on shore some dry goods, filled our water for our Voyage home and took in some live Stock, and Sailed from thence to Guadaloupe, and from thence to Martinique, then for thence to Montserrat and from thence to St. Bartholomews, where some dry goods were carry.d on Shore and the sd. Slaves were there sold, one of which was sold for two hogsheads of Rum and the other for two hogsheads of Rum and a Barrell of Sugar the Capt. sold one Slave and the sd. Supra Cargo sold the other. When the sd. Slaves were first brought on board the man was in Irons and the Boy was not.

Test. S Bourne

Caleb his Green
mark

[illegible] Sa[illegible], District Court [illegible]
[illegible] in Court [illegible]

[illegible]

Depo: in case of J Edwards

At Salem, District Court September Term 1802

Opened in Court & filed attest

N Goodale Clk

in the Month of August last I shipped on board the Schooner ... in the City of Philadelphia with Caleb Green on a Voyage from thence to Senegal on the Coast of Africa, and on or about the ninth day of October following was Cast on Shore on the Coast of Africa and the Vessell and Cargo was lost, about fifteen or Sixteen Miles from Senegal, we then went up to Senegal, where the Brig^n Lukey Capt John Adams from Salem in Massachusetts was Master, I and the s^d Caleb Green Shipped on board the s^d Lukey, to go from thence lower down on the Coast, and from thence to Return to Salem afores^d. We went from Senegal to Goree, & from Goree we went to the River Gambia, & from thence proceeded up the River Gambia five hundred Miles, where we took in hides, Ivory, Wax & Cotton, and some water, and two black Negro Male ~~Slaves~~ Slaves one a Man, & the other a Boy, the Slaves were brought on board the one by the Capt. and the other by Mr George Hopes the Supra Cargo, we then went ~~back~~ to Goree and Sold some Cotton & dry Goods, then Sailed for Boavista in the Cape de Verds, Staid there one night & next day Sailed for St Jago in the Cape de Verds, where some dry Goods were carry^d on Shore, filled our Water for our Voyage home home, and took in some live Stock and then Sailed to Martinique, there sent our boat on Shore and soon after Sailed to Guadalope, & from thence to Montserrat and from thence to St Bartholomews – where the s^d two Slaves and some dry goods were carry^d on Shore, and the s^d Slaves were Sold one of which was Sold for two hogsheads of Rum and the other for two hogsheads of Rum and one barrel of Sugar, the Capt. Sold one Slave and the s^d Supra-Cargo the other; when the Slaves were first brought on board the Man was in Irons, But the Boy was not.

Test. S Bourne

his
John ⨉ Robinson
mark

Suffolk ss.—ON the twenty Eighth day of July in the year of our Lord one thousand eight hundred and two – the aforesaid deponent was examined, and cautioned, and sworn, agreeable to law, to the deposition aforesaid, Annexed & by him subscribed, taken at the request of Samuel Adams and to be used in an action of Debt qui tam now pending between him and John Edwards before the District Court for the District of Massachusetts to be holden at Salem in the County of Essex on the second Tuesday of September next.

and the adverse party was Notified & present; The Deponent being bound on a Voyage to Sea is the cause of taking this deposition. Before me, Shearja Bourne, Chief Justice of the Court of Common Pleas for the County of Suffolk and within said District. ~~Justice of the Peace~~

Fees. $0.92 –

At Salem

District Court, Sep.r Term 1802

Opened in Court & filed attest

N Goodale Clk

Suffolk ss. To Jesse McTurner of Salem in the County of Essex mariner

GREETING.

WHEREAS Samuel Adams of Boston in the county of Suffolk Town crier has requested me to take your deposition, to be used in an action now pending between him and as prosecutor in behalf of himself & of the United States against John Edwards of said Salem mariner and the Office of the Subscriber in said Boston and the 28th day of July in the year of our Lord one thousand eight hundred and two at 7 of the clock in the afternoon, are appointed the time and place for taking the same deposition:

You are hereby required, in the name of the Commonwealth of Massachusetts, then and there to appear, to testify what you know relating to the said action. Hereof fail not.

Given under my hand and seal, at Boston aforesaid, the 26 day of July in the year of our Lord one thousand eight hundred and two

Theop. Parsons Chief Justice of the Court of Common Pleas for the County of Suffolk and a Justice of the Peace for said County



At Salem July 28th 1802

I serv.d this Subpoena by reading the same to ~~H Jesse~~ M. Turner by reading the same to s.d Turner

Sam.l Bradford
Marshal

Servic 50
Travel
20 miles 1.00
$1.50