I Jacob Barry of lawful age do testify & say that I first saw Capt. Brown in Surinam about the fourth of August 1803 when I was shipped on board the Schooner Mary Ann of which Cap. Taylor was master.

Question by Mr. Putnam

Was there a man on board the Mary Ann by the name of John Thompson who acted as Cook?

Answer — Yes. —

Question. What was the Character of John Thompson on board the vessel?

Answer He was a drunken fellow & a great liar

Question Did you ever hear John Thompson say that the Captain of the vessel was a Dutchman?

Answer Yes. —

Question Did he ever tell you that Capt. Brown had any Command on board the Industry.

Answer. He sayd — Capt. had no command on board her.

Question Did he ever tell you that the Dutch Capt. used to flog him often?

Answer. Yes he said that he complained to Mr. Brown meaning Capt. Brown) that the Dutch Capt. used him cruelly, &

Captain Brown said he could not help it, he was only a passenger in the vessel?

Question, Did you ever hear John Thompson say he wished he could be with his old master - meaning Capt. Brown?

Ans. Yes.—

Question by Mr Adams.
Was you in Surinam when Capt Brown arrived there in the Industry?

Ans. No - I do not know whether I was at Cayenne or at Sea.

Question. What was the name of the vessel & the Capt. in which you came to Surinam?

Answer The Greenwood Schooner Capt. Green of Philadelphia -

Question How long after you arrived at Surinam before you shipped on board the Mary Ann?

Answer I do not recollect, but I believe five or six days, after I left the Schooner.

Question Who first spoke to you to go on board the Mary Ann, & who agreed with you for your wages?

Answer Captain Brown told me, I might g

well go on board the Schooner & Capt. Taylor would employ me. And Capt Taylor agreed with me for my wages.

Question How long passage had you from Surinam to Boston? when did the Conversation with Jack take place?

Answer I never keep any accounts, & do not recollect what passage we had. I do not recollect, when the Conversation with Jack took place exactly.

Question Since your arrival at Boston who has employed you? & do you not expect to go to sea again with Capt Brown?

Answer For Dr Putnam sometimes on board the Schooner & sometimes in the Distillery, I expect to go to sea again with Capt. Brown who is frequently on board the vessel.

Question Have you seen the Mate Hinds along side of the vessel?

Answer I once saw him, & know him in Charlestown

his
Jacob X Barry
mark

22 Octo.

Commonwealth of Massachusetts.

Suffolk ss.

On the twenty second day of October, in the year of our Lord One thousand Eight hundred & three the aforesaid Deponent was examined, & cautioned & sworn agreeable to Law, to the Deposition aforesaid by him subscribed taken at the request of Thomas Brown & to be used in an action of Debt qui tam, now pending between him & Samuel Adams before the District Court of the United States for the District of Massachusetts to be holden at Boston within & for the District of Massachusetts on the first Tuesday of December next. And the adverse party was notified & present. And the Deponent being bound on a voyage to sea is the Cause of taking this Deposition. Before me Shearj. Bourne Chief Justice of the Court of Common Pleas, for said County, within said District —

Fees 2..
Dep 33
Off? 30
2..63

A true Copy
Attr. N Goodale Clerk

[illegible]

I Giles Taylor do testify & say that on or about the 26th of April last I arrived at Surinam from New York Master of the Schooner Union; & there I sold her. I remained there sometime, & saw a Dutch Schooner Called the Industry Capt. Hadding from the Coast of Africa, with a number of Passengers among them Mr Thomas Browne was one. I got acquainted with him.

And Mr. Browne bying the schooner Mary Ann; & Capt Browne being taken very ill gave me the Command. There I shipped a blackman for Cook, by the name of Jack Thompson. who behaved himself in a very bad manner. So as to cause me to turn him on shore, but by the influence of Mr. Browne I took him on board again, & he behaved himself very bad again; so as that I thought he was crazy. But Compassion bid me to bring him to Boston — at hear — I paid him his wages took his resate & turned him on Shore. Jack the Cook came to me

2

told me that there were Constables after him for debt & begged me to get him a passage on board Cap. Lemore, Cap Lemore told him he would give him 10 Dollars per month — so he parted from me.

Question by Mr. Adams. What passengers were on board the Industry; were they black or white, & did you see the vessel arrive?

Ansr. I saw the vessel arrive, there were 4 or 5 gentlemen passengers among them Capt. Browne was one.

Q. How many blacks were there!

Ansr. Twenty or more. & Cap. Hadding told me that a French or Dutch Gentleman (I do not ~~know~~ recollect which) paid him for the passage of the blackmen

Qu. Did Jno. Thompson behave in such a manner that you struck him on the passage home?

