## TALBOT against the AMELIA.

Came on the 11th inst. in the Supreme Court of the United States, a cause of great importance, both on account of the legal principles, applicable to neutral commerce, and the magnitude of the pecuniary interest involved in the event, being no less than one hundred and eighty thousand dollars. The case was thus:—

| | |
|---|---|
| Talbot Qui tam, vs. The ship Amelia, &c. | Error from the Circuit Court for the Newyork District. |