PUBLIC INFORMERS.—*New way of making money.*—Mr. Atwill, the music seller, of Broadway, some time since instituted proceedings against certain persons in this city, acting as agents of Ferrett & Arthur of Philadelphia, the cheap music venders, for selling a portion of the music from the opera of the *Bohemian Girl*, as adapted by Atwill, the copyright of which he had secured to himself; and that as a *quid pro quo*, Ferrett & Arthur commenced eleven distinct suits against Atwill, to recover penalties for having, as was alleged, vended some music without having strictly complied with the provisions of the statute regulating copyrights. The statute in question provides that where any persons shall vend music, &c., without having acquired the copyright thereof, he or they shall be subject to a penalty of $100, to be recovered by any person suing, as informer on behalf of the United States and himself. Now there eleven suits were commenced by Ferrett and Arthur, there were, therefore two plaintiffs, and the question was whether such suits could be sustained? To the plaintiff's declaration in each suit demurrers were interposed, on the ground that actions, to recover the penalties in question, could only be brought by *one person*. The question was discussed at the bar with great ability, and Judge Nelson delivered his opinion that the demurrer must be sustained, and awarded judgement in favor of the defendant Atwill, thereby rendering Ferrett & Arthur liable to the cost of the eleven suits. The counsel for the plaintiffs were T. V. Townsend and Samuel Sherwood. For the defendant, M. S. Bidwell, and Samuel Owen.—*Times*.