U. S. CIRCUIT COURT.—The Court was engaged Wednesday morning in the trial of the action James Stevens vs. Gladding & Proud. This is a *Qui Tam* suit for the recovery of the penalty under the copy right law, for an alleged violation of the Plff's. copy right of a Map of Rhode Island.

Henry M. Western, Esq., of New York, for Plff. Mr. Staples, of New York, and S. Ames, Esq., of Providence, for Dfts.