UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV,<br><br>   Plaintiff/Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>   Defendants. | Case No. 8:19-cv-01236 |

**PROVIDER DEFENDANTS' RESPONSE IN OPPOSITION TO RELATOR'S TIME SENSITIVE MOTION FOR STATUS CONFERENCE**

  Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC ("Provider Defendants") oppose Relator's Time-Sensitive Motion for Status Conference ("Motion") (Doc. 255). Provider Defendants oppose Relator's Motion for the reasons set forth in Freedom Defendants' Opposition to the Motion (Doc. 263). Further, as explained below, Provider Defendants oppose the Motion because the Motion omits critical facts.

  The Motion accuses Provider Defendants (and Freedom Defendants) of failing to produce two communications from April 2019 that involve J. Daniel Kollefrath, but the Motion fails to acknowledge that Mr. Kollefrath was not a custodian in this case. Months ago, Provider Defendants' counsel provided a list of proposed custodians to Relator's counsel that did not include Mr. Kollefrath, as he is not mentioned once in Relator's First Amended Complaint. At no time has Relator's counsel asked to add Mr.

4881-0391-2128.1

Kollefrath as a custodian in this case. In any event, Relator's counsel is set to depose Mr. Kollefrath on June 14 and is free to ask him about the two April 2019 communications.

Moreover, as Freedom Defendants explain in their Opposition, Adam Rabin and Havan Clark, who represent Relator in this action and also represent Dr. George Mansour, the affiliate physician who produced the two communications, in Mansour's action against Physician Partners, are well aware of the April 2019 communications at issue in the Motion. Mr. Rabin produced these two communications in the Mansour case on February 14, 2024, ***and used one of the April 2019 communications as an exhibit at Mr. Kollefrath's deposition in the Mansour case a month ago***. Relator's counsel cannot seriously complain that they were surprised by the April 2019 communications when two of them have been focused on those same communications in the *Mansour* litigation. What is perhaps most troubling is that after numerous filings signed by Mr. Rabin and Ms. Clark as Relator's counsel in this case, Relator's Motion *drops* Mr. Rabin and Ms. Clark from the signature block just for this Motion, perhaps so that Relator's other counsel could assert in this Motion that the "issues described herein *were not known* at the time of the briefing" of the joint motion to stay discovery (Mot. at 2).

All of these facts, which are glaringly absent from the Motion, show that there is no basis for the relief sought by the Motion. Moreover, while Relator's counsel will be busy in depositions for several weeks, that does not justify asking this busy Court to drop everything, rule by tomorrow, and hold an immediate status conference,

2

particularly when Relator's own counsel has had these two communications in their possession for months (if not years, as they started representing Dr. Mansour in 2021, *see Mansour, M.D. v. Physician Partners, LLC*, Case No. 8:22-cv-00595-WFJ-SPF, Dkt. No. 140-1).

## CONCLUSION

For the reasons herein and as set forth in Freedom Defendants' Opposition, Provider Defendants respectfully request that the Court deny Relator's Motion.

DATED: May 21, 2024

Respectfully submitted,

*/s/ Jason P. Mehta*
Jason P. Mehta
Fl. Bar No. 106110
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

Lauren L. Valiente
Fl. Bar No. 034775
Primary email: lvaliente@foley.com
Secondary email: dguillen@foley.com

Joseph W. Swanson
Fl. Bar No. 29618
Primary email: joe.swanson@foley.com
Secondary email: dmills@foley.com

Michael P. Matthews
Fl. Bar No. 63988
Primary email: mmatthews@foley.com
Secondary email: dguillen@foley.com

Samantha M. Gerencir

Fl. Bar No. 1019553
Primary Email:
samantha.gerencir@foley.com
Secondary Email: dmills@foley.com

**Foley & Lardner LLP**
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
*Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

4881-0391-2128.1