UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

      Relator/Plaintiff,

v.                                                                CASE NO. 8:19-cv-1236-KKM-SPF

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC d/b/a VIPCARE; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.,

      Defendants.
_____/

## ORDER

Before the Court is Non-Party United States' Time-Sensitive Motion for Stay of *Touhy*
Discovery Until Determination of Defendants' Motion for Judgment on the Pleadings (Doc.
256) and Freedom Defendants' Opposition to the United States' Motion (Doc. 269).  Upon
consideration, the Court finds that the United States' motion is due to be DENIED.

On April 25, 2024, Relator filed a Time-Sensitive Motion to Stay Discovery Pending
Resolution of Dispositive Motion (Doc. 242), to which the Court initially saw "much merit."
(Doc. 243).  The Freedom Defendants filed a response in opposition to Relator's motion
(Doc. 244), and the Court ultimately denied the motion (Doc. 245).  In denying the motion,
the Court stated that "the potential harm of imposing a blanket stay of the Court's fact
discovery deadline at this late date outweighs the potential benefit.  That said, should the
Parties agree to a more limited stay, . . . they may file a motion seeking a stay of other
deadlines." (Doc. 245).  On May 15, 2024, the parties jointly moved to stay all remaining case
deadlines, but agreed to complete fact discovery by the May 29, 2024 deadline "with a limited

exception to allow an additional 16 days to complete certain agreed-to depositions, going through June 14, 2024." (Doc. 252 at 2).  The Court then granted this motion (Doc. 254).  In the meantime, the Freedom Defendants filed a Motion to Compel Nonparty—the United States Department of Health and Human Services, Office of Inspector General—to Comply with Subpoena (Doc. 253).  By this Motion, the Freedom Defendants seek to compel the deposition of HHS-OIG Special Agent Raquel Garrido (*Id.*).

Shortly thereafter, on May 21, 2024, the United States filed its motion, requesting that the Court stay *Touhy* discovery while the Court considers its ruling on the pending dispositive motion (Doc. 255 at 1).  The United States requests the stay because, "[d]ue to the jurisdictional nature of the pending MJOP, a stay of *Touhy* discovery would conserve judicial, federal, and private resources while the Court has a chance to review Defendants' MJOP." (Doc. 256).  The Freedom Defendants respond that they would be prejudiced by such a stay, which could impact Agent Garrido's recollection and Defendants' ability to obtain critical testimony.  The Court agrees and finds that the harm produced by a delay in this discovery outweighs any potential benefit.

Accordingly, it is **ORDERED** that Non-Party United States' Time-Sensitive Motion for Stay of *Touhy* Discovery Until Determination of Defendants' Motion for Judgment on the Pleadings (Doc. 256) is **DENIED**.

**ORDERED** in Tampa, Florida, May 24, 2024.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE