# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS,<br>LLC; ANION TECHNOLOGIES, LLC;<br>FREEDOM HEALTH, INC.; and OPTIMUM<br>HEALTHCARE, INC.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 8:19-cv-01236<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **RELATOR'S NOTICE OF FILING PRIVILEGE LOG**

Pursuant to this Court's order (Dkt. 273), Relator hereby files her privilege log (Exhibit A) containing identification of "documents, communications, or tangible things not produced or disclosed" and the nature of the documents which renders them privileged. Fed. R. Civ. P. 26(b)(5)(A). Specific to Defendants' motion to compel, Relator's log categorically describes the following documents and communications as withheld:

> Communications and work product shared between the United States and Relator and her counsel from the oral pre-filing disclosure on May 16, 2019 through the present, including without limitation the July 10, 2019 Written Disclosure Statement and any privileged or work product attachments. All other underlying documents (such as records generated by Defendants or third parties) have been produced.

Respectfully submitted,

 /s/ Jonathan M. Lischak
Jillian L. Estes (FL 0055774)
Jonathan M. Lischak*
MORGAN VERKAMP LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, OH 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email:jillian.estes@morganverkamp.com
jonathan.lischak@morganverkamp.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the CM-ECF filing system on counsel of record for all parties on this 28th day of May, 2024.

 /s/ Jonathan M. Lischak
Jonathan M. Lischak

1