# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff/Relator | ) ) ) |
| v. | ) ) ) CASE NO. 8:19-cv-01236 |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., | ) ) ) ) ) ) |
| Defendants. | ) ) |

## RELATOR'S SUR-REPLY IN SUPPORT OF MOTION TO COMPEL DISCOVERY REGARDING AFFILIATE PROVIDERS

Pursuant to this Court's order on May 22, 2024 (Dkt. 271) permitting Relator to file a sur-reply in support of her motion to compel, Relator provides the Court with deposition testimony which supports the relief sought by Relator.[1]

The individual deposition of Emily Gallman[2] was taken on April 16, 2024. Ms. Gallman is the Vice President of Healthcare Operations with VIPcare. The declaration that Ms. Gallman offered in support of a previous motion to compel (Dkt. 145-1) was addressed in Relator's reply brief supporting this motion. Dkt. 214 at 3-4. Ms. Gallman's testimony confirmed that Provider Defendants were in possession of records which encompasses both affiliate *and* employed providers, and that her use of the term "Physician Partners records" referred to *both* employed and affiliate providers (consistent with the definition of "Physician Partners physician" that Provider Defendants first employed in discovery in this case):

**Q:** 

**A:** [3]

…

---

[1] By agreement between the parties and as ordered by the Court, depositions are still underway and scheduled to be completed by June 14, 2024. Dkt. 254. The majority of witnesses related to the Provider Defendants are scheduled to occur between June 3, 2024 and June 14, 2024. Relator can supplement this brief with deposition testimony elicited during those depositions if the Court so requests.

[2] Ms. Gallman has also been identified as the Rule 30(b)(6) corporate witness for VIPcare, and will be deposed in that capacity on June 3, 2024.

[3] Exhibit A at p. 3 (Gallman Tr. 98:1-11).

**Q:**
**A:** [4]

Consistent with Relator's allegations that Physician Partners controlled data, training, and guidance for all providers, Gallman also confirmed that Physician Partners prepared and distributed monthly reports (including data-driven provider-specific utilization reports) to *all* Physician Partners physicians:

**Q:**
**A:**
**Q:**

**A:** [5]

Additionally, the deposition of Sajitha Johnson was taken on May 7, 2024. Ms. Johnson was a Quality Analyst and then Senior Provider Educator for Physician Partners, ."[6] Like the

---

[4] Exhibit A at pp. 6-7 (Gallman Tr. 101:24 – 102:4).
[5] Exhibit A at pp. 10-11 (Gallman Tr. 264:19-265:6). Gallman stated that                 *Id.* at p. 13 (267:16-22) ("
"). Understanding any potential ways in which the affiliate and employed providers were handled differently is equally important to Relator's case as the ways in which they were handled the same, further necessitating discovery of both groups of providers.
[6] Exhibit B at p.6 (Johnson Tr. 94:16-24).

2

monthly provider education packets from Physician Partners, Ms. Johnson confirmed that the 5 Star Checklists were utilized for both employed and affiliate providers:



[7]

Further, the deposition of Dr. Denis Mihale was taken on May 6, 2024. Dr. Mihale is the "███████████████" for Freedom Health and an ███████ for Physician Partners.[8] Mihale developed training materials for both entities, and presented trainings to individual providers and in group settings. In either capacity, Dr. Mihale drew no distinction between Physician Partners and VIPcare or affiliated versus employed providers:



---

[7] Exhibit B at p. 3 (Johnson Tr. 89:12-24).
[8] Exhibit C at p. 3 (Mihale Tr. at 58:1-4); p. 6 (64:1-20). Dr. Mihale is referred to as the "Medical Director of Freedom Health" in Physician Partners' "Bootcamp" videos. Dkt. 86 at ¶ 151.
[9] Exhibit C at pp. 9-10 (Mihale Tr. 108:18-109:1).

3

**A:** [redacted]
**Q:** [redacted]
**A:** [redacted][10]

Freedom's Rule 30(b)(6) corporate witness, Radha Rai, further confirmed Mihale's deposition testimony that Freedom did not distinguish between Physician Partners as a whole and VIPcare:

**Q:** [redacted]
**A:** [redacted]
**Q:** [redacted]
**A:** [redacted][11]

…

**Q:** [redacted]

---

[10] Exhibit C at p. 13 (Mihale Tr.23:1-20).
[11] Exhibit D at p. 3 (Freedom/Rai Tr. 94:4-16).



A:

Q:

A: [12]

Finally, additional discovery has been produced since Relator's motion for sur-reply which directly refutes Provider Defendants' position that discovery related to affiliate providers is "untethered to the specific allegations set forth in her Amended Complaint." Dkt. 193 at 13. On May 22, 2024, Relator received more than 15,000 pages of documents from Provider Defendants which Provider Defendants confirmed related to 20 patients in the complaint whose care was rendered by affiliate providers. Provider Defendants' admission (seven days before the scheduled close of fact discovery) that the representative patients in the complaint were also patients of affiliate providers – and that Provider Defendants are in possession of records for those patients from the affiliate providers – should be outcome determinative of Defendants' efforts to categorically deny the production of relevant, responsive records. Accordingly, Relator's motion to compel is due to be granted.

                                        Respectfully submitted,

                                        /s/ Jonathan M. Lischak
                                        Jillian L. Estes (FL 0055774)
                                        Jonathan M. Lischak*
                                        MORGAN VERKAMP LLC
                                        4410 Carver Woods Dr., Suite 200
                                        Cincinnati, OH 45242
                                        Telephone: (513) 651-4400
                                        Fax: (513) 651-4405

---

[12] Exhibit D at pp. 6-7 (Freedom/Rai Tr. 151:23-152:12).

        Email: jillian.estes@morganverkamp.com
jlischak@morganverkamp.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the CM-ECF filing system on counsel of record for all parties on this 28th day of May, 2024.

        /s/ Jonathan M. Lischak
        Jonathan M. Lischak