UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC,<br>d/b/a VIPCARE; PHYSICIAN PARTNERS,<br>LLC; ANION TECHNOLOGIES, LLC;<br>FREEDOM HEALTH, INC.; and OPTIMUM<br>HEALTHCARE, INC.,<br><br>    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 8:19-cv-01236<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### RELATOR'S MOTION TO FILE EXHIBITS UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER

Pursuant to the Stipulated Protective Order (ECF 140-1) entered in the above captioned matter, Relator Dr. Clarissa Zafirov ("Relator") respectfully moves for permission to file the following Exhibits to Relator's Sur-Reply in Support of Motion to Compel Discovery from Provider Defendants Regarding Affiliate Providers, as well as the portions of Relator's sur-reply which refer to those Exhibits. In support of this motion for leave to file under seal, Relator states as follows:

1. Defendants have designated the the entire transcript of each deponent in this matter, including the excerpted Exhibits below, as Confidential – Business Information.

| Exhibit | Description |
|---|---|
| Exhibit A | Excerpts from the Transcript of the Deposition of Emily Gallman. |
| Exhibit B | Excerpts from the Transcript of the Deposition of Sajitha Johnson |
| Exhibit C | Excerpts from the Transcript of the Deposition of Dennis Mihale |
| Exhibit D | Excerpts from the Transcript of the 30(b)(6) Deposition of Freedom Health, Inc. |

2. Relator disputes that the entirety of these transcripts contain information that is "Confidential – Business Information" as defined by the Protective Order in this case, as much of the transcripts contain testimony which does not constitute trade secrets or other confidential commercial information. Pursuant to Paragraph 17 of the Stipulated Protective Order, the designating party will file a supplemental motion to seal within ten days of this motion, otherwise the Court should deny the motion to seal and not seal these Exhibits.

WHEREFORE, Relator Dr. Clarissa Zafirov respectfully requests that the Court grant her Motion for Leave to File Exhibits Under Seal.

Respectfully submitted,

/s/ Jonathan M. Lischak
Jillian L. Estes (FL 0055774)
Jonathan M. Lischak*
MORGAN VERKAMP LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, OH 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email:jillian.estes@morganverkamp.com
jonathan.lischak@morganverkamp.com

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov, M.D.*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served via the CM-ECF filing system on counsel of record for all parties on this 28th day of May, 2024.

/s/ Jonathan M. Lischak
Jonathan M. Lischak