**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br>  Plaintiff/Relator, <br><br> v. <br><br> PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br>  Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

**DECLARATION OF SCOTT DRAKE IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 11**

In accordance with 28 U.S.C. § 1746, I, Scott Drake, hereby declare and state as follows:

1. I am a partner of O'Melveny & Myers LLP ("O'Melveny"). I am licensed to practice law in the States of Texas and New York. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and if called and sworn as a witness, could and would testify competently thereto.

2. I am counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom Defendants") in the above-captioned case, *United States of America, ex rel. Clarissa Zafirov v. Florida Medical Associates, LLC, et al.*, No. 8:19-cv-

01236-KKM-SPF (M.D. Fla.). I submit this declaration in support of Defendants' Joint Opposition To Relator's Time-Sensitive Motion To Stay Discovery Pending Resolution Of Dispositive Motion.

3. Attached as **Exhibit A** is a true and correct copy of Freedom Defendants' First Requests for Production, dated December 23, 2022.

4. Attached as **Exhibit B** is a true and correct copy of Relator's Response to Freedom Defendants' First Requests for Production, dated February 21, 2023.

5. Attached as **Exhibit C** is a true and correct copy of Relator's Privilege Log, dated April 1, 2024.

6. Attached as **Exhibit D** is a true and correct copy of a May 6, 2024 Email thread from C. Nagle to J. Estes.

7. Attached as **Exhibit E** is a true and correct copy of Relator's First Supplemental Response to Defendant Physician Partners, LLC's First Set of Interrogatories, dated February 27, 2024.

8. Attached as **Exhibit F** is a true and correct copy of a May 28, 2024 Email thread from C. Nagle to J. Estes.

9. Attached as **Exhibit G** is a true and correct copy of Relator's Second Supplemental Response to Defendant Physician Partners, LLC's First Set of Interrogatories, dated May 29, 2024.

10. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of May, 2024 in Dallas, Texas.

By: */s/ Scott Drake*

Scott Drake