# EXHIBIT C

*U.S. ex rel. Zafirov v. Physician Partners, et al.*
Relator's Privilege and Redaction Log

| Bates No. | Type | Privilege Asserted and Basis Therefor | Redacted or Withheld |
|---|---|---|---|
| N/A | Communications and work product shared between the United States and Relator and her counsel from the oral pre-filing disclosure on May 16, 2019 through the present, including without limitation the July 10, 2019 Written Disclosure Statement and any privileged or work product attachments. All other underlying documents (such as records generated by Defendants or third parties) have been produced. | Attorney-Client Privilege; Work Product Protection; Common Interest Doctrine.<br><br>Privileged and Work Product-Protected information was shared with the United States, including between Relator and investigative agents of the United States, under the Common Interest Doctrine from May 16, 2019 to through the present to assist in the investigation and litigation of this action. | Withheld |
| N/A | Communications between Relator and her spouse, Delian Zafirov, from 2018 to the present. | Spousal Commmunication Privilege.<br><br>Private communications between Relator and her husband, and not sent to any other individuals, related to her employment and this litigation. See *Championx, LLC v. Resonance Sys., Inc.,* 2024 U.S. Dist. LEXIS 52573, at *16-22 (E.D. Tenn. Jan. 18, 2024). | Withheld |
| Relator0000478<br>Relator0000651<br>Relator0002194<br>Relator0002254<br>Relator0003083<br>Relator0003280<br>Relator0003569<br>Relator0003806<br>Relator0004668<br>Relator0004998<br>Relator0005024<br>Relator0005512<br>Relator0005783<br>Relator0006127<br>Relator0014435<br>Relator0015427<br>Relator0015687<br>Relator0015755<br>Relator0015924<br>Relator0016204<br>Relator0016219<br>Relator0016393<br>Relator0016419<br>Relator0016796<br>Relator0017023<br>Relator0017148<br>Relator0017160 | Annotations made on the face of documents by Relator for her counsel and the Government for purposes of this litigation. | Attorney-Client Privilege; Work Product Protection; Common Interest Doctrine.<br><br>Redacted notes from Relator were provided to assist her counsel and the United States in the investigation and litigation of this action. | Redacted |

Dated: April 1, 2024