# EXHIBIT F

| | |
|---|---|
| **From:** | Hindman, Evan |
| **To:** | Jillian Estes; Jonathan Lischak; Nagle, Catherine; Santella, Amanda M.; McDonnell, Kelly; Tschepik, Nathan; Kohli, Rahul; Drake, Scott; Jason Mehta; Joe Swanson; Lauren Valiente; Lee Bentley; Mike Matthews; Olivia Benjamin; Samantha Gerencir; Lu, Jessica L. |
| **Cc:** | Jennifer Verkamp; Chandra Napora; Traci Ann Smith; Anne Hayes Hartman |
| **Subject:** | RE: [U.S. ex rel. Zafirov v. Physician Partners, LLC] Relator"s Privilege Log |
| **Date:** | Wednesday, May 29, 2024 2:26:24 PM |

Hi Jill, I hope you are feeling better.  Can you please let us know by 5 pm ET whether you will produce the agreement today?  Separately, If you believe that your supplemental interrogatory response will obviate the need for motion practice, can you please provide that supplemental response by 5 pm ET?  After that time, we will be forced to move since we do not have the information you intend to provide, and today is the deadline.

Thank you,
Evan

Evan P. Hindman
O: +1-415-984-8709
ehindman@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Wednesday, May 29, 2024 11:09 AM
**To:** Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Nagle, Catherine <cnagle@omm.com>; Santella, Amanda M. <asantella@omm.com>; Hindman, Evan <ehindman@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>
**Cc:** Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, LLC] Relator's Privilege Log


[EXTERNAL MESSAGE]

Cade,

Relator will serve a supplemental interrogatory response today.

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

**From:** Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>
**Sent:** Wednesday, May 29, 2024 10:40 AM
**To:** Catherine Nagle <cnagle@omm.com>; Amanda Santella <asantella@omm.com>; Evan Hindman <ehindman@omm.com>; Kelly McDonnell <kmcdonnell@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Rahul Kohli <rkohli@omm.com>; Scott Drake <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, LLC] Relator's Privilege Log

Cade,

We believe that we have addressed this issue, but are reviewing again and will respond by 2 pm, EST.

Thanks,

---

**From:** Nagle, Catherine <cnagle@omm.com>
**Sent:** Tuesday, May 28, 2024 9:51 PM
**To:** Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Amanda Santella <asantella@omm.com>; Evan Hindman <ehindman@omm.com>; Kelly McDonnell <kmcdonnell@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Rahul Kohli <rkohli@omm.com>; Scott Drake <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, LLC] Relator's Privilege Log

-- External Email --

Jonathan,

Relator has admitted that she has a written agreement that explicitly divides the share of any recovery in this case with Dr. Mansour. We requested that Relator produce this document in December 2022. Relator declined. We have met and conferred extensively since that time and Relator still has not produced it, nor is it reflected in Relator's Amended Privilege Log. The end of discovery is tomorrow. Please confirm if Relator will change her position and produce the agreement by 12 pm ET tomorrow. If not, we will seek appropriate relief.

Best,
Cade

Catherine D. Nagle
O: +1-212-326-2131
cnagle@omm.com

**From:** Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>
**Sent:** Tuesday, May 28, 2024 4:48 PM
**To:** Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Hindman, Evan <ehindman@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Subject:** [U.S. ex rel. Zafirov v. Physician Partners, LLC] Relator's Privilege Log

[EXTERNAL MESSAGE]

Counsel,

Attached is Relator's Amended Privilege Log. As agreed upon in Relator's May 21, 2024 email, the log includes itemized entries for the emails which have been withheld on the basis of the spousal communications privilege, though Relator maintains that such itemizing is unnecessary because it is the category of the communication not the content therein which renders it protected.

Further, responding to Paragraph 1 of Cade's May 6, 2024 email, in which Freedom Defendants asserted that Relator's privilege log does not comply with the "Protocol Relating to Privileged Responsive Material" because it "does not include the fields enumerated in Section I.b. of the Protocol, such as Bates number, file name, date, etc." That is not what the Privilege Log Protocol requires. Rather, the Protocol *requires* in Paragraph 1.a. that the parties "generate a log of all other withheld or redacted documents, ESI, and other materials in an electronic spreadsheet format in compliance with Federal Rules of Civil Procedure Rule 26(b)(5)." The next paragraph – the one containing the language on which you rely – is optional: "Each party *may* choose to satisfy Section I.a. by producing a privilege log containing only objective metadata…" (Emphasis added.) Relator is well within the directives of both the Protocol and the Federal Rules to categorically identify "the nature of the documents, communications, or tangible things not produced or disclosed – and do so in a manner that, without revealing information itself privileged or protected, will enable other parties to assess the claim." Fed. R. Civ. P. 26(b)(5).

Additionally, the link below contains a placeholder production for documents withheld on the

basis of the spousal privilege.

https://morganverkamp.sharefile.com/f/fof43a87-f56a-4268-bea0-93988762f1a0

Thank you,

Jonathan M. Lischak
Associate Attorney
MORGAN VERKAMP LLC
4410 Carver Woods Drive, Suite 200
Cincinnati, OH 45242
Phone: 513.651.4400, ext. 26
Fax: 513.651.4405
Jonathan.lischak@morganverkamp.com