# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>UNOPPOSED MOTION |

**FREEDOM DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE FOR MOTION TO SEAL**

Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "Freedom Defendants") move for a 7-day extension of the deadline applicable to a forthcoming supplemental motion to seal. The motion to seal is currently due on Friday, June 7, 2024; Freedom Defendants respectfully request a 7-day extension such that the motion would be due on June 14. Relator does not oppose this motion. There exists good cause to grant the requested extension:

1. On May 28, 2024, Relator filed a Sur-Reply In Support of Motion to Compel Discovery Regarding Affiliate Providers. *See* ECF No. 276. The Sur-Reply contained redactions necessitated by Relator's reference to materials designated as "confidential" under the operative protective order in this litigation.

2. Also on May 28, 2024, Relator filed a Motion to File Exhibits Under Seal Pursuant to the Stipulated Protective Order, *see* ECF No. 277, along with four documents, which were redacted in their entirety on the public docket, *see* ECF Nos. 277-1–4.

3. Freedom Defendants did not receive unredacted copies of these filings from counsel for Relator until June 4, 2024.

4. Pursuant to the stipulated protective order (ECF 140-1), Freedom Defendants' supplemental motion to seal is currently due on June 7, 2024.

5. Given the circumstances, Freedom Defendants require additional time to assess the confidentiality of the documents and file any necessary supplemental motion to seal.

6. Freedom Defendants request a 7-day extension for their supplemental motion to seal.

7. This brief extension will not prejudice any party in this case, and no party opposes this motion.

For the reasons explained above, Freedom Defendants request a 7-day extension for their supplemental motion to seal, such that it will be due on June 14 rather than June 7.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Freedom Defendants conferred with counsel for the other parties in this case. Counsel for all parties confirmed that they do not oppose the relief sought in this Motion.

Respectfully submitted on June 5, 2024,

/s/ Amanda Santella
Amanda M. Santella*
Benjamin D. Singer*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

-3-

Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
ginger.boyd@nelsonmullins.com
*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

*admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: */s/ Amanda Santella*

Amanda Santella*

*Counsel for Freedom Defendants*
* *admitted pro hac vice*