UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Relator/Plaintiff,

v.                                                                  CASE NO. 8:19-cv-01236-KKM-SPF

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC d/b/a VIPcare;
ANION TECHNOLOGIES, LLC;
FREEDOM HEALTH, INC.; and
OPTIMUM HEALTHCARE, INC.,

    Defendants.
_____/

**NOTICE OF APPEARANCE
AND DESIGNATION OF ELECTRONIC MAIL ADDRESSES**

Samantha M. Gerencir, of the law firm of Foley & Lardner LLP, hereby (a) files this Notice of Appearance as additional counsel of record for defendants Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC, and (b) designates the undersigned's primary and secondary electronic mail addresses as follows:

    Primary:  samantha.gerencir@foley.com
    Secondary: dmills@foley.com

Please note that service by e-mail should utilize all e-mail addresses designated above.

4872-5713-0680.1

June 7, 2024

/s/ Samantha M. Gerencir
Samantha M. Gerencir (FBN 1019553)
Primary Email: samantha.gerencir@foley.com
Secondary Email: dmills@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

*Counsel for Defendants Physician Partners, LLC, Florida Medical Associates, LLC, d/b/a VIPcare, and Anion Technologies, LLC*