UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br>    Plaintiff/Relator, <br><br>v. <br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br>    Defendants. | Case No. 8:19-cv-01236 |

**DECLARATION OF SRIRAM SUNDARAMOORTHY**

I, Sriram Sundarmoorthy, certify and declare as follows:

1. I am over eighteen years of age and am competent to make this Declaration.

2. I am currently employed as the Chief Compliance Officer of Physician Partners, LLC ("Physician Partners"). I have held this position for two years. Prior to serving as the Chief Compliance Officer, I served as Senior Vice President of Quality Programs, and I held that position for eight years.

3. I have personal knowledge of the matters set forth in this Declaration by virtue of my position with Physician Partners as well as my personal review of Physician Partners records.

**Exhibit 2**

4.      Provider Defendants store medical records on two different systems, eCW and Sxope. Pulling records from each system requires a human reviewer to complete several manual steps, including selecting the relevant time period, the relevant records, and filtering to complete records. For Sxope, once these manual steps have been completed, the reviewer must then download the relevant records one by one. For eCW, the reviewer can download the relevant records in batches, but the download time can vary greatly, with one patient's download taking over 30 minutes. Because these processes are manual, reviewers are required to check, multiple times, to ensure accuracy. Pulling all medical records for one patient can take between 2-4 hours, and in some instances, considerably longer.

5.      Collecting, reviewing, and producing records for Relator's 1,200 "sample" patients would take between 2,400 and 4,800 hours and include potentially millions of pages of medical records.

6.      Assuming five employees dedicated eight full hours per day to completing this task, it would take between 60 and 120 days to collect, review, and produce records for Relator's request 1,200 patients.

7.      This task would require Physician Partners to expend hundreds of thousands of dollars and take employees away from other important business activities.

8.      For the 2017-2020 period, Provider Defendants did not create or provide to physicians templates for procedures or documentation purposes.

I declare under penalty of the perjury of the laws of the United States that the foregoing is true and correct.

Executed in Hillsborough County, Florida, this 12th day of June 2024.

_____
Sriram Sundaramoorthy