# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | Case No. 8:19-cv-01236 |

## DECLARATION OF EVGENY KOLODA

I, Evgeny Koloda, certify and declare as follows:

1.     I am over eighteen years of age and am competent to make this Declaration.

2.     I am currently employed as the Senior IT Director of Physician Partners, LLC ("Physician Partners"). I have held this position for eight months.

3.     I have personal knowledge of all of the matters set forth in this Declaration.

4.     From October 2020 through October 2023, I worked as an outside consultant to Physician Partners, handling many of Physician Partners' Information Technology ("IT") functions previously handled by Amit Patel.

**Exhibit 3**

5.      I served Physician Partners on a consulting basis until October 2023, at which time I transitioned to my current role as Senior IT Director for Physician Partners.

6.      Prior to entering my current role, I did not receive a copy of the litigation hold for this case.

7.      While I do not recall deleting any Zoom recordings, on August 28, 2023, while I was still an outside consultant, I or someone using my administrative account cleared out cloud recording storage that included all Zoom recordings prior to January 3, 2020, presumably to free up storage space.

8.      This clearing out of storage was not directed at Relator, Zoom Quality Huddles with Relator, or anything having to do with this or any other litigation.

9.      I contacted Zoom to attempt to recover the cloud recordings of Zoom Quality Huddles, but was told by Zoom that Zoom does not maintain copies of the recordings and that there is no way to retrieve them.

I declare under penalty of the perjury of the laws of the United States that the foregoing is true and correct.

Executed in Burke County, North Carolina, this 12th day of June 2024.


*Evgeny Koloda*
_____
Evgeny Koloda