# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236

## PROVIDER DEFENDANTS' UNOPPOSED MOTION TO FILE TESTIMONY UNDER SEAL PURSUANT TO THE STIPULATED PROTECTIVE ORDER

Pursuant to the Stipulated Protective Order entered in the above-captioned matter, Dkt. 140-1, Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC ("Provider Defendants") respectfully move for permission to file testimony under seal in support of their Response in Opposition to Relator's Motion to Compel Discovery and Motion for Sanctions, Dkt. 290. In support of this Motion, Physician Partners states:

1. Provider Defendants cite the deposition excerpt identified below in support of their Response in Opposition to Relator's Motion to Compel Discovery and Motion for Sanctions, Dkt. 290.

| Page # in Opposition Brief, Dkt. 290 | Deposition Cite | Designation |
|---|---|---|
| 3 | Zafirov Rough Tr. at 182-205 | Confidential – Business Information & PHI |

2. When a document is designated as "Confidential – Business Information" and/or "Confidential – PHI" under the Stipulated Protective Order, a party "will either redact all such Designated Material, or if consideration of the Designated Material is necessary, then the filing party will file such Designated Material under Seal ("Motion to Seal")." Dkt. 140-1 at ¶ 17.

WHEREFORE, Provider Defendants request that the Court grant their motion to file the above-referenced testimony under seal in support of their Response in Opposition to Relator's Motion to Compel Discovery and Motion for Sanctions.

### Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with counsel for Relator, who stated no objection to the relief requested herein.

DATED: June 12, 2024.

Respectfully submitted,

/s/ Jason P. Mehta
Jason P. Mehta
Fl. Bar No. 106110
Primary email: jmehta@foley.com
Secondary email: dmills@foley.com

2

Lauren L. Valiente
Fl. Bar No. 034775
Primary email: lvaliente@foley.com
Secondary email: dguillen@foley.com

Joseph W. Swanson
Fl. Bar No. 29618
Primary email: joe.swanson@foley.com
Secondary email: dmills@foley.com

Michael P. Matthews
Fl. Bar No. 63988
Primary email: mmatthews@foley.com
Secondary email: dguillen@foley.com

Samantha Gerencir
Fla. Bar No. 1019553
Foley & Lardner LLP
Primary email:
samantha.gerencir@foley.com
Secondary email: dmills@foley.com

**Foley & Lardner LLP**
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

*Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

3

4892-3847-3927.2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2024, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

/s/ Jason P. Mehta
Jason P. Mehta