UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV,<br><br>　　　　Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>　　　　Defendants. | Case No. 8:19-cv-01236-KMM-SPF |

**DECLARATION OF AMANDA M. SANTELLA IN SUPPORT OF FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S OPPOSITION TO RELATOR'S MOTION TO COMPEL**

In accordance with 28 U.S.C. § 1746, I, Amanda M. Santella, hereby state and declare as follows:

1. I am a partner of O'Melveny & Myers LLP ("O'Melveny"). I am licensed and authorized to practice law in the District of Columbia and Maryland. I am over the age of 18, am capable of making this Declaration, know all of the following facts of my own personal knowledge, and, if called and sworn as a witness, could and would testify competently thereto. I declare under the penalty of perjury that the foregoing is true and correct.

1

2. I represent Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom Defendants") in the above captioned case, *United States ex rel. Clarissa Zafirov*, Case No. 8:19-cv-01236 (*"Zafirov"*). This is a *qui tam* case, brought by Relator Dr. Clarissa Zafirov ("Relator"). This declaration is filed in support of Freedom Defendants' Opposition to Relator's Motion to Compel, ECF 279 (the "Motion," or "Mot.").

3. Attached as **Exhibit A** is a true and correct copy of a letter from my colleague, Scott Drake, to counsel for Relator, transmitted via email on May 29, 2024. This letter was sent in response to a letter that Freedom Defendants from Relator's counsel received on May 26, 2024. Counsel for Freedom Defendants transmitted this letter to Relator's counsel at approximately 9:32 pm ET on May 29, 2024, *see* Ex. G. The Motion was filed at approximately 9:49 pm ET, after Relator received the letter.

4. Attached as **Exhibit B** is a true and correct copy of the operative Protocol Relating to the Discovery of Stored Information ("ESI") in this case, executed by counsel for the parties on March 27, 2023.

5. Attached as **Exhibit C** is a true and correct copy of a letter sent by my colleague, Elizabeth M. Bock, counsel for Freedom Defendants, sent to Relator via email on June 30, 2023, with attached appendix.

6. Attached as **Exhibit D** is a true and correct copy of a letter sent by my colleague, Benjamin D. Singer, counsel for Freedom Defendants, sent to Relator via email on August 24, 2023.

2

7.  Attached as **Exhibit E** is a true and correct copy of email correspondence sent by counsel for Relator, Chandra Napora, on May 15, 2024, to counsel for Defendants.

8.  Attached as **Exhibit F** is a true and correct copy of a May 26, 2024 letter sent by counsel for Relator on Sunday, May 26, 2024. The Memorial Day holiday was the following day, Monday, May 27, and the fact discovery deadline in *Zafirov* was May 29, 2024.

9.  Attached as **Exhibit G** is a true and correct copy of email communications between counsel for Freedom Defendants and counsel for Relator, which took place on May 29, 2024. Exhibit A was an attachment to the first email, sent at 6:32 pm PT (or 9:32 pm ET).

10. Attached as **Exhibit H** is a true and correct copy of excerpts from the transcript of the deposition of Karen Kelly, which took place on May 30, 2024.

11. In all, Freedom Defendants have produced 329,645 pages of documents across sixteen document productions, plus 8,674 pages of documents obtained from third parties. These document productions included six years' worth of encounter data submissions to the Centers for Medicaid and Medicare Services, including RAPS and EDPS data submission and deletion reports as well as monthly membership reports for dates of service between 2015 and 2020. Freedom Defendants' first production of custodial ESI documents occurred in January 2024, within six weeks of the parties having reached an agreement on search terms pursuant to the parties' ESI Protocol.

Before that, Freedom Defendants had made productions of non-custodial documents before the search terms had been negotiated.

12. Undersigned counsel understands from counsel for Provider Defendants that before the close of the fact discovery period, Provider Defendants produced the responsive medical records in their possession that concern the patients referenced in Relator's Amended Complaint.

13. On April 29, 2024—after the Court denied Relator's time-sensitive motion for a discovery stay, *see* ECF 245, and on the same day—Relator served 59 additional discovery requests on Freedom Defendants, including Relator's Third Set of Requests for Production ("RFPs"), which included 23 new RFPs. Freedom Defendants' responses and objections to these requests, and any document productions necessitated therefrom, were due on May 29, 2024—the same date as the close of fact discovery.

14. Freedom Defendants met their deadline to respond to the 59 new discovery requests. Freedom Defendants provided responses and objections and made additional document productions, both on the final day of the fact discovery window (i.e. May 29, 2024), and in advance of that deadline (before any responses to Relator's April 29, 2024 requests were due), for instance when Freedom Defendants believed that particular documents might be relevant to upcoming depositions. Based on the timing of Relator's request and the need to locate documents, review for privilege, and produce them, many of the documents were not produced before May 29, the day

productions were due.

15. Between May 26 and May 29, Freedom Defendants searched for, located, and produced certain additional documents that Relator requested on May 26, including the "risk register" documents described in Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on June 12, 2024, in Washington, D.C.

*/s/ Amanda M. Santella*
Amanda M. Santella
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, D.C. 20006
(202) 383-5300
