# Exhibit E

| From: | Chandra Napora |
|---|---|
| To: | Santella, Amanda M.; Nagle, Catherine; Hindman, Evan; McDonnell, Kelly; Tschepik, Nathan; Kohli, Rahul; Drake, Scott; Jason Mehta; Joe Swanson; Lauren Valiente; Lee Bentley; Mike Matthews; Olivia Benjamin; Samantha Gerencir |
| Cc: | Jillian Estes; Anne Hayes Hartman; Jennifer Verkamp; Jonathan Lischak; Traci Ann Smith; Adam Rabin; Havan Clark |
| Subject: | Follow-up re Relator"s requests for production |
| Date: | Wednesday, May 15, 2024 5:50:44 AM |

[EXTERNAL MESSAGE]

All,

We write in response to Defendants' refusal to produce records in response to Relator's requests for production number 41 (directed to the Freedom Defendants); number 36 (directed to Anion and VIPcare); and number 43 (directed to Physician Partners).

The request was the same to each defendant:

> All medical and billing records related to any Physician Partners patient whose services were paid in whole or in part by any Government health insurance program. This request specifically includes, but is not limited to, all 5 Star Checklists provided to and/or completed by a provider, primary care and specialist provider notes, diagnostic test results, medication lists, problem lists, and all diagnosis codes associated with that patient whether by a provider, as a result of a chart review, or by any other source.

Each defendant objected to the production of the requested records and unilaterally narrowed the request to records related only to the patients identified in Relator's complaint. Such unilateral narrowing is of course not appropriate. That said, to the extent Defendants objected on the basis of burden or proportionality, and as part of ongoing meet-and-confer, we advised that we retained an expert to assist in creating a sample of patient records to ensure that the necessary request for medical records is proportional to the needs of the case. To that end, we will be sending via secured file transfer a spreadsheet identifying 1,200 patients for whom we require the records requested in the referenced requests for production. You will note that the spreadsheet contains 1,800 identified patients. To the extent any of the first 1,200 patient's records is unavailable after reasonable search, the next patient's records should be pulled as a replacement, and so on, such that we receive a total of 1,200 patients' records.

As always, we are available to discuss this request and the narrowing we have done consistent with Rule 26. We are available Thursday for any needed discussion. Please let us know if either 12, 1, 2:30, or 4 EST works for you. Otherwise, please advise when we can expect these records.

Thank you,
Chandra

Chandra Napora
Morgan Verkamp LLC

4410 Carver Woods Dr., Ste. 200
Cincinnati, OH 45242
Tel. 1.513.618.2025
Fax 1.513.651.4405
Web http://www.morganverkamp.com
Email chandra.napora@morganverkamp.com
(she/her)

THIS E-MAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication and/or Attorney Work Product and as such is privileged and confidential. If the reader of this message is not the intended recipient, you received this communication in error. Any review, dissemination, distribution, disclosure, copying or use of the contents of the message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply e-mail and/or telephone. After such notification, please erase the message completely from your computer system. Your assistance in correcting any error is appreciated.