# Exhibit G

| | |
|---|---|
| **From:** | Singer, Benjamin D. |
| **To:** | Anne Hayes Hartman; Hindman, Evan; Jillian Estes; Drake, Scott; Kohli, Rahul; McDonnell, Kelly; Nagle, Catherine; Santella, Amanda M.; Tschepik, Nathan |
| **Cc:** | Chandra Napora; Jonathan Lischak; Traci Ann Smith; Angela Jordan; Rabin, Adam; Havan Clark ; e-filing@rkjlawgroup.com; Jennifer Verkamp; Ken Nolan; Marcella Auerbach; Jason Mehta; Lauren Valiente; Joe Swanson; Mike Matthews |
| **Subject:** | RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Freedom Defendants Production Deficiencies |
| **Date:** | Wednesday, May 29, 2024 7:48:56 PM |

Hi Anne,

Our letter proceeded your fling. After reading it, if you want to drop any of your requests that is fine, just let us know. We will respond to your filing in the normal course. Have a good night.

Best,
Ben


Benjamin D. Singer
O: +1-202-383-5201
bsinger@omm.com

---

**From:** Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Sent:** Wednesday, May 29, 2024 10:22 PM
**To:** Hindman, Evan <ehindman@omm.com>; Jillian Estes <Jillian.Estes@morganverkamp.com>; Drake, Scott <sdrake@omm.com>; Kohli, Rahul <rkohli@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Nagle, Catherine <cnagle@omm.com>; Santella, Amanda M. <asantella@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; Jason Mehta <jmehta@foley.com>; Lauren Valiente <LValiente@foley.com>; Joe Swanson <joe.swanson@foley.com>; Mike Matthews <MMatthews@foley.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Freedom Defendants Production Deficiencies


[EXTERNAL MESSAGE]

Acknowledging receipt. As you will see, your letter crossed paths, electronically, with Relator's motion to compel filing. With the filing deadline at hand, we certainly could not delay or try to stop the filing to review and respond to a letter that was sent so late. Of course, we will continue to confer and can amend if resolutions are available, or if any of the apparently pending document production resolves any issues. We assume that Freedom will not oppose any such amended briefing or a reply based on arguments raised in their letter.

Anne Hayes Hartman
**MORGAN VERKAMP LLC**
Direct: 513.486.6362

---

**From:** Hindman, Evan <ehindman@omm.com>
**Sent:** Wednesday, May 29, 2024 6:32 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Scott Drake <sdrake@omm.com>; Rahul Kohli <rkohli@omm.com>; Kelly McDonnell <kmcdonnell@omm.com>; Catherine Nagle <cnagle@omm.com>; Amanda Santella <asantella@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Singer, Benjamin D. <bsinger@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; Jason Mehta <jmehta@foley.com>; Lauren Valiente <LValiente@foley.com>; Joe Swanson <joe.swanson@foley.com>; Mike Matthews <MMatthews@foley.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Freedom Defendants Production Deficiencies

-- External Email --

Counsel,

Please find attached a letter from Scott Drake in response to Relator's May 26, 2024 correspondence.

Regards,
Evan

Evan P. Hindman
O: +1-415-984-8709
ehindman@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Sunday, May 26, 2024 11:08 AM
**To:** Drake, Scott <sdrake@omm.com>; Hindman, Evan <ehindman@omm.com>; Kohli, Rahul <rkohli@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Nagle, Catherine <cnagle@omm.com>; Santella, Amanda M. <asantella@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan

Clark <hclark@rkjlawgroup.com>; e-filing@rkjlawgroup.com

**Subject:** [U.S. ex rel. Zafirov v. Physician Partners et al] Freedom Defendants Production Deficiencies

[EXTERNAL MESSAGE]

Freedom Counsel,

Please find the attached correspondence regarding deficiencies in Freedom's document production. We are available to meet-and-confer on any topics identified herein.

**Jillian L. Estes**
Partner
Morgan Verkamp, LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, OH  45242*
Phone: (513) 651-4400
Direct: (513) 448-1251

*licensed in Florida only

THIS E-MAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This message may be an Attorney-Client communication and/or Attorney Work Product and as such is privileged and confidential. If the reader of this message is not the intended recipient, you received this communication in error. Any review, dissemination, distribution, disclosure, copying or use of the contents of the message is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by reply e-mail and/or telephone. After such notification, please erase the message completely from your computer system. Your assistance in correcting any error is appreciated.