# Exhibit H

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF FLORIDA
               CIVIL ACTION NO. 8:19-CV-1236

                          - - -

United States of America,
ex rel Dr. Clarissa Zafirov

     Plaintiff/Relator

     v

Florida Medical Associates, LLC,
d/b/a VipCare Physician Partners, LLC,
Physician Partners Specialty Services, LLC,
Sun Labs USA, Inc., Anion Technologies, LLC,
Anthem, Inc, Freedom Health, Inc., Optimum
Healthcare, Inc, and Siddhartha Pagidipati,

     Defendants

                          - - -


     Oral deposition of KAREN KELLY, taken via

Zoom conference on Thursday, May 30, 2024,

commencing at 1:00 p.m. before Alan L. Lesky,

Certified Court Reporter of the State of

New Jersey, pursuant to notice.




              ALAN L. LESKY & ASSOCIATES
                 Six Highspire Court
               Medford, New Jersey 08055
                     609-257-3146
```

```
 1  Pardo was doing it at one time and I believe
 2  another scanning manager.  I can't recall the
 3  name.
 4       Q.  Is it your understanding that in general
 5  providers who contracted with Freedom are
 6  required to make their charts available to
 7  Freedom --
 8           MR. SINGER:  Objection to form.
 9       Q.  -- for this review?
10       A.  I wished.  No.  I have often said it
11  should be in their contracts to provide that but
12  that never happened.
13       Q.  Going back to that same exhibit, Kelly
14  1, if we could pull up page 29 of that PDF.
15  There's a bullet point there, system
16  improvements.  If we could get that section
17  highlighted.  Take a minute and read that,
18  please, Ms. Kelly.  This mentions that the MRA
19  system is continuously enhanced and further
20  enhancements will be driven by findings from the
21  quality improvement program.
22       Are you aware of any enhancements that were
23  made to the MRA system based on the QIP?
24           MR. SINGER:  Objection.
25       A.  It was ongoing.
```

```
 1
 2
 3                      CERTIFICATION
 4
        I, Alan L. Lesky, a Certified Shorthand
 5  Reporter of New Jersey, license number XI000730,
    approved reporter of the United States District
 6  Court and notary public, Commissioner of the
    Pennsylvania Court of Common Pleas hereby certify
 7  that the foregoing is a true and accurate
    transcript.
 8
        I further certify that I am neither attorney
 9  nor counsel for, not related to nor employed by
    any of the parties to the action in which this
10  transcript was taken; and further, that I am not
    a relative or employee of any attorney or counsel
11  employed in this action, nor am I financially
    interested in this case.
12
        The foregoing transcript is prepared with the
13  currect Transript Format for Judicial
    Proceedings.
14
15
    (S) Alan L. Lesky,
16  Certified Court Reporter
17
18
19
20
21
22
23
24
25
```