**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>Defendants. | Case No. 8:19-cv-01236-KKM-SPF<br><br>DECLARATION |

**DECLARATION OF RADHA RAI IN SUPPORT OF DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S SUPPLEMENTAL MOTION TO SEAL UNDER FEDERAL RULE 5.2(D)-(E), LOCAL RULE 1.11, AND ECF NO. 140-1**

In accordance with 28 U.S.C. § 1746, I, Radha Rai, declare and state as follows:

1. I am the Director of Risk Adjustment Programs in the Medicare Risk Advantage ("MRA") Department of Freedom Health, Inc. and Optimum Healthcare, Inc. ("Freedom" and "Optimum," or collectively "Freedom Defendants").

2. This Declaration is submitted in support of Freedom Defendants' Supplemental Motion to Seal Under Federal Rule 5.2(d)-(e), Local Rule 1.11, and ECF No. 140-1, in the above-referenced matter. I have personal knowledge of the matters set forth in this Declaration, and if called to testify to the facts stated herein, I could and would do so competently.

3. Freedom Defendants request the entry of an Order permitting the sealing

1

of the Declaration of Radha Rai in Support of Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.'s Opposition to Relator's Motion to Compel Discovery from Freedom Defendants (the "Sealed Declaration") and excerpts of Karen Kelly's deposition in the above-referenced matter (the "Kelly Deposition Excerpts"), which I understand will be filed in connection with the Opposition.

4. I am familiar with the above-referenced Sealed Declaration and the Kelly Deposition Excerpts, and to my best knowledge and belief, the information that Freedom Defendants request to seal has never been shared with their competitors or the general public.

5. The Sealed Declaration and the Kelly Deposition Excerpts contain sensitive commercial information whose public disclosure would cause significant competitive harm to Freedom Defendants.

6. Disclosure of the Sealed Declaration and/or the Kelly Deposition Excerpts could harm Freedom Defendants' business operations by enabling competitors to gain insight into their quality-improvement strategies and procedures for conducting internal quality-improvement program ("QIP") audits, CMS Risk Adjustment Data Validation ("RADV") audits, and Independent Review Officer ("IRO") audits. More specifically, the Sealed Declaration includes extensive information regarding Freedom Defendants' procedures for interfacing with hospitals and providers to obtain records for quality-control and auditing purposes; details regarding Freedom Defendants' vendors and their payment; and step-by-step descriptions of Freedom Defendants' quality-control and internal-audit processes.

And the Kelly Deposition Excerpts provide detailed information on Freedom Defendants' medical records collection processes as well as the obligations of providers who contract with Freedom Defendants. Disclosure of this confidential business information would provide Freedom Defendants' competitors with insight into Freedom Defendants' essential business operations—which are vital to Freedom Defendants' competitive positioning in the Medicare Advantage market—and allow these competitors to make changes to their auditing and compliance programs based on Freedom Defendants' own proprietary practices.

7. Redacting the Sealed Declaration and the Kelly Deposition Excerpts would not adequately protect the confidential information Freedom Defendants seek to protect, unless the Sealed Declaration and the Kelly Deposition Excerpts were to be redacted nearly in their entireties. Disclosure of details regarding the programs and procedures examined in the Sealed Declaration and the Kelly Deposition Excerpts would thus result in the disclosure of confidential information that could harm Freedom Defendants. Furthermore, given the breadth of any redactions, redactions would be unduly burdensome and time-consuming, and would require Freedom Defendants to incur substantial legal costs, with little benefit.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this __12th__ day of __June__, 2024 in _____Tampa_____, Florida.

_____*Radha Rai*_____

Radha Rai