# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236-KKM-SPF

## DEFENDANTS FREEDOM HEALTH, INC. AND OPTIMUM HEALTHCARE, INC.'S STATEMENT OF COMPLIANCE WITH LOCAL RULE 3.01(G)(3) CONCERNING MOTION TO SEAL

Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "Freedom Defendants") have conferred with counsel for Relator via email concerning the relief sought in Freedom Defendants' Motion To Seal Under Federal Rule 5.2(D)-(E), Local Rule 1.11, And ECF No. 140-1 (ECF No. 294, or the "Motion"), and now file this supplement pursuant to Local Rule 3.01(g). The parties have not resolved the Motion; Relator opposes the relief sought in the Motion.

Dated: June 14, 2024

                                          Respectfully submitted,

                                          By: */s/ Scott Drake*
                                               Scott Drake (Lead Counsel)*
                                               O'MELVENY & MYERS LLP
                                               2801 North Harwood Street
                                               Suite 1600
                                               Dallas, TX 75201

-2-

(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
ginger.boyd@nelsonmullins.com
*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

* admitted pro hac vice

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: /s/ Scott Drake

Scott Drake*

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

\* *admitted pro hac vice*