UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.* DR. CLARISSA ZAFIROV,

    Plaintiffs,

v.   Case No.: 8:19-cv-01236-KMM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

    Defendants.
_____/

### NON-PARTY[1] UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to Local Rule 3.01(d), The United States seeks leave to file a five-page sur-reply, in support of its Opposition to Defendants Freedom Health, Inc. and Optimum Healthcare Inc.'s Motion to Compel the Department of Health and Human Services, Office of Inspector General to Comply with Subpoena, (Doc. 278).

Defendants Freedom Health, Inc. and Optimum Healthcare Inc.'s ("Freedom Defendants") filed the instant Motion to Compel on May 15, 2024 (Doc. 253), the United States filed its Opposition on May 29, 2024 (Doc. 278), Freedom Defendants sought leave to file a Reply on June 5, 2024 (Doc. 283) and the Court granted that motion on June 7, 2024 (Doc. 288).

---

[1] The United States intervened pursuant to 28 U.S. Code § 2403 (Doc. 259), however, such intervention is solely for the purposes of defending the constitutionality of the False Claims Act's *qui tam* provisions and does not make it a party for discovery not related to defending the constitutionality of the False Claims Act.

In the Freedom Defendants' reply (Doc. 298), the Freedom Defendants argue that the United States made misrepresentations and legal errors in its opposition and further argues that the Relator's deposition somehow supports their argument. The United States strongly disagrees and seeks to file a brief sur-reply to address the new arguments.

Respectfully submitted,

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General
**ROGER B. HANDBERG**
United States Attorney
JAMIE A. YAVELBERG
PATRICIA L. HANOWER
J. JENNIFER KOH
Attorneys, Civil Division
United States Department of Justice

Dated: June 18, 2024    By:    *s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney
Florida Bar No. 0413828
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
E-mail: sean.keefe@usdoj.gov

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 3.01(g), the United States has conferred with counsel for the Freedom Defendants. Defendants do not oppose the relief sought here in.

 */s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

                                                  /s/ *Sean P. Keefe*
                                                  SEAN P. KEEFE
                                                  Assistant United States Attorney