## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### CLERK'S MINUTES

CASE NO.   8:19-cv-1236-KKM-SPF          DATE: June 18, 2024

HONORABLE: SEAN P. FLYNN, U.S. MAGISTRATE JUDGE

CLARISSA ZAFIROV                         Jillian Estes
                                         Adam Rabin
                                         Chandra Napora
                                         Havan Clark
                                         Jonathan Lischak
                                         Attorneys for Plaintiff

v.

FLORIDA MEDICAL ASSOCIATES, LLC et al    Joseph Swanson
                                         Lauren Valiente
                                         Priyanka Ghosh-Murthy
                                         Scott Drake
                                         Amanda Santella
                                         Catherine Nagle
                                         Kelly McDonnell
                                         Attorney for Defendant

COURTROOM DEPUTY: Eric Calderon          COURTROOM: Video Conference

INTERPRETER / LANGUAGE: N/A

TIME: 10:00 – 12:46          TOTAL: 2:46          COURT RPTR: Digital

PROCEEDINGS: DISCOVERY HEARING

Motion to Compel Discovery (doc. 178).
Motion to Compel Discovery (doc. 279).
Motion to Compel Discovery (doc. 280).
Motion to Compel Discovery (doc. 281).

Court hears oral argument.

Court Order to follow.