# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br>　　　Plaintiff/Relator, <br><br>v. <br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br>　　　Defendants. | Case No. 8:19-cv-01236 |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY

On June 14, 2024, Relator filed a notice of supplemental authority in support of her opposition to Defendants' motion for judgment on the pleadings. *See* ECF No. 295. Because Defendants contend that Relator's notice includes argument regarding whether or how the case Relator cited purportedly applies here (without a specification by page, paragraph, and line of the issue in Relator's earlier paper that the case Relator cited allegedly supplements), *contra* Local Rule 3.01(i), Defendants hereby request leave to file a two-page response to address that issue. Although Relator maintains that her notice does not violate Local Rule 3.01(i), Relator does not oppose this motion.

WHEREFORE, Defendants request that the Court grant their motion and enter an order allowing Defendants to file a two-page response to Relator's notice of supplemental authority no later than three business days from the entry of the order.

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with counsel for Relator, who stated no objection to the relief requested herein.

Dated this 18th day of June, 2024

/s/ Scott Drake
Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2801 North Harwood Street, Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400

Respectfully submitted,

/s/ Jason P. Mehta
Jason P. Mehta (FBN: 106110)
Lauren L. Valiente (FBN: 034775)
Joseph W. Swanson (FBN: 29618)
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL  33602-5810
Telephone:  813-229-2300
Facsimile:  813-221-4210
Primary Email:  jmehta@foley.com
Secondary Email:  dmills@foley.com
Primary Email: lvaliente@foley.com
Secondary Email: dguillen@foley.com
Primary Email: joe.swanson@foley.com
Secondary Email: dmills@foley.com

Matthew D. Krueger*
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI  53202
Telephone:  414-297-4587
Primary Email:  mkrueger@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

* admitted pro hac vice

2

Tallahassee, FL 32301
(850) 205-3356
ginger.boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

*\* admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, I filed the foregoing with the Court's electronic filing system, which will cause a copy to be served upon all counsel of record.

*/s/ Jason P. Mehta*
Jason P. Mehta