UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **United States ex rel. Dr. Clarissa Zafirov,**<br><br>　　**Plaintiff,**<br><br>vs.<br><br>**Florida Medical Associates, LLC d/b/a VIPcare; Physician Partners, LLC; Physician Partners Specialty Services, LLC; Sun Labs USA, Inc.; Anion Technologies, LLC; Anthem Inc.; Freedom Health, Inc.; Optimum Healthcare, Inc.; and Siddhartha Pagidipati,**<br><br>　　**Defendants.** | **Case No:  8:19-cv-01236-SDM** |

**NOTICE OF LIMITED APPEARANCE AND REQUEST FOR SERVICE**
(For proposed fact witness – Mital Panara)

PLEASE TAKE NOTICE, Shane K. Warner of Warner Legal LLC, the undersigned counsel, and hereby gives notice of its appearance on behalf of **Mital Panara, a proposed fact witness**, and requests service of all pleadings, notices, and other papers filed in this case as follows:

| | |
|---|---|
| Primary Attorney: | Shane K. Warner |
| Address: | **Warner Legal** |
| | 3401 W. Cypress St., Suite 204 |
| | Tampa, FL 33607 |
| Primary Email: | swarner@swarnerlaw.com |
| Phone: | (813) 470-6341 |

All parties are directed to forward copies of any and all future correspondence, pleadings, orders, motions, notices and any other documents to be served upon the above noted mailing address and electronic service designation.

Dated:   June 26, 2024.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Shane K. Warner*
　　　　　　　　　　　　　　　　　　　　　　　Shane K. Warner, Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　FSB# 92131

**NOTICE OF APPEARANCE – PAGE 1**

>Warner Legal
>3401 W. Cypress St., Suite 204
>Tampa, FL 33607
>Ph: (813) 470-6341
>Fax: (888) 900-2630
>Notice of Jud. R. Ad. 2.516 designated emails
>Email: swarner@swarnerlaw.com
>Counsel for proposed fact witness Mital Panara

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of June 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which automatically sends e-mail notifications of such filing to the attorneys of record.

>*/s/ Shane K. Warner*
>Shane K. Warner