UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**United States ex rel. Dr. Clarissa Zafirov,**

    **Plaintiff,**

vs.

**Florida Medical Associates, LLC d/b/a VIPcare; Physician Partners, LLC; Physician Partners Specialty Services, LLC; Sun Labs USA, Inc.; Anion Technologies, LLC; Anthem Inc.; Freedom Health, Inc.; Optimum Healthcare, Inc.; and Siddhartha Pagidipati,**

    **Defendants.**

Case No: 8:19-cv-01236-SDM

**DECLARATION OF MITAL PANARA
IN SUPPORT OF JOINDER IN DEFENDANTS MOTION TO QUASH AND FOR A PROTECTIVE ORDER [Doc 306]**

In accordance with 28 U.S.C. § 1746, I, Mital Panara, declare and state as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. On June 18, 2024, I was served with a copy of a Notice of Third Party Subpoena to appear at a deposition to occur on June 28, 2024. The deposition was to occur via zoom; however, there was also no zoom instructions attached to the document.

3. Prior to receiving the Subpoena, I did not have any communication with Counsel for the Plaintiff in setting or scheduling any deposition on June 28, 2024.

4. Until I was served with the Subpoena I was not aware a deposition date had been set.

5. Further your affiant saith naught.

Dated: June 26, 2024.

                                                       Mital Panra