# EXHIBIT A

**Jillian Estes**

| | |
|---|---|
| **From:** | McDonnell, Kelly <kmcdonnell@omm.com> |
| **Sent:** | Thursday, April 11, 2024 3:30 PM |
| **To:** | Jillian Estes; Swanson, Joe; Mehta, Jason; Valiente, Lauren L.; Matthews, Mike; Gerencir, Samantha M.; Benjamin, Olivia; Santella, Amanda M.; Drake, Scott; Nagle, Catherine; Kohli, Rahul; Hindman, Evan; Tschepik, Nathan |
| **Cc:** | Chandra Napora; Jonathan Lischak; Traci Ann Smith; Rabin, Adam; Havan Clark ; Ken Nolan; Marcella Auerbach; e-filing@rkjlawgroup.com; Jennifer Verkamp |
| **Subject:** | RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability |

-- External Email --

Hi Jill,

We learned that Mital Panara is no longer with Freedom. We are working to get contact information for him that we can provide to Ryan Stumphauzer.

Thanks,
Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Wednesday, April 10, 2024 4:50 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

Hi Jill,

As noted in my April 4, 2024 email to you, Freedom Defendants provide the attached chart reflecting the topics about which we are able to educate our corporate representatives. The chart provides your revised topics, our proposed topic in response to each, and our proposed designee for each (to the extent one is required). We will be prepared to discuss deposition scheduling for the corporate representatives on Friday's call.

Freedom Defendants will follow up with formal responses and objections consistent with these proposed topics shortly before the corporate representatives' depositions.

Regards,
Kelly

1

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Thursday, April 4, 2024 2:03 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

Hi Jill,

Thank you for confirming that Dr. Mihale's deposition will be scheduled for the week of April 22. We will confer with our client regarding dates for English, Kortsch, and Panara and get back to you as soon as we can. With regard to the former-Freedom witnesses you intend to depose, we look forward to learning what dates are available for those witnesses and conferring with this group on scheduling those depositions.

With regard to the Rule 30(b)(6) topics and associated corporate representatives, we aim to get our proposed topics to you by Wednesday, April 10. We are shortcutting our process to accommodate your request for accelerated scheduling, so we will follow up with formal responses and objections after Wednesday. We will be prepared to discuss Rule 30(b)(6) deposition dates when we have our broader scheduling discussion on Friday, April 12. We are working hard to get the topics to you as soon as possible (it requires a fair amount of coordination on our end), and are aligned on the goal to move this forward expeditiously.

Thanks again,
Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Wednesday, April 3, 2024 9:59 PM
**To:** McDonnell, Kelly <kmcdonnell@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

[EXTERNAL MESSAGE]

Kelly,

In follow-up to our conversation today, I'm confirming that Relator has agreed to seek dates the week of April 22, 2024 for Dr. Mihale's deposition. However, I reiterate the concerns raised by phone and in previous emails that not scheduling any Freedom-related witnesses for the first three weeks of April and any of Freedom's 30(b)(6) witnesses until the topics are fully resolved will likely necessitate taking depositions into June. As I reiterated, while we are certainly willing (and expecting) to have a very busy deposition schedule, we cannot be expected to take daily depositions the last two weeks of May because witnesses were not scheduled during negotiations of 30(b)(6) topics.

I appreciate your assurance that that is not Freedom's intention and that you believe the depositions can be scheduled before the current deadline. To effectuate that, I asked that Freedom's position on the 30(b)(6) topics be provided no later than Friday morning. Please let us know your availability for a phone call on Friday afternoon or Monday morning to discuss what you've sent. Relator is available from 1:00 pm EST – 5:00 pm EST on Friday, or 9:00-10:00 am EST and 11:30-1:30 pm EST on Monday. Please also begin conferring with the witnesses that you've identified for your proposed topics so that we can reach agreement on dates no later than Wednesday, April 10.

Also, you requested a list of all of the Freedom witnesses which Relator intends to depose. As I'm sure you know, the list of deponents will develop as other depositions are taken, so this is not a comprehensive list. But for purposes of scheduling, please provide dates for Cathy English, Diane Kortsch, and Mital Panara. We will also have or will be seeking dates from Ryan Stumphauzer for Dennis Mihale (the week of April 22), Karen Kelly, Nancy Gerreau, and Marcos Vazquez.

For all counsel, I propose that we set a scheduling call on Friday, April 12, to discuss the remaining schedule. Please let us know your availability between 11:00 am – 3:00 pm EST.

