# EXHIBIT B

# Jillian Estes

**From:** Jillian Estes
**Sent:** Friday, May 3, 2024 10:17 PM
**To:** Amanda Santella; Catherine Nagle; Evan Hindman; Kelly McDonnell; Nathan Tschepik; Rahul Kohli; Scott Drake; Jason Mehta; Joe Swanson; Lauren Valiente; Lee Bentley; Mike Matthews; Olivia Benjamin; Samantha Gerencir
**Cc:** Chandra Napora; Jonathan Lischak; Traci Ann Smith; Anne Hayes Hartman; Angela Jordan; Adam Rabin; Havan Clark; Jennifer Verkamp
**Subject:** [U.S. ex rel. Zafirov v. Physician Partners, et al] Deposition Schedule

Counsel,

The following is a chart of the remaining deposition schedule according to the availabilities that we have been provided thus far. The dates marked as "requested" have been marked as requested from Ryan Stumphauzer, and I will update the group when he confirms availability. The party witnesses who we have slotted in but need to confirm their availability are Mital Panara (Freedom) on 6/10/24 and Rajiv Patel (PP) on 6/13/24. If the respective counsel can confirm those dates, please, and if the witnesses are not available on those dates, provide alternative dates before June 14.

| Date | Witness | Location |
|---|---|---|
| 5/6/2024 | Mihale, Dennis | Remote |
| 5/7/2024 | Johnson, Sajitha | Remote – Witness in CST, 10:00 am EST start time |
| 5/9/2024 | Kortsch, Diane | Remote – Witness in CST, 11:00 am EST start time |
| 5/14/2024 | English, Cathy | Sarasota |
| 5/15/2024 | Rai, Radha | Remote – Counsel in PST, start time to be discussed |
| 5/17/2024 | Molina, Michelle | Remote |
| 5/23/2024 | PP 30(b)(6) - Barber | Remote |
| 5/24/2024 | Pagidipati, Sidd | Remote |
| 5/28/2024 | Zafirov, Clarissa | Tampa |
| 5/29/2024 | Zafirov, Clarissa | Tampa |
| 5/30/2024 – requested | Kelly, Karen | Remote – Counsel in PST, start time to be discussed |
| 5/31/2024 – requested | Garreau, Nancy | Remote |
| 6/5/2024 | Hans, Sangeeta | Tampa |
| 6/6/2024 | VIPCare 30(b)(6) - Gallman | Tampa |
| 6/7/2024 | Lavin, Alex | Tampa |
| 6/10/2024 | Panara, Mital | Remote |
| 6/11/2024 | Dastigir, Syed | Remote – Witness in India, 7:30 am EST start time |
| 6/12/2024 | Anion 30(b)(6) - Mandala | Remote – Witness in India, 7:30 am EST start time |
| 6/13/2024 | Patel, Rajiv | Remote |
| 6/14/2024 | Kollefrath, Dan | Tampa |

1

Please let us know if any of these dates are not consistent with your records as soon as possible. We will issue notices/amended notices next week if there are no corrections to this list.

Thank you,

Jill

_____
Jillian L. Estes   |   513-448-1251   |   [jillian.estes@morganverkamp.com](mailto:jillian.estes@morganverkamp.com)
**MORGAN VERKAMP, LLC**