# EXHIBIT C

## Jillian Estes

| | |
|---|---|
| **From:** | McDonnell, Kelly <kmcdonnell@omm.com> |
| **Sent:** | Wednesday, June 12, 2024 8:53 PM |
| **To:** | Anne Hayes Hartman |
| **Cc:** | Jillian Estes; Amanda Santella; Catherine Nagle; Evan Hindman; Nathan Tschepik; Rahul Kohli; Scott Drake; Jason Mehta; Joe Swanson; Lauren Valiente; Lee Bentley; Mike Matthews; Olivia Benjamin; Samantha Gerencir; Chandra Napora; Jonathan Lischak; Traci Ann Smith; Angela Jordan; Adam Rabin; Havan Clark |
| **Subject:** | RE: [U.S. ex rel Zafirov v. Physician Partners et al] Schedule Next Week |

**-- External Email --**

Anne, we have the following contact information for Mr. Panara:

**Mital Panara**



Home:

-Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Sent:** Wednesday, June 12, 2024 5:15 PM
**To:** McDonnell, Kelly <kmcdonnell@omm.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Adam Rabin <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel Zafirov v. Physician Partners et al] Schedule Next Week

[EXTERNAL MESSAGE]

Kelly – Nice to meet you too.  My email asked two questions, first for any contact information for this witness who is your client's former employee, and second for your availability to reschedule this deposition.  I take your pledged objection to Relator's pursuit of this deposition as a response to the second question, and Relator will proceed as needed with scheduling her discovery.  I note also that you have failed to respond to the first question for contact information.  While we will proceed as needed, if this was an oversight on your part, I look forward to receiving the contact information for this former employee.

Anne Hayes Hartman

MORGAN VERKAMP LLC
Direct: 513.486.6362

---

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Wednesday, June 12, 2024 3:23 PM
**To:** Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Amanda Santella <asantella@omm.com>; Catherine Nagle <cnagle@omm.com>; Evan Hindman <ehindman@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Rahul Kohli <rkohli@omm.com>; Scott Drake <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Adam Rabin <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel Zafirov v. Physician Partners et al] Schedule Next Week

---

**-- External Email --**

Anne:

Your statements below make no sense based on our prior communications or the deposition history in this case. On April 11, I sent the following email to Relator's counsel: "We learned that Mital Panara is no longer with Freedom. We are working to get contact information for him that we can provide to Ryan Stumphauzer." The next day, I reiterated this message during a meet and confer regarding deposition scheduling. We shared Mr. Panara's information with Mr. Stumphauzer shortly thereafter. And we confirmed that Freedom Defendants would be available for the June 10 deposition date that Relator noticed for Mr. Panara. That is where Freedom Defendants' responsibility ends.

At no point did Freedom Defendants represent that we would "coordinate contact" or any other aspect of Relator's deposition for her. Obviously that is not Freedom's obligation, nor is it consistent with past practice in this case. Indeed, for other former Freedom employees, such as Nancy Gareau and Karen Kelly, Relator coordinated the depositions directly with their counsel. Relator also issued subpoenas to those witnesses at least two weeks in advance as the rules require. We reasonably assumed that Relator would coordinate directly with Mr. Panara and/or his counsel, and would issue a timely subpoena, just like with other third-party deponents.

In sum, it appears from your email that Relator noticed a date for a deposition to all parties without ever making contact with the witness or his counsel—even after we told you twice that he is not currently a Freedom employee—and never even attempted to subpoena Mr. Panara. You apparently only realized your mistake days before the deposition. Your suggestion that your negligence is somehow Freedom Defendants' responsibility is belied by your conduct with respect to other third-party witnesses who are former Freedom Defendant employees.

Fact discovery is now over, and Freedom Defendants will object to any attempt by Relator to subpoena and/or depose this witness after the fact-discovery deadline.

Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Sent:** Tuesday, June 11, 2024 9:45 PM

**To:** McDonnell, Kelly <kmcdonnell@omm.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Hindman, Evan <ehindman@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Adam Rabin <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>
**Subject:** Re: [U.S. ex rel Zafirov v. Physician Partners et al] Schedule Next Week

[EXTERNAL MESSAGE]

Today we were told by Mr. Stumphauzer that he has still not been able to contact Mr. Panara and believed that it was "doubtful" that he would represent him. In April, Freedom informed Relator that it would be coordinating contact between Mr. Stumphauzer and Mr. Panara. Based on the agreement on dates between counsel, a subpoena was not issued and was to be sent out when we requested confirmation of the start time last week. We understand Mr. Stumphauzer was aware of the 6/10 deposition date for Mr. Panara and had blocked his time for it, but while Mr. Stumphauzer endeavored to contact Mr. Panara to prepare for that deposition, the witness was nonresponsive.

Since we have just learned that Mr. Panara will not be represented by Mr. Stumphauzer, we now must undertake to serve him individually and in-person. However, Mr. Panara (despite his position with plain involvement in the conduct at issue) has not been listed on Freedom's Rule 26 disclosures and we were not provided contact information for him upon discovery that he was not employed. We received only the name of counsel who does not represent him.

Please provide all known contact information for Mr. Panara , including the last known communication between Mr. Panara and Freedom's counsel or any representative of Freedom. Please also provide counsel's next availability for his deposition so we can notice the deposition for a mutually-agreeable date.


Anne Hayes Hartman

**MORGAN VERKAMP LLC**
Direct: 513.486.6362


On Jun 8, 2024, at 4:16 AM, McDonnell, Kelly <kmcdonnell@omm.com> wrote:

-- External Email --

Hi Jill,

Would you please forward the subpoena for Mr. Panara?  I realize we did not receive it and would like a copy.

Thanks!
Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

_____

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Friday, June 7, 2024 10:51 PM
**To:** Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Hindman, Evan <ehindman@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Angela Jordan <Angela.Jordan@morganverkamp.com>; Adam Rabin <arabin@rkjlawgroup.com>; Havan Clark <hclark@rkjlawgroup.com>
**Subject:** [U.S. ex rel Zafirov v. Physician Partners et al] Schedule Next Week


[EXTERNAL MESSAGE]

Counsel,

The schedule for next week has been updated a bit so I wanted to make sure we're all on the same page. This is what I have:

1. Monday 6/10 – Deposition of Mital Panara is off the schedule for Monday (witness nonresponsive to counsel). Ryan Stumphauzer will continue to make efforts to reach Mr. Panara and the deposition will be reset when he is able to make contact.
2. Tuesday 6/11 – Deposition of Syed Dastigir is off the schedule by agreement between Relator and Provider Defendants; to be rescheduled if/when court retains jurisdiction after constitutional motion is resolved. Deposition of Chris Ideker (hybrid remote/in-person in Atlanta) begins at 11:00 am.
3. Wednesday 6/12 – Deposition of Anion 30(b)(6) is off the scheduled by agreement between Relator and Provider Defendants; to be rescheduled if/when court retains jurisdiction after constitutional motion is resolved. Deposition of Dr. George Mansour (remote) begins at 9:00 am.
4. Thursday 6/13 – Deposition of Rajiv Patel will now be fully remote, begins at 9 am.
5. Friday 6/14 – Deposition of Dan Kollefrath in-person at Foley's office in Tampa begins at 9 am.

Please let me know of any corrections or changes.

Have a nice weekend, all.

Jill

_____

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**