# EXHIBIT D

**Jillian Estes**

| | |
|---|---|
| **From:** | McDonnell, Kelly <kmcdonnell@omm.com> |
| **Sent:** | Friday, June 21, 2024 6:56 PM |
| **To:** | Jillian Estes; Evan Hindman; Traci Ann Smith; Amanda Santella; Catherine Nagle; Nathan Tschepik; Rahul Kohli; Scott Drake; Jason Mehta; Joe Swanson; Lauren Valiente; Lee Bentley; Mike Matthews; Olivia Benjamin; Samantha Gerencir; 'Mills, Dore' |
| **Cc:** | Chandra Napora; Jonathan Lischak; Anne Hayes Hartman; Jennifer Verkamp; 'Adam Rabin'; 'Havan Clark' |
| **Subject:** | RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara |

---

**-- External Email --**

Hi Jill,

Mr. Panara's counsel is Shane Warner and he can be reached at swarner@swarnerlaw.com or (813) 470-6341.  We think it makes sense for all parties to join the call Monday to make sure everyone is on the same page and we can reach an agreement at the same time.  Just to be clear, we plan to file the motion to quash on Monday but would like to do this on a regular schedule rather than an emergency basis.

Thanks,
Kelly

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Friday, June 21, 2024 5:45 PM
**To:** McDonnell, Kelly <kmcdonnell@omm.com>; Hindman, Evan <ehindman@omm.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara

[EXTERNAL MESSAGE]

Hi Kelly and Evan,

Sorry I missed Evan's email with the timing earlier. And thank you for the clarification, Evan. Any agreement that we can make would depend on Mr. Panara's cooperation thereto, so since he's represented by counsel now, I think it would make most sense for us to start with him and then get back with you. We can reach out tonight though expect we won't have luck reaching him or her until Monday. Can you send the counsel's information to us and we'll start there?

Thanks,

Jill

---

**From:** McDonnell, Kelly <kmcdonnell@omm.com>
**Sent:** Friday, June 21, 2024 5:39 PM
**To:** Evan Hindman <ehindman@omm.com>; Jillian Estes <Jillian.Estes@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Amanda Santella <asantella@omm.com>; Catherine Nagle <cnagle@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Rahul Kohli <rkohli@omm.com>; Scott Drake <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara

---

**-- External Email --**

Hi Jill,

Are you available to chat at 6 pm ET?  Evan and I are free generally until 6:30 pm ET today.  I can send a calendar invite with a dial-in if that works for you.

Thanks!

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Hindman, Evan <ehindman@omm.com>
**Sent:** Friday, June 21, 2024 4:43 PM
**To:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara

Hi Jill,

That's right, we would take the deposition off calendar and agree to reschedule to a date that works for all parties if the Court denies our motion to quash.  We spoke with Mr. Panara's counsel earlier today and this plan works for them as well.  As far as additional logistics, we are happy to discuss and could pass along any messages, but we can't speak for him, of course.  Thanks for sending the proof of service.

We are generally available this afternoon, but prefer to chat before 6:30 pm ET, if possible.

Thanks,
Evan

Evan P. Hindman
O: +1-415-984-8709
ehindman@omm.com

---

**From:** Jillian Estes <Jillian.Estes@morganverkamp.com>
**Sent:** Friday, June 21, 2024 10:52 AM
**To:** Hindman, Evan <ehindman@omm.com>; Traci Ann Smith <tsmith@morganverkamp.com>; Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>
**Cc:** Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara

[EXTERNAL MESSAGE]

Hi Evan,

The proof of service of the deposition subpoena to Mr. Panara is attached.

We're happy to confer with you as requested but a little confused by your proposal. What we understood your request to be is that we agree to a standard briefing schedule which would necessitate moving the deposition off of the currently scheduled June 28, 2024 date, and that if the court denies your motion to quash, you would not further object on the basis that the scheduled date has passed, such that we would reach a mutually agreeable later date. Assuming we have that right, we do have some questions about the logistics with the witness, who it sounds as though you've been in touch with. Do you have a few minutes to jump on a call later this afternoon and I think we can iron it all out?

Thanks,

Jill

---

Jillian L. Estes   |   513-448-1251   |   jillian.estes@morganverkamp.com
**MORGAN VERKAMP, LLC**

---

**From:** Hindman, Evan <ehindman@omm.com>
**Sent:** Friday, June 21, 2024 12:26 AM
**To:** Traci Ann Smith <tsmith@morganverkamp.com>; Amanda Santella <asantella@omm.com>; Catherine Nagle <cnagle@omm.com>; Kelly McDonnell <kmcdonnell@omm.com>; Nathan Tschepik <ntschepik@omm.com>; Rahul Kohli <rkohli@omm.com>; Scott Drake <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>

**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** RE: [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara

-- External Email --

Counsel,

We received the notice for Mr. Panara's June 28 deposition, which you sent to the parties on Friday evening.  We learned today that Mr. Panara was personally served earlier this week.  At your earliest convenience, can you provide us with a copy of the deposition subpoena reflecting when he was served?

We are writing to meet and confer about our opposition to the deposition.  We plan to file a time-sensitive motion to quash on Monday, and would like to meet and confer with you sometime tomorrow (Friday).  However, we would prefer not to file a time-sensitive motion to avoid burdening the Court.  Would Relator agree to a standard briefing schedule if Freedom Defendants agree to let the deposition go forward at some later date if the court denies Freedom's motion to quash?

Please let us know your availability to discuss.

Thanks,
Evan

Evan P. Hindman
O: +1-415-984-8709
ehindman@omm.com

**From:** Traci Ann Smith <tsmith@morganverkamp.com>
**Sent:** Friday, June 14, 2024 3:51 PM
**To:** Santella, Amanda M. <asantella@omm.com>; Nagle, Catherine <cnagle@omm.com>; Hindman, Evan <ehindman@omm.com>; McDonnell, Kelly <kmcdonnell@omm.com>; Tschepik, Nathan <ntschepik@omm.com>; Kohli, Rahul <rkohli@omm.com>; Drake, Scott <sdrake@omm.com>; Jason Mehta <jmehta@foley.com>; Joe Swanson <joe.swanson@foley.com>; Lauren Valiente <LValiente@foley.com>; Lee Bentley <lbentley@bradley.com>; Mike Matthews <MMatthews@foley.com>; Olivia Benjamin <obenjamin@foley.com>; Samantha Gerencir <samantha.gerencir@foley.com>; 'Mills, Dore' <dmills@foley.com>
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; Chandra Napora <Chandra.Napora@morganverkamp.com>; Jonathan Lischak <Jonathan.Lischak@morganverkamp.com>; Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>; Jennifer Verkamp <Jennifer.Verkamp@morganverkamp.com>; 'Adam Rabin' <arabin@rkjlawgroup.com>; 'Havan Clark' <hclark@rkjlawgroup.com>
**Subject:** [U.S. ex rel. Zafirov v. Physician Partners et al] Notice of Third Party Subpoena, Panara


[EXTERNAL MESSAGE]

Counsel,

Please find attached a Notice of Third Party Subpoena for Mital Panara.

Thank you,
Traci A. Smith

*Paralegal*
**MORGAN VERKAMP LLC**
4410 Carver Woods Dr., Suite 200
Blue Ash, Ohio 45242
Phone: 513.651.4400, ext. 37
Mobile: 859-803-0504
Fax: 513.651.4405
tsmith@morganverkamp.com



This e-mail transmission contains information that is intended to be privileged and confidential. This message may be an Attorney-Client communication and/or Attorney Work Product such as privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.