# EXHIBIT E

# Jillian Estes

| | |
|---|---|
| **From:** | McDonnell, Kelly <kmcdonnell@omm.com> |
| **Sent:** | Monday, June 24, 2024 1:27 PM |
| **To:** | Anne Hayes Hartman; swarner@swarnerlaw.com |
| **Cc:** | Jillian Estes |
| **Subject:** | RE: US ex rel Zafirov - Panara deposition |

-- External Email --

Thank you!

Kelly McDonnell
O: +1-202-383-5328
kmcdonnell@omm.com

---

**From:** Anne Hayes Hartman <Anne.Hartman@morganverkamp.com>
**Sent:** Monday, June 24, 2024 1:13 PM
**To:** swarner@swarnerlaw.com
**Cc:** Jillian Estes <Jillian.Estes@morganverkamp.com>; McDonnell, Kelly <kmcdonnell@omm.com>
**Subject:** US ex rel Zafirov - Panara deposition

[EXTERNAL MESSAGE]

Shane –

Thanks for talking this morning about the deposition of Mr. Panara in the *U.S. ex rel. Zafirov* matter. You confirmed that you will be representing Mr. Panara for the purposes of this deposition. We appreciate your representation that you will be able to accept service of any follow-on subpoena for Mr. Panara that may be necessary as the parties in the underlying litigation work to resolve discovery disputes. Based on this, we can agree to take the June 28th deposition off calendar. As we discussed, we aren't in a position to confirm alternate dates at this point, but you confirmed that Mr. Panara will have some available dates over the next months (although we will work to avoid the first few weeks of August).

I've copied Freedom's counsel Kelly McDonnell on this, so that she is in the loop on our discussions.

Thanks so much, and let me know if you have any questions.

Anne Hayes Hartman
**MORGAN VERKAMP LLC**
4410 Carver Woods Drive, Suite 200
Cincinnati, OH 45242
Direct: 513.486.6362
Anne.Hartman@MorganVerkamp.com



This e-mail transmission contains information that is intended to be privileged and confidential. This message may be an Attorney-Client communication, Attorney Work Product, and/or otherwise privileged and confidential. It is intended only for the addressee named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you are not the intended recipient, please reply to the message immediately to inform the sender that the message was misdirected, and then please erase it from your computer system. Your assistance in correcting any error is appreciated.