# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | Case No. 8:19-cv-01236 |

## JOINT NOTICE OF FILING DEPOSITION TESTIMONY

During a June 18, 2024 hearing, the Court directed that the parties submit deposition testimony in support of their respective positions on Relator's Motion to Compel, Dkt. 178. Relator and Florida Medical Associates, LLC, d/b/a VIPcare, Physician Partners, LLC and Anion Technologies, LLC (the "Provider Defendants") hereby submit the below listed deposition testimony[1]:

1. The complete deposition transcript of Daniel Kollefrath taken on June 14, 2024. The parties respectfully direct the Court to the following relevant excerpts, all of which are highlighted in the transcript submitted with this filing:

   a. 8:19 – 9:6

   b. 95:16 – 96:17

---

[1] The transcripts and excerpts will be submitted separately under seal.

      c. 203:4 – 222:18

      d. 224:17 – 225:4

      e. 244:24 – 248:2

      f. 269:20 – 279:25

      g. 299:24 – 301:2

2. Excerpts from the deposition transcript of VIPcare's Rule 30(b)(6) witness, Emily Gallman, taken on June 3, 2024, identified as pages:

      a. 36:3 – 40:17

      b. 64:15 – 66:15

      c. 70:21 – 73:10

      d. 77:3 – 77:16

      e. 80:15 – 82:14

      f. 104:21 – 112:23

      g. 120:6 – 121:3

      h. 123:9 - 124:8

      i. 127:12 – 129:12

      j. 142:1 – 142:13

      k. 196:23 – 200:6

      l. 207:13 – 212:11

      m. 261:10 – 264:15

      n. 284:7 – 285:1

4860-5519-5084.1

3. Excerpts from the deposition transcript of Physician Partners' Rule 30(b)(6) witness, Christopher Barber, taken on June 7, 2024, identified as pages:

   a. 20:20 – 21:15

   b. 42: 4 – 48:21

   c. 59:4-21

   d. 98:2 – 109:9

   e. 117:19 – 127:3

   f. 135:6 – 137:18

   g. 176:11 – 177:4

   h. 200:11 – 201:14

   i. 207:16 – 208:15

   j. 211:13 – 214:18

   k. 222:22 – 238:7

   l. 254:8 – 257:24

4. The parties will file the complete transcripts for the depositions of Ms. Gallman and Mr. Barber if the Court requests the parties do so.

Dated this 28th day of June, 2024                Respectfully submitted,

/s/ Jillian L. Estes                             /s/ Joseph W. Swanson
Jennifer M. Verkamp*                             Jason P. Mehta (FBN: 106110)
Jillian L. Estes (Fla Bar No. 0055774)           Lauren L. Valiente (FBN: 034775)
Chandra Napora*                                  Joseph W. Swanson (FBN: 29618)
Anne Hayes Hartman*                              Samantha Gerencir (FBN: 1019553)
Jonathan M. Lischak*                             FOLEY & LARDNER LLP
Morgan Verkamp LLC                               100 North Tampa Street, Suite 2700

3

<div style="column-count:2">

4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email:
jverkamp@morganverkamp.com
jillian.estes@morganverkamp.com
cnapora@morganverkamp.com
ahartman@morganverkamp.com
jonathan.lischak@morganverkamp.com

*Counsel for Relator Dr. Clarissa Zafirov*

\* admitted pro hac vice

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

*Counsel for Relator Dr. Clarissa Zafirov*

Tampa, FL  33602-5810
Telephone:  813-229-2300
Facsimile:  813-221-4210
Email:
jmehta@foley.com
lvaliente@foley.com
joe.swanson@foley.com
samantha.gerencir@foley.com
dmills@foley.com
dguillen@foley.com

*Counsel for Defendants Physician Partners, LLC; Florida Medical Associates, LLC d/b/a VIPcare; and Anion Technologies, LLC*

</div>