# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV,

    Plaintiff/Relator,

v.

FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,

    Defendants.

Case No. 8:19-cv-01236

### PROVIDER DEFENDANTS' UNOPPOSED MOTION, AND INCORPORATED LEGAL MEMORANDUM, TO FILE TESTIMONY UNDER SEAL PURSUANT TO LOCAL RULE 1.11 AND THE STIPULATED PROTECTIVE ORDER

Pursuant to Local Rule 1.11 and the Stipulated Protective Order entered in the above-captioned matter, Dkt. 140-1, Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC ("Provider Defendants") respectfully move for permission to file testimony under seal in connection with Relator and Provider Defendants' Joint Notice of Filing Deposition Testimony, Dkt. 314. In support of this Motion, Provider Defendants state:

    1.    As directed by the Court at a June 18 hearing, Relator and Provider Defendants submitted the below listed deposition transcript and deposition excerpts identified below in connection with their Joint Notice of Filing Deposition Testimony, Dkt. 314:

        a.  The deposition transcript of Daniel Kollefrath taken on June 14, 2004;

    b. Excerpts from the deposition transcript of VIPcare's Rule 30(b)(6) witness, Emily Gallman, taken on June 3, 2024, identified as pages 36:3 – 40:17, 64:15 – 66:15, 70:21 – 73:10, 77:3 – 77:16, 80:15 – 82:14, 104:21 – 112:23, 120:6 – 121:3, 123:9 – 124:8 , 127:12 – 129:12, 142:1 – 142:13 , 196:23 – 200:6, 207:13 – 212:11, 261:10-264:15, and 284:7 – 285:1.

    c. Excerpts from the deposition transcript of Physician Partners' Rule 30(b)(6) witness, Christopher Barber, taken on June 7, 2024, identified as pages 20:20 – 21:15, 42: 4 – 48:21, 59:4-21, 98:2 – 109:9, 117:19 – 127:3, 135:6 – 137:18, 176:11 – 177:4, 200:11 – 201:14, 207:16 – 208:15, 211:13 – 214:18, 222:22 – 238:7, and 254:8 – 257:24.

2.    The entire transcripts of the depositions of Daniel Kollefrath, Emily Gallman and Christoper Barber have been designated Confidential. Provider Defendants designated those transcripts Confidential as part of the procedure authorized by the Stipulated Protective Order in this case, Dkt. 140-1, because those transcripts include reference to proprietary and commercially sensitive information. Provider Defendants are in the process of further reviewing the transcripts to determine whether that designation may be lifted as to certain portions of the transcripts. However, while that process is underway, in order to fulfill the Court's request at the June 18 hearing that the parties submit the requested transcripts, Provider Defendants respectfully ask the Court to grant this Motion to Seal.

3.  When a document is designated as "Confidential – Business Information" and/or "Confidential – PHI" under the Stipulated Protective Order, a party "will either redact all such Designated Material, or if consideration of the Designated Material is necessary, then the filing party will file such Designated Material under Seal ("<u>Motion to Seal</u>")." Dkt. 140-1 at ¶ 17.

WHEREFORE, Provider Defendants request that the Court grant their motion, pursuant to Local Rule 1.11 and the Stipulated Protective Order, to file the above-referenced testimony under seal in connection with the Joint Notice of Filing Deposition Testimony. Provider Defendants respectfully request that the Court maintain the seal for these materials for the duration of this matter until the final judgment (and any appeal from that judgment) is concluded. At that time, counsel for the Provider Defendants will retrieve the documents filed under seal.

## Local Rule 3.01(g) Certification

Undersigned counsel certifies that they have conferred with counsel for Relator who stated as follows: For the limited purpose of this motion, Relator does not object to the relief sought herein in order to facilitate the Court's review without additional motions practice. For all other purposes, Relator objects to the "confidential" designation of the entirety of the deposition transcripts and reserves the right to object to sealing any portions of the transcript which do not contain confidential information as defined by the Stipulated Protective Order.

DATED: June 28, 2024.

    Respectfully submitted,

        */s/ Joseph W. Swanson*
        Jason P. Mehta
        Fl. Bar No. 106110
        Primary email: jmehta@foley.com
        Secondary email: dmills@foley.com

        Lauren L. Valiente
        Fl. Bar No. 034775
        Primary email: lvaliente@foley.com
        Secondary email: dguillen@foley.com

        Joseph W. Swanson
        Fl. Bar No. 29618
        Primary email: joe.swanson@foley.com
        Secondary email: dmills@foley.com

        Michael P. Matthews
        Fl. Bar No. 63988
        Primary email: mmatthews@foley.com
        Secondary email: dguillen@foley.com

       Samantha Gerencir
       Fla. Bar No. 1019553
       Foley & Lardner LLP
       Primary email:
       samantha.gerencir@foley.com
       Secondary email: dmills@foley.com

       **Foley & Lardner LLP**
       100 N. Tampa Street, Suite 2700
       Tampa, FL 33602
       Telephone: (813) 229-2300
       Facsimile: (813) 221-4210

       *Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

4874-3800-3916.1