UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* CLARISSA ZAFIROV,

    Relator/Plaintiff,

v.

CASE NO. 8:19-cv-1236-KKM-SPF

PHYSICIAN PARTNERS, LLC;
FLORIDA MEDICAL ASSOCIATES,
LLC d/b/a VIPCARE; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM
HEALTHCARE, INC.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Relator's Motion to Compel Discovery from Freedom Defendants and Request for Oral Argument (Doc. 279) and Relator's Motion to Compel Discovery from Provider Defendants and Motion for Sanctions (Doc. 281). The Court held a hearing on Relator's motions on June 18, 2024 (Doc. 302). At the hearing, with respect to the issue of medical records, the Court ordered the parties to confer on whether an agreement could be reached on an acceptable number of medical records to be produced. The Court ordered to the parties to notify the Court by July 2, 2024 whether an agreement could be reached on this issue. Now, the parties represent that they have been conferring in good faith but need additional time to attempt to reach an agreement on this issue.

Accordingly, it is hereby **ORDERED**:

(1) The deadline for the parties to inform the Court of whether they have reached an agreement with respect to the number of medical records to be produced is

extended to August 23, 2024. On or before that date, the parties shall file a joint notice indicating whether they have reached an agreement on the number of medical records to be produced by Defendants.

**ORDERED** in Tampa, Florida, July 2, 2024.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE