# **Exhibit B**

```
                                                              Page 1
 1              UNITED STATES DISTRICT CIRCUIT
              FOR THE MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION
 3
    UNITED STATES OF AMERICA
 4  ex rel. DR. CLARISSA ZAFIROV,
 5         Plaintiff/Relator,
                                     CASE NO.:
 6  vs.                              8:19-cv-01236-KKM-SPF
 7  FLORIDA MEDICAL ASSOCIATES, LLC,
    d/b/a VIPCARE; PHYSICIAN PARTNERS,
 8  LLC; ANION TECHNOLOGIES, LLC;
    FREEDOM HEALTH, INC.; and OPTIMUM
 9  HEALTHCARE, INC.,
10         Defendants.
    _____/
11
12           TRANSCRIPT MARKED PHI CONFIDENTIAL
13  VIDEOTAPED
    DEPOSITION OF:      DR. CLARISSA ZAFIROV
14
    TAKEN BY:           The Defendants Florida Medical
15                      Associates, LLC; Physician
                        Partners, LLC; and Anion
16                      Technologies, LLC
17  DATE TAKEN:         Thursday, May 30, 2024
18  TIME:               9:34 a.m. - 6:44 p.m.
19  PLACE:              Foley & Lardner LLP
                        100 North Tampa Street, Suite 2700
20                      Tampa, Florida 33602
21  REPORTED BY:        Tonya H. Magee, Registered
                        Professional Reporter and Notary
22                      Public, State of Florida at Large
23
24
25
```

1      MR. SWANSON: And Jill, you will instruct the
2   witness not to answer any questions about the
3   content of those text messages; is that correct?
4      MS. ESTES: That's correct.
5      Q. (BY MR. SWANSON) When did those text messages
6   begin?
7      A. We began texting as soon as we began
8   recording.
9      Q. Approximately when would that have been?
10     A. Sometime after we had met with the government,
11  in April or May.
12     Q. Was it --
13     A. Within weeks of meeting with the government,
14  some -- something like that. Some time period shortly
15  thereafter, we began, I believe. I'm not sure about the
16  timing, though. I'd have to double-check.
17     Q. Did you agree to make recordings?
18     A. I did agree to make recordings.
19     Q. When did you agree to make recordings?
20     A. Well, I believe how this came about --
21     MS. ESTES: I'm going to instruct you not to
22  answer any communications with the government based
23  on the attorney-client and confidential privileges.
24  If you can answer the question as to when, then you
25  can answer.

```
 1                UNITED STATES DISTRICT CIRCUIT
                FOR THE MIDDLE DISTRICT OF FLORIDA
 2                         TAMPA DIVISION
 3
     UNITED STATES OF AMERICA
 4   ex rel. DR. CLARISSA ZAFIROV,
 5            Plaintiff/Relator,
                                        CASE NO.:
 6   vs.                                8:19-cv-01236-KKM-SPF
 7   FLORIDA MEDICAL ASSOCIATES, LLC,
     d/b/a VIPCARE; PHYSICIAN PARTNERS,
 8   LLC; ANION TECHNOLOGIES, LLC;
     FREEDOM HEALTH, INC.; and OPTIMUM
 9   HEALTHCARE, INC.,
10            Defendants.
     _____/
11
12   VIDEOTAPED
     DEPOSITION OF:       DR. CLARISSA ZAFIROV
13
     TAKEN BY:            The Defendants Freedom Health,
14                        Inc., and Optimum Healthcare, Inc.
15   DATE TAKEN:          Friday, May 31, 2024
16   TIME:                9:02 a.m. - 2:55 p.m.
17   PLACE:               Foley & Lardner LLP
                          100 North Tampa Street, Suite 2700
18                        Tampa, Florida 33602
19   REPORTED BY:         Tonya H. Magee, Registered
                          Professional Reporter and Notary
20                        Public, State of Florida at Large
21
22
23
24
25

                                                      Page 1
```

```
 1        A.   I think I just stumbled on that.
 2        Q.   Okay.  And what did you, like -- what kind of
 3   lawyer were you looking for at that time?
 4        A.   More along the lines of False Claims Act.
 5        Q.   Okay.  And then they connected you with Morgan
 6   Verkamp?
 7        A.   Correct.
 8        Q.   Okay.  Thank you.
 9             And then eventually at the end of May, you
10   filed your first -- your first complaint, right?
11        A.   I believe so, yes.
12        Q.   And then at some point, then, we talked about
13   it, you -- you started meeting with Agent Garrido and
14   you had the first meeting, maybe two or three others
15   that you can't remember who they are?
16             MS. ESTES:  Object to form.
17        A.   Yes.
18        Q.   (BY MR. DRAKE)  And did you have an
19   understanding as to what Agent Garrido was
20   investigating?
21        A.   What do you mean?
22        Q.   Well, do you know -- in your mind, was --
23   was -- was an investigation being done in connection
24   with your lawsuit or were you aware that there was also
25   an investigation into possible criminal charges?
```

