## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, | ) ) ) |
| Plaintiff and Relator, | ) ) |
| v. | ) NO. 8:19-cv-01236-KMM-SPF ) |
| FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.; | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

### RELATOR'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO RESPOND TO FREEDOM DEFENDANTS' MOTION TO COMPEL

On July 3, 2024 Defendants Freedom Health, Inc. and Optimum Healthcare, Inc. (collectively, "Freedom Defendants") filed a Motion to Compel Production of Communications in Response to Request for Production No. 6. ECF No. 318. Pursuant to Local Rule 3.01(c), Relator's deadline to respond to Freedom Defendants' Motion is July 17, 2024. Relator respectfully requests that this deadline be extended by seven days to July 24, 2024 in order to accommodate the Federal Holiday as well as pre-planned travel by Relator's counsel. On July 3, 2024, counsel for Relator conferred with counsel for Freedom Defendants via email, and counsel for Freedom Defendants confirmed that they do not oppose this request.

Respectfully submitted, this 8th day of July 2024,

1

/s/ *Jillian L. Estes*
Jillian L. Estes (Fla Bar No. 0055774)
Jennifer M. Verkamp*
Chandra Napora*
Anne Hayes Hartman*
Jonathan M. Lischak*
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405
Email:
jverkamp@morganverkamp.com
jillian.estes@morganverkamp.com
cnapora@morganverkamp.com
ahartman@morganverkamp.com
jonathan.lischak@morganverkamp.com

**Counsel for Relator Dr. Clarissa Zafirov**

* *admitted pro hac vice*

Adam T. Rabin (Fla. Bar No. 985635)
Havan M. Clark (Fla. Bar No. 1026390)
RABIN KAMMERER JOHNSON
1601 Forum Place, Suite 201
West Palm Beach, FL 33401
Phone: (561) 659-7878
Fax: (561) 242-4848
arabin@rkjlawgroup.com
hclark@rkjlawgroup.com
e-filing@rkjlawgroup.com

**Counsel for Relator Dr. Clarissa Zafirov**

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Relator conferred with counsel for Freedom Defendants. Counsel for Freedom Defendants confirmed that they do not oppose the relief sought in this Motion.

/s/ *Jillian L. Estes*
Jillian L. Estes

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that the foregoing was served on July 8, 2024, to all parties of record via the CM/ECF Electronic Filing System.

/s/ *Jillian L. Estes*
Jillian L. Estes