# COMPOSITE EXHIBIT A

Emily Gallman  Confidential
April 16, 2024

```
           *** CONFIDENTIAL - BUSINESS ***
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                  TAMPA DIVISION

             CASE NO. 8:19-cv-01236


UNITED STATES OF AMERICA
ex rel. DR. CLARISSA ZAFIROV,

         Plaintiff,

      vs.

FLORIDA MEDICAL ASSOCIATES,
LLC, d/b/a VIPCARE; PHYSICIAN
PARTNERS, LLC; ANION
TECHNOLOGIES, LLC; FREEDOM
HEALTH, INC.; and OPTIMUM   )
HEALTHCARE, INC.,

         Defendants.
_____/




       VIDEOTAPED DEPOSITION OF EMILY GALLMAN

             Tuesday, April 16th 2024
               9:05 a.m. - 3:50 p.m.

                  Foley & Lardner
       100 North Tampa Street, Suite 2800
               Tampa, Florida 33602

       -----------------------------------------



                    REPORTED BY:
         Susan Potts, RPR, CRR, CSR-IL
            Job Number:  6582446
```

U.S. Legal Support | www.uslegalsupport.com

1     A.    She does not.
2     Q.    What is her role you said earlier?
3     A.    Medical director.
4     Q.    I'm just about to wrap up.
5           Do you -- relative to this case have
6  you come to understand that Dr. Zafirov made a
7  series of recordings as a confidential
8  informant for the United States while she was
9  employed at VIPcare?
10    A.    Yes.
11    Q.    Have you had the occasion to listen to
12 any of the recordings on which you were
13 captured?
14          MR. SWANSON:  Object to form.  To the
15 extent this is getting into any attorney work
16 product and prep, I think --
17          MS. ESTES:  I'm just asking if she
18 listened to them.  I'm not going to -- I think
19 that's a fair question.
20          MR. SWANSON:  I think that is akin to
21 what documents did you review to prepare for
22 the deposition, and I would object to a
23 question like that.  So I'm going to object to
24 this one and instruct her not to answer.
25          MS. ESTES:  She already answered.  So

Emily Gallman   Confidential
April 16, 2024

1   if you want to strike it from the record, we
2   can do that.
3           MR. SWANSON:  Then she said I listened
4   to them.  I don't think --
5           MS. ESTES:  I was just going to ask my
6   next question.  You can object to it if you
7   think it's getting over attorney client.  I
8   don't think it is.
9   BY MS. ESTES:
10    Q.   My question was:  Is there anything on
11  those recordings that you believe did not
12  accurately reflect the conversations that
13  occurred?
14          MR. SWANSON:  Object to form.
15  BY MS. ESTES:
16    Q.   You can answer.
17    A.   They were recordings.  So when listened
18  in their entirety, they're recordings.  They
19  should capture the words that are said during
20  that meeting.
21          MS. ESTES:  Let's take five, if we
22  could.  I think we're about ready to wrap up.
23  And I just want to go over some notes real
24  quick, make sure that there's nothing that I'm
25  going to forget about.  We can go off the

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE MIDDLE DISTRICT OF FLORIDA
                  CIVIL ACTION NO. 8:19-CV-1236

                            - - -
```

United States of America,
ex rel Dr. Clarissa Zafirov

    Plaintiff/Relator,

    v                        CONFIDENTIAL

Florida Medical Associates, LLC,
d/b/a VipCare Physician Partners, LLC,
Physician Partners Specialty Services, LLC,
Sun Labs USA, Inc., Anion Technologies, LLC,
Anthem, Inc, Freedom Health, Inc., Optimum
Healthcare, Inc, and Siddhartha Pagidipati,

    Defendants.

```
                            - - -
```

    Oral deposition of ALEX LAVIN, taken at the law offices of Foley & Lardner, 100 North Tampa Street, Suite 2700, Tampa, Florida, on Tuesday, June 4, 2024, commencing at 9:00 a.m., before Alan L. Lesky, Certified Court Reporter of the State of New Jersey, pursuant to notice.

