UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV, <br><br>　　Plaintiff/Relator <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br>　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 8:19-cv-01236 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO WITHDRAW AS COUNSEL FOR RELATOR DR. CLARISSA ZAFIROV

Pursuant to Local Rule 2.02(c), Frederick M. Morgan, Jr., counsel for Relator Dr. Clarissa Zafirov, hereby moves to withdraw as counsel in this matter and states the following:

　　1.　　On Oct. 27, 2020, the undersigned was granted permission to appear *pro hac vice* in the above-captioned matter on behalf of Relator (ECF No. 63).

　　2.　　Relator is also represented in this matter by Jillian L. Estes, Jennifer M. Verkamp, Chandra Napora, Anne Hayes Hartman, and Jonathan M. Lischak, all attorneys with Morgan Verkamp LLC. These lawyers, and the other lawyers who have appeared on behalf of Relator, will continue to represent Relator.

3. Pursuant to Local Rule 2.02(c)(1)(B)(1), the undersigned certifies that the client consents to this withdrawal.

4. The undersigned's withdrawal will not affect any pending deadlines or forthcoming proceedings in this matter.

Accordingly, Frederick M. Morgan, Jr. respectfully moves for an Order granting his request to withdraw as counsel in this matter.

Respectfully submitted this 30th day of July, 2024,

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.*
* admitted pro hac vice

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record.

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr.