# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>Defendants. | Case No. 8:19-cv-01236-KKM-SPF |

**FREEDOM DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF COMMUNICATIONS IN RESPONSE TO REQUEST FOR PRODUCTION NO. 6**

Pursuant to Local Rule 3.01(d), Freedom Defendants,[1] by and through undersigned counsel, respectfully move for leave to file a 2-page reply to Relator's Opposition to Freedom Defendants' Motion to Compel Production in Response to RFP No. 6. ECF 323 (the "Opposition," or "Opp.").

The party moving for a reply brief must show good cause, *McDonald v. United States*, 2013 WL 3901871, at *1 n.3 (M.D. Fla. July 29, 2013), and district courts have broad discretion in managing their cases, *Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). This Court has routinely permitted reply briefs when additional briefing may assist the Court in resolving issues. S*ee, e.g.*, *Weiss v. AT&T Inc.*, 2023 WL 3092631, at *1 (M.D. Fla. Apr. 26, 2023); *Short v. Immokalee Water & Sewage District*, 2019 WL 8370778, at *1 (M.D. Fla. Jan. 23, 2019); *Allied Portables, LLC v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016). Multiple reply briefs (and sur-replies) have also been filed in this case. *See, e.g.*, ECF 148, 200, 209, 271, 288, 301.

Freedom Defendants nonetheless recognize that reply briefs are generally "disfavored" in this District, *Regions Bank v. Hyman*, 2013 WL 12166237, at *1 (M.D. Fla. Aug. 26, 2013), and therefore wish only to respond to one point raised in Relator's Opposition—Relator's inaccurate claim that the government has "asserted privilege" over the communications sought by Freedom Defendants' Motion to Compel, *see*

---

[1] This motion for leave adopts the naming conventions of the underlying Motion to Compel, ECF 318 (the "Motion," or "Mot.").

Opp. 4. Freedom Defendants' reply would correct that factual misrepresentation, asserted for the first time in Relator's Opposition.

Freedom Defendants' narrow request for a 2-page reply will aid the Court in resolving the Motion by clarifying the factual circumstances underpinning Freedom Defendants' request, and explaining the legal consequences flowing from those facts. Freedom Defendants respectfully submit that there is good cause to grant this limited request, and request the opportunity to file a 2-page reply within 7 days of the Court's resolution of this Motion for Leave.

Respectfully submitted, this 31st day of July, 2024,

/s/ Scott Drake
Scott Drake (Lead Counsel)*
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

-3-

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RILEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
ginger.boyd@nelsonmullins.com
*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*

* admitted pro hac vice

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Freedom Defendants conferred with counsel for the parties regarding the relief sought in this Motion. Provider Defendants do not oppose the relief sought. Relator opposes.

By: */s/ Scott Drake*

Scott Drake*

*Counsel for Freedom Defendants*
*\* admitted pro hac vice*

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic service to all counsel of record.

By: /s/ Scott Drake

Scott Drake*

*Counsel for Freedom Defendants*
*\* admitted pro hac vice*