# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV, <br><br> Plaintiff/Relator, <br><br> v. <br><br> FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC., <br><br> Defendants. | Case No. 8:19-cv-01236 |

## JOINT NOTICE ON STATUS OF NEGOTIATIONS REGARDING PRODUCTION OF MEDICAL RECORDS

During a June 18, 2024 hearing, the Court directed that the parties confer on the Relator's request for the production of medical records in an effort to determine whether the parties could reach an agreement on the production of medical records to be produced from Defendants to Relator.

The Court initially provided two weeks for the parties to notify the Court as to the status of the negotiations, and, at the request of the parties, extended the deadline to August 23, 2024 for the parties to file a joint notice as to "whether they have reached an agreement on the number of medical records to be produced by Defendants." (Dkt. No. 316) This joint notice follows, and, as described below, the parties respectfully request that the Court afford the parties additional time to continue their negotiations regarding the production of medical records.

The parties have agreed to continue negotiating in an effort to reach compromise on this issue. The parties continue to work earnestly and in good faith and respectfully ask the Court to grant the parties an additional three weeks for these negotiations to continue. Accordingly, the parties respectfully request that they be given until September 13, 2024, to attempt to reach agreement on this issue. Respectfully submitted this 23rd day of August, 2024.

| | |
|---|---|
| */s/Jillian L. Estes* | */s/ Joseph W. Swanson* |
| Jillian L. Estes (FBN: 0055774) | Jason P. Mehta |
| Jennifer M. Verkamp* | Fl. Bar No. 106110 |
| Chandra Napora* | Primary email: jmehta@foley.com |
| Anne Hayes Hartman* | Secondary email: dmills@foley.com |
| Jonathan M. Lischak* | |
| Morgan Verkamp LLC | Lauren L. Valiente |
| 4410 Carver Woods Dr., Suite 200 | Fl. Bar No. 034775 |
| Cincinnati, Ohio 45242 | Primary email: lvaliente@foley.com |
| Telephone: (513) 651-4400 | Secondary email: dguillen@foley.com |
| Fax: (513) 651-4405 | |
| jverkamp@morganverkamp.com | Joseph W. Swanson |
| jillian.estes@morganverkamp.com | Fl. Bar No. 29618 |
| cnapora@morganverkamp.com | Primary email: joe.swanson@foley.com |
| ahartman@morganverkamp.com | Secondary email: dmills@foley.com |
| jonathan.lischak@morganverkamp.com | |
| | Michael P. Matthews |
| Adam T. Rabin (Fla. Bar No. 985635) | Fl. Bar No. 63988 |
| Havan M. Clark (Fla. Bar No. 1026390) | Primary email: mmatthews@foley.com |
| RABIN KAMMERER JOHNSON | Secondary email: dguillen@foley.com |
| 1601 Forum Place, Suite 201 | |
| West Palm Beach, FL 33401 | Samantha Gerencir |
| Phone: (561) 659-7878 | Fla. Bar No. 1019553 |
| Fax: (561) 242-4848 | Foley & Lardner LLP |
| arabin@rkjlawgroup.com | Primary email: |
| hclark@rkjlawgroup.com | samantha.gerencir@foley.com |
| e-filing@rkjlawgroup.com | Secondary email: dmills@foley.com |
| | |
| *Counsel for Relator Dr. Clarissa Zafirov* | FOLEY & LARDNER LLP |
| * admitted pro hac vice | 100 N. Tampa Street, Suite 2700 |
| | Tampa, FL 33602 |

2

4881-3540-7323.4

Telephone: (813) 229-2300
Facsimile: (813) 221-4210

*Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

/s/ *Scott Drake*
Scott Drake*
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RIPLEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400

3

4881-3540-7323.4

        Tallahassee, FL 32301
        (850) 205-3356
        ginger.boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc. and Optimum Healthcare, Inc.*
* admitted pro hac vice

4