UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
*ex rel.*  DR. CLARISSA ZAFIROV,

      Plaintiffs,

      v.                                                                  Case No.: 8:19-cv-1236-T-23SPF

FLORIDA MEDICAL ASSOCIATES, LLC, *et al.*,

      Defendants.

_____/

### NON-PARTY[1] UNITED STATES' MOTION FOR LEAVE TO FILE A STATEMENT OF INTEREST

The United States, real party in interest in this action, hereby moves for leave to submit a Statement of Interest pursuant to 28 U.S.C. § 517 to respond to certain arguments raised in the Freedom Defendants' Reply In Support of Motion to Compel Production of Communications in Response to Request for Production No. 6.  ("Reply Brief) (Doc. 336). The United States requests permission to file its statement of interest within seven days of entry of an order granting the requested relief.

The False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.*, is the United States' primary tool used to redress fraud on the government.  Thus, the United States has a

---

[1] The United States intervened pursuant to 28 U.S. Code § 2403 solely for the purposes of defending the constitutionality of the False Claims Act's qui tam provisions (Doc. 259).  This limited intervention does not make the United States a party for the purpose of discovery unrelated to defending the constitutionality of the False Claims Act.

keen interest in the development of the law in this area and in the correct application of the law in this and similar cases.

In their Reply Brief, the Freedom Defendants state "[n]or has the government weighed in on this Motion, despite intervening in this litigation for other limited purposes, *see* ECF 259, 120. **The government's silence speaks volumes**." *Id.* at p. 2 (emphasis added).  In addition, the Freedom Defendants argue that "[a]s to the communications involving Relator's counsel, HHS-OIG did not assert privilege over any documents and did not serve a privilege log. *See generally id.* Relator misconstrues HHS-OIG's statements as an assertion of privilege, but the record shows otherwise." *Id.* at pp. 2-3.

In response to these assertions, the United States would like to clarify its position regarding the communications at issue.  The United States has a specific interest in the privilege issues raised in the Reply Brief because they could affect the development of law applicable to government communications.  Accordingly, the United States moves for leave to submit a short Statement of Interest for the limited purpose of clarifying the Government's position regarding the privilege issues raised in the Reply Brief.

Local Rule 3.01(g) Certificate

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has consulted with counsel for the Relator via email and can represent that the Relator does not oppose the requested relief.  The undersigned further certifies that he has consulted

2

with counsel for the Freedom Defendants via email and phone conference and can

represent that the Freedom Defendants will wait for the United States' filing "to

determine our position."

                                      Respectfully submitted,

                                      **BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General
**ROGER B. HANDBERG**
United States Attorney

JAMIE A. YAVELBERG
PATRICIA L. HANOWER
J. JENNIFER KOH
Attorneys, Civil Division
United States Department of Justice

Dated:  September 3, 2024      By:    ***s/ Sean P. Keefe***_
                                      SEAN P. KEEFE
Assistant United States Attorney
Florida Bar No. 0413828
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 274-6000
Facsimile: (813) 274-6200
E-mail: sean.keefe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will provide electronic service to

all counsel of record.

                                      ***/s/ Sean P. Keefe***
                                      SEAN P. KEEFE
Assistant United States Attorney