# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV,<br><br>    Plaintiff/Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 8:19-cv-01236 |

## JOINT NOTICE ON STATUS OF NEGOTIATIONS REGARDING PRODUCTION OF MEDICAL RECORDS

During a June 18, 2024 hearing, the Court directed that the parties confer on Relator's request for the production of medical records in an effort to determine whether the parties could reach an agreement on the production of medical records to be produced from Defendants to Relator.

As indicated to the Court on Aug. 23, 2024, the parties have continued their efforts to reach a resolution as to the number of medical records to be produced. Unfortunately, the discussions have been unsuccessful. Because the parties are unable to reach an agreement, they now collectively ask the Court to resolve the outstanding dispute.

The Court's order of July 2, 2024 (Dkt. 316) directs the parties to file a joint notice, "whether they have reached an agreement on the number of medical records to be produced by Defendants." Accordingly, the parties adhere to that directive and

are notifying the court that no agreement has been reached without any additional commentary. However, the parties request leave of the Court to submit supplemental letter briefs of five pages or less, with no attachments, exhibits, or addenda, to update the Court on the respective positions of the parties following the negotiations.

Respectfully submitted this 13th day of September, 2024.

| | |
|---|---|
| */s/Jillian L. Estes* | */s/ Jason P. Mehta* |
| Jillian L. Estes (FBN: 0055774) | Jason P. Mehta |
| Jennifer M. Verkamp* | Fl. Bar No. 106110 |
| Chandra Napora* | Primary email: jmehta@foley.com |
| Anne Hayes Hartman* | Secondary email: dmills@foley.com |
| Jonathan M. Lischak* | |
| Morgan Verkamp LLC | Lauren L. Valiente |
| 4410 Carver Woods Dr., Suite 200 | Fl. Bar No. 034775 |
| Cincinnati, Ohio 45242 | Primary email: lvaliente@foley.com |
| Telephone: (513) 651-4400 | Secondary email: dguillen@foley.com |
| Fax: (513) 651-4405 | |
| jverkamp@morganverkamp.com | Joseph W. Swanson |
| jillian.estes@morganverkamp.com | Fl. Bar No. 29618 |
| cnapora@morganverkamp.com | Primary email: joe.swanson@foley.com |
| ahartman@morganverkamp.com | Secondary email: dmills@foley.com |
| jonathan.lischak@morganverkamp.com | |
| | Michael P. Matthews |
| Adam T. Rabin (Fla. Bar No. 985635) | Fl. Bar No. 63988 |
| Havan M. Clark (Fla. Bar No. 1026390) | Primary email: mmatthews@foley.com |
| RABIN KAMMERER JOHNSON | Secondary email: dguillen@foley.com |
| 1601 Forum Place, Suite 201 | |
| West Palm Beach, FL 33401 | Samantha Gerencir |
| Phone: (561) 659-7878 | Fla. Bar No. 1019553 |
| Fax: (561) 242-4848 | Foley & Lardner LLP |
| arabin@rkjlawgroup.com | Primary email: |
| hclark@rkjlawgroup.com | samantha.gerencir@foley.com |
| e-filing@rkjlawgroup.com | Secondary email: dmills@foley.com |
| | |
| *Counsel for Relator Dr. Clarissa Zafirov* | |
| * admitted pro hac vice | FOLEY & LARDNER LLP |
| | 100 N. Tampa Street, Suite 2700 |
| | Tampa, FL 33602 |
| | Telephone: (813) 229-2300 |

Facsimile: (813) 221-4210

*Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

/s/ *Scott Drake*
Scott Drake*
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RIPLEY & SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301

(850) 205-3356
ginger.boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc.
and Optimum Healthcare, Inc.*
* admitted pro hac vice