UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* DR. CLARISSA ZAFIROV,
    *Plaintiffs,*

v.   Case No. 8:19-cv-1236-SDM-SPF

FLORIDA MEDICAL ASSOCIATES, LLC *et al.*,
    *Defendants*

## UNITED STATES' NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Eleventh Circuit from the order and judgment entered on September 30, 2024, Docs. 346 & 347.

Respectfully submitted,

**BRIAN M. BOYNTON**
Principal Deputy Assistant Attorney General

**ROGER B. HANDBERG**
United States Attorney

**JAMIE A. YAVELBERG**
**PATRICIA L. HANOWER**
**J. JENNIFER KOH**
**JAMES NEALON**
Attorneys, Civil Division
United States Department of Justice

**DAVID P. RHODES**
Assistant United States Attorney
Chief, Appellate Division

Dated: October 29, 2024            By:    *Sean P. Keefe*
                                          SEAN P. KEEFE
                                          Assistant United States Attorney
                                          Florida Bar No. 0413828
                                          400 North Tampa Street, Suite 3200
                                          Tampa, FL 33602
                                          Telephone: (813) 274-6000
                                          Facsimile: (813) 274-6200
                                          E-mail: sean.keefe@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will provide electronic service to all counsel of record.

 */s/ Sean P. Keefe*
SEAN P. KEEFE
Assistant United States Attorney