# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DR. CLARISSA ZAFIROV,  Plaintiff and Relator,  v.  PHYSICIAN PARTNERS, LLC; FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,  Defendants. | No. 8:19-cv-01236-KKM-SPF |

## RELATOR'S NOTICE OF APPEAL

Notice is hereby given that Relator Dr. Clarissa Zafirov appeals to the United States Court of Appeals for the Eleventh Circuit from the order and final judgment of the Court entered on September 30, 2024 (Docs. 346 and 347) granting Defendants' Joint Motion for Judgment on the Pleadings (Doc. 180) and dismissing the case with prejudice.

Dated: October 29, 2024

Respectfully submitted,

/s/ Jillian L. Estes
Jillian L. Estes (Fla Bar No. 0055774)
Jennifer M. Verkamp*
Jonathan M. Lischak*
Morgan Verkamp LLC
4410 Carver Woods Dr., Suite 200
Cincinnati, Ohio 45242
Telephone: (513) 651-4400
Fax: (513) 651-4405

>Email: jillian.estes@morganverkamp.com
>jennifer.verkamp@morganverkamp.com
>jonathan.lischak@morganverkamp.com
>
>***Counsel for Relator Dr. Clarissa Zafirov***
>
>\* appearing *pro hac vice*

## CERTIFICATE OF SERVICE

I, Jillian Estes, hereby certify that a copy of this Notice of Appeal was served on October 29, 2024, to all parties of record via the CM/ECF electronic filing system.

>/s/ Jillian L. Estes
>Jillian L. Estes (Fla. Bar No. 0055774)