**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. DR. CLARISSA ZAFIROV,<br><br>Plaintiff/Relator,<br><br>v.<br><br>FLORIDA MEDICAL ASSOCIATES, LLC, d/b/a VIPCARE; PHYSICIAN PARTNERS, LLC; ANION TECHNOLOGIES, LLC; FREEDOM HEALTH, INC.; and OPTIMUM HEALTHCARE, INC.,<br><br>Defendants. | Case No. 8:19-cv-01236 |

**DEFENDANTS' NOTICE TO COURT**

Defendants file this notice following the Eleventh Circuit's recent decision remanding to this Court "to evaluate the defendants' Take Care Clause and Vesting Clause arguments" in their motion for judgment on the pleadings (Dkt. No. 355 at 18). The Defendants do not intend to seek rehearing or certiorari from the Eleventh Circuit's order. The Defendants believe the issue is fully briefed and ripe for the Court's decision once the remand issues. For the Court's convenience, the Eleventh Circuit briefing on these remaining issues are at Eleventh Circuit docket entries 39 (at 13-21, 40-50), 41 (at 11-33, 54-55), 91 (at 14-18, 27-36, 47-56), 124 (at 11-22), and 125 (at 2-7, 20-28), and an unofficial transcript of the Eleventh Circuit oral argument is attached.

Respectfully submitted this 22nd day of September, 2026.

*/s/ Jason P. Mehta*
Jason P. Mehta
Fl. Bar No. 106110
Primary email: jmehta@foley.com

Secondary email: dmills@foley.com

Lauren L. Valiente
Fl. Bar No. 034775
Primary email: lvaliente@foley.com
Secondary email: dguillen@foley.com

Joseph W. Swanson
Fl. Bar No. 29618
Primary email: joe.swanson@foley.com
Secondary email: dmills@foley.com

Michael P. Matthews
Fl. Bar No. 63988
Primary email: mmatthews@foley.com
Secondary email: dguillen@foley.com

Samantha Gerencir
Fla. Bar No. 1019553
Foley & Lardner LLP
Primary email:
samantha.gerencir@foley.com
Secondary email: dmills@foley.com

FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210

Matthew D. Krueger
Gerald S. Kerska
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: (414) 297-4987
mkrueger@foley.com
gkerska@foley.com

*Counsel for Defendant Physician Partners, LLC, Florida Medical Associates, LLC d/b/a VIPcare, and Anion Technologies, LLC*

*/s/ Amanda M. Santella*
Scott Drake*
O'MELVENY & MYERS LLP
2801 North Harwood Street
Suite 1600
Dallas, TX 75201
(972) 360-1900
sdrake@omm.com

Benjamin D. Singer*
Amanda M. Santella*
William Buffaloe*
Kelly McDonnell*
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
(202) 383-5300
bsinger@omm.com
asantella@omm.com
wbuffaloe@omm.com
kmcdonnell@omm.com

Catherine Nagle*
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
Suite 1700
New York, NY 10019
(212) 326-2000
cnagle@omm.com

Ginger Boyd
Fla. Bar No. 294550
NELSON MULLINS RIPLEY &
SCARBOROUGH LLP
215 South Monroe Street, Suite 400
Tallahassee, FL 32301
(850) 205-3356
ginger.boyd@nelsonmullins.com

*Counsel for Defendants Freedom Health, Inc.*
*and Optimum Healthcare, Inc.*
* admitted pro hac vice