Ans. No. I did not strike him: but Ordered him out of the Cabin for his behavior.

Q Where Does Cap. Leymore live: What was the vessel in which you procured him a passage?

He lives at Hartford. I dare say he is in port now, the vessel was a sloop & lay at the end of Long wharf: outside of another vessel.

Q. Since you have arrived at Boston have you been frequently with Capt Browne.

Ans. Now & then — in the habits of intimacy.

Question by Cap Browne. Had I any knowledge of the bargain, or any part of the transaction with Cap. Seymour about Jack Thompson untill after he had agreed with Seymour.

Ansr. NO. Capt. Browne had not.

He never knew Capt. Seymour till afterward. —

Question Did not Jack Thompson request of you, to let him have the boat to carry him to Seymours vessel?

Answer Yes, & he had it.

Quest. Did I not say I would go in the boat as I was obliged to go to Long Wharf?

Answer Yes. Giles Taylor

4 Comm.wealth of Mass.tts Suffolk ss. On the 22.d day of October A.D. 1803. the aforesaid deponent was examined & cautioned & sworn agreeable to law, to the deposition aforesaid by him subscribed taken at the request of Thomas Brown & to be used in an action of Debt qui tam now pending between him & Samuel Adams before the District Court of the United States for the District of Massachusetts to be holden at Boston within & for said District on the first Tuesday of December next; And the adverse party was notified & present; & the deponent being bound on a voyage to sea is the cause of taking this deposition; Before me Benj.n Bourne Chief Justice of the Court of Common pleas for ~~[illegible]~~ said County within said District

Fees.

| | $2. | |
|---|---|---|
| A true copy | | 33 |
| Attest: N Goodale Clerk | | 30 |
| | 2. | 63 |

I Elisha Callender of lawful age do testify & say, that about two years since, I was acquainted with Jack Thompson a blackman in North Carolina. He belonged to a Gentleman there, & his master sold him to a gentleman bound from thence to Georgia, & the reason his master sold him was, on account of his being a thief, & a liar.

Question by Mr. Adams.

Do you live in Boston & what is your business?

Answer I live in Boston. & follow the sea –

Question. What was Jack Thompson's Master's name, who sold him in North Carolina?

Answer His name was Caleb Davis a Pilot there.

Question What business did you follow in N. Carolina.

Answer I belonged to the Diligence Revenue Cutter, John Brown Commander.

Question How long ——— since you left Wilmington in N. Carolina.?

Answer. Twelve months the 23d of April last.

Question. When did you last see Jack Thompson?

Answer. Not since he was sold & carried on board the vessel.

Question Are you going to sea?

Answer I expect to go.

Question Who requested you to come & give your deposition?

Answer – Capt. Giles Taylor

Question Who shew you to Captain Taylor & what is his name?

Answer His name I think is John Goodman.

Nov. 24th. Elisha Callender

Suffolk ss. On the twenty fourth day of November in the year of our Lord 1803 the aforesaid deponent was examined, & cautioned & sworn agreeable to law, to the deposition aforesaid by him subscribed taken at the request of Thomas Brown & to be used in an action of debt qui tam, now pending between him & Samuel Adams before the District Court of the United States to be holden at Boston within & for the district of Massachusetts on the first Tuesday of December next, And the adverse

for Brown

Elisha Callender's

— Deposition

Copy —

I William Walker of Lawful age do testify & say that on or about the 25th day of August AD 1802 I shipped on board the Schooner Industry Thomas Brown Master on a voyage from Boston to Amsterdam, & in about thirty eight days after we left Boston we arrived at Amsterdam, & in a few days after our arrival there we discharged our cargo which consisted of Sugar Staves Tobacco. Coffee, whale bone, Pot & Pearl ashes, after we discharged the Cargo, we began to refit the vessel, which was much out of repair I often heard Captain Brown, while there, say he intended to sell the vessel if he could: before the vessel was ready for sea, Capt. Brown came on board & told all hands the vessel was sold, & paid me off & one other hand & all hands were discharged, Capt. Brown took from the vessel his trunk, quadrant & charts & all he had on board. After Capt

Brown had discharged me, the Dutch Cap. of the same vessel employed me, to work on board him five days at Dutch pay, I heard the Mate of the Schooner say, that she was bound to the Coast of Africa, with a Cargo for the Dutch Government, during the five days I was employed by the Dutch Captain he had the Command of the Vessel, after I was discharged by Captain Brown, he told me that the Dutch Captain would employ me on board, which would save my board on shore

Question by Mr Putnam,
Had Captain Brown any Command on board the Vessel, whilst you was to work for the Dutch Captain.