Thank you,

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

---

**From:** Jillian Estes
**Sent:** Wednesday, April 3, 2024 12:41 PM
**To:** 'McDonnell, Kelly' <kmcdonnell@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

Kelly,

Relator has been reasonable, and has offered to move the date within the timeframe that all parties agreed to. You have offered no response as to why this deposition of a third party is any different than a third-party primarily associated with Freedom, other than to say it is not, nor how it is reasonable that not a single member of Freedom's counsel is available for the first three weeks of the month.

Please circulate a call-in for 4:00 pm EST.

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

---

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Wednesday, April 3, 2024 12:17 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

-- External Email --

Jill,

We're confused by your reference to us refusing to produce any Freedom witnesses before April 22 because Relator has not requested depositions of any Freedom related witnesses other than Dr. Mihale and a Rule 30(b)(6) designee, which as you know is still subject to our negotiation over the topics. We are glad to schedule any Freedom witness depositions cooperatively with adequate notice. *See* Fed. R. Civ. P. 30(b)(1) (requiring a "party who wants to depose a person by oral questions must give reasonable written notice to every other party.") Our email was specifically limited to Dr. Mihale. We were not parties to your conversation with Dr. Mihale's counsel but assume his provision of dates was limited to the witness's availability and he was not representing that any other party had agreed to that date. Your characterization that Dr. Mihale's deposition is no different than "a deposition of a primarily-PPC witness" is inaccurate. We renew our request that you work collaboratively to schedule Dr. Mihale's deposition. If Relator will not be reasonable about cooperatively scheduling this deposition, we will separately advise Dr. Mihale's counsel about our availability.

With respect to Agent Garrido, we had to submit a *Touhy* request as a starting point to scheduling her deposition, which required a subpoena and therefore a tentative date. We did not expect the noticed date to go forward and, as you know, it did not go forward on that date. This is common practice. It is unfortunate if Relator's counsel chose to make travel arrangements without checking with anyone else to see whether the deposition was going forward. We will coordinate with HHS-OIG—and the parties—when scheduling Agent Garrido's deposition.

At this point, it does not seem productive to exchange further emails on this subject. We are available for a call today at 4 pm ET.

Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Wednesday, April 3, 2024 10:04 AM
**To:** McDonnell, Kelly <kmcdonnell@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability


[EXTERNAL MESSAGE]

Kelly,

With respect to scheduling third-party depositions, Relator followed the process established by Freedom and Optimum for the depositions of third-parties: Freedom Defendants set and noticed the deposition for Raquel Garrido for Feb. 2, 2024, without any consultation with Relator, and notified the parties of the selected date after the subpoena was served, though such notice made no reference to flexibility to accommodate schedules. In fact, Relator's counsel re-arranged travel specifically to be available in Tampa on the date predetermined by Freedom. Given that that was the process Freedom set for scheduling a third-party deposition, Relator followed suit for scheduling this deposition with Dr. Mihale's counsel. If Freedom/Optimum would now like to walk back the process that they created and would like all parties to clear dates ahead of time, we'd be happy to reach that agreement going forward. But that is not how it has been done up when it suited Freedom's purposes, and we cannot accommodate changing that now to lose more than half of April's availability for the already-scheduled depositions.

With respect to Dr. Mihale, we have already communicated with his counsel to find dates that work, and we intend to go forward on April 11, 2024. Dr. Mihale is not Freedom's witness, he is not represented by Freedom counsel so will not be prepared by Freedom's counsel, and Freedom's counsel is not defending him during the deposition. In fact, Relator expects it unlikely that Freedom would question the witness during the deposition (though, Freedom is, of course, is able to use their allotted time to do so). Thus, although Dr. Mihale is "associated with Freedom Defendants," there is no difference between counsel being available to attend this deposition versus a deposition of a primarily-PPC witness, and you acknowledge availability to do the latter. If you maintain the assertion that not a single member of Freedom's nearly-dozen-lawyer-team is available on April 11 to attend a remote deposition, I can confirm if Dr. Mihale is still available on April 9, 2024. Please let me know by 1:00 pm EST today and we can work to move it to that date. If, however, you maintain the position that no lawyer on Freedom is available to attend any deposition of any Freedom-related witness on any date before April 23, 2024 (given that oral arguments are scheduled on April 22), then please let me know your availability for a call between 2:30 pm and 5:30 pm EST today to meet-and-confer on the need to move the deposition deadline for Freedom's witnesses back at least the same 3 weeks that you have foreclosed in April.