Page 118

1  A.  So I believe at some point that was mentioned.
2  I don't know the intention of the government and
3  Agent Garrido.  That's not for me to say what they were
4  hoping to acquire.
5  Q.  So, and again, I'm just trying to get a sense
6  of what your understanding was, but when you were, like,
7  doing these recordings, when you just keep saying
8  "government," do -- do you know, like, what office?
9  A.  It was the Office of the Inspector General.
10 Q.  Sometimes we call that OIG, right?
11 A.  Correct.
12 Q.  Okay.  And so maybe you can do this or maybe
13 you can't, but can you describe the general focus of the
14 OIG investigation?
15     MS. ESTES:  To the extent that calls for
16     communications with counsel or the government, I'm
17     going to instruct you not to answer to the content
18     of those communications.
19 A.  I can't comment on that.  And anything that
20 was discussed in relation to that would have been either
21 with the government or with my attorney.
22 Q.  (BY MR. DRAKE)  And when you say, "the
23 government" --
24 A.  Or OIG.
25 Q.  Yeah, and thank you.

Page 119

```
1        A.   Regarding this?
2        Q.   Yes.
3        A.   I don't believe so.
4        Q.   And are you aware of whether or not the OIG
5   was doing a criminal investigation; do you know?
6             MS. ESTES:  Object to form.  If that would
7         call for -- that response would call for
8         communications with counsel or the government, I
9         would instruct you not to answer.
10       A.   So anything done there would have been
11  communications with the government or my attorneys.
12            MR. DRAKE:  And, Jill, just so I'm clear, your
13        instruction includes meetings where no lawyers were
14        present; is that right?
15            MS. ESTES:  Yes.
16       Q.   (BY MR. DRAKE)  Did OIG ask you to collect
17  evidence or did you volunteer?
18            MS. ESTES:  Object to the form and asked and
19        answered, but I can't remember if that was today or
20        yesterday.
21            MR. DRAKE:  It wasn't today.
22            MS. ESTES:  Okay.
23       A.   So repeat your question.
24       Q.   (BY MR. DRAKE)  Did you volunteer to collect
25  evidence for OIG?
```

```
 1                MS. ESTES:  To the extent that would call for
 2        communications with counsel or the government, I
 3        would instruct you not to answer.
 4        A.   I'm not sure how that decision was -- was made
 5   at the time or what factors were at play there or what
 6   was discussed exactly at that time.
 7        Q.   (BY MR. DRAKE)  Now, we talked about these
 8   recordings yesterday with Mr. Swanson.  Were those
 9   recordings created specifically for the OIG
10   investigation?
11        A.   I have no --
12                MS. ESTES:  Object to form.
13        A.   -- knowledge as regards to how the recordings
14   or what the purpose of -- they were outside of my
15   possession.  I can't comment on that.
16        Q.   (BY MR. DRAKE)  Other than the recordings, what
17   evidence did you provide to Agent Garrido?
18                MS. ESTES:  I instruct you not to answer based
19        on communications with counsel and the government.
20        Q.   (BY MR. DRAKE)  Did you provide documents to
21   Agent Garrido?
22                MS. ESTES:  Same instruction.  Well, I guess
23        you can answer to the facts of documents, if you
24        know.
25        A.   So I believe there were some documents that
```

Page 123