```
                  ALAN L. LESKY & ASSOCIATES
                      Six Highspire Court
                   Medford, New Jersey 08055
                         609-257-3146
```

1    Q.  Is that VIPcare's office?
2    A.  Technically Better Health Group I
3 believe.
4    Q.  Has it been that same office since
5 before it was Better Health Group until today?
6    A.  It's been that office since I've been
7 with VIPcare.
8    Q.  Have you had that same desk within that
9 office since you started?
10   A.  I don't really think I had an assigned
11 desk.  Most recently I took one as I was
12 traveling to the office more once I was in the
13 senior regional position.
14   Q.  So since that senior regional position
15 through today have you had sort of the same
16 workspace at the office?
17   A.  I'd say so, yes.
18   Q.  Did you search through that workspace to
19 see if you had any hard copy documents that might
20 be responsive or relevant to any of the
21 allegations in this case?
22   A.  No.
23   Q.  Are you aware that Dr. Zafirov made
24 recordings in cooperation with the United
25 States's investigation in this case?

```
1        A.   Yes.
2        Q.   Have you reviewed the recordings of the
3   meetings in which you were involved?
4             MS. BENJAMIN:   Objection.   I'll counsel
5   the witness not to respond because we have not
6   prepared for that in this deposition.
7             MS. ESTES:   I asked that question to
8   several of the witnesses.   It's just yes or no
9   whether he's reviewed them or not.   Are you
10  counseling him at this time not TO answer?
11            MS. BENJAMIN:   No.   You can respond yes
12  or no if you reviewed them.
13       A.   Yes.
14       Q.   Do you believe any of the recordings did
15  not accurately capture the meetings recorded
16  thereon?
17       A.   I'm sorry, can you ask that again?
18       Q.   Do you believe that any of the
19  recordings that you listened to did not
20  accurately capture the recordings, the meetings
21  that were recorded thereon?
22       A.   What do you mean accurate, like what
23  exactly do you mean?
24       Q.   Were they an accurate reflection of the
25  content of that meeting that you listened to?
```

1    A.   So are you asking me what I said, is
2  that what actually was said?
3    Q.   Yes.
4    A.   Yes.
5    Q.   You believe -- my question was do you
6  believe any of the recordings did not accurately
7  capture it.  Do you believe that they -- strike
8  this and make a clear record.
9       Do you believe that all of the recordings you
10 listened to accurately captured the content of
11 that meeting?
12   A.   The content in its entirety or what I
13 specifically listened to?
14   Q.   We can separate that into two.  The part
15 that you listened to.
16   A.   Well, the words that came out of my
17 mouth are what I said on the recording.
18   Q.   And do you believe they captured the
19 meetings in their entirety?
20   A.   I haven't listened to all of the
21 recordings so I can't speak to what was in its
22 entirety or not.
23   Q.   We talked a little bit throughout today
24 about Zoom meetings both with providers and just
25 other types of Zoom meetings, right?

Alan L. Lesky & Associates

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
CIVIL ACTION NO. 8:19-CV-1236

- - -

United States of America,
ex rel Dr. Clarissa Zafirov

    Plaintiff/Relator,

                        CONFIDENTIAL

    v

Florida Medical Associates, LLC,
d/b/a VipCare Physician Partners, LLC,
Physician Partners Specialty Services, LLC,
Sun Labs USA, Inc., Anion Technologies, LLC,
Anthem, Inc, Freedom Health, Inc., Optimum
Healthcare, Inc, and Siddhartha Pagidipati,

    Defendants.

- - -

    Oral deposition of SANGEETA HANS, taken at the law offices of Foley & Lardner, 100 North Tampa Street, Suite 2700, Tampa, Florida, on Wednesday, June 5, 2024, commencing at 9:00 a.m., before Alan L. Lesky, Certified Court Reporter of the State of New Jersey, pursuant to notice.

ALAN L. LESKY & ASSOCIATES
Six Highspire Court
Medford, New Jersey 08055
609-257-3146

```
 1  privileged.  I don't think Jill is interested in
 2  that.  If you learned about this through talking
 3  to me I just want you to not answer those
 4  questions.
 5       A.   I don't know how I learned about it or I
 6  don't remember to tell you the truth.
 7       Q.   Do you recall ever talking about her
 8  complaint with anyone other than the lawyers?
 9       A.   No.
10       Q.   Are you aware that Dr. Zafirov made a
11  series of recordings as part of the government's
12  investigation in this case?
13       A.   I'm aware because we reviewed them with
14  Jason.
15       Q.   Did you listen to the recordings that
16  you are on?
17       A.   Yes.
18       Q.   Do you dispute the accuracy of any of
19  the contents of those recordings?
20       A.   Not to my knowledge, no.
21       Q.   Did you interface with Freedom Health in
22  your role as medical director or the clinical
23  director?
24       A.   No.
25       Q.   Did you interface with Freedom Health in
```