Answer —— No —

Question Did the American Consul at Amsterdam tell you the Schooner was solde?

Answer —— Yes —

Question Was there a negro man by the name of John Thompson on board the Industry during the voyage, who acted as Cook &

what was his general Character

Answer — There was: He was a very great liar, & it was a common saying on board that no body could believe what Jack said.

Question. Was John Thompson on board any of the time you worked on board for the Dutch Captain?

Answer. No he was not; I saw him on shore frequently drunk.

Question By Mr. Adams.
How long was it after you sailed from Boston when Captain Brown said he had orders from ~~for~~ his owners to sell the vessel if he could?

Answer. I suppose it was about twenty days.

Question. When Capt. Brown says he had orders to sell the vessel, who did you understand the owners to be?

Answer. I understood by the Captain that it belonged to Dr. Putnam.

Question. How long after you arrived at Amsterdam was it, before you was discharged from the vessel?

Answer Two or three weeks while I worked on board for Captain Brown

Question. After you was discharged by Capt Brown how many times did you see him on board?

Answer Two or Three times

Question Did One of your men who went from Boston Ship in Amsterdam to go to Africa as a Mate?

Answer. To the best of my recollection, the Dutch Captain shipped one of the hands, which went from Boston as mate.

Question What was the American Consul's name. who told you the vessel was sold?

Answer I do not know his name nor did he shew me any papers.

Question Might not John Thompson have been on board & you not see him?

Answer I do not think he could, but he might be.

William Walker

22 Octobr.

Ques by Mr. Adams

Did you ever hear John Thompson tell a lie, & what about?

Answer, Yes, He told the mate that Captain Brown told him to come on Shore & wait on him

which Captain Brown said was a lie

William Walker

Question by Mr Adams

Do you know Mr Edward Smith, & where he lives?

Answer Yes he lives in North Square

Qu — Was you ever in Smith's House?

Answ. Yes I went to see Hinds sometime last week, & found him at Smith's.

Question What conversation took place?

Ans. We talked about the voyage to Amsterdam: — How merry we were on board &c.

Qu What conversation took place between Cap. Brown & the Mate, upon the outward bound passage to Amsterdame?

Answer I know of none.

Qu. Have you seen Hinds at Charleston since you arrived?

Ans. Yes. Once when Jacob saw him &c

William Walker

Commonwealth of Massachusetts.

Suffolk ss. On the twenty second day of October in the year of our Lord One thousand Eight Hundred & three, the aforesaid deponent was examined, & cautioned & sworn, agreeably to law to the Deposition aforesaid. by him subscribed: taken at the request of Thomas Brown, & to be used in an action of Debt qui tam, now pending between him & Samuel Adams, before the District Court of the United States for the District of Massachusetts to be holden at Boston within & for said District on the first Tuesday of December next

and the adverse party was notified & present, And the deponent being bound on a voyage to sea is the cause of taking this Deposition.

Before me Sheay Bourne

Chief Justice of the Court of Common pleas, for the said County & within said District.

fees. 2 .. ..
Dep. .. .. 33
Officer .. .. 30

$ Cts
2.. 63...

The foregoing are true Copies

Attt. N Goodale Clerk

Copy, — for Adams —

Wm. Walker's Depo.

in favor of Brown

— ad. Sec.

Sam. Adams.

I Daniel Marston of Boston in the County of Suffolk Mariner testify & say that sometime in the latter end of September or beginning of October last past I was employed by Captain Giles Taylor to go to work on board the Schooner Mary Ann then lying at the Long Wharf, T^r & I went to work with said Taylor on board his said Schooner, & while I was at work in said Schooner I saw a Blackman at work on board her by the name of John Thompson & I heard said Captain Taylor say that he shipped said Thompson as a hand on board said Schooner at Surinam, & that said Thompson was sent on board the Mary Ann at Surinam by Captain Thomas Brown, & that said Brown requested him said Taylor, to ship said Thompson, which he did. — While I was on board said Schooner at work

as aforesaid, I heard said Taylor speak of said Thompson with high approbation of his good Character; Captain Taylor said that Thompson was a very honest & good fellow, that he could trust him with any thing, & was never afraid to trust said Thompson with the vessel, or any thing on board. & further said that he had left said Thompson in charge of the vessel several times.