Thank you,

Jill

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Tuesday, April 2, 2024 6:51 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

-- External Email --

Hi Jill,

It is not correct that counsel for Freedom Defendants agreed to hold open every day in April and May for depositions without prior notice or discussion.  Also, it is not our position that no depositions can go forward before April 22.  As you have seen, we have not weighed in on the scheduling of the PPC witnesses' depositions.  Although Freedom Defendants will certainly need to have counsel at each deposition, we are attempting to be as flexible as possible for those depositions since they are not our witnesses, and we will do our best to have someone on our team available to cover those depositions if you would like to schedule them for early April for dates agreed to by Relator and PPC.

It is immensely reasonable, however, to expect that dates for witnesses associated with Freedom Defendants would be discussed and coordinated with us in advance of scheduling those depositions.  Indeed, the Middle District Discovery Guide provides that "An attorney is expected to accommodate the schedules of opposing counsel. In doing so, the attorney should normally pre-arrange a deposition with opposing counsel before serving the notice. If this is not possible, counsel may unilaterally notice the deposition while at the same time indicating a willingness to be reasonable about any necessary rescheduling."  (Middle District Discovery Guide at 6.).  As reflected in our initial disclosures, Dr. Mihale was a medical consultant for Freedom Defendants while he served as an independent contractor with Chelsea Management Group.  The attorneys on our team that would need to be present for this deposition are not available on April 11.  Please provide alternative dates for Dr. Mihale's deposition during the week of April 22.  To be clear, this is the only deposition for which we are requesting Relator find an alternative date at this time, though we of course will also need to be consulted in advance to find mutually agreeable dates for any other current or former Freedom Defendant employees.

As I noted in my email to Chandra on March 28, we met with Relator's counsel on March 5 to confer on the Rule 30(b)(6) topics and then, after following up repeatedly, did not receive revised topics until March 25.  But, those topics were almost identical to the version provided earlier and did not meaningfully address Freedom Defendants' positions in the meet-and-confer three weeks earlier.  Now, we are preparing responses and objections to try to move the ball forward and be in a position to have a meaningful and productive discussion about the scope of topics for which we are able to provide corporate representatives, at which point we will identify available dates for Freedom Defendants' corporate designee(s) on those topics.

Thanks,
Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Tuesday, April 2, 2024 4:45 PM
**To:** McDonnell, Kelly <kmcdonnell@omm.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>; e-filing@rkjlawgroup.com; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

**[EXTERNAL MESSAGE]**

Kelly,

Counsel in this case collectively agreed to have the entirety of April and May available for depositions in this case when we agreed to a close of discovery at the end of May. While we may be agreeable to reasonable accommodation, we cannot wait until the week of April 22 to take any depositions and still adhere to the current deadline. If you are representing that Freedom's counsel is collectively unavailable for nearly the entire month of April, then we need to push the agreed-upon date back an equivalent month. We are open to that discussion but need to have it in the next day or two. Otherwise, Relator must proceed apace with depositions throughout this month and will send the subpoena to Dr. Mihale's counsel as set. There are several other witnesses for which dates have been requested and will be set in the coming weeks as well.

Similarly, the Freedom 30(b)(6) topics are near to final and witnesses need to be scheduled. Chandra already explained that Freedom is not at liberty to draft their own topics and then agree only to set forth witnesses for those topics; that is not how the Rules work and will not work in this case. If there are minor changes to be made, those will not impact the topics writ large. If your position is that Freedom cannot identify a single responsive deponent to a single topic that Relator has set forth, and that no Freedom witness will be available before April 22 irrespective of the topics, please make that clear now. But consistent with the agreement to take depositions throughout April and May, deponents need to be identified and set forthwith.

If we need a call regarding Freedom's lack of availability through April, please provide times for a call tonight or tomorrow.

Thank you,

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Tuesday, April 2, 2024 4:24 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

**-- External Email --**

Hi Jill,

With regard to Dr. Mihale's deposition, counsel for Freedom Defendants are not available on April 11, and are tied up until the week of April 22. Your email was the first we'd heard that Dr. Mihale's deposition was being scheduled. Please coordinate with us on dates moving forward especially, as here, where the witness has a connection to Freedom Defendants.

For the May 7 deposition of Ms. Johnson, we are available on that date and can offer the use of our Dallas office for an in-person deposition.

We are not able to identify witnesses for the Rule 30(b)(6) topics as to Freedom Defendants until they are closer to finalized. We are working on our response to Relator's revisions and will get that to you as soon as we can.