After said Schooner had been some days at the I. aforesaid, she was hauled to Charlestown; & said Thompson & myself went to Charleston in said Schooner. A few days after we went to Charleston in said Schooner Capt. Thomas Brown came on board said Schooner & told John Thompson that he had got a voyage for him

to New York on board of Captain Seymours Sloop, & urged Thompson to go with Captain Seymour & told Thompson that if he would go with Seymour, he said Brown, would pay Thompson his wages, which he owed him, for his former voyage, by placing the money in the hands of Captain Seymour, so that Seymour might pay it over to him, but Thompson told Capt. Brown he did not want a voyage, but if he could have his wages paid into his own hands for his voyage with Captain Brown, he would consent to go with Captain ~~Brown~~ Seymour & in the afternoon of that day Cap- Brown came on board the Mary Ann to Charlestown, & asked me and Jacob Barry to take the Mary Ann

Boat & row him & John Thompson on board Captain Seymour's Sloop which was then lying on the outside of another vessel at the lower end of the Long Wharf in Boston on the North Side thereof; & we went together in the boat as Captain Brown had desired on board Seymour's Sloop, when we were all there Captain Brown again told Thompson that if he would go with Captain Seymour, he would put into Captain Seymour's hands the money for the wages due Thompson, but Thompson replied, that unless Capt. Brown would pay him his wages that were due into his own hands he would not go in the Sloop, & immediately Thompson jumped out of the Sloop & went on shore upon the wharf, Captain Brown soon after desired me to go up the wharf after Thompson, & if I could find him to bring him on board Seymour's Sloop: And I went up

the wharf I looked after him but did not find him, & I went back & informed Captain Brown that I could not find him. Captain Brown then told me & Barry to take the boat & return to Charlestown, & said that he would go & look after Thompson, & I went away in the boat to Charlestown. Captain Brown appeared to be very anxious to get Thompson to go away in Seymour's sloop — When I was on board the Mary Ann at Charlestown I saw a large parcel of hand cuffs on board her. and by direction of Captain Taylor I took them out of the vessels run to clear out; & afterwards Captain Taylor told me to put them things out of sight, into the run again, which I did; Captain Brown was frequently on board, the Mary Ann while I was on board her at Charlestown; & Captain Brown

Answer. I think he would, he trusted much to Jack.

Question by the same. Did not Capt. Brown appear to like Thompson better than any hand on board?

Answer I cannot say that he liked him better than any other; but he put much trust in him.

Question by Mr. Putnam — Who was present when the Conversation was between Capt. Brown & Capt. Taylor about the hand Cuffs?

Answer I was present & Jacob Barry also

Daniel his mark Marstin

Commonwealth of Massachusetts,

Suffolk ss. — On the 3d day of December in the year our Lord 1803, the aforesaid Daniel Marstin the Deponent was carefully examined & duly cautioned to testify the whole truth & nothing but the truth & made solemn oath that the foregoing deposition by him signed is true —

Taken at the request of Samuel Adams to be used in an action of Debt brought by said Adams in behalf

of the United States, as well as himself against Thomas Brown; And is to be ~~used~~ tried at the District Court of the United States next to be holden at Boston in & for the District of Massachusetts, on the first Tuesday of December Current. And the said Brown was notified & was present by his Attorney at the taking this Deposition —

The Deponent being bound on a voyage to Sea is the Cause of taking this Deposition — Taken before me & in my hand writing

Wm Donnison Judge of the Court
Common Pleas.

fees $2:50

A true Copy
Att: N Goodale Clerk

Jo. Adams Esq
Marston's Deposition

I John Thompson of Boston in the County of Suffolk Mariner testify and say that, in the month of August one thousand eight hundred and two, I sailed from the port of Boston and Charlestown in the Schooner Industry of which Thomas Brown was Master for Amsterdam and arrived safe at said Amsterdam in about thirty eight days, as nearly as I can remember, and it was about two months after our arrival there, as nearly as I can remember, that we sailed from thence — While I was at Amsterdam in the said Schooner we took onboard some beef, some Musquets, Cuttlasses, Hand Cuffs, and feet Irons, some Gin, small looking Glasses and other articles — There were several passengers came onboard and went in the said Schooner — The first place we Anchored at after leaving Amsterdam was St. Jagos — before we arrived at St. Jagos we carried away our main boom — and we set sail from St. Jagos and ran the main land of Affrica down to the Grand Cess, an Island on the Coast of Affrica — and the same afternoon of our Arrival at Grand Cess King William a black man came onboard the Industry and tarried onboard all night, we did not Anchor there, but ran down to Delamina where we came to Anchor — I was sick while at Delamina for about twenty five days, and was on shore during that time — while I was onshore the platforms and other things were made in the Schooner for the Accommodation of the Slaves, and when I got better I went onboard the Schooner, and afterwards saw a number of Slaves brought onboard, and I believe there were as many Negro Slaves brought onboard while at Delamina as