Thanks,
Kelly


 Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Tuesday, April 2, 2024 11:36 AM
**To:** Swanson, Joe <joe.swanson@foley.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability


**[EXTERNAL MESSAGE]**

Good morning, all,

Hope all is well. I have Ms. Gallman confirmed for 4/16 in Foley's office in Tampa. I conferred with Ms. Johnson's counsel and we have selected 5/7 as a date that is available for her, and will confirm whether we'll be doing that in-person in Garland/Dallas, TX or remotely. Following up for dates for Mr. Patel, Mr. Dastigir and Mr. Mekala - Joe, I understand you're spearheading these depositions, so if it would be easier to lock in dates on the phone with our calendars, please give me a call. I'm generally available today other than 12:30-1:00 pm EST. We need to lock those in no later than tomorrow, or alternatively we can just set dates and move them if the witness is not available.

Dr. Mihale's deposition will be on 4/11/24 and I believe will be remote – that will be confirmed today.

We also need to get dates on the books for both sets of 30(b)(6) witnesses. I know Freedom is proposing additional modifications to their topics, and Provider Defendants are checking on a few things to tweak to our last conversation. But, the general tenor of the topics are set, even if not the exact language, so the witnesses can be identified and scheduled while we sort the last parts out. Please provide dates for those the weeks of 4/22 (save for 4/22 which is, of course, oral arguments here in Tampa) and 4/29 for each anticipated 30(b)(6) witness.

Thank you,

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

---

**From:** Swanson, Joe <joe.swanson@foley.com>
**Sent:** Thursday, March 28, 2024 6:55 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott (sdrake@omm.com) <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

**-- External Email --**

Jill,

Thanks for your email. I can provide you with the following information:

- Emily Gallman – available for deposition on April 11, April 15, April 16, or April 17
- Sajitha Johnson – no longer employed by the company; represented by Jack Clabby at Carlton Fields; please contact Jack at 813-229-4229 or jclabby@carltonfields.com to make arrangements for this deposition
- Rajiv Patel – I am working to confirm availability; being deposed in the Mansour matter on April 12, so we will need to schedule around that date
- Syed Dastagir – I will provide additional information early next week
- Ratnakar Mekala – I will provide additional information early next week

9

Thanks,
Joe

**Joe Swanson**
*Partner*

**Foley & Lardner LLP**
100 N Tampa St, Suite 2700, Tampa, FL 33602-5810
Phone 813.225.4161 | Cell 202.329.8230
Visit Foley.com | joe.swanson@foley.com



---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Thursday, March 28, 2024 11:24 AM
**To:** Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Swanson, Joe <joe.swanson@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott (sdrake@omm.com) <sdrake@omm.com>; Nagle, Catherine <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>; Marcella Auerbach <marcella@whistleblowerfirm.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

Joe,

Following up on the email that I sent last Thursday, Relator needs to get the depositions noticed so we can make full use of the limited time in the discovery period. Please let me know if you have identified available dates for the individuals that we provided. If not, we will go ahead and notice the depositions and then can coordinate if there are conflicts.

Thanks,

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

---

**From:** Jillian Estes
**Sent:** Thursday, March 21, 2024 6:27 PM
**To:** Mehta, Jason <jmehta@foley.com>; Valiente, Lauren L. <LValiente@foley.com>; Swanson, Joe <joe.swanson@foley.com>; Matthews, Mike <MMatthews@foley.com>; Gerencir, Samantha M. <samantha.gerencir@foley.com>; Benjamin, Olivia <obenjamin@foley.com>; Santella, Amanda M. <asantella@omm.com>; Drake, Scott (sdrake@omm.com) <sdrake@omm.com>; 'Nagle, Catherine' <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Kohli, Rahul <rkohli@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Rabin, Adam <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>; Ken Nolan <ken@whistleblowerfirm.com>;

Marcella Auerbach <marcella@whistleblowerfirm.com>
**Subject:** [U.S. ex rel. Zafirov v. Physician Partners, et al.] Notice of Intent to Depose; Request for Availability

Joe,

Per our call today, this email serves as Relator's notice of intent to take the depositions of the following witnesses, and a request for their availability: Emily Gallman, Sajitha Johnson, Rajiv Patel, Syed Dastagir, and Ratnakar Mekala. Please provide the availability for these witnesses beginning Friday, April 4, 2024. Also, please note that this is not a comprehensive list of Relator's intended deponents, but an initial list to get the scheduling started.

I have copied Freedom/Optimum's counsel here so all parties are aware of the dates and can attend if so desired.

Thank you,

Jill

_____

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.