as seventy or eighty, of which five belonged to Captain Brown - After we had taken our cargo of Slaves onboard we sailed from Delamina for Surrinam, and arrived safe at Surrinam with the Slaves, and there landed the said Slaves, except two which had died on the passage - And the said Captain Brown continued onboard the Industry as Master of her all the Voyage from Boston to Amsterdam, from thence to Delamina, and from thence to Surrinam - and Captain Brown sold the said Schooner Industry at Surrinam, and bought the Schooner Mary Ann, and I returned home to the Port of Boston and Charlestown in the said Schooner Mary Ann - And I do further testify and say that as nearly as I can remember the several passages and stopages were as follows - I think we were about thirty six or forty eight days from Boston to Amsterdam, I think we were about Sixty days there before we sailed from thence, by reason of great repairs made there, and I believe we were about nine weeks from Amsterdam to Delamina on the Coast of Africa - I believe we were at Delomina upwards of thirty days, and from thence to Surrinam about thirty seven days - I was shipped at Boston by Captain Thomas Brown to go to Amsterdam in the Schooner Industry as Cook -

Question by Samuel Adams - Was there any other person on board the Industry but Captain Brown who pretended to be the Captain or Master of

of her between Charlestown and Amsterdam? – and who was ~~Master~~ the Mate of said Schooner?

Answer – No other person pretended to be Captain but Thomas Brown aforesaid, and Thomas Hinds was Mate of said Schooner –

Question by the same – Was there any other person than Captain Brown onboard who pretended to be Captain after you left Amsterdam? –

Answer – Yes, a Dutchman by the name of Hayding. –

Question by the Same – Did the said Dutchman act and take upon himself to give orders as Captain of the Schooner?

Answer – No, and I do not think the Dutchman was capable of Acting as Captain – and one day a dispute happened between Captain Brown and the said Dutchman and, Captain Brown told him in my hearing that he (said Brown) was Master and Owner of the Industry, and would let him (the Dutchman) know it, and he struck the Dutchman – The said Dutchman remained at Surinam, and Captain Brown came home in the Mary Ann which he bought at Surinam and he employed Captain Giles Taylor to navigate her to Boston –

Question by the same – While at Delamina did Captain Brown act as Master of said Schooner Industry and receive the said Slaves onboard?

Answer – Captain Brown was sometimes on shore when the Negroes came along side, but generally he was onboard and was active in taking onboard the Slaves –

Question

Case 8:19-cv-01236-KKM-SPF Document 264-13 Filed 05/21/24 Page 30 of 46 PageID 4205

Question by Saml. Adams – Did you see the Slaves landed at Surinam?

Answer – I saw them taken from onboard, but I did not see them landed –

Question by Captain Brown – Do you know to whom the goods you have mentioned belonged, and to whom they were delivered?

Answer – I do not know to whom the goods belonged, but the greatest part of them were received at Delamina by the Governor there –

Question by Mr. Adams – Since your return in the Mary Ann has Captain Brown applied to you to go to sea in any other Vessel?

Answer – I think it was the next day after I left the Mary Ann, Captain Brown asked me to go to Sea with one Captain Seymour, and he went in a Boat with me onboard Captain Seymour's Vessel with my Chest, and that without my making any bargain to go in her – Captain Brown discovered some anxiety that I should go with Captain Seymour, and an attempt was made to shove off the Vessel with me in her, and I did think an attempt was ~~a~~ made to carry me off against my will, but I escaped –

Boston 21st. October 1803 John his X mark Thompson

Question by Saml. Adams – Was you not taken out of the Mary Ann by Captain Brown and a Mr. Edmands a day or two after you arrived at the Wharf in Boston and carried to Charlestown in a boat by them and there confined in a blacksmiths Shop four days –

-and was you not afterwards carried by said Brown & others onboard Captain Seymour's Vessel in a Boat from Charlestown to Boston, to the end of the Long Wharf with your Chest.

Answer - Yes -

Question by Saml. Adams - After you first went on board Captain Seymours Sloop, did you not go up Long Wharf and return again after your Chest and Cloaths and when you was going down the Wharf did not Captain Brown take you by the Collar and pulled you to Captain Seymours Sloop?

Answer - Yes, and I did not resist him very much because I wanted to get my Chest and Cloaths out of the Sloop - When I got onboard the Sloop Captain Brown endeavoured to persuade me to go with Captain Seymour, and told me he would pay into the hands of Captain Seymour for me my wages for my Voyage in the Industry if I would go with Captain Seymour - and he told me I did not know how to take care of my money and that Captain Seymour would pay me a little (or a quarter of a dollar) ~~to~~ at a time, as I wanted it - and because I would not consent to go with Captain Seymour, Captain Brown would not pay me my wages - and then an attempt was made to push off the Vessel with me in her, I forbid them but they did not mind me, and I jumped onboard a ship which was along side and escaped, leaving my Chest behind, but I found my Chest afterwards onboard the Ship where it had been put after I left the Sloop -

Question by Samuel Adams - Was you not about

the middle of last week, shut up in a Chamber with Thomas Hinds in the House of Edward Smith in North Square and at whose instigation was you shut up in the Chamber?

Answer - Yes, I was twice shut up in said House and Mr. Smith told us to keep the door shut fast and gave the Key to Hinds and told us not to go out ourselves, nor let any one come in and Hinds kept the Key in his pocket - and said Hinds said he had been part of the Voyage in the Industry with Captain Brown -

Question by Saml. Adams - Did you ever hear said Smith or Hinds say that they expected to get any money out of Captain Brown or Docr. Putnam, in consequence of keeping you shut up and prevented from going abroad? -

Answer - Yes - Hinds said he had been to see Captain Brown twice, and Hinds said he had a good prospect of getting a handsome sum of money ~~f~~ out of Captain Brown, and advised me to be still - Smith said he had been to see Doctor Putnam and expected to get two thousand out of him - and further said that as soon as the money was obtained Hinds and myself must be off. -

Question by the same - When you was shut up in said Smiths Chamber with said Hinds did you not see me and Constable Lewis come to Smiths House, and did you not hear the conversation

between

Case 8:19-cv-01236-KKM-SPF Document 264-13 Filed 05/21/24 Page 33 of 46 PageID 4208

between Smith and myself at that time?

Answer - I did not see you but I heard you and Lewis talking with Smith, and Hinds also heard it - and Hinds said there was a row below & they would have us yet - and Lewis asked after Hinds, Smith said to Lewis that he would not find them - Lewis asked if he had seen the black boy (meaning me I suppose) Smith replied that he would not have either the black boy or Hinds for he had them both under his own thumb -

Question by Saml. Adams - Have you been to Captain Brown since you escaped from the Sloop?

Answer - Yes - I went to see Captain Brown and took Manuel a Man of Colour with me to Charlestown because I was ~~afs~~ afraid of being carried off - And I applied to Captain Brown for my wages, but he refused to pay me, and said he owed me nothing -

Question by the Same - Did I ever advise you to sue Captain Brown - or did I not advise you to settle with him without sueing?

Answer - You never advised me to sue for my wages - but advised me to settle -

John his X mark Thompson

~~Sworn to~~

Boston October 21st 1803

~~Copy~~ Commonwealth of Massachusetts Suffolk ss

On the twenty first day of October in the year of

8

our Lord 1803, John Thompson the aforesaid Deponent was carefully examined & duly Cautioned to testify the whole truth & nothing but the truth & made solemn oath that the foregoing deposition by him subscribed is true: Taken at the request of Samuel Adams of Boston in said County Laborer to be used in an action of Debt brought by said Adams in behalf of the United States, as well as himself, against Thomas Brown of Charlestown to be tried at the District Court of the United States next to be holden at Boston in & for the District of Massachusetts District on the third Tuesday of December next; The said Thomas Brown was notified & present at the taking of this Deposition; & the Deponent being bound on a voyage to sea is the cause of taking this deposition taken by & before me Wm Donnison Judge of the Court of Common Pleas, for the County of Suffolk

Fees \$3.83 —

The foregoing are true Copies —
Attr. N Goodale Clerk

Copy of Thompson's Deposition. Adams qui tam against Captain Brown

Massachusetts }
District ss. } The President of the United St.
of America

To the Marshal of our District of Massachusetts, or his deputy Greeting.

Seal of Cir.t Court Massachtts

We Command you to attach the goods or estate of Thomas Brown of Boston, otherwise of Charleston, Mariner & a Citizen of the United States, in our District of Massachusetts, to the value of Fifteen Thousand Dollars, and for want thereof take the body of the said Thomas (if he may be found in your District) & him safely keep, so that you may have him before Our Judge of our District Court, next to be holden at Boston, within & for our said District of Massachusetts on the first Tuesday of December, then & there in our said Court to answer

unto Samuel Adams of Boston in the District aforesaid Laborer

Our Judge of our District Court, next to be holden at Boston, within the our said District of Massachusetts on the first Tuesday of December, then & there in our said Court to answer

unto Samuel Adams of Boston in the District aforesaid Laborer in a plea of Debt for that said Thomas at said Boston on the first day of September in the year of our Lord Eighteen Hundred & two was, ever since hath been & now is a Citizen of the United States & residing within the same, & the said Thomas being a Citizen aforesaid at said Boston on the said first day of September in the aforesaid year of our Lord Eighteen hundred & two did, within a port or place of the United States, to wit the port of Boston aforesaid for himself or some other person as owner master & factor fit equip load & otherwise prepare a certain Schooner or Vessel called the Industry, & caused said vessel to sail from said place or port of Boston for the purpose of carrying on a trade or traffic in Slaves, to some foreign country, & for the purpose of procuring from some foreign Kingdom place or country

1)

called the ... to sail from said place or port of Boston for the purpose of carrying on a trade or traffic in Slaves, to some foreign country. & for the purpose of procuring from some foreign Kingdom place or country

1)

to wit from a foreign country called africa, the Inhabitants of said Kingdom place or country to be transported to some other foreign country port or place; which said vessel afterwards to wit between the said first day of September aforesaid & the first day of June last past pursuant to the intent & purpose aforesaid was employed in the Trade or Traffic in Slaves & in the transportation of divers of the Inhabitants of said foreign country called africa to some other foreign country port or place to wit to some port or place in the West Indies to be sold & disposed of as Slaves; — contrary to an act of the Congress of the United States, made & passed on the twenty second day of March in the year of our Lord Seventeen Hundred & Ninety four. — intitled "An Act to "prohibit the carrying on the Slave "trade from the United States to any "foreign place or country" —

3.

called the ... to sail from said place or port of Boston for the purpose of carrying on a trade or traffic in Slaves, to some foreign country. & for the purpose of procuring from some foreign Kingdom place or country

to wit from a foreign country called africa, the Inhabitants of said Kingdom place or country to be transported to some other foreign country port or place; which said vessel afterwards to wit between the said first day of September aforesaid & the first day of June last past pursuant to the intent & purpose aforesaid was employed in the Trade or Traffic in Slaves & in the transportation of divers of the Inhabitants of said foreign country called africa to some other foreign country port or place to wit to some port or place in the West Indies to be sold & disposed of as Slaves; — contrary to an Act of the Congress of The United States, made & passed on the twenty second day of March in the year of our Lord Seventeen Hundred & Ninety four, — intitled "An Act to "prohibit the carrying on the Slave "trade from the United States to any "foreign place or Country" —

— Whereby & by force of the said Act the said Thomas hath forfeited the Sum of Two Thousand Dollars, & an action hath

accrued to the said ... who sues as aforesaid to demand & recover of the said Thomas the aforesaid Sum of Two Thousand ... the said Thomas

Ninety four. – intitled "An Act to "prohibit the carrying on the Slave "trade from the United States to any "foreign place or Country" —

3.

– Whereby & by force of the said Act the said Thomas hath forfeited the Sum of Two Thousand Dollars, & an action hath accrued to the said Samuel, who sues as aforesaid to demand & recover of the said Thomas the aforesaid Sum of Two Thousand Dollars to the uses specified in the said Act; Yet said Thomas though often requested hath never paid the said Sum ~~of~~ to the United States nor to the said Samuel who sues as aforesaid; but detains it.

Also for that afterwards on the first day of September in the ~~year of our~~ Lord Eighteen hundred & two Some Citizen or Citizens of the United States, or other person or persons then residing within the same did for themselves or some other person or persons, as masters, as factors & owners, build fit equip, load & otherwise prepare

a certain [illegible] named the Industry, other than, though like unto the Schooner aforesaid, within a port or place of the United States, to wit within the port of Boston aforesaid for the purpose of carrying on a [illegible] & for the purpose

Lord Eighteen hundred & two some Citizen or Citizens of the United States, or other person or persons then residing within the same did for themselves or some other person or persons, as masters, as factors & owners, build fit equip, load & otherwise prepare a certain [illegible] called the Industry, other than, though like unto the Schooner aforesaid, within a port or place of the United States, to wit within the port of Boston aforesaid for the purpose of carrying on a trade & traffic in slaves & for the purpose of procuring from some foreign Kingdom place or country the Inhabitants of said Kingdom place or country, to be transported to some other foreign Country port or place to be sold & disposed of as slaves; which said vessel, so fitted, equipped, loaded & prepared as aforesaid for the purposes aforesaid, afterwards, to wit on the ~~said~~ first day of September was caused to sail from the port of Boston aforesaid to a foreign country called Africa for the purposes aforesaid. And the said Samuel who sues as aforesaid doth aver that the said Thomas sometime between the first day of September aforesaid & the last day of March last past in a certain foreign country called Africa, he the

purposes aforesaid

the said first day of September was caused to sail from the port of Boston aforesaid to a foreign country called Africa for the purposes aforesaid. And the said Samuel who sues as aforesaid doth aver that the said Thomas sometime between

5

the first day of September aforesaid & the last day of March last past in a certain foreign country called Africa, he the said Thomas during all that time being a Citizen of the United States, did take on board & receive in said vessel fitted equipped, prepared & caused to sail as aforesaid, sundry of the Inhabitants of the said foreign country called Africa, to wit fifty of the Inhabitants of said foreign country for the purpose of their being transported in said vessel to some other foreign County port or place to wit to a certain foreign port or place called Surinam in the West Indies to be sold & disposed of as slaves — Contrary to the aforesaid Act

6

of the United States — Intitled "an

vessel to some other foreign County port or place to wit to a certain foreign port or place called Surinam in the West Indies to be sold & disposed of as slaves — Contrary to the aforesaid Act

6

of the United States — Intitled "an "act to prohibit the carrying on "the slave trade from the United "States to any foreign place or "country" — Whereby & by force of which act the said Thomas hath forfeited the sum of Two Hundred Dollars for each & every of the said fifty persons or inhabitants so received by him on board of the said vessel as aforesaid, amounting in the whole to the sum of Ten Thousand Dollars, for the whole of the said fifty persons or Inhabitants aforesaid which sum of ten thousand Dollars the Plaintiff who sues as aforesaid avers that the said Thomas hath forfeited & an action accrues to the said Samu-

7

el, who sues as aforesaid, to have & recover of the said Thomas, the aforesaid sum of

fifty persons or Inhabitants aforesaid which Sum of ten thousand Dollars the Plaintiff who sues as aforesaid avers that the said Thomas hath forfeited & an action accrues to the said Samu-

7

uel, who sues as aforesaid, to have & recover of the said Thomas, the aforesaid Sum of Ten thousand Dollars, being two ~~dollars~~ hundred dollars, for each & every of the said fifty persons, received as aforesaid on board of the said vessel to the uses specified in the said Act. Yet said Thomas although often request-ed hath never paid said Sum nor any part thereof, to the United States, nor to the said Samuel who sues as aforesaid, but detains it.

To the damage of the said Samuel who sues as afore-said the Sum of fifteen thousand dollars, which shall then & there be made to appear with other due damages. And have you there this writ, with your Doings therein. Witness John Davis Esq. at Boston the sixth day of October in the year of our Lord One thousand Eight Hundred & three

N Goodale Clerk

And now the said Samuel Adams who sues as aforesaid claims an appeal from the aforesaid Judgment to the next Circuit Court of the United States to be holden at Boston within & for the District of Massachusetts on the first day of June 1804.

Which claim is allowed on Condition that the said Adams files stipulation within twenty days from the 2d Jany. 1804 in the sum of Two Hundred Dollars to prosecute his appeal & pay all Costs in case he does not recover Judgment in his favor. — Stipulation made according to order of Court —

The foregoing are true Copies — Att. N Goodale Clerk

United States: ~~Circuit~~ District Court Mass.ts District

December Term 1803

Samuel Adams qui tam
vs
Thomas Browne

The Jury find that Thomas Browne the Defendant is not indebted in manner & form as the Plaintiff has alledged Jon.a Balch Foreman

Affirmed in Court

Att. N Goodale Clerk

The foregoing are true Copies —

Att. N Goodale Clerk

It is therefore Considered by the Court, that the said Thomas Browne ~~[illegible]~~ recover against the said Samuel Adams the sum of [illegible] Costs

Mass. Dis. ss.

Charlestown Oct. 8. 1803

By virtue of this Precept I Arrested the body of the within named Thomas Brown & held him to bail as the Law directs.

Saml W Horsey

Depy Marshal.

Copy - Writ - Adams v. Brown - 1804 Dist. Court - June Term

| | |
|---|---|
| Service | $ 2.. |
| Bail Bond | .. 50 |
| Travel 2 Miles | .. 10 |
| | 2.. 60 |

Mr. Officer Attach to value or hold to Bail

Samuel Adams

~~And the~~ said Thomas Brown comes & defends &c. when &c. and says ~~that~~ he does not owe the said Adams in manner & form as he has above declared, & thereof puts himself on the Country

Theop Parsons

And the said Adams likewise

Geo Blake

[illegible] ss. District [illegible] Term 1803

[illegible] that Thomas Brown

[illegible] manner & form as

Belch Foreman

[illegible] a true copy -

Attest. N Goodale